# Tab 2



Royal Canadian          Gendarmerie royale
Mounted Police          du Canada

| | |
|---|---|
| **Royal Canadian Mounted Police (RCMP)**<br>**Vancouver 2010 ISU**<br>**11411 No. 5 Road**<br>**Richmond, B.C.**<br>**V7A 4E8** | **Title:   Services for Charterer to Provide**<br>**Vessel Accommodation for RCMP 2010**<br>**Integrated Security Unit** |
| | **Solicitation No   2008-00147-ISU** |
| | **Date:  April 7, 2008** |
| | **Bid Closing Date**<br><br>**MAY 2, 2008 AT 2:00 P.M. PACIFIC**<br>**DAYLIGHT SAVINGS TIME** |
| **Request for Proposal**<br>**We hereby offer to sell to Her Majesty the Queen in right of Canada, in accordance with the terms and conditions set out herein, referred to herein or attached hereto, the goods, services and construction listed herein and on any attached sheets at the price(s) set out therefore.** | **Delivery Address:**<br>BALLENTYNE PIER, VANCOUVER BRITISH COLUMBIA |
| | **Invoices**<br>Royal Canadian Mounted Police<br>Vancouver 2010 ISU<br>11411 No. 5 Road,<br>Richmond, B.C. V7A 4E8 |
| **Return Bids to:**<br>**Kelly Meikle**<br>**Vancouver 2010  ISU**<br>**11411 No. 5 Road,**<br>**Richmond, B.C.  V7A 4E8** | **Address Enquiries to:**<br>Kelly Meikle |
| | **Telephone No.** / **Fax No.**<br>**604-247-8403 or**  /  **604-247-8482**<br>**604-764-9504** |
| **Bidder/Firm Name and Address**<br><br>_____<br><br>_____ | Name and title of person authorized to sign on behalf of Bidder/Firm (type or print)<br><br>_____  _____<br>Signature                              Date |

## TABLE OF CONTENTS

**PART 1 - GENERAL INFORMATION**
1.    Security Requirement
2.    Statement of Work
3.    Period of Contract
4.    Location

**PART 2 – BIDDER INSTRUCTIONS**
1.    Standard Instructions, Clauses and Conditions
2.    Submission of Bids
3.    Enquiries - Bid Solicitation
4.    Applicable Laws

**PART 3 - BID PREPARATION INSTRUCTIONS AND EVALUATION PROCEDURES**
1.    Bid Preparation Instructions
      Section 1: Mandatory Requirements
      Section II: Financial Bid
      Section III: Certification Requirements
2.    Evaluation Procedures

**PART 4 - RESULTING CONTRACT CLAUSES**
1.    Security Requirement
2.    Statement of Requirement
3.    Standard Clauses and General Conditions
4.    Term of Contract
5.    Authorities
6.    Basis of Payment
7.    Certifications
8.    Applicable Laws and Arbitration
9.    Priority of Documents
10.   Vessel Replacement
11.   Insurance
12.   Commercial Liability
13.   Safety Regulations and Labour Codes
14.   Inspection of Vessels
15.   Pre-and Post Occupancy Damage and Deficiencies
16.   Change in Ownership
17.   Charter Party Agreement

**ANNEXES**
Annex A - Statement of Work
Annex B - Basis of Payment
Annex C - Evaluation Criteria & Basis of Selection
Annex D – Security Form
Annex E - Employment Equity Certification
Annex F - Non-Disclosure Certification

## PART 1 - GENERAL INFORMATION

### 1.    Security Requirement

There is a security requirement associated with this requirement.

### General

Upon request of the RCMP, all Bidders and any personnel working under this RCMP Contract may be required to provide personal information to enable the RCMP to conduct a Security Clearance/Criminal record check.

### Non-Disclosure

Each Bidder must complete and sign a non-disclosure of information form attached Annex "F".

It shall be the responsibility of the Bidder to ensure any other personnel working on behalf of the Contractor in delivering any goods and services with respect to the acquisition and performance of this contract, sign a non-disclosure, and are informed they may be subject to a RCMP criminal records security clearance check.

### Personnel Security Screening

Each Bidder and their personnel SHALL be willing to provide all the necessary information to the RCMP in order to obtain the required security clearance. Bidders shall identify, for EACH proposed person working within the parameters of this contract, their citizenship/landed immigrant status and any RCMP security levels they currently possess. The security clearance process will be conducted by members of the RCMP Security Unit, and may be required prior to the notification of award of any contract award, or at any time after the closing date of successful bid submission, if deemed necessary.

Failure to obtain a successful security clearance will result in the bid being considered non-compliant and/or the contract null and void and will be given no further consideration.

### 2.    Statement of Work

As detailed in the Statement of Work, attached as "Annex A", and in accordance with government direction and agreements, the Royal Canadian Mounted Police (RCMP) has been assigned the responsibility to plan and manage policing, security operations and services for the protection of the Vancouver 2010 Winter Olympic and Paralympic Games (the Games). This task will necessitate the deployment of vessels to the Vancouver area in order to provide temporary accommodation of security force personnel for the period of the Games. As conventional hotel-type accommodation is not expected to be available, temporary accommodation on a vessel or vessels berthed at a Vancouver terminal offers many advantages, including proximity to venues and ease of control. Therefore, to meet some of the needs required for accommodation, the RCMP Vancouver 2010 Integrated Security Unit (ISU) intends to charter a vessel or vessels for its exclusive use in Vancouver, British Columbia for approximately five (5) to six (6) weeks during the period January 2010 to March 2010. It should be noted that all Sections of Annex A, Statement of Work are mandatory requirements.

3. **Period of Contract**

The contractor, immediately upon notification of contract award, shall be responsible for ensuring the fulfillment of all obligations, meet the terms, conditions, and requirements as stated in the RFP and this Statement of Work (attached Annex "A") on an "as and when required" basis. The end date of this contract shall be on or about March 31, 2010.

4. **Location**

1. **As referenced in Annex A, Statement of Work.**

2. The RCMP acknowledges there are companies, government agencies and service providers who have vested interests at Ballentyne Pier. These interested parties may impose additional costs which **must be incorporated into the Bid.** It is expected the Bidder shall negotiate costs with these interested parties, companies, appropriate federal government agencies, and other service providers, **prior to BID submission.**

## PART 2 - BIDDER INSTRUCTIONS

1. **Standard Instructions, Clauses and Conditions**

All instructions, clauses and conditions identified in the bid solicitation by title, number and date are set out in the *Standard Acquisition Clauses and Conditions* Manual issued by Public Works and Government Services Canada (PWGSC). The Manual is available on the PWGSC Website: **http://sacc.pwgsc.gc.ca/sacc/index-e.jsp.**

Bidders who submit a bid agree to be bound by the instructions, clauses and conditions of the bid solicitation and accept the terms and conditions of the resulting contract.

Standard Instructions and Conditions in 2003 (2007/11/30) set out in the SACC Manual are hereby incorporated by reference into and form part of this solicitation. Submitting of a bid constitutes acknowledgement the Proponent has read and agrees to be bound by such instructions. Any reference to Public Works and Government Services Canada (PWGSC) in the document is to be replaced by the Royal Canadian Mounted Police (RCMP).

Article 04-Subsection 3-4 and Article 5 and Article 19 of the Standard Instructions and Conditions 2003 are deleted. Article 7 delete any reference to facsimile provided and replace with facsimile numbers provided in the body of the Solicitation Part 3- Delivery of Proposal.

Bidders who submit a bid agree to be bound by the instructions, clauses and conditions of the bid solicitation and accept the clauses and conditions of the resulting contract.

Bids shall remain valid for 60 days.

2.   **Submission of Bids**

1.   The vessels nominated must meet the requirements listed in the Statement of Work Annex A, Section 4.   The vessels must be seaworthy; the engines must be in good running order and all gear and equipment in good repair.

It is requested the Bidders name, mailing address, solicitation number and closing date are CLEARLY identified on bid submission documents. Bids submitted in response to this Solicitation will not be returned.

Bids **may not** be submitted electronically or by facsimile.  Only amendments to the bid may be submitted by facsimile prior to proposal closing date and time, but shall not be accepted after bid closing date and time.

