# Tab 3



## Cruise Connections Charter Management Team

August 25, 2008

Contract Amendment:

The following changes have occurred to the original contract due to amendments requested by the RCMP for the ships being deployed.

Original:
Ship one CCL 2046 berths X 31 days =  63,426
Ship two CCL 2046 berths X 31 days =  63,426
Ship three HAL 1248 berths X 44 days =<u>54,912</u>
Total berths                             181,764 X $298.00 = $54,165,672 + GST


As per August 20, 2008

Ship one RCCL 2110 berths X 31 days = 65,410
Ship two RCCL 2110 berths X 31 days = 65,410
Ship three HAL 1248 berths X 44 days = <u>54,912</u>
Total berths                             185,732 X $298.00 = $55,348,136 + GST

Payable as follows:

80% of $55,348,136 =  $44,278,508 Due on/before April 30, 2009
15% of $55,348,136 =  $ 8,302,220 Due on/before October 31, 2009
05% Of $55,348,136 =  $ 2,767,408 Due on/before March 31, 2010

*[signature]*
Kelly Meikle, Contracting Authority ISU

*[signature]*
Michael Day, Contracting Manager, ISU

_____
Tracey Kelly, Contracting Authority, CCCM


_____
Susan Edwards, Operations/Logistics, CCCM

*Susan Edwards: 4970 La Quinta Place, Victoria, BC V8Y 3G9 (250) 598. 2526*
*Tracey Kelly: 4721 W. Emerson, Seattle, WA (206) 283. 2686*
*Michael Sloane: 1418-B S. Stratford Rd, Winston-Salem, NC 27103 1-888 999.1099*