# Tab 4

----- Original Message ----- From: "Kelly Meikle" <Kelly.Meikle@rcmp-grc.gc.ca>
To: <tracey4721@comcast.net>
Cc: "Donna KALUZA" <donna.kaluza@rcmp-grc.gc.ca>; "Michael DAY" <michael.day@rcmp-grc.gc.ca>; <issumavik@shaw.ca>
Sent: Wednesday, September 10, 2008 7:18 AM
Subject: Re: Canadian Tax issue and CPAs

Hi Tracey
Sorry for not getting back to you sooner, I am booked solid this week on other procurement matters.
We have sent your inquiry back to our Minister's representative in Ottawa. They are seeking advice from Treasury Board. This could take months to address and reach a decision.

In the meantime, it has been suggested by our representatives that this issue should not hold up any agreement with the Cruise ship lines as the contract does address Taxation issues. In your Proposal there is a clause on Page 54 (Part 6.3) with respect to taxes. This has been accepted and has formed part of the contract document (see priority of documents). If you could point this out to the Cruise Ship lines, it does offer, I believe the level of comfort they need to sign the final CPA.

Thanks
Kelly

Manager Contracting Services
Asset Management and Procurement Section
"E" Division, Vancouver 2010 Integrated Security Unit
Phone (604) 247-8403