# Tab 5

```
---- ---------- Forwarded Message: --------------
From: "Michael DAY" <michael.day@rcmp-grc.gc.ca>
To: <tracey4721@comcast.net>
Cc: "Kelly Meikle" <Kelly.Meikle@rcmp-grc.gc.ca>, "Mike MCAULEY"
<mike.mcauley@rcmp-grc.gc.ca>
Subject: Phone Message
Date: Fri, 12 Sep 2008 20:07:29 +0000
```
Tracey,

Sorry this took so long.  Things are kinda hectic today.

I have spoken to Kelly and understand you and her have this in hand.  I will leave it with her to address your need in this with the following clarification.

The assurance you are seeking is already stipulated in the contract.  What Kelly will provide is a written confirmation of that provision separate from the formal agreement.  This does not constitute a change to our agreement nor is it an amendment to the contract.

I wish to be very clear that we are not changing or adding to the existing terms.

Mike