# Tab 6

```
-------------- Forwarded Message: --------------
```
From: "Kelly Meikle" <Kelly.Meikle@rcmp-grc.gc.ca>
To: <tracey4721@comcast.net>, "Michael DAY" <michael.day@rcmp-grc.gc.ca>
Cc: "Mike MCAULEY" <mike.mcauley@rcmp-grc.gc.ca>
Subject: Re: Phone Message
Date: Fri, 12 Sep 2008 20:28:09 +0000

Hi Tracey
Further to Mike's email below, the priority of documents includes the Federal
Government shall be responsible for any additional taxes which may be assessed
to the contractor with respect to the cruise ships lines.
Please consider this email acknowledgment and acceptance of this clause.

I don't have access to a printer or fax from my location until Tuesday, so I
apologize and will have to send you a signed copy when I receive same from you.

Thanks
Kelly

Manager Contracting Services
Asset Management and Procurement Section
"E" Division, Vancouver 2010 Integrated Security Unit
Phone (604) 247-8403


>>> Michael DAY Friday, September 12, 2008 13:07 >>>
Tracey,

Sorry this took so long. Things are kinda hectic today.

I have spoken to Kelly and understand you and her have this in hand. I will
leave it with her to address your need in this with the following clarification.

The assurance you are seeking is already stipulated in the contract. What Kelly
will provide is a written confirmation of that provision separate from the
formal agreement. This does not constitute a change to our agreement nor is it
an amendment to the contract.

I wish to be very clear that we are not changing or adding to the existing
terms.

Mike