(1)

**DEFENDANT'S EXHIBIT**

Hearing Type: Bench Trial

Cruise Connections Charter Management 1, LP, et al
vs.
Attorney General of Canada, et al

Civil/Criminal No.: 08-2054 (RMC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Notes | 11/18/13 | 11/18/13 | Kelly | |
| 2 | Complaint for Declaratory Judgment and Damages | 11/18/13 | 11/18/13 | Kelly | |
| 3 | Email chain to Sue Edwards | 11/18/13 | 11/18/13 | Kelly | |
| 4 | Letter of Intent | 11/18/13 | 11/18/13 | Kelly | |
| 5 | Affidavit of Tracey Kelly | 11/18/13 | 11/18/13 | Kelly | |
| 6 | Email from Philip Sloane to Tracey Kelly | 11/18/13 | 11/18/13 | Kelly | |
| 7 | Email from Tracey Kelly to Stacy Shaw (12/16/08) | 11/18/13 | 11/18/13 | Kelly | |
| 8 | Response to Defendant's First set of Interrogatories | 11/18/13 | 11/18/13 | Kelly | |
| 9 | Email from Sue Edwards to Tracey Kelly (9/3/2008) | 11/18/13 | 11/18/13 | Kelly | |

②

Hearing Type: **Bench Trial**

Civil/Criminal No.: **08-2054** (RMC)

**CCM, et al**
vs.
**Attorney General of Canada, et al**

**DEFENDANT'S EXHIBIT**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10 | RCMP Regular Rates of Pay | 11/18/13 | 11/18/13 | Kelly | |
| 11 | Pay Scales | 11/18/13 | 11/18/13 | Kelly | |
| 12 | Email from Tracey Kelly to AA Worldwide | 11/18/13 | 11/18/13 | Kelly | |
| 14 | Net Onboard Revenue Estimate (with handwritten notes) | 11/20/13 | 11/20/13 | Snitzer | |