①

Hearing Type: Bench Trial

Cruise Connections Charter Management 1, LP, et al
vs.
Attorney General of Canada, et al

Civil/Criminal No.: 08-2054 (RMC)

**PLAINTIFF'S EXHIBIT**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Contract Document (7/31/08) | 11/18/13 | 11/18/13 | Kelly | |
| 2 | Estimate of Profit (7/29/08) | 11/18/13 | 11/18/13 | Kelly | |
| 3 | Amendment to RCMP (8/25/08) | 11/18/13 | 11/18/13 | Kelly | |
| 4 | Charter Party Agreements for Holland America | 11/18/13 | 11/18/13 | Kelly | |
| 5 | Charter Party Agreement between CCCM and Royal Caribbean | 11/18/13 | 11/18/13 | Kelly | |
| 6 | Charter Party Agreements between the Cruise lines and RCMP | 11/18/13 | 11/18/13 | Kelly | |
| 7 | Email chain | 11/18/13 | 11/18/13 | Kelly | |
| 8 | Email from Tracey Kelly to Bud Mercer | 11/18/13 | 11/18/13 | Kelly | |
| 23 | Invoices provided by RCMP | 11/19/13 | 11/19/13 | Webber | |

②

Hearing Type: Bench Trial

Civil/Criminal No.: 08-2054 (RMC)

CCCM, et al
vs.
Attorney General of Canada, et al

**PLAINTIFF'S EXHIBIT**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 24 | Invoices Re Statendam | 11/19/13 | 11/19/13 | Webber | |
| 21A | TYMAC Invoices | 11/19/13 | 11/19/13 | Webber | |
| 21 | TYMAC charges for Recycling and waste Removal | 11/19/13 | 11/19/13 | Webber | |
| 20A | Summary Sheet Re Statendam | 11/19/13 | 11/19/13 | Webber | |
| 26 | RCMP Estimate of Cost | 11/19/13 | 11/19/13 | Webber | |
| 50 | Gangway Watch Summary | 11/19/13 | 11/19/13 | Webber | |
| 28 | Snow Removal Invoices | 11/19/13 | 11/19/13 | Webber | |
| 27 | Daily Data Report - January 2010 | 11/19/13 | 11/19/13 | Webber | |
| 51 | Aerial Photo | 11/19/13 | 11/19/13 | Webber | |

③

Hearing Type: Bench Trial
Civil/Criminal No.: 08-2054 (RMC)

**PLAINTIFF'S EXHIBIT**

CCCM, et al
vs.
Attorney General of Canada, et al

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 27A | Daily Data Report - Jan thru Mar 2010 (Harbor) | 11/19/13 | 11/19/13 | Webber | |
| 29 | Invoice - Sanitorial Services | 11/19/13 | 11/19/13 | Webber | |
| 20B | Invoices - Carnival Elation | 11/19/13 | 11/19/13 | Webber | |
| 22A | Invoices - Grey & Black Water Systems | 11/19/13 | 11/19/13 | Webber | |
| 22 | Black Grey Water Charges | 11/19/13 | 11/19/13 | Webber | |
| 52 | Calculation for traffic control provision | 11/19/13 | 11/19/13 | Webber | |
| 34 | CashFlow Projections - 9/22/08 | 11/19/13 | 11/19/13 | Sloane, P | |
| 54 | Email from Philip Sloane to Cindy Brand | 11/19/13 | 11/19/13 | Sloane, P | |
| 55 | Email from Philip Sloane to Tracy Kelly (8/23/08) | 11/19/13 | 11/19/13 | Sloane | |

④

Hearing Type: Bench Trial

CCCM, et al
vs.
Attorney General of Canada, et al

Civil/Criminal No.: 08-2054 (RMC)

**PLAINTIFF'S EXHIBIT**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9 | Net Onboard Revenue Estimate Worksheet | 11/19/13 | 11/19/13 | Snitzer | |
| 10 | List of Documents Reviewed | 11/19/13 | 11/19/13 | Snitzer | |
| 11 | Net Onboard Revenue Estimate (Vancover to San Diego) | 11/19/13 | 11/19/13 | Snitzer | |
| 12 | Total Dollars of Onboard Revenue | 11/19/13 | 11/19/13 | Snitzer | |
| 13 | Alternative Exhibit E | 11/19/13 | 11/19/13 | Snitzer | |
| 14 | Copies of Handwritten Notes (6/11/08) | 11/20/13 | 11/20/13 | Kaluza | |