UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CRUISE CONNECTIONS CHARTER  :
MANAGEMENT 1, LP, et al,    :
                          :       Docket No. CA 08-2054
        Plaintiff,    :
                          :        Washington, D.C.
                          :   Tuesday, October 15, 2013
                          :        9:35 a.m.
ATTORNEY GENERAL OF CANADA, :
et al.                  :
        Defendants.   :
--------------------------x


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:       JACK M. STRAUCH, Esquire
                      STANLEY B. GREEN, Esquire
                      Strauch, Fitzgerald & Green, P.C.
                      118 South Cherry Street
                      Winston-Salem, NC 27101

For the Defendants:      SCOTT H. CHRISTENSEN, Esquire
                      CORINNE O. LANE, Esquire
                      JOHN TOWNSEND, Esquire
                      Hughes Hubbard
                      1775 I Street
                      Washington, DC  20006-2401

Court Reporter:          CRYSTAL M. PILGRIM, RPR
                      Official Court Reporter
                      United States District Court
                      District of Columbia
                      333 Constitution Avenue, NW
                      Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

P-R-O-C-E-E-D-I-N-G-S

1

2          THE DEPUTY CLERK:  Civil action 08-2054, Cruise

3    Connections Charter Management LP, et al versus Attorney

4    General of Canada, et al.

5          For the plaintiffs, Jack Strauch and Stan Green.

6          For the defense, Scott Christensen, Corinne O'Hayer Lane

7    and John Townsend.

8          THE COURT:  Good morning everyone.

9          MR. STRAUCH:  Good morning, Your Honor.

10         MR. CHRISENSEN:  Good morning, Your Honor.

11         THE COURT:  Nice to see you all.

12    You may not be completely happy with the results of our

13    decision, but I hope you realize we at least worked on it.  It

14    wasn't for the lack of thinking about you I can promise.

15         The question is what to do next.  It seems to me that

16    the issue that as outstanding as we indicated in the decision

17    is damages.  And we can go forward into discovery and trial on

18    damages or we can say you know, we spent a lot of money on

19    this, why don't we try mediation first.  If we're successful at

20    that maybe we can reach a happy compromise and be done with it.

21         So I offer that as an option to you.  Mediation could be

22    done either by one of our magistrate judges.  They're very

23    familiar and expert at that process and sometimes, depending on

24    who the client is, it's helpful to have somebody that you can

25    call Judge during the mediation process.

1          But the Circuit's Executive Office also runs a mediation

2     service.  Those are lawyers, some of them retired, some of them

3     not, trained in mediation and we might be able to find someone

4     with a particular background or experience if that were

5     something you were interested in or just a private party.

6     Neither of these approaches would cost you any money.

7          You could of course also go to J Ms or some other triple

8     A or something and find a mediator, that would cost you money

9     which is kind of against my theory that what we want to do now

10    is figure out if it's possible to resolve this without a huge

11    expenditure of more money on either side.

12         If it's not possible, gentlemen, I'm here to try cases

13    and I'm happy to try this.  So you tell me.  If you've had any

14    conversation, if you have any ideas, how you might wish to

15    proceed.

16         Can you just come to the mic, please.

17              MR. STRAUCH:  Good morning, Your Honor.

18              THE COURT:  Good morning, sir.

19              MR. STRAUCH:  There has not been any meaningful

20    conversation about settlement in the wake of the Court's order.

21         We made a demand about three and a half weeks ago and

22    have not heard a response to that.  Plaintiff of course is

23    willing to sit down and mediate and try to get this resolved.

24         I do want to point something out.  The Court indicated

25    that if settlement resolution would not be successful, we could

1   then proceed to discovery and trial on damages.  The parties

2   have already conducted damages discovery.

3           THE COURT:  So you are ready to go to trial?

4           MR. STRAUCH:  We're ready to go.

5           THE COURT:  Then the alternative is how much time

6   will it take to try your case?

7           MR. STRAUCH:  We think only two days.

8           THE COURT:  Two days.

9           MR. STRAUCH:  Yes.  Judge, just to help the Court, we

10  are planning on five, possibly six witnesses.  One or two of

11  them may be, have their testimony captured de bene esse

12  deposition just for convenience.

13      Then we expect some deposition, portions of depositions

14  from our CMP personnel who have already testified on subjects

15  that we think are germane to the damages issue, but we really

16  think we can do it in two days.

17          THE COURT:  That's not counting cross examination I

18  assume.

19          MR. STRAUCH:  I would be surprised if we went more

20  than two and a half or three even with cross examination.  And

21  we're obviously looking for a trial date at the Court's

22  earliest opportunity.

23      I'm scheduled to start a trial in early December that

24  should last about seven or 10 days but after that, we're ready

25  whenever the Court will have us.

1            THE COURT:  Okay.

2            MR. STRAUCH:  Thank you.

3            THE COURT:  Mr. Chistensen.

4            MR. CHRISENSEN:  Good morning, Your Honor.

5            THE COURT:  Hi, how are you?

6            MR. CHRISENSEN:  Good to see you.

7            THE COURT:  Thank you very much.  Nice to see you

8   too.

9            MR. CHRISENSEN:  Given the number of witnesses at

10  issue with the Government of Canada possibly having two to

11  three additional witnesses, three days seems much more likely.

12           THE COURT:  Okay.

13           MR. CHRISENSEN:  By the time you factor in the number

14  of witnesses and opening statements and closing arguments.

15       For the Court's consideration, since this is a bench

16  trial --

17           THE COURT:  Right.

18           MR. CHRISENSEN:  -- the way some other courts conduct

19  bench trials is by having opening, opening direct from the

20  witnesses by declaration.  This is a practice followed in the

21  Southern District of New York for example, very widely.

22           THE COURT:  So that the --

23           MR. CHRISENSEN:  All of the direct testimony --

24           THE COURT:  So that the witness proffers a

25  declaration and then is subject to cross?

1          MR. CHRISENSEN:  The witness is subject to cross

2    examination.

3          THE COURT:  It's interesting because it would reduce

4    the court time, the in-court time for sure or presumably

5    anyway.

6          But let me ask how much, what is at issue?  What is the

7    basic argument about the damages?  I mean, other than they're

8    asking for too much.  In terms of how -- they're always asking

9    for too much, we know that.

10         What is the premise of damages that you would be

11   contesting?

12         MR. CHRISENSEN:  First, it would be good to know for

13   certain what damages are being claimed.  I know the complaint

14   includes claims for lost profits, for damage to reputation, for

15   cost expended fulfilling Cruise Connections' obligations under

16   the contract, for other costs to be shown at trial.  And for

17   liquidating damages in the form of a hundred percent of the

18   contract which is in the range of 55 million dollars, Canadian.

19         I understand from discovery that plaintiffs have backed

20   off some or all of those damages claims.  But the, it would

21   benefit the Government of Canada tremendously to understand in

22   the form of Rule 16.5 report exactly what damages are being

23   claimed because we're required to itemize those damages and

24   report and provide whatever onus there is in support of those

25   claims.

1          THE COURT:  So the plaintiffs' offer or demand,

2  excuse me, that's the proper noun, didn't give you that level

3  of specificity, it was just an amount?

4          MR. CHRISENSEN:  There is in an interrogatory

5  response, response to interrogatory number ten, the plaintiff

6  did itemize damages.

7          THE COURT:  Okay.

8          MR. CHRISENSEN:  I assume that is the entirety of the

9  damages being claimed by plaintiff and the basis for each of

10  those itemizations is what is at issue in this case.

11          THE COURT:  Okay, so if the, let's think for the

12  moment since I don't want both of you standing there at the

13  same time unless it turns out to be useful.

14      If we did a normal trial presentation, the plaintiffs

15  would have between five and six witnesses and Canada would have

16  approximately three?

17          MR. CHRISENSEN:  Yes, Your Honor.

18          THE COURT:  Okay.  And would there be anybody else,

19  is there another party here?

20          MR. CHRISENSEN:  No, Your Honor.

21          THE COURT:  Okay.  How much is credibility going to

22  be an issue?  That was kind of also where I was going.

23          MR. CHRISENSEN:  I suspect that will be an issue

24  which is why some of the testimony will have to be live.

25          THE COURT:  It seems to me that if we can do it in

1   three or four days that I should just set three or four days

2   and do it and then if there needs to be any credibility

3   determinations, I'll have the best possible opportunity to see

4   and hear to make those determinations.

