Exhibit A

## CCCM LOST PROFIT

| | Canadian Dollars | Converted to US Dollars | Record Cite for Amount / Notes | Currency Conversion Information |
|---|---|---|---|---|
| RCMP Contract price | $55,348,136 | **$53,482,904** | Ptf. Tr. Ex. 3; T.T. Day 1, pp. 61-62. | Converted at Sept. 26, 2008 rate of .9663 per Court's Orders of 11/15/13 and 12/06/13 |
| | | | | |
| **Cruise Ship Expenses** | | | | |
| Charter Hire for ships | | | | |
|   2 RCCL ships | | $18,167,100 | Ptf. Tr. Ex. 5 at RCCL 000003 | Not converted; to be paid in US $ |
|   1 HAL ship | | $9,440,080 | Ptf. Tr. Ex. 4 at p. 1 of 24 | Not converted; to be paid in US $ |
|   **Total charter hire** | | **$27,607,180** | | |
| Hotel Service Charges (Gratuities) | | | | |
|   2 RCCL ships | | $1,240,830 | Ptf. Tr. Ex. 5 at RCCL 000004 | Not converted; to be paid in US $ |
|   1 HAL ship | | $651,040 | Ptf. Tr. Ex. 4 at p. 1 of 24 | Not converted; to be paid in US $ |
|   **Total hotel service charges** | | **$1,891,870** | | |
| On board revenue guarantee | | | | |
|   2 RCCL ships | | $6,330,000 | Ptf. Tr. Ex. 5 at RCCL000003; **CONTINGENT** cost for CCCM [T.T. Day 1, pp. 79-83; T.T. Day 2, pp. 128, 131-32] | Not converted; to be paid in US $ |
|   1 HAL ship | | $2,408,840 | Ptf. Tr. Ex. 4 at p. 1 of 24; **CONTINGENT** cost for CCCM [T.T. Day 1, pp. 79-83; T.T. Day 2, pp. 128, 131-32] | Not converted; to be paid in US $ |
|   **Total on board revenue guarantee** | | **$8,738,840** | **CONTINGENT** cost for CCCM | Not converted; to be paid in US $ |
| | | | | |
| **Other Costs and Expenses** | | | | |
|   Garbage and Recycling | $212,000 | $209,437 | As Phillip Sloane testified, Ptf. Tr. Ex. 34 includes separate entries for garbage disposal and recycling at lines 17 and 23, as he erroneously understood garbage and recycling to be separate $212,000 expenses. [T.T. Day 2, p. 112.] As Stan Webber testified, these items represent a single expense [T.T. Day 2, p. 39], and CCCM's calculation has been adjusted accordingly. | Per Ptf. Tr. Ex. 34, partial payment to be made in Sept. 2008, with remainder paid in Apr. 2010; converted at the average conversion rates for the months in which the payments were to be made (.9449, .9950) |
|   Port Agent | $46,000 | $45,019 | T.T. Day 2, p. 40-41 | Per Ptf. Tr. Ex. 34, partial payment to be made in Sept. 2008, with remainder paid in Apr. 2010; converted at the average conversion rates for the months in which the payments were to be made (.9449, .9950) |
|   Embarkation | $80,000 | $79,600 | T.T. Day 2, p. 41-42 | Per Ptf. Tr. Ex. 34, payment to be made in Apr. 2010; converted at average rate for Apr. 2010 (.9950) |

## CCCM LOST PROFIT

| | Canadian Dollars | Converted to US Dollars | Record Cite for Amount / Notes | Currency Conversion Information |
|---|---|---|---|---|
| Disembarkation | $80,000 | $79,600 | T.T. Day 2, p. 41-42 | Per Ptf. Tr. Ex. 34, payment to be made in Apr. 2010; converted at average rate for Apr. 2010 (.9950) |
| Water Bunkering | $125,000 | $121,870 | T.T. Day 2, pp. 43-44 | Per Ptf. Tr. Ex. 34, partial payment to be made in Sept. 2008, with remainder paid in Apr. 2010; converted at the average conversion rates for the months in which the payments were to be made (.9449, .9950) |
| Ground Services | $0 | $0 | Previously listed as a CCCM expense on line 22 of Ptf. Ex. 34, but in light of Donna Kaluza's testimony that RCMP had its own transportation group that was responsible for shuttling security personnel between the airport and the cruise ships, and that it had no intention of using CCCM's port agent for these services, this expense has been removed from CCCM's damage calculation. [T.T. Day 3, p. 75.] | |
| Harbor Pilots | $45,000 | $42,579 | T.T. Day 2, p. 54-56 | Per Ptf. Tr. Ex. 34, payment to be made in Feb. 2010; converted at average rate for Feb. 2010 (.9462) |
| Forensic Accounting | $45,000 | $44,775 | T.T. Day 2, pp. 112-14 | Per Ptf. Tr. Ex. 34, payment to be made in Apr. 2010; converted at average rate for Apr. 2010 (.9950) |
| Miscellaneous | $0 | $0 | Previously listed as a CCCM expense on line 26 of Ptf. Tr. Ex. 34, Mr. Sloane testified that his projection included $100,000 to cover any port-related subcontractor expenses that CCCM may have overlooked. [T.T. Day 2, pp. 114-115.] However, since Mr. Webber's testimony clearly identified all subcontractor expenses for which CCCM would have been responsible, the evidence shows that this $100,000 would not have been expended, and this amount is therefore not included in CCCM's damages calculation. | |

