# ANNEX A

The Courts of British Columbia Schedule of Court Order Interest Rates



# the Courts of British Columbia

HOME    COURT OF APPEAL    SUPREME COURT    PROVINCIAL COURT    SEARCH JUDGMENTS    SITE SEARCH    FAQ



New Westminster
Photo by Nereid Lake

About the Supreme Court

Judgments

Hearing Lists

Scheduling

Court Locations & Contacts

Practice, Procedure & Policies

Self-Represented Litigants

Media & Publication Bans

Link to Court Services Online

Quick Links

home > supreme court > about the supreme court > court order interest rates

🖨 Print page    ✉ Email page

## Court Order Interest Rates

1991 - Present    |    1974 - 1990

### Interest Rates 1991 - Present

| DATES | | BANKERS' PRIME RATE | FUNDS UNDER RULE 23-4(6) | PRE-JUDGMENT INTEREST RATE ALLOWED | POST JUDGMENT INTEREST RATE ALLOWED |
|---|---|---|---|---|---|
| FROM | TO | | | | |
| Jan 1, 1991 | Mar 31, 1991 | 12.75 | 10.75 | 11.00 | 5.00 |
| Apr 1, 1991 | June 30, 1991 | 11.25 | 9.25 | 9.00 | 5.00 |
| July 1, 1991 | Sept 30, 1991 | 9.75 | 7.75 | 8.00 | 5.00 |
| Oct 1, 1991 | Dec 31, 1991 | 9.50 | 7.50 | 8.00 | 5.00 |
| Jan 1, 1992 | Mar 31, 1992 | 8.00 | 6.00 | 6.00 | 5.00 |
| Apr 1, 1992 | June 30, 1992 | 8.25 | 6.25 | 6.00 | 8.00 |
| July 1, 1992 | Sept 30, 1992 | 7.00 | 5.00 | 5.00 | 7.00 |
| Oct 1, 1992 | Dec 31, 1992 | 6.25 | 4.25 | 4.25 | 7.00 |
| Jan 1, 1993 | June 30, 1993 | 7.25 | 5.25 | 5.25 | 7.25 |
| July 1, 1993 | Dec 31, 1993 | 6.00 | 4.00 | 4.00 | 6.00 |
| Jan 1, 1994 | June 30, 1994 | 5.50 | 3.50 | 3.50 | 5.50 |
| July 1, 1994 | Dec 31, 1994 | 8.00 | 6.00 | 6.00 | 8.00 |
| Jan 1, 1995 | June 30, 1995 | 8.00 | 6.00 | 6.00 | 8.00 |
| July 1, 1995 | Dec 31, 1995 | 8.75 | 6.75 | 6.75 | 8.75 |
| Jan 1, 1996 | June 30, 1996 | 7.50 | 5.50 | 5.50 | 7.50 |
| July 1, 1996 | Dec 31, 1996 | 6.50 | 4.50 | 4.50 | 6.50 |
| Jan 1, 1997 | June 30, 1997 | 4.75 | 2.75 | 2.75 | 4.75 |
| July 1, 1997 | Dec 31, 1997 | 4.75 | 2.75 | 2.75 | 4.75 |
| Jan 1, 1998 | June 30, 1998 | 6.00 | 4.00 | 4.00 | 6.00 |
| July 1, 1998 | Dec 31, 1998 | 6.50 | 4.50 | 4.50 | 6.50 |
| Jan 1, 1999 | June 30, 1999 | 6.75 | 4.75 | 4.75 | 6.75 |
| July 1, 1999 | Dec 31, 1999 | 6.25 | 4.25 | 4.25 | 6.25 |
| Jan 1, 2000 | June 30, 2000 | 6.50 | 4.50 | 4.50 | 6.50 |
| July 1, 2000 | Dec. 31, 2000 | 7.50 | 5.50 | 5.50 | 7.50 |
| Jan 1, 2001 | June 30, 2001 | 7.50 | 5.50 | 5.50 | 7.50 |
| July 1, 2001 | Dec 31, 2001 | 6.25 | 4.25 | 4.25 | 6.25 |
| Jan. 1, 2002 | June 30, 2002 | 4.00 | 2.00 | 2.00 | 4.00 |
| July 1, 2002 | Dec 31, 2002 | 4.25 | 2.25 | 2.25 | 4.25 |
| Jan 1, 2003 | June 30, 2003 | 4.50 | 2.50 | 2.50 | 4.50 |
| July 1, 2003 | Dec 31, 2003 | 5.00 | 3.00 | 3.00 | 5.00 |
| Jan 1, 2004 | June 30, 2004 | 4.50 | 2.50 | 2.50 | 4.50 |
| July 1, 2004 | Dec 31, 2004 | 3.75 | 1.75 | 1.75 | 3.75 |
| Jan 1, 2005 | June 30, 2005 | 4.25 | 2.25 | 2.25 | 4.25 |
| July 1, 2005 | Dec 31, 2005 | 4.25 | 2.25 | 2.25 | 4.25 |
| Jan 1, 2006 | June 30, 2006 | 5.00 | 3.00 | 3.00 | 5.00 |
| July 1, 2006 | Dec 31, 2006 | 6.00 | 4.00 | 4.00 | 6.00 |
| Jan 1, 2007 | June 30, 2007 | 6.00 | 4.00 | 4.00 | 6.00 |
| July 1, 2007 | Dec 31, 2007 | 6.00 | 4.00 | 4.00 | 6.00 |
| Jan 1, 2008 | June 30, 2008 | 6.00 | 4.00 | 4.00 | 6.00 |
| July 1, 2008 | Dec 31, 2008 | 4.75 | 2.75 | 2.75 | 4.75 |
| Jan 1, 2009 | June 30, 2009 | 3.50 | 1.50 | 1.50 | 3.50 |
| July 1, 2009 | Dec 31, 2009 | 2.25 | 0.25 | 0.25 | 2.25 |
| Jan 1, 2010 | June 30, 2010 | 2.25 | 0.25 | 0.25 | 2.25 |
| July 1, 2010 | Dec 31, 2010 | 2.50 | 0.50 | 0.50 | 2.50 |
| Jan 1, 2011 | June 30, 2011 | 3.00 | 1.00 | 1.00 | 3.00 |
| July 1, 2011 | Dec 31, 2011 | 3.00 | 1.00 | 1.00 | 3.00 |
| Jan 1, 2012 | June 30, 2012 | 3.00 | 1.00 | 1.00 | 3.00 |
| July 1, 2012 | Dec 31, 2012 | 3.00 | 1.00 | 1.00 | 3.00 |
| Jan 1, 2013 | June 30, 2013 | 3.00 | 1.00 | 1.00 | 3.00 |
| July 1, 2013 | Dec 31, 2013 | 3.00 | 1.00 | 1.00 | 3.00 |
| Jan 1, 2014 | June 30, 2014 | 3.00 | 1.00 | 1.00 | 3.00 |