The RCMP retains the right not to award a contract to any bidder.

Bids must be submitted to the following address to be considered responsive:

> **RCMP VANCOUVER 2010 ISU**
> **TENDER DOCUMENTS ENCLOSED**
> 11411 NO. 5 ROAD, RICHMOND, B.C. V7A 4E8

3.   **Enquiries - Bid Solicitation**

All enquiries regarding the bid solicitation must be submitted in writing to the Contracting Authority named herein as early as possible within the bidding period.  Enquiries must be received no less than seven (7) business days prior bid closing date to allow sufficient time to provide a response.  Enquiries received after that time may not be able to be answered prior to the bid closing date.

Issues concerning this procurement may be raised prior to bid closing date with the Contracting Authority in order to obtain general guidance. Canada will examine the issues and will decide the appropriate action, including amendment of this solicitation document.

Bidders should reference as accurately as possible the numbered item of the bid solicitation. Care should be taken by Bidders to explain each question in sufficient detail in order to enable Canada to provide an accurate answer. Technical enquiries that are of a "proprietary" nature must be clearly marked "proprietary" at each relevant item. Items identified as proprietary will be treated as such except where Canada determines that the enquiry is not of a proprietary nature. Canada may edit the questions or may request that the Bidder do so, so that the proprietary nature of the question is eliminated, and the enquiry can be answered with copies to all Bidders.  Enquiries not submitted in a form that can be distributed to all Bidders may not be answered by Canada.  All enquiries deemed proprietary by Canada and subsequent answers shall be published at www.merx.com by the Contracting Authority.

All enquiries and other communications with government officials throughout the solicitation period are to be directed **ONLY** to the Contracting Authority listed herein.  Non-compliance with this condition during the bid solicitation period can (for that reason alone) result in disqualification of the proponents bid.  Issues or deviations to mandatory requirements raised in the proponents bid will not be considered or accepted, and will render the bid non-responsive.

4.      **Applicable Laws**

Any resulting contract must be interpreted and governed, and the relations between the parties determined, by the laws in force in British Columbia.

The Bidder may, at its discretion, substitute the applicable laws of a Canadian province or territory of its choice without affecting the validity of its bid, by deleting the name of the Canadian province or territory specified and inserting the name of the Canadian province or territory of its choice. If no change is made, it acknowledges that the applicable laws specified are acceptable to the Bidder.


## PART 3 - BID PREPARATION INSTRUCTIONS AND EVALUATION PROCEDURES

1.      **Bid Preparation Instructions**

Bidders must provide copies of their bid as follows:

**Section I : Mandatory Requirements**

The Bidder must demonstrate its acceptance of the requirement described in the bid solicitation by adhering to all conditions and providing all requirements as outlined in Annex A and documents as required in both Annex A and Annex B.   All articles in the Statement of Work are mandatory unless otherwise indicated.

**Section II: Financial Bid**
The Bidder must submit its financial bid in accordance with Annex "B", Basis of Payment.  The total amount of **Goods and Services Tax (GST) or Harmonized Sales Tax (HST)** is to be shown separately, if applicable.

**Section III: Certification Requirements**

**Certifications with the Bid:**
The following certifications **must be completed and submitted with the bid:**

Annex B-  (Basis of Payment) Irrevocable Letter of Credit
Annex D – Security Requirement Checklist
Annex E-  Employment Equity Certification
Annex F– Non-Disclosure Certification

Health Canada Cruise ship Inspection score of no less than 95% for the year 2006 and 2007.

Compliance with the certifications the Bidder provides to Canada is subject to verification by Canada during the bid evaluation period (before award of a contract) and after contract award.  The Contracting Authority retains the right to request additional information to verify the Bidder's compliance with the certifications before award of a contract. The bid will be declared non-responsive if it is determined that any certification made by the Bidder is untrue, whether made knowingly or unknowingly. Any failure to comply with the certifications or to comply with the request of the Contracting Authority for additional information will also render the bid non-responsive.

**Other Certifications:**

Other certifications may be requested, prior to contract award. The Bidder would have five (5) calendar days to produce these certifications, if requested.

**2.      Evaluation Procedures**

**2.1**   Bids will be evaluated in accordance with the Evaluation Criteria and Basis of Selection specified in Annex "C". Bids received will be assessed against the evaluation criteria identified for the **entire** requirement of the bid solicitation.

**2.2**   An evaluation team composed of representatives of Canada will evaluate the bids.

**2.3**   **Mandatory Requirements:** The bidder **MUST** demonstrate in its bid that the vessels and services proposed meet those indicated in Annex A, Statement of work. These shall include,

- Must meet the security requirement of the Solicitation
- Must propose vessels with the capacity to meet the requirement of the Solicitation
- Must propose vessels for the period at the port location specified in the Solicitation
- Must meet all the requirements of the Solicitation
- Must have the financial capabilities to perform the requirement

**PART 4 - RESULTING CONTRACT CLAUSES**

**1.      Security Requirement**

The security requirement provided in Annex A Clause 8 in its entirety will form part of any resulting contract.

**2.      Statement of Work**

The Contractor must provide temporary accommodation and meet all mandatory requirements in accordance with the Statement of Work Annex A and this Statement of Work forms part of any resulting contract.

**3.      Standard Clauses and Conditions**

All clauses and conditions identified in the Contract by title, number and date are set out in the Standard Acquisition Clauses and Conditions Manual issued by Public Works and Government Services Canada (PWGSC). The Manual is available on the PWGSC Website: http://sacc.pwgsc.gc.ca/sacc/index-e.jsp.

**3.1     General Conditions**

2003 (2007/11/30) Standard Instructions and Conditions
9676 (2007/11/30) General Conditions – Services apply to and form part of the Contract.

**4.      Term of Contract**

The Term of Contract is in accordance with that outlined in Annex A Part 2 and will form part of any resulting contract.

**5.     Authorities**

**5.1     Contracting Authority**

Kelly Meikle, Manager of Contracting
RCMP "E" Division Vancouver 2010 ISU
11411 No. 5 Road,
Richmond, B.C.  V7A  4E8
Tel: 604-247-8403   Cell: 604-764-9504
Fax: 604- 247-8482
Email: Kelly.Meikle@rcmp-grc.gc.ca

The Contracting Authority is responsible for the management of the Contract and any changes to the Contract must be authorized in writing by the Contracting Authority.  The Contractor must not perform work in excess of or outside the scope of the Contract based on verbal or written requests or instructions from anybody other than the Contracting Authority.

**5.2     Accommodation Director**

Insp. Donna Kaluza
Accommodation Director
Royal Canadian Mounted Police
C/o Vancouver 2010 ISU
657 W. 37th Street,
Vancouver, B.C.
Phone: 604- 247-8428

The Accommodation Director is responsible for authorizing all personnel assignments, providing scheduling and project management of this contract.

**5.3     On site RCMP Accommodation representative:**

The RCMP Site Accommodation Representative shall be identified to the Contractor when occupancy of the accommodation commences by the Accommodation Director.

**6.    Payment**

**6.1    Basis of Payment**

The Contractor shall be paid for services rendered and accepted in accordance with the contract an all inclusive daily charter rate in CDN dollars $ _____. **The all inclusive price per bed per day means all costs associated with providing the vessels and all services as indicated in Annex A at the Port of Vancouver Ballentyne Pier:**

All port fees, negotiates costs for federal departments, businesses, or other persons providing port services; licenses; port taxes; port charges; fuel for power; water; engine oil;, port pilots; crew; meals; non-alcoholic beverages (see Annex A) or any other applicable fee or cost; required in consideration of the Contractor satisfactorily completing all of its obligations under the Contract, the Contractor shall be paid a firm price, Goods and Services Tax or Harmonized Sales Tax extra, if applicable.

**6.1.1    Limitation of Expenses**

This contract applies to the cost to the Contractor based on firm price only. Any additional charges incurred by RCMP occupants shall be paid directly by the individuals.