5           MR. CHRISENSEN:  Understood, Your Honor.

6           THE COURT:  All right, so we thinking we're going to

7   have nine witnesses, no jury selection.

8           Why don't we set it for four days, Ms. White.  If we

9   finish it in three we'll all go whew whew, but if we don't and

10  people want to take an evening to prepare closing arguments or

11  something, that would give us the breathing space to do that,

12  okay.

13          MR. CHRISENSEN:  Okay.

14          THE COURT:  Ms. White -- now somebody, you're in

15  trial in December until, you're in trial in December because

16  then we have the holiday.

17          MR. STRAUCH:  Early December but I should be done by

18  the 14th or so.

19          THE COURT:  14th.

20          I'm just trying to see if this would be.  I don't know

21  what everybody's schedule would be like, even be possible to

22  get this done this year.

23          MR. CHRISENSEN:  I have a proposal for how to

24  structure the pretrial proceedings.

25          THE COURT:  Yes.

1     MR. CHRISENSEN:  I think with the submissions, the

2  Rule 16.5 reports and the need for motions in limine and

3  objections to deposition designations and then potential

4  pretrial conference to resolve some of those issues, I would

5  start with a trial date and then work backwards to fill in the

6  timing for those various stages.

7     THE COURT:  Yes.

8     MR. CHRISENSEN:  What I would recommend in this case,

9  Your Honor, since plaintiffs have the burden on the damages

10  issue is to stagger the submission of the Rule 16.5 report

11  along the following lines.

12     Plaintiff would submit their report, that three or four

13  weeks later as the calendar permits, the defendants would

14  submit their report and any objections to the deposition

15  designations, any motions in limine.

16     Two to four weeks later plaintiffs would submit their

17  objections to defendants' deposition designations and any

18  motions in limine and then any final pretrial conference would

19  be held two to four weeks after that at which point the Court

20  could address the issues presented in the party's papers.

21     Given that having simultaneous Rule 16.5 report

22  submitted leaves Canada in a bit of a spot shooting in the dark

23  at whatever it is plaintiffs are going to claim by way of

24  damages and evidence in support.

25     THE COURT:  I don't have a problem with that, but

1   that will preclude us from doing this in 2013.

2          MR. STRAUCH:  Your Honor, can I address the Court on

3   that?

4          THE COURT:  Yes, Mr. Strauch.

5          MR. STRAUCH:  I don't understand the claim that

6   there's some mystery here about what our damages are.

7          We provided the specific itemized interrogatory response

8   that goes on for two pages and lays out every single element of

9   damages that we're claiming in the case.

10         We recently redirected the defendants to that

11  interrogatory response when we made our demand.  So they

12  certainly know of it.  The damages in this case are not

13  complex.  There isn't in my view a need for anything other than

14  what I guess I'd like to call a normal trial.

15         Damages are in three categories.  We have, all of these

16  damages are profit damages.  The first category I'm going to

17  call lost profits under the contract itself.  That is going to

18  take very, very little time and very, very little effort.  We

19  have a contract price that is in writing that the Court has

20  seen.

21         We have the obligation to present to the Court what our

22  costs were going to be in order to perform that contract.  The

23  Court has already in writing the vast, vast bulk of those costs

24  which is the amount that we had contracted to pay the cruise

25  lines.

1    In addition, we have some other expenses that you have

2 to pay when you bring ships into port, water bunkering,

3 different things, some guys drive boats, ships.  We have

4 itemized precisely what those are.

5         THE COURT:  It's called a pilot.

6         MR. STRAUCH:  Pilot, that's probably right.  I also

7 got chastised by my client for calling these ships boats once.

8 They're ships not boats.

9         THE COURT:  Yes, but that's your client's problem,

10 not mine.

11         MR. STRAUCH:  Understood.  It is going to take very

12 little time to present to the Court what those costs were.

13 That part of the case gets done really, really fast.

14    Then there's another element of damages is actually the

15 damages that the D.C. Circuit talked about in order to find

16 jurisdiction under the FSIA.  That's what we called OBR, on

17 board revenue.

18    And we have two experts on what the on board revenue

19 likely would have been had the Government not breached this

20 contract.  One is a non-retained expert who is one of our guys,

21 one of our clients, who has worked in the industry for a long,

22 long time.

23    The other is a retained expert who has been fully

24 disclosed.  His report has been submitted to the defendants.

25 They know exactly what he's going to say.  They elected not to

1  depose him before the deadline ran, but they have his report.

2  And that will be a very straightforward presentation of how

3  much this OBR, on board revenue amount is.

4       Then the final element of damages that we are claiming

5  comes from what I call the lost profits on the repositioning

6  cruise.  When one of the ships was going to be moved up to

7  Vancouver and then back to San Diego where it's docked, we

8  brokered a deal with the travel agency who was going to what

9  I'll call subrent, sublet the boat and use it on cruises up and

10  back.

11       And we had a deal for a certain amount of profits that

12  we were going to get on that and then it was also a small

13  amount of on board revenue, OBR, that we're claiming for that

14  as well.  That's it.  It is really straightforward.

15       THE COURT:  What's the total that you're anticipating

16  that would be?

17       MR. STRAUCH:  Just shy of 25 million dollars before

18  interest.  And I can give you the numbers.

19       THE COURT:  I don't need the specifics.  I'm just

20  interested in where we're going with this.

21       Okay, well that does sound fairly straightforward if I

22  might say, Mr. Chistensen.

23       MR. CHRISENSEN:  And to the point, it would be much

24  more efficient if Mr. Strauch detailed all of this in writing

25  with particular evidence that will be presented in support as

1  laid out.

2          THE COURT:  But he doesn't have to tell you what

3  evidence he's going to present.  I understand that that would

4  -- the problem of course that you're dealing with, as I was

5  dealing with, is that the record in this case is gargantuan,

6  but certain portions of it are actually not relevant and now

7  when we come down to this issue, much of that is not relevant.

8          But if you've already done discovery and the plaintiffs

9  have laid out their claims as described and you have the expert

10  reports, it seems to me we don't have a whole lot more to argue

11  about.  I mean, I don't know, I think you should in fact

12  exchange identification of which witness testimony you intend

13  to present other than through live testimony.  That's

14  important.

15          And it's important that I don't want to waste time

16  reading testimony that isn't helpful to resolution.  On the

17  other hand, it's important that the testimony not be so focused

18  that kind of misses some of the fog that was around the edges.

19  So when you're designating testimony you should be fair to each

20  other and that will resolve a whole lot of fights.

21          But if you have, if the plaintiffs have upwards of six

22  live witnesses, how many written witnesses would you have?  I

23  was going say dead, but that's clearly not the adjective.

24          MR. STRAUCH:  I know what you mean, written witnesses

25  I'm anticipating two, maybe three, and these experts are really

1  short.  I'll tell you what they are.

2         THE COURT:  Tell me who they are.

3         MR. STRAUCH:  Sure.  Bud Mercer who is a RCMP as my

4  dear late grandmother would say big shot, RCMP higher up, and

5  Donna Kaluza who was also involved in the ship deal.  And there

6  might be one more, but the name is escaping me and they give

7  testimony that we think is relevant to our OBR claim, on board

8  revenue claim.  Because they talk about the amenities that they

9  wanted these soldiers to have on the ships and we were going to

10 sell them to them.  And that testimony I betcha aggregate is

11 going to be 20, 30 maybe 40 pages, so that's really short.

12        THE COURT:  Okay, and other than that you have live

13 witnesses?

14        MR. STRAUCH:  Other than that we have live witnesses.

15 We've got two West Coast witnesses who we're going to request

16 come here to testify but if they don't, then we'll do a de bene

17 esse deposition of them and I don't know if the Court, I would

18 expect that the Court would want that on video tape if

19 credibility is an issue.  We would propose to do that on video

20 tape and streamline it for you and take out all of my boring

21 pauses and hit play and the Court can watch it.

22      So I'm confident that that two days that I started off

23 with is right.  I appreciate the four days and but I can't

24 envision how for any reason.

25        THE COURT:  Well, if your West Coast witnesses don't

1  want to appear and you need to go depose them, then you need to

2  work out schedules with Mr. Chistensen for that to be done.

3           MR. STRAUCH:  Understood, understood.

4           THE COURT:  Okay, Mr. Chistensen, how many witnesses

5  would you have who did not appear in court?