**CCCM LOST PROFIT**

|  | Canadian Dollars | Converted to US Dollars | Record Cite for Amount / Notes | Currency Conversion Information |
|---|---|---|---|---|
| Stevedoring | $225,000 | $223,875 | T.T. Day 2, p. 62 | Per Ptf. Tr. Ex. 34, payment to be made in Apr. 2010; converted at average rate for Apr. 2010 (.9950) |
| IT Cost |  | $22,000 | T.T. Day 2, pp. 117-18 | Not converted; to be paid in US $ |
| Insurance |  | $6,450 | T.T. Day 2, p. 118 | Not converted; to be paid in US $ |
| Travel Cost - Airfare |  | $66,500 | T.T. Day 2, pp. 118-19 | Not converted; to be paid in US $ |
| Legal |  | $80,000 | T.T. Day 2, p. 119 | Not converted; to be paid in US $ |
| Miscellaneous |  | $100,000 | T.T. Day 2, pp. 119-20 | Not converted; to be paid in US $ |
| Apartment/Office | $70,000 | $66,472 | T.T. Day 2, pp. 120-21 | Per Ptf. Tr. Ex. 34, payments to be made Sept. 2009 - Mar. 2010; converted at the average conversion rates for the months in which payments were to be made (.9244, .9480, .9438, .9484, .9588, .9462, .9775) |
| Hotel Room | $25,600 | $24,502 | T.T. Day 2, pp. 121-22. CCCM staff would stay on ships instead of in hotel during Feb. 2010, so one month of cost has been removed | Per Ptf. Tr. Ex. 34, payments to be made Nov. 2009 - Mar. 2010; Feb. 2010 has been excluded; converted at the average conversion rates for the months in which payments were to be made (.9480, .9438, .9484, .9588, .9775) |
| Per Diem | $150,000 | $143,295 | T.T. Day 2, pp. 122-23; CCCM partners would stay on ships instead of hotel during Feb. 2010, so one month of cost has been removed | Per Ptf. Tr. Ex. 34, payments to be made Oct. 2009 - Mar. 2010; Feb. 2010 has been excluded; converted at the average conversion rates for the months in which payments were to be made (.9480, .9438, .9484, .9588, .9775) |
| Operations personnel | $150,000 | $143,068 | T.T. Day 2, pp. 123-124 | Per Ptf. Tr. Ex. 34, payments to be made Oct. 2009 - Mar. 2010; converted at the average conversion rates for the months in which payments were to be made (.9480, .9438, .9484, .9588, .9462, .9775) |
| Site Inspections | $6,000 | $5,865 | T.T. Day 2, p. 124 | Per Ptf. Tr. Ex. 34, payment to be made in Mar. 2010; converted at average rate for Mar. 2010 (.9775) |
| Executive Assistant | $7,500 | $7,214 | T.T. Day 2, pp. 124-25 | Per Ptf. Tr. Ex. 34, payments to be made Feb. and Mar. 2010; converted at the average conversion rates for the months in which payments were to be made (.9462, .9775) |

## CCCM LOST PROFIT

|  | Canadian Dollars | Converted to US Dollars | Record Cite for Amount / Notes | Currency Conversion Information |
|---|---|---|---|---|
| Letter of Credit Fees | $647,284 | $626,053 | T.T. Day 2, pp. 125, 137 | Bank loan closing was scheduled for Sept. 25, 2008 (T.T. Day 2, p. 166); exhange rate on that date was .9672 |
| Interest on Line of Credit | $37,050 | $30,099 | T.T. Day 2, p. 125, 137 | Per Ptf. Tr. Ex. 34, payments to be made Oct. 2008 - Apr. 2009; converted at the average conversion rates for the months in which payments were to be made (.8441, .8209, .8100, .8155, .8031, .7908, .8170) |
|  |  |  |  |  |
| **Total Expenses** |  | **$40,406,163** |  |  |
|  |  |  |  |  |
| **Contract Profit (before net on board revenue and repositioning)** |  | **$13,076,741** |  |  |
|  |  |  |  |  |
| **Additional Income** |  |  |  |  |
| Net on board revenue |  | $8,738,840 | Cruise ships would have generated $9.47 million in OBR while in port and during repositioning cruises, fully satisfying CCCM's OBR guarantees to the cruise lines and allowing CCCM to realize profit equal to the amount of the OBR guarantees [Ptf. Tr. Ex. 12; T.T. Day 1, pp. 79-83; T.T. Day 2, pp. 128, | Not converted; to be paid in US $ |
| Sub-charter fee from AA Worldwide for repositioning cruises |  | $1,252,000 | T.T. Day 1, pp. 124, 190; Ladwig Depo., p. 21 | Not converted; to be paid in US $ |
|  |  |  |  |  |
| **TOTAL PROFIT** |  | **$23,067,581** |  |  |