TOP

| Damages Calculation Value | Defendants' Prejudgment Interest Rate Calculation | | | |
|---|---|---|---|---|
| $5,694,388 | | | | |
| | | | | |
| **Beginning Time Period** | **Ending Time Period** | **Days** | **Interest Rate** | **Value** |
| 9/26/2008 | 12/31/2008 | 97 | 2.75% | $41,502.13 |
| 1/1/2009 | 6/30/2009 | 181 | 1.50% | $42,356.89 |
| 7/1/2009 | 6/30/2010 | 365 | 0.25% | $14,235.97 |
| 7/1/2010 | 12/31/2010 | 184 | 0.50% | $14,352.98 |
| 1/1/2011 | 6/30/2011 | 181 | 1.00% | $28,237.92 |
| 7/1/2011 | 12/31/2011 | 184 | 1.00% | $28,705.96 |
| 1/1/2012 | 12/31/2012 | 366 | 1.00% | $56,943.88 |
| 1/1/2013 | 12/31/2013 | 365 | 1.00% | $56,943.88 |
| 1/1/2014 | 2/3/2014[1] | 34 | 1.00% | $5,304.36 |
| | | | **Total:** | **$288,583.97** |

---

1.     Any additional days after February 3, 2014 and before July 1, 2014 should be calculated at the 1 percent rate.