**6.2    Method of Payment**

A deposit of seventy-five (75%) percent of the Contract value shall be payable to the Contractor, after April 1, 2009, providing the contract financial security, in the amount of one-hundred (100%) of the contract value has been received by the ISU. The form of the required security will be as previously indicated in this Request for Proposal. The balance of the amount payable will be paid in accordance with the payment provisions of the Contract upon completion of delivery and acceptance by Canada of all Work performed in accordance with the Contract and a final claim in the form of an invoice is submitted to the attention of the Contracting Officer.

Any additional expenses incurred by occupants, shall be paid directly to the Cruise ship by the Occupants.

**6.3    Goods and Services Tax/Harmonized Sales Tax and Provincial Sales Tax**

All prices and amounts of money in the Contract are exclusive of Goods and Services Tax (GST) as applicable, unless otherwise indicated. The GST is extra to the price herein and will be paid by the RCMP. The RCMP is exempt from Provincial Sales Tax (PST) under exemption number R005521.

The GST shall be extended and incorporated into all invoices and progress claims and must be shown as a separate item on invoices and progress claims. All items that are zero-rated, exempt or to which the GST does not apply, are to be identified as such on all invoices. The Contractor agrees to remit to Canada Customs and Revenue Agency any amounts of GST paid or due.

**6.3     T1204 – Information on Reporting by Contractor**

1.   Pursuant to paragraph 221 (1)(d) of the Income Tax Act, R.S.C. 1985, c.1 (5th Supp.), payments made by departments and agencies to contractors under applicable services contracts (including contracts involving a mix of goods and services) must be reported on a T1204 Government Service Contract Payments slip.

2.   To enable departments and agencies to comply with this requirement, the Contractor must provide the following information within fifteen (15) calendar days from date of contract award:

(a)   the legal name of the Contractor, i.e. the legal name associated with its business number or Social Insurance Number (SIN), as well as its address and postal code;

(b)   the status of the Contractor, i.e. an individual, a sole proprietorship, a corporation, or a partnership;

(c)   the business number of the Contractor if the Contractor is a corporation or a partnership and the SIN if the Contractor is an individual or a sole proprietorship.  In the case of a partnership, if the partnership does not have a business number, the partner who has signed the Contract must provide its SIN;

(d)   in the case of a joint venture, the business number of all parties to the joint venture who have a business number or their SIN if they do not have a business number.

3.   The information must be sent to the person and address specified below.  If the information includes a SIN, the information should be provided in an envelope marked "PROTECTED":

Director, Contracting and Procurement
RCMP "E" Division Vancouver 2010 ISU
11411 No. 5 Road,
Richmond, B.C.  V7A 4E8

**7.     Certifications**

**7.1**   Compliance with the certifications provided by the Contractor in its bid is a condition of the Contract and subject to verification by Canada during the entire period of the Contract. If the Contractor does not comply with any certification or it is determined that any certification made by the Contractor in its bid is untrue, whether made knowingly or unknowingly, the Minister has the right, pursuant to the default provision of the Contract, to terminate the Contract for default.

**7.2     Security**

The contractor must complete and SIGN all areas of the security clearance form attached and submit with bid.

**7.3**   **Federal Contractors Program for Employment Equity - Certification – K2003C (2003/12/12)**

The Contractor **MUST SIGN** and has certified in its proposal its status with the Federal Contractors Program for Employment Equity (Annex E).

The Contractor acknowledges that the Minister has relied upon such certification to enter into this Contract.  Such certification may be verified in such manner as the Minister may reasonably require.  The Contractor acknowledges that in the event of a misrepresentation, the Minister shall have the right, pursuant to the Default provisions of the Contract, to terminate the Contract for default.

**7.4**   **Non-Disclosure Certification**

Each Bidder **must** complete and sign a non-disclosure of information form and submit it with the bid.  Under this RCMP contract, any company working for the Bidder subsequent to contract award must sign and submit a Non-Disclosure Form (Annex F) on behalf of its employees.

**8.**   **Applicable Laws and Arbitration**

The Contract must be interpreted and governed, and the relations between the parties determined, by the laws in force in British Columbia. Any dispute under this contract shall be referred to arbitration as outlined in 9676 (2007/11/30) General Conditions – Services.

**9.**   **Priority of Documents**

If there is a discrepancy between the wordings of any documents, which appear on the list, the wording of the document, which first appears on the list, has priority over the wording of any document, which subsequently appears on the list.

(a)   the Articles of Agreement;
(b)   2003 (200711/30 Standard Conditions;
(c)   9676 (2007/11/30) General Conditions- Services
(c)   All annexes in alphabetical order;
(d)   The Contractor's bid dated _____

**11.**   **Vessel Replacement**

The cruise ship line shall have the option to substitute the vessels of similar size and quality that fully meets the requirement of the ISU and the Contractor.  In the event, however the Cruise ship lines intends to substitute a vessel, then the Contractor and the ISU shall be afforded the opportunity to inspect the proposed substituted vessel at the cruise lines expense, and the ISU and the Contractor shall then approve the substitution.  The approval shall not be unreasonably withheld.  Notwithstanding the foregoing, it is imperative the Contractor makes every attempt to provide the vessels as stated in the contract nomination, and the Contractor provides the services in accordance with the terms of the Contract.

**12.    Insurance**

1.    The Contractor must provide proof of insurance which is valid and applicable and approved by Canadian Insurance.carriers within 10 days of securing the vessels.

2.    Within ten (10 days) of securing the vessel, the Contractor must provide documentation of permission from the Insurance carrier for the Cruise ship line for multi-ship inventory to be docked at one location for an extended period of time.

3.    It shall be the sole responsibility of the Contractor to ensure the Cruise ship line holds and maintains this insurance during the term of this contract.

4.    Failure to provide proof of valid insurance from a Canadian Insurance carrier may result in termination of the contract.

5.    All contracted parties agree:

5.1    Ensure the maintenance of the vessels, engines, gear and equipment in good and sufficient repair during the period stated herein and agrees to pay for all necessary repairs, renewals or maintenance.

5.2    Indemnify and save harmless Her Majesty the Queen in Right of Canada from and against any claim for loss or damage to the vessels or any other vessel and to the engines, gear or equipment thereof, arising from this contract, and for injury to the persons or property of persons aboard such vessels, excepting injury to the person or property of Canada's servants, agents or representatives.

5.3    That is the vessels are disabled or are not in running order or are laid up without the consent of Canada's representative, then Canada shall not be liable for payment to the Contractor during such a period, and if such periods exceeds one (1) week, Canada may terminate the contract immediately and the Contractor shall provide a replacement vessel of the same quality, and standards as agreed to by Canada initially.  No other replacement standard will be acceptable.

5.4    That if any gear or equipment necessary for the efficient operation of the vessels for the purpose of this contract is not in good working order for any period of time, then the payment of hire to the Contractor shall cease for the time hereby lost.  Canada will be the sole judge of the capability of the vessels provided.

**13.    Commercial Liability**

1.    Canadian Commercial General Liability insurance shall be effected by the Contractor and maintained in force throughout the duration of the Contract in an amount usual for a contract of this nature, but, in any case, for a limit of liability NOT LESS THAN $1,000,000 per accident or occurrence and in the annual aggregate.

2.    The policy must include the following endorsements:

(a)    Additional Insured:  Her Majesty the Queen in Right of Canada, as represented by the Minister responsible for the Royal Canadian Mounted Police is included as an additional insured, but only with respect to liabilities that may arise from the Contractor's own negligence, in the performance of the Contract.

(b) Notice of Cancellation:  The Insurer agrees to provide the Contracting Authority thirty (30) days written notice of policy cancellation.  The Contractor must, for the duration of this contract, carry valid insurance.

(c) Cross Liability:  Without increasing the limit of liability, the policy shall protect all insured parties to the full extent of coverage provided.  Further, the policy shall apply to each Insured in the same manner and to the same extent as if a separate policy had been issued to each.

(d) Joint and Several Liability:  The policy shall respond to liability arising from negligence of the insured Contractor, any Insured, or joint negligence of Insured parties.

(e) Contractual Liability:  The policy shall, on a blanket basis or by specific reference to this Contract, extend to assumed liabilities with respect to contractual insurance provisions.