6           MR. CHRISENSEN:  We may not have any witnesses that

7  do not appear in court.

8           THE COURT:  So the issue of, the use of depositions

9  is relatively small then.  It's just these two folks who were

10 just identified.

11          Who are the two people on the West Coast?  Do we already

12 know who they are?  You know, I don't.

13          MR. STRAUCH:  One of them is named Stan Webber.  He

14 was our port agent.  He's the guy who knows about all of this

15 water bunkering and probably calls ship captains pilots, not

16 boat drivers.

17          THE COURT:  No, no, no.  The captain and the pilot

18 are different people.

19          MR. STRAUCH:  Oh, then I definitely don't know what

20 I'm talking about.

21          THE COURT:  When you're coming into port, the captain

22 gives up his ship to the pilot who knows where the rocks are so

23 that the ship doesn't crash.

24          MR. STRAUCH:  Gotcha.

25          THE COURT:  If you don't have a pilot, you can't come

1   in.

2           MR. STRAUCH:  Gotcha.

3           THE COURT:  And the pilot shows up in his own little

4   boat.  He use to come with the tug boats, but no more.  The

5   pilot's union says we need our own boat.

6           MR. STRAUCH:  So he drives out to the big ship in his

7   own boat?

8           THE COURT:  He doesn't drive, someone takes him.

9   Please.  Come on, you've got to give the man, woman their due.

10  That's nonsense, I'm wasting your time.

11          Stan Webber, port agent, I understand that.

12          MR. STRAUCH:  Then the woman who runs that travel

13  agency who booked with us to take the one ship up and back, the

14  repositioning cruise.  Her name is Colleen, I cannot recall her

15  last name, but I can tell you in one second.

16          Colleen Ludwig.

17          THE COURT:  Okay.

18          MR. STRAUCH:  And both of those folks are in the same

19  town, Mount Vernon, Washington.  It's going to be a two birds

20  with one stone West Coast trip if they're not interested in

21  coming to the nation's capital.

22          THE COURT:  I can't imagine why they wouldn't want to

23  join us in the fun we are all having these days in the nation's

24  capital.

25          So Ms. White suggested a date to me but actually, that

1    date is not available.  She doesn't know that yet, but it's not

2    available.

3                THE DEPUTY CLERK:  Oh, okay.

4                THE COURT:  That week is actually not available.  I'm

5    expected to go visit my new grandson that week.

6                MR. STRAUCH:  Congratulations.

7                MR. CHRISENSEN:  Congratulations.

8                THE COURT:  He's not arrived yet, but he's due before

9    then.

10               I'm sorry, it's not that I love you people but you know,

11   it's not going to happen.  That was in November.

12               In December -- oh, no, no, wait.  I'm totally messed up.

13   November is perfectly fine.  We could do it the week of the

14   18th.  The week of the 18th of November.  It's December that I

15   need to go see the baby.  He's not born until Thanksgiving.

16               MR. STRAUCH:  That would work for the plaintiff.

17               MR. CHRISENSEN:  This December?

18               THE COURT:  This November.  Like a month.

19               MR. CHRISENSEN:  That week would work.  I would also

20   have to confer with the client because with the, it's a

21   Government client, the wheels move slowly.

22               THE COURT:  Yes, okay.  Why don't we put it down for

23   the 18th of November.  That means that plaintiffs will have to

24   ascertain whether Mr. Webber and Ms. Ludwig will come East or

25   not instanter because if they will not, you will both have to

1  work out a time when someone from the defense can meet you in

2  -- wait a second -- Mount Vernon, Washington to take their

3  depositions.

4          MR. STRAUCH:  Your Honor?

5          THE COURT:  Yes.

6          MR. CHRISENSEN:  Will November 18th allow enough time

7  for the filing of pretrial submissions and pretrial conference?

8          THE COURT:  Yes.

9          MR. CHRISENSEN:  Motions in limine.

10          THE COURT:  Yes.  We're going to do all of this.

11  Don't worry.  We're just going to cram it all in.  Because we

12  really need to if we're not going to be successful otherwise.

13      All right, let's say that we should, Ms. White, look for

14  the week of November 11th or 4th for the pretrial.

15          THE DEPUTY CLERK:  Yes, Your Honor.

16          THE COURT:  The 11th would be preferable if we're

17  free.

18          THE DEPUTY CLERK:  We can't do it that week.

19          THE COURT:  I'm sorry?

20          THE DEPUTY CLERK:  We can't do it that week.

21          THE COURT:  Okay, how about the 14th?

22          THE DEPUTY CLERK:  We can do the 14th at ten o'clock.

23          THE COURT:  November 14th at ten o'clock.

24          MR. STRAUCH:  If it's okay, if Stan Green my partner

25  here is here without me, I might start, I have jury selection

1  in Connecticut on the 3rd of November.  I'm told that is

2  suppose to last three, the rest of that week because they voir

3  dire witnesses individually one at a time.  Then I go back to

4  Connecticut in December to start the presentation of evidence.

5          THE COURT:  You're kidding?

6          MR. STRAUCH:  No, I do that.

7          THE COURT:  Is this a state court?

8          MR. STRAUCH:  It is a state court.  It's individual

9  jury voir dire.

10         THE COURT:  The individual voir dire, some of our

11 judges do that here too on the federal court here.  But picking

12 the jury and then going back the next month is the part that

13 surprises me.

14         MR. STRAUCH:  It surprised me as well.

15         THE COURT:  It's perfectly fine by me if your partner

16 is here instead of you.  Two competent lawyers can represent

17 your client.

18     All right.  So the, the 14th for pretrial at 10:30 did

19 you say, Ms. White?

20         THE DEPUTY CLERK:  Ten o'clock.

21         THE COURT:  Sorry.

22     Now we have to give you guys time to get across country

23 and take depositions although they don't sound like they'll be

24 seven hour depositions.

25         So why don't we have motions in limine due by the 4th of

1   November with responses by the 11th.  The 11th is a holiday.

2        Do you folks work on the 11th?

3            MR. STRAUCH:  Yes, Your Honor.

4            MR. CHRISENSEN:  Yes, Your Honor.

5            THE COURT:  Ahh, the private sector.  All right.

6   Okay, well we will, we will race to be prepared by the 14th

7   since your responses will be the 11th, but I'm trying to give

8   you, trying to make it late enough so that you'll know if you

9   have arguments about the West Coast.

10       If there is a problem with getting West Coast witnesses

11  East and getting your schedules to allow depositions of people

12  on the West Coast, would you call us up and let us know?  We'll

13  have a little telephone conference about that, okay.

14           MR. STRAUCH:  Thank you.

15           THE COURT:  Good.  All right, now is there anything

16  else, Mr. Chistensen?  Did I leave out a space for something

17  that I should be thinking about?

18       I should tell you that my inclination in a bench trial,

19  and I'm just going to say this straight up, is to let most

20  things in and figure it out later whether I should have, would

21  have rely on it or not.

22       So it just saves a lot of time because if I don't, if I

23  shouldn't rely on it, I won't.  Okay.

24       Good.  Anything else?

25           MR. CHRISENSEN:  The Rule 16.5 reports.

1          THE COURT:  The Rule 16.5 reports.  All right, when

2     would you propose that they be submitted, sir?  Given the

3     schedule we've just set.

4          (Pause.)

5          MR. CHRISENSEN:  I would propose, Your Honor, on the

6     schedule that I have laid out before, with a staggered

7     submissions.  The plaintiffs would be due a week from today on

8     October 22nd, and the defendants would be due on October 29th a

9     week later.

10         THE COURT:  And how does that fit your needs?

11         MR. STRAUCH:  I will confess that I'm drawing a blank

12    on 16.5.  So I don't know what -- I'm use to the pretrial

13    disclosure you give your witnesses, you give your exhibit list

14    and you identify issues and you rock and roll.

15         THE COURT:  That's what Rule 16.5 is.

16         MR. STRAUCH:  Okay.

17         THE COURT:  You list your witnesses, sometimes you

18    would have voir dire and you would have jury instructions, we

19    don't need those.  So you list your witnesses, you list your

20    exhibits, you list any legal issues.

21         MR. STRAUCH:  No problem, that schedule is fine, we

22    can do that in a week.

23         THE COURT:  All right.  So that's 10/22 and 10/29.

24    Okay, did we do it?

25         You know, I have to say that this case while complicated

1  and not easy has been a joy because of the lawyers, so I look

2  forward to the trial.