(f) Contingent Employer's Liability:  To protect the Contractor for liabilities arising in the management and administration of statutory and contractual entitlements of its employees.

(g) Employees and Volunteers as Additional Insured:  All employees and volunteers, on behalf of the Contractor, shall be included as additional insured.

(h) Voluntary Medical Payments, $10,000 per person, $50,000 per accident: To provide, without contestation, for expenses incurred in instances of minor accidental bodily injuries.

14.   **Safety Regulations and Labour Codes**

The Contractor must adhere to all safety rules, regulations and labour codes in force in all jurisdictions in the Province of British Columbia, Canada.

15.   **Inspection of Vessels**

1.    The inspection of the vessels is as outlined in Annex A, Statement of Work, Section 6.

16.   **Pre-and Post-Occupancy Damage and Deficiencies**

1.    The Contractor agrees with the ISU conducting inspections to document the vessels condition pre and post occupancy.  The ISU will accept no claims for damages or deficiencies identified on the pre-occupancy inspection and any claims for post-occupancy damages or deficiencies to cabins, and contents therein, recreation and other equipment, and any other areas of the vessels must be identified on the post-occupancy inspection, with full substantiation being provided by the Contractor to indicate that ISU personnel was responsible for the damages or deficiency.

17. **Change in Ownership**

Any change in the ownership of the Contractor prior to the completion of delivery of the services shall be subject to the provisions of Article 22 of General Conditions 2010, and brought immediately to the attention of the Contracting Authority.

18. **Charter Party Agreement**

1. The contractor must provide the RCMP with a Standard Cruise Ship Charter party agreement for review and comments. The Charter Party agreement shall confirm all terms and conditions of the Agreement between the parties within 10 days of the Contractors confirmation of acceptance of the ship nominated.

Annex "A"

STATEMENT OF WORK

1.    **BACKGROUND**

1.1    In accordance with government direction and agreements, the Royal Canadian Mounted Police (RCMP) has been assigned the responsibility to plan and manage policing, security operations and services for the protection of the Vancouver 2010 Winter Olympic and Paralympic Games (the Games).  This task will necessitate the deployment of vessels to the Vancouver area in order to provide temporary accommodation of security force personnel for the period of the Games.  As conventional hotel-type accommodation is not expected to be available, temporary accommodation on a vessel or vessels berthed at a Vancouver terminal offers many advantages, including proximity to venues and ease of control.  Therefore, to meet some of the needs required for accommodation, the RCMP Vancouver 2010 Integrated Security Unit (ISU) intends to charter a vessel or vessels for its exclusive use in Vancouver, British Columbia for approximately five (5) to six (6) weeks during the period January 2010 to March 2010.

1.2    The services of a Charterer are required to secure the vessel or vessels, negotiate all costs, and work exclusively with the ISU on all issues related to providing safe, secure, and a healthy environment for the security force members.  **All components contained in this statement of work are considered mandatory unless otherwise indicated.**

1.3    This charter is for temporary accommodation only, at a level approximating that available at a standard national hotel chain.  While respecting the requirements outlined herein, the contractor is expected to adjust service levels accordingly in order to minimize costs.  Occupancy is to be planned on the basis of two persons per standard cabin and/or two persons per sleeping cabin in suites or equivalent.

1.4    The RCMP and ISU reserve the right to increase the bed density, alter cabins/room configurations and increase the number of persons occupying any cabin, strictly based on the actual maximum number of beds allowed for occupancy on the vessel, at no extra cost.

1.5    Individual services may be provided at the contractors discretion subject to the conditions outlined herein, but all costs associated with the provisions of such services will be borne by individuals. The provision and costing of meals in specifically addressed herein.

2.    **TERM**

2.1    The contractor, immediately upon notification of contract award, shall be responsible for ensuring the fulfillment of all obligations, meet the terms, conditions, and requirements as stated in the RFP and this Statement of work on an "as and when required" basis.  The end date of this contract shall be on or about March 31, 2010.

2.2    Approximately 5000 beds are required, with approximately 2500 beds being needed for the period January 23, 2010 to March 4, 2010 inclusive, and approximately 2500 additional beds for the period 31 January 2010 to March 2, 2010 inclusive.  Beds are to be ready for occupancy by 1500 hours, Pacific Standard Time on the first day of occupancy and will be vacated by 1200 hours, on the last day of occupancy.

2.3    The dates and quantity of beds required reflect current planning, but the contractor agrees to address immediately upon notification of any changes by the ISU the cost implications and deadlines required to extend or shorten the duration of occupancy by up to three (3) days (72 hours), before and after the indicated dates. It is the responsibility of the contractor to provide the accommodation and passenger capacity requirement, in a configuration based on the ships passenger capacity.

## 3.    LOCATION

3.1    The contractor shall ensure the vessel or vessels are berthed at Ballentyne Pier, Vancouver, British Columbia, Canada. This location offers easy access to downtown venue locations and will enable a central deployment area and central muster area. There is no shore power available at this location.

## 4.    SECURING THE VESSELS

4.1    The Contractor shall identify and secure the vessel or vessels within ten (10) days of contract award. Proof of security of the vessel, and proof of payment to the vessel provider (minimum 75%) must be received by the ISU Contracting Authority within twenty (20) days of contract award. If this requirement is not met, the contract may be terminated.

4.2    The Contractor shall provide written documentation by way of a certified no fault declaration with respect to providing cruise ship charter services to any charter or large group during the past 5 years and written certification from the cruise ship provider attesting to a no fault declaration in providing cruise ship services to any Charter or Large Group during the past 5 years. Both these documents must be received within 10 days of contract award.

4.3    The Contractor shall provide vessels which are "rated" at a minimum 3.5 as per Canadian Industry Standards and confirmed as a common industry guide.

4.4    The Contractor must ensure the vessels are seaworthy; the engines must be good running order and all gear and equipment in good repair. The vessels must meet or exceed those standards sited in accordance with Canadian Marine Safety Standards. It shall be the responsibility of the contractor to ensure the cruise ship line pays for all necessary repairs, renewals and maintenance, and no costs shall be borne by the ISU

4.5    The contractor shall ensure the vessel or vessels nominated must in all respects meet the specification standards of the RFP document. The ISU will confirm acceptance of the vessels within forty-eight (48) hours of receipt of the vessel nomination.

4.6    Failure by the Contractor to nominate and secure the ships within the time required will constitute a breach under the agreement and the ISU will take whatever measure at its disposition to resolve the issue.

4.7    The Contractor shall provide the following information at the time of vessel nomination: Name of the Vessel; Official number, Class, year built, Flag, length, beam, displacement, passenger capacity, proof of Health Canada inspection of no less than 95% in the last two years, proof of Canadian Insurance and permission from the Cruise Ship line Insurance Carrier for multi-ship inventory to be docked at one location for an extended period of time.

5.    **QUALITY**

      **Overview:**

5.1   **Health Standards**: The guidelines of Health Canada Cruise Ship Inspection program were harmonized with the United States Centres for Disease Control and Prevention (CDC) Vessel Sanitation Program in 1988. This is the minimum standard for the vessel or vessels provided by the contractor to the ISU and these standards shall be maintained throughout the term of the contract.   The site access to Health Canada's Cruise Ship Inspection Program Administrative Guide and Mini Guide is:
      http://www.phb_bsp@hc.sc.gc.ca.

5.2   The contractor shall be required to implement stringent protective measures against viral gastroenteritis and similar diseases in accordance with Health Canada and Centres for Disease Control protocols for disease prevention current at the time of the contract. The contractor shall ensure the vessel or vessels meet approved quality standards.