3       Thank you, gentlemen, have a good week.

4       MR. STRAUCH:  Thank you, Your Honor.

5       MR. CHRISENSEN:  Thank you, Your Honor.

6       (Proceedings concluded at 10:15 a.m.)

7                           -oOo-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE

2        I certify that the foregoing is a true and correct

3    transcript, to the best of my ability, of the above pages, of

4    the stenographic notes provided to me by the United States

5    District Court, of the proceedings taken on the date and time

6    previously stated in the above matter.

7        I further certify that I am neither counsel for, related

8    to, nor employed by any of the parties to the action in which

9    this hearing was taken, and further that I am not financially

10   nor otherwise interested in the outcome of the action.

11

12   _____        _____

13   /s/Crystal M. Pilgrim, RPR          Date: November 18, 2013

14

15

16

17

18

19

20

21

22

23

24

25

---------------------------------------
 1/8
-ooo [1]   22/7

/
/s/Crystal [1]   23/12

0
08-2054 [2]   1/4 2/2

1
10 [1]   4/24
10/22 [1]   21/23
10/29 [1]   21/23
10:15 [1]   22/6
10:30 [1]   19/18
118 [1]   1/15
11th [6]   18/14 18/16 20/1
 20/1 20/2 20/7
14th [7]   8/18 8/19 18/21
 18/22 18/23 19/18 20/6
15 [1]   1/5
16.5 [8]   6/22 9/2 9/10
 9/21 20/25 21/1 21/12
 21/15
1775 [1]   1/19
18 [1]   23/12
18th [4]   17/14 17/14
 17/23 18/6

2
20 [1]   14/11
20001 [1]   1/23
20006-2401 [1]   1/19
2013 [3]   1/5 10/1 23/12
2054 [2]   1/4 2/2
22 [1]   21/23
22nd [1]   21/8
2401 [1]   1/19
25 [1]   12/17
27101 [1]   1/16
29 [1]   21/23
29th [1]   21/8

3
30 [1]   14/11
333 [1]   1/22
3rd [1]   19/1

4
40 [1]   14/11
4th [2]   18/14 19/25

5
55 [1]   6/18

9
9:35 [1]   1/6

A
a.m [2]   1/6 22/6
ability [1]   23/3
able [1]   3/3
about [15]   2/14 3/20 3/21
 4/24 6/7 10/6 11/15 13/11
 14/8 15/14 15/20 18/21
 20/9 20/13 20/17
above [2]   23/3 23/6
across [1]   19/22
action [3]   2/2 23/8 23/10

actually [4]   11/14 13/6
 16/25 17/1
add [1]   11/1
addition [1]   11/1
additional [1]   5/11
address [2]   9/20 10/2
adjective [1]   13/23
after [2]   4/24 9/19
against [1]   3/9
agency [2]   12/8 16/13
agent [2]   15/14 16/1
aggregate [1]   14/10
ago [1]   3/21
Ahh [1]   20/5
aided [1]   1/25
al [4]   1/3 1/7 2/3 2/4
all [18]   2/11 5/23 6/20
 8/6 8/9 10/15 12/24 14/20
 15/14 16/23 18/10 18/11
 18/13 19/18 20/5 20/15
 21/1 21/23
allow [2]   18/6 20/11
along [1]   9/11
already [5]   4/2 4/14
 10/23 13/8 15/11
also [7]   3/1 3/7 7/22
 11/6 12/12 14/5 17/19
alternative [1]   4/5
although [1]   19/23
always [1]   6/8
am [2]   23/7 23/9
amenities [1]   14/8
amount [5]   7/3 10/24 12/3
 12/11 12/13
another [2]   7/19 11/14
anticipating [2]   12/15
 13/25
any [13]   3/6 3/13 3/14
 3/19 8/2 9/14 9/15 9/17
 9/18 14/24 15/6 21/20
 23/8
anybody [1]   7/18
anything [3]   10/13 20/15
 20/24
anyway [1]   6/5
appear [3]   15/1 15/5 15/7
APPEARANCES [1]   1/13
appreciate [1]   14/23
approaches [1]   3/6
approximately [1]   7/16
are [24]
argue [1]   13/10
argument [1]   6/7
arguments [3]   5/14 8/10
 20/9
around [1]   13/18
arrived [1]   17/8
as [10]   2/16 2/16 2/21
 9/13 12/14 12/25 13/4
 13/9 14/3 19/14
ascertain [1]   17/24
ask [1]   6/6
asking [2]   6/8 6/8
assume [2]   4/18 7/8
ATTORNEY [2]   1/6 2/3
available [3]   17/1 17/2
 17/4
Avenue [1]   1/22

B
baby [1]   17/15
back [5]   12/7 12/10 16/13

19/3 19/12
backed [1]   6/19
background [1]   3/4
backwards [1]   9/5
basic [1]   6/7
basis [1]   7/9
be [42]
because [10]   6/3 6/23
 8/15 14/8 17/20 17/25
 18/11 19/2 20/22 22/1
been [5]   3/19 11/19 11/23
 11/24 22/1
before [5]   1/10 12/1
 12/17 17/8 21/6
being [3]   6/13 6/22 7/9
bench [5]   5/15 5/19 20/18
 20/18 22/2
bene [2]   4/11 14/16
benefit [1]   6/21
best [2]   8/3 23/3
betcha [1]   14/10
between [1]   7/15
big [2]   14/4 16/6
birds [1]   16/19
bit [1]   9/22
blank [1]   21/11
board [5]   11/17 11/18
 12/3 12/13 14/7
boat [5]   12/9 15/16 16/4
 16/5 16/7
boats [4]   11/3 11/7 11/8
 16/4
booked [1]   16/13
boring [1]   14/20
born [1]   17/15
both [3]   7/12 16/18 17/25
breached [1]   11/19
breathing [1]   8/11
bring [1]   11/2
brokered [1]   12/8
Bud [1]   14/3
bulk [1]   10/23
bunkering [2]   11/2 15/15
burden [1]   9/9

C
CA [1]   1/4
calendar [1]   9/13
call [6]   2/25 10/14 10/17
 12/5 12/9 20/12
called [2]   11/5 11/16
calling [1]   11/7
calls [1]   15/15
can [16]   2/14 2/17 2/18
 2/20 2/24 3/16 4/16 7/25
 10/2 12/18 14/21 16/15
 18/1 18/22 19/16 21/22
can't [5]   14/23 15/25
 16/22 18/18 18/20
CANADA [6]   1/6 2/4 5/10
 6/21 7/15 9/22
Canadian [1]   6/18
cannot [1]   16/14
capital [2]   16/21 16/24
captain [2]   15/17 15/21
captains [1]   15/15
captured [1]   4/11
case [8]   4/6 7/10 9/8
 10/9 10/12 11/13 13/5
 21/25
cases [1]   3/12
categories [1]   10/15

**C**

category [1]   10/16
certain [3]   6/13 12/11
  13/6
certainly [1]   10/12
CERTIFICATE [1]   23/1
certify [2]   23/2 23/7
CHARTER [2]   1/3 2/3
chastised [1]   11/7
Cherry [1]   1/15
Chistensen [5]   5/3 12/22
  15/2 15/4 20/16
CHRISTENSEN [2]   1/17 2/6
Circuit [1]   11/15
Circuit's [1]   3/1
Civil [1]   2/2
claim [4]   9/23 10/5 14/7
  14/8
claimed [3]   6/13 6/23 7/9
claiming [3]   10/9 12/4
  12/13
claims [4]   6/14 6/20 6/25
  13/9
clearly [1]   13/23
client [5]   2/24 11/7
  17/20 17/21 19/17
client's [1]   11/9
clients [1]   11/21
closing [2]   5/14 8/10
CMP [1]   4/14
Coast [7]   14/15 14/25
  15/11 16/20 20/9 20/10
  20/12
Colleen [2]   16/14 16/16
COLLYER [1]   1/10
COLUMBIA [2]   1/1 1/22
come [7]   3/16 13/7 14/16
  15/25 16/4 16/9 17/24
comes [1]   12/5
coming [2]   15/21 16/21
competent [1]   19/16
complaint [1]   6/13
completely [1]   2/12
complex [1]   10/13
complicated [1]   21/25
compromise [1]   2/20
computer [1]   1/25
computer-aided [1]   1/25
concluded [1]   22/6
conduct [1]   5/18
conducted [1]   4/2
confer [1]   17/20
conference [5]   1/10 9/4
  9/18 18/7 20/13
confess [1]   21/11
confident [1]   14/22
Congratulations [2]   17/6
  17/7
Connecticut [2]   19/1 19/4
CONNECTIONS [2]   1/3 2/3
Connections' [1]   6/15
consideration [1]   5/15
Constitution [1]   1/22
contesting [1]   6/11
contract [6]   6/16 6/18
  10/17 10/19 10/22 11/20
contracted [1]   10/24
convenience [1]   4/12
conversation [2]   3/14
  3/20