5.3   The contractor shall ensure that there is full access of the vessels by the Vancouver 2010 ISU, it assignees, representatives, or any government agency for the purposes of inspecting and ensuring the quality standards are met and maintained. Following is a general list of areas which may be inspected:

      -   medical facilities, for gastrointestinal illness surveillance documentation and medical logs
      -   potable water systems; for source storage, distribution, protection and any cross connection and the disinfection process;
      -   swimming pools and whirlpool spas; for filtration, disinfection, general maintenance logs and safety;
      -   Galleys, dining rooms; for food protection during sourcing, provisioning, storage, preparation and service.  Employee health and personal hygiene may be evaluated, as well as facility equipment maintenance and dishwashing;
      -   hand washing stations (if applicable), facility disinfection practices and infection control for staff;
      -   room/cabins; for routine cleaning sequences and infection control procedures, appropriate usage of disinfectants and outbreak policies;
      -   ventilation systems; for maintenance and cleaning of air handling systems;
      -   common areas of the ship; for integrated pest management, strategies, general cleanliness and maintenance;
      -   fire controls, fire and safety equipment, safety plans and procedures

5.4   There is a requirement in the Request for Proposal for the bidder to provide a Health Canada Cruise ship Inspection score of no less than 95% for the year 2006 and 2007.  In addition to this requirement, the contractor shall provide to the Contracting Authority, within ten (10) days of the vessel receiving, the Inspection scores for the years 2008 and 2009.  It is the responsibility of the contractor to oversee compliance with the cruise ship with respect to all aspects of this Statement of Work, including maintaining a minimum score of 95%.  The applicable documentation ensuring remedial action has taken place for a score less than 100% shall also be provided to the contracting officer within ten days of receipt by the cruise ship line.

## 6.    VESSEL INSPECTIONS

6.1    The safety and security of ISU personnel accommodated on board the vessels is of critical importance.  Accordingly, the contractor must arrange a meeting within 30 days (thirty) days of contract award.  The purpose of this meeting between the ISU and the Cruise ship manager, Executive staff, Ships Security Manager and any others as required is to review the entire accommodation program and plan, including on-board safety and security measures.

6.2    This meeting will be followed within sixty (60) days by an on-site inspection by the appropriate assigned ISU personnel, of the contracted ships or sister ships to confirm compliance of the specifications, discussions held at initial meeting and to become familiar with the entire facility. The ISU shall conduct a complete Threat/Risk Assessment to determine security enhancements that may be necessary and address any questions which may arise.  The Contractor and the Cruise lines agree that the ISU shall have full access to all areas of the ship in order to conduct this Threat/Risk Assessment.

6.3    A second inspection of this type will be conducted within sixty (60) days prior to occupancy of each of the nominated vessels which are to be provided as accommodation for the ISU.  Due to potential security risks, the Contractor is required to provide full and detailed information regarding the vessels layout, configuration and security measures only to select and suitably security cleared ISU personnel who shall be members of the RCMP.  To avoid the perception of these inspections being a junket, they are to be conducted to the greatest possible extent in a mutually-convenient port over as short a duration as possible.

6.4    The Contractor agrees with the ISU conducting inspections to document the vessels condition pre and post occupancy.  The ISU will accept no claims for damages or deficiencies identified on the pre-occupancy inspection and any claims for post-occupancy damages or deficiencies to cabins, and contents therein, recreation and other equipment, and any other areas of the vessels must be identified on the post-occupancy inspection, with full substantiation being provided by the Contractor to indicate that ISU personnel was responsible for the damages or deficiency.

## 7.    DISCLOSURE

7.1    Documents and records of any kind pertaining to this contract may be subject to disclosure under the Access to Information and Privacy Acts.  The disclosure, if requested by a third party, will be assessed for release under the provisions of those Acts, as required.

7.2    The Contractor must sign the non-disclosure form and submit it with the bid as attached Annex F.

7.3    It shall be the responsibility of the Contractor to ensure any other personnel working on behalf of the Contractor in delivering any goods and services with respect to the acquisition and performance of this contract, sign a non-disclosure, and are informed they may be subject to a RCMP criminal records security clearance check.

## 8.    SECURITY

### CONTRACTOR

8.2    As a provision of the RFP the contractor must submit completed security clearance documents with the bid.   A reliability security clearance shall be completed by the RCMP.

8.1      The Contractor must pass the RCMP Reliability Status criminal record check and maintain this

level for the term of the contract.

**CONTRACTOR'S PERSONNEL**

8.2     The Contractor shall submit security clearance forms within 10 days of contract award for any of their personnel who may be involved with the delivery of this contract. Any contract personnel who do not pass and maintain a security clearance at the Reliability Status level must not be permitted to work on this contract. It is the responsibility of the Contractor to ensure their personnel meet this requirement for the duration of the contract.

8.3     **SHIP PERSONNEL**

The Contractor shall provide a complete list of all ship personnel. The list shall include a photocopy of valid passport, position on board the vessel, and length of employment and date of birth at least one hundred and eighty (180) days prior to docking in the City of Vancouver.

8.4     All ship personnel may be requested to provide further personal information to the RCMP, and shall do so, immediately upon request.

8.5     All ship personnel may be required to undergo an RCMP security background check at any time.

8.6     It shall be the responsibility of the contractor to ensure the ship personnel list is accurate at all times.

8.7     It is understood and agreed by all parties, the ship and the ships personnel shall be drug free at all times. Any violation with respect to drugs, or illegal activities, by any crew member while occupied by the ISU, shall result in the immediate removal from the ship at the Contractors expense.

9.     **ENVIRONMENTAL**

9.1     The RCMP is committed to the principles of environmental protection and sustainable development and strives to integrate these principles into our business decisions and practices. It is incumbent on the contractor to demonstrate they will deliver the requirements of this RFP and in particular this Statement of Work, in a manner which incorporates consideration of environmental impact and demonstrates due diligence in that regard. Specific environmental protection strategies, including, but not limited to, solid waste reduction and management approaches, wastewater handling and disposal, energy supply and conservation, emissions reduction, and all environment concerns, should be cited within the Contractors proposal, and practiced as part of the Statement of Work.

9.2     It is understood the Contractor is committed will ensure that the Cruise ship line will provide excellent environmental strategies and practices and such will be held as a benchmark for environmental performance. All environmental practices must meet and shall preferably exceed those consistent with the RCMP's (and all other federal government departments) commitment to sustainability and are also aligned with the sustainability of the 2010 Olympic and Paralympic Games.

9.3     <u>**There is no Shore Power available at Ballentyne Pier**</u>

**9.4**     While in port, all wastes (for example, solid, liquid, hazardous) must be disposed of at an approved land based facility.

**9.5**     **Wastewater:**   No discharges while in port.

      **Note:** As the ship will not be leaving the pier for five (5) to six (6) weeks, it is the responsibility of the cruise ship line to ensure disposal methods are adhered to and applicable Acts and regulations are followed.

**9.6**     **Graywater:** No discharges while in port.

**9.7**     **Solid Waste:**   Garbage must be landed ashore (incinerators cannot be used while in Port.

**9.8**     **Hazardous Waste:** Waste such as film processing waste, pharmaceuticals, batteries, dry-cleaning solvents, must be landed ashore and disposed of at approved facilities, in the approved method of the Government of Canada and the Province of British Columbia.

**9.9**     **Air Emissions:** As referenced, there is no shore power available at Ballentyne Pier. Cruise ship lines are required to adhere to Transport Canada Regulations of providing maximum sulpher content in fuel (bunker not greater than 3% and marine gas/oil not greater than 0.5%).

      *For Reference the Contractor is encouraged to be familiar and adhere to the Pollution Prevention Guidelines for the Operation of Cruise Ships under Canadian Jurisdiction which may be located at www.tc.gc.ca/MarineSafety

**9.10**    **Fisheries Act:**   The federal Fisheries Act prohibits the deposit of deleterious substances in the waters frequented by fish irrespective of compliance with other relevant environmental Acts or Regulations.

**9.11**    **Regulations**: The Contractor and Cruise Ships must comply with ALL applicable Canadian Environmental Laws, policies, regulations and Acts.

**9.12**    The contractor must ensure there is an Environmental Emergency Response Program (EERP) to promptly address any environmental issues which may arise while in port. The EERP must be provided upon request of the Contracting Officer.

**9.13**    The Contractor shall provide to the ISU a post –service Environmental Performance report within twenty (20) days of the cruise ship leaving Ballentyne Pier. The report should summarize information regarding liquid waste, solid waste, and air emission quantities generated, amount of material recycled, power consumption, successes of air emission reduction strategies and air quality offsets.