CORINNE [2]   1/17 2/6
correct [2]   9/23 23/3
cost [3]   3/6 3/8 6/15
costs [4]   6/16 10/22
  10/23 11/12
could [5]   2/21 3/7 3/25
  9/20 17/13
counsel [1]   23/7
counting [1]   4/17
country [1]   19/22
course [3]   3/7 3/22 13/4
court [1]   23/7
Court's [3]   3/20 4/21
  5/15
courts [1]   5/18
cram [1]   18/11
crash [1]   15/23
credibility [3]   7/21 8/2
  14/19
cross [4]   4/17 4/20 5/25
  6/1
cruise [6]   1/3 2/2 6/15
  10/24 12/6 16/14
cruises [1]   12/9
CRYSTAL [2]   1/20 23/12

**D**

D.C [2]   1/5 11/15
damage [1]   6/14
damages [25]
dark [1]   9/22
date [6]   4/21 9/5 16/25
  17/1 23/5 23/12
days [11]   4/7 4/8 4/16
  4/24 5/11 8/1 8/1 8/8
  14/22 14/23 16/23
DC [2]   1/19 1/23
de [2]   4/11 14/16
dead [1]   13/23
deadline [1]   12/1
deal [3]   12/8 12/11 14/5
dealing [2]   13/4 13/5
dear [1]   14/4
December [8]   4/23 8/15
  8/15 8/17 17/12 17/14
  17/17 19/4
decision [2]   2/13 2/16
declaration [2]   5/20 5/25
defendants [6]   1/7 1/17
  9/13 10/10 11/24 21/8
defendants' [1]   9/17
defense [2]   2/6 18/1
definitely [1]   15/19
demand [3]   3/21 7/1 10/11
depending [1]   2/23
depose [2]   12/1 15/1
deposition [6]   4/12 4/13
  9/3 9/14 9/17 14/17
depositions [6]   4/13 15/8
  18/3 19/23 19/24 20/11
described [1]   13/9
designating [1]   13/19
designations [3]   9/3 9/15
  9/17
detailed [1]   12/24
determinations [2]   8/3
  8/4
did [6]   7/6 7/14 15/5
  19/18 20/16 21/24
didn't [1]   7/2
Diego [1]   12/7

different [2]   11/3 15/18
dire [4]   19/3 19/9 19/10
  21/18
direct [2]   5/19 5/23
disclosed [1]   11/24
disclosure [1]   21/13
discovery [5]   2/17 4/1
  4/2 6/19 13/8
DISTRICT [7]   1/1 1/1 1/11
  1/21 1/22 5/21 23/5
do [21]   2/15 3/9 3/24
  4/16 7/25 8/2 8/11 14/16
  14/19 15/7 15/11 17/13
  18/10 18/18 18/20 18/22
  19/6 19/11 20/2 21/22
  21/24
docked [1]   12/7
Docket [1]   1/4
does [2]   12/21 21/10
doesn't [4]   13/2 15/23
  16/8 17/1
doing [1]   10/1
dollars [2]   6/18 12/17
don't [24]
done [7]   2/20 2/22 8/17
  8/22 11/3 13/8 15/2
Donna [1]   14/5
down [3]   3/23 13/7 17/22
drawing [1]   21/11
drive [2]   11/3 16/8
drivers [1]   15/16
drives [1]   16/6
due [5]   16/9 17/8 19/25
  21/7 21/8
during [1]   2/25

**E**

each [2]   7/9 13/19
earliest [1]   4/22
early [2]   4/23 8/17
East [2]   17/24 20/11
easy [1]   22/1
edges [1]   13/18
efficient [1]   12/24
effort [1]   10/18
either [2]   2/22 3/11
elected [1]   11/25
element [3]   10/8 11/14
  12/4
else [3]   7/18 20/16 20/24
employed [1]   23/8
enough [2]   18/6 20/8
entirety [1]   7/8
envision [1]   14/24
escaping [1]   14/6
Esquire [5]   1/14 1/14
  1/17 1/17 1/18
esse [2]   4/11 14/17
et [4]   1/3 1/7 2/3 2/4
even [2]   4/20 8/21
evening [1]   8/10
every [1]   10/8
everybody's [1]   8/21
everyone [1]   2/8
evidence [4]   9/24 12/25
  13/3 19/4
exactly [2]   6/22 11/25
examination [3]   4/17 4/20
  6/2
example [1]   5/21
exchange [1]   13/12

**E**

excuse [1] 7/2
Executive [1] 3/1
exhibit [1] 21/13
exhibits [1] 21/20
expect [2] 4/13 14/18
expected [1] 17/5
expended [1] 6/15
expenditure [1] 3/11
expenses [1] 11/1
experience [1] 3/4
expert [4] 2/23 11/20 11/23 13/9
experts [2] 11/18 13/25

**F**

fact [1] 13/11
factor [1] 5/13
fair [1] 13/19
fairly [1] 12/21
familiar [1] 2/23
fast [1] 11/13
federal [1] 19/11
fights [1] 13/20
figure [2] 3/10 20/20
filing [1] 18/7
fill [1] 9/5
final [2] 9/18 12/4
financially [1] 23/9
find [3] 3/3 3/8 11/15
fine [3] 17/13 19/15 21/21
finish [1] 8/9
first [3] 2/19 6/12 10/16
fit [1] 21/10
Fitzgerald [1] 1/15
five [2] 4/10 7/15
focused [1] 13/17
fog [1] 13/18
folks [3] 15/9 16/18 20/2
followed [1] 5/20
following [1] 9/11
foregoing [1] 23/2
form [2] 6/17 6/22
forward [2] 2/17 22/2
four [7] 8/1 8/1 8/8 9/12 9/16 9/19 14/23
free [1] 18/17
FSIA [1] 11/16
fulfilling [1] 6/15
fully [1] 11/23
fun [1] 16/23
further [2] 23/7 23/9

**G**

gargantuan [1] 13/5
GENERAL [2] 1/6 2/4
gentlemen [2] 3/12 22/3
germane [1] 4/15
get [4] 3/23 8/22 12/12 19/22
gets [1] 11/13
getting [2] 20/10 20/11
give [9] 7/2 8/11 12/18 14/6 16/9 19/22 20/7 21/13 21/13
Given [3] 5/9 9/21 21/2
gives [1] 15/22
go [9] 2/17 3/7 4/3 4/4 8/9 15/1 17/5 17/15 19/3

goes [1] 10/8
going [2]
17/10 17/12 18/19 19/1
20/9 20/19 21/11 21/12
good [11] 2/8 2/9 2/10 3/17 3/18 5/4 5/6 6/12 20/15 20/24 22/3
got [3] 11/7 14/15 16/9
Gotcha [2] 15/24 16/2
Government [4] 5/10 6/21 11/19 17/21
grandmother [1] 14/4
grandson [1] 17/5
GREEN [4] 1/14 1/15 2/5 18/24
guess [1] 10/14
guy [1] 15/14
guys [3] 11/3 11/20 19/22

**H**

had [4] 3/13 10/24 11/19 12/11
half [2] 3/21 4/20
hand [1] 13/17
happen [1] 17/11
happy [3] 2/12 2/20 3/13
has [7] 3/19 10/19 10/23 11/21 11/23 11/24 22/1
have [54]
having [4] 5/10 5/19 9/21 16/23
he [5] 13/2 15/13 16/4 16/6 16/8
he's [6] 11/25 13/3 15/14 17/8 17/8 17/15
hear [1] 8/4
heard [1] 3/22
hearing [1] 23/9
held [1] 9/19
help [1] 4/9
helpful [2] 2/24 13/16
her [2] 16/14 16/14
here [9] 3/12 7/19 10/6 14/16 18/25 18/25 19/11 19/11 19/16
Hi [1] 5/5
higher [1] 14/4
him [2] 12/1 16/8
his [5] 11/24 12/1 15/22 16/3 16/6
hit [1] 14/21
holiday [2] 8/16 20/1
Honor [16] 2/9 2/10 3/17 5/4 7/17 7/20 8/5 9/9 10/2 18/4 18/15 20/3 20/4 21/5 22/4 22/5
HONORABLE [1] 1/10
hope [1] 2/13
hour [1] 19/24
how [13] 3/14 4/5 5/5 6/6 6/8 7/21 8/23 12/2 13/22 14/24 15/4 18/21 21/10
Hubbard [1] 1/18
huge [1] 3/10
Hughes [1] 1/18
hundred [1] 6/17