**10.    FUEL**

**10.1**    The type and grade of fuel used must be a low sulpher fuel.

**11.    INSURANCE**

**11.1**    The Contractor must provide proof of insurance which is valid and applicable and approved by Canadian Insurance carriers within 10 days of securing the vessels.

**11.2**    Within ten (10 days) of securing the vessel, the Contractor must provide documentation of permission from the Insurance carrier for the Cruise ship line for multi-ship inventory to be docked at one location for an extended period of time.

**12.    ROOM ASSIGNMENT**

**12.1**    Cabin assignments will be managed by the contractor acting on the direction of the ISU Accommodation Director or their assignee. A passenger list shall be provided to the contractor by the ISU at least fourteen days (14) prior to embarkment for the purposes of room assignment, and the contractor will then be required to produce an initial room assignment list within seven days (7) for approval by the ISU Accommodation Director or their assignee. Once room assignments have been approved, the Contractor agrees not to make any changes to room assignments without the approval of the Accommodation Director or assignee. The contractor shall immediately inform the Accommodation Director or assignee if there are any requests for changes to the room assignment by a passenger. The ISU reserve the right to change room assignments at any time during the term of the contract.

**12.2**    The Contractor shall provide a list of room assignments, ninety (90) days prior to embarkment, based on the document provided by the ISU.  The Charterer shall immediately inform the Accommodation Director if there are any requests for changes to the room assignment by a passenger.  The Contractor agrees not to make any changes to room assignments until approval is received by the Accommodation Director.

**13.    LUGGAGE AND DOCKSIDE SERVICES**

**13.1**    It is the responsibility of the contractor to arrange all applicable port and dockside services with any agency that may have an interest or have business at Ballentyne pier. This includes any person or group of persons who normally perform any duties during the normal Port of Vancouver cruise ship season.

**14    LOCKERS AND OTHER FACILITY USEAGE**

**14.1**    The Contractor shall arrange with the Cruise ship provider to supply lockers or a separate onboard room which shall be secured by the ISU.  The Contractor and the Cruise ship provider agree that

only identified ISU personnel shall have access to this area while the vessels are berthed in the City of Vancouver.

14.2    The Contractor shall arrange with the Cruise Ship provider full uninhibited access to the medical facilities and all medical equipment, twenty-four hours per day, seven (7) days per week. The ISU shall provide medical staff licensed to practice medicine and who have billing privileges in the Province of British Columbia to assess and treat any medical issues with ISU personnel while the vessel is docked at Ballentyne Pier.

14.3    The Contractor and the ISU will coordinate the use of public spaces on board the vessels. Potential uses shall include equipment storage and areas to conduct briefings or meetings. The Contractor shall provide a minimum of one large theatre-style area for briefings per vessel complete with a standard suite of audio-visual services, public address system, video equipment and any other applicable electronic equipment as requested by the ISU.

14.4.   The Contractor shall ensure that Cruise ship personnel who are technologically responsible for internet, television reception services, and telephones are on call and shall be available twenty-four hours per day, seven days per week at no additional cost.

## 15.    PASSENGER SERVICES

15.1    As this contract is for a Charterer to provide temporary accommodation using cruise ships, and while an acceptable level of in room housekeeping is required, it is expected the contractor shall arrange to instruct the cruise ship carrier to modify cabin and individual services from those services which are normally provided to cruise ship passengers. The purpose of providing a minimized level of service is to ensure costs are curtailed and stay within the budget allocated for this contract.

- Once-daily cabin cleaning is required without turn-down service.

- Individual room service is not required

15.2    The contractor shall ensure services such as live entertainment, casino operations, concierge services, decoration, coordinated sport events, or any service which is not available at a standard national hotel chain should not be provided.

15.3    Subject to such restrictions as the RCMP or ISU may impose at its discretion, on board services such as photography, gift and specialty shops, personal training, spa services, telephone and internet café services or other value-added services may be provided, but all costs associated with the provision of such services will be borne by the individuals.

15.4    **Charges for Individual Billing Services:** The contractor is expected to provide on-board account billing services for each individual, with charges to the account being settled directly between individuals and the Cruise Ship line.   No charges will be made to the RCMP or the ISU for individual services of any kind and further accepts no responsibility for settlement of individual accounts.

15.4    The contractor shall ensure the normal cost free amenities which are usually accessible to passengers should be available for use to the ISU personnel.

**15.5    Meal Services:**  ISU personnel will be employed on a variety of shifts around the clock so flexible meal services will be required on a 24 hour, 7 day per week basis. It shall be the responsibility of the Contractor to negotiate with the Cruise Ship lines meal plans which conform to the shifting schedules; the details will be forthcoming from the ISU to the Contractor on an ongoing basis throughout the term of the contract.   It is anticipated members will consume two and occasionally all meals on board daily.

**15.6**    The contractor shall offer a solution to providing meals to ISU personnel who are not passengers who wish to take their meals on board. The costs of the meals shall not exceed Breakfast of $13.60; Lunch $12.85; and Dinner $36.30 inclusive of non-alcoholic beverages

**15.7**    The contractor agrees they shall negotiate with the cruise line, for the provision of additional meals for non-passenger ISU personnel.  The non-passenger ISU personnel must have the ability to set up an individual account.  It is expected meals or other services could be charged to that account upon the individual signing for the meal or service.

**15.8**     The contractor shall ensure meals are made available to the passengers twenty-four hours per day, seven days per week.   It is imperative the meals provided are modestly presented, healthy and balanced.  The meals shall be served in a cafeteria or buffet-style setting.

**15.9    Beverage Services: Non-Alcoholic:**

The Contractor shall arrange for ready access to coffee, tea, juices and drinking water at no charge to the members twenty-four hours per day, 7 days per week.

**15.10    Beverage Services: Alcoholic:**

The Contractor shall ensure compliance with all regulatory and licensing requirements in the Province of British Columbia with respect to serving alcoholic beverages.  The RCMP and ISU shall not be responsible for the payment of any alcoholic beverages consumed by any member of the ISU.  The payment for alcoholic beverages must be paid by the individual on their account.

## ANNEX B

### BASIS OF PAYMENT

1.     In determining the Bidders financial capability to undertake this requirement, the Bidder must provide security in the form of a irrevocable Letter of Credit from a registered financial institution drawn in favour of the Receiver General for Canada in the amount of ten (10%) percent of the bid value, and a second security deposit of ninety (90%) percent of the bid value, on or before April 1, 2009 if a the bid is successful and contract is awarded.

2.     Under Treasury Board regulations the following is applicable:

"It is a term of every contract providing for payment of any money by Her Majesty that payment hereunder is subject to there being an appropriation for the particular service for the fiscal year in which any commitment hereunder would come in course of payment".

The Canadian federal government fiscal year is April 1 to March 31, in any year.

2.     An irrevocable Letter of Credit (LOC) means any arrangement, however named or described, whereby a financial institution (the "issuer") acting at the request and on the instruction of a customer (the "Applicant"), or on its own behalf, is to make payment to or to the order of the Receiver General for Canada, as the beneficiary, or is to accept and pay bills of exchange drawn by Canada the Queen in Right of Canada, or authorizes another financial institution in effect such payment, or accept and pay such bills of exchange, or authorizes another financial institution to negotiate, again written demand (s) for payment provided that the terms and conditions of the Letter of Credit are complied with.

The LOC shall:

-     state the face amount which may be drawn against it;

-     state its expiry date;

-     provide for sight payment to the Receiver General for Canada by way of the financial institution's draft against presentation of a written demand for payment signed by the authorized departmental representative in the LOC by his/her office;

-     provide more than one written demand for payment may be presented subject to the sum of those demands not exceeding the face amount of the LOC;

-     provide that it is subject to the International Chamber of Commerce (ICC) Uniform Customs and Practice for Documentary Credits, 1993 Revision, ICC Publication No. 500;

-     clearly specify that this is a irrevocable or deemed to be irrevocable pursuant to Article 6c of the ICC Uniform Customs and practice for Documentary Credits, 1993 Revision, ICC Publication 500; and

-     be issued or confirmed in either official language of Canada, by a financial institution which is a member of the Canadian Payments Association and is on the letterhead of the issuer or

Confirm.  The format is left to the discretion of the issuer or Confirm.