**I**

I'd [1] 10/14
I'll [3] 8/3 12/9 14/1
I'm [19] 3/12 3/13 4/23 8/20 10/16 12/19 13/25 14/22 15/20 16/10 17/4

ideas [1] 3/14
identification [1] 13/12
identified [1] 15/10
identify [1] 21/14
imagine [1] 16/22
important [3] 13/14 13/15 13/17
in-court [1] 6/4
inclination [1] 20/18
includes [1] 6/14
indicated [2] 2/16 3/24
individual [2] 19/8 19/10
individually [1] 19/3
industry [1] 11/21
instanter [1] 17/25
instead [1] 19/16
instructions [1] 21/18
intend [1] 13/12
interest [1] 12/18
interested [4] 3/5 12/20 16/20 23/10
interesting [1] 6/3
interrogatory [4] 7/4 7/5 10/7 10/11
involved [1] 14/5
is [64]
isn't [2] 10/13 13/16
issue [11] 2/16 4/15 5/10 6/6 7/10 7/22 7/23 9/10 13/7 14/19 15/8
issues [4] 9/4 9/20 21/14 21/20
it [41]
it's [18] 2/24 3/10 3/12 6/3 11/5 12/7 13/15 13/17 15/9 16/19 17/1 17/10 17/11 17/14 17/20 18/24 19/8 19/15
itemizations [1] 7/10
itemize [2] 6/23 7/6
itemized [2] 10/7 11/4
itself [1] 10/17

**J**

JACK [2] 1/14 2/5
JOHN [2] 1/18 2/7
join [1] 16/23
joy [1] 22/1
JUDGE [3] 1/11 2/25 4/9
judges [2] 2/22 19/11
jurisdiction [1] 11/16
jury [5] 8/7 18/25 19/9 19/12 21/18
just [15] 3/5 3/16 4/9 4/12 7/3 8/1 8/20 12/17 12/19 15/9 15/10 18/11 20/19 20/22 21/3

**K**

Kaluza [1] 14/5
kidding [1] 19/5
kind [3] 3/9 7/22 13/18
know [19] 2/18 6/9 6/12 6/13 8/20 10/12 11/25 13/11 13/24 14/17 15/12 15/12 15/19 17/1 17/10 20/8 20/22 21/12 21/25
knows [2] 15/14 15/22

laid [3]   13/1 13/9 21/6
LANE [2]   1/17 2/6
last [3]   4/24 16/15 19/2
late [2]   14/4 20/8
later [4]   9/13 9/16 20/20
  21/9
lawyers [3]   3/2 19/16
  22/1
lays [1]   10/8
least [1]   2/13
leave [1]   20/16
leaves [1]   9/22
legal [1]   21/20
let [3]   6/6 20/12 20/19
let's [2]   7/11 18/13
level [1]   7/2
like [4]   8/21 10/14 17/18
  19/23
likely [2]   5/11 11/19
limine [5]   9/2 9/15 9/18
  18/9 19/25
lines [2]   9/11 10/25
liquidating [1]   11/7
list [5]   21/13 21/17
  21/19 21/19 21/20
little [5]   10/18 10/18
  11/12 16/3 20/13
live [5]   7/24 13/13 13/22
  14/12 14/14
long [2]   11/21 11/22
look [2]   18/13 22/1
looking [1]   4/21
lost [3]   6/14 10/17 12/5
lot [4]   2/18 13/10 13/20
  20/22
love [1]   17/10
LP [2]   1/3 2/3
Ludwig [2]   16/16 17/24

M

machine [1]   1/24
made [2]   3/21 10/11
magistrate [1]   2/22
make [2]   8/4 20/8
man [1]   16/9
MANAGEMENT [2]   1/3 2/3
many [2]   13/22 15/4
matter [1]   23/6
may [3]   2/12 4/11 15/6
maybe [3]   2/20 13/25
  14/11
me [14]   2/15 3/13 6/6 7/2
  7/25 13/10 14/2 14/6
  16/25 18/25 19/13 19/14
  19/15 23/4
mean [3]   6/7 13/11 13/24
meaningful [1]   3/19
means [1]   17/23
mediate [1]   3/23
mediation [5]   2/19 2/21
  2/25 3/1 3/3
mediator [1]   3/8
meet [1]   18/1
Mercer [1]   14/3
messed [1]   17/12
mic [1]   3/16
might [5]   3/3 3/14 12/22
  14/6 18/25
million [2]   6/18 12/17

mine [1]   11/10
misses [1]   15/18
moment [1]   7/12
money [4]   2/18 3/6 3/8
  3/11
month [2]   17/18 19/12
more [7]   3/11 4/19 5/11
  12/24 13/10 14/6 16/4
morning [6]   2/8 2/9 2/10
  3/17 3/18 5/4
most [1]   20/19
motions [5]   9/2 9/15 9/18
  18/9 19/25
Mount [2]   16/19 18/2
move [1]   17/21
moved [1]   12/6
Mr. [8]   5/3 10/4 12/22
  12/24 15/2 15/4 17/24
  20/16
Mr. Chistensen [5]   5/3
  12/22 15/2 15/4 20/16
Mr. Strauch [2]   10/4
  12/24
Mr. Webber [1]   17/24
Ms [1]   3/7
Ms. [6]   8/8 8/14 16/25
  17/24 18/13 19/19
Ms. Ludwig [1]   17/24
Ms. White [5]   8/8 8/14
  16/25 18/13 19/19
much [10]   4/5 5/7 5/11
  6/6 6/8 6/9 7/21 12/3
  12/23 13/7
my [11]   3/9 10/13 11/7
  14/3 14/20 17/5 18/24
  20/18 23/3
mystery [1]   10/6

N

name [3]   14/6 16/14 16/15
named [1]   15/13
nation's [2]   16/21 16/23
NC [1]   1/16
need [9]   9/2 10/13 12/19
  15/1 15/1 16/5 17/15
  18/12 21/19
needs [2]   8/2 21/10
neither [2]   3/6 23/7
new [2]   5/21 17/5
next [2]   2/15 19/12
Nice [2]   2/11 5/7
nine [1]   8/7
no [11]   1/4 7/20 8/7
  15/17 15/17 15/17 16/4
  17/12 17/12 19/6 21/21
non [1]   11/20
non-retained [1]   11/20
nonsense [1]   16/10
normal [2]   7/14 10/14
not [34]
notes [1]   23/4
noun [1]   7/2
November [11]   17/11 17/13
  17/14 17/18 17/23 18/6
  18/14 18/23 19/1 20/1
  23/12
now [5]   3/9 8/14 13/6
  19/22 20/15
number [3]   5/9 5/13 7/5
numbers [1]   12/18
NW [1]   1/22

o'clock [3]   18/22 18/23
  19/20
O'Hayer [1]   2/6
objections [3]   9/3 9/14
  9/17
obligation [1]   10/21
obligations [1]   6/15
OBR [4]   11/16 12/3 12/13
  14/7
obviously [1]   4/21
October [3]   1/5 21/8 21/8
off [2]   6/20 14/22
offer [2]   2/21 7/1
Office [1]   3/1
Official [1]   1/21
oh [3]   15/19 17/3 17/12
okay [21]   5/1 5/12 7/7
  7/11 7/18 7/21 8/12 8/13
  12/21 14/12 15/4 16/17
  17/3 17/22 18/21 18/24
  20/6 20/13 20/23 21/16
  21/24
once [1]   11/7
one [12]   2/22 4/10 11/20
  11/20 11/21 12/6 14/6
  15/13 16/13 16/15 16/20
  19/3
only [1]   4/7
onus [1]   6/24
oOo [1]   22/7
opening [3]   5/14 5/19
  5/19
opportunity [2]   4/22 8/3
option [1]   2/21
order [3]   3/20 10/22
  11/15
other [12]   3/7 5/18 6/7
  6/16 10/13 11/1 11/23
  13/13 13/17 13/20 14/12
  14/14
otherwise [2]   18/12 23/10
our [12]   2/12 2/22 4/14
  10/6 10/11 10/21 11/20
  11/21 14/7 15/14 16/5
  19/10
out [13]   3/10 3/24 7/13
  10/8 13/1 13/9 14/20 15/2
  16/6 18/1 20/16 20/20
  21/6
outcome [1]   23/10
outstanding [1]   2/16
own [3]   16/3 16/5 16/7