If for any reason, Canada does not receive, within the specified time period, all documents including those if the bid submitted is deemed successful, the contract signed by the Bidder, the requested contract financial security as stated in the Resulting Contract clauses of this Request for Proposal, Canada may, as its discretion, accept another offer, issue a new bid solicitation and award a contract to another bidder, or reject all bids.

ANNEX C

**EVALUATION CRITERIA AND BASIS OF SELECTION**

Bidders will be assessed in two (2) phases:

Phase 1: Mandatory Criteria Evaluation
Phase 2: Price Evaluation

## PHASE 1: MANDATORY CRITERIA EVALUATION

1. In order to be considered responsive bids must:

(a) comply with all of the Mandatory Requirements of this Request for Proposal (RFP).
(b) include all required certifications, and documents requested in the Solicitation.

**2.** Bids not meeting (a) or (b) will be declared non-responsive.

### PHASE 2: PRICE EVALUATION

**3.** Bids that meet (a) and (b) will be evaluated financially and the responsive bid that offers the lowest cost per bed per night will be retained. Bids must clearly indicate how many beds, at no more than two qualified beds to a room, are being offered.

For example: All inclusive daily rate $1,000,000.00 for 4200 bed nights. $1,000,000.00 /4200 = $238.00 per bed per night.

**4.** The responsive bid with the lowest evaluated price per bed will be recommended for award of a contract.

**5** **Occupancy:** Bidders are to provide the period of notification required to extend or shorten the duration of the occupancy by up to three (3) days (72 hours), before and after the indicated dates.

**INSTRUCTIONS FOR PERSONNEL SCREENING CONSENT AND AUTHORIZATION FORM TBS/SCT 330-23E (Rev. 2002/02)**
Once completed, this form shall be safeguarded and handled at the level of Protected A.

**General:**
If space allotted in any portion is insufficient please use separate sheet using same format.

**1. Section A (Administrative Information) Authorized Departmental/Agency/Organizational Official**
The Official, based on instructions issued by the Departmental Security Officer, may be responsible for determining, based on five year background history, what constitutes sufficient verification of personal data, educational and professional qualifications, and employment history. References are to be limited to those provided on the application for employment or equivalent forms.

**SUPPLEMENTAL INFORMATION REQUIREMENTS**
Persons who presently hold a SECURITY CLEARANCE and subsequently marry, remarry or commence a common-law partnership, in addition to having to update sections of the *Security Clearance Form (TBS/SCT 330-60)*, are required to submit an original *Personnel Screening, Consent and Authorization Form*, with the following parts completed:

> Part A - As set forth in each question
> Part B - As set forth in each question, excluding CRIMINAL CONVICTIONS IN AND OUTSIDE OF CANADA.
> Part C - Applicant's signature and date only are required

"Other". This should be used to identify if the security screening is for Site Access, NATO, SIGINT etc.

**2. Section B (Biographical Information)**
To be completed by the *applicant*. If more space is required use a separate sheet of paper. Each sheet must be signed.

*Country of Birth - For "NEW" requests, if born abroad of Canadian parents, please provide a copy of your Certificate of Registration of Birth Abroad. If you arrived in Canada less than five years ago, provide a copy of the Immigration Visa, Record of Landing document or a copy of passport.*

- List only criminal convictions for which a pardon has NOT been granted. Include on a separate attached sheet of paper, if more than one conviction. Applicant must include those convictions outside Canada.
- Offences under the *National Defence Act* are to be included as well as convictions by courts-martial are to be recorded.

**3. Section C (Consent and Verification)**
A copy of Section "C" may be released to institutions to provide acknowledgement of consent.

Criminal record checks (fingerprints may be required) and credit checks are to be arranged through the Departmental Security Office or the delegated Officer.

Consent: may be given only by an applicant who has reached the age of majority, otherwise, the signature of a parent or guardian is mandatory.

The age of majority is:
19 years in NFLD., N.S., N.B., B.C., Yukon, Norhwest Territories and Nunavut;
18 years in P.E.I., Que., Ont., Man., Sask. and Alta.

The applicant will provide initials in the " applicant's initials box".

The official who carried out the verification of the information will print their name, insert their initials and telephone number in the required space.
- Reliability Screening (for all types of screening identified within Section A): complete numbers 1 and 2 and 3 if applicable.
- Security Clearance (for all types of screening identified within Section A): complete numbers 1 to 4 and 5 where applicable.
- Other: number 5 is used only where prior Treasury Board of Canada Secretariat approval has been obtained.

**4. Section D (Review)**
To be completed by authorized Departmental/Agency/Organizational Official who is responsible for ensuring the completion of sections A to C as requested.

**5. Section E (Approval)**
**Authorized Departmental/Agency/Organizational Security Official** refers to the individuals as determined by departments, agencies, and organizations that may verify reliability information and/or approve/not approve reliability status and/or security clearances. Approved Reliability Status and Level I, II and III, as well as the signature of the authorized security official or manager are added for Government of Canada use only. Applicants are to be briefed, acknowledge, and be provided with a copy of the "Security Screening Certificate and Briefing Form (TBS/SCT 330-47)".
**Note:** Private sector organizations do not have the authority to approve any level of security screening.

**Photographs:** Departments/Agencies/Organizations are responsible for ensuring that three colour photographs of passport size are attached to the form for the investigating agency. Maximum dimensions are 50mm x 70mm and minimum are 43mm x 54mm. The face length from chin to crown of head must be between 25mm x 35mm. The photographs must be signed by the applicant and an authorized security official. The photographs must have been taken within the last six months. It is required for new or upgrade Level III security clearances for identification of the applicant during the security screening investigation by the investigating agency. The investigating agency may in specific incidents request a photograph for a Level I or II clearances when an investigation is required.

Canada



Government   Gouvernement
of Canada    du Canada

**PERSONNEL SCREENING,
CONSENT AND AUTHORIZATION FORM**

PROTECTED (when completed)

| OFFICE USE ONLY | | |
|---|---|---|
| Reference number | Department/Organization number | File number |

NOTE: For *Privacy Act* Statement refer to Section C of this form and for completion instructions refer to attached instructions.
Please typewrite or print in block letters.

## A  ADMINISTRATIVE INFORMATION  (To be completed by the Authorized Departmental/Agency/Organizational Official)

☐ New    ☐ Update    ☐ Upgrade    ☐ Transfer    ☐ Supplemental    ☐ Re-activation

The requested level of reliability/security check(s)

☐ Reliability Status    ☐ Level I (CONFIDENTIAL)    ☐ Level II (SECRET)    ☐ Level III (TOP SECRET)

☐ Other _____

### PARTICULARS OF APPOINTMENT/ASSIGNMENT/CONTRACT

☐ Indeterminate    ☐ Term    ☐ Contract    ☐ Industry    ☐ Other (specify secondment, assignment, etc.) _____

Justification for security screening requirement

| Position/Competition/Contract number | Title | Group/Level (Rank if applicable) |
|---|---|---|
| Employee ID number/PRI/Rank and Service number (if applicable) | If term or contract, indicate duration period ▶ | From | To |
| Name and address of department / organization / agency | Name of official | Telephone number ( ) | Facsimile number ( ) |

## B  BIOGRAPHICAL INFORMATION  (To be completed by the applicant)

| Surname (Last name) | Full given names (no initials) underline or circle usual name used | Family name at birth |
|---|---|---|

| Other names used (i.e. Nickname) | Sex ☐ Male ☐ Female | Date of birth Y M D | Country of birth | Date of entry into Canada if born outside Canada Y M D |
|---|---|---|---|---|

RESIDENCE (provide addresses for the last five years, starting with the most current)
Home address          Daytime telephone number ( )          E-mail address

| 1 | Apartment number | Street number | Street name | | Civic number (if applicable) | From Y M | To present |
| | City | | Province or state | Postal code | Country | Telephone number ( ) | |

| 2 | Apartment number | Street number | Street name | | Civic number (if applicable) | From Y M | To Y M |
| | City | | Province or state | Postal code | Country | Telephone number ( ) | |

Have you previously completed a Government of Canada security screening form?  ☐ Yes  ☐ No    If yes, give name of employer, level and year of screening. Y