P

P-R-O-C-E-E-D-I-N-G-S [1]
  2/1
P.C [1]   1/15
pages [3]   10/8 14/11 23/3
papers [1]   9/20
part [2]   11/13 19/12
particular [2]   3/4 12/25
parties [2]   4/1 23/8
partner [2]   18/24 19/15
party [2]   3/5 7/19
party's [1]   9/20
Pause [1]   21/4
pauses [1]   14/21
pay [2]   10/24 11/2
people [5]   8/10 15/11

people... [3]    15/18 17/10
 20/11
percent [1]    6/17
perfectly [2]    17/13 19/15
perform [1]    10/22
permits [1]    9/13
personnel [1]    4/14
picking [1]    19/11
PILGRIM [2]    1/20 23/12
pilot [6]    11/5 11/6 15/17
 15/22 15/25 16/3
pilot's [1]    16/5
pilots [1]    15/15
plaintiff [7]    1/4 1/14
 3/22 7/5 7/9 9/12 17/16
plaintiffs [10]    2/5 6/19
 7/14 9/9 9/16 9/23 13/8
 13/21 17/23 21/7
plaintiffs' [1]    7/1
planning [1]    4/10
play [1]    14/21
please [2]    3/16 16/9
point [3]    3/24 9/19 12/23
port [4]    11/2 15/14 15/21
 16/11
portions [2]    4/13 13/6
possible [4]    3/10 3/12
 8/3 8/21
possibly [2]    4/10 5/10
potential [1]    9/3
practice [1]    5/20
precisely [1]    11/4
preclude [1]    10/1
preferable [1]    18/16
premise [1]    6/10
prepare [1]    8/10
prepared [1]    20/6
present [4]    10/21 11/12
 13/3 13/13
presentation [3]    7/14
 12/2 19/4
presented [2]    9/20 12/25
presumably [1]    6/4
pretrial [8]    8/24 9/4
 9/18 18/7 18/7 18/14
 19/18 21/12
previously [1]    23/6
price [1]    10/19
private [2]    3/5 20/5
probably [2]    11/6 15/15
problem [5]    9/25 11/9
 13/4 20/10 21/21
proceed [2]    3/15 4/1
proceedings [4]    1/24 8/24
 22/6 23/5
process [2]    2/23 2/25
produced [1]    1/24
proffers [1]    5/24
profit [1]    10/16
profits [4]    6/14 10/17
 12/5 12/11
promise [1]    2/14
proper [1]    7/2
proposal [1]    8/23
propose [3]    14/19 21/2
 21/5
provide [1]    6/24
provided [2]    10/7 23/4
put [1]    17/22

question [1]    2/15

R

race [1]    20/6
ran [1]    12/1
range [1]    6/18
RCMP [2]    14/3 14/4
reach [1]    2/20
reading [1]    13/16
ready [3]    4/3 4/4 4/24
realize [1]    2/13
really [7]    4/15 11/13
 11/13 12/14 13/25 14/11
 18/12
reason [1]    14/24
recall [1]    16/14
recently [1]    10/10
recommend [1]    9/8
record [1]    13/5
recorded [1]    1/24
redirected [1]    10/10
reduce [1]    6/3
related [1]    23/7
relatively [1]    15/9
relevant [3]    13/6 13/7
 14/7
rely [2]    20/21 20/23
report [8]    6/22 6/24 9/10
 9/12 9/14 9/21 11/24 12/1
Reporter [2]    1/20 1/21
reports [4]    9/2 13/10
 20/25 21/1
repositioning [2]    12/5
 16/14
represent [1]    19/16
reputation [1]    6/14
request [1]    14/15
required [1]    6/23
resolution [2]    3/25 13/16
resolve [3]    3/10 9/4
 13/20
resolved [1]    3/23
response [5]    3/22 7/5 7/5
 10/7 10/11
responses [2]    20/1 20/7
rest [1]    19/2
results [1]    2/12
retained [2]    11/20 11/23
retired [1]    3/2
revenue [5]    11/17 11/18
 12/3 12/13 14/8
right [10]    5/17 8/6 11/6
 14/23 18/13 19/18 20/5
 20/15 21/1 21/23
rock [1]    21/14
rocks [1]    15/22
roll [1]    21/14
ROSEMARY [1]    1/10
RPR [2]    1/20 23/12
Rule [7]    6/22 9/2 9/10
 9/21 20/25 21/1 21/15
runs [2]    3/1 16/12

S

Salem [1]    1/16
same [2]    7/13 16/18
San [1]    12/7
saves [1]    20/22
say [9]    2/18 11/25 12/22

says [1]    16/5
schedule [4]    8/21 21/3
 21/6 21/21
scheduled [1]    4/23
schedules [2]    15/2 20/11
SCOTT [2]    1/17 2/6
second [2]    16/15 18/2
sector [1]    20/5
see [6]    2/11 5/6 5/7 8/3
 8/20 17/15
seems [4]    2/15 5/11 7/25
 13/10
seen [1]    10/20
selection [2]    8/7 18/25
sell [1]    14/10
service [1]    3/2
set [3]    8/1 8/8 21/3
settlement [2]    3/20 3/25
seven [2]    4/24 19/24
She [1]    17/1
ship [6]    14/5 15/15 15/22
 15/23 16/6 16/13
ships [6]    11/2 11/3 11/7
 11/8 12/6 14/9
shooting [1]    9/22
short [2]    14/1 14/11
shorthand [1]    1/24
shot [1]    14/4
should [9]    4/24 8/1 8/17
 13/11 13/19 18/13 20/17
 20/18 20/20
shouldn't [1]    20/23
shown [1]    6/16
shows [1]    16/3
shy [1]    12/17
side [1]    3/11
simultaneous [1]    9/21
since [4]    5/15 7/12 9/9
 20/7
single [1]    10/8
sir [2]    3/18 21/2
sit [1]    3/23
six [3]    4/10 7/15 13/21
slowly [1]    17/21
small [2]    12/12 15/9
so [26]
soldiers [1]    14/9
some [13]    3/2 3/2 3/7
 4/13 5/18 6/20 7/24 9/4
 10/6 11/1 11/3 13/18
 19/10
somebody [2]    2/24 8/14
someone [3]    3/3 16/8 18/1
something [5]    3/5 3/8
 3/24 8/11 20/16
sometimes [2]    2/23 21/17
sorry [3]    17/10 18/19
 19/21
sound [2]    12/21 19/23
South [1]    1/15
Southern [1]    5/21
space [2]    8/11 20/16
specific [1]    10/7
specificity [1]    7/3
specifics [1]    12/19
spent [1]    2/18
spot [1]    9/22
stages [1]    9/6
stagger [1]    9/10

**S**

staggered [1]   21/6
Stan [4]   2/5 15/13 16/11
 18/24
standing [1]   7/12
STANLEY [1]   1/14
start [4]   4/23 9/5 18/25
 19/4
started [1]   14/22
state [2]   19/7 19/8
stated [1]   23/6
statements [1]   5/14
STATES [4]   1/1 1/11 1/21
 23/4
STATUS [1]   1/10
stenographic [1]   23/4
stone [1]   16/20
straight [1]   20/19
straightforward [3]   12/2
 12/14 12/21
STRAUCH [5]   1/14 1/15 2/5
 10/4 12/24
streamline [1]   14/20
Street [2]   1/15 1/19
structure [1]   8/24
subject [2]   5/25 6/1
subjects [1]   4/14
sublet [1]   12/9
submission [1]   9/10
submissions [3]   9/1 18/7
 21/7
submit [3]   9/12 9/14 9/16
submitted [3]   9/22 11/24
 21/2
subrent [1]   12/9
successful [3]   2/19 3/25
 18/12
suggested [1]   16/25
support [3]   6/24 9/24
 12/25
suppose [1]   19/2
sure [2]   6/4 14/3
surprised [2]   4/19 19/14
surprises [1]   19/13
suspect [1]   7/23