### CRIMINAL CONVICTIONS IN AND OUTSIDE OF CANADA  (see instructions)

Have you ever been convicted of a criminal offence for which you have not been granted a pardon?  ☐ Yes  ☐ No    If yes, give details. (charge(s), name of police force, city, province/state, country and date of conviction) ▼

| Charge(s) | Name of police force | City |
|---|---|---|
| Province/State | Country | Date of conviction ▶ Y M D |

TBS/SCT 330-23E (Rev. 2006/02)          - 1 -          Canada

Government     Gouvernement
of Canada      du Canada

**PERSONNEL SCREENING,**
**CONSENT AND AUTHORIZATION FORM**

PROTECTED (when completed)

| Surname and full given names | Date of birth | | Y | M | D |
|---|---|---|---|---|---|
| | | | | | |

## CONSENT AND VERIFICATION (To be completed by the applicant and authorized Departmental/Agency/Organizational Official)

| | Checks Required (See Instructions) | Applicant's initials | Name of official (print) | Official's initials | Official's Telephone number |
|---|---|---|---|---|---|
| 1. | Date of birth, address, education, professional qualifications, employment history, personal character references | | | | ( ) |
| 2. | Criminal record check | | | | ( ) |
| 3. | Credit check (financial assessment, including credit records check) | | | | ( ) |
| 4. | Loyalty (security assessment only) | | | | |
| 5. | Other (specify, see instructions) | | | | |

**The Privacy Act Statement**
The information on this form is required for the purpose of providing a security screening assessment. It is collected under the authority of subsection 7(1) of the *Financial Administration Act* and the Government Security Policy (GSP) of the Government of Canada, and is protected by the provisions of the *Privacy Act*. Its collection is mandatory. A refusal to provide information will lead to a review of whether the person is eligible to hold the position or perform the contract that is associated with this Personnel Screening Request. Depending on the level of security screening required, the information collected by the government institution may be disclosed to the Royal Canadian Mounted Police (RCMP) and the Canadian Security Intelligence Service (CSIS), which conduct the requisite checks and/or investigation in accordance with the GSP and to entities outside the federal government (e.g. credit bureaus). It is used to support decisions on individuals working or applying to work through appointment, assignment or contract, transfers or promotions. It may also be used in the context of updating, or reviewing for cause, the reliability status, security clearance or site access, all of which may lead to a re-assessment of the applicable type of security screening. Information collected by the government institution, and information gathered from the requisite checks and/or investigation, may be used to support decisions, which may lead to discipline and/or termination of employment or contractual agreements. The personal information collected is described in Standard PIB PSU 917 (Personnel Security Screening) which is used by all government agencies, except the Department of National Defence PIB DND/PPE 834 (Personnel Security Screening), RCMP PIB CMP PPU 065 (Security/Reliability Screening Records), CSIS PIB SIS PPE 815 (Employee Security), and PWGSC PIB PWGSC PPU 015 (Personnel Clearance and Reliability Records) used for Canadian Industry Personnel. Personal information related to security assessments is also described in the CSIS PIB SIS PPU 005 (Security Assessments/Advice).

I, the undersigned, do consent to the disclosure of the preceding information including my photograph for its subsequent verification and/or use in an investigation for the purpose of providing a security screening assessment. By consenting to the above, I acknowledge that the verification and/or use in an investigation of the preceding information may also occur when the reliability status, security clearance or site access are updated or otherwise reviewed for cause under the Government Security Policy. My consent will remain valid until I no longer require a reliability status, a security clearance or a site access clearance, my employment or contract is terminated, or until I otherwise revoke my consent, in writing, to the authorized security official.

| Signature | Date (Y/M/D) |
|---|---|
| | |

## D   REVIEW (To be completed by the authorized Departmental/Agency/Organizational Official responsible for ensuring the completion of sections A, B and C)

| Name and title | Telephone number |
|---|---|
| | |
| Address | Facsimile number |
| | |

## E   APPROVAL (To be completed by authorized Departmental/Agency/Organizational Security Official only)

*I, the undersigned, as the authorized security official, do hereby approve the following level of screening.*

Reliability Status

☐ Approved Reliability Status     ☐ Not approved

| Name and title |
|---|
| |

| Signature | Date (Y/M/D) |
|---|---|
| | |

Security Clearance (if applicable)

☐ Level I     ☐ Level II     ☐ Level III     ☐ Not recommended

| Name and title |
|---|
| |

| Signature | Date (Y/M/D) |
|---|---|
| | |

**PHOTO**
(for Level III T.S., and/or upon request - see instructions)

Comments

Canada

## ANNEX E

## EMPLOYMENT EQUITY CERTIFICATION

### Bidders must complete and provide this annex with their proposal

### FEDERAL BIDDERS PROGRAM FOR EMPLOYMENT EQUITY - $200,000 OR MORE

1.  The Federal Bidders Program for Employment Equity (FCP-EE) requires that some organizations bidding for federal government contracts, valued at $200,000 or more (including all applicable taxes), make a formal commitment to implement employment equity, as a condition precedent to the contract award. If the bidder is subject to the Program, evidence of its commitment must be provided prior to the award of any contract.

    Bidders that have been declared Ineligible Bidders by the Department of Human Resources and Skills Development (HRSD) are no longer eligible to receive government contracts over the threshold for solicitation of bids as set out in the Government Contract Regulations (currently at $25,000, including all applicable taxes), either as a result of a finding of non-compliance by the Department of HRSD, or following their voluntary withdrawal from the Program for a reason other than the reduction in their workforce. Any bid from ineligible Bidders will not be considered for award.

2.  The Bidder certifies its status with FCP-EE, as follows:

    The Bidder

    (a)    (  )   is not subject to FCP-EE, having a workforce of less than 100 permanent full or part-time employees in Canada,

    (b)    (  )   is not subject to FCP-EE, being a regulated employer under the Employment Equity Act;

    (c)    (  )   is subject to the requirements of FCP-EE, having a workforce of 100 or more permanent full or part-time employees in Canada, but has not previously obtained a certificate number from the Department of HRSD, (having not bid on requirements of $200,000 or more), in which case a duly signed certificate of commitment is provided herewith (attached);

    (d)    (  )   is subject to FCP-EE, and has a valid certification number as follows: _____ (e.g. has not been declared Ineligible Bidder by the Department of HRSD).

3.  If the Bidder does not fall within the exceptions enumerated in 2. (a) or (b), the Program requirements do apply, and as such, the Bidder is required to submit to the Department of HRSD form LAB 1168, Certificate of Commitment to Implement Employment Equity, DULY SIGNED or a valid Certificate number confirming its adherence to the FCP-EE.

4.  The Bidder acknowledges that the Minister shall rely on this certification to award the Contract. Should a verification by the Minister disclose a misrepresentation on the part of the Bidder, the

Minister shall have the right to treat any contract resulting from this bid as being in default, and to terminate it pursuant to the Default provisions of the Contract.

5.      In all cases, the Bidder is required to produce evidence or supporting information on demand prior to contract award, if such evidence is not included with its bid.


**Signature of authorized representative:** _____.

NOTE: Information on the FCP-EE and the Certificate of Commitment (LAB 1168) are available on the following Department of HRSD Website:

http://www.hrsdc.gc.ca/en/gateways/topics/wzp-gxr.shtml and
http://www100.hrdc.gc.ca/lablswenm1e.shtml, respectively.

## ANNEX F

## NON-DISCLOSURE CERTIFICATION

### Bidders must complete and provide this annex with their proposal



**Vancouver 2010 Integrated Security Unit**

I hereby agree and understand that I shall keep confidential any information regarding this Request for Proposal or any contract agreement.  Further I understand any disclosure could compromise the security measures put into place for the 2010 Olympic/Paralympic Games by the RCMP Integrated Security Unit.

 I acknowledge that to breach this non-disclosure agreement, without the written consent of the RCMP may result in immediate termination of any contractual agreement.

Signed this _____ day of _____, 2007, by

_____ of _____, B.C.
      (print name)                        (complete mailing  address)

Signature of Owner and/or Legally Authorized Representative