**T**

take [8]   4/6 8/10 10/18
 11/11 14/20 16/13 18/2
 19/23
taken [2]   23/5 23/9
takes [1]   16/8
talk [1]   14/8
talked [1]   11/15
talking [1]   15/20
tape [2]   14/18 14/20
telephone [1]   20/13
tell [6]   3/13 13/2 14/1
 14/2 16/15 20/18
ten [4]   7/5 18/22 18/23
 19/20
terms [1]   6/8
testified [1]   4/14
testify [1]   14/16
testimony [10]   4/11 5/23
 7/24 13/12 13/13 13/16
 13/17 13/19 14/7 14/10
than [6]   4/20 6/7 10/13
 13/13 14/12 14/14
Thank [6]   5/2 5/7 20/14

22/3 22/4 22/5
Thanksgiving [1]   17/15
that [115]
that's [12]   4/17 7/2 11/6
 11/9 11/16 12/14 13/13
 13/23 14/11 16/10 21/15
 21/23
their [7]   4/11 9/12 9/14
 9/16 13/9 16/9 18/2
them [8]   3/2 3/2 4/11
 14/10 14/10 14/17 15/1
 15/13
then [21]   4/1 4/5 4/13
 5/25 8/2 8/16 9/3 9/5
 9/18 11/14 12/4 12/7
 12/12 14/16 15/1 15/9
 15/19 16/12 17/9 19/3
 19/12
theory [1]   3/9
there [11]   3/19 6/24 7/4
 7/12 7/18 7/19 8/2 10/13
 14/5 20/10 20/15
there's [2]   10/6 11/14
these [7]   3/6 10/25 11/7
 13/25 14/9 15/9 16/23
they [16]   10/11 11/25
 11/25 12/1 14/1 14/2 14/6
 14/8 14/8 14/16 15/12
 16/22 17/25 19/2 19/23
 21/2
they'll [1]   19/23
they're [5]   2/22 6/7 6/8
 11/8 16/20
things [2]   11/3 20/20
think [7]   4/7 4/15 4/16
 7/11 9/1 13/11 14/7
thinking [3]   2/14 8/6
 20/17
this [27]
those [13]   3/2 6/20 6/23
 6/24 7/10 8/4 9/4 9/6
 10/23 11/4 11/12 16/18
 21/19
three [12]   3/21 4/20 5/11
 5/11 7/16 8/1 8/1 8/9
 9/12 10/15 13/25 19/2
through [1]   13/13
time [16]   4/5 5/13 6/4
 6/4 7/13 10/18 11/12
 11/22 13/15 16/10 18/1
 18/6 19/3 19/22 20/22
 23/5
timing [1]   9/6
today [1]   21/7
told [1]   19/1
too [4]   5/8 6/8 6/9 19/11
total [1]   12/15
totally [1]   17/12
town [1]   16/19
TOWNSEND [2]   1/18 2/7
trained [1]   3/3
transcript [3]   1/10 1/24
 23/3
transcription [1]   1/25
travel [2]   12/8 16/12
tremendously [1]   6/21
trial [14]   2/17 4/1 4/3
 4/21 4/23 5/16 6/16 7/14
 8/15 8/15 9/5 10/14 20/18
 22/2
trials [1]   5/19

trip [1]   16/20
triple [2]   3/7
true [1]   23/2
try [5]   2/19 3/12 3/13
 3/23 4/6
trying [3]   8/20 20/7 20/8
Tuesday [1]   1/5
tug [1]   16/4
turns [1]   7/13
two [17]   4/7 4/8 4/10
 4/16 4/20 5/10 9/16 9/19
 10/8 11/18 13/25 14/15
 14/22 15/9 15/11 16/19
 19/16

**U**

under [3]   6/15 10/17
 11/16
understand [5]   6/19 6/21
 10/5 13/3 16/11
understood [4]   8/5 11/11
 15/3 15/3
union [1]   16/5
UNITED [4]   1/1 1/11 1/21
 23/4
unless [1]   7/13
until [2]   8/15 17/15
up [9]   12/6 12/9 14/4
 15/22 16/3 16/13 17/12
 20/12 20/19
upwards [1]   13/21
us [7]   4/25 8/11 10/1
 16/13 16/23 20/12 20/12
use [4]   12/9 15/8 16/4
 21/12
useful [1]   7/13

**V**

Vancouver [1]   12/7
various [1]   9/6
vast [2]   10/23 10/23
Vernon [2]   16/19 18/2
versus [1]   2/3
very [9]   2/22 5/7 5/21
 10/18 10/18 10/18 10/18
 11/11 12/2
video [2]   14/18 14/19
view [1]   10/13
visit [1]   17/5
voir [4]   19/2 19/9 19/10
 21/18

**W**

wait [2]   17/12 18/2
wake [1]   3/20
want [8]   3/9 3/24 7/12
 8/10 13/15 14/18 15/1
 16/22
wanted [1]   14/9
was [13]   7/3 7/22 7/22
 12/6 12/8 12/12 13/4
 13/18 13/23 14/5 15/14
 17/11 23/9
Washington [5]   1/5 1/19
 1/23 16/19 18/2
wasn't [1]   2/14
waste [1]   13/15
wasting [1]   16/10
watch [1]   14/21
water [2]   11/2 15/15
way [2]   5/18 9/23

we [65]
we'll [3]   8/9 14/16 20/12
we're [14]   2/19 4/4 4/21
 4/24 6/23 8/6 10/9 12/13
 12/20 14/15 18/10 18/11
 18/12 18/16
we've [2]   14/15 21/3
Webber [3]   15/13 16/11
 17/24
week [13]   17/4 17/5 17/13
 17/14 17/19 18/14 18/18
 18/20 19/2 21/7 21/9
 21/22 22/3
weeks [4]   3/21 9/13 9/16
 9/19
well [5]   12/14 12/21
 14/25 19/14 20/6
went [1]   4/19
were [7]   3/4 3/5 10/22
 11/12 12/12 14/9 15/9
West [7]   14/15 14/25
 15/11 16/20 20/9 20/10
 20/12
what [26]
what's [1]   12/15
whatever [2]   6/24 9/23
wheels [1]   17/21
when [8]   10/11 11/2 12/6
 13/7 13/19 15/21 18/1
 21/1
whenever [1]   4/25
where [4]   7/22 12/7 12/20
 15/22
whether [2]   17/24 20/20
whew [2]   8/9 8/9
which [7]   3/9 6/18 7/24
 9/19 10/24 13/12 23/8
while [1]   21/25
White [5]   8/8 8/14 16/25
 18/13 19/19
who [18]   2/24 4/14 11/20
 11/21 11/23 12/8 14/2
 14/3 14/5 14/15 15/5 15/9
 15/11 15/12 15/14 15/22
 16/12 16/13
whole [2]   13/10 13/20
why [6]   2/19 7/24 8/8
 16/22 17/22 19/25
widely [1]   5/21
will [17]   4/6 4/25 7/23
 7/24 10/1 12/2 12/25
 13/20 17/23 17/24 17/25
 17/25 18/6 20/6 20/6 20/7
 21/11
willing [1]   3/23
Winston [1]   1/16
Winston-Salem [1]   1/16
wish [1]   3/14
without [2]   3/10 18/25
witness [3]   5/24 6/1
 13/12
witnesses [21]   4/10 5/9
 5/11 5/14 5/20 7/15 8/7
 13/22 13/22 13/24 14/13
 14/14 14/15 14/25 15/4
 15/6 19/3 20/10 21/13
 21/17 21/19
woman [2]   16/9 16/12
won't [1]   20/23

work [6]   9/5 15/2 17/16
 17/19 18/1 20/2
worked [2]   2/13 11/21
worry [1]   18/11
would [42]
wouldn't [1]   16/22
writing [3]   10/19 10/23
 12/24
written [2]   13/22 13/24

**Y**

year [1]   8/22
Yes [13]   4/9 7/17 8/25
 9/7 10/4 11/9 17/22 18/5
 18/8 18/10 18/15 20/3
 20/4
yet [2]   17/1 17/8
York [1]   5/21
you [74]
you'll [1]   20/8
you're [7]   8/14 8/15
 12/15 13/4 13/19 15/21
 19/5
you've [3]   3/13 13/8 16/9
your [30]