IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CRUISE CONNECTIONS CHARTER     :
MANAGEMENT 1, LP, et al,       :
                               :          Docket No. CA 08-2054
          Plaintiffs,          :
                               :          Washington, D.C.
                               :     Monday, November 18, 2013
                               :            9:45 a.m.
ATTORNEY GENERAL OF CANADA,    :          (Day One)
et al.                         :
          Defendants.          :
---------------------------x


TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        JACK M. STRAUCH, Esquire
                           STANLEY B. Green, Esquire
                           JESSIE FONTENOT, JR., Esquire
                           Strauch, Fitzgerald & Green, P.C.
                           118 South Cherry Street
                           Winston-Salem, NC 27101


For the Defendants:        SCOTT H. CHRISTENSEN, Esquire
                           CORINNE O. LANE, Esquire
                           JOHN M. TOWNSEND, Esquire
                           HANA M. CARNEY, Esquire
                           Hughes Hubbard
                           1775 I Street
                           Washington, DC  20006-2401


Court Reporter:            CRYSTAL M. PILGRIM, RPR
                           Official Court Reporter
                           United States District Court
                           District of Columbia
                           333 Constitution Avenue, NW
                           Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

```
1                    P-R-O-C-E-E-D-I-N-G-S

2         THE DEPUTY CLERK:  Civil action 08-2054, Cruise

3  Connections Charter Management, et al versus Attorney General

4  of Canada, et al.

5      For the plaintiffs Jack Strauch, Stan Green, and Jessie

6  Fontenot.

7        For the defense Scott Chistensen, Corinne Lane, and John

8  Townsend.

9         THE COURT:  Good morning everyone.

10         MR. STRAUCH:  Good morning.

11         MR. CHRISTENSEN:  Good morning.

12         MR. GREEN:  Good morning.

13         MS. LANE:  Good morning.

14         THE COURT:  We're here at the damages section of this

15  dispute.  And the plaintiff bears the burden on that.

16      So did you want to call your first witness?

17         MR. STRAUCH:  Did the Court want to entertain any

18  type of opening statement?  I don't need it.

19         THE COURT:  Sure.  Actually, that's a good idea.

20         MR. STRAUCH:  Thank you, Your Honor.

21         THE COURT:  Are you ready for that, Mr. Christensen?

22         MR. CHRISTENSEN:  Yes, Your Honor.

23         THE COURT:  Good.  Go ahead, sir.

24         MR. STRAUCH:  Thank you, Your Honor.

25      I first wanted to start just by introducing the folks
```

1  whose names you have seen a lot but some of them are here in

2  the courtroom.

3        My clients.  I also want to introduce my client and

4  frankly, a very good friend Jesse Fontenot who has been on the

5  pleadings and has been the guy in the back room doing --

6        THE COURT:  All of the work.

7        MR. STRAUCH:  -- right, while Stan and I --

8        THE COURT:  You're welcome, Mr. Fontenot.  You get to

9  be here because you've done all of the work.

10        MR. FONTENOT:  That is fair.

11        MR. STRAUCH:  And then in the back is Phillip Sloane

12  is one of the names that you've seen.

13        THE COURT:  Yes.

14        MR. STRAUCH:  Mike Sloane next to him.

15        THE COURT:  Yes.

16        MR. STRAUCH:  And then I'm going to skip the next guy

17  because he's not one of the principals but I will come back to

18  him in a second.  And Tracey Kelly is there on the end.

19        And then Stan Webber who is going to be one of our

20  witnesses who is here.  I didn't want to ignore him.

21        There's one more partner in Cruise Connections, Sue

22  Edwards whose name I know you've seen.

23        She's quite ill and can't travel and that's why she's

24  not here.

25                OPENING STATEMENT BY MR. STRAUCH

1          MR. STRAUCH:  I think Your Honor will remember from

2   our meeting in October when you wanted to get a general concept

3   of the damages in this case that there's three elements to our

4   damages claim.

5          The first one I've called the damages under the contract

6   proper.  Probably not a proper term for it but you, I think,

7   get what I'm saying, contract damages.  The difference between

8   contract price and our costs.

9          The second category of damages is this OBR, on board

10  revenue.

11          And the third is damages from the repositioning cruise

12  for the Holland American Vessel that sailed from San Diego to

13  Vancouver and back.

14          I do intend to be brief in this opening, but wanted to

15  give the Court at least a general idea of where we are going

16  and what the Court will see.

17          With respect to the contract proper, the contract price

18  converted at the exchange rate the defendant's breach fixed is

19  53.5 million dollars.  The cost of the ships is roughly 38.2

20  million dollars.  There's a little bit of an element of that,

21  the guaranteed OBR which is actually a contingent cost and

22  you'll get that explained to you.

23          And then our expenses were roughly in the neighborhood

24  of 2.1 to 2.2 million dollars, leaving a net profit on the

25  contract proper of approximately 13.1 million dollars.

1          THE COURT:  But the ships -- I'm sorry.  I'm now

2  referencing something that Mr. Chistensen has argued.

3          When you say 38.2 for the ships, do you include in that

4  the snow removal, and the water bunkering and the whatever and

5  all of those other good things?

6          MR. STRAUCH:  You'll hear some interesting stuff

7  about the snow removal but it is the expenses part of the 2.1

8  that has the things like water bunkering.

9          THE COURT:  Does that mean that none of the partners

10  paid themselves while this was going on?

11          MR. STRAUCH:  That's correct.  That's correct.

12          THE COURT:  Okay.

13          MR. STRAUCH:  And they were of course as partners to

14  be taking profits.

15          THE COURT:  Right.

16          MR. STRAUCH:  At the end of this.

17          THE COURT:  But sometimes people take salaries along

18  the way but there was no money.

19          MR. STRAUCH:  There was no money, but the plan was to

20  pay the partners once there was funding but that's it.

21          You'll hear from Tracey Kelly who is going to give a

22  broad overview of this element of the damages.

23          Stan Webber who was our port agent who has an office at

24  Ballentyne Pier and acts as a port agent entering the contracts

25  for all of the expenses that you would need to incur in the

1   port, and he's going to be able to tell you what those were and

2   what estimates he provided by researching, getting quotes on

3   contracts that he provided to our folks that ended up in our

4   cost estimates.

5        And he's also going to explain to you that this, there's

6   a stack of invoices that the RCMP has provided purportedly

7   showing their costs on the theory that that's a bench mark for

8   what we would have incurred.

9        What you are going to see is that there are massive

10  charges in there for items that under our contract the RCMP was

11  unquestionably responsible for paying directly.

12       You are also going to see that there were massive

13  charges in there for items that never should have been

14  incurred; that a man like Stan Webber with his nearly 30 years

15  of experience working as a port agent knows do not need to be

16  incurred, but apparently the RCMP chartering its own ship did

17  not have that same knowledge and apparently incurred some

18  massive charges for things that were wholly unnecessary.

19       In addition, what you are going to see is that the RCMP

20  has provided very incomplete invoices.  The vast majority of

21  invoices that provide any detail whatsoever haven't been

22  provided, but rather, there's some summary sheets that have

23  been provided and in some cases only partial summary sheets and

24  that in the end because of the lack of detail, you really can't

25  tell anything meaningful from the RCMP's invoices and summary

1   sheets that could allow the Court to use the RCMP's cost

2   information as any type of reasonable bench mark.

3        There is two --

4        THE COURT:  Now I know why this hasn't settled.

5        MR. STRAUCH:  There are two exceptions to what I

6   said.  The RCMP did provide invoices showing their recycling

7   and garbage removal charges which we would have been

8   responsible for and we know what that number is.

9        And also the harbor pilot charges, we know what that

10  number is.  And what you are going to see is the estimates

11  given to us by Stan Webber, our port agent, were very close to

12  what they actually incurred.

13       The second element of damages of course is this on board

14  revenue, OBR.  You are going to hear much from Tracey Kelly of

15  Cruise Connections about that, but you are also going to hear

16  from Adam Snitzer who is an expert on OBR.

17       He is a gentleman who spent 17 years working for Cruise

18  Lines as a vice-president of revenue management, as a chief

19  revenue officer, as a director of revenue management.  And his

20  job involved on a daily basis dealing with OBR, on board

21  revenue.  He is now a consultant for travel companies on

22  revenue including OBR.  Suffice it to say the man has a lot of

23  experience, knowledge and understanding of on board revenue and

24  on board revenue programs.

25       He has reviewed our contract and he has reviewed our OBR

1  plans and program and has reached an opinion that on board

2  revenue would have reached approximately 9 million dollars.

3       Under the contract, and I think this is quite important,

4  under the contract that we had with the RCMP, what I mean by

5  that is our contract with the RCMP specifically contemplated

6  that there would be one embarkation and one disembarkation,

7  meaning everybody onto the ship, get it full, and everybody off

8  the ship at the end, get it empty.

9       It appears from some of the documents that the RCMP we

10 think is going to submit that RCMP under the new regime that

11 took over the new contract didn't shove -- bad term -- didn't

12 fill the ships immediately and sort of rammed up and rammed

13 down so that they didn't have full occupancy.  We don't think

14 that's what would have occurred under our deal, given that our

15 contract specifically talked about a single embarkation and a

16 single disembarkation.

17       Additionally, you'll hear testimony about the vast

18 differences in the OBR program that Cruise Connections planned

19 to carry out and would have carried out had there not been the

20 breach and the utter lack of any OBR program under the new

21 regime when the ships went in.

22       THE COURT:  I will tell you -- excuse me -- I will

23 tell all that I read all of the transcript highlights and some

24 of the full transcripts that you submitted, so.

25       MR. STRAUCH:  Great, thank you.

1          And then the final element of damages of course is this

2   repositioning cruise for the Holland America Statendam moving

3   to and from San Diego.

4          THE COURT:  What did you call it?  Stop and dump, is

5   that what you said?

6          MR. STRAUCH:  Statendam.

7          THE COURT:  Oh, Statendam, that's the name of the

8   ship.

9          MR. STRAUCH:  Statendam is the ship, right.

10          THE COURT:  Right, I got it.

11          MR. STRAUCH:  The Statendam was four days up and four

12   days back.  And we had reached the deal, a done deal with AA

13   Worldwide Travel.

14          You are going to hear from Mr. Kelly and we finally got

15   in the transcript from Ms. Ladwick from AA Worldwide and you

16   will hear that there were multiple components to the pricing on

17   this deal but that they aggregate about 1.6 to 1.7 million

18   dollars.

19          THE COURT:  For both?

20          MR. STRAUCH:  Yeah, for total.  Half of that going

21   up, half of that coming back.

22          Of course, we will provide you numbers with precision

23   down to the cents on costs, et cetera, but I thought for

24   opening giving the round numbers was appropriate.

25          Thank you.

1          THE COURT:  Thank you.

2     Mr. Christensen.

3          MR. CHRISTENSEN:  Good morning, Your Honor.

4          THE COURT:  Hi, how are you today?

5          MR. CHRISTENSEN:  Very well, thank you.

6     I'd first like to start by introducing some of my

7 colleagues and client at counsel table.  I think my partner

8 John Townsend has already been introduced.

9          THE COURT:  Yes.

10          MR. CHRISTENSEN:  My colleagues Corinne Lane and Hana

11 Carney are sitting at counsel table.  And as a representative

12 of the RCMP Ms. Normande Morin is sitting next to Mr. Townsend.

13          THE COURT:  Good morning.

14               OPENING STATEMENT BY MR. CHRISTENSEN

15          MR. CHRISTENSEN:  Your Honor, no one disputes that

16 the measure of damages in this case is a lost profits and that

17 the lost profits are the revenues less the expenses.

18     The RCMP contends, Your Honor, that Cruise Connections

19 has overstated its projected revenues and understated its

20 anticipated expenses.

21     Let's start with the projected revenues.  Cruise

22 Connections overstates these revenues in two important ways.

23 First, the estimate of on board revenue estimates grossly

24 exaggerates what Cruise Connections could have expected.  This

25 is especially clear when you look at how little was actually

1   earned.

2        Second, any revenue from the relocation cruise is

3   speculative.  Since Cruise Connections never entered into a

4   written contract, no passengers ever bought tickets.

5        There's a third way that Cruise Connections overstates

6   its revenues which is in not allowing for the erosion of the

7   value of the contract after September 26th, but we take Your

8   Honor's order of November 15th to preclude us from going into

9   that subject.  So we simply note here that there's a third

10  factor overstating the revenues that we would have presented

11  evidence of.

12       THE COURT:  I had a question to you as to that.

13       Has anybody looked, I'm sure you have looked.  Can

14  anybody remember what the exchange rate was, whatever it was,

15  in the 2010 that the winter olympics actually occurred in

16  Vancouver?  I assume it was like January, February time frame.

17       MR. CHRISTENSEN:  The middle of February.

18       THE COURT:  The middle of February was really the

19  olympics but the ships were going to come in January and leave

20  in March.

21       MR. CHRISTENSEN:  Right.

22       THE COURT:  So what was, does anybody remember the

23  exchange rate at that point in time?

24       MR. CHRISTENSEN:  Off the top of my head, no.  I

25  think it had come back to the, close to par by that point.

1          THE COURT:  See, and so that's another problem that I

2    have with the exchange rate discussion.  It's one of those

3    things that -- well, never mind, we can talk about that another

4    time.  I'm interrupting your opening.

5          Go right ahead, sorry.

6          MR. CHRISTENSEN:  So I wanted to take each of the

7    first two elements of revenues in order starting with the major

8    sources of the revenue claimed by Cruise Connections which is

9    the on board revenue component.

10          For Cruise Connections' lost on board revenue while in

11    port, Cruise Connections relies on estimates from Adam Snitzer

12    and Tracey Kelly that range from, speaking in round numbers,

13    nine million to a little more than ten million dollars.

14          These estimates are exaggerated, Your Honor.  Cruise

15    Connections' expert estimate -- the expert estimates on board

16    revenue of $49.84 per person per day.  Cruise Connections

17    itself estimates even more at $54 per person per day.  When

18    Cruise Connections was trying to obtain financing while

19    performing the contract, it estimated on board revenue at $15

20    per day.  Cruise Connections' partners agreed this was a proper

21    estimate.

22          When Cruise Connections was trying to persuade Royal

23    Caribbean Cruise Lines in 2008 to use it after the contract was

24    terminated, Cruise Connections nearly doubled that estimate to

25    20 to $25 per person per day.  Tracey Kelly told the cruise

1    lines in December 2008 that quote the projected amounts of on

2    board spend by the U.S. members is 20 to $25 per person per

3    day.

4         Now that Cruise Connections is seeking damages in the

5    lawsuit, it has doubled that number again to 50 to $54 per

6    person per day depending on whether you listen to their expert

7    or to their partners.

8         When I asked Mr. Kelly at his deposition the basis for

9    the estimate of $54 per person per day, he told me that Cruise

10   Connections should have doubled that number again.  He

11   testified about the $54 estimate that quote I'm disappointed

12   that that number is there.  I think that number should be

13   doubled that unquote for a $108 per person per day in on board

14   revenue.

15        He went on to testify that his estimate would have been

16   in the range of 90 to a $100 per day per person in on board

17   revenue.

18        THE COURT:  I don't remember anybody asking this

19   question, so perhaps you don't know the answer.

20        But in a regular cruise; that is, where people are on

21   vacation and they're going down to the Caribbean and they don't

22   get sick and the ship doesn't stop working and everything goes

23   well, do you know what the anticipated OBR would be?

24        MR. CHRISTENSEN:  We do, Your Honor, because Carnival

25   reports it.

1          THE COURT:  Okay.

2          MR. CHRISTENSEN:  They report it annually and

3    plaintiffs' expert relied on it.

4          For example in 2010, the on board revenue earned by

5    Carnival Cruise Lines on its regular cruises in the range of

6    $39 per day.  Those are for cruises with as you mentioned, Your

7    Honor, they are vacationers trapped on the ship.

8          THE COURT:  Yes, I mean, it's an entirely different

9    arrangement.

10         But anyway, go ahead, that's helpful.  Thank you.

11         MR. CHRISTENSEN:  You're welcome.

12         The means by which Cruise Connections justify its ten

13   million dollar claim shows that its numbers are incredible and

14   speculative and that even its original $15 per person per day

15   estimate is optimistic.

16         First, Your Honor, the olympics took place over 17 days

17   from February 12th to February 28th of 2010.  The charters

18   themselves were between 31 and 44 days.

19         The security personnel ramped up as the olympics

20   approached and then ramped down on the ships when the olympics

21   were over.  The ships were not fully occupied on day one

22   through the very last day of the charters.

23         Cruise Connections provides an estimate of on board

24   revenue that erroneously assumes that every bed on the ship

25   would be filled every day of the charter from the very first

1    day to the very end.  It was simply not the case.

2         The actual performance shows that 70 percent occupancy

3    on the Carnival ship, an occupancy much less than that on the

4    Holland American Ships over the duration of those charters.

5    Security personnel could not purchase $54 of spa treatments,

6    haircuts, buckets of beer, bottles of wine on a daily basis

7    when they weren't even present on the ship to begin with.

8         Second --

9         THE COURT:  Let me back up and ask you.  I now

10   understand why Mr. Strauch made the point.

11        You disagree then that the contract anticipated a single

12   embarkation and a single disembarkation?

13        MR. CHRISTENSEN:  Off the top of my head I don't

14   recall.  It may have anticipated that.  I think --

15        THE COURT:  We'll undoubtedly hear it.

16        MR. CHRISTENSEN:  -- we will get into it.

17        Second, Your Honor, Cruise Connections had wild

18   expectations for what the security personnel would spend on the

19   vessels backed up by nothing more than speculation.

20        Cruise Connections imagined the ships would be olympics

21   destinations in themselves.  Tracey Kelly testified that Cruise

22   Connections' estimate was based on hosting events for visiting

23   dignitaries, charging security personnel for cocktail parties,

24   dancing, musical venues, charging security personnel for steak

25   dinners, charging security personnel for transportation to and

1   from the ships.

2        When Cruise Connections proposed these wild ideas to the

3   RCMP, however, the RCMP said that the charters were to be bare

4   bones, Holiday Inn Express type accommodations.  No casinos, no

5   fancy restaurants, no dressing up to come to dinner even.  No

6   towels twisted into cute animal shapes and left on the Mounty's

7   bed when they returned at night.

8        Adam Snitzer, plaintiff's expert, his own estimate shows

9   that the RCMP personnel would spend $45 on a daily basis which

10  is fantastical.  At no point did Mr. Snitzer review the actual

11  revenue reports for the Cruise Lines for the RCMP charters.  If

12  he had done so it would have been clear that the more realistic

13  on board number would be less than $10 per passenger per day.

14       Instead, Mr. Snitzer bases his on board revenue

15  predictions on fraud assumptions about cruise lines typical on

16  board revenue rates, RCMP's charter occupancy rate and the

17  spending habits of RCMP personnel.

18       Third and finally onboard revenue.  We don't need an

19  expert to know what the security personnel would have spent.

20  We know what the security personnel actually spent under the

21  same conditions.

22       Donna Kaluza who is also in the courtroom today, and

23  Normande Morin will explain that the charters that were

24  performed were virtually identical for on board revenues

25  purposes as the original charter plans.

1          As we've explained to Your Honor under British Columbia

2    law Your Honor can consider what the actual results from a

3    substitute contractor to complete a breached contract as a

4    bench mark of expected damages.

5          Actual on board revenue earned by Holland America and

6    Carnival Cruise Lines for all three ships for the charter in

7    Vancouver Harbor came to a small fraction of what Cruise

8    Connections now claims.  For example, Carnival Cruise Lines

9    earned $221,000 to $820 in gross on board revenue for its one

10   ship.

11          THE COURT:  I'm sorry.  I have to ask you to say that

12   again?

13          MR. CHRISTENSEN:  Sure.

14          THE COURT:  $221,000 --

15          MR. CHRISTENSEN:  $221,000 to $820 --

16          THE COURT:  Thank you.

17          MR. CHRISTENSEN:  -- in gross on board revenue for

18   one ship.  If that were multiplied by three ships, you would

19   have $665,460.  That 221,000 is for one ship.

20          THE COURT:  No, I understand that, but we don't

21   actually know what Holland America --

22          MR. CHRISTENSEN:  We do, Your Honor.  I can point you

23   to chapter and verse.  Holland America has asked in response to

24   Your Honor's request for the time being that I not say in open

25   court --

1          THE COURT:  Oh, yes.

2          MR. CHRISTENSEN:  -- what the actual numbers are.

3          THE COURT:  I'm sorry.  I'm with you now.

4          MR. CHRISTENSEN:  For Cruise Connections to now claim

5     at trial that it would very earned 15 times what the Cruise

6     Lines actually earned for on board revenue is simply not

7     believable.

8          Your Honor, the second major way in which Cruise

9     Connections overstates its revenues is with respect to the

10    relocation cruise.  The revenue for the relocation cruise is

11    purely speculative.

12         Cruise Connections should not be permitted to include

13    the sale of the repositioning cruise in its lost profits.  As

14    Cruise Connections confirmed to this Court a year ago there was

15    never quote a final copy, a final copy, signed copy of an

16    agreement with AA Worldwide unquote.  No contract was ever

17    finalized between Cruise Connections and AA Worldwide Travel

18    before the RCMP contract terminated.

19         On November 3rd, 2008, roughly two weeks before this

20    contract terminated, Cruise Connections told AA Worldwide that

21    quote, because we are under a confidentiality agreement with

22    the Canadian Government before we can share any information, I

23    will need your signature unquote on a confidentiality

24    agreement.

25         Cruise Connections claimed in the same communication

1  that we have one ship all set up for you, dates, prices, et

2  cetera, but in the business that does not function on oral

3  contracts, none of those terms were ever reduced to written

4  agreement.  There's no support for the claim that Cruise

5  Connections ever sent AA Worldwide a confidentiality agreement,

6  and no agreement, and no evidence that AA Worldwide ever signed

7  one that would have been necessary to even begin sharing

8  information to enter into an agreement.

9          THE COURT:  This is an interesting issue.  I

10  understand your argument, and it of course has a lot of force

11  to it.

12          But if there were a plan to have a, have two relocation

13  cruises and there would be profit from that plan, and because

14  the contract was terminated in November of 2008, it became

15  irrelevant, it never went forward, doesn't that -- I mean,

16  you're saying then there's no business anticipation of that

17  income to constitute partial damages?

18          MR. CHRISTENSEN:  I think Your Honor's question

19  assumed to the very beginning that there was an agreement.

20          THE COURT:  No.

21          MR. CHRISTENSEN:  If there was an agreement.

22          THE COURT:  No, there wasn't an agreement.  There was

23  a plan.  I think there's clearly not an agreement.

24          MR. CHRISTENSEN:  Right.

25          THE COURT:  You and I agree on that and I don't think

1   that the plaintiff would say otherwise.  I doubt it since they

2   don't have one to show us.

3        But there was a plan.  How can we do this.  Well, one of

4   the ways we can do this because the ship has to move anyway is

5   to put people on it.

6        Now if that plan was stymied, prevented, because the

7   underlying contract was terminated, there isn't a possibility

8   of anticipating that income as part of damages?

9        MR. CHRISTENSEN:  I think it depends entirely on how

10  far along that plan was and we submit, Your Honor --

11       THE COURT:  You're just saying it's too premature?

12       MR. CHRISTENSEN:  The evidence will show that there

13  was no, it was speculative what would have resulted from any

14  such plan.  Simply because somebody throws out hey, this sounds

15  like a good idea doesn't mean that they get to claim whatever

16  profits come from that, what that good idea might have meant.

17       THE COURT:  Okay.

18       MR. CHRISTENSEN:  In fact, in the testimony that is

19  submitted to Your Honor, while Ms. Ladwick of AA Worldwide

20  testified that AA Worldwide and Cruise Connections quote were

21  still trying to finalize a lot of things, unquote.

22       As of October 16th, 2008 AA Worldwide was still trying

23  to get information from Cruise Connections about details of the

24  ships charters.  AA Worldwide and Cruise Connections never

25  finalized whether the cruises would be four days or seven days.

1       Ms. Ladwick testified that there would be quote three to

2  five stops at ports between Southern California and Vancouver

3  with different travel packages and transportation at each of

4  those stops.  But they never determined which ports.

5       She testified we didn't know which ports we were going

6  to do for sure.  In fat, there weren't going to be any stops

7  under the contract that Cruise Connections had signed with the

8  cruise lines.  Ms. Ladwick's testimony makes clear that Cruise

9  Connections and AA Worldwide never reached agreement.

10       Cruise Connections' claim for lost on board revenue

11  during the repositioning cruises relies on estimates from

12  Mr. Kelly whose estimate is 54 percent more than the estimate

13  from his own expert Adam Snitzer and his estimate relies on the

14  same questionable reasoning he offers about on board revenue

15  for the primary charters.

16       Cruise Connections, Your Honor, is not entitled to

17  revenue that was never earned on drinks that were never

18  purchased, on repositioning cruises that never happened based

19  on a contract that never existed between AA Worldwide and

20  Cruise Connections.

21       Therefore, we would ask that the claims for lost profits

22  should be reduced by 1.252 million and the on board revenue

23  that allegedly would have been earned.

24       THE COURT:  How many total ISU personnel actually

25  stayed on the three ships?

1          MR. CHRISTENSEN:  There were approximately, I don't

2   have the total numbers right with me.  Approximately 5,000.

3          THE COURT:  The really important issue is how many

4   guest days were there because they came and they went and they

5   came and they went.

6          MR. CHRISTENSEN:  Yes.

7          THE COURT:  Five thousand is sort of the anticipated

8   number?

9          MR. CHRISTENSEN:  Yes.

10          THE COURT:  But if they came and went, does anybody

11   know the number of guest days?

12          MR. CHRISTENSEN:  Yes.

13       In the deposition of Jason Ross which we submitted to

14   Your Honor.

15          THE COURT:  Right.  That's where I got guest days.

16          MR. CHRISTENSEN:  Yes.  The Holland America uses the

17   abbreviation PCD for passenger cruise days, and the -- for

18   Holland America for all three ships, for Holland America the

19   PCDs were 79,000,649.

20       For Carnival which uses the abbreviation ALBD for

21   average lower berth days, or GCDs for guest cruise days, the

22   number is 47,329.

23          THE COURT:  Thank you.

24          MR. CHRISTENSEN:  You're welcome.

25          THE COURT:  Okay, that's helpful.

1          MR. CHRISTENSEN:  So I covered, I addressed

2    overstating its revenues but as I also at the beginning

3    mentioned Cruise Connections grossly understates its expenses

4    in three ways.

5          First, when the contract with the RCMP was going forward

6    Cruise Connections estimated expenses at a greater amount than

7    it does now when seeking damages at trial.

8          Second, Cruise Connections' estimates are significantly

9    less than what the actual costs were under what we posit were

10   the same conditions.

11         And third, Cruise Connections has not factored in some

12   expenses at all.  Taking each of those in turn, Cruise

13   Connections previously estimated expenses at a greater amount

14   than it does now.

15         For garbage disposal and recycling for example, Cruise

16   Connections now claims that the three ships garbage disposal

17   and recycling costs would be $415,332.

18         On July 29th, 2008 when you would have thought it was

19   performing the contract Cruise Connections estimated the costs

20   would be $880,000.

21         Princess Cruise estimated for Cruise Connections in June

22   of 2008 that a ship with 2600 lower berths roughly half the

23   number of the total berths used here.  Waste removal would have

24   been $820,000 which if you double it for the total number of

25   berths, you are getting closer to 1.6 million dollars in

1    garbage and recycling.

2            THE COURT:  What was that number?

3            MR. CHRISTENSEN:  The number from Princess Cruises

4    for one ship with 2,600 lower berths would have waste removal

5    at $820,000.

6            THE COURT:  Thank you.

7            MR. CHRISTENSEN:  For water bunkering, Your Honor,

8    Cruise Connections now claims that the ship's water bunkering

9    costs would have only been a $121,902.

10        On June 25, 2008 Cruise Connections estimated water

11   bunkering costs at $200,000.  Princess Cruises estimated for

12   Cruise Connections in June 2008 that water bunkering for just

13   one ship would be $82,000 which for three ships would bring it

14   to $246,000 which is double what Cruise Connections now claims.

15        Your Honor, we submit that Cruise Connections also

16   significantly underestimates the actual costs it would have

17   incurred had the contract been performed.

18        Stevedoring for example, Cruise Connections alleges that

19   the ships stevedoring would have cost $220,610.  Defendant's

20   estimate for stevedoring in connection with the lease of cruise

21   ships that actually occurred was $1,660,221 which was a cost of

22   1.37 million dollars more than what Cruise Connections now

23   estimates.

24            THE COURT:  Was that an estimate or was that an

25   actual?

1          MR. CHRISTENSEN:  That was an estimate.

2          THE COURT:  Okay.

3          MR. CHRISTENSEN:  I don't know if we have actual.  If

4   we do, we will submit it.

5          Miscellaneous expenses were underestimated.  Cruise

6   Connections admitted that it simply didn't know all of the

7   costs that would go into the operations and decided to estimate

8   all of the other costs at a rate of $5,000 a month.

9          Cruise Connections' CFO told the Royal Bank of Canada in

10  late September of 2008 that quote, I really don't have a clue

11  as to any additional expenses missed in ground OPS and

12  logistics unquote.  So we added a mere hundred thousand dollars

13  just in case.

14         Cruise Connections has not factored in --

15         THE COURT:  When you say so we added a hundred

16  thousand, you mean Cruise Connections?

17         MR. CHRISTENSEN:  Cruise Connections just picked a

18  number let's say a hundred thousand dollars --

19         THE COURT:  Right.

20         MR. CHRISTENSEN:  -- and put it in there just in

21  case.

22         THE COURT:  Right.

23         MR. CHRISTENSEN:  There is some expenses that Cruise

24  Connections has not factored in at all to its estimates.

25  Cruise Connections failed to include the amount it agreed to

1   pay to John Sessions as a cost that it would have incurred had

2   the contract gone forward.  That cost alone reduces the lost

3   profits by more than five million dollars.

4        THE COURT:  Well, you know, I've been thinking about

5   that and it seems to me that if Mr. Sessions wants to collect

6   on that, that's a deal between him and Cruise Connections and

7   some other person, Judge, whatever, can decide whether that's

8   collectable.

9        But how is it that your client gets to reduce their

10   money to Cruise Connections on the theory -- the only way you

11   can do that is by arguing that they don't, they'll never have

12   to pay Mr. Sessions, but if they have to pay Mr. Sessions which

13   is what your argument has been heretofore, they are going to

14   have to pay him so that's not part of their profit, then they

15   have to get it in order to be able to pay him.

16        You see how that works?

17        MR. CHRISTENSEN:  Yes.  And it works the same way

18   with I think all of the other costs that Cruise Connections

19   would have to factor in.  If for example --

20        THE COURT:  Oh, I, agree.

21        MR. CHRISTENSEN:  If for example, employees, they

22   simply decided they didn't want to pay their employees.

23        THE COURT:  Right.  But I mean, in other words, you

24   can't take out the $5,000,000 even if they owe it to somebody

25   else, they need to get it in order to pay somebody else.

1          MR. CHRISTENSEN:  Right.  But you have to factor it

2    into lost profits as a cost the same way you would their

3    employee expenses, what they would have to pay third parties

4    for garbage disposal, recycling.

5          THE COURT:  But that doesn't --

6          MR. CHRISTENSEN:  It does.

7          THE COURT:  Well, not quite because your argument is

8    that they have to pay John Sessions now regardless of the fact

9    that the cruises never happened.

10          MR. CHRISTENSEN:  No.

11          THE COURT:  No?

12          MR. CHRISTENSEN:  The agreement with Mr. Sessions was

13    that he was to be paid $5,000,000 out of the first payment --

14          THE COURT:  Right.

15          MR. CHRISTENSEN:  -- received in April of 2009.  In

16    the same way that employees would be.

17          THE COURT:  Yes, but they would work for it.  I mean,

18    I understand that.  You're absolutely right about employees,

19    but at least they would work for it.

20      John Sessions this merky character, is he coming?

21          MR. GREEN:  No.

22          THE COURT:  He's not here is he?

23          MR. STRAUCH:  No, suing us.

24          THE COURT:  He's suing you?

25          MR. STRAUCH:  So we're not having dinner together or

1  anything like that.

2          THE COURT:  You see what I mean?

3          Anyway, I just wanted to have that conversation because

4  we have gone back and forth about John Sessions many times.

5          All right, I have been thinking about you guys all

6  weekend.  Reading and thinking, reading and thinking, wishing I

7  had more time on Friday.

8          Go ahead.

9          MR. CHRISTENSEN:  No problem, Your Honor.

10         We would, we submit, Your Honor, that without the letter

11 of credit backed by Mr. Sessions which we talked about last

12 Thursday, Cruise Connections never would have been able to bid

13 on the RCMP contract and we would never be before Your Honor.

14         Cruise Connections cannot be heard to argue now that the

15 letter of credit it presented as complying with its obligations

16 was in fact worthless.  On the contrary, it was worth

17 everything that is at stake in this lawsuit to Cruise

18 Connections.

19         THE COURT:  Well, if that's true, and they owe John

20 Sessions something for his assistance in obtaining the contract

21 in the first place, and there's going to be some money in

22 liability, the amount we don't know, then this is an

23 outstanding bill that has to be paid from the profit on this

24 contract.

25         So how do you subtract it?  You see, this is the -- the

1  logic doesn't -- it only gets substracted if it's not something

2  that has to be paid now.  The employees get substracted because

3  they're not going to get paid.  Mr. Sessions apparently is

4  arguing he should get paid.  I hope some Judge decides that

5  case, I'm not going to.

6      But if he's going to get paid, should I make the five

7  million dollars conditional on him winning the lawsuit?  If he

8  wins the lawsuit, then you have to pay them the five million

9  but you don't have to if he looses.  If the piece of paper he

10  signed was a worthless thing then --

11      MR. CHRISTENSEN:  We submit, Your Honor, that this

12  has to be factored in as a cost of the contract every bit as

13  much as the cost that they would have agreed to undertake had

14  the contract gone through.

15      If Mr. Sessions was to be paid out of the first payment

16  that Cruise Connections received, and Cruise Connections hasn't

17  received a payment, then arguably they don't owe him the five

18  million dollars.

19      THE COURT:  Oh, no, they might not owe it to him

20  today, but if we get to the end of this litigation, let's

21  pretend that everything changed and it's such a nice day.  You

22  guys sat down over lunch and you said listen, let's take care

23  of this and it's done and they have some money and everybody

24  gets to go home.  And then of course I'm bored.  But anyway,

25  but everybody gets to go home.

1          Then Mr. Sessions says, now they have money, pay me.

2     Isn't that right?  Anyway, we don't need to worry about

3     Mr. Sessions right now.

4          Go ahead.

5          MR. CHRISTENSEN:  Cruise Connections simply failed to

6     include the salary of its chief financial officer as a cost,

7     reducing Cruise Connections' expected profits by an additional

8     $500,000.

9          THE COURT:  Right.

10         MR. CHRISTENSEN:  Cruise Connections' lists of costs

11    and expenses does not include the salary for Phillip Sloane who

12    was to have been paid $500,000.

13         Finally, the letter of credit fee and the interest to

14    Royal Bank of Canada, Your Honor, Cruise Connections does not

15    include the fee that it would have owed to the Royal Bank of

16    Canada for arranging the charter financing project.  And the

17    projected interest on Cruise Connections 1.5 million dollar

18    line of credit.

19         According to Cruise Connections' verified response to

20    the RCMP interrogatories in this case, this was an additional

21    $681,454 in costs that have not been accounted for.

22         Snow removal we've touched on, the actual invoices show

23    that the RCMP spent $79,800 on snow removal for the two Holland

24    America ships in February of 2010.  Cruise Connections makes no

25    provision for snow removal.

1       Hotel and office space throughout all of their profit

2   projections and cost estimates that were carefully provided to

3   the Royal Bank of Canada, Cruise Connections estimated a

4   $102,00 allowance for office and hotel space in Vancouver for

5   use by its employees.  That's now disappeared from Cruise

6   Connections' cost estimates.

7       The Vancouver Harbor pilots that Mr. Strauch mentioned,

8   the $45,000 costs for the pilots were included in Cruise

9   Connections' cash loss estimates when performing the contract

10  but they're no longer accounted for in their break out of

11  costs.

12      Finally, Your Honor, Cruise Connections has failed to

13  mitigate it's damages by finding alternative project.  As we've

14  explained, Your Honor, a plaintiff has a duty to take all

15  reasonable steps to mitigate for loss consequented on a breach

16  of contract and may not recover any part of the damages that's

17  due to his neglect to take such steps.  And a single purpose

18  corporation like Cruise Connections is not excused from this.

19      According to Cruise Connections it had both the ability

20  to pursue other similar projects and it had actually

21  contemplated other similar ventures in Vancouver during the

22  olympics, but it did not pursue any of them to completion after

23  the contract with the RCMP terminated.

24      Cruise Connections claimed that it brought together

25  experts in all aspects of Charter Management including expert

1  negotiators, an inhouse port agent, operations and customer

2  service specialists, ground services and more.

3      Cruise Connections Management Team claimed to have over

4  a hundred years or almost a hundred years of experience in the

5  travel and hospitality industry.  That they had specific

6  expertise in providing charter cruise ships.

7      They claimed to have arranged for more than 60 ship

8  charters and that in the recent past had chartered ships for

9  other similar events to the proposed 2010 olympics.  These

10  other projects included providing ships for the Athens Olympics

11  games, the NFL Super Bowl, the Cricket World Cup which were all

12  multi-day charters of cruise ships.

13      THE COURT:  What country were they in?  Do you have

14  any idea?

15      MR. CHRISTENSEN:  The Athens Olympics --

16      THE COURT:  Athens in Greece?

17      MR. CHRISTENSEN:  -- was in 2004 and was the, Cruise

18  Connections claimed was a collective 84 days of charter.

19      The NFL Super Bowl in Jacksonville, Florida was in 2005

20  and they claimed a collective 14 days of charter ships and the,

21  I mentioned the one ship for the Cricket World Cup which was in

22  2007.  They claimed a collective 30 days of ship charter.

23      THE COURT:  Thank you.

24      MR. CHRISTENSEN:  Cruise Connections' president

25  Michael Sloane alone claimed that he had chartered 10 full ship

1  charters within the last 40 months when Cruise Connections

2  submitted its bid to the RCMP which was a rate of one charter

3  every four months, and that Cruise Connections was renowned for

4  the ability to meet the administration needs of several

5  simultaneous charters.

6       If all of this is true, Cruise Connections had the

7  experience, it had the resources, it had the means of finding

8  alternative opportunities for revenue including repurposed use

9  of these charter ships.

10      The president of Cruise Connections stated that his

11 interest in the Vancouver project stemmed originally from a

12 plan to provide luxury hotel space to individuals attending the

13 olympics.  Michael Sloane testified that there was an

14 opportunity to quote, make a killing unquote because there was

15 such a shortage of hotel rooms that if we just moved cruise

16 ships in there that it would be very very lucrative.

17 Cruise Connections contemplated positioning the chartered

18 ships in Vancouver on its own if it couldn't resolve the

19 dispute with the RCMP.

20 Cruise Connections also contemplated leasing at least one

21 other ship to dock at a private pier that Cruise Connections

22 would secure the lease space to private guests.

23 Colleen Ladwick formally of AA Worldwide Travel testified

24 that in October of 2008 Cruise Connections contemplated using

25 three other cruise ships beyond those leased for the RCMP.

1      Ms. Ladwick testified that she discussed with Cruise

2   Connections the possibility of making use of quote, the other

3   two to five possible ships only two of which were for the RCMP.

4   Three of which were not related to the RCMP charter.

5      So by its own admission, Your Honor, Cruise Connections had

6   the ability and means to pursue other ship charters but failed

7   to do so here and it's claims for damages should be reduced as

8   a result.

9      Cruise Connections failed to pursue any of these

10   contemplated projects to the completion.  Cruise Connections

11   thus failed in its duty to mitigate its losses by seeking

12   alternative profit streams.  It should not be permitted to

13   shift to the RCMP the cost of its own inactivity.

14      Your Honor, on the issue of mitigation, while we are there,

15   in response to Your Honor's order on November 15th on Friday

16   evening, we would request that in order to minimize the

17   inconvenience to the Court, to the witnesses, to the parties,

18   we would take evidence of mitigation which we expect to be very

19   brief in the course of doing the cross examinations.

20          THE COURT:  Of course.

21          MR. CHRISTENSEN:  Rather than by dividing it.

22          THE COURT:  Absolutely, absolutely, much better to do

23   it that way.

24          MR. CHRISTENSEN:  Thank you, Your Honor.

25       We also take, Your Honor, to understand that the

1  November 15th orders on contract valuation and on the motion in

2  limine would read fairly I think they exclude the submission of

3  evidence on delay caused by Cruise Connections after September

4  26th, 2008 since the September 26th date fixes the value of the

5  contract.

6          THE COURT:  Only to the -- I mean, if Cruise

7  Connections' delay would have something to do with its damages

8  then that would be a mitigation issue.  But otherwise, I mean,

9  it's -- let me, let me say that I understand that Cruise

10 Connections was not entirely fully in control of everything it

11 was suppose to be in control of, and I'm not saying otherwise.

12      The problem was that once things started to fall apart

13 in September they just kept falling.  I mean, there was all the

14 rushing around and efforts, they just kept falling apart.

15      And I think I conclude, you don't have to agree, that

16 that was due to Ms. Morin's stepping in, not knowing enough

17 about it, looking back at the original RFP and saying by

18 George, we are going to live up to the RFP, all of those other

19 good things and that just created chaos.

20      So I don't think that you can argue that Cruise

21 Connections has culpability for the breach sort of the way you

22 were proposing it ala a negligence claim.

23      I went and read the cases that you cited and the cases

24 that Mr. Strauch cited and it's when the contract and the

25 negligence come together that you can use a negligence concept

1  like that, but I think in a pure contract claim it does not

2  appear to me that British Columbia would.

3       However, if you think that the evidence to which you

4  refer and exactly what you would select, I don't know, but the

5  evidence to which you refer would in any way go to failure to

6  mitigate, I don't know if it would, then I think it could be

7  presented, but otherwise, I think not.  I don't think it's

8  relevant.  I'm trying to be helpful.

9            MR. CHRISTENSEN:  That's fine.

10           THE COURT:  Is that okay?

11           MR. CHRISTENSEN:  I just wanted to, to make matters,

12  to maximize the efficiency.

13           THE COURT:  Yes.

14           MR. CHRISTENSEN:  In light of that which is how we

15  fairly understood Your Honor's order.

16           THE COURT:  Okay.

17           MR. CHRISTENSEN:  I would like to offer an offer of

18  proof --

19           THE COURT:  Yes.

20           MR. CHRISTENSEN:  -- for what we otherwise would have

21  pursued in evidence.

22           THE COURT:  That's perfect, that will preserve your

23  point.

24           MR. CHRISTENSEN:  Yes, Your Honor.  And obviate the

25  need to pursue it at trial.

1            THE COURT:  Right.

2            MR. CHRISTENSEN:  I will prepare it, get it in

3  writing.  I don't know if it needs to be marked as an exhibit.

4            THE COURT:  Do you want it to be an exhibit or

5  pleading?

6            MR. CHRISTENSEN:  We can make it as a pleading, file

7  it with the Court.

8            THE COURT:  I mean, if you just enter it on ECF as a

9  pleading, I will take it here and it will show up as a

10  pleading.  Thank you.

11       Good, thank you.

12            MR. CHRISTENSEN:  Thank you.

13            THE COURT:  All right, now does anybody feel the need

14  to have witnesses be elsewhere during testimony?

15       No, all right.  You may call your first witness.

16            MR. STRAUCH:  Your Honor, before we do, I wanted to

17  clear something up.

18            THE COURT:  Why don't you come to the mic.

19            MR. STRAUCH:  My office made a mistake.

20       Mr. Chistensen pointed out that we don't have harbor

21  pilot charges and then those bank charges, the letter of credit

22  and the interest on our pretrial statement.  He is right about

23  that, that's my office's mistake.

24       They are included in what we, what we're putting in

25  front of you here.  It's not his mistake, that's my office's

1   mistake.  But those are factored in and we deduct those

2   properly in the numbers that I gave you earlier.

3         But I wanted to own up to us making that confusion.

4             THE COURT:  All right.

5             MR. GREEN:  Your Honor, plaintiff calls Mr. Tracey

6   Kelly.

7             THE COURT:  All right, Mr. Kelly, if you could come

8   forward.

9                  PLAINTIFF WITNESS TRACEY KELLY SWORN

10                       DIRECT EXAMINATION

11  BY MR. GREEN:

12  Q.   Good morning, Mr. Kelly?

13  A.   Good morning.

14  Q.   Would you please introduce yourself to the Court?

15  A.   I'm Tracey Kelly.  I'm managing partner of Cruise

16  Connections Charter Management 1.

17  Q.   Okay.  In the course of this testimony, my questions

18  regarding that, I'm going to leave off the 1 of that name just

19  for convenience.  So I may refer to that company as CCCM or

20  Cruise Connections; is that okay?

21  A.   That's okay.

22  Q.   Great.  Mr. Kelly, how old are you?

23  A.   Fifty-four.

24  Q.   Where do you live?

25  A.   Live in Seattle, Washington.

1  Q.   How long have you lived there?

2  A.   Since 2003.

3  Q.   Are you married?

4  A.   I am, 28 years.

5  Q.   Twenty-eight years.  Good for you.

6     Do you have any children?

7  A.   I have two children.

8  Q.   What are their names?

9  A.   Julia is 16, she's actually 16 today.  And my son Thomas

10 is 20, he's a junior at Cal Poly.

11 Q.   I want to start off with questions about your educational

12 background very briefly.  Can you tell the Court about your

13 educational background?

14 A.   I went to the University of Washington, graduated with a B

15 A in psychology and communications focus on marketing.

16 Q.   Do you have any licenses or certificates or

17 certifications?

18 A.   I'm certified as a CITS which is International Travel

19 Services, so it was one of the certifications that I had as an

20 executive in a cruise line, and it was done so that I

21 understood the retail market.

22 Q.   Do you still maintain that certification?

23 A.   I do.

24 Q.   Okay.  Is it fair to say that your employment history has

25 primarily been in the travel industry?

1   A.   Yes.  I worked my way through college leading tours

2   through the Canadian Rockies and from there I went to China.  I

3   worked for Princess at that time.  I lived in Hong Kong and

4   built itineraries for People's Republic of China in the early

5   '80s.

6   Q.   When you have said Princess you were an employee of

7   Princess?

8   A.   I was.

9   Q.   When did that begin?

10  A.   Excluding my time during college, '82 to '88.

11  Q.   Did you have a title at Princess?

12  A.   I did.  Manager of group reservations and then manager of

13  group sales.

14  Q.   I know it was a long time ago, but if you could just

15  explain very briefly what your job duties were with that title?

16          THE COURT:  I think I got it.  He already said he was

17  arranging tours and things in China.

18          MR. GREEN:  Okay.

19          THE COURT:  Or elsewhere.

20          MR. GREEN:  We'll move forward.

21  BY MR. GREEN:

22  Q.   Where did you next work?

23  A.   I was recruited from Princess over to Holland America, and

24  I was initially a manager of sales there, and then promoted

25  from Carnival Corporation, Bott, Holland America in 1989.  I

1  became a liaison between Holland America and Carnival and

2  developing sales and sales strategies.

3      Then in 1993 I was promoted to director of sales for

4  Carnival Cruise Lines and I believe in 1998 I was promoted to

5  vice-president of sales for Carnival Cruise Lines.

6  Q.   All right.  As vice-president of sales for Holland, is

7  that what you said?

8  A.   Then in 2003 I was recruited back to Holland America as

9  vice-president of worldwide sales for Holland America.

10 Q.   Can you tell the Court what your job duties were in that

11 position?

12 A.   I managed a budget of about a hundred million dollars.  I

13 had 250 employees.  I was responsible for all retail sales, all

14 international sales, all series on wholesalers, all charters

15 and incentive sales.

16 Q.   Okay.  Did that include charter sales as well?

17 A.   Yeah, charter and incentive.

18 Q.   What's the difference between charter and incentive?

19 A.   Incentive sales is a contract directly with a corporation

20 where they'll hold a meeting on board a ship, it might be a

21 partial charter.

22     A charter sale is when we sell an entire ship and

23 itinerary, a given seven days, ten days, 20 days to one company

24 who turns around and has a client and then they take over the

25 ship for that period of time.

1  Q.   So a charter sale is what Cruise Connections did

2  essentially in this case?

3  A.   That's correct.

4  Q.   Okay.  In your job duties were you trying to, were you

5  trying to maximize charter sales?

6  A.   Absolutely.  There's a lot of benefits for a cruise

7  company to have charter, to increase charter sales, because it

8  takes it out of their itineraries, it reduces their need to

9  market it and sell it and they get a nice net rate that they

10 can guarantee.

11 Q.   How do you increase charter sales?

12 A.   We focus on being, at Holland America we focus on being

13 very flexible with our on board activities.  We wanted to

14 customize the experience and so we tended to be incredibly

15 flexible with our customers, we became known for that in the

16 industry.

17 Q.   When you say on board amenities, are you talking about the

18 word that has come up many times in this court, OBR?

19 A.   Yes.  OBR is one of the benefits of being flexible with on

20 board amenities.  So developing special theme events on board.

21 We have, we've done beach parties where we have brought sand

22 around the pool.  Things, kind of crazy things, brought palm

23 trees on board.

24 Q.   I want to know as part of your job duties what your

25 involvement with either the budgeting or planning OBR spend on

1  vessels worth?

2  A.    My job first of all, I had a target to achieve overall and

3  then by division.  My job was to grow beyond those targets.

4      I was involved in the negotiations with charters.  I was

5  intimately involved with what their planning were with the

6  ships.  I became a liaison along with my team from charter

7  incentives where we became a liaison with the operations

8  department to meet the customer's needs.

9  Q.    And in opening, Mr. Chistensen talked about your estimates

10  for OBR.  I just want to ask is this the first time in this

11  case that you have estimated OBR for a charter sale?

12  A.    No, it is not.

13  Q.    In all, how long were you working for either Princess,

14  Holland or Carnival, what's the total of that experience?

15  A.    Since from '82 to 2003.  So 20.

16  Q.    Do the math?

17          THE COURT:  I thought you said that you returned to

18  Holland America in 2003.

19          THE WITNESS:  I did.  As vice-president of worldwide

20  sales.

21          THE COURT:  Then when did you leave there?

22          THE WITNESS:  In September 2007.

23          THE COURT:  So it's really from '82 to 2007?

24          MR. CHRISTENSEN:  That's correct.

25          THE WITNESS:  That's correct.  So 25 years.

1   BY MR. GREEN:

2   Q.   After you left Holland in September of 2007, what did you

3   do?

4   A.   I sought out Mike Sloane who I had known in my previous

5   roles both at Holland America and Carnival and Sue Edwards who

6   had chartered a ship for a Cricket event and we began

7   discussions about the 2010 olympics.

8   Q.   Okay.  So you had worked with Mike Sloane before.  Do you

9   know his reputation in the cruise industry?

10  A.   Mike has an excellent reputation in the cruise industry. I

11  have known him since 1994 or mid-nineties I should say.  He ran

12  a number of charters with us at Carnival, very successful.

13  He's very well liked in the cruise industry.  And has a

14  wonderful reputation.

15  Q.   It was the three of you, Sue, Mike and yourself that

16  formed Cruise Connections, CCCM 1?

17  A.   That's correct.

18  Q.   Do you recall when you formed it?

19  A.   We formed it I believe in April of 2008.

20  Q.   In terms of the, you described the three partners there.

21  Were there any other team members on the Cruise Connections

22  team?

23  A.   Phillip Sloane, Michael's older brother.

24  Q.   What was his role?

25  A.   Phillip has a great background in finance.  Although he

1  was retired at the time, he offered to step in and support us

2  as a CFO.

3  Q.    And in terms of, are you aware, obviously, you are aware

4  of the other roles of the other members as well?

5  A.    Yes.

6  Q.    What was Mike Sloan's role?

7  A.    One of the reasons why Mike was so critical is that he had

8  a unique software package.  When you charter a ship it's

9  important that you can basically recreate where the cabins are

10  because especially on a ship where you are going to put people

11  on, you want to be able to know where they are, not rely on the

12  cruise line but as that ship is yours, you want to be able to

13  keep track of the inventory and Mike had an excellent software

14  package.

15  Q.    What was Sue's role?

16  A.    Sue had extensive background and work with the Canadian

17  Government.  She had been involved in a number of Bannock

18  committees prior to this.  And had intimate knowledge of kind

19  of how the olympics were forming, the venues.  And the

20  background of the up and coming ISU RFP.

21  Q.    Finally, Mr. Kelly, if you can describe your role on the

22  team?

23  A.    I was, I was the chief negotiator.  My job was to

24  negotiate the ships, the ports, and help build a program that

25  would make it a fabulous experience for our guests.

1   Q.   Mr. Chistensen mentioned two charters in particular in his

2   opening regarding the Super Bowl in Jacksonville, Florida as

3   well as the Athens Olympiad.

4       Were you involved at all in those charters?

5   A.   I was.  The Super Bowl charters in Jacksonville, Florida I

6   was there to both inspect the ports and then also during the

7   charters, those charters were done by Holland America and

8   Carnival.

9       And then the Athens Olympics I attended the initial, the

10  initial negotiations meetings and made sure that the programs

11  were set up.  That was the big part of my job with those.

12  Q.   Were these large or small charters?

13  A.   They would be considered large charters.

14  Q.   Do you have any other experience with large charters?

15  A.   I do.  For Holland America chartering ships is a big part

16  of our business model.  We did what are YP40 which is young

17  presidents under 40.  We had a charter with them in Alaska

18  which was incredibly successful.  We built special amenities on

19  board the ships specifically for them.  We brought on special

20  lines for them.  Hosted special dinners and entertainment

21  programs for them.  It was a successful program for them but

22  also for Holland America.

23  Q.   Okay.  Let's move more away from your experience and more

24  into the Cruise Connections' response to the RCMP's request for

25  proposal.

1    Can you describe the initial process of getting those

2  charter ships for the Vancouver Olympics, for the 2010

3  olympics?

4  A.   Sure.  So initially when an RP comes out, you're bidding

5  for this RP just like everybody else is.  And the Cruise Lines,

6  for lack of a better term, they don't really negotiate with you

7  because if they were to give me one rate and company B another

8  rate, they're actually undermining their own, their own yield

9  and nobody really has the contract yet.

10    So the initial process was to examine the port, the

11  facility, to look at the configuration of what is possible

12  there, and then devise a plan of what ships would meet up with

13  what the ALBD, the average lower berth per day, of what their

14  needs were and meet a configuration that would reach that.

15  Q.   Did you, who did you reach out to, to help you inspect the

16  pier and the facilities there at Ballentyne Pier?

17  A.   So Ballentyne Pier is not a heavily used pier anymore.

18  Canada Place is a brand new facility.  However, it was already

19  chartered by Bannock and it was going to be used for the press.

20    So there aren't a lot of people who really understand

21  Ballentyne Pier.  Because of my history and a lot of business

22  that we generated to Alaska I knew that pier very very well.

23    But what I really knew was Stan Webber who is the port

24  agent.  Stan has Quake cruises and Stan's office is literally

25  at Ballentyne Pier.  So I met up with Stan immediately to walk

1   the pier and to start looking at different configurations.

2   Q.    What were you, were there -- did you have any plans to use

3   Stan Webber in the future on this project?

4   A.    Absolutely.

5   Q.    How were you going to use him?

6   A.    Stan would be our chief port agent.  He would help us

7   negotiate all fees associated with that port whether they were

8   CCCM fees or we would also help him negotiate any fees that

9   would be passed through to the RCMP.

10  Q.    When you say fees you are referring to the items that we

11  have heard several times in argument, the services that are,

12  that are provided like gray water, black water or some of these

13  other costs?

14          THE COURT:   Stevedoring.

15          MR. GREEN:   Stevedoring.

16       Thank you, Your Honor.

17  BY MR. GREEN:

18  Q.    Is that correct?

19  A.    Yes.

20  Q.    So once you inspected the pier and looked at the

21  configuration, what type of bid did you, did CCCM submit to the

22  RCMP?

23  A.    What I realized first is the way the RFP came out, the

24  only ships that were a perfect match because most people

25  thought that Ballentyne could only fit two ships were Princess.

1    They had two Princess ships that together equaled a little bit

2    over 5,000 ALBDs which is what the RFP required.

3        The challenge is when I was negotiating with the Princess

4    they weren't very forthcoming in negotiating rates because

5    everybody was asking for those two ships.  So when I walked the

6    pier with Stan, we realized we could fit three vessels there

7    and that opened up a new opportunity for us.

8        So when we actually comprised our RFP response, we built

9    two options.  One that had two Princess ships and one that had

10   a Holland America and two Carnival ships.

11   Q.   So the first option had the two ships and the second

12   option had the three ships and we know obviously that the RCMP

13   ultimately chose the option with the three ships?

14   A.   That's correct.

15   Q.   If you know, do you know in terms of quoting, I mean, the

16   bid contains these options.  It also contains obviously pricing

17   for the options, correct?

18   A.   Correct.

19   Q.   Do you know where CCCM's bid came in with the, in terms of

20   stacked up against the other companies that submitted bids?

21   A.   I do.  We were right in the middle.  So we, my

22   understanding is that we were the only compliant response to

23   the RFP, but our price was right in the middle.  There was one

24   slightly lower than us and one higher than us.

25            THE COURT:  What does that mean in your understanding

1   when you say compliant?

2          THE WITNESS:  We were told by Kelly Meikle that the

3   other two bids did not contain all of the requisite

4   requirements that were stated in the RFP.  Although they were

5   looked at, I don't believe they were actually accepted under

6   those circumstances.

7          THE COURT:  Thank you.

8   BY MR. GREEN:

9   Q.   Let me ask this question.  In the bid obviously, you're

10  bidding on this work.  Did you have to understand what costs

11  and you used the term fee a few moments ago, what those items

12  would be in a project like this?

13  A.   Yes.

14  Q.   Where did you get those, where did you get the costs

15  estimates, if you will?

16  A.   So we, with Stan Webber.  Stan was, you know, a consummate

17  professional, had tremendous experience in that part, knew all

18  of the providers of services.  And based on what the RFP and

19  the delivery was, that's where we based our projections.

20  Q.   Once the RCMP accepted the bid, what happened next?

21  A.   We met June 3rd, Kelly Meikle, Michael Day, Donna Kaluza,

22  myself and Sue Edwards and we began to talk about beyond,

23  beyond what was outlined in the RFP what were their needs for

24  this program.

25  Q.   So do you recall roughly when the bid was submitted and

1    when it was accepted?

2              THE COURT:  Do we need that here?

3              MR. GREEN:  Well, I'm trying to get a time line up to

4    -- I want to talk about the contract.

5              THE COURT:  Believe me, I have every time line.

6              MR. GREEN:  I will move then to present, Your Honor.

7              THE WITNESS:  Thank you, Your Honor.

8              MR. GREEN:  I will move then to present and hand the

9    witness what I have marked as Plaintiff's Exhibit 1.

10        I have a copy for the Court which I think you already

11   have.  But it is the contract.

12             THE COURT:  All right.

13        (Plaintiff's Exhibit Numbers 1 and 2 marked for

14   identification and received into evidence.)

15        I think I've looked at it before.  Have you looked at it

16   before?

17        Is that the RFP?

18             MR. GREEN:  No, Your Honor.  It's the actual full

19   contract document.

20   BY MR. GREEN:

21   Q.   Mr. Kelly, do you recognize Exhibit 1?

22   A.   I do.

23   Q.   Would you agree with my representation to the Court that

24   it is the fully, the full contract that was signed on July

25   31st, 2008 in this case?

1  A.    It is.

2  Q.    Okay.  At the time of signing the contract on July 31st,

3  2008, can you tell what the total cost of the contract is?

4  A.    I know that it's $55,348,136 dollars.

5  Q.    Now before I confuse everybody with that question, I'm not

6  talking about the contract amendment.  Look at this document

7  and tell me what the, it's there on page 2 in plain writing,

8  what the value of this contract is?

9  A.    I see.  The value of this contract is $57,308,116.

10 Q.    Does that include the past due cost of GST?

11 A.    Yes.

12 Q.    What does taking GST out?

13 A.    $54,165,672.00.

14 Q.    And this price was, this price contemplated using the

15 charters from the bid from Carnival and Holland, correct?

16 A.    That's correct.

17 Q.    Hand you the next exhibit.

18        MR. GREEN:  May I approach, Your Honor?

19        THE COURT:  Yes.

20     I'm assuming there's no objection to any of the

21 exhibits, right?  If there is, you will have to say so;

22 otherwise, I will just assume that everybody knows what we're

23 doing and there's no objection.

24        MR. CHRISTENSEN:  Understood, Your Honor.

25        THE COURT:  Okay.

1          MR. GREEN:  And Your Honor, before I get too far

2    along, I would offer Exhibit 1 into evidence.

3          THE COURT:  Right, that's why I was --

4          MR. GREEN:  Sure.

5          THE COURT:  Until and unless there's an objection,

6    we'll just sort of go along with the assumption that the

7    documents all well known, liked or disliked but well known, and

8    they can all be admitted, all right.

9          MR. GREEN:  All right.  Thank you, Your Honor.

10         (Plaintiff's Exhibit Numbers 1 and 2 received into

11   evidence.)

12   BY MR. GREEN:

13   Q.   Mr. Kelly, I've handed you Plaintiff's Exhibit Number 2.

14   Have you had a chance to look at this document?

15   A.   I have.

16   Q.   What is it?

17   A.   It's an estimate of profit as of July 29.

18   Q.   So this is two days prior to the signing of or the

19   execution of Exhibit 1, correct?

20   A.   That's correct.

21   Q.   At this time this document contains a spread sheet on page

22   2, correct?

23   A.   Yes, it does.

24   Q.   Then it contains two other documents.  Can you, what are

25   those other documents?

1  A.    The first document on CCCM 00921 is Holland America Line's

2  charter quote.   And starting on CCCM 009219 is the Carnival

3  charter quote.

4  Q.    And for the charter hire, for these three vessels, what

5  was the total amount that the Cruise Lines or those contracts

6  were going to require?   Can you tell that from this exhibit?

7  A.    I believe the combined is $47,291,360.

8  Q.    Okay.   And it's very small writing, but are you reading

9  from page 2 of Exhibit 2 on the line under budget that says

10  ship charters?

11  A.    I am.

12  Q.    Okay.   So the underlying charters for the ships that were

13  contemplated by the bid in response to the RFP Cruise

14  Connections was going to have to pay them $47,291,360?

15  A.    That's correct.

16  Q.    I'd like to go back to Exhibit 1.   And I would like to

17  direct your attention to the Bates number at the bottom of the

18  right hand corner C-A-N 000146.

19            THE COURT:   Back at the contract?

20            MR. GREEN:   Correct.

21            THE COURT:   Okay.

22  BY MR. GREEN:

23  Q.    Do you see under section 6.1 of Exhibit 1 the basis of

24  payment?

25  A.    I do.

1  Q.   Okay.  Can you, is, this is saying that the contractor,

2  that's Cruise Connections, correct?

3  A.   That's right.

4  Q.   Okay, and shall be paid for services rendered and accepted

5  in accordance with the contract in an all inclusive daily rate

6  of 298 per bed, correct?

7  A.   That's correct.

8  Q.   Can you explain what that means?

9  A.   It means that their, that based on our response to the bid

10 and that the contract that came out there was a number of --

11 we'll use LBD because that seems to be averaged lower berth

12 days that are assigned -- and that we would be paid $298 per

13 those assigned number of dates.

14          THE COURT:  You would be paid from RCMP?

15          THE WITNESS:  From the RCMP.

16          THE COURT:  Okay.

17          THE WITNESS:  And the all inclusive daily rate also

18 has a clause that says per day which includes items A through

19 --

20 BY MR. GREEN:

21 Q.   I.  Actually L, excuse me.

22 A.   That's correct, thank you.

23 Q.   What are those, those items, who was responsible for the

24 items listed in those 12 items?

25 A.   Cruise Connections Charter Management.

1  Q.    Okay.  Can you tell what about field surcharge after you

2  get beyond that?

3  A.    Field surcharge which would be an additional charge.  We

4  call that a pass through.  So whatever the charge was we would

5  pass it directly to the RCMP for payment.

6  Q.    What about the waste management, gray water, black water?

7  A.    This would also be considered a pass through.  Whatever

8  that cost was, it would be picked up and paid directly by the

9  RCMP.

10  Q.    And that's what that says in the first sentence of that

11  paragraph?

12  A.    That's correct.

13  Q.    How are port fees handled?

14  A.    The port fees would be paid by the RCMP.

15  Q.    And they would be paid?

16  A.    Directly to bank of port authority.

17  Q.    So if I may summarize for the all inclusive daily rate of

18  298 per bed, Cruise Connections was obligating itself to pay

19  for the fees or costs listed in those 12 items and the RCMP was

20  taking on certain pass through costs such as fuel surcharge,

21  waste management, gray water, black water and the port fees

22  from the Vancouver Port Authority?

23  A.    That's correct.

24  Q.    In terms of -- strike that.  Let's move deeper into the

25  contract.  Turn to page CCCM 001095?

1    A.    Can you give me the number again?

2    Q.    Sure, CCCM 001095, 1095.

3    A.    I've got it.

4    Q.    You got it?

5    A.    They weren't actually in numerical order.

6    Q.    I would like to direct your attention to paragraph F, but

7    before you read that, I would recall the argument of

8    Mr. Chistensen in opening which was that there was a ramp up

9    and a ramp down that occurred with regard to embarkation and

10   disembarkation under this contract under the new regime or new

11   team that came in and actually did the RCMP leg charter.

12        Do you recall that argument?

13   A.    I do recall that argument.

14   Q.    I would direct your attention to this paragraph F.  And if

15   you would, it's kind of hard to read and therefore, I would ask

16   you to try to read it just to make sure that the language is

17   before the Court?

18   A.    Be glad to.  Embarkation --

19        THE COURT:  Don't read too fast because the Court

20   Reporter has to take it down.

21        THE WITNESS:  "As noted in the RFP there will be one

22   embarkation date for vessel number 1, and that would be January

23   10th -- January 19th, 2010, and one embarkation date for vessel

24   number 2 and number 3, that would be January 31, 2010.

25        "Additionally, there is one disembark date for vessel

1  number 1, March 4th, 2010 and one disembark date for vessels

2  number 2, and number 3 March 2nd, 2010.  Any additional

3  embarkation and disembarkation dates are possible but will

4  require additional funding."

5  Q.    All right.  What did this provision mean to you?

6  A.    To us it meant that the ships would be full from the time

7  they came in to Vancouver until the time they left Vancouver.

8  Q.    And what impact does that have on the analysis in putting

9  together what the costs would be or what the very items that

10  we're talking about before the Court today?

11  A.    The on board revenue or OBR is the budget is calculated

12  based on ALBDs.  And we assumed in those calculations of a full

13  utilization of these ships.  So if there are 181,000 plus

14  ALBDs, then we did our calculation based on that.

15  Q.    Other than this provision in the contract, did you have

16  discussions with anyone from the RCMP about embarkation and

17  disembarkation?

18  A.    Yes.

19  Q.    Who did you have conversations with?

20  A.    Kelly Meikle.

21  Q.    What did she tell you with regard to embarkation and

22  disembarkation?

23  A.    That the ships would be full.  There was a tremendous

24  amount of discussion and concern about the RCMP that they

25  didn't have enough room for their ISU troops.  I don't want to

1   go too far down that road, but we looked at other ports and we

2   looked at securing additional ships because they were in a

3   panic about being able to house all of the assigned troops.

4       So from the very get go the communication to us is the

5   ships would be full from the time they start to the time they

6   end.

7            MR. GREEN:  I would offer --

8            THE COURT:  Yes, sir.

9            MR. CHRISTENSEN:  An objection on the Exhibit 1.  We

10  don't dispute that it says what it says.

11       We object to characterizing this as the contract because

12  as you'll see, it consists of multiple documents some of which

13  may be referred to in the priority of documents on the bottom

14  of page CAN 0000149 but it includes the RFP.

15           THE COURT:  Yes.

16           MR. CRAWLEY:  It includes project services

17  agreements, it includes the standard terms statements and

18  conditions.

19           THE COURT:  Isn't that all there?

20           MR. CHRISTENSEN:  I'm saying that's what is all here.

21           THE COURT:  Right.

22           MR. CHRISTENSEN:  That's beyond the contract.

23           THE COURT:  But that's all part of the contract.  It

24  may be that somewhere else in the contract there is language

25  that is different from what's being said here that you, of

1    course, can point out.

2          MR. CHRISTENSEN:  Yes, Your Honor.

3          MR. GREEN:  Thank you, Your Honor.

4          THE COURT:  Why don't we take a break.  I'm sorry,

5    it's ten after eleven.  Why don't we take a 15 minute break and

6    do you mind, sir?

7          THE WITNESS:  No.  Thank you, Your Honor.

8          THE COURT:  Please don't talk about your testimony

9    with anybody during the break, all right.

10          THE WITNESS:  All right.

11          THE COURT:  Thank you, sir.

12       We'll be out for 15 minutes and back at 25 after.

13       (Witness excused.)

14       (Morning recess at 11:10 a.m.)

15       (Proceedings resumed at 11:25 a.m.)

16          THE COURT:  Mr. Kelly, you can come back up here.

17       (Witness resumes the stand.)

18       I didn't ask, do we have any smokers among all people

19    here?  When I have smokers on the jury, our breaks are 15

20    minutes.  If we don't have smokers we tend to be shorter.  I

21    gave it 15 minutes automatically but I don't know if that was

22    necessary.

23       Are there smokers?  No smokers.  Isn't the world

24    changing?

25       All right.  Go right ahead, Mr. Green.

1          (Plaintiff's Exhibit Numbers 3 and 4 marked for

2    identification and received into evidence.)

3              MR. GREEN:  Before I forget, I want to offer Exhibit

4    2 into evidence.

5              THE COURT:  Yes, yes.  They're all accepted as you go

6    along unless there's an objection.

7              MR. GREEN:  All right.

8          May I approach, Your Honor --

9              THE COURT:  Yes.

10              MR. GREEN:  -- with Exhibit 3?

11    BY MR. GREEN:

12    Q.   Mr. Kelly, I hand you what's been marked as Exhibit 3.

13    Can you tell me what this Exhibit 3 is?

14    A.   This was an amendment to the requirements of the RCMP for

15    the ISU charters.

16    Q.   Does it say contract amendment on this document?

17    A.   It does.

18    Q.   So is this an amendment to the contract that was Exhibit

19    1?

20    A.   Yes, it is.

21    Q.   Can you tell me how did this come about, how did the

22    contract amendment come about?

23    A.   As I mentioned earlier, there was a continuing growing

24    concern by the RCMP about suitable housing for the ISU.  They

25    realized that they had not secured enough room nights or berths

1  for their planned troops.  So they amended their contract to

2  expand the number of beds available.

3  Q.   So as a result of this amendment more berths were provided

4  under the contract?

5  A.   That's correct.

6  Q.   And Cruise Connections were providing those berths to the

7  RCMP?

8  A.   That's correct.

9  Q.   Did the all inclusive rate of 298 change in this

10 amendment?

11 A.   It did not.  It just expanded to the larger number of

12 required ALBDs.

13 Q.   So the ALBDs went from, it says original, went from a 181,

14 764 times the 298 equal, gave you your 54 million dollar number

15 that you recited from Exhibit 1 and now as per this amendment,

16 what is the new contract value?

17 A.   A hundred and eighty-five thousand, seven hundred and

18 thirty-two ALBDs times 298 which equals 55,348,136.

19 Q.   All right.  Could the, could the Carnival ships

20 accommodate the necessary additional berths contemplated by

21 this amended contract?

22 A.   They could not.

23 Q.   What did you do in response?

24 A.   I went out and negotiated additional ships that would meet

25 the requirements of the ISU charter.

1  Q.    Who did you negotiate those additional ships with?

2  A.    Royal Caribbean Cruise Lines.

3  Q.    Was the charter fare with RCCL?  Is that Royal Caribbean

4  Cruise Lines?

5  A.    It is Royal Caribbean Cruise Lines.

6  Q.    Was it higher or lower than the Carnival fare?

7  A.    It was lower.

8  Q.    How much lower?

9  A.    I believe about 9.4 million dollars lower.

10 Q.    Mr. Kelly, let me just stop you there.  You had contracted

11 for, with Holland and Carnival in submitting your bid, and had

12 it cost of ships at around the 47 million dollar number,

13 correct?

14 A.    Correct.

15 Q.    When you went to RCCL you are telling me that you somehow

16 managed to get a charter fare that was cheaper by 9 to 9.4

17 million dollars?

18 A.    That's correct.

19 Q.    How did you do that?

20 A.    One is I could negotiate from a position of strength

21 because I had the contract for the ISU.  So it was no longer

22 multiple people saying that they were going after this.  I had

23 the contract.

24     And the other is that this was a sought after piece of

25 business by the Cruise Lines.

```
 1  Q.    Okay.  Let me hand you what has been marked as Exhibit 4.

 2          MR. GREEN:  Here's the Court's copy.

 3          THE COURT:  Thank you.

 4          MR. GREEN:  May I approach, Your Honor?

 5          THE COURT:  Yes.

 6          MR. GREEN:  Thank you.

 7  BY MR. GREEN:

 8  Q.    Do you recognize the Exhibit 4?

 9  A.    I do.

10  Q.    What is it?

11  A.    This is charter party agreements for Holland America.

12  Q.    Who negotiated this document?

13  A.    I did.

14  Q.    Is your signature anywhere in this document?

15  A.    Yes, it is.

16  Q.    So this is, this was executed by Cruise Connections

17  through your signature?

18  A.    That's correct.

19  Q.    Was it also executed by Holland?

20  A.    Yes, it was.

21  Q.    Can you just tell me what the total contract price for the

22  Holland CPA for the one Holland ship was?

23  A.    It was $9,440,80 for the charter hire, $651,40 for the

24  gratuities, prepaid gratuities, and an OBR guarantee, on board

25  revenue guarantee of $2,408,840 for a grand total of
```

1  $12,489,968.

2  Q.   And I believe, just to make sure the record is clear, I

3  think if we do that math I think it's 499 rather than 489?

4  A.   Right, 499, I misspoke, excuse me.

5          THE COURT:  Can I ask a question?

6       The guaranteed on board revenue, that's the cruise line

7  guaranteeing to you or you guaranteeing to them $2,000,000?

8          THE WITNESS:  That's CCCM, guaranteeing that we would

9  generate an on board revenue $2,408,840.

10          THE COURT:  Thank you.

11  BY MR. GREEN:

12  Q.   So with the charter fare, the tips and the OBR guarantee

13  Cruise Connections was having to pay Holland for the use of its

14  one vessel the Statendam $12,499,968; is that correct?

15  A.   That's correct, got it.

16          THE COURT:  Does that count the charter fuel

17  supplement and everything?

18          MR. STRAUCH:  No.  It's the pass through.

19          MR. GREEN:  The fuel surcharge under the contract.

20          THE COURT:  Thank you.

21       (Plaintiff's Exhibit Number 5 marked for identification

22  and received into evidence.)

23  BY MR. GREEN:

24  Q.   I hand you now what has been marked as Plaintiff's Exhibit

25  5.

1          MR. GREEN:  May I approach?

2          THE COURT:  Yes.

3          MR. GREEN:  Thank you.

4    BY MR. GREEN:

5    Q.    Same sorts of question, do you recognize this document?

6    A.    I do.

7    Q.    What is it?

8    A.    This is the charter part agreement between CCCM and Royal

9    Caribbean Cruise Lines.

10   Q.    Did you execute this document on behalf of Cruise

11   Connections?

12   A.    I did.

13   Q.    Was it executed by RCCL?

14   A.    Yes, it was.

15   Q.    Can you tell the Court what the total contract price for

16   the charter for these two ships under this CPA were?

17   A.    I can.  They were $18,167,100 for the charter hire;

18   $1,240,830 for the prepaid gratuities; $6,330 for the

19   guaranteed OBR.

20   Q.    What is the total amount of those sums?

21   A.    $25,737,930.

22   Q.    Okay.  And so in terms of -- this covered the three ships

23   now that you --

24   A.    These two documents covered the three ships.

25   Q.    The three ships that you were going to provide for the

1  2010 olympics?

2  A.    That is correct.

3  Q.    What is the total, if you total both of the contracts

4  together, what is the total amount that Cruise Connections was

5  going to have to pay to charter these vessels?

6  A.    $38,237,898 and that included $8,730,840 of guaranteed

7  OBR.

8  Q.    Okay.  Now I want to talk to you more about OBR in just a

9  few moments?

10  A.    Okay.

11  Q.    But it's fair to say that under the contracts with these

12  cruise lines that there was a way for Cruise Connections to get

13  that money back, correct, the OBR guarantee?

14  A.    Absolutely.

15  Q.    Let's turn back to Exhibit 4.  If you'll look to page 2 of

16  this Holland CPA.  If you would please read slowly paragraph

17  one?

18  A.    Regarding option date, starting with option date?

19  Q.    Paragraph 1 A, I believe, is it 1 A?

20  A.    Under additional provisions?  That's paragraph number one,

21  yes.

22     "Owner acknowledges it's understanding that A, charters

23  purpose in entering into this charter party agreement is in

24  furtherance of charters plan to provide overnight

25  accommodations to the integrated security unit ISU in Vancouver

1  during the 2010 olympics and B, the vessel will be used for the

2  express and exclusive use by the ISU while docked at Ballentyne

3  Pier in Vancouver."

4  Q.   Okay, pursuant to this Holland CPA, there was a contention

5  by RCMP in it's pretrial statement as well as in its opening

6  argument that Cruise Connections should have used the ships for

7  other parties.  Could Cruise Connections have used these ships

8  under these CPAs for other parties?

9  A.   Absolutely not.  Absolutely not.

10 Q.   Why not?

11 A.   One, of what I just read to you, they were expressly

12 designed and executed for one purpose.

13 Q.   And that was for use by the ICU?

14 A.   ISU.

15 Q.   ISU.  Thank you.

16       THE COURT:  Once when the RCMP did its own

17 chartering, it chartered for three ships but not these three;

18 isn't that right?

19       THE WITNESS:  That's correct, Judge.

20       THE COURT:  Okay.  Was it, it was Carnival that

21 didn't end up sending a ship or Royal Caribbean?

22       THE WITNESS:  It was Royal Caribbean.

23       THE COURT:  Royal Caribbean and Carnival did.

24    So at that point once Canada completed its RFP process

25 and reached agreement with the two ship lines, Holland America

1  and Carnival, could you then have gone back to RCCL and said

2  now, let us figure out a way we could use these ships?

3          THE WITNESS:  We actually, when the contract was

4  canceled by the RCMP we did approach Royal Caribbean to see

5  whether or not because when the new RFP was initiated by the

6  RCMP they precluded brokers like ourselves --

7          THE COURT:  Right.

8          THE WITNESS:  -- from participating.

9      We went to Royal Caribbean and offered our services to

10 help them respond to that RFP.  Royal Caribbean and I know the

11 executive management of Royal Caribbean, I have worked with

12 them for more than a decade and Royal Caribbean declined to

13 participate.  They felt that I, they felt that due to the way

14 the contract was canceled, that wasn't what they wanted to

15 pursue the next --

16         THE COURT:  No, but you could have, I appreciate

17 that.  But Cruise Connections could have gone to Royal

18 Caribbean and said okay, Canada doesn't want these ships, you

19 don't want to do business with them, whatever, however that

20 worked out between those two, but why don't we figure out

21 something else we could do with them.

22         THE WITNESS:  So when you charter a ship, a

23 successful charter means that you have an end user in mind, an

24 agreement with an end user.

25         THE COURT:  Yes.

1          THE WITNESS:  If I were, just to explain this, if we

2    were to say I want to take a sailing, any given sailing, any

3    given ship and I pick one week let's say the Caribbean.  For

4    the Cruise Lines this is a wonderful thing because they know I

5    am going to have to market or sell that.

6          THE COURT:  Right.

7          THE WITNESS:  They don't have to pay commissions on

8    it, but for the charter it's a tremendous risk.  Because if the

9    cruise line is not doing well in sales, all they have to do is

10   lower their price below my costs and they drive whatever demand

11   is to their sailings and I end up with a liability of a ship

12   that I can't fill or even sell to what my basis of contract is.

13         So it isn't reasonable for us to go and say I'll just

14   take these ships and turn around and promote them wildly for

15   the potential of drawing in end users.

16         THE COURT:  Okay, but since they were available

17   that's what Cruise Connections, Mike Sloane, actually does, so

18   he could have gone hunting for a client who wanted those ships,

19   maybe a huge client that wanted those ships in Vancouver.

20         THE WITNESS:  Sure.  So there again, you don't

21   generally start with getting the contract and then finding --

22         THE COURT:  No, I appreciate that.

23         THE WITNESS:  -- a client.

24         THE COURT:  Sort of ass backwards.

25         THE WITNESS:  It is.  I couldn't have said it better.

1          THE COURT:  That's not very judicial is it.

2          MR. GREEN:  It is where we come from, Your Honor.

3          THE COURT:  Are you offended?

4          MR. CHRISTENSEN:  Absolutely not, Your Honor.

5          THE COURT:  Good.  Okay.

6          THE WITNESS:  The other challenge of that, Judge, is

7   that those ships would have specific requirements for moorage.

8   You can't put the size of a --

9          THE COURT:  No.

10         THE WITNESS:  -- of a Royal Caribbean ship just at

11  any port.  And unfortunately, the only port that was suitable

12  for them was Ballentyne Pier.  So Ballentyne Pier is thus

13  occupied by the RCMP, it is committed by Bannock to the

14  exclusive use of the RCMP.

15         So it wouldn't be feasible to say I will be able to just

16  go and go search for a group because you really have to have

17  the whole package put together.

18         THE COURT:  Thank you.

19  BY MR. GREEN:

20  Q.   Let me ask an additional question on that point,

21  Mr. Kelly.

22     You're aware of a 70 percent letter of credit that's

23  required for the Cruise Lines under these CPAs, correct?

24  A.   I am.

25  Q.   And the letters of credit in the RCCL, CPA, do you know

1  what would have occurred if the payment to, the initial payment

2  to RCCL was not made within a certain time period in, shortly

3  following November of 2008?

4  A.   The contract becomes null and void.

5  Q.   Do you know how long that time period is?

6  A.   Thirty days.

7  Q.   So 30 days beyond that time you no longer had ships,

8  correct?

9  A.   That's correct.

10  Q.   Was there any, once the contract is terminated, did Cruise

11  Connections have any funds to maintain the funding for the

12  vessels themselves?

13  A.   We did not.

14  Q.   Exhibit 4 that we were reading that language from, the

15  vessel that was secured in that, by that CPA was the Statendam,

16  correct?

17  A.   That's correct.

18  Q.   And that was the original, you had in your original bid

19  the Statendam was the ship that you had anticipated using all

20  along, correct?

21  A.   That's correct.

22  Q.   Can you turn to page 7 of Exhibit 4?

23  A.   I've got it.

24  Q.   Page 7 sets forth an itinerary does it not?

25  A.   It does.

1    Q.    What does that mean?

2    A.    This is the, this is where we would pick the ship up from

3    Holland America which means that the cruise ending on January

4    15th would debark in San Diego and San Diego would be our, we

5    would pick that ship up at that point.  It would be our

6    property during this time period.

7    Q.    So starting on January 15th?

8    A.    Correct.

9    Q.    Through January 19th?

10   A.    Right.  So they would be doing a sailing along the coast,

11   and then arrive in, January 18th it would go through a Canadian

12   customs in Victoria, and then it would arrive on January 19th

13   in Vancouver.

14   Q.    All right.  So we would not be, not be docked in Vancouver

15   Port until the 19th of January?

16   A.    That's correct.

17   Q.    Tell me when that ship, based on the itinerary was

18   planning to leave the port?

19             THE COURT:  I can actually read this.

20             MR. GREEN:  All right.

21             THE COURT:  Really.

22             MR. GREEN:  All right.

23   BY MR. GREEN:

24   Q.    How many days were provided on the way back?

25   A.    Four days.

```
1          THE COURT:  When you go south did you know that you

2   have to go way out into the Pacific Ocean in order to get

3   there?  Of course, maybe not with a big ship.

4          THE WITNESS:  Not with a big ship.

5          THE COURT:  With a sailing vessel you have to go --

6   anyway, keep going.

7          MR. GREEN:  I did not know that.

8          THE WITNESS:  Japanese currents, right?

9   BY MR. GREEN:

10  Q.   Let's look back at Exhibit 5, that's the RCCL CPA.  On

11  page 1 of that document there's some handwriting.

12  A.   Yes.

13  Q.   Do you see that sentence --

14  A.   Yes.

15  Q.   -- in there?

16  A.   Yes, I do.

17  Q.   Whose handwriting is that?

18  A.   That's mine.

19  Q.   Those are your initials?

20  A.   Yes, it is.

21  Q.   And what does that language say?

22  A.   "These vessels are chartered for the express and exclusive

23  use of a Vancouver 2010 ISU."

24  Q.   So again, this CPA between Cruise Connections and RCCL

25  anticipated that the ships, you're contracting the ships only
```

1   for one party, correct?

2   A.   That's correct.

3   Q.   That is the RCMP?

4   A.   That is correct.

5   Q.   Could you have contracted with another party or used or

6   let another party use the vessels as a charter other than the

7   RCMP?

8   A.   I could not execute these charters with anybody but the

9   ISU.

10  Q.   And page 2 of Exhibit 5 sets forth the itinerary?

11  A.   Yes.

12  Q.   The ship was to arrive on January 31st and leave March

13  2nd, 2010, correct?

14  A.   That's correct.

15  Q.   Now that we have the itineraries and some of exclusive use

16  language I want to talk in depth about the OBR guarantee.

17  A.   All right.

18  Q.   Let's start in Exhibit 4.  Does Exhibit 4, the CPA with

19  Holland, address OBR?

20  A.   It does.

21  Q.   Can you tell us where?

22  A.   Starting on page 1, 1 of 24.  It says "guaranteed net, on

23  board revenue U.S. $2.4 -- $2,408,840."

24  Q.   Right.  And then further in the contract, I believe it's

25  under section 6.

1  A.    So section 6 defines how this is structured.  Charter

2  which is "CCM agrees to pay owner, which is Holland America,

3  $1.2 -- $1,204,424, the prepaid amount, which is 50 percent of

4  a guaranteed net on board revenue by December 31st, 2009."

5  Q.    I want to stop you right there just for a minute?

6  A.    Sure.

7  Q.    You have received -- yes, you have received payment from

8  the RCMP for the total, for some portion of the total contract

9  price?

10 A.    I believe at that point we will have received 95 percent

11 of our payment.

12 Q.    So you have got RCMP money that has cleared the bank and

13 you were holding to pay your costs including the cost of these

14 charters, correct?

15 A.    Correct.

16 Q.    In terms of the total OBR guarantee, you are guaranteeing

17 the 2.4 million dollar number to Holland for the vessel,

18 correct?

19 A.    That's correct.

20 Q.    The first half of that is provided as a prepayment in

21 December 31st, 2009, correct?

22 A.    That's correct.

23 Q.    So Holland now has half of the funds the, RCMP funds that

24 were paid to you to cover this payment, correct?

25 A.    That's correct.

1   Q.   Where is the other half?

2   A.   It's in an account with CCCM.

3   Q.   With Cruise Connections?  Okay.  Proceed further in the

4   paragraph?

5   A.   "Upon owner's receipt of 50 percent of the guaranteed net

6   on board revenue from charter, the guaranteed net on board

7   revenue security may be reduced to $1,204,424."

8   Q.   Okay, stop right there.  That language is referring to the

9   LOC that the, that Holland required on the guaranteed OBR

10  amount?

11  A.   That's correct.

12  Q.   So if you make this prepayment, you get to turn around and

13  not get an LOC for 2.4, you can reduce your LOC amount to 1.2;

14  is that fair?

15  A.   That's fair.

16  Q.   Okay, continue to read?

17  A.   "Provided the agent shall return the original guaranteed

18  net on board revenue security in the amount of 2.408,840 to the

19  charter upon the agent's receipt of the new guaranteed net on

20  board revenue security amount of $1,204,424."

21  Q.   That's still talking about the security for the OBR,

22  correct?

23  A.   That's correct.

24  Q.   What's the next sentence say?

25  A.   "It is the intention of the parties that owner realizes

1  during the voyage net on board revenue at least equal to the

2  guaranteed net on board revenue if at the end of the voyage the

3  actual net on board revenue not including the prepaid amount is

4  less than $1,204,424, then the charter shall pay the owner

5  within 30 days after the return date the difference."

6  Q.   Okay.  So you've made a prepay of 1.24?

7  A.   Correct.

8  Q.   And if the actual on board sales of the vessels are less

9  than 1.24 Cruise Connections is required to pay the difference

10 to get Holland up to its guaranteed amount of 2.4; is that

11 fair?

12 A.   That's fair.

13 Q.   Okay, tell me what happens if the ship generates more than

14 1.24?

15 A.   Then --

16 Q.   You can use the contract?

17 A.   All right.  "If at the end of the voyage the actual net on

18 board revenue not including the prepaid amount exceeds

19 $1,204,424, then the owner shall pay the charter the excess,

20 but in no event more than $1,204,424."

21 Q.   Okay.  So once you eclipse the 1.2 in actual OBR on the

22 ship, if you were to make another 1.2, meaning the total OBR on

23 the ship is now 2.4, Holland has 2.4 from actual OBR on the

24 ship, you get your prepay back?

25 A.   That's correct.

1  Q.   So that puts the 2.4 of the RCMP original money back in

2  your bank account?

3  A.   That's right.

4           THE COURT:  But it's no money to you?

5           THE WITNESS:  I beg your pardon, Judge?

6           THE COURT:  If they only made 2.4 in OBR during this

7  voyage, you would not make any additional profit?  That's a

8  guaranteed minimum.

9           THE WITNESS:  But that money, if they made 2.4, I

10  would never, basically I would recoupe the first half of that

11  money and so all of that money is actually directly to our

12  bottom line.  So it is actual profit that would go back to us.

13          THE COURT:  So if they made 2.4 you would make 1.2?

14          THE WITNESS:  I would retain the 2.4.  So I have, I

15  have $10, and I'm guaranteeing to Stan that Stan will make $10

16  on his cruise.  And I have so much confidence in that, I give

17  Stan here's $5 toward that guarantee.

18      Stan makes $10.  Stan gives me back my $5.  I have my

19  $10 from the beginning, I have loaned him five, he paid me back

20  the five, so I'm whole that $10.

21  BY MR. GREEN:

22  Q.   Let me ask one follow up question on that example.

23      Where did the $10 come from originally that you had in your

24  pocket?

25  A.   From, from the RCMP.

1   Q.    Correct?

2   A.    From out of the $298 per ALBD or the contract amount.

3   Q.    Okay.  Let's turn to Exhibit 5.  Can you walk through how

4   OBR is handled in that document?  I believe at the bottom of

5   page 2 OBR is discussed in that document.

6       Am I correct?

7   A.    My document says at the bottom of page 3.

8   Q.    Three, okay.

9   A.    Guaranteed on board revenue amount.

10  Q.    All right.  So why don't you just -- what is the guarantee

11  there in that paragraph for this contract?

12  A.    "The guaranteed accommodation amount for each vessel is

13  based upon the assumption that at least 6,330,000 U.S. dollars

14  will be generated in net on board revenue on both vessels

15  combined."

16  Q.    Okay.  So you got two RCCL vessels, you are guaranteeing

17  between the two of them that they will do together $6,300,000?

18  A.    That's correct.

19  Q.    If you will turn further into that document under the

20  section where payment is discussed -- sorry for not having the

21  page right in front of me but I actually gave away all of my

22  copies.

23  A.    It is page 7, item number 7.

24  Q.    Correct, under section 7 payment.  It's actually RCC CL00

25  --

1      THE COURT:  I'm sorry.  You really have to stand at

2  the microphone or else you won't have a record.

3  BY MR. GREEN:

4  Q.    The area I want to direct your attention to, Mr. Kelly, is

5  it's got a Bates stamp RCC CL 00007?

6      THE COURT:  That's where he was.  That's where you

7  were, right?

8      THE WITNESS:  Right.

9  BY MR. GREEN:

10  Q.    Okay, under section 7 if you'll turn, it starts talking

11  about payments under this section.  And there's a little three

12  on the next page.

13  A.    I have it.

14  Q.    Okay, can you read that section, please?

15  A.    Yes.

16  Q.    Slowly?

17  A.    "Guaranteed on board revenue, one-half of the on board

18  revenue guarantee shall be paid to cruise line by December 31,

19  2009.  The net amount of the remaining balance of $3,165,000

20  shall be paid to the cruise line in accordance with the final

21  adjustment process described in section 7 A 4 below."

22  Q.    And 7 4 -- sorry -- 7 A 4 is the paragraph right below

23  where you were, can you read that, please?

24  A.    Yes.  "Final adjustments, after the end of the cruise the

25  cruise line shall provide a reconciliation report.  That

1  reconciliation form shall describe the payments due from the

2  purchaser for any remaining amounts due or reimburse any

3  amounts due to the purchaser."

4  Q.   All right.  So again, like your agreement with Holland,

5  you are paying one-half of your OBR guarantee by December 31st,

6  2009, correct?

7  A.   That's correct.

8  Q.   If the actual OBR on the ship meets that $3,165,000, do

9  you owe RCCL anything?

10  A.   I do not.

11  Q.   Okay, but you haven't recouped your prepayment, correct?

12  A.   I haven't recouped my prepayment, that's correct.

13  Q.   So what happens if you do an additional $3,165,000 on the

14  actual ship?  In other words, the ship itself covers the

15  guarantee, what happens pursuant to this contract?

16  A.   I would get my initial $3,165,000 reimbursed to Cruise

17  Connections Charter Management.

18  Q.   So the funds that the RCMP paid you to begin with that you

19  are paying this out of you would essentially get that money

20  back and you would be paying no OBR?

21  A.   That's correct.

22  Q.   To the cruise lines?

23  A.   That's correct.

24  Q.   Do you know what a contingency cost is?

25  A.   A contingency cost is a cost based on a contingent type of

1    scenario.

2    Q.   So if you made the guarantee on these vessels under OBR,

3    then a cost which had been listed as part of the cost to

4    charter the boat, the ship, comes out of that cost?

5    A.   That's correct.

6    Q.   While we're on the topic of OBR, I would like to talk

7    about in more depth what that means, what OBR, the streams of

8    OBR are on Cruise Lines, and particularly in this deal?

9    A.   Okay.

10   Q.   Okay.  So the amount of money in the OBR guarantee, the 8

11   million point 7 million dollars, seems to frankly folks like

12   myself to be a lot of money to be guaranteeing in terms of on

13   board spent.

14   A.   Okay.

15   Q.   So I have to ask you why would you guarantee a number of

16   that magnitude for this, for the Vancouver Olympics?

17   A.   Well, first let me tell you that OBR as a form of revenue

18   to the cruise industry is incredibly important.  And it's

19   something that, you know, all of my years of experience was

20   really a focus of how do we improve it, how do we increase it.

21       When we met with Kelly Meikle and Michael Day and Donna

22   Kaluza and also in meetings with Bud Mercer we had direct

23   communication from them that they wanted a phenomenal

24   experience for the ISU personnel.  That this was a once in a

25   life time type of experience.  These people were coming from

1  all over Canada, that yes, they would work hard, but they were

2  to play hard.

3      In addition, this ship is remote.  It's not easy to get

4  away from that ship.  It's at an industrial port.  There's a

5  series of security measures that you have to go to get into

6  that port.  Even the walking distance from where you drop off

7  at the beginning of the terminal to actually walk onto the ship

8  is about 30 minutes.

9      So we wanted to make sure once people got on that ship we

10 didn't want them to feel like they were captive with nothing to

11 do.  We began to build a series of programs that would be

12 entertaining, relaxing and help them enjoy their duties in ISU.

13     The different ways that you can generate OBR are bar

14 revenue, of course.

15 Q.   Right.  Let me stop you here because I think there have

16 been documents submitted to the Court and I think the Court

17 understands that obviously, OBR revenue streams such as alcohol

18 sales and sundries and those sorts of things, the shop sales,

19 those are obvious revenue streams on a cruise ship.

20     Am I misstating that in any way?

21 A.   They are obvious streams.

22 Q.   I want to talk more about what you mean by programs.

23 Because selling alcohol on a ship is kind of it's assumed.

24     What do you mean by an OBR program?

25 A.   Okay.  So we'll break it into on board activities and then

1  short excursion type of activities.

2  Q.   All right, thank you?

3  A.   So for on board activities the basic contract was to have,

4  you know, very plain meals available 24/7, leedo style meals.

5       But we felt that really wouldn't suit.  If everybody faced

6  the same buffet for 44 days or 30 days depending on what their

7  shift was that that would be less than appealing.  So we came

8  up with theme nights for specialty dinners.  While it would be

9  an additional cost to them, it would be of great value to them.

10      We talked about having dignataries come on board the ship

11  that were visiting.  This was going to be a great venue,

12  because it was obviously surrounded by the ISU so very secure,

13  and it would be a wonderful place to show case the city as it

14  is on the water.  So we had planned theme cocktail parties and

15  evening dinners.

16      There would be special, specialties in the spa, everything

17  from massaging feet and, you know, pedicures and manicures and

18  hair stylists.  Remember, these people were living away from

19  home and all of the basic amenities that they might have at

20  home we wanted to provide them while on board the ship.

21      And then in regards to showcasing the city, this was the

22  2010 olympics.  This was a phenomenal event.  The management of

23  the procurement team was enthusiastic about finding a way to

24  get their people in a controlled environment, get their people

25  out and amongst the activities.

1    So tours to Whistler, ski trips, casino junkets.  The

2    Capitol of British Columbia is in Victoria, so it's within

3    either a sea plane or a combination ferry and bus, pub crawls,

4    hosting exclusive nights at restaurants.  Just basically also

5    sight seeing tours.  You know, many of these people had never

6    been to the Western part of Canada.  Canada is an enormous

7    country.

8    So just finding different programs to showcase the city.

9    The City had gone through almost a billion dollar

10   infrastructure.  There were beautiful parks that had been

11   established.  Just getting a chance to having the ISU get out

12   on the town.

13   Q.   So short excursions when you use that term, do I

14   understand that short excursions include all of these items

15   that are essentially off the boat where there are tours

16   provided or some transportation to something, sight seeing or

17   that, is that how you are using that term?

18   A.   Correct.

19   Q.   Let me ask why in the world couldn't I, if I was an ISU

20   security personnel, why can't I just go do these things myself?

21   A.   They would be sold out.  There would be no availability.

22   The city swelled in population during the olympics.  So

23   unless you had an organized program that was, that was put in

24   place, you wouldn't have anything to do.

25   Q.   Okay.  And was, who was organizing the programs to be put

1  in place?

2  A.   CCCM.  And we worked in, we worked in conjunction with

3  Quake Cruises, Stan and his contacts, Stan Webber.

4  Q.   How about transportation, had you worked with anyone on

5  the transportation team?

6  A.   We worked with a bus company to, to get regular transfers

7  out of Ballentyne Pier and into the city.

8  Q.   Is that essentially a shuttle?

9  A.   It is.

10 Q.   Where do you --

11 A.   Can I just say one thing about that, Stan, which is that

12 even to do that all of the buses were locked up.  We had to

13 draw the bus in from outside of this area.  If we hadn't

14 organized it in advance, it wouldn't have been possible.

15 Q.   Okay.  In addition to, let's go back to on the ship.  Is

16 laundry and internet, you didn't mention either one of those,

17 are those not OBR or are they OBR?

18 A.   They are definitely OBR.

19 Q.   Was there any kind of program around those items?

20 A.   There was a commitment to provide both internet and

21 laundry services to all of the ISU members.

22 Q.   Was the internet service, I mean, can you describe the

23 level of service?

24 A.   So for a modest fee they would have internet access both

25 in the internet cafe as well as in their state rooms.

1  Q.   Okay.  In Mr. Christensen's opening he referred to I

2  believe a 54 PPPD, that's a per passenger per day number that

3  you had estimated for what you thought the spin was going to be

4  on these vessels.

5       Did you hear him say that?

6  A.   I did.

7  Q.   Is 54 PPPD, what you did in fact estimate?

8  A.   Yes, it was.  At a minimum.

9  Q.   Okay.  Can you tell me why you estimated that number for

10 this particular voyage or project?

11 A.   Sure.  If let's say laundry was going to be, and I'll use

12 round numbers $10 per person per day, internet $10 per person

13 per day.  Remember, we're talking about over a hundred and

14 eighty, one million -- excuse me.

15     We're talking about an ALBDs over a 180,000 ALBDs so every

16 time you multiply that at a $10 increment, that's where these

17 numbers start to get fairly exciting.  But just those two items

18 alone get you to $20 of that $54.

19     We estimated a short excursion, we estimated cocktail

20 parties, and access to the bars, salon treatments or spa

21 treatments, so it didn't, and then short excursions of course.

22 So it doesn't take long to get to $54.  It sounds like a lot,

23 but I mean, I ordered a turkey sandwich to my room last night,

24 it was $33.

25     So I know that it's kind of incredulous to say well, $54

1  sounds tremendous but it's really not when you think about the

2  level and value of amenities that were going to be provided.

3  Q.   You are aware of, I mean, these are security forces,

4  correct?

5  A.   Correct.

6  Q.   And they're also Canadian forces coming in?

7  A.   That's correct.

8  Q.   Military folks.  What research did you do on the

9  demographic that you were serving with these amenities?

10  A.   We, well, for one is that a general, when a cruise line

11  does an OBR, they base it on what the average customer profile

12  is.  Which is for Carnival for example, it's husband and wife

13  and children, and so generally you have, you have a demographic

14  along those lines.

15      What we saw were two income earners going to occupy these

16  state rooms.  I believe what I was told was the RCMP starting

17  salary was close to $80,000.  And then within three years they

18  can get between 90 and a hundred thousand.  So we're in that

19  level.

20      So you are talking about, you know, from a comparative, a

21  family income of a 160 to over $200,000 per state room.  That

22  is a very high demographic.

23  Q.   In terms of your work and experience at Holland, this

24  research, you mentioned you had done a cruise for I might get

25  it wrong you said YP 40 I think?

1   A.   Uh-hmm, young presidents under 40.

2   Q.   Did you do other groups in these charters?

3   A.   Absolutely.

4   Q.   Give me an example?

5   A.   Lifestyle groups.  Gay and lesbian charters, very high

6   affinity.  Policemen, firemen, very high affinity.  Music

7   charters.  NASCAR charters.

8   Q.   Let me stop you right there because you used the term

9   several times.  I don't know if we all understand it.

10      You say affinity, a very high affinity.  What do you mean

11   by that?

12   A.   So when we look at charters we look at bringing together

13   people that have a common interest.  Either a shared

14   experience, or a common interest of why they're there.

15      For, you know, for NASCAR it's that they all love, you

16   know, car races.  For the gay and lesbian, it's a life style,

17   it's an affinity of the lifestyle.  I see the policemen, the

18   firemen, the nurses group that we have done, it's an affinity

19   of a career and their affinity is a combination of a shared

20   experience and, you know, in living that life that's kind of a

21   stressed life too.  So it's really a very strong bond among

22   each.

23   Q.   So what does a stronger affinity enables you to do what?

24   A.   Build programs where people want to be together.

25   Q.   All right.  Do you recall some of these, some of these

1  spends from, you threw out police and firemen?

2  A.   Yes.

3  Q.   In some of your experience, what do you recall the spin on

4  board revenue from that affinity group?

5  A.   I do, I do.  I'll start kind of at the most extreme which

6  is the YP 40.  These are young presidents and they would have a

7  spin anywhere from $200 to $300 per person per day.

8      The gay and lesbian, that was a spend of anywhere depending

9  on the charter 150 to 175 per person per day.

10     Policemen pretty consistently 120, 125 per person per day.

11 Q.   Did you take into account when you guaranteed 8.7 million

12 dollars and kind of targeted the 54 PPPD, did you take into

13 account the information that you had in your experience from

14 these affinity groups?

15 A.   I did.

16 Q.   How did you rate the affinity of the RCMP security unit

17 folks?

18 A.   I rated it incredibly high.  This is a, you know, there

19 are many requirements to be RCMP, college educated.  They have

20 very strict program and training.  It's an elite police force.

21 I saw it as a very high affinity group.

22 Q.   There's been some discussion about what the actual spend

23 was when RCMP was the charterer of the vessel.  And they have

24 provided documentation in, in taking cruise line depositions to

25 authenticate those records just last week.

1      Have you reviewed the records that were authenticated?

2   A.   I have.

3          MR. GREEN:  At this time I know there's an issue over

4   whether or not one of those Holland deposition is under

5   protective order.

6      But I would like to show the witness the deposition

7   along with the exhibits, not to bring out what I believe to be

8   are arguably protected information; i.e. the actual sums, but

9   there's other relevant information contained in those

10  documents.

11         THE COURT:  It's okay then.

12         MR. GREEN:  Thank you.

13         THE COURT:  We're going to break for lunch about

14  12:30.  I knew when they said it would be an hour and a half

15  for your testimony that that was silliness, but I didn't

16  challenge Mr. Green on it, I just figured he'd learn.

17         MR. GREEN:  I'm sorry, Your Honor.

18         THE COURT:  I was just laughing, it's okay.

19         MR. GREEN:  May I approach?

20         THE COURT:  Yes.

21         MR. GREEN:  Thank you.

22  BY MR. GREEN:

23  Q.   I hand you the deposition of Jason Ross.

24         THE COURT:  Just for the record, why don't we

25  identify, you can identify who Jason Ross is just for the

1    record.

2              MR. GREEN:  Jason Ross is a, if I get this wrong,

3    Scott, correct me.

4              THE COURT:  It's right there.  Jason Ross.  Directing

5    your attention to page 5 of the deposition in front of you.

6    You see how the pages are four on a sheet.  This is on the

7    second, third page of the document.

8         Can you see that?

9              THE WITNESS:  I can.

10             THE COURT:  On page 4, can you read lines 4 through

11   7?

12             THE WITNESS:  Would you like me to read that outloud?

13             THE COURT:  Please.

14             THE WITNESS:  "Could you please tell me your current

15   position at Holland America Line?

16        "Answer, I'm currently controller of budgets and

17   financial planning and analysis."

18             THE COURT:  Who is the witness?

19             THE WITNESS:  Oh, excuse me.

20             THE COURT:  It's on the page 4.

21             THE WITNESS:  Jason Ross.

22             THE COURT:  Okay, there you go.

23             MR. GREEN:  Thank you, Your Honor.

24             THE COURT:  It's really hard.

25        Thank you.

```
 1  BY MR. GREEN:

 2  Q.   Have you had a chance to review the exhibits that were

 3  attached to Mr. Ross' deposition?

 4  A.   I have.

 5  Q.   Take a look at Exhibit A Tab A or Exhibit A?

 6  A.   Yes.

 7  Q.   Okay.  And turn through that document until you find

 8  records for the Statendam for the period ending March 2010.

 9            THE COURT:  Can you direct him?

10            MR. GREEN:  I believe it's page 5.  Should be about

11  six pages to Exhibit A, behind Tab A.

12            THE COURT:  Why don't you come show him what you

13  mean.  It's not his document, you might help in this regard.

14            THE WITNESS:  I've got it.

15            THE COURT:  What page is it on?

16            THE WITNESS:  CCCM 014797.

17            THE COURT:  Thank you.

18  BY MR. GREEN:

19  Q.   I don't want you to read out the number, Mr. Kelly, but do

20  you see that there's a gross, a net OBR number provided for the

21  time period of the olympics for the Statendam?

22  A.   I do.

23  Q.   Does that number change your understanding or your

24  estimate as to what your company, Cruise Connections, could

25  have done on OBR had RCMP not breached this contract?
```

1  A.    It does not.

2  Q.    Can you tell me why it does not?

3  A.    Because for one thing if you look at the budget line

4  there's no budget either associated with the selling of OBR.

5      The other is that --

6  Q.    Hold on.  What is the significance for there being no

7  budget for it?

8  A.    It means that Holland America didn't apply a budget and if

9  they didn't apply a budget, they didn't provide any resources

10 to promote on board revenue.

11              THE COURT:  So no selling.

12              THE WITNESS:  So no selling it.  It would be the same

13 thing as going to the grocery store and the door is closed and

14 locked and the lights are out.  You can't buy it if it's not

15 open.

16 BY MR. GREEN:

17 Q.    Can you turn to Exhibit F.

18              THE COURT:  Why don't you just direct him to the page

19 you want.

20              MR. GREEN:  I will, Your Honor, except that's my only

21 copy.

22              THE COURT:  Then go find it.

23              MR. GREEN:  Sorry.

24              THE COURT:  It's all right.  I don't want to spend

25 money unnecessarily.  Clients are sitting right here, so we're

1  being very careful.

2  BY MR. GREEN:

3  Q.   Will you read the Bates number there, please?

4  A.   I will.  It is CCCM 014940.

5  Q.   Okay, have you seen a report like this before?

6  A.   I have.

7  Q.   Okay.  Because you use to work at Holland?

8  A.   That's correct.

9  Q.   Can you tell me, can you tell what services were provided

10  on the ship from reviewing this report?

11  A.   I'm not sure that I can provide what services were

12  provided.  I can denote where there were charges.

13  Q.   Okay.  Sorry, bad question.

14    Can you see the areas where revenue was generated on the

15  ship from this report?

16  A.   Yes, I can.

17  Q.   Okay.  How many bars were open on the ship on the

18  Statendam during this time period?

19  A.   It looks, it looks like three.

20  Q.   What are the names of those three?

21  A.   The Ocean Bar, the Crow's Nest and the Leedo Bar.

22  Q.   You are familiar with the Statendam, correct?

23  A.   I'm very familiar with this ship.

24  Q.   Have you ever chartered this ship while at Holland?

25  A.   I have.

1    Q.    Have you ever toured the ship?

2    A.    I was on the inaugural with this ship.

3    Q.    Are you familiar with these particular bars on the ship?

4    A.    I am.

5    Q.    Where is the Ocean Bar?

6    A.    Top deck about dead center.

7    Q.    Where is the Crow's Nest?

8    A.    Top deck, forward.

9    Q.    You mean all the way?

10   A.    All the way to the bow.

11   Q.    Where is the Leedo Bar?

12   A.    At the back, the stern of the vessel and outside.

13   Q.    Outside?

14   A.    Yeah, near the pool.

15   Q.    Those were the, basically you had a bar in the front of

16   the ship, in the middle of the ship and at the end of the ship?

17   A.    That's correct.

18   Q.    How long a vessel are we talking about, roughly?

19   A.    Nine hundred feet.

20   Q.    All right.  How many alcohol serving areas does this ship

21   have generally?

22   A.    Twenty, 25.

23   Q.    Do you see any short excursion charges listed on Exhibit

24   F?

25   A.    I do not.

1  Q.   How about mini bar charges?

2  A.   I do not.

3  Q.   Are there mini bars in the cabins of the Statendam?

4  A.   Yes, there are.

5  Q.   If there were charges on the mini bars, those charges

6  would show up on Exhibit F, correct?

7  A.   That's correct.

8  Q.   How about internet?

9  A.   They show internet cafe.

10  Q.   How much did that make?

11          THE COURT:  That might be protected.

12          THE WITNESS:  It is a very low amount?

13          MR. GREEN:  Don't answer.

14          THE COURT:  Very low is his opinion.

15  BY MR. GREEN:

16  Q.   Mr. Kelly, under any circumstance the programs that Cruise

17  Connections had in place and were planning to do for its

18  contract with RCMP, would it have reflected in any way the

19  revenue report that you're looking at, at Exhibit F?

20  A.   Absolutely not.

21  Q.   And do any of the numbers that you've seen in these

22  documents, these actual documents, and I'm not, not naming them

23  but do any of those numbers sway your belief that your estimate

24  for 54 PPPD spend on these vessels during your contract had the

25  RCMP not reached it and replaced the management team, any of

1  that change?

2  A.   It does not.

3          THE COURT:  Why don't we stop here.

4          MR. GREEN:  That's a good stopping point.

5          THE COURT:  It's a good place to stop.

6       All right, we'll come back at two o'clock.

7          MR. GREEN:  Thank you, Your Honor.

8       (Witness excused.)

9       (Luncheon recess at 12:30 p.m.)

10                      -oOo-

11                 AFTERNOON SESSION
                   (2:05 p.m.)

12

13          THE COURT:  Mr. Kelly, you can come forward if you

14  would.

15       I looked at you down there and you look different

16  straight on than you do sideways.

17       (Witness resumes the stand.)

18       Go ahead, sir, Mr. Green.

19          THE WITNESS:  I look better at a distance.

20          THE COURT:  Go ahead, sir, Mr. Green.

21          MR. GREEN:  Thank you, Your Honor.

22          THE COURT:  Yes, you're going to speed this up a bit,

23  aren't you?

24          MR. GREEN:  I am.

25          THE COURT:  Good.

1          MR. GREEN:  I will speed it up.

2          THE COURT:  I'm sure that over lunch you couldn't

3   talk to the witness, but you could talk to your partner and the

4   two of you and, of course, the person who really knows

5   everything, Mr. Carney, you said listen, you know, you're

6   killing my documents.

7          MR. GREEN:  Well, let's see if I can't cut through it

8   a little bit faster, Your Honor.

9   BY MR. GREEN:

10  Q.   We were talking about OBR, Mr. Kelly, at the end before

11  our lunch break.  We talked about the reasons that you

12  guaranteed the 8.7 million dollars to the Cruise Lines in the

13  CPAs.

14      But I don't know if I asked you the question, asked you

15  whether or not you relied on the contract, the provision in the

16  contract dealing with disembarkation and embarkation in

17  entering into that 8.7 million dollar guarantee.  So I would

18  like to ask you that now?

19  A.   We did.

20  Q.   Did you also rely on the representations as your testimony

21  was earlier, will reflect earlier, the representations by Kelly

22  Meikle regarding the full ships?

23      (Plaintiff's Exhibit Number 6 marked for identification and

24  received into evidence.)

25  A.   Yes, we did.

1  Q.   I hand you what has been marked as plaintiff, Plaintiff's

2  Exhibit 6.

3            MR. GREEN:  Here is a Court copy.

4       May I approach the witness, please?

5            THE COURT:  Yes.

6            MR. GREEN:  Thank you.

7  BY MR. GREEN:

8  Q.   Plaintiff's Exhibit 6 is actually a, three documents from

9  the defense, defense's exhibits.  Take a moment, I'll ask you a

10 few questions about them.

11     All right, do you recognize these documents, Mr. Kelly?

12 A.   I do.

13 Q.   What are these documents?

14 A.   These are charter party agreements between the Cruise

15 Lines and directly with the RCMP.

16 Q.   I just want to get a few small points out about these

17 documents.  The first page of Exhibit 6 that's CAN 002479, is a

18 charter hire for?

19            THE COURT:  The first page?

20            MR. GREEN:  First page.

21            THE COURT:  00030?  Oh, no, I see, sorry.

22            MR. GREEN:  Sorry.  It's been stamped a couple of

23 times.

24            THE COURT:  It's really nice, that will be very

25 confusing.

1          Okay, so we're using the ones that say Canada on them, I

2   guess?

3              MR. GREEN:  That's correct, Your Honor.

4              THE COURT:  I'm sorry to have interrupted.

5              MR. GREEN:  That's all right.

6   BY MR. GREEN:

7   Q.   The ship that is chartered in this agreement is what ship?

8   A.   The Carnival Elation.

9   Q.   What is the charter hire amount?

10  A.   Sixteen million two hundred thousand.

11  Q.   If you'll turn with me to CAN 0002497.  Is that an

12  itinerary for the Carnival Elation?

13  A.   Yes, it is.

14  Q.   When does that itinerary begin and when does it end?

15  A.   It begins on January 24th in San Diego and ends on March

16  6th in San Diego.

17  Q.   How long is it in Vancouver?

18  A.   It is in Vancouver starting on January 28th and leaving on

19  March 2nd.

20  Q.   Okay.  If you'll turn with me to CAN 2499.

21  A.   I'm there.

22  Q.   It should be a vessel description?

23  A.   Yes.

24  Q.   How long is the Carnival Elation?

25  A.   Length 855 feet.

1  Q.    Is there any provision for an OBR guarantee or any mention

2  of OBR in this CPA between Holland for the Carnival Elation and

3  the RCMP?

4  A.    There is not.

5  Q.    Let's look at the next document.  It can be located at CAN

6  000253 A.  This is all within exhibit, Plaintiff's Exhibit 6.

7  A.    I'm there.

8  Q.    Is this the start of a new charter party agreement?

9  A.    Yes, it is.

10  Q.    Can you tell me who is it between?

11  A.    Holland America Line and the RCMP.

12  Q.    It's for the vessel the Statendam?

13  A.    That is correct.

14  Q.    All right, what's the charter hire, how much is it?

15  A.    Fourteen million, five hundred thousand.

16  Q.    All right, let's turn over to its itinerary which can be

17  located at CAN 0002555.

18  A.    I'm there.

19  Q.    Can you tell me when the ship voyage was to begin?

20  A.    This charter begins on January 8th, and it ends on March

21  8th.

22  Q.    All right.  How long is it in Vancouver port?

23  A.    It is in Vancouver starting on January 12th, until March

24  4th.

25  Q.    All right.  If you'll turn to, flip two pages for the

1   vessel description which is 2557, the last numbers.  How long

2   is the Statendam?

3   A.    Seven hundred and 20 feet.

4   Q.    All right.  Let's move on to the last CPA which can be

5   located at CAN 00025089?

6            THE COURT:  Can I ask a question?

7            MR. GREEN:  Yes, ma'am.

8            THE COURT:  Is there any OBR in this contract?

9   BY MR. GREEN:

10  Q.    Is there any OBR provision in this contract?

11  A.    There is not any OBR.

12           THE COURT:  Thank you.

13        I'm sorry, what was the next one?

14           MR. GREEN:  It is CAN 0002509.

15           THE WITNESS:  I'm there.

16  BY MR. GREEN:

17  Q.    This is the start of the third and last CPA?

18  A.    Correct.

19  Q.    Between the RCMP and Holland America?

20  A.    Yes.

21  Q.    It is for which vessel?

22  A.    The Oosterdam.

23  Q.    What is the charter hire?

24  A.    The charter hire is 15,300,000.

25  Q.    Can you turn, please, to CAN 0002526 which will be the

1    ship's itinerary.

2        When was the ship charter to begin?

3    A.   Starting January 27th.  And ending March 6th.

4    Q.   How long was it in Vancouver port?

5    A.   Starting in Vancouver on January 31st and ending in

6    Vancouver on March 2nd.

7    Q.   If you'll turn the single page on you'll see the vessel

8    description?

9    A.   Would you like the length?

10   Q.   Yes, what is the length of the vessel?

11   A.   Nine hundred and 51 feet.

12   Q.   Is there any mention of OBR in this CPA?

13   A.   There is not.

14   Q.   All right.

15           THE COURT:  It says 1910 passengers on CAN 2527, is

16   that the same thing as -- what was the term, available berth?

17           THE WITNESS:  ALBD?

18           THE COURT:  Right, it's the same thing, right?

19           THE WITNESS:  It is.

20           THE COURT:  All right.  Thank you, sir.

21           MR. GREEN:  If it would be helpful to the Court we

22   can go back to the vessel descriptions on the other two, but

23   the same information can be found.

24           THE COURT:  I saw that so I'm okay.  Just wanted to

25   make sure.

1  BY MR. GREEN:

2  Q.   Let's talk about, switch topics to the, what's been called

3  the repositioning cruise.  There's been some discussion about

4  what that means and what that entails.  It's with AA Worldwide.

5      Which ship was Cruise Connections planning on doing a

6  repositioning cruise on?

7  A.   The Statendam.

8  Q.   How are you able to do a repositioning cruise on the

9  Statendam?

10 A.   The way that charters work they break from the earliest

11 end of the established prior itinerary.  So if the Statendam

12 for example, is departing every Sunday out of San Diego, then

13 you need to pick it up at that Sunday break.

14     And so between the time we started the charter and the time

15 it was needed in, in Vancouver, there was a period of number of

16 days.  And you can sell that, it's your ship, you've chartered

17 it.

18 Q.   How many days did you have in the CPA with Holland on the

19 repositioning cruise from the San Diego up to Vancouver?

20 A.   Four, four nights up and four nights back.

21 Q.   All right.  Who did you speak with regarding the

22 possibility of selling these days, these nights, these four

23 nights up and four nights back?

24 A.   AA Worldwide.

25 Q.   Can you tell us tell the Court what you spoke about?

1  A.    We were approached by Colleen that she had --

2  Q.    Colleen is who?

3  A.    Colleen Ladwick is the owner of AA Worldwide.  That she

4  had secured groups that were interested in these repositioning

5  cruises.

6  Q.    Did you discuss entering into an agreement with her to

7  actually sell space on the vessels during this repositioning

8  cruises?

9  A.    We discussed her taking over, basically sub-chartering

10  from us the ships.  Not necessarily for her to turn around and

11  retail it but actually buy the entire ship.

12  Q.    I believe in opening statement there was some question as

13  to whether or not that those discussions were merely a plan or

14  whether or not there was an agreement.

15      Can you clarify whether there was a plan to do this with

16  Ms. Ladwick through her company AA Worldwide or whether or not

17  there was an agreement to do it?

18  A.    There was an agreement to do it.

19  Q.    Was it a written agreement?

20  A.    It was not.

21  Q.    It was an oral agreement?

22  A.    It was an oral agreement.

23  Q.    Can you please describe the terms of the agreement?

24  A.    We talked about three components for this repositioning

25  cruise.  A charge for the ship itself which would be the

1  berths, the booking fee that we would be handling and port

2  fees.  And then in addition to that, we talked about on board

3  revenue.

4  Q.   Can you, I understand that you talked about those various

5  areas, but can you provide the amounts that you were speaking

6  with Ms. Ladwick and had agreed to and for her to sub-charter

7  the vessel during this time?

8  A.   Yes.  So we agreed to an average of $50 per person per

9  day.  And that broke into three elements 35 per day for the

10  interior cabins; 50 for the minimum ocean view, and a hundred

11  for the suites.  But it averaged out to a hundred dollars per

12  person per day.

13  Q.   It averaged out to a hundred or fifty?

14  A.   Fifty, excuse me, I'm sorry, $50 per person per day.

15  Q.   And just in terms of there are, in terms of the

16  components, 35, 50 and 100, are there fewer of the hundred

17  berths than there are of the 50 berths?

18  A.   Sixty percent of the ship is ocean view.

19  Q.   Okay?

20  A.   And then 40 percent is interior.  Then of the ocean view

21  there's about 20 percent that are suite level.

22          THE COURT:  Twenty percent of the 60 percent?

23          THE WITNESS:  Twenty percent of the 60 percent.

24          THE COURT:  Thank you.

25  BY MR. GREEN:

1   Q.   Do you have any doubt or question in your mind that you

2   and Colleen Ladwick reached an agreement that for this

3   component, for the ship itself, it was going to be this average

4   50 PPPD per passenger on the ship?

5   A.   I do not.

6   Q.   Tell me what the booking fee arrangement was?

7   A.   So we had a proprietary booking fee I mentioned earlier

8   today that within Cruise Connections we have a unique software

9   program that allows us to replicate the ship, the ship layout

10  and where the cabin categories are.

11     We were going to utilize that for managing the inventory,

12  and making sure that all the cabins were full and that booking

13  fee would be approximately $75 a person or a $150 per cabin.

14  Q.   Okay, so you are assuming double occupancy?

15  A.   I am.

16  Q.   So then it's a per cabin at a $150 or $75 PPPD?

17  A.   Correct.

18  Q.   Is it PPPD or is it a one time fee?

19  A.   It's a one time fee.

20  Q.   Okay, it's a one time fee?

21  A.   One for the repositioning cruise at the beginning of the

22  ISU charter and one booking fee at the repositioning cruise

23  from Vancouver back to San Diego.

24  Q.   So since it's one time charge, you would take essentially

25  the occupancy of the vessel, the Statendam has an occupancy of

```
 1  1252, you multiply that times your --
 2  A.   Seventy-five dollars.
 3  Q.   -- $75 per person and that would give you a sum?
 4  A.   That's correct.
 5  Q.   Okay.  And then you would also get that sum on the return?
 6  A.   That's correct.
 7  Q.   Okay.
 8            THE COURT:  Was the idea that these were people who
 9  wanted to go to the olympics and stay the whole time?
10            THE WITNESS:  No.
11            THE COURT:  No, because the ships were going -- never
12  mind, a silly question, never mind.
13  BY MR. GREEN:
14  Q.   All right.  You also mentioned port fees?
15  A.   Correct.
16  Q.   Can you explain that component of the agreement?
17  A.   There were three ports that we were planning and we would
18  charge $75 per port per person.
19  Q.   That was a charge that CCCM was going to charge to Ms.
20  Ladwick and AA Worldwide?
21  A.   Exactly, part of the sub-charter, the overall costing.
22  Q.   And again, that is per person for per stop?
23  A.   That's correct.
24            THE COURT:  Was that to cover moving the ship in and
25  out or what was that?
```

1    THE WITNESS:  That would have been on, that would,

2    when we would have, we would have services available so we

3    would have shore excursions which is another element of this,

4    but that was another profit center for us.

5    THE COURT:  Okay.

6    BY MR. GREEN:

7    Q.   Do ports charge money to come in and dock?

8    A.   They do.

9    Q.   Okay, and so if when Worldwide, AA Worldwide Travel wanted

10   to go into a port there was going to be a port fee.

11      Are you saying that you were going to charge an additional

12   amount for, essentially in exchange for allowing her the

13   opportunity to sell the ship, were you going to charge her this

14   additional $75 on top of the port fee?

15   A.   That's correct.

16   Q.   Got it.  And then there was an OBR component?

17   THE COURT:  We did the OBR component, $50 per person

18   per day.

19      We didn't do the ship berths.

20   MR. GREEN:  Actually, Your Honor, I believe, I must

21   have been unclear.  I think the 50, let me ask you.

22   BY MR. GREEN:

23   Q.   Was the $50 PPPD, was that for berths based on the cabins

24   being, the inner cabins, the ocean view cabins or kind of the

25   what did you call them?

1  A.    Suites.

2  Q.    The suites, is that 50 PPPD?

3  A.    That would be the cruise fare.

4        THE COURT:  I don't understand that.  That's just

5  something on top of the cruise fare.  I mean, the cruise fare

6  must have been something close to $298 a night, right or more?

7        THE WITNESS:  Yes.  The cruise fare, well, the all

8  inclusive price for the ISU was --

9        THE COURT:  No, no, I'm talking about this, the plan

10 for this sub-charter.

11       THE WITNESS:  It, it gets close to that.  It's a

12 little bit less for this plan charter when all of these fees

13 are rolled up.

14       THE COURT:  I see.  Now I got it.

15    Thank you.

16       THE WITNESS:  You bet.

17 BY MR. GREEN:

18 Q.    The OBR component, what did that consist of for this

19 repositioning, the two repositioning cruises?

20 A.    So AA Worldwide's plan was to have this as a very big

21 celebratory event.  There were theme events on board the ship,

22 there would be additional charges.

23    So each night there would be a theme cocktail party,

24 special dinners, bringing on entertainment, and then of course

25 shore excursions.

1    So the things we talked about before with spas, sundries,

2    photos, and bars, and then in addition to that special evenings

3    each night and then of course shore excursions.

4    Q.   Do you know what amount of, what CCM's marginal cut of the

5    OBR was?

6    A.   We were planning on between a 125 and $130 per person per

7    day.

8            THE COURT:   In total or just to you?

9            THE WITNESS:   Just for the, just to, just the spend

10    that we would apply against our on board revenue.

11            There were other things that AA Worldwide was going to

12    do outside of our services, but this is just the revenue that

13    would touch us.

14    BY MR. GREEN:

15    Q.   Give the Court an example of something that in your

16    agreement AA Worldwide was providing itself and therefore,

17    would have retained the OBR from and something that CCM was

18    providing either access to a service on the vessel or providing

19    the service itself and therefore, would get that flow of OBR?

20    A.   Sure.   So one of the events she wanted to bring along were

21    specific lines of the Northwest and of British Columbia

22    celebrating Canada and the olympics.   That would be her cost.

23    She would build a program for that.

24    We would get the corkage fee.   So that corkage fee would be

25    here is an example, she would have a margin in that piece

1  because she would be doing work and bringing on a product and

2  we would have a margin that would go against her OBR guarantee.

3  Q.   What is a corkage fee?

4  A.   When the wine steward uncorks the wine and serves the

5  wine.

6  Q.   I'm not real clear on corkage fees myself.  Is that just a

7  wine thing or is it any alcohol, is it just wine?

8  A.   It was just wine that she was planning.  The rest of the

9  bar revenue would be going against our OBR.

10  Q.   I see?

11  A.   So we would get a share of that once we secured our

12  guarantee.

13  Q.   Okay.  And with regard to the, these components that you

14  have described of this agreement, can you tell me, I don't want

15  to talk about OBR, but I want to know what the underlying ship

16  charter was that AA Worldwide was paying you when you add

17  these, the ship itself, the -- in other words, the berths, the

18  booking fee and the port fees, what does that amount to?

19  A.   One million, two hundred and fifty thousand.

20  Q.   And then you had estimated an amount in addition to that

21  for your margin in OBR?

22  A.   About 600,000.

23  Q.   Okay.  Do you recall what your, what you assumed as your

24  daily spend for each passenger to get to that number?

25  A.   Yes, $127.

 1  Q.   Can you explain why your, explain why your spend of 127 is

 2  an order of magnitude of double or a little bit more actually

 3  than your $54?

 4           THE COURT:   I think he's already answered that

 5  question.

 6           MR. GREEN:   Okay.

 7           THE COURT:   He's talked about special dinners,

 8  entertainment, et cetera, right?

 9           THE WITNESS:   Absolutely.

10      The only thing I would add is it's also a compressed

11  time.  People are together, they've got a short period of time

12  together and they're going to spend.

13           THE COURT:   And drink.

14           THE WITNESS:   And drink, yes.

15  BY MR. GREEN:

16  Q.   Let me hand you what I'll mark as Exhibit 7.

17      (Plaintiff's Exhibit Numbers 7 and 8 marked for

18  identification and received into evidence.)

19           MR. GREEN:   May I approach, Your Honor?

20           THE COURT:   Yes.

21  BY MR. GREEN:

22  Q.   Exhibit 7 appears to be an e-mail chain covering some

23  period of time.  With the last message at the top of the page

24  being a message from Tracey4721@comcast.net, that is you,

25  correct, sir?

1  A.    That's correct.

2  Q.    To AA Worldwide Travel with a copy to Mike Sloane,

3  correct?

4  A.    Correct.

5  Q.    And generally speaking Exhibit 7 summarizes an e-mail

6  chain between yourself, some principals at CCCM and Colleen

7  Ladwick; is that fair?

8  A.    Yes.

9  Q.    What I want to ask you is when did you believe, when do

10  you believe that the terms of the agreement that you testified

11  to earlier were essentially finalized between you and AA

12  Worldwide?

13  A.    The end of July.

14  Q.    So if we go to Exhibit 7, and turn to CCCM 011910.

15          THE COURT:  You're in 7?

16          MR. GREEN:  It's CCCM 011910.

17          THE COURT:  Thank you.  Sorry.

18          MR. GREEN:  That's okay.

19  BY MR. GREEN:

20  Q.    You'll see a e-mail and this document there's the dates,

21  some have dates and some don't.  But there's a date in the

22  middle of that page, upper of that page, Monday, July the 28th,

23  2008, correct?

24  A.    That's correct.

25  Q.    You are saying "Good morning, Colleen.  I'm in Canada

1  Monday and Tuesday this week and then back in Seattle.  Would

2  like to set up lunch or coffee with you on Thursday or Friday

3  this week."

4      That's in response to her trying to work with you on this

5  agreement, correct?

6  A.   Correct.

7  Q.   If you go to CCCM 011909, the previous page, you talk,

8  there's a response from Colleen.  It's undated.  But it says

9  "Hi Tracey, I look forward to meeting with you on either

10 Thursday or Friday.  I can be pretty flexible either day."

11     So you guys are trying to meet, correct?

12 A.   Correct.

13 Q.   And she says "I'm looking forward to meeting you and

14 confirming this exciting joint venture."

15     Did I read that correctly?

16 A.   You did.

17 Q.   If you go to the previous page, CCCM 011908.  There's a

18 response from you on July the 30th, 2008.  And you're providing

19 some times to meet her, "How about 2 P.M. at Starbucks;" is

20 that fair?

21 A.   Yes.

22     THE COURT:  I think I can actually read this.  Why

23 don't you go to where you really want to have something.

24     MR. GREEN:  What I want to do is he has testified, he

25 just testified that at the end of July, his agreement with AA

1  Worldwide was in place.

2  BY MR. GREEN:

3  Q.   And I have a question about the response from Colleen

4  between the dates of July the 30th and August the 4th as you

5  can compare the e-mails and the dates on CCCM 011907 to 11908

6  there's a statement by Colleen that says "I would like to meet

7  with you as soon as possible to finalize our contract.  I have

8  two companies that are considering full ship buy outs and I

9  want to be able to move quickly forward with them."

10    Are you certain that by the end of July you had this deal

11  or was there still more finalization that needed to be done?

12  What did you, what was your reaction to her e-mail?

13  A.   She had always communicated to us that she had firm

14  groups.  So this e-mail just confirmed prior conversations with

15  her.

16  Q.   Okay, did this e-mail mean that you did not have a

17  finalized contract?

18  A.   Contract as in reduced to writing or contract as in verbal

19  agreement?

20  Q.   A verbal agreement?

21  A.   It did not.

22  Q.   Okay.  I think that's all I have for that exhibit.

23    All right, Mr. Kelly, I'll hand you what I have marked as,

24  what is marked here as Exhibit Plaintiff's 8.

25          MR. GREEN:  Copy for the Court.

```
 1              May I approach the witness, Your Honor?

 2              THE COURT:  Yes.

 3              MR. GREEN:  Thank you.

 4   BY MR. GREEN:

 5   Q.   Do you recognize Exhibit 8, Plaintiff's Exhibit 8,

 6   Mr. Kelly?

 7   A.   I do.

 8   Q.   What is it?

 9   A.   It's an e-mail from myself to Bud Mercer with copies to

10   Mike Sloane and Sue Edwards.

11   Q.   It attaches a letter to Mr. Mercer?

12   A.   It does.

13   Q.   Can you tell me why you were writing a letter to -- well,

14   who is Bud Mercer?

15   A.   I apologize that I don't remember his exact title but he

16   is in charge of the RCMP for British Columbia, the western

17   region of Canada.

18   Q.   Why are you, was he -- were you routinely writing him

19   letters?

20   A.   I was not.

21   Q.   Was this the first letter you wrote to Mr. Mercer?

22   A.   It was.

23   Q.   Why were you writing to Mr. Mercer?

24   A.   Bud Mercer had expressed both through Kelly Meikle and

25   Michael Day as well as directly to me that he was excited about
```

1 these charters, that he wanted them to come together.

2     This letter was generated right after a very grueling

3 meeting that we held at RCMP headquarters, that we were granted

4 30 minutes and I believe that the meeting actually took close

5 to four hours.

6 Q.   What was the date of the meeting, if you recall?

7 A.   It was, it might have been the 28th, it might have been

8 January 28th.  I'm not quite sure of the date.

9 Q.   Is that October 28th?

10 A.   October 28th, excuse me.

11 Q.   This e-mail is dated October 28th, correct?

12 A.   Yes.

13 Q.   Did you talk with Bud Mercer about any of your OBR

14 programs?

15 A.   I did.

16 Q.   What did he tell you about your plans?

17 A.   He was very excited about them.  He specifically said that

18 he didn't want his, his ISU members to get into trouble and to

19 be in the bars carousing at night.  He wanted them to be in

20 organized programs that they would be safe and out of the view

21 of the press, and he also wanted to create an environment of,

22 you know, where they could have fun and really enjoy the

23 olympics.

24 Q.   The reason I show you Exhibit, Plaintiff's Exhibit 8 is to

25 ask you a question about a particular statement in your letter

1  to Mr. Mercer.

2      And I think it would be fair to say that it's under the

3  section taxes.  Do you see that, it's on the second page, CCCM

4  00675?

5  A.   I do.

6  Q.   It's almost the last, I guess it is the last sentence.  It

7  says "Due to the fact that the cruise lines' taxes are expected

8  to reach nearly $7,000,000 which exceeds CCM's expected gross

9  margin of approximately U.S. 5.7 million dollars, we require

10  the RCMP to confirm it's commitment to cover these taxes."

11      Do you see that?

12  A.   I do.

13  Q.   I am confused by your use of the term gross margin.

14      Are you referring to profits when you use the term gross

15  margin in this letter to Bud Mercer?

16  A.   Absolutely not.

17  Q.   Can you explain what you meant?

18  A.   It wouldn't be a good business practice to share what our

19  gross profits are, no matter who you are dealing with.  I was

20  trying A, I was emotional, I was quite tired at the time this

21  letter was generated.

22      This culminated a very long series of weeks of poor

23  communication between specifically Normande Morin and Cruise

24  Connections Charter Management and then their going back on

25  their word on different elements of the contract.

1    I was trying to give an example to Bud Mercer if you were

2  in kind of a standard retail way, if you were to retail these

3  cruises a commission would be ten percent.  And I looked at 5.7

4  million as ten percent of what the overarching contract was to

5  give him an example of if this were to be turned around and

6  sold at any other venue, the taxes alone would exceed what a

7  standard retail commission would be.  Obviously, charters are

8  very different than that.  But I was trying to give an example.

9  Q.   Okay.  All right.  And so this sentence should not be

10  misinterpreted to mean that you had calculated CCCM's gross

11  profit margin as 5.7 million dollars on this deal?

12  A.   Absolutely not.

13  Q.   All right.  In your work on, in this case and in

14  estimating the profits that CCCM was going to make on the

15  contract itself, I would like to wrap up with some hard numbers

16  all the way out down to the last dollar.  So have you made a

17  calculation based on the costs that were going to be incurred

18  during your, under your contract with the ships full from the

19  embarkation and disembarkation, have you made a, figured out

20  what the costs are for the underlying contract itself?

21  A.   Yes.

22  Q.   What is that number?

23  A.   It would be better for me to give you what the net would

24  be, the difference between the charter hire fare and the

25  expected cost if we're trying to get to a profit margin or a

1   profit number.

2   Q.    Correct.  Have you calculated a single, what the profit is

3   for --

4   A.    Yes.

5   Q.    -- for the underlying contract?

6   A.    So just for the charter hire exclusive of the OBR, it's

7   $13,174,691.

8   Q.    Okay.

9           THE COURT:  Wait, wait.  That's the cost.

10          THE WITNESS:  No, that's, that is --

11          THE COURT:  That's the profit.

12          THE WITNESS:  That's the profit.

13          THE COURT:  Thirteen million dollars?

14          THE WITNESS:  Thirteen million, one hundred

15   seventy-four thousand, six hundred and ninety-one.

16   BY MR. GREEN:

17   Q.   On the underlying contract charter fare.  In other words,

18   as my partner explained early on in his opening statement, the

19   three categories of cost.  There's the first one which is the

20   cost of the underlying contract.

21      Mr. Kelly, in terms --

22          THE COURT:  That was the profit or was that the cost?

23          THE WITNESS:  No, it was the profit.

24          THE COURT:  Thank you.  That's not the cost, that's

25   the profit after the cost is spent.

1          MR. GREEN:  That is correct.  You'll hear testimony

2   from Stan Webber and Bud Sloane.

3          THE COURT:  Okay, okay, we don't need to do that.

4   BY MR. GREEN:

5   Q.   In terms of the OBR that you estimated, what's the amount

6   of OBR profit that you estimated on this project with the $54

7   PPPD that you've already testified that you used?

8   A.   It would have been $8,738,840.

9   Q.   Okay, and how about in terms of the profit on the

10  repositioning cruise, do you have, can you provide the Court

11  those figures?

12  A.   I can.  For the repositioning cruise hires it would be

13  1,252,000.  Then the corresponding on board revenue for those

14  two repositioning cruises would be 640,000.

15  Q.   All right, so you add those numbers together to get what

16  the total profit that Cruise Connections lost in this case as a

17  result of the RCMP's breach?

18  A.   That's correct.

19  Q.   Do you know what that figure is?

20  A.   I can do that real quickly.  It would be one million,

21  eight hundred --

22          THE COURT:  Ninety-two.

23          THE WITNESS:  Ninety-two thousand.  Thank you, you're

24  faster than I.

25

1  BY MR. GREEN:

2  Q.   The total of the repositioning cruise.

3  A.   The combination of the repositioning cruise plus the

4  repositioning OBR.

5  Q.   So if you add the repositioning cruise, the OBR and the

6  profits on the underlying contract, what is the total profit

7  lost to Cruise Connections as a result of RCMP's breach?

8           THE COURT REPORTER:  I'm sorry, could you repeat

9  that?

10  BY MR. GREEN:

11  Q.   Adding those three figures together, what is the total

12  lost profit that Cruise Connections suffered as a result of the

13  breach by the RCMP?  Do you have that calculated or should we

14  calculate it?

15  A.   You are going to have -- I apologize, I did not add those

16  numbers up.

17           THE COURT:  Well, I think it's easy to add up and you

18  don't need to do it right now, and I'm sure that

19  Mr. ChristensenChristensen knows what the answer is.

20           MR. GREEN:  Okay, fair enough.

21           THE COURT:  I can add it up but I have them all

22  written down right here.

23           MR. GREEN:  That's fine.

24  BY MR. GREEN:

25  Q.   I have one last thing I would like to ask you about,

1   Mr. Kelly.

2       You're aware that we retained an expert in this case,

3   Mr. Adam Snitzer, correct?

4   A.   Yes.

5   Q.   And you know that he is going to give opinions about OBR

6   in this case, correct?

7   A.   I do.

8   Q.   Are his numbers higher or lower than your numbers?

9   A.   They're lower.

10  Q.   Okay.  Can you explain that?

11  A.   He's an expert.  You know, I consider myself with a lot of

12  experience in building programs, successful programs.  I have

13  seen a lot of, a lot of programs like what we were going to put

14  through generate tremendous revenues; however, Adam is an

15  expert.  He has tremendous credentials and I would lay his

16  numbers before mine.

17          MR. GREEN:  Okay, all right, thank you very much.  I

18  have no further questions at this time.

19          THE COURT:  All right, thank you.

20      Mr. Christensen, would you like five minutes or are you

21  ready to go?

22          MR. CHRISTENSEN:  Five minutes would be great.

23          THE COURT:  I thought so.  Please don't talk about

24  your testimony.  We are just going to give Mr. Christensen five

25  minutes enough time to stretch and get his little gray cells

1   moving, okay.

2        If you gentlemen would like to come and sit in chairs

3   with cushions on them you can do that.  Because you are on a

4   very hard bench right there.

5        (Witness excused.)

6           MR. GREEN:  Thank you, Your Honor.

7           THE COURT:  If you guys wanted to push some of these

8   chairs around you could.

9        (Afternoon recess at 2:57 p.m.)

10       (Proceedings resumed at 3:00 p.m.)

11          THE COURT:  You can come back, Mr. Kelly.

12       (Witness resumed the stand.)

13       Whenever you're ready, Mr. Christensen.

14          MR. CHRISTENSEN:  Thank you, Your Honor.

15                       CROSS EXAMINATION

16  BY MR. CHRISTENSEN:

17  Q.   Good afternoon, Mr. Kelly?

18  A.   Good afternoon.

19  Q.   As you were just answering Mr. Green's questions a few

20  minutes ago you seemed to be so fairly precisely.  You had

21  exact numbers at your fingertips, correct?

22  A.   I did, I took notes.

23  Q.   Yes.  Were you reading from something?

24  A.   I have a few notes that I made.

25  Q.   All right.

1        May we please mark them as an exhibit?

2              MR. CHRISTENSEN:  May I approach, Your Honor?

3              THE COURT:  Yes.

4              MR. CHRISTENSEN:  Marking this Defendant's Exhibit

5    Number 1.

6          (Defendant's Exhibit Number 1 was marked for

7    identification and received into evidence.)

8    BY MR. CHRISTENSEN:

9    Q.   I was trying to understand, Mr. Kelly, where some of the

10   numbers you were reporting came from.  I understood you to say

11   that $13,174,691 figure was the total profit?

12   A.   No, that's not what I said.

13   Q.   Okay.  Could you please explain what is, what does the

14   $13,174,691 amount represent?

15   A.   I don't actually see it on the screen, but what that

16   represents -- there you go.  What that represents is the

17   charter hires, what we pay for the charter hires from the 298

18   or the RCMP contract and less the cost of the LOCs.

19   Q.   Cost of the letters of credit to the --

20   A.   Seventy percent to the RBC.

21   Q.   And the, this $8,738,840 OBR figure, where did that come

22   from?

23   A.   That's the combination of the guaranteed OBR between

24   Holland America and Royal Caribbean.

25   Q.   And this would have been the OBR that Cruise Connections

1  expected to receive?

2  A.   That's correct.   It's the OBR that we expected to

3  generate.

4  Q.   Okay.

5       THE COURT:  Wait a second.  Can I go back to the

6  earlier question?

7       The 13 million, 174 net profit under charter hire, the

8  cost of that so-to-speak, you attributed to the letters of

9  credit from the Royal Bank of Canada?

10      THE WITNESS:  Just added into that as a cost.  I

11 don't have it outlined here.  But it would be taking the gross

12 value of the contract that we received.

13      THE COURT:  Yes.

14      THE WITNESS:  From the RCMP, subtracting the charter

15 hire.

16      THE COURT:  Right.

17      THE WITNESS:  And then the cost of doing the 70

18 percent LOCs which was required within 30 days of signing the

19 contracts.

20      THE COURT:  Okay, thank you.

21 BY MR. CHRISTENSEN:

22 Q.   Mr. Kelly, Cruise Connections Charter Management 1 LP is a

23 partnership; is that correct?

24 A.   That's correct.

25 Q.   You are one of its limited partners?

```
 1  A.    That's correct.

 2  Q.    So is Susan Edwards?

 3  A.    That's correct.

 4  Q.    And Michael Sloane?

 5  A.    That's correct.

 6  Q.    And Phillip Sloane is not a partner?

 7  A.    He is not.

 8  Q.    He's your CFO?

 9  A.    That's correct.

10  Q.    And there are no other limited partners other than

11  yourself, Ms. Edwards and Mr. Sloane?

12  A.    That's correct.

13  Q.    The general partner is Cruise Connections Charter

14  Management GP, Inc., correct?

15  A.    Correct.

16  Q.    Cruise Connections 1 LP was formed to bid on the contract

17  for the cruise ships for the RMCP?

18  A.    Correct.

19  Q.    It didn't do any business before that, correct?

20  A.    The individuals did, but not this entity, no.  We formed

21  this entity specifically for the ISU RFP.

22  Q.    You formed this entity on the date you submitted the bid

23  to the RCMP, correct?

24  A.    I'm not sure of the exact dates, but close.

25  Q.    But it did not do any business before submitting a bid to
```

1   the RCMP?

2   A.   That's correct.

3   Q.   Cruise Connections Charter Management 1 LP has not

4   performed any other charters other than the attempted charter

5   with the RCMP, correct?

6   A.   That's correct.

7   Q.   Cruise Connections Charter Management discussed putting

8   other cruise ships and ports around Vancouver?

9   A.   That's correct.

10  Q.   But Cruise Connections did not do this after the contract

11  with the RCMP ended?

12  A.   I think we talked about that and the reasons for that, but

13  that is correct.

14  Q.   The profits to Cruise Connections Charter Management are

15  split three equal ways amongst you, Michael Sloane and Susan

16  Edwards, correct?

17  A.   Yes.

18  Q.   So you each get 33 and a third of the profits generated by

19  Cruise Connections, correct?

20  A.   That's how the partnership was set up.

21  Q.   Since August of 2009 you have worked for Door to Door

22  Moving and Storage, Incorporated, correct?

23  A.   Correct.

24  Q.   Does Door to Door Moving and Storage provides portable

25  storage containers and customers can move themselves, correct?

1  A.    Very good.

2  Q.    You are in charge of sales, marketing and business

3  development there, correct?

4  A.    And customer service.

5  Q.    And that's a full-time job, right?

6  A.    It is.

7  Q.    Cruise Connections was a team that brings together experts

8  in all aspects of Charter Management, the stellar record of

9  successful charters and a corporate history that includes many

10  similar scope charters, correct?

11  A.    Correct.

12  Q.    Cruise Connections claimed to have over 60 charters to its

13  record?

14  A.    That's correct.

15  Q.    Cruise Connections had been in the chartering business

16  since 1992, correct?

17  A.    Correct.

18  Q.    And you yourself claimed to have 60 charters to your

19  credit, correct?

20  A.    That's correct.

21  Q.    Those other projects included providing ships at the

22  Athens Olympics for a collective 84 days of charter ships in

23  2004, correct?

24  A.    Correct.

25  Q.    It included one ship at the Cricket World Cup for a

1   collective 30 days of ship charters in 2007, correct?

2   A.   Yes.

3   Q.   Cruise Connections claimed to have nearly a hundred years

4   of experience in the cruise line industry, correct?

5   A.   I believe so.  Sometimes that doesn't sound very well when

6   you say it out-loud.

7   Q.   You had extensive experience in chartering vessels

8   yourself, correct?

9   A.   I did.

10  Q.   You worked for Cruise Lines for over 20 years?

11  A.   Over 25.

12  Q.   And you had numerous connections in the industry, correct?

13  A.   That's correct.

14  Q.   In June of 2007, the three partners of Cruise Connections

15  began working on a project to submit a bid to the RCMP to

16  provide cruise ships, correct?

17  A.   Part of the partners did, yes.

18  Q.   Ms. Edwards did?

19  A.   Ms. Edwards and Michael.

20  Q.   And you started working with Cruise Connections in October

21  of 2007, correct?

22  A.   Correct.

23  Q.   By that point you had already been working with Colleen

24  Ladwick of AA Worldwide Travel on the repositioning cruises for

25  the RCMP?

```
1  A.   By October 2007?

2  Q.   Yes?

3  A.   No.

4  Q.   She wasn't working full-time on that project with you at

5  that time in October of 2007?

6  A.   Not with me.

7  Q.   You also worked with an individual named Dennis Laliberte?

8  A.   That's correct. START

9          THE COURT:  I'm sorry, what was the last name?

10         MR. CHRISTENSEN:  Laliberte, it's L-A-L-I-B-E-R-T-E.

11         THE COURT:  Yes.  Thank you.

12 BY MR. CHRISTENSEN:

13 Q.   Mr. Laliberte was to have provided financing to Cruise

14 Connections, right?

15 A.   Correct.

16 Q.   You would have needed somewhere between 20 million and

17 $60,000,000 to finance the project with the RCMP?

18 A.   I'm not sure of the exact amount we needed.  We definitely

19 needed a ten percent LOC for submission of the bid.

20 Q.   So Mr. Laliberte was going to provide that money to back

21 the ten percent letter of credit?

22 A.   That was to be his contribution.

23 Q.   Mr. Laliberte told you and Ms. Edwards that he didn't have

24 the financing on May 6th, 2008, correct?

25 A.   Forgive me, but I don't remember the exact date, but it
```

1  was certainly late in either April or May.

2  Q.   And he told you that he did not want to put his own money

3  in the project, correct?

4  A.   Correct.

5  Q.   Instead, he placed newspaper ads to secure financing,

6  correct?

7  A.   That's correct.

8  Q.   And the ads didn't succeed in enticing other financers,

9  correct?

10  A.   We don't know.  We left, we did not agree with that as a

11  strategy and we, we disintegrated our relationship with him.

12  Q.   And that was on May 15th, 2008?

13  A.   Again, you may have a document that states that.  I don't

14  remember the exact date.  But it was on or around that time.

15  Q.   That was just days before you needed to provide the

16  financing to submit the bid to the RCMP, correct?

17  A.   So then I would say that it was earlier, slightly earlier

18  than that.  Again, I don't remember the exact date, but it was

19  very close to the time of submission of the RFP response.

20          MR. CHRISTENSEN:  May I approach?

21          THE COURT:  Yes.

22      (Defendant's Exhibit Number 2 was marked for

23  identification and received into evidence.)

24          MR. CHRISTENSEN:  I have marked as Defendant's

25  Exhibit 2, a copy of the complaint for declaratory judgment and

1   for damages.

2          THE COURT:  Okay.  This is the complaint against

3   Mr. Laliberte?

4          MR. CHRISTENSEN:  Correct, Your Honor.

5   BY MR. CHRISTENSEN:

6   Q.   You recognize this document, Mr. Kelly?

7   A.   I do.

8   Q.   If you would turn to paragraph 36 of the complaint.

9   Paragraph 36 says "On May 15th, 2008, Edwards and Kelly

10  informed Laliberte that they were severing all ties with him

11  due to his misrepresentations about the financing, illegal

12  advisements, and unrealistic profit and cost projections being

13  provided to possible investors."

14       Did I read that correctly?

15  A.   You did.

16  Q.   Does that refresh your recollection whether you severed

17  ties with Mr. Laliberte on May 15th, 2008?

18  A.   As I said, it wasn't that I was disagreeing.  I said I

19  just didn't know what date it was.

20  Q.   Thank you.  Understood.

21       The bid to the RCMP was due on May 23rd, 2008?

22  A.   Correct.

23  Q.   So you had eight days to find someone to provide

24  financing?

25  A.   Correct.

1  Q.   And you got the letter of credit that you needed to submit

2  to Cruise Connections's bid to the RCMP, correct?

3  A.   Correct.

4  Q.   And you credited this ten percent letter of credit as one

5  of the reasons you won the bid with the RCMP, correct?

6  A.   It was accepted by the RCMP.

7  Q.   That wasn't my question, sir.

8     My question was you credited this ten percent letter of

9  credit as one of the reasons for winning the bid with the RCMP?

10 A.   Actually, that's not what I said.

11    What I said was we were told that our bid was compliant and

12 it was the only bid that was compliant.  I did not say that it

13 was due to the LOC.

14    (Defendant's Exhibit Number 3 was marked for identification

15 and received into evidence.)

16 BY MR. CHRISTENSEN:

17 Q.   I hand you what has been marked as Defendant's Exhibit

18 Number 3.

19    Mr. Kelly, that's your e-mail address at the top of the

20 page?

21 A.   Yes, it is.

22 Q.   It is Tracey 4721 at Comcast.net, correct?

23 A.   Yes.

24 Q.   This is an e-mail from you to Sue Edwards, CC to Bud

25 Sloane and Mike Sloane, correct?

1   A.    Correct.

2   Q.    Bud is Mr. Phillip Sloane's nickname, correct?

3   A.    That's correct.

4   Q.    You write in the end of the third line "We won that bid

5   for three reasons:  The reason number two is we were able to

6   submit bid with a ten percent letter of credit."

7        Did I read those portions correctly?

8   A.    You did.

9   Q.    Okay.

10        MR. CHRISTENSEN:  May I approach the witness, Your

11   Honor?

12        THE COURT:  Yes.

13        Let me ask a question.  Would your assistant, paralegal,

14   associate, whatever, like to sit on a comfortable chair too?

15   He doesn't really have to sit on the bench.

16        MR. CHRISTENSEN:  I think he is on a comfortable

17   chair in front of the bench.

18        THE COURT:  Oh, he is?  As long as he's on a

19   comfortable chair I'm happy.  That's okay then.  It's just very

20   hard to sit on those benches all the time.

21        Go ahead.  Sorry to interrupt.

22        MR. CHRISTENSEN:  No problem.

23   BY MR. CHRISTENSEN:

24   Q.    Mr. Kelly, could you please turn to the page of this

25   document that ends, the page number at the bottom is CCCM

1   015137.

2      That's your signature in the middle of the page, above the

3   line that says Tracey Kelly, correct?

4   A.   It is.

5   Q.   Do you recognize this document, sir?

6   A.   I do.

7   Q.   You signed this on May 2nd, 2008?

8   A.   May 22nd.

9   Q.   May 22nd, 2008, thank you.

10      What is this document?

11  A.   It is an agreement between CCCM and John Sessions.

12  Q.   Cruise Connections paid a significant premium for

13  obtaining the letter of credit that was required to be

14  submitted with the bid to the RCMP, correct?

15  A.   We did not pay anything for the letter of credit.

16  Q.   Your testimony is that Cruise Connections did not pay a

17  significant premium?

18  A.   No.  My testimony is no money has transacted between

19  Cruise Connections Charter Management and John Sessions.  That

20  was your question.

21  Q.   Uh-hmm.

22         MR. CHRISTENSEN:  May I approach the witness, Your

23  Honor?

24         THE COURT:  Yes.

25      (Defendant's Exhibit Number 5 was marked for

1  identification and received into evidence.)

2  BY MR. CHRISTENSEN:

3  Q.   I hand to you, Mr. Kelly, what has been marked as

4  Defendant's Exhibit Number 5.

5     This is an affidavit that you submitted in the Laliberte

6  case, correct?

7  A.   Appears to be.

8  Q.   Can you please turn to the second page, paragraph nine in

9  particular.  You say under oath "Cruise Connections was

10 ultimately able to secure financing though it was at a

11 significant premium," correct?

12 A.   That's correct.

13 Q.   You submitted the ten percent letter of credit that was

14 backed by Mr. Sessions to the RCMP as the ten percent letter of

15 credit needed to submit the bid with the RCMP?

16 A.   That's correct.

17 Q.   You testified that this document cost Cruise Connections

18 quote a substantial amount of money unquote, correct?

19 A.   Are you asking me to reread item number 9?

20 Q.   No, I'm asking about --

21        THE COURT:  Well, I think you're just passing each

22 other by.  So I get the point.

23        MR. CHRISTENSEN:  Okay.

24        THE COURT:  I understand his testimony, I understand

25 your question, I understand Sessions, I got it.

```
 1              MR. CHRISTENSEN:  Got it.

 2              THE COURT:  Okay.

 3              MR. CHRISTENSEN:  Understood.

 4              THE COURT:  Thank you.

 5    BY MR. CHRISTENSEN:

 6    Q.   As of the summer of 2008, the hotels in Vancouver were 90

 7    -- were 98 percent sold out during the olympics; is that

 8    correct?

 9    A.   I believe so.

10    Q.   And Cruise Connections was pursuing opportunities to

11    charter vessels to provide additional hotel space in and around

12    Vancouver?

13    A.   That's correct.

14    Q.   You estimated that those rooms would be worth between

15    eight hundred and a thousand dollars per person per day?

16    A.   Those were early estimates, but yes, I remember that.

17    Q.   So for a ship with approximately 500 berths, Cruise

18    Connections could make between 6.4 million dollars and 8

19    million dollars in 16 days before paying for the ships?

20    A.   That sounds about right.

21    Q.   For every additional day Cruise Connections could earn an

22    additional 400,000 to $500,000?

23    A.   At those rates.

24    Q.   That would be before you factor in on board revenue with

25    the patrons, right?
```

1  A.    Correct.

2  Q.    In the summer of 2008 Cruise Connections was exploring

3  other options as well including with Ms. Colleen Ladwick,

4  right?

5  A.    That is, give me a time frame that you're asking that

6  question.

7  Q.    The summer of 2008?

8  A.    So in July, in June?

9     Once, once we entered into our agreement with the RCMP and

10 ISU, we were no longer able to do any outside charter

11 agreements.  That was both a direction by the RCMP procurement

12 division as well as RBC.

13 Q.    Are you aware that Ms. Ladwick testified that you had

14 contemplated doing up to three, three other charters other than

15 the RCMP charter?

16 A.    Can I explain that?

17    So there were, there were requests by Kelly Meikle for

18 additional ships of which we researched and we researched

19 whether or not we could find space for them.  And that was

20 because once again, the RCMP believed that, that their current

21 needs for rooms to secure the ISU members would not be, was not

22 adequate at that point.

23 Q.    I was asking you about charters unrelated to the RCMP

24 charter?

25 A.    I'm sorry.  I thought I already answered that.

1      So the other ships that Colleen is referring to would have

2   been the other ships repositioning cruises that would have gone

3   up to Vancouver had we secured those for the ISU.

4   Q.    Beyond the two ships that were already secured for the

5   ISU?

6   A.    Beyond the three ships that were already secured.   But

7   remember that only one of those three ships had a repositioning

8   cruise.

9   Q.    Cruise Connections didn't complete any of those proposed

10  charters after the RCMP terminated the contract with Cruise

11  Connections?

12  A.    Those, the simple answer is in pursuing a berth which is a

13  docking space for those, we found no adequate docking

14  facilitates to add ships to the Vancouver winter olympics.   The

15  ISU pulled away from that as another solution.   And therefore,

16  we wouldn't be able to, separately we wouldn't be able to fund

17  them.   If we couldn't fund him under ISU, we wouldn't be able

18  to fund them independently.

19          THE COURT:   Who owns the Ballentyne Pier?

20          THE WITNESS:   I think it's owned by Dubai.   But it's

21  under contract of the Vancouver Port Authority.

22          THE COURT:   Okay.   I thought it was a Government to

23  Government arrangement.

24       Okay, thank you.

25       I'm sorry, I interrupted you, sir.

1     MR. CHRISTENSEN:  Oh, no.

2   BY MR. CHRISTENSEN:

3   Q.   Cruise Connections provided the World Bank of Canada cash

4   flow projections during the summer of 2008, correct?

5   A.   That's correct.

6   Q.   One of those we looked at early on this morning in Exhibit

7   2.  Do you have that in front of you?

8   A.   I'm sure I do.

9   Q.   Close to the bottom of the stack.

10     On the cover page Ms. Edwards writes to you and the two

11   Mr. Sloanes, I understand that -- and this is the third line

12   after the Hi Phillip is the first line.

13     It says "I understand that Tracey has walked you through

14   this question mark, question mark.  T.K. provided me with the

15   numbers."

16     Do you see that?

17   A.   I do.

18   Q.   T.K. is referring to you?

19   A.   It is.

20   Q.   You provided Ms. Edwards with the numbers in this spread

21   sheet attached behind that first page, correct?

22   A.   I provided some of these numbers, not all of the numbers.

23   Q.   These were the numbers that Cruise Connections submitted

24   to the Royal Bank of Canada?

25   A.   Phillip Sloane did the communications, so I am not sure if

these were the numbers that he submitted.

Q.   Do you have any reason to doubt these numbers were

submitted to the Royal Bank of Canada?

A.   I don't.  You are just asking if I know, and I don't.

Q.   Understood.

     If you turn to the second page, the breakout spread sheet.

There is a budget for recycling of $440,000 you see on line

six, correct?

A.   Correct.

Q.   There is a budget for solid garbage removal on line seven

for $440,000, correct?

A.   Correct.

Q.   For those two, it would be a total of $880,000, correct?

A.   Correct.

Q.   If you go down about two-thirds of the geographic way down

the page also in the budget column, there is a folded on board

revenue breakage, OBR, it says hell ship only.

     Do you see where I'm looking?

A.   I do.

Q.   It says underneath that 52 days, that would have been the

estimated days in one of the charters, right?

A.   Correct.

Q.   And that would be one of the charters of a Holland America

ship for use by the RCMP, correct?

A.   Specifically the Statendam.

1   Q.    Times 1,248 it says packs.  I assume that is passengers,

2   correct?

3   A.    Correct.

4   Q.    Times $20 per person per day, correct?

5   A.    Correct.

6   Q.    Cruise Connections at this point was estimating $20 per

7   person per day in on board revenue, correct?

8   A.    That is not my projection.

9   Q.    Well, these were the numbers that you provided to

10  Ms. Edwards, correct?

11  A.    These, I didn't say that I provided all of these numbers.

12  And I'm looking up and the ship charters if that is correct,

13  that would have been one of the numbers that I would have

14  provided.

15      And I would have passed on the estimates of water bunkering

16  recycling from Mr. Webber, but I'm not saying that I remember

17  specifically saying that $20 per person per day.  That has not

18  been my consistent look at OBR.

19  Q.    Throughout the summer of 2008 Cruise Connections continued

20  to provide profit and cost projections to the Royal Bank of

21  Canada, correct?

22  A.    That's correct.

23          MR. CHRISTENSEN:  May I approach the witness?

24          THE COURT:  Yes.

25        (Defendant's Exhibit Number 6 was marked for

1  identification and received into evidence.)

2  BY MR. CHRISTENSEN:

3  Q.    Handed you what's been marked as Defendant's Exhibit

4  Number 6.

5       Mr. Kelly, this is an e-mail from Phillip Sloane to you and

6  assumevic at shaw dot is Ms. Edwards' e-mail address, correct?

7  A.    That's correct.

8  Q.    And Mike at Cruise Connections.com is Mr. Sloane's

9  address, correct?

10 A.    Mike Sloane's, yes.

11 Q.    On August 23rd, 2008 Phillip Sloane writes to you and says

12 about three-fourths of the way down his message, "OBR is

13 calculated at $15 per person per day for a 185,732 berth

14 nights," correct?

15 A.    That's correct.

16 Q.    And this number was also submitted to the Royal Bank of

17 Canada?  On or shortly after August 23rd, 2008, correct?

18 A.    I believe so.

19 Q.    Did you correct Mr. Sloane when he estimated that on board

20 revenue should be calculated at $15 per person per day?

21 A.    I did not.

22 Q.    After the contract with the RCMP terminated in November of

23 2008, you wrote to the Stacey Shaw of Royal Caribbean Cruise

24 Line in December of 2008 about assisting with the ISU charter

25 in response to the second RFP; is that correct?

```
 1   A.    That's correct.

 2   Q.    You proposed that Royal Caribbean use Cruise Connections

 3   as its agent in the second request for proposal that the

 4   Canadian Government issued for the cruise ship housing,

 5   correct?

 6   A.    Correct.

 7         (Defendant's Exhibit Number 7 was marked for identification

 8   and received into evidence.)

 9   Q.    Handing you --

10         MR. CHRISTENSEN:  If I may approach the witness?

11         THE COURT:  Yes.

12   BY MR. CHRISTENSEN:

13   Q.    That's been marked as Defendant's Exhibit 7.

14         Do you recognize this, Mr. Kelly, as your message to

15   Ms. Shaw of Royal Caribbean on December 16th, 2008?

16   A.    I do.

17   Q.    Would you turn to the last page, please.

18         In the third sentence on the page you write that Royal

19   Caribbean Cruise Line would receive quote on board sales

20   breakage open paren, the projected amounts of on board spend by

21   the ISU members is 20 to $25 per person per day unquote.

22         Did I read that correctly?

23   A.    Which line are you looking at?  You said the third line,

24   but the third line begins negotiate out --

25   Q.    The third sentence, the sentence begins in addition RCCL
```

1  receives the on board sales breakage, and then you put in

2  parentheses the projected amounts of on board spend by the ISU

3  members is 20 to 25 per person per day.

4      Do you see that?

5  A.   Are we on the same?  I'm on page 2.  Which page are you

6  on?

7  Q.   This should be page 3 at the bottom.  It's the last page.

8  A.   Okay.

9  Q.   Now we're on the same page.

10 A.   Literally.

11     Yes, I see it.

12 Q.   You had estimated in December of 2008 that the on board

13 revenue would be 20 to $25 per person per day, correct?

14 A.   I estimated with a different contract and a different

15 group managing this that the OBR would be different.  Again, it

16 was a proposal, it wasn't necessarily an estimate.  It was a

17 proposal.

18 Q.   You said the projected amounts of on board spend by the

19 ISU members is 20 to $25 per person per day, correct?

20 A.   Yes, with an additional margin of $50 per person per day.

21 Q.   You are familiar with the interrogatories that Cruise

22 Connections responded to in this litigation?

23 A.   I believe so.  There were quite a few of them.

24 Q.   I believe when last we got to speak you told me that you

25 verified the information in the interrogatory response number

1   10 with Phillip Sloane.

2       Do you remember that?

3   A.   From our deposition in Vancouver?

4   Q.   Yes?

5   A.   I don't remember.  I apologize, I do not remember exactly

6   that exchange.

7   Q.   Okay?

8   A.   I'm sure that that's accurate.

9           MR. CHRISTENSEN:  May I approach the witness, Your

10  Honor?

11          THE COURT:  Yes.

12      (Defendant's Exhibit Number 8 marked for identification

13  and received into evidence.)

14  BY MR. CHRISTENSEN:

15  Q.   Handing you what's been marked as Defendant's Exhibit 8.

16      Do you recognize this document, sir?

17  A.   I do.

18  Q.   If you would turn to page 6, please.

19      Under the second entry under income on page 6 it says on

20  board revenue in parentheses, $54 times 185,732 room nights.

21      Do you see that?

22  A.   I do.

23  Q.   There's a total over on the right hand side of

24  $10,029,528, correct?

25  A.   Correct.

1    Q.   This was Cruise Connections' best estimates of what the on

2    board revenue generated would be?

3    A.   Correct.

4              THE COURT:  Can I ask a question?

5          Is that U.S. dollars?

6              THE WITNESS:  It is.

7              THE COURT:  Or did you not even think in terms of the

8    difference?

9              THE WITNESS:  I didn't really think in terms of the

10   difference.

11             THE COURT:  Okay.

12             THE WITNESS:  I believe you noted earlier, Your

13   Honor, earlier that it was almost an even exchange.

14             THE COURT:  Close.

15   BY MR. CHRISTENSEN:

16   Q.   Do you recall that I asked you at your deposition the

17   basis for the estimate of $54 per person per day?

18   A.   I'm sure that you did.

19   Q.   And you told me that Cruise Connections should have

20   doubled that number?

21   A.   As I explained, I think that we could have doubled that

22   number.

23   Q.   You told me that the $54 estimate is a number that you

24   were disappointed with because you thought that number should

25   be double that, correct?

1  A.    I said, yes.

2  Q.    You testified that Cruise Connections' estimate should

3  have been somewhere between $90 and a $100 per person per day

4  for on board revenue, correct?

5  A.    What I was trying to say, if I didn't clarify, was that we

6  believed that we could generate if in control of the on board

7  programs that we could generate that type of revenue.

8       And I also believed that what I was trying to point out is

9  that this was a conservative just like my examples earlier

10 today, this was a conservative estimate on what OBR was.  Not

11 that I should have pumped this up for this document.  More that

12 we believed very strongly we could achieve this number or even

13 a higher number.

14 Q.    Your testimony was that Cruise Connections' estimate

15 should have been 90 to $100 per person per day in on board

16 revenue, correct?

17 A.    I'm trying to clarify that, but yes.

18 Q.    In this interrogatory number 10, you said that Cruise

19 Connections' best estimate of the on board revenue would have

20 earned is the $10,029,528 figure, correct?

21 A.    Correct.

22 Q.    What is the difference between that and the $8,738 -- I'm

23 sorry -- $8,738,840 in on board revenue on Defendant's Exhibit

24 1?

25 A.    I'm not sure.  I would have to go back and look at the two

1   numbers.

2       One I believe were calculating on a different number of

3   room nights here.  So this one is calculating on 185,732 room

4   nights.

5       I believe you have my document so I can't look at it, but I

6   believe that document right there, if you just pull up a little

7   bit.  Little bit to your left.  And up a little bit more.

8   Total.  Up.

9           THE COURT:  That's down, push it up.

10  BY MR. CHRISTENSEN:

11  Q.    Sorry.

12  A.    There we go.  Total ALBDs of 181,688.

13  Q.    That's this number here, the 181,688?

14  A.    That's correct.

15  Q.    Why the difference between the numbers that were verified

16  in the interrogatory and the numbers that on your notes that

17  you brought with you today?

18  A.    These were my calculations, so I'm not quite sure, but I

19  -- this has to do specifically with the ISU, RFP.  So 44 days

20  against 1252 and then 30 days times, I think it's 20, 2100 for

21  the RCI ships times two.

22  Q.    Neither of these estimates is based on the actual

23  information from the cruise lines for the ISU charter, correct?

24  A.    Well, we didn't have the actual information from the

25  Cruise Lines until you just recently provided them.

1   Q.   Right, but you provided these figures after you received

2   information from the Cruise Lines, correct?

3   A.   These numbers were based on 25 years of experience.  These

4   numbers were not drawn lightly.  At least there are many, many

5   examples where this is a conservative estimate of what could

6   have been done.

7            THE COURT:  Are we talking about the number of nights

8   here that we're debating or are we talking about the value?

9            MR. CHRISTENSEN:  The total value.

10            THE WITNESS:  The 54.

11            THE COURT:  The 54 per day as opposed to 175 or 15.

12            MR. CHRISTENSEN:  The room nights are what they are.

13            THE COURT:  Yes, yes.  I just wanted to be sure that

14   I knew what the debate was about. I wanted let's say to have

15   the record more clear as to what it was you were debating

16   about.

17   BY MR. CHRISTENSEN:

18   Q.   Do you understand that Carnival Cruise Lines realized

19   $221,820 in gross OBR from the ISU charter?

20   A.   I realized that that is what your document states.

21   Q.   It is not our documents, but the documents from Carnival

22   Cruise Lines, correct?

23   A.   Correct.

24   Q.   Do you have any reason to doubt that?

25   A.   No.  I think I actually gave you a great example.  If you

```
1   -- my example was if you go to the grocery store and the door

2   is locked and the lights are out, you can't buy any groceries.

3   Q.   That's correct?

4   A.   When you look at those numbers, you can see that there are

5   a tremendous amount of zeros from all of the revenue sources on

6   board that ship.  So that was really my point.

7   Q.   If the grocery store has sales, it means that the door was

8   not locked, correct?

9   A.   I beg your pardon?

10  Q.   To stick with your analogy if the grocery store has sales,

11  it means the doors must not have been locked, correct?

12  A.   If the doors are unlocked and the lights are on and

13  there's sales going on, that's correct.

14  Q.   And Carnival reported sales, correct?

15  A.   Not from every area, not from every revenue area that I

16  can see.

17  Q.   I'm just looking at OBR total.  Carnival reported $221,000

18  in sales, correct?

19            THE COURT:  The answer is yes.  They did.

20            THE WITNESS:  Yes.

21            THE COURT:  That's an in, unalienable fact almost.

22        Inalienable?  Whatever.

23  BY MR. CHRISTENSEN:

24  Q.   So your on board, if each of the ships that are in

25  $221,000 we would be at approximately $665,000 in total on
```

1  board revenue for the three Cruise Lines that the ISU actually

2  chartered, correct?

3  A.   I believe your math.

4  Q.   And the OBR estimate you provided is about 15 times the

5  actual OBR, correct?

6  A.   Yes.

7  Q.   Have you read Mr. Snitzer's report?

8  A.   I have.

9  Q.   You are aware that he stated that Carnival Cruise Lines

10  disclosed 2010 net on board and other revenue yield of $39.52

11  per person per day?

12  A.   Yes.

13        THE COURT:  Is that on this charter or generally?

14        MR. CHRISTENSEN:  That is generally.

15        THE COURT:  Okay.

16        MR. CHRISTENSEN:  On its normal cruise operations for

17  all of 2010.

18        THE COURT:  Okay.

19  BY MR. CHRISTENSEN:

20  Q.   So it's your testimony that Cruise Connections would be

21  able to obtain significantly more than what the Cruise Lines

22  actually obtained in their regular course of business?

23  A.   I do.  Not only that, I don't think that number represents

24  what Royal Caribbean's average on board revenue.  Nor does it

25  break out Holland America's on board revenue.  It is a wash

1  against a very large conglomerate of ships.

2          THE COURT:  Does Cruise Connections still own Holland

3  America?

4          THE WITNESS:  Carnival Cruise Lines?

5          THE COURT:  Carnival Cruise Lines.

6          THE WITNESS:  Carnival Cruise Lines Corporation, they

7  own Holland America, Cunard, Princess, Costa.

8          THE COURT:  Oh, yes, Costa.

9  BY MR. CHRISTENSEN:

10 Q.   I think you said you expected the ISU personnel to spend

11 greater amounts for OBR because the members of the RMCP and

12 Canadian forces are a high affinity group?

13 A.   That's correct.

14 Q.   I think you listed various areas of on board revenue

15 generation including internet connectivity, right?

16 A.   That's correct.

17 Q.   Laundry services?

18 A.   Correct.

19 Q.   Sale of alcohol?

20 A.   Yes.

21 Q.   Food sales?

22 A.   Yes.

23 Q.   Spa treatments?

24 A.   Yes.

25 Q.   Short excursions?

```
 1  A.    Yes.

 2  Q.    You had estimated $54 per day; is that correct?

 3  A.    Yes.

 4  Q.    Fifty-four dollars per person per day, correct?

 5  A.    Correct.

 6  Q.    And total on board revenue for the time that the three

 7  ships were in port in Vancouver for the olympics, correct?

 8  A.    That's correct.

 9  Q.    I believe you testified going back to the internet, that

10  internet would have been $10?

11  A.    I said actually that at $10.  I didn't testify that it

12  would be $10.

13      I was trying to give a simple example that internet and

14  laundry if each were $10 a piece, that's, that's nearly four

15  million dollars in on board revenue with two small items.

16          THE COURT:  You're talking about wireless internet to

17  all of the cabins or what?

18          THE WITNESS:  Wireless or depending on the ship

19  configuration a plug in cable.

20          THE COURT:  Okay, but in the cabins?

21          THE WITNESS:  In the cabin.

22  BY MR. CHRISTENSEN:

23  Q.    So what portion of this $54 person per day would be

24  attributed to the internet?

25  A.    We could say $10.
```

1   Q.   Hum?

2   A.   We could say $10, that would have been fair.

3   Q.   How about for laundry?

4   A.   I believe that that was 12, $12 per person per day.

5   Q.   Twelve dollars per person per day?  Now we're at 22,

6   should be 32 if my math is right?

7            THE COURT:  Twenty-two.

8            MR. CHRISTENSEN:  Twenty-two.  Thirty-two?

9            THE COURT:  Twenty-two.

10           MR. CHRISTENSEN:  Fifty-four minus 22?

11           THE COURT:  Oh, I'm sorry.  You are minusing, I

12   thought you were adding.  The answer is different depending on

13   whether you are adding or subtracting.

14           MR. CHRISTENSEN:  Apologies.

15           THE COURT:  My apologies.  I am sorry.  I should let

16   lawyers try their own cases, I try very hard.

17   BY MR. CHRISTENSEN:

18   Q.   So the 32 remaining per person per day for on board

19   revenue, how much of that would be attributed to alcohol?

20   A.   Probably 15.

21   Q.   What is that based on?

22   A.   The bars as well as a glass of wine with dinner.

23   Q.   But where does the $15 out of the $54 for alcohol come

24   from?  What are you basing that on?

25   A.   It's a very conservative estimate.  Bar is one of the

1    highest performing on board revenue streams for the ships.

2    Q.   What is your basis for saying $12 per person per day for

3    laundry out of the $54?

4    A.   Those are discussions I had previously with Holland

5    America.

6    Q.   What about the $10 per person per day for internet out of

7    the $50 per person per day, what is that based on?

8    A.   A reasonable cost.  That had not been negotiated yet but

9    it was requested.

10   Q.   So going back to the $15 per person per day for alcohol

11   what was that based on?  I know you told me it was bar and wine

12   and so forth.  How do you derive $15 out of the 54?

13   A.   I would assume that means two drinks.

14   Q.   Two drinks per day?

15   A.   Two drinks per person per day.

16   Q.   So now we're down to $17 per person.  How much of the $17

17   per person per day was attributed to spa treatment?

18   A.   Average spa treatment is around $100, so if we said $10.

19   Q.   All right, $7 per person per day.  How much -- before I

20   get there, what is your basis for $10 out of the $54?

21   A.   For spa treatment?

22   Q.   Uh-hmm?

23   A.   Again, it's kind of a historical about the availability.

24   It's haircuts, hairdos, it's hair color, it is nails, massage.

25              THE COURT:  And some of those things cost a lot more

1    than $10.

2              THE WITNESS:  Yes, they do.

3              MR. CHRISTENSEN:  People would not be getting them

4    every single day.

5              THE WITNESS:  That's why it is advertised.

6              THE COURT:  But when fewer people spend a lot of

7    money, I don't know what they would do.  If this group would do

8    that.  But it's, I can almost take judicial notice of the fact

9    that spa treatments will cost more than $10.

10             MR. CHRISTENSEN:  Understood.

11             THE COURT:  How's that?  Not quite, but almost.

12   BY MR. CHRISTENSEN:

13   Q.   And so the remaining $7 per person per day, what portion

14   of that is for food sales?

15   A.   We were going to provide lunches at $10, box lunches, $10

16   a day.  Not everybody would take them every day.  That would

17   probably be maybe on average would be $3.

18   Q.   Now we're at $4 per person per day.  What portion of the

19   remaining $4 per person per day would be attributed to short

20   excursions?

21   A.   We have not hit sundries yet.  So sundries are toothbrush,

22   antiperspirant, T-shirts, those kinds of things.  That would

23   probably be $5 per person per day.

24   Q.   What is that number based on?

25   A.   Historical.

1  Q.   People on a cruise ship spend about $5 per person per day?

2  A.   No, not necessarily.  But remember, these people were

3  going to be gone a lot longer than a week.  And you're also in

4  a remote location.  So when you run out of antiperspirant,

5  forgive me, you run out of antiperspirant.  You need to take

6  care of these things.  So it really is a matter of just our

7  projection of what the needs would be.

8  Q.   Would these, the personnel on the ship have opportunities

9  to buy such sundries off the ship?

10 A.   If they took our coaches to the stores, yes, they would.

11 Q.   But they were all leaving the ship every workday any way

12 weren't they?

13 A.   And heading directly to their assigned post.  They didn't

14 have access to cars.

15 Q.   They weren't permitted to go anywhere on their own?

16 A.   I don't know.  I can tell you that the way it was

17 communicated to us is that they were to go from their, from the

18 ship on the days that they were assigned and to their post.

19 Q.   So you don't know whether they had other opportunities to

20 buy sundries on their own?

21 A.   On their days off, very possible.

22 Q.   But you believe they would be spending $5 per person per

23 day on sundries on the ship, correct?

24 A.   Correct.

25 Q.   Now we're at negative one.  Now we have exceeded the $54

1  per person per day.

2  A.    Uh-hum.

3  Q.    How much of the $54 is attributed to the shore excursion?

4  A.    This is my point, Mr. Christensen, which is this is a

5  conservative estimate.  I appreciate what you're doing here,

6  but your actually helping me make my point which is we haven't

7  even done shore excursions yet.

8      We would expect that we could offer two unique shore

9  excursions each week that people could participate in on their

10  days off.  We would have multiple opportunities because

11  people's shifts were different.

12     Those shore excursions were between 90 and a $120.  If we

13  wanted to say that it was 10 to $15 per person per day as an

14  aggregate, that would be fair.

15  Q.    Going back to the internet at the top, hadn't Cruise

16  Connections negotiated a flat rate for the cruise ships'

17  internet services?

18  A.    I believe so.

19  Q.    Cruise Connections requested a flat rate for unlimited

20  internet access, correct?

21  A.    Correct.

22  Q.    You wrote to Alexis Puma on September 3rd, 2008 requesting

23  a flat rate, correct?

24  A.    That sounds familiar.

25  Q.    You requested a rate of $2 per person per day, correct?

1   A.    Correct.

2   Q.    And the final charter agreement between Holland America

3   Line and Cruise Connections included that rate of $2 per person

4   per day, correct?

5   A.    Our net fare, sure, yes.

6   Q.    How do you get the difference between $10 internet per

7   person per day and the $2 of flat rate of $2 per person per day

8   for internet that you agreed with the Cruise Lines?

9   A.    So it, what we negotiate the rate for and what we sell the

10  rate for there is a variance.  And again, we are doing a, we're

11  doing a process here for you to get down to what is $54.  So

12  I'm using examples, not hard numbers.

13  Q.    So none of these numbers we've gone through today are hard

14  numbers?

15  A.    No, I think these numbers are good estimates but they're

16  estimates.

17  Q.    Do you recall discussing within Cruise Connections the

18  need to keep the internet cost low or you would risk losing all

19  of the on board revenue?

20  A.    All of the on board revenue for the internet?

21  Q.    Yes?

22  A.    Yes.

23         MR. CHRISTENSEN:  May I approach?

24      (Defendant's Exhibit Number 9 was marked for

25  identification and received into evidence.)

```
 1            THE COURT:  Yes.

 2   BY MR. CHRISTENSEN:

 3   Q.    I hand you what has been marked as Defendant's Exhibit 9.

 4   This is e-mail from Ms. Edwards to you on September 3rd, 2008,

 5   correct, with a subject line breaking rules, correct?

 6   A.    Yes.

 7   Q.    She writes under the background section to you there is a

 8   requirement of the military that they provide for all deployed

 9   members free internet access, correct?

10   A.    Yes, that's correct.

11   Q.    She notes about halfway down the page she says Andy

12   advised that -- do you know who Andy is that she is referring

13   to?

14   A.    I do not.

15   Q.    It says Andy advised that if the rates are too high for

16   the cruise line, they will be approaching Bell Olympic sponsor

17   to set up a free internet cafe inside of the lobby of

18   Ballentyne, correct?

19   A.    That's what it says.

20   Q.    "They have not yet approached Bell but have been given the

21   name of the person who could do this for them as Bell is

22   looking for good news stories and as everyone loves the

23   military, then Bell will likely jump at this.  If we end up

24   with an internet cafe inside of the pier we stand to lose the

25   internet fee OBR from all three ships," correct?
```

1  A.    Yes.

2  Q.    That was the Cruise Connections' concern at this time in

3  September of 2008?

4  A.    This was Sue's concern.

5  Q.    And you did not share her concern?

6  A.    I'm saying that I don't know what too high is.

7  Q.    Ten dollars a day for internet access for members of the

8  Canadian forces or RCMP is not too high in your estimation?

9  A.    Again, you have asked me in kind of an off the cuff to

10  come up to how could you get to 54.  I've done that.

11      And now you're comparing that to a document that is a

12  number of years old.  And also, we didn't finalize and this

13  document doesn't say what is too high.  Perhaps $10 is not too

14  high.

15  Q.    That's why I'm asking?

16  A.    Perhaps $6 is the number, I don't know.

17  Q.    I'm asking you if your testimony today here is that $10 is

18  not too high to charge members of the RCMP and Canadian forces

19  for internet access?

20  A.    This is something that we would negotiate with the ISU.

21  It would be done on a collaborative forum.  We would find that

22  happy medium.

23  Q.    The laundry services were also part of the OBR, correct?

24  A.    That's correct.

25  Q.    You requested that Holland America Lines provide a flat

1   rate package of $3 per day for laundry services, correct?

2   A.   Correct.

3   Q.   You agreed with the cruise line for unlimited laundry

4   charge of $3 per person per day in the charter agreement

5   between Cruise Connections and Holland America, correct?

6   A.   Correct.

7   Q.   And so how do you get to the difference between the $3 per

8   person per day that Cruise Connections was being charged by the

9   cruise lines and the $12 in on board revenue out of the 54?

10   A.   So this laundry is also kind of a, both laundry and dry

11   cleaning and we decided that both would be needed.  So the

12   laundry was a smaller number and the dry cleaning was a larger

13   number.

14          THE COURT:  Can I ask a question?

15          On these ships did passengers, would passengers be doing

16   their own laundry at machine or would someone come and get it

17   and take it away?

18          THE WITNESS:  Someone would come and get it and take

19   it away.

20          THE COURT:  Thank you.

21   BY MR. CHRISTENSEN:

22   Q.   That was provided for in the charter party agreement?

23   A.   Beg your pardon?

24   Q.   Was that provided for in the charter party agreement?

25   A.   No, it was not.  It was a request afterwards, I believe.

1   Q.   A request by whom?

2   A.   Kelly Meikle.

3   Q.   That the laundry services be one in which someone would

4   come pick up laundry?

5   A.   That they wanted to negotiate a rate that everyone could

6   participate in.

7   Q.   I think I was trying to follow up on the Judge's question

8   that under the charter party agreement, the laundry service

9   that would be provided is not one in which members of the RCMP

10  would do their own laundry, is that your testimony?

11  A.   I want to make sure I understand your question.

12      Are you saying in the CPA, did the charter party agreement

13  include laundry service?

14  Q.   No?

15  A.   Because it did not include laundry service.

16  Q.   Did not include laundry service at all?

17  A.   That's correct.

18  Q.   Do you mind turning back to Exhibit 4.  Plaintiff's

19  Exhibit 4 I should specify.  So it should have a yellow tag on

20  it.

21  A.   This has Exhibit 4.

22  Q.   It should say Plaintiff's Exhibit 4.  We now have two

23  Exhibit 4s.  One is plaintiffs, one is defendants.  Should be

24  close to the bottom of the stack if they're in order.

25          MR. CHRISTENSEN:  If I may approach, I could help you

1  find it?

2          THE COURT:  It looks like this.  This is the one you

3  mean?

4          MR. CHRISTENSEN:  Yes, Your Honor.

5          THE COURT:  Plaintiff's Exhibit 1 was the contract,

6  right?

7          MR. CHRISTENSEN:  Yes.

8          THE COURT:  Is that right?

9          MR. CHRISTENSEN:  It's right there on top.  There you

10 go.

11 BY MR. CHRISTENSEN:

12 Q.  Plaintiff's Exhibit 4 I believe you testified earlier is

13 the charter party agreement that Cruise Connections entered

14 into with Holland America Line for the Statendam, correct?

15 A.  Correct.

16 Q.  If you turn to page 5 of 24, please.

17    Are you there, sir?

18 A.  I am.

19 Q.  If you look at paragraph 13 about a third of the way down

20 the page?

21 A.  I see it.

22 Q.  It says owner, that's referring to Holland America,

23 correct?

24 A.  Correct.

25 Q.  "Owner will provide unlimited laundry, pressing and dry

1  cleaning for all guests on board the vessel for 44 days while

2  in Vancouver at a rate of U.S. dollars 165,264.  Charter shall

3  pay such fee to owner on or before December 15th, 2009;" is

4  that correct?

5  A.   That's correct.

6  Q.   The total amount of $165,264 over 44 days works out to be

7  3,756 per day, correct?  That sounds right?

8  A.   That sounds right.

9       THE COURT:  Less than a dollar a person.

10      MR. CHRISTENSEN:  It comes out to $3 per person.

11      There were a, 1,252 passengers multiplied by three is

12 3,756, multiplied by 44 --

13      THE COURT:  I thought there were 5,000 passengers.

14      MR. CHRISTENSEN:  This is for one ship, Your Honor.

15      THE COURT:  I'm sorry, never mind.

16      MR. CHRISTENSEN:  Approximately for all three.

17      THE COURT:  Yes, I'm sorry, yes.  Okay.

18 BY MR. CHRISTENSEN:

19 Q.   So there weren't any separate dry cleaning charges between

20 Cruise Connections and Holland America, correct?

21 A.   We negotiated these rates, that's correct.

22 Q.   For the shore excursions there would be many olympic

23 events taking place during the time period of the charter,

24 correct?

25 A.   Correct.

1          THE COURT:  All of them.

2          MR. CHRISTENSEN:  Yes.

3          THE COURT:  One hundred percent.

4    BY MR. CHRISTENSEN:

5    Q.   One hundred percent of olympic activities were taking

6    place during the times of the charter.  That might be

7    judicially noticeable.

8          THE COURT:  That might be noticeable as well.

9    BY MR. CHRISTENSEN:

10   Q.   And there was no rule prohibiting the security personnel

11   from purchasing olympic tickets when they weren't working,

12   correct.

13   A.   That's correct.

14   Q.   So the security personnel weren't dependent on Cruise

15   Connections if they wanted to go to olympic events?

16   A.   If there were tickets available.

17   Q.   There were no written agreements in place that Cruise

18   Connections had for any shore excursions, correct?

19   A.   Between -- that's correct.

20   Q.   Was there any final approval from the RCMP for any of the

21   planned shore excursions?

22   A.   Other than they were, they supported the programs.  We

23   believe their approval was for us to go out and get the

24   programs.

25       Are you asking as did they repeatedly tell us that they

1 wanted us to go out and put programs together?

2 Q.   I think you already answered my question, I appreciate it.

3      Holland America Line, you worked for Holland America Lines

4 for how many years?

5 A.   I had two stints with Holland America from '88 to '93 and

6 then from 2003 to 2007.

7 Q.   You are aware that Holland America Lines has a strict rule

8 that it will not serve alcohol to anyone below the age of 21,

9 correct?

10 A.   That sounds right.

11 Q.   The rule applies even if the ship is docked in a country

12 where the drinking age is lower than 21, correct?

13 A.   Uh-hmm.

14 Q.   Carnival Cruise Lines has a similar rule that you have to

15 be over the age of 21 regardless of where the cruise lines are

16 located, correct?

17 A.   I believe so.

18 Q.   Do you know the ages of the security personnel who were

19 staying on the ships chartered by the RCMP?

20 A.   That information has, was never given to us.

21 Q.   What percentage of the security personnel were over the

22 age of 21?

23 A.   We were told that to be RCMP you had to have graduated

24 with a four year degree.  So I would assume a very high

25 percentage of those ISU members were 21 or over.

1   Q.   By whom were you told that?

2   A.   Kelly Meikle.

3   Q.   Canadian forces permits individuals age 17 and older to

4   join, are you aware of that?

5   A.   I was not.

6   Q.   Were you aware that in fact that the Royal Canadian

7   Mounted Police's minimum age is 19 years old?

8   A.   I beg your pardon?

9   Q.   Were you aware that in fact the Royal Mounted Police

10  Canadian Mounted Police's minimum age for joining is 19 years

11  old?

12  A.   I was not aware of that.

13  Q.   The security personnel were in Vancouver in order to

14  provide security for the winter olympics, correct?

15  A.   That's correct.

16  Q.   And the winter olympics were a high profile event?

17  A.   Yes, that's correct.

18  Q.   They provided security at the winter olympics was a highly

19  important task for the Canadian Government, correct?

20  A.   Yes.

21  Q.   The security personnel provided national security at the

22  various olympic events?

23  A.   That's my understanding.

24  Q.   They had demanding work schedules during their stay in

25  Vancouver, correct?

```
1   A.    I would assume so.

2   Q.    Vacationers on a typical cruise don't have such demanding

3   work obligations during their stay on cruise ships, do they?

4   A.    I, I would agree that they are not, it's not, it's not the

5   same.

6   Q.    Did you factor in the security personnel's work

7   obligations to your alcohol sales estimate?

8   A.    We did.

9   Q.    How did you do that?

10  A.    We talked about days on and days off and that there would

11  be higher consumption on the days off, lower consumption on the

12  days on.

13  Q.    Security personnel could go into downtown Vancouver if

14  they wanted to visit bars couldn't they?

15  A.    If they had transportation.

16  Q.    Hum?

17  A.    If it was their time off.

18  Q.    They weren't dependent on the cruise ship if they wanted

19  to purchase alcoholic drinks, right?

20  A.    It was the direction that, that the ISU management said

21  which is that they didn't want them literally in the bars and

22  amongst tourists and press.

23  Q.    The agreement between the RCMP and Cruise Connections

24  covered the cost of meals for security personnel, right?

25  A.    They covered the cost of meals in the Leedo.
```

1            THE COURT:  Meals and what?

2            THE WITNESS:  In the Leedo Restaurant.

3            THE COURT:  Okay.

4    BY MR. CHRISTENSEN:

5    Q.   And Cruise Connections intended to arrange separate

6    special dinners for the security personnel?

7    A.   Correct.

8    Q.   How much of the $54 per day would have been attributed to

9    the special dinners?

10   A.   You know, at this point I'm throwing numbers down here

11   without my original work sheet.  And I am, I can make an

12   estimate to that, but I don't know what the right -- if we said

13   that those dinners were $20 per person, and someone did one of

14   those dinners during their time off which would be once every

15   four days as the way the schedule was relayed to us, so every

16   eight days they would do it twice, that's 40 divided by eight.

17   Q.   How much of the 54 per person per day would be attributed

18   to the special meals?

19   A.   So I would say five.

20   Q.   Five dollars per person per day.

21       I think you testified earlier that you researched the

22   salaries of RCMP members, correct?

23   A.   I said that they were shared with us.

24   Q.   By whom?

25   A.   Kelly Meikle.

1  Q.   I think you testified earlier that your research showed

2  that salaries, starting salaries were close to $80,000; isn't

3  that correct?

4  A.   That's what I recollect.

5  Q.   After those starting salaries they quickly rise to, 80 to

6  $90,000 per year?

7  A.   I think I said 90 to a 100.

8  Q.   And that was, those numbers were the basis for your

9  estimations about what members of the RCMP could afford to

10  spend on the cruise ships, correct?

11  A.   No.  They were contributing, they were contributing data

12  but not the sole.

13  Q.   I didn't mean to suggest sole.  They are certainly an

14  important factor in how much disposable income the RCMP members

15  have to spend on the ships, correct?

16  A.   Yes.  And also my experience which I have mentioned

17  before, you also have two people living in a very, a state room

18  on board a ship is a fairly confined space, and so you want to

19  find activity to get them out and explore on the ship.

20        MR. CHRISTENSEN:  May I approach the witness, Your

21  Honor?

22        THE COURT:  Yes.

23      (Defendant's Exhibit Number 10 was marked for

24  identification and received into evidence.)

25  BY MR. CHRISTENSEN:

1  Q.   Handing you what has been marked as Defendant's Exhibit

2  10.

3            THE COURT:  Thank you.

4  BY MR. CHRISTENSEN:

5  Q.   This is downloaded from the RCMP website, an official

6  Government website of the regular member annual rates of pay on

7  the RCMP.  This is effective, oldest one available on line is

8  for 2011.

9       And you see the step one starting salary, Mr. Kelly, is

10 $48,104, correct?

11 A.   I do.

12 Q.   And the step two increase is the $62,501?

13 A.   I do.

14 Q.   In fact, the highest rate of pay for a constable in 2011

15 is $77,944, correct?

16 A.   According to this chart, yes.

17 Q.   What research did you do about what the salaries of the

18 Canadian forces members are?

19 A.   May I ask you a question?

20      How many of the ISU members were, were everybody a

21 constable?  Were there no corporals, sergeants, staff

22 sergeants, staff sergeant, majors, inspectors, were there no

23 other officers of the RCMP except the lowest grade?

24 Q.   Can you tell me whether you had those statistics?

25 A.   No.

1   Q.    Did you ever factor those statistics and do any cost

2   analysis?

3   A.    What I can tell you is that we looked at the olympics as a

4   once in a life time destination for the ISU members.  We

5   understood that we had two earners in a very confined space.

6   That we wanted to make a really wonderful experience for them

7   when they came there and especially during their off time.

8       We were told they were high earners and that programs like

9   this were being well received by, as we discussed them, they

10  were being well received by the RCMP procurement management

11  team.  We talked about this from our very first meeting with

12  the RCMP.

13  Q.    Sir, my question was whether you, it's really a yes, no

14  question, whether you had factored into your cost estimates to

15  your revenue estimates the percentage of RCMP personnel who are

16  constable, corporals, sergeant, staff sergeants and so forth?

17  A.    I did not.

18  Q.    I asked if you had the salaries for members of the

19  Canadian forces who are also staying on one of the cruise

20  ships?  It's correct that one of the ships had a number of

21  Canadian forces, correct?

22  A.    It was my understanding that the two larger ships would be

23  the ISU members, would be the Royal Canadian Mounted Police and

24  that the Statendam which was the smaller of the vessels would

25  house the CF, the Canadian forces.

1  Q.   Do you know whether the salaries for Canadian forces

2  members differ from the salaries for RCMP?

3  A.   I do not.

4  Q.   Did you factor in the salary range of the Canadian forces

5  members into any revenue analysis?

6  A.   I did not.

7       THE COURT:  Had you, have you ever seen this document

8  before, sir?

9       THE WITNESS:  I have not.

10      MR. CHRISTENSEN:  May I approach the witness, Your

11 Honor?

12      THE COURT:  Yes, sir.

13      (Defendant's Exhibit Number 11 was marked for

14 identification and received into evidence.)

15 BY MR. CHRISTENSEN:

16 Q.   I have handed you what's been marked as Defendant's

17 Exhibit 11.  This is also I'll represent a printout from a

18 Government of Canada website of the pay scales for

19 non-commission members of the regular force of the Canadian

20 forces.

21   Ask you whether you have ever seen this before?

22 A.   I have not.

23 Q.   You did not factor into account that the lowest paid

24 member of the Canadian force is a private would start at

25 $31,956 per year which is the monthly pay of $2,663 times 12,

1   you see at the very top?

2       Did you factor in to your, any analysis that the Canadian

3   forces members pay starts at just under $32,000 a year?

4   A.   We did not.

5   Q.   And that it caps out at the highest paid at the bottom of

6   the page at $97,620 per year?

7   A.   Is that for the chief warrant officer?

8   Q.   Yes, the chief warrant officer, specialist two after four

9   years experience earns $8,135 per month and that if my math is

10  correct, that's $97,620 per year.

11  A.   Did I calculate that?  I did not.

12  Q.   Did you factor that into any revenue analysis at all?

13  A.   No.

14  Q.   Cruise Connections was under a confidentiality agreement

15  with the RCMP?

16  A.   That's correct.

17  Q.   So you couldn't share information with Ms. Ladwick of AA

18  Worldwide Travel until she signed a confidentiality agreement,

19  correct?

20  A.   That's, I couldn't share any information about the ISU

21  charter, that's correct.

22          THE COURT:  But you gave her the beginning and

23  closing dates and stuff like that?

24          THE WITNESS:  Which were not ISU charters.  The ISU

25  charter began in Vancouver.

1          THE COURT:  I see, yes, okay.

2   BY MR. CHRISTENSEN:

3   Q.    Well, why would you need to send her the ISU?  Why would

4   you need to share information with her about the ISU charter?

5   A.    I wouldn't.

6   Q.    So why did you tell her that you couldn't share any

7   information until she signed a confidential agreement?

8   A.    I don't, I would say that that was awhile ago, and I don't

9   remember the exact rational except that our negotiations we

10  didn't want to have, as a general business rule, we didn't want

11  to have this shared.  If we negotiated a deal with Colleen, we

12  didn't want this exposed into the market place.

13          MR. CHRISTENSEN:  May I approach the witness, Your

14  Honor?

15          THE COURT:  Yes, sir.

16      (Defendant's Exhibit Number 12 was marked for

17  identification and received into evidence.)

18  BY MR. CHRISTENSEN:

19  Q.    Handing you what's been marked as exhibit, Defendant's

20  Exhibit 12.  This is an e-mail from you to AA Worldwide on

21  November 3rd, 2008, correct?

22  A.    Correct.

23  Q.    You say "Hi Colleen, good to hear from you.  I'm going to

24  send you a confidentiality agreement today and attachment

25  because we CCCM are under a confidentiality agreement with the

1  Canadian Government.  Before we can share any information, I

2  will need your signature."

3      Did I read that correctly?

4  A.   Yes, you did.

5  Q.   Did you send Ms. Ladwick a confidentiality agreement?

6  A.   I believe I did.

7  Q.   Did she sign a confidentiality agreement?

8  A.   I do not know off the top of my head at this point.

9  Q.   You don't know whether you ever got one back?

10  A.   I do not.

11  Q.   How much longer after this e-mail did Cruise Connections

12  work with AA Worldwide Travel?

13  A.   Until our contract was terminated.

14  Q.   Until your contract with the RCMP was terminated?

15  A.   Correct.

16  Q.   So approximately another two weeks?

17  A.   Yeah.

18  Q.   How long had Cruise Connections been working with AA

19  Worldwide Travel on repositioning cruises?

20  A.   I believe that there are correspondence back as early as

21  March of 2008.

22          THE COURT:  We have about ten minutes before the end

23  of the day.

24          MR. CHRISTENSEN:  I'm sorry?

25          THE COURT:  I said that we have about ten minutes

 1  before the end of the day.

 2       You and I need to raise our voices.

 3       MR. CHRISTENSEN:  Sorry.

 4       Thank you, Your Honor.

 5       THE COURT:  You're welcome.

 6       I think we may not be done in four days at the rate

 7  we're going.

 8       MR. CHRISTENSEN:  I think I will not be finished in

 9  ten minutes but not much.

10       THE COURT:  Neither was Mr. Green done in an hour and

11  a half.

12       MR. CHRISTENSEN:  Understood.

13       THE COURT:  Go ahead.

14  BY MR. CHRISTENSEN:

15  Q.   If you could turn back, please, to Plaintiff's Exhibit 7.

16  It should have a yellow sticker on it.

17  A.   I believe I have it.

18  Q.   Okay, thank you.  If you could turn to the page marked

19  CCCM 011910 at the bottom.  It should be three pages from the

20  end of the exhibit.  It's not so easy to read but this is how

21  it was produced to us.

22     At the top of the page about five lines down you'll see an

23  e-mail under original message from you to AA Worldwide Travel.

24     Do you see that?

25  A.   I do.

1  Q.   That's dated Monday, July 28th, 2008?

2  A.   Uh-hmm.

3  Q.   At the bottom of the page about three lines of text up

4  there is another original message and there is an e-mail from,

5  undated e-mail from AA Worldwide saying Hi Tracey?

6  A.   Correct.

7  Q.   I believe that's the earliest e-mail on this?

8  A.   On this chain?

9  Q.   Yes?

10 A.   Uh-hmm.

11 Q.   And it's the, do you know when that e-mail at the bottom

12 of the page was sent to you?

13          THE COURT:  In July.

14 BY MR. CHRISTENSEN:

15 Q.   Is it fair to say that it was sent to you in July of 2008?

16 A.   I honestly couldn't tell you.

17 Q.   Do you, did you have e-mail communication with AA

18 Worldwide prior to the e-mails at the end of this e-mail chain?

19 A.   I did my best to turn all of my relative communications

20 over.  So if I do, it is, it is in the concise amount of papers

21 that we all have been reviewing.

22 Q.   So if this bottom e-mail was sent in July of 2008 and if

23 this is the earliest e-mail we have from AA Worldwide and your

24 earliest e-mail communications at least with AA Worldwide were

25 in July of 2008?

A.    This e-mail belays that there's been prior communications.

She refers to a conversation she had with Johnnie Yueng who is

with the consortium, several times about my idea for a full

charter theme cruises, been very supportive, encouraged.

Q.    So prior to this date you believe it was limited to

telephone communication?

A.    I would like to be able to give you an accurate answer and

I just cannot.

Q.    Okay, thank you.

      Did you coordinate with AA Worldwide Travel and the vendors

it was arranging for on repositioning cruise?

A.    There were, Worldwide was putting together a package of

premium services and that was under her responsibility.

Q.    Were you aware of how many vendors she was working with?

A.    I was not aware of the number of vendors.

Q.    You claimed in your testimony earlier today that you had

an oral agreement with --

A.    Correct.

Q.    -- Ms. Ladwick, but there were no written terms on how

Cruise Connections would be paid, were there?

A.    We had not been able to focus on putting the oral

agreement into writing.

Q.    But there were no terms on how Cruise Connections would be

paid, were there?

A.    There was an oral agreement about the amount and that, but

1  there were no terms as far as in what amounts and how many days

2  prior to the charter it would be fashioned similar closer to

3  the way we were fashioning typical, typical payments which is

4  90 days prior.

5  Q.   But there were no terms hammered out as to whether Cruise

6  Connections would be paid, right?

7  A.   You're asking two questions.  You asked if this was put

8  into writing and the answer to that is no.  You said did we

9  have a verbal agreement, the answer to that is yes.

10     In typical form when you are doing charter agreements it is

11  a prepaid.

12  Q.   In typical form when you are doing charter agreements they

13  are in writing, correct?

14  A.   They start as an agreement in negotiations, and then they

15  are solidified in writing, yes.

16  Q.   Did you ever work on a charter agreement at Holland

17  America that was never reduced to writing?

18  A.   I always put charter agreements into writing, but

19  sometimes it may take months to get to that point.  It didn't

20  mean that we didn't have a deal.  It just meant that we had not

21  solidified it in writing.

22  Q.   It ain't over until it's put in black and white on the

23  paper?

24  A.   I would like to say it ain't over until the money is put

25  in the pocket.

1  Q.   That sometimes is after it's put in writing?

2       You have never worked on a charter agreement while you were

3  at Carnival Cruise Lines that wasn't reduced to writing,

4  correct?

5  A.   And this charter would have been reduced to writing as

6  well.

7  Q.   But your answer about your work at Carnival is that you

8  never worked on a charter that had not been reduced to writing?

9  A.   It would be true of my work at Carnival, my work at

10 Princess or my work at Holland America.

11 Q.   None of the berths that Ms. Ladwick contemplated had been

12 sold to any passengers?

13 A.   I don't know that.  She mentioned that she had two groups

14 that were solidified.

15 Q.   But as far as you know, AA Worldwide Travel never entered

16 into any contracts with potential passengers for repositioning

17 cruise with Cruise Connections?

18 A.   I'm not, I do not know that.

19          THE COURT:  Had you ever done work with her before?

20          THE WITNESS:  I had not.

21 BY MR. CHRISTENSEN:

22 Q.   Cruise Connections would not be paid until the passengers

23 booked tickets on Ms. Ladwick's charter, correct?

24 A.   We would have received a deposit, a large deposit and then

25 payments, but all of the payments would have been paid in front

1  and she would have had to guarantee on the LOC just like

2  everything else.

3  Q.   Had you agreed on the amount of that deposit?

4  A.   That would have been what we put into writing, into a

5  contract.

6  Q.   But that was not part of your oral agreement?

7  A.   Our oral agreement was how much the ship was, and, and it

8  cut out a projection on the OBR.

9  Q.   AA Worldwide Travel was going to have the sole right to

10 the charter of the repositioning cruises, correct?

11 A.   That's correct.

12 Q.   There was going to be three to five stops on each

13 repositioning cruise between the original port in Vancouver or

14 between Vancouver and where it was going out?

15 A.   There would be a total of three stops.

16 Q.   So not four and not five?

17 A.   Not four, not five.

18 Q.   So it starts in one place, makes one, two, three stops and

19 then it's in Vancouver?

20 A.   No.  It starts in one place, makes one stop and it ends in

21 Vancouver.  Those are three ports.

22 Q.   Okay, thank you.

23           THE COURT:  Really, is that what you meant?

24           THE WITNESS:  Uh-hmm.

25           THE COURT:  It just made one stop somewhere along the

 1  California coast?

 2          THE WITNESS:  Actually, in Victoria.  That was the

 3  plan.  We were looking at adding a fourth stop to it which

 4  would probably have been Seattle.

 5          THE COURT:  Thank you.

 6       So it was really a trip.  I mean, you get on a ship and

 7  you stayed on the ship until you are almost there.

 8          THE WITNESS:  Exactly.  That's why we had very high

 9  expectations of on board revenue.

10          THE COURT:  Okay.

11  BY MR. CHRISTENSEN:

12  Q.   The AA Worldwide Travel was going to be providing on board

13  aminities, correct?

14  A.   Yes.

15  Q.   And all of those were going to be included in AA Worldwide

16  Travel's price?

17  A.   I believe that was the plan.

18  Q.   Individuals couldn't just reserve a cabin?  They had to

19  reserve an entire inclusive package, right?

20  A.   Again, that was AA Worldwide's.  How they were going to

21  market it to this affinity group.

22  Q.   They were going to charge between 4,000 and $10,000 per

23  person for each of the four day repositioning cruises?

24  A.   That's my understanding.

25  Q.   Had you agreed with AA Worldwide whether they would be

1    four day cruises or seven day cruises?

2    A.    That they would be four day cruises.

3    Q.    So the repositioning cruises were 96 hours long roughly?

4          THE COURT:  Well, they start at 7 P.M. and they end

5    at 9 A.M. or something like that.  I don't know how many hours

6    that is.  But it's clear that that's when they're suppose to

7    start and that's when they're suppose to end or at least that's

8    when the boat -- the ship is suppose to be turned over.

9    BY MR. CHRISTENSEN:

10   Q.    AA Worldwide and Cruise Connections had agreed that Cruise

11   Connections would receive about a 125 to a $150 per person per

12   day; isn't that correct?

13   A.    In on board revenue?

14   Q.    No, entirely?

15   A.    For the cruise fare I think it added up to about, between

16   a 125 and 150, somewhere around that number.

17   Q.    A 125 times the eight days, four days up, four days back,

18   times 1,252 berths is your 1,252,000 number, correct?

19   A.    That sounds right.

20   Q.    And the agreement with AA Worldwide is that that is all

21   Cruise Connections would receive out of this; correct?

22   A.    No, that's not true.

23   Q.    Are you aware that Ms. Ladwick testified that Cruise

24   Connections was to receive only about 125 to a $150 per person

25   per day?

```
 1  A.   I am sorry, I did not read that.  No.  There was an on

 2  board and she did not mention anything about on board revenue?

 3  Q.   No.  You have not read her transcript?

 4  A.   I've not.  I don't recall her transcript.

 5  Q.   Did you attend her deposition?

 6  A.   I did not.

 7           THE COURT:  Are you almost to another subject yet?  I

 8  don't want to cut you off in the middle of the subject.

 9           MR. CHRISTENSEN:  I have more.  It's the same subject

10  but more than a couple of minutes.

11           THE COURT:  Okay.  Well then, put a yellow mark where

12  you are and we'll pick up again in the morning.  I'm sorry,

13  when I'm in trial I just have other things that happen --

14           MR. CHRISTENSEN:  I understand.

15           THE COURT:  -- around me that I need go attend to.

16        Thank you, sir.  You can now get down off the stand.

17  And you have my permission to go have one drink and one glass

18  of wine with dinner.

19           THE WITNESS:  Thank you, Your Honor.

20           THE COURT:  Okay.  You understand that.

21           THE WITNESS:  I do, I will follow your direction.

22           THE COURT:  All right, as long as you understand

23  that.

24           THE WITNESS:  Your Honor, what should I do with these

25  documents?  Should I leave them here?
```

1           THE COURT:  I think that each side should recover

2     their own exhibits and preserve them because at the end of the

3     trial, you will have to turn them over all to Ms. White and she

4     will keep careful count and if she doesn't get them all, you're

5     in trouble and she's really scary.  Okay.

6           (Witness excused.)

7           MR. CHRISTENSEN:  The same admonition applies to the

8     witness about not discussing the testimony?

9           THE COURT:  Not over night.  Didn't you know that?

10    It doesn't work over night.  I have looked that up very

11    carefully.  So no, I'm not going to say that.

12          MR. CHRISTENSEN:  Understood.  Thank you.

13          THE COURT:  Thank you everybody.  Have a nice

14    evening.

15          MR. STRAUCH:  Thank you, Your Honor.

16          (Trial adjourned at 4:40 p.m.)

17                          -oOo-

18

19

20

21

22

23

24

25

```
1                            I-N-D-E-X

2                       Direct  Cross  Redirect  Recross

3  On behalf of the Plaintiff:

4  Tracey Kelly

5      By Mr. Green            38
       By Mr. Christensen             127
6

7                    M-I-S-C-E-L-L-A-N-E-O-U-S

8                                                  Page

9  Opening Statement by Mr. Strauch                  3

10 Opening Statement by Mr. Christensen             10

11

12                      E-X-H-I-B-I-T-S

13                           Marked    Received

14 On behalf of the Plaintiff:

15 Plaintiff Exhibit No. 1 and 2      51        51

16 Plaintiff Exhibit No. 3 and 4      61        61

17 Plaintiff Exhibit No. 5            65        65

18 Plaintiff Exhibit No. 6           101       101

19 Plaintiff Exhibit No. 7 and 8     115       115

20 On behalf of the Defense:

21 Defense Exhibit No.   1           128       128

22 Defense Exhibit No.   2           135       135

23 Defense Exhibit No.   3           137       137

24 Defense Exhibit No.   5           139       139

25 Defense Exhibit No.   6           146       146
```

EXHIBITS CONTINUED

|  | | Marked | Received |
|---|---|---|---|
| Defense Exhibit No. | 7 | 148 | 148 |
| Defense Exhibit No. | 8 | 150 | 150 |
| Defense Exhibit No. | 9 | 164 | 164 |
| Defense Exhibit No. | 10 | 176 | 176 |
| Defense Exhibit No. | 11 | 179 | 179 |
| Defense Exhibit No. | 12 | 181 | 181 |

CERTIFICATE

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____          _____
/s/Crystal M. Pilgrim, RPR                Date: January 2, 2014

**$**

$1,204,424 [6]   76/3 77/7
 77/20 78/4 78/19 78/20
$1,240,830 [1]   66/18
$1,660,221 [1]   24/21
$1.2 [1]   76/3
$10 [26]   16/13 79/15
 79/15 79/18 79/19 79/20
 79/23 88/12 88/12 88/16
 158/10 158/11 158/12
 158/14 158/25 159/2 160/6
 160/18 160/20 161/1 161/9
 161/15 161/15 164/6
 166/13 166/17
$10,000 [1]   189/22
$10,029,528 [2]   150/24
 152/20
$100 [4]   13/16 152/3
 152/15 160/18
$102,00 [1]   31/4
$108 [1]   13/13
$12 [3]   159/4 160/2 167/9
$12,489,968 [1]   65/1
$12,499,968 [1]   65/14
$120 [1]   163/12
$121,902 [1]   24/9
$127 [1]   114/25
$13,174,691 [3]   123/7
 128/11 128/14
$130 [1]   113/6
$15 [8]   12/19 14/14
 147/13 147/20 159/23
 160/10 160/12 163/13
$150 [4]   109/13 109/16
 190/11 190/24
$165,264 [1]   170/6
$17 [2]   160/16 160/16
$18,167,100 [1]   66/17
$2 [4]   163/25 164/3 164/7
 164/7
$2,000,000 [1]   65/7
$2,408,840 [3]   64/25 65/9
 75/23
$2,663 [1]   179/25
$2.4 [1]   75/23
$20 [5]   88/18 146/4 146/6
 146/17 175/13
$200 [1]   91/7
$200,000 [2]   24/11 89/21
$220,610 [1]   24/19
$221,000 [5]   17/9 17/14
 17/15 155/17 155/25
$221,820 [1]   154/19
$246,000 [1]   24/14
$25 [5]   12/25 13/2 148/21
 149/13 149/19
$25,737,930 [1]   66/21
$298 [3]   55/12 80/2 112/6
$3 [5]   161/17 167/1 167/4
 167/7 170/10
$3,165,000 [4]   81/19 82/8
 82/13 82/16
$300 [1]   91/7
$31,956 [1]   179/25
$32,000 [1]   180/3
$33 [1]   88/24
$38,237,898 [1]   67/6
$39 [1]   14/6
$39.52 [1]   156/10
$4 [2]   161/18 161/19

$415,332 [1]   23/17
$420,000 [2]   145/7 145/11
$45 [1]   16/9
$45,000 [1]   31/8
$47,291,360 [2]   54/7
 54/14
$48,104 [1]   177/10
$49.84 [1]   12/16
$5 [5]   79/17 79/18 161/23
 162/1 162/22
$5,000 [1]   25/8
$5,000,000 [2]   26/24
 27/13
$50 [6]   108/8 108/14
 111/17 111/23 149/20
 160/7
$500,000 [3]   30/8 30/12
 141/22
$54 [22]   12/17 13/5 13/9
 13/11 15/5 88/18 88/22
 88/25 115/3 124/6 150/20
 151/17 151/23 158/2
 158/23 159/23 160/3
 160/20 162/25 163/3
 164/11 175/8
$54,165,672.00 [1]   52/13
$55,348,136 [1]   52/4
$57,308,116 [1]   52/9
$6 [1]   166/16
$6,300,000 [1]   80/17
$6,330 [1]   66/18
$60,000,000 [1]   134/17
$62,501 [1]   177/12
$651,40 [1]   64/23
$665,000 [1]   155/25
$665,460 [1]   17/19
$681,454 [1]   30/21
$7 [2]   160/19 161/13
$7,000,000 [1]   121/8
$75 [5]   109/13 109/16
 110/3 110/18 111/14
$77,944 [1]   177/15
$79,800 [1]   30/23
$8,135 [1]   180/9
$8,730,840 [1]   67/6
$8,738 [1]   152/22
$8,738,840 [3]   124/8
 128/21 152/23
$80,000 [2]   89/17 176/2
$82,000 [1]   24/13
$820 [2]   17/9 17/15
$820,000 [2]   23/24 24/5
$880,000 [2]   23/20 145/13
$9,440,80 [1]   64/23
$90 [1]   152/3
$90,000 [1]   176/6
$97,620 [2]   180/6 180/10

**'**

'80s [1]   40/5
'82 [3]   40/10 43/15 43/23
'88 [2]   40/10 172/5
'93 [1]   172/5

**−**

--------------------------
 1/8
-oOo [2]   99/10 192/17

**/**

/s/Crystal [1]   195/12

**0**

0000149 [1]   59/14
00007 [1]   81/5
000146 [1]   54/18
0002497 [1]   102/11
00025089 [1]   104/5
0002509 [1]   104/14
0002526 [1]   104/25
000253 [1]   103/6
0002555 [1]   103/17
00030 [1]   101/21
001095 [2]   56/25 57/2
002479 [1]   101/17
00675 [1]   121/4
00921 [1]   54/1
009219 [1]   54/2
011907 [1]   118/5
011908 [1]   117/17
011909 [1]   117/7
011910 [3]   116/14 116/16
 183/19
014797 [1]   94/16
014940 [1]   96/4
015137 [1]   139/1
08-2054 [2]   1/4 2/2

**1**

1,248 [1]   146/1
1,252 [2]   170/11 190/18
1,252,000 [2]   124/13
 190/18
1.2 [4]   77/13 78/21 78/22
 79/13
1.24 [3]   78/6 78/9 78/14
1.252 [1]   21/22
1.37 [1]   24/22
1.5 [1]   30/17
1.6 [2]   9/17 23/25
1.7 [1]   9/17
10 [8]   32/25 150/1 152/18
 163/13 176/23 177/2
 193/10 194/6
100 [1]   108/16 176/7
101 [2]   193/18 193/18
1095 [1]   57/2
10th [1]   57/23
11 [3]   179/13 179/17
 194/7
115 [2]   193/19 193/19
118 [1]   1/15
11908 [1]   118/5
11:10 [1]   60/14
11:25 [1]   60/15
12 [7]   55/24 56/19 159/4
 179/25 181/16 181/20
 194/8
120 [1]   91/10
125 [6]   91/10 113/6
 190/11 190/16 190/17
 190/24
1252 [2]   110/1 153/20
127 [2]   115/1 193/5
128 [2]   193/21 193/21
12:30 [2]   92/14 99/9
12th [1]   14/17 103/23
13 [2]   129/7 169/19
13.1 [1]   4/25
135 [2]   193/22 193/22
137 [2]   193/23 193/23
139 [2]   193/24 193/24

**1**   Case 1:08-cv-02054-RMC

14 [1]   32/20
146 [2]   193/25 193/25
148 [2]   194/3 194/3
15 [8]   18/5 60/5 60/12
  60/19 60/21 154/11 156/4
  159/20
15,300,000 [1]   104/24
150 [4]   91/9 190/16 194/4
  194/4
15th [9]   11/8 34/15 35/1
  73/4 73/7 135/12 136/9
  136/17 170/3
16 [3]   39/9 39/9 141/19
160 [1]   89/21
164 [2]   194/5 194/5
165,264 [1]   170/2
16th [2]   20/22 148/15
17 [3]   7/17 14/16 173/3
174 [1]   129/7
175 [2]   91/9 154/11
176 [2]   194/6 194/6
1775 [1]   1/19
179 [2]   194/7 194/7
18 [1]   1/5
180,000 [1]   88/15
181 [3]   62/13 194/8 194/8
181,000 [1]   58/13
181,688 [2]   153/12 153/13
185,732 [3]   147/13 150/20
  153/3
18th [1]   73/11
19 [2]   173/7 173/10
1910 [1]   105/15
1989 [1]   40/25
1992 [1]   132/16
1993 [1]   41/3
1994 [1]   44/11
1998 [1]   41/4
19th [4]   57/23 73/9 73/12
  73/15

**2**

2,600 [1]   24/4
2.1 [2]   4/24 5/7
2.2 [1]   4/24
2.4 [10]   76/17 77/13
  78/10 78/23 78/23 79/1
  79/6 79/9 79/13 79/14
2.408,840 [1]   77/18
20 [14]   12/25 13/2 39/10
  41/23 43/15 104/3 108/21
  133/10 134/16 148/21
  149/3 149/13 149/19
  153/20
20001 [1]   1/23
20006-2401 [1]   1/19
2003 [5]   39/2 41/8 43/15
  43/18 172/6
2004 [2]   32/17 132/23
2005 [1]   32/19
2007 [10]   32/22 43/22
  43/23 44/2 133/1 133/14
  133/21 134/1 134/5 172/6
2008 [45]   12/23 13/1
  18/19 19/14 20/22 23/18
  23/22 24/10 24/12 25/10
  33/24 35/4 44/19 51/25
  52/3 72/3 116/23 117/18
  134/24 135/12 136/9

136/17 136/21 139/7 139/9
141/6 145/2 147/7 144/14
146/19 147/11 147/17
147/23 147/24 148/15
149/12 163/22 165/4 166/3
181/21 182/21 184/1
184/15 184/22 184/25
2009 [7]   27/15 76/4 76/21
  81/19 82/6 131/21 170/3
2010 [19]   11/15 14/4
  14/17 30/24 32/9 44/7
  47/2 57/23 57/24 58/1
  58/2 67/1 68/1 74/23
  75/13 85/22 94/8 156/10
  156/17
2011 [2]   177/8 177/14
2013 [1]   1/5
2014 [1]   195/12
2054 [2]   1/4 2/2
21 [5]   172/8 172/12
  172/15 172/22 172/25
2100 [1]   153/20
22 [2]   159/5 159/10
221,000 [1]   17/19
22nd [2]   139/8 139/9
23rd [3]   136/21 147/11
  147/17
24 [2]   75/22 169/16
24/7 [1]   85/4
2401 [1]   1/19
2499 [1]   102/20
24th [1]   102/15
25 [7]   24/10 43/25 60/12
  97/22 133/11 149/3 154/3
250 [1]   41/13
2527 [1]   105/15
2557 [1]   104/1
2600 [1]   23/22
26th [3]   11/7 35/4 35/4
27101 [1]   1/15
27th [1]   105/3
28 [1]   39/4
28th [9]   14/17 102/18
  116/22 120/7 120/8 120/9
  120/10 120/11 184/1
29 [1]   53/17
298 [6]   55/6 56/18 62/9
  62/14 62/18 128/17
29th [1]   23/18
2:05 [1]   99/11
2:57 [1]   127/9
2nd [5]   58/2 75/13 102/19
  105/6 139/7

**3**

3,756 [2]   170/7 170/12
30 [30]   6/14 32/22 72/7
  78/5 84/8 85/6 120/4
  129/18 133/1 153/20
30th [2]   117/18 118/4
31 [3]   14/18 57/24 81/18
31st [7]   51/25 52/2 75/12
  76/4 76/21 82/5 105/5
32 [2]   159/6 159/18
33 [1]   131/18
333 [1]   1/22
35 [2]   108/9 108/16
36 [2]   136/8 136/9
38 [1]   193/5
38.2 [2]   4/19 5/3
3:00 [1]   127/10

3rd [5]   18/19 50/21
  169/22 165/4 181/21

**4**

4,000 [1]   189/22
40 [7]   33/1 46/17 89/25
  90/1 91/6 108/20 175/16
400,000 [1]   141/22
44 [6]   14/18 85/6 153/19
  170/1 170/6 170/12
47 [1]   63/12
47,329 [1]   22/22
4721 [1]   137/22
489 [1]   65/3
499 [2]   65/3 65/4
4:40 [1]   192/16
4s [1]   168/23
4th [3]   58/1 103/24 118/4

**5**

5,000 [3]   22/2 49/2
  170/13
5.7 [3]   121/9 122/3
  122/11
50 [9]   13/5 76/3 77/5
  108/10 108/16 108/17
  109/4 111/21 112/2
500 [1]   141/17
51 [3]   105/11 193/15
  193/15
52 [1]   145/20
53.5 [1]   4/19
54 [12]   21/12 62/14 88/2
  88/7 91/12 98/24 154/10
  154/11 160/12 166/10
  167/9 175/17
55,348,136 [1]   62/18

**6**

6,330,000 [1]   80/13
6.1 [1]   54/23
6.4 [1]   141/18
60 [5]   32/7 108/22 108/23
  132/12 132/18
600,000 [1]   114/22
61 [2]   193/16 193/16
640,000 [1]   124/14
65 [2]   193/17 193/17
6th [3]   102/16 105/3
  134/24

**7**

70 [3]   15/2 71/22 129/17
764 [1]   62/14
79,000,649 [1]   22/19

**8**

8.7 [3]   91/11 100/12
  100/17
80 [1]   176/5
84 [2]   32/18 132/22
855 [1]   102/25
8th [2]   103/20 103/21

**9**

9.4 [2]   63/9 63/16
90 [7]   13/16 89/18 141/6
  152/15 163/12 176/7 186/4
95 [1]   76/10
96 [1]   190/3
98 [1]   141/7
9:45 [1]   1/6

**A** Case 1:08-cv-02054-RMC

a.m [4]   1/6 60/14 60/15
 190/5
AA [46]   9/12 9/15 18/16
 18/17 18/20 19/5 19/6
 20/19 20/20 20/22 20/24
 21/9 21/19 33/23 106/4
 106/24 107/3 107/16
 110/20 111/9 112/20
 113/11 113/16 114/16
 116/2 116/11 117/25
 133/24 180/17 181/20
 182/12 182/18 183/23
 184/5 184/17 184/23
 184/24 185/10 187/15
 188/9 189/12 189/15
 189/20 189/25 190/10
 190/20
abbreviation [2]   22/17
 22/20
ability [4]   31/19 33/4
 34/6 195/3
able [18]   6/1 26/15 28/12
 45/11 45/12 59/3 71/15
 106/8 118/9 138/5 140/10
 142/10 143/16 143/16
 143/17 156/21 185/7
 185/21
about [125]   5/7 7/15 8/15
 8/17 9/17 12/3 13/11
 16/15 20/23 21/14 26/4
 27/18 28/4 28/5 28/11
 30/2 35/17 37/22 39/11
 39/12 41/12 42/17 43/9
 44/7 50/22 51/4 52/6 56/1
 56/6 58/10 58/16 58/24
 59/3 60/8 61/21 61/22
 61/24 63/9 67/8 75/16
 77/21 81/11 83/7 84/8
 84/22 85/10 85/23 87/4
 87/11 88/13 88/15 89/1
 89/20 91/22 92/13 94/10
 97/6 97/18 98/1 98/8
 100/10 100/11 101/10
 101/16 106/2 106/3 106/25
 107/24 108/2 108/4 108/21
 112/9 113/1 114/15 114/22
 115/7 117/19 118/3 119/25
 120/13 120/16 120/17
 120/25 124/9 125/25 126/5
 126/23 131/12 136/11
 140/20 141/20 142/23
 145/15 147/12 147/24
 154/7 154/8 154/14 154/16
 156/4 158/16 159/3 160/6
 160/23 162/1 165/11
 169/19 174/10 176/9
 177/17 178/11 180/20
 181/4 182/22 182/25
 183/22 184/3 185/3 185/25
 187/7 190/11 190/15
 190/24 191/2 192/8
above [3]   139/2 195/3
 195/6
absolutely [14]   27/18
 34/22 34/22 42/6 48/4
 67/14 68/9 68/9 71/4 90/3
 98/20 115/9 121/16 122/12
accepted [6]   50/5 50/20
 51/1 55/4 61/5 137/6

access [8]   87/24 88/20
 115/18 162/14 165/20
 165/9 166/7 166/19
accommodate [1]   62/20
accommodation [1]   80/12
accommodations [2]   16/4
 67/25
accordance [2]   55/5 81/20
According [3]   30/19 31/19
 177/16
account [5]   77/2 79/2
 91/11 91/13 179/23
accounted [2]   30/21 31/10
accurate [2]   150/8 185/7
achieve [2]   43/2 152/12
acknowledges [1]   67/22
action [3]   2/2 195/8
 195/10
activities [6]   42/13
 84/25 85/1 85/3 85/25
 171/5
activity [1]   176/19
acts [1]   5/24
actual [25]   15/2 16/10
 17/2 17/5 18/2 23/9 24/16
 24/25 25/3 30/22 51/18
 78/3 78/8 78/17 78/21
 78/23 79/12 82/8 82/14
 91/22 92/8 98/22 153/22
 153/24 156/5
actually [40]   2/19 4/21
 7/12 10/25 11/15 16/20
 17/21 18/6 21/24 24/21
 31/20 39/9 47/8 49/8 50/5
 55/21 57/5 57/11 69/3
 70/17 73/19 79/11 80/21
 80/24 84/7 101/8 107/7
 107/11 111/20 115/2
 117/22 120/4 128/15
 137/10 154/25 156/1
 156/22 158/11 163/6 189/2
Adam [6]   7/16 12/11 16/8
 21/13 126/3 126/14
add [8]   114/16 115/10
 124/15 125/5 125/15
 125/17 125/21 143/14
added [4]   25/12 25/15
 129/10 190/15
adding [4]   125/11 159/12
 159/13 189/3
addition [7]   6/19 84/3
 87/15 108/2 113/2 114/20
 148/25
additional [23]   25/11
 30/7 30/20 56/3 58/2 58/4
 59/2 62/20 62/24 63/1
 67/20 71/20 79/7 82/13
 85/9 111/11 111/14 112/22
 141/11 141/21 141/22
 142/18 149/20
Additionally [2]   8/17
 57/25
address [4]   75/19 137/19
 147/6 147/9
addressed [1]   23/1
adequate [2]   142/22
 143/13
adjourned [1]   192/16
adjustment [1]   81/21
adjustments [1]   81/24
administration [1]   33/4

admission [1]   34/5
admitted [2]   25/6 53/8
admonition [1]   192/7
ads [2]   135/5 135/8
advance [1]   87/14
advertised [1]   161/5
advised [2]   165/12 165/15
advisements [1]   136/12
affidavit [1]   140/5
affinity [14]   90/6 90/6
 90/10 90/10 90/17 90/18
 90/19 90/23 91/4 91/14
 91/16 91/21 157/12 189/21
afford [1]   176/9
after [24]   11/7 12/23
 31/22 35/3 44/2 56/1 60/5
 60/12 63/22 63/24 78/5
 81/24 120/2 123/25 131/10
 143/10 144/12 147/17
 147/22 154/1 176/5 180/8
 182/11 187/1
afternoon [4]   99/11 127/9
 127/17 127/18
afterwards [1]   167/25
again [17]   13/5 13/10
 17/12 57/1 70/20 74/24
 82/4 110/22 135/13 135/18
 142/20 149/15 160/23
 164/10 166/9 189/20
 191/12
against [7]   49/20 113/10
 114/2 114/9 136/2 153/20
 157/1
age [7]   172/8 172/12
 172/15 172/22 173/3 173/7
 173/10
agent [9]   5/23 5/24 6/15
 7/11 32/1 47/24 48/6
 77/17 148/3
agent's [1]   77/19
ages [1]   172/18
aggregate [2]   9/17 163/14
ago [5]   18/14 40/14 50/11
 127/20 181/8
agree [6]   19/25 26/20
 35/15 51/23 135/10 174/4
agreed [10]   12/20 25/25
 29/13 108/6 108/8 164/8
 167/3 188/3 189/25 190/10
agreement [64]   18/16
 18/21 18/24 19/4 19/5
 19/6 19/8 19/19 19/21
 19/22 19/23 21/9 27/12
 66/8 67/23 68/25 69/24
 82/4 102/7 103/8 107/6
 107/14 107/17 107/18
 107/19 107/21 107/22
 107/23 109/2 110/16
 113/16 114/14 116/10
 117/5 117/25 118/19
 118/20 139/11 142/9 164/2
 167/4 167/22 167/24 168/8
 168/12 169/13 174/23
 180/14 180/18 181/7
 181/24 181/25 182/5 182/7
 185/17 185/23 185/25
 186/9 186/14 186/16 187/2
 188/6 188/7 190/20
agreements [8]   59/17
 64/11 101/14 142/11
 171/17 186/10 186/12

**A** Case 1:08-cv-02054-RMC

agreements... [1] 186/18
agrees [1] 76/2
ahead [10] 2/23 12/5
 14/10 28/8 30/4 60/25
 99/18 99/20 138/21 183/13
aided [1] 1/25
ain't [2] 186/22 186/24
al [4] 1/3 1/7 2/3 2/4
ala [1] 35/22
Alaska [2] 46/17 47/22
ALBD [4] 22/20 47/13 80/2
 105/17
ALBDs [9] 49/2 58/12
 58/14 62/12 62/13 62/18
 88/15 88/15 153/12
alcohol [10] 84/17 84/23
 97/20 114/7 157/19 159/19
 159/23 160/10 172/8 174/7
alcoholic [1] 174/19
Alexis [1] 163/22
all [137] 3/6 3/9 5/5
 5/25 8/23 8/23 17/6 19/1
 22/18 23/12 25/6 25/8
 25/24 26/18 28/5 28/5
 31/1 31/14 31/25 32/11
 33/6 35/13 35/18 37/13
 37/15 38/4 38/7 41/6
 41/13 41/13 41/14 41/14
 43/2 43/13 46/4 48/7 50/3
 50/17 51/12 53/7 53/8
 53/8 53/9 55/5 55/17
 56/17 58/5 59/3 59/19
 59/20 59/23 60/9 60/10
 60/18 60/25 61/5 61/7
 62/9 62/19 70/9 72/19
 73/14 73/20 73/22 75/17
 78/17 79/11 80/10 80/21
 82/4 83/19 84/1 85/2
 85/19 86/14 87/12 87/21
 90/9 90/15 90/25 95/24
 97/9 97/10 97/20 99/6
 101/11 102/5 103/6 103/14
 103/16 103/22 103/25
 104/4 105/14 105/20
 106/21 109/12 110/14
 112/7 112/12 118/22
 118/23 122/9 122/13
 122/16 124/15 125/21
 126/17 126/19 127/25
 132/8 136/10 138/20
 144/22 146/11 155/5
 156/17 158/17 160/19
 162/11 164/18 164/20
 165/8 165/25 168/16 170/1
 170/16 171/1 180/12
 184/19 184/21 187/25
 189/15 190/20 191/22
 192/3 192/4
allegedly [1] 21/23
alleges [1] 24/18
allow [1] 7/1
allowance [1] 31/4
allowing [2] 11/6 111/12
allows [1] 109/9
almost [9] 32/4 86/9
 121/6 151/13 155/21 161/8
 161/11 189/7 191/7
alone [4] 26/2 32/25
 88/18 122/6

along [12] 5/17 20/10
 45/8 53/5 53/5 61/6 72/7/14
 73/10 89/14 92/7 113/20
 188/25
already [11] 10/8 40/16
 47/18 51/10 115/4 124/7
 133/23 142/25 143/4 143/6
 172/2
also [37] 3/3 6/5 6/12
 7/9 7/15 16/22 23/2 24/15
 33/20 34/25 46/6 46/22
 48/8 49/16 55/17 56/7
 64/19 83/22 86/4 89/6
 100/20 110/5 110/14
 115/10 120/21 134/7
 145/16 147/16 152/8 162/3
 166/12 166/23 167/10
 176/16 176/17 178/19
 179/17
alternative [3] 31/13
 33/8 34/12
Although [2] 44/25 50/4
always [2] 118/13 186/18
am [17] 39/4 54/11 70/5
 71/24 80/6 84/20 97/4
 99/24 106/15 121/13
 144/25 159/15 169/18
 175/11 191/1 195/7 195/9
amended [2] 62/1 62/21
amendment [8] 52/6 61/14
 61/16 61/18 61/22 62/3
 62/10 62/15
amenities [6] 42/17 42/20
 46/18 85/19 89/2 89/9
America [46] 9/2 17/5
 17/21 17/23 22/16 22/18
 22/18 30/24 40/23 40/25
 41/1 41/8 41/9 42/12
 43/18 44/5 46/7 46/15
 46/22 49/10 54/1 64/11
 68/25 73/3 76/2 93/15
 95/8 103/11 104/19 128/24
 145/23 157/3 157/7 160/5
 164/2 166/25 167/5 169/14
 169/22 170/20 172/3 172/3
 172/5 172/7 186/17 187/10
America's [1] 156/25
American [2] 4/12 15/4
aminities [1] 189/13
among [2] 60/18 90/21
amongst [3] 85/25 131/15
 174/22
amount [36] 23/6 23/13
 25/25 28/22 54/5 58/24
 66/20 67/4 76/3 77/10
 77/13 77/18 77/20 78/3
 78/10 78/18 80/2 80/9
 80/12 81/19 83/10 98/12
 102/9 111/12 113/4 114/18
 114/20 124/5 128/14
 134/18 140/18 155/5 170/6
 184/20 185/25 188/3
amounts [9] 13/1 82/2
 82/3 108/5 148/20 149/2
 149/18 157/11 186/1
analogy [1] 155/10
analysis [6] 58/8 93/17
 178/2 179/5 180/2 180/12
Andy [3] 165/11 165/12
 165/15
animal [1] 16/6

annual [5] 177/6
annually [1] 14/2
another [12] 12/1 12/3
 47/7 75/5 75/6 78/22
 111/3 111/4 143/15 182/16
 184/4 191/7
answer [11] 13/19 93/16
 98/13 125/19 143/12
 155/19 159/12 185/7 186/8
 186/9 187/7
answered [3] 115/4 142/25
 172/2
answering [1] 127/19
anticipated [7] 10/20
 13/23 15/11 15/14 22/7
 72/19 74/25
anticipating [1] 20/8
anticipation [1] 19/16
antiperspirant [3] 161/22
 162/4 162/5
any [73] 2/17 6/21 7/2
 8/20 11/2 18/22 20/13
 21/6 25/11 31/16 31/22
 32/14 34/9 36/5 39/6
 39/16 44/21 46/14 48/2
 48/8 52/20 58/2 60/18
 70/2 70/2 71/11 72/10
 72/11 79/7 82/2 82/2
 84/20 87/19 95/9 97/23
 98/16 98/18 98/21 98/23
 98/25 103/1 103/1 104/8
 104/10 104/11 105/12
 109/1 114/7 120/13 122/6
 130/19 130/25 131/4
 142/10 143/9 145/2 154/24
 155/2 162/11 170/19
 171/18 171/20 171/20
 178/1 179/5 180/2 180/12
 180/20 181/6 182/1 187/12
 187/16 195/8
anybody [8] 11/13 11/14
 11/22 13/18 22/10 37/13
 60/9 75/8
anymore [1] 47/17
anyone [3] 58/16 87/4
 72/8
anything [6] 6/25 28/1
 82/9 86/24 139/15 191/2
anyway [6] 14/10 20/4
 28/3 29/24 30/2 74/6
anywhere [4] 64/14 91/7
 91/8 162/15
apart [2] 35/12 35/14
apologies [2] 159/14
 159/15
apologize [3] 119/15
 125/15 150/5
apparently [3] 6/16 6/17
 29/3
appealing [1] 85/7
appear [1] 36/2
APPEARANCES [1] 1/12
appears [3] 8/9 115/22
 140/7
applies [2] 172/11 192/7
apply [3] 95/8 95/9
 113/10
appreciate [4] 69/16
 70/22 163/5 172/2
approach [21] 52/18 61/8
 64/4 66/1 69/4 92/19

**A** Case 1:08-cv-02054-RMC

approach... [15] 101/4
115/19 119/1 128/2 135/20
138/10 139/22 146/23
148/10 150/9 164/23
168/25 176/20 179/10
181/13
approached [3] 14/20
107/1 165/20
approaching [1] 165/16
appropriate [1] 9/24
approval [2] 171/20
171/23
approximately [10] 4/25
8/2 22/1 22/2 109/13
121/9 141/17 155/25
170/16 182/16
April [3] 27/15 44/19
135/1
are [167] 2/21 3/1 4/15
6/9 6/9 6/12 6/19 7/5
7/10 7/14 7/15 9/14 10/4
10/11 10/17 12/14 13/20
14/6 14/7 14/13 18/2
18/21 23/8 23/25 26/13
34/14 35/18 37/24 38/1
38/22 39/3 39/8 42/17
45/3 45/3 45/9 45/10
45/11 46/16 48/10 48/11
48/12 53/24 54/8 55/12
55/23 56/13 58/3 58/13
60/19 60/23 63/15 71/3
74/19 74/22 76/16 78/8
80/16 82/5 82/19 83/8
84/13 84/19 84/21 86/15
86/15 86/17 87/17 87/17
87/18 89/3 89/3 89/20
91/6 91/19 92/8 93/6
95/14 95/25 96/20 96/22
97/3 97/18 98/3 98/4
101/13 101/14 106/8
108/15 108/16 108/17
108/21 109/10 109/14
111/11 112/13 115/11
116/25 117/11 118/8
118/10 119/18 121/7
121/14 121/19 121/19
122/7 122/20 125/15 126/8
126/20 126/24 127/3
129/25 130/10 131/14
132/2 140/19 142/13 145/4
148/23 149/5 149/5 149/21
154/4 154/7 154/8 154/12
154/12 155/2 155/4 155/12
155/15 155/24 156/9
157/12 159/11 159/13
159/24 160/4 161/21
164/10 164/13 164/15
165/15 168/12 169/17
171/25 172/7 172/15 173/4
174/4 176/13 177/18
178/15 178/19 181/25
182/20 186/10 186/12
186/13 186/15 188/21
189/7 190/23 191/7 191/12
area [4] 81/4 87/13
155/15 155/15
areas [4] 96/14 97/20
108/5 157/14
aren't [2] 47/20 99/23

arguably [3] 29/17 92/8
140/19 140/20 142/5
argue [2] 28/14 35/20
argued [1] 5/2
arguing [2] 26/11 29/4
argument [8] 19/10 26/13
27/7 48/11 57/7 57/12
57/13 68/6
around [16] 35/14 41/24
42/22 63/12 70/14 77/12
87/19 107/10 122/5 127/8
131/8 135/14 141/11
160/18 190/16 191/15
arrange [1] 175/5
arranged [1] 32/7
arrangement [3] 14/9
109/6 143/23
arranging [3] 30/16 40/17
185/11
arrive [3] 73/11 73/12
75/12
as [145] 5/13 5/24 6/15
7/2 7/18 7/18 7/19 10/11
11/12 14/6 14/19 16/25
17/1 17/3 18/13 20/8
20/22 23/2 25/11 26/1
27/2 28/15 29/12 29/12
29/13 30/6 31/13 34/7
37/3 37/6 37/8 37/9 38/19
39/18 39/19 41/6 41/8
41/16 42/24 43/19 45/2
45/4 45/12 46/2 46/3 51/9
53/17 56/20 57/21 59/11
59/12 61/5 61/12 61/23
62/3 62/15 64/1 65/24
68/5 68/5 75/6 76/20 83/3
83/17 84/17 85/13 87/25
87/25 91/21 94/24 95/13
100/20 101/1 105/16
107/12 112/20 114/23
115/16 118/4 118/7 118/7
118/18 118/18 118/23
118/24 119/25 119/25
122/4 122/11 123/18
124/16 125/7 125/12
127/19 128/1 129/10
135/10 135/24 136/18
137/4 137/9 137/17 138/18
138/18 140/3 140/14 141/6
142/3 142/12 142/12
143/15 147/3 148/3 148/13
148/14 150/15 151/21
154/11 154/15 159/22
159/22 163/13 165/3
165/21 165/22 171/8
171/25 175/15 177/1 178/3
178/9 179/16 181/10
181/19 182/20 182/20
186/1 186/1 186/5 186/14
187/5 187/15 187/15
191/22 191/22
ask [24] 15/9 17/11 21/21
43/10 50/9 57/15 60/18
65/5 71/20 79/22 83/15
86/19 100/18 101/9 104/6
111/21 116/9 120/25
125/25 138/13 151/4
167/14 177/19 179/21
asked [8] 13/8 17/23
100/14 100/14 151/16
166/9 178/18 186/7
asking [11] 13/18 49/5
140/19 140/20 142/5
142/23 145/4 166/15
166/17 171/25 186/7
aspects [2] 31/25 132/8
ass [1] 70/24
assigned [5] 55/12 55/13
59/3 162/13 162/18
assistance [1] 28/20
assistant [1] 138/13
assisting [1] 147/24
associate [1] 138/14
associated [2] 48/7 95/4
assume [6] 11/16 52/22
146/1 160/13 172/24 174/1
assumed [4] 19/19 58/12
84/23 114/23
assumes [1] 14/24
assumevic [1] 147/6
assuming [2] 52/20 109/14
assumption [2] 53/6 80/13
assumptions [1] 16/15
Athens [6] 32/10 32/15
32/16 46/3 46/9 132/22
attached [2] 94/3 144/21
attaches [1] 119/11
attachment [1] 181/24
attempted [1] 131/4
attend [2] 191/5 191/15
attended [1] 46/9
attending [1] 33/12
attention [5] 54/17 57/6
57/14 81/4 93/5
ATTORNEY [2] 1/6 2/3
attributed [8] 129/8
158/24 159/19 160/17
161/19 163/3 175/8 175/17
August [4] 118/4 131/21
147/11 147/17
authenticate [1] 91/25
authenticated [1] 92/1
authority [3] 56/16 56/22
143/21
automatically [1] 60/21
availability [2] 86/21
160/23
available [7] 62/2 70/16
85/4 105/16 111/2 171/16
177/7
Avenue [1] 1/22
average [8] 22/21 47/13
89/11 108/8 109/3 156/24
160/18 161/17
averaged [3] 55/11 108/11
108/13
aware [15] 45/3 45/3
71/22 89/3 126/2 142/13
156/9 172/7 173/4 173/6
173/9 173/12 185/14
185/15 190/23
away [7] 46/23 80/21 84/4
85/18 143/15 167/17
167/19
awhile [1] 181/8

**B**

back [47] 3/5 3/11 3/17
4/13 9/12 9/21 11/25 15/9
28/4 35/17 41/8 54/16
54/19 60/12 60/16 67/13
67/15 69/1 73/24 74/10
78/24 79/1 79/12 79/18

**B** Case 1:08-cv-02054-RMC

becomes [1]  72/4
bed [4]  14/24 16/7 55/6
56/18

**B**

back... [23]   79/19 82/20
 87/15 97/12 99/6 105/22
 106/20 106/23 109/23
 117/1 121/24 127/11 129/5
 134/20 152/25 158/9
 160/10 163/15 168/18
 182/9 182/20 183/15
 190/17
backed [3]   15/19 28/11
 140/14
background [6]   39/12
 39/13 44/25 45/16 45/20
 165/7
backwards [1]   70/24
bad [2]   8/11 96/13
balance [1]   81/19
Ballentyne [12]   5/24
 47/16 47/17 47/21 47/25
 48/25 68/2 71/12 71/12
 87/7 143/19 165/18
bank [14]   25/9 30/14
 30/15 31/3 37/21 56/16
 76/12 79/2 129/9 144/3
 144/24 145/3 146/20
 147/16
Bannock [3]   45/17 47/19
 71/13
bar [10]   84/13 96/21
 96/21 97/5 97/11 97/15
 98/1 114/9 159/25 160/11
bare [1]   16/3
bars [10]   88/20 96/17
 97/3 98/3 98/5 113/2
 120/19 159/22 174/14
 174/21
base [1]   89/11
based [18]   15/22 21/18
 50/18 50/19 55/9 58/12
 58/14 73/17 80/13 82/25
 111/23 122/17 153/22
 154/3 159/21 160/7 160/11
 161/24
bases [1]   16/14
basic [2]   85/3 85/19
basically [5]   45/9 79/10
 86/4 97/15 107/9
basing [1]   159/24
basis [10]   7/20 13/8 15/6
 16/9 54/23 70/12 151/17
 160/2 160/20 176/8
Bates [3]   54/17 81/5 96/3
be [219]
beach [1]   42/21
bears [1]   2/15
beautiful [1]   86/10
became [5]   19/14 41/1
 42/15 43/6 43/7
because [45]   3/9 3/17
 6/24 13/24 18/21 19/13
 20/4 20/6 20/14 22/4 27/7
 28/3 29/2 33/14 42/7
 45/10 47/7 47/21 48/24
 49/4 55/11 57/19 59/2
 59/11 63/21 69/5 70/4
 70/8 71/16 84/15 84/23
 85/12 90/8 95/3 96/7
 110/11 114/1 127/3 142/20
 151/24 157/11 163/10
 168/15 181/25 192/2

beds [1]   62/2
been [78]   3/4 3/5 6/13
 6/21 6/23 7/7 8/19 10/8
 13/15 16/12 19/7 21/23
 23/24 24/9 24/17 26/4
 26/13 28/5 28/12 30/12
 30/21 39/25 45/17 61/12
 64/1 65/24 83/3 84/16
 86/6 86/10 87/14 91/22
 101/1 101/22 106/2 106/3
 111/1 111/21 112/6 120/7
 120/7 124/8 128/25 132/15
 133/23 137/17 140/3 143/2
 145/20 146/13 146/18
 147/3 148/13 150/15 152/3
 152/15 154/6 155/11
 158/10 159/2 160/8 165/3
 165/20 175/8 177/1 179/16
 181/19 182/18 184/21
 185/1 185/4 185/21 187/5
 187/8 187/11 187/25 188/4
 189/4
beer [1]   15/6
before [33]   1/10 18/18
 18/19 18/22 28/13 37/16
 44/8 51/15 51/16 52/5
 53/1 57/7 57/17 58/10
 61/3 96/5 100/10 113/1
 126/16 130/19 130/25
 135/15 141/19 141/24
 160/19 170/3 176/17 179/8
 179/21 182/1 182/22 183/1
 187/19
beg [4]   79/5 155/9 167/23
 173/8
began [5]   44/6 50/22
 84/11 133/15 180/25
begin [7]   15/7 19/7 40/9
 82/18 102/14 103/19 105/2
beginning [6]   19/19 23/2
 79/19 84/7 109/21 180/22
begins [4]   102/15 103/20
 148/24 148/25
behalf [4]   66/10 193/3
 193/14 193/20
behind [2]   94/11 144/21
being [14]   17/24 42/12
 42/12 42/19 59/3 59/25
 95/6 96/1 111/24 115/24
 136/12 167/8 178/9 178/10
belays [1]   185/1
belief [1]   98/23
believable [1]   18/7
believe [44]   41/4 44/19
 50/5 51/5 54/7 63/9 65/2
 67/19 75/24 76/10 80/4
 88/2 89/16 92/7 94/10
 107/12 111/20 116/9
 116/10 120/4 133/5 141/9
 147/18 149/23 149/24
 151/12 153/2 153/5 153/6
 156/3 158/9 159/4 162/22
 163/18 167/25 169/12
 171/23 172/17 182/6
 182/20 183/17 184/7 185/5
 189/17
believed [4]   142/20 152/6
 152/8 152/12

Bell [4]  165/16 165/20
165/21 165/23

below [4]   70/10 81/21
 81/22 172/8
bench [7]   1/10 6/7 7/2
 17/4 127/4 138/15 138/17
benches [1]   138/20
benefits [2]   42/6 42/19
berth [6]   22/21 47/13
 55/11 105/16 143/12
 147/13
berths [17]   23/22 23/23
 23/25 24/4 61/25 62/3
 62/6 62/20 108/1 108/17
 108/17 111/19 111/23
 114/17 141/17 187/11
 190/18
best [4]   151/1 152/19
 184/19 195/3
bet [1]   112/16
better [5]   34/22 47/6
 70/25 99/19 122/23
between [45]   4/7 14/18
 18/17 21/2 21/19 26/6
 41/1 41/18 66/8 69/20
 74/24 80/17 89/18 101/14
 103/2 103/10 104/19
 106/14 113/6 116/6 116/11
 118/4 121/23 122/24
 128/23 134/16 139/11
 139/18 141/14 141/18
 152/3 152/22 153/15
 163/12 164/2 164/6 167/5
 167/7 170/19 171/19
 174/23 188/13 188/14
 189/22 190/15
beyond [9]   33/25 43/3
 50/22 50/23 56/2 59/22
 72/7 143/4 143/6
bid [29]   28/12 33/2 48/21
 49/16 49/19 50/9 50/20
 50/25 52/15 54/13 55/9
 63/11 72/18 130/16 130/22
 130/25 133/15 134/19
 135/16 136/21 137/2 137/5
 137/9 137/11 137/12 138/4
 138/6 139/14 140/15
bidding [2]   47/4 50/10
bids [2]   49/20 50/3
big [5]   46/11 46/15 74/3
 74/4 112/20
bill [1]   28/23
billion [1]   86/9
bit [10]   4/20 29/12 49/1
 99/22 100/8 112/12 115/2
 153/7 153/7 153/7
black [4]   48/12 56/6
 56/21 186/22
board [102]   4/9 7/13 7/20
 7/23 7/24 8/1 10/23 12/9
 12/10 12/15 12/19 13/2
 13/13 13/16 14/4 14/23
 16/13 16/14 16/16 16/24
 17/5 17/9 17/17 18/6
 21/10 21/14 21/22 41/20
 42/13 42/17 42/20 42/20
 42/23 46/19 58/11 64/24
 65/6 65/9 75/23 76/4 77/6
 77/6 77/18 77/20 78/1
 78/2 78/3 78/8 78/18 80/9
 80/14 81/17 81/17 83/13

**B**   Case 1:08-cv-02054-RMC

board... [48]   84/25 85/3
85/10 85/20 91/4 95/10
108/2 112/21 113/10
124/13 141/24 145/16
146/7 147/19 148/19
148/20 149/1 149/2 149/12
149/18 150/20 151/2 152/4
152/6 152/15 152/19
152/23 155/6 155/24 156/1
156/10 156/24 156/25
157/14 158/6 158/15
159/18 160/1 164/19
164/20 167/9 170/1 176/18
189/9 189/12 190/13 191/2
191/2
boat [3]   83/4 86/15 190/8
bond [1]   90/21
bones [1]   16/4
booked [1]   187/23
booking [6]   108/1 109/6
109/7 109/12 109/22
114/18
bored [1]   29/24
both [12]   9/19 31/19 44/5
46/6 67/3 80/14 87/20
87/24 119/24 142/11
167/10 167/11
Bott [1]   40/25
bottles [1]   15/6
bottom [14]   54/17 59/13
79/12 80/4 80/7 138/25
144/9 149/7 168/24 180/5
183/19 184/3 184/11
184/22
bought [1]   11/4
bow [1]   97/10
Bowl [4]   32/11 32/19 46/2
46/5
box [1]   161/15
brand [1]   47/18
breach [7]   4/18 8/20
31/15 35/21 124/17 125/7
125/13
breached [2]   17/3 94/25
break [10]   31/10 60/4
60/5 60/9 84/25 92/13
100/11 106/10 106/13
156/25
breakage [3]   145/17
148/20 149/1
breaking [1]   165/5
breakout [1]   145/6
breaks [1]   60/19
brief [2]   4/14 34/19
briefly [2]   39/12 40/15
bring [3]   24/13 92/7
113/20
bringing [3]   90/12 112/24
114/1
brings [1]   132/7
British [5]   17/1 36/2
86/2 113/21 119/16
broad [1]   5/22
broke [1]   108/9
brokers [1]   69/6
brother [1]   44/23
brought [5]   31/24 42/21
42/22 46/19 153/17
buckets [1]   15/6

Bud [10]   83/22 119/9
119/14 119/24 120/13
121/15 122/1 124/2 137/24
138/2
budget [11]   41/12 54/9
58/11 95/3 95/4 95/7 95/8
95/9 145/7 145/10 145/16
budgeting [1]   42/25
budgets [1]   93/16
buffet [1]   85/6
build [4]   45/24 84/11
90/24 113/23
building [1]   126/12
built [3]   40/4 46/18 49/8
bunkering [7]   5/4 5/8
24/7 24/8 24/11 24/12
146/15
burden [1]   2/15
bus [3]   86/3 87/6 87/13
buses [1]   87/12
business [13]   19/2 19/16
46/16 47/21 63/25 69/19
121/18 130/19 130/25
132/2 132/15 156/22
181/10
buy [6]   95/14 107/11
118/8 155/2 162/9 162/20

**C**

C-A-N [1]   54/18
CA [1]   1/4
cabin [5]   109/10 109/13
109/16 158/21 189/18
cabins [9]   45/9 98/3
108/10 109/12 111/23
111/24 111/24 158/17
158/20
cable [1]   158/19
cafe [4]   87/25 98/9
165/17 165/24
Cal [1]   39/10
calculate [2]   125/14
180/11
calculated [6]   58/11
122/10 123/2 125/13
147/13 147/20
calculating [2]   153/2
153/3
calculation [2]   58/14
122/17
calculations [2]   58/12
153/18
California [2]   21/2 189/1
call [5]   2/16 9/4 37/15
56/4 111/25
called [2]   4/5 106/2
calls [1]   38/5
came [12]   17/7 22/4 22/5
22/10 48/23 49/19 55/10
57/11 58/7 85/7 128/10
178/7
can [116]   11/13 12/3 17/2
17/22 18/22 20/3 20/4
26/7 26/11 35/20 35/25
37/6 39/12 41/10 42/10
45/9 45/21 47/1 52/3 53/8
53/24 54/6 55/1 55/8 56/1
57/1 59/14 60/1 60/16
61/13 61/21 64/21 65/5
66/15 66/17 72/22 73/19
75/21 77/13 78/16 80/3

81/14 81/23 84/13 87/11
87/22 88/9 89/18 92/25
93/8 93/9 93/10 94/9 95/2
95/17 96/9 96/9 96/11
96/12 96/14 96/16 99/13
101/17 102/11 102/20
103/5 103/5 103/10 103/16
103/17 103/19 104/4 104/5
104/6 104/14 104/25
104/25 105/15 105/22
105/23 106/16 106/25
107/15 107/23 108/4 108/5
110/16 114/14 115/1
117/10 117/22 118/5
119/13 121/17 124/10
124/12 124/20 125/21
126/10 127/3 127/11 129/5
131/25 140/8 142/16 151/4
155/4 155/16 161/8 162/16
167/14 175/11 177/24
178/3 182/1 191/16
can't [10]   3/23 6/24
26/24 70/12 71/8 86/20
95/14 100/7 153/5 155/2
CANADA [23]   1/6 2/4 25/9
30/14 30/16 31/3 47/18
68/24 69/18 84/1 86/6
86/6 102/1 113/22 116/25
119/17 129/9 144/3 144/24
145/3 146/21 147/17
179/18
Canadian [24]   18/22 40/2
45/16 73/11 89/6 148/4
157/12 166/8 166/18 173/3
173/6 173/10 173/19
177/18 178/19 178/21
178/23 178/25 179/1 179/4
179/19 179/24 180/2 182/1
canceled [2]   69/4 69/14
cannot [2]   28/14 185/8
Capitol [1]   86/2
caps [1]   180/5
captive [1]   84/10
car [1]   90/16
care [2]   29/22 162/6
career [1]   90/19
careful [2]   96/1 192/4
carefully [2]   31/2 192/11
Caribbean [22]   12/23
13/21 63/2 63/3 63/5 66/9
68/21 68/22 68/23 69/4
69/9 69/10 69/11 69/12
69/18 70/3 71/10 128/24
147/23 148/2 148/15
148/19
Caribbean's [1]   156/24
CARNEY [3]   1/18 10/11
100/5
Carnival [40]   13/24 14/5
15/3 17/6 17/8 22/20
40/25 41/1 41/4 41/5
43/14 44/5 44/12 46/8
49/10 52/15 54/2 62/19
63/6 63/11 68/20 68/23
69/1 89/12 102/8 102/12
102/24 103/2 154/18
154/21 155/14 155/17
156/9 157/4 157/5 157/6
172/14 187/3 187/7 187/9
carousing [1]   120/19
carried [1]   8/19

**C**

carry [1]   8/19
cars [1]   162/14
case [16]   4/3 10/16 15/1
 25/13 25/21 29/5 30/20
 42/2 43/11 51/25 85/13
 122/13 124/16 126/2 126/6
 140/6
cases [4]   6/23 35/23
 35/23 159/16
cash [2]   31/9 144/3
casino [1]   86/1
casinos [1]   16/4
categories [2]   109/10
 123/19
category [1]   4/9
caused [1]   35/3
CC [1]   137/24
CCCM [27]   38/19 44/16
 48/8 48/21 54/1 54/2
 56/25 57/2 65/8 66/8 77/2
 87/2 94/16 96/4 110/19
 116/6 116/14 116/16 117/7
 117/17 118/5 121/3 122/14
 138/25 139/11 181/25
 183/19
CCCM's [2]   49/19 122/10
CCM [2]   76/2 113/17
CCM's [2]   113/4 121/8
celebrating [1]   113/22
celebratory [1]   112/21
cells [1]   126/25
center [2]   97/6 111/4
cents [1]   9/23
certain [3]   56/20 72/2
 118/10
certainly [2]   135/1
 176/13
CERTIFICATE [1]   195/1
certificates [1]   39/16
certification [1]   39/22
certifications [2]   39/17
 39/19
certified [1]   39/18
certify [2]   195/2 195/7
cetera [3]   9/23 19/2
 115/8
CF [1]   178/25
CFO [3]   25/9 45/2 130/8
chain [4]   115/22 116/6
 184/8 184/18
chair [3]   138/14 138/17
 138/19
chairs [2]   127/2 127/8
challenge [3]   49/3 71/6
 92/16
chance [3]   53/14 86/11
 94/2
change [3]   62/9 94/23
 99/1
changed [1]   29/21
changing [1]   60/24
chaos [1]   35/19
chapter [1]   17/23
character [1]   27/20
characterizing [1]   59/11
charge [15]   56/3 56/4
 107/25 109/24 110/18
 110/19 110/19 111/7
 111/11 111/13 119/16

charged [1]   15/25
charges [14]   6/10 6/13
 6/18 7/7 7/9 37/21 37/21
 96/12 97/23 98/1 98/5
 98/5 112/22 170/19
charging [3]   15/23 15/24
 15/25
chart [1]   177/16
charter [125]   1/3 2/3
 14/25 16/16 16/25 17/6
 30/16 31/25 32/6 32/18
 32/20 32/22 33/2 33/9
 34/4 38/16 41/16 41/17
 41/18 41/21 41/22 42/1
 42/5 42/7 42/7 42/11 43/6
 43/11 45/8 46/17 47/2
 54/2 54/3 54/4 55/25
 57/11 62/25 63/3 63/16
 64/11 64/23 65/12 65/16
 66/8 66/16 66/17 67/5
 67/23 69/22 69/23 70/8
 75/6 76/1 77/6 77/19 78/4
 78/19 82/17 83/4 91/9
 101/14 101/18 102/9 103/8
 103/14 103/20 104/23
 104/24 105/2 106/14 108/6
 109/22 110/21 112/10
 112/12 114/16 121/24
 122/24 123/6 123/17
 128/17 128/17 129/7
 129/14 129/22 130/13
 131/3 131/4 131/7 131/14
 132/8 132/22 139/19
 141/11 142/10 142/15
 142/24 147/24 153/23
 154/19 156/13 164/2 167/4
 167/22 167/24 168/8
 168/12 169/13 170/2
 170/23 171/6 180/21
 180/25 181/4 185/4 186/2
 186/10 186/12 186/16
 186/18 187/2 187/5 187/8
 187/23 188/10
chartered [12]   32/8 32/25
 33/17 44/6 47/19 68/17
 74/22 96/24 102/7 106/16
 156/2 172/19
charterer [1]   91/23
chartering [6]   6/16 46/15
 68/17 107/9 132/15 133/7
charters [53]   14/17 14/22
 15/4 16/3 16/11 16/23
 20/24 21/15 32/8 32/12
 33/1 33/5 34/6 41/14 43/4
 44/12 46/1 46/4 46/5 46/7
 46/7 46/12 46/13 46/14
 52/15 54/10 54/12 61/15
 67/22 67/24 75/8 76/14
 90/2 90/5 90/7 90/7 90/12
 106/10 120/1 122/7 131/4
 132/9 132/10 132/12
 132/18 133/1 142/14
 142/23 143/10 145/21
 145/23 146/12 180/24
cheaper [1]   63/16
Cherry [1]   1/15
chief [6]   7/18 30/6 45/23
 48/6 180/7 180/8
children [3]   39/6 39/7
 89/13

132/2 166/18 167/4 189/22
China [3]   40/2 40/4 40/17
 37/20 43/9 46/1 57/8
chose [1]   49/13
CHRISTENSEN [10]   1/16
 2/21 10/2 10/14 126/20
 126/24 127/13 163/4 193/5
 193/10
Christensen's [1]   88/1
ChristensenChristensen [1]
 125/19
circumstance [1]   98/16
circumstances [1]   50/6
cited [2]   35/23 35/24
CITS [1]   39/18
city [6]   85/13 85/21 86/8
 86/9 86/22 87/7
Civil [1]   2/2
CL [1]   81/5
CLOO [1]   80/24
claim [8]   4/4 14/13 18/4
 19/4 20/15 21/10 35/22
 36/1
claimed [13]   12/8 18/25
 31/24 32/3 32/7 32/18
 32/20 32/22 32/25 132/12
 132/18 133/3 185/16
claims [6]   17/8 21/21
 23/16 24/8 24/14 34/7
clarify [3]   107/15 152/5
 152/17
clause [1]   55/18
cleaning [4]   167/11
 167/12 170/1 170/19
clear [8]   10/25 16/12
 21/8 37/17 65/2 114/6
 154/15 190/6
cleared [1]   76/12
clearly [1]   19/23
client [7]   3/3 10/7 26/9
 41/24 70/18 70/19 70/23
clients [2]   3/3 95/25
close [12]   7/11 11/25
 89/17 112/6 112/11 120/4
 130/24 135/19 144/9
 151/14 168/24 176/2
closed [1]   95/13
closer [2]   23/25 186/2
closing [1]   180/23
clue [1]   25/10
coaches [1]   162/10
coast [2]   73/10 189/1
cocktail [4]   15/23 85/14
 88/19 112/23
coffee [1]   117/2
collaborative [1]   166/21
colleagues [2]   10/7 10/10
collect [1]   26/5
collectable [1]   26/8
collective [5]   32/18
 32/20 32/22 132/22 133/1
Colleen [15]   33/23 107/1
 107/2 107/3 109/2 116/6
 116/25 117/8 118/3 118/6
 133/23 142/3 143/1 181/11
 181/23
college [3]   40/1 40/10
 91/19
COLLYER [1]   1/10
color [1]   160/24
COLUMBIA [7]   1/1 1/22

COLUMBIA... [5]   17/1 36/2
 86/2 113/21 119/16
column [1]   145/16
combination [4]   86/3
 90/19 125/3 128/23
combined [2]   54/7 80/15
comcast.net [2]   115/24
 137/22
come [28]   3/17 11/19
 11/25 16/5 20/16 35/25
 37/18 38/7 42/18 60/16
 61/21 61/22 71/2 79/23
 85/10 94/12 99/6 99/13
 111/7 120/1 127/2 127/11
 128/21 159/23 166/10
 167/16 167/18 168/4
comes [3]   47/4 83/4
 170/10
comfortable [3]   138/14
 138/16 138/19
coming [5]   9/21 27/20
 45/20 83/25 89/6
commission [3]   122/3
 122/7 179/19
commissions [1]   70/7
commitment [2]   87/20
 121/10
committed [1]   71/13
committees [1]   45/18
common [2]   90/13 90/14
communicated [2]   118/13
 162/17
communication [6]   18/25
 59/4 83/23 121/23 184/17
 185/6
communications [5]   39/15
 144/25 184/19 184/24
 185/1
companies [3]   7/21 49/20
 118/8
company [7]   38/19 41/23
 42/7 47/7 87/6 94/24
 107/16
comparative [1]   89/20
compare [1]   118/5
comparing [1]   166/11
complaint [3]   135/25
 136/2 136/8
complete [2]   17/3 143/9
completed [1]   68/24
completion [2]   31/22
 34/10
compliant [4]   49/22 50/1
 137/11 137/12
complying [1]   28/15
component [6]   12/9 109/3
 110/16 111/16 111/17
 112/18
components [4]   9/16
 107/24 108/16 114/13
compressed [1]   115/10
comprised [1]   49/8
computer [1]   1/25
computer-aided [1]   1/25
concept [2]   4/2 35/25
concern [5]   58/24 61/24
 166/2 166/4 166/5
concise [1]   184/20
conclude [1]   35/15

conditional [1]   29/7
conditions [3]   16/21
 23/10 59/18
confidence [1]   79/16
confidential [1]   181/7
confidentiality [9]   18/21
 18/23 19/5 180/14 180/18
 181/24 181/25 182/5 182/7
configuration [4]   47/11
 47/14 48/21 158/19
configurations [1]   48/1
confined [2]   176/18 178/5
confirm [1]   121/10
confirmed [2]   18/14
 118/14
confirming [1]   117/14
confuse [1]   52/5
confused [1]   121/13
confusing [1]   101/25
confusion [1]   38/3
conglomerate [1]   157/1
conjunction [1]   87/2
connection [1]   24/20
connections [186]   1/3 2/3
 3/21 7/15 8/18 10/18
 10/22 10/24 11/3 11/5
 12/8 12/11 12/16 12/18
 12/22 12/24 13/4 13/10
 14/12 14/23 15/17 15/20
 16/2 17/8 18/4 18/9 18/12
 18/14 18/17 18/20 18/25
 19/5 20/20 20/23 20/24
 21/7 21/9 21/16 21/20
 23/3 23/6 23/11 23/13
 23/16 23/19 23/21 24/8
 24/10 24/12 24/14 24/15
 24/18 24/22 25/6 25/14
 25/16 25/17 25/24 25/25
 26/6 26/10 26/18 28/12
 28/14 28/18 29/16 29/16
 30/5 30/14 30/17 30/24
 31/3 31/12 31/18 31/19
 31/24 32/3 32/18 33/1
 33/3 33/6 33/10 33/17
 33/20 33/21 33/24 34/2
 34/5 34/9 34/10 35/3
 35/10 35/21 38/16 38/20
 42/1 44/16 44/21 54/14
 55/2 55/25 56/18 62/6
 64/16 65/13 66/11 67/4
 67/12 68/6 68/7 69/17
 70/17 72/11 74/24 77/3
 78/9 82/17 94/24 98/17
 106/5 109/8 121/24 124/16
 125/7 125/12 128/25
 129/22 130/13 130/16
 131/3 131/7 131/10 131/14
 131/19 132/7 132/12
 132/15 133/3 133/12
 133/14 133/20 134/14
 139/12 139/16 139/19
 140/9 140/17 141/10
 141/18 141/21 142/2 143/9
 143/11 144/3 144/23 146/6
 146/19 148/2 149/22
 151/19 156/20 157/2
 163/16 163/19 164/3
 164/17 167/5 167/8 169/13
 170/20 171/15 171/18
 174/23 175/5 180/14
 182/11 182/18 185/20

185/23 186/6 187/17
 189/22 190/10 190/11
 190/21 190/24
Connections' [20]   12/10
 12/15 12/20 15/22 21/10
 23/8 25/9 30/7 30/10
 30/19 31/6 31/9 32/24
 35/7 46/24 151/1 152/2
 152/14 152/19 166/2
Connections's [1]   137/2
Connections.com [1]   147/8
connectivity [1]   157/15
consequented [1]   31/15
conservative [5]   152/9
 152/10 154/5 159/25 163/5
consider [2]   17/2 126/11
considered [2]   46/13 56/7
considering [1]   118/8
consist [1]   112/18
consistent [1]   146/18
consistently [1]   91/10
consists [1]   59/12
consortium [1]   185/3
constable [3]   177/14
 177/21 178/16
constitute [1]   19/17
Constitution [1]   1/22
consultant [1]   7/21
consummate [1]   50/16
consumption [2]   174/11
 174/11
contacts [1]   87/3
contain [1]   50/3
contained [1]   92/9
containers [1]   131/25
contains [4]   49/16 49/16
 53/21 53/24
contemplated [11]   8/5
 31/21 33/17 33/20 33/24
 34/10 52/14 54/13 62/20
 142/14 187/11
contends [1]   10/18
contention [1]   68/4
contingency [2]   82/24
 82/25
contingent [2]   4/21 82/25
continue [1]   77/16
continued [2]   146/19
 194/1
continuing [1]   61/23
contract [120]   4/5 4/7
 4/8 4/17 4/17 4/25 6/10
 7/25 8/3 8/4 8/5 8/11
 8/15 11/4 11/7 12/19
 12/23 15/11 17/3 18/16
 18/18 18/20 19/14 20/7
 21/7 21/19 23/5 23/19
 24/17 26/2 28/13 28/20
 28/24 29/12 29/14 31/9
 31/16 31/23 35/1 35/5
 35/24 36/1 41/19 47/9
 51/4 51/11 51/19 51/24
 52/2 52/3 52/6 52/8 52/9
 54/19 55/5 55/10 56/25
 57/10 58/15 59/11 59/22
 59/23 59/24 61/16 61/18
 61/22 62/1 62/4 62/16
 62/21 63/21 63/23 64/21
 65/19 66/15 69/3 69/14
 70/12 70/21 72/4 72/10
 75/24 76/8 78/16 80/2

C Case 1:08-cv-02054-RMC

**C**

contract... [35]   80/11
82/15 85/3 94/25 98/18
98/24 100/15 100/16 104/8
104/10 118/7 118/17
118/18 118/18 121/25
122/4 122/15 122/18
122/20 123/5 123/17
123/20 125/6 128/18
129/12 130/16 131/10
143/10 143/21 147/22
149/14 169/5 182/13
182/14 188/5
contracted [2]   63/10 75/5
contracting [1]   74/25
contractor [2]   17/3 55/1
contracts [8]   5/24 6/3
19/3 54/5 67/3 67/11
129/19 187/16
contrary [1]   28/16
contributing [2]   176/11
176/11
contribution [1]   134/22
control [3]   35/10 35/11
152/6
controlled [1]   85/24
controller [1]   93/16
convenience [1]   38/19
conversation [2]   28/3
185/2
conversations [2]   58/19
118/14
converted [1]   4/18
coordinate [1]   185/10
copies [2]   80/22 119/9
copy [10]   18/15 18/15
18/15 51/10 64/2 95/21
101/3 116/2 118/25 135/25
CORINNE [3]   1/17 2/7
10/10
corkage [4]   113/24 113/24
114/3 114/6
corner [1]   54/18
corporals [2]   177/21
178/16
corporate [1]   132/9
corporation [4]   31/18
40/25 41/19 157/6
correct [313]
correctly [5]   117/15
136/14 138/7 148/22 182/3
correspondence [1]   182/20
corresponding [1]   124/13
cost [51]   4/19 4/21 6/4
7/1 24/19 24/21 26/1 26/2
27/2 29/12 29/13 30/6
31/2 31/6 34/13 52/3
52/10 56/8 63/12 76/13
82/24 82/25 82/25 83/3
83/3 83/4 85/9 113/22
122/25 123/9 123/19
123/20 123/22 123/24
123/25 128/18 128/19
129/8 129/10 129/17
136/12 140/17 146/20
160/8 160/25 161/9 164/18
174/24 174/25 178/1
178/14
Costa [2]   157/7 157/8
costing [1]   110/21

costs [26]   4/8 6/7 9/23
23/9 23/17 23/18 24/7/14
24/11 24/16 25/7 25/8
26/18 30/10 30/21 31/8
31/11 48/13 50/10 50/14
56/19 56/20 58/9 70/10
76/13 122/17 122/20
could [49]   7/1 10/24 15/5
36/6 38/7 40/14 48/25
49/6 62/19 62/19 62/22
63/20 68/7 69/1 69/2
69/16 69/17 69/21 70/18
75/5 75/8 93/14 94/24
100/3 120/22 125/8 127/8
128/13 138/24 141/18
141/21 142/19 151/21
152/6 152/7 152/12 154/5
158/25 159/2 163/8 163/9
165/21 166/10 168/5
168/25 174/13 176/9
183/15 183/18
couldn't [11]   33/18 70/25
86/19 100/2 143/17 174/14
180/17 180/20 181/6
184/16 189/18
counsel [3]   10/7 10/11
195/7
count [2]   65/16 192/4
country [3]   32/13 86/7
172/11
couple [2]   101/22 191/10
course [17]   5/13 7/13 9/1
9/22 19/10 29/24 34/19
34/20 38/17 60/1 74/3
84/14 88/21 100/4 112/24
113/3 156/22
court [31]   1/1 1/20 1/21
1/21 2/17 4/15 4/16 7/1
17/25 18/14 34/17 37/7
38/14 39/12 41/10 42/18
51/10 51/23 57/17 57/19
58/10 66/15 84/16 84/16
101/3 105/21 106/25
113/15 118/25 124/10
195/5
Court's [1]   64/2
courtroom [2]   3/2 16/22
cover [4]   76/24 110/24
121/10 144/10
covered [5]   23/1 66/22
66/24 174/24 174/25
covering [1]   115/22
covers [1]   82/14
CPA [15]   64/22 66/16
67/16 68/4 71/25 72/15
74/10 74/24 75/18 103/2
104/4 104/17 105/12
106/18 168/12
CPAs [3]   68/8 71/23
100/13
crawls [1]   86/3
crazy [1]   42/22
create [1]   120/21
created [1]   35/19
credentials [1]   126/15
credit [19]   28/11 28/15
30/13 30/18 37/21 71/22
71/25 128/19 129/9 132/19
134/21 137/1 137/4 137/9
138/6 139/13 139/15
140/13 140/15

credited [2]   137/4 137/8
cricket [4]   32/11 32/21
44/6 132/25
critical [1]   45/7
cross [3]   34/19 127/15
193/2
Crow's [2]   96/21 97/7
cruise [323]
cruises [26]   14/5 14/6
19/13 20/25 21/11 21/18
24/3 24/11 27/9 47/24
87/3 107/5 107/8 112/19
122/3 124/14 133/24 143/2
182/19 185/4 188/10
189/23 190/1 190/1 190/2
190/3
CRYSTAL [2]   1/20 195/12
cuff [1]   166/9
culminated [1]   121/22
culpability [1]   35/21
Cunard [1]   157/7
Cup [3]   32/11 32/21
132/25
current [2]   93/14 142/20
currently [1]   93/16
currents [1]   74/8
cushions [1]   127/3
customer [3]   32/1 89/11
132/4
customer's [1]   43/8
customers [2]   42/15
131/25
customize [1]   42/14
customs [1]   73/12
cut [4]   100/7 113/4 188/8
191/8
cute [1]   16/6

**D**

D.C [1]   1/5
daily [7]   7/20 15/6 16/9
55/5 55/17 56/17 114/24
damages [21]   2/14 4/3 4/4
4/5 4/7 4/9 4/11 5/22
7/13 9/1 10/16 13/4 17/4
19/17 20/8 23/7 31/13
31/16 34/7 35/7 136/1
dancing [1]   15/24
data [1]   176/11
date [19]   35/4 57/22
57/23 57/25 58/1 67/18
67/18 78/5 116/21 120/6
120/8 130/22 134/25
135/14 135/18 136/19
185/5 195/5 195/12
dated [2]   120/11 184/1
dates [9]   19/1 55/13 58/3
116/20 116/21 118/4 118/5
130/24 180/23
day [99]   1/6 12/16 12/17
12/20 12/25 13/3 13/6
13/9 13/13 13/16 14/6
14/14 14/21 14/22 14/25
15/1 16/13 29/21 32/12
47/13 50/21 55/18 83/21
88/2 88/12 88/13 91/7
91/9 91/10 108/9 108/9
108/12 108/14 111/18
113/7 117/10 119/25
141/15 141/21 146/4 146/7
146/17 147/13 147/20

**D** Case 1:08-cv-02054-RMC   Document 28   Filed 02/07/14

day... [55]   148/21 149/3
149/13 149/19 149/20
151/17 152/3 152/15
154/11 156/11 158/2 158/4
158/23 159/4 159/5 159/18
160/2 160/6 160/7 160/10
160/14 160/15 160/17
160/19 161/4 161/13
161/16 161/16 161/18
161/19 161/23 162/1
162/23 163/1 163/13
163/25 164/4 164/7 164/7
166/7 167/1 167/4 167/8
170/7 175/8 175/17 175/20
182/23 183/1 189/23 190/1
190/1 190/2 190/12 190/25
days [57]   9/11 9/12 14/16
14/18 20/25 20/25 22/4
22/11 22/15 22/17 22/21
22/21 32/18 32/20 32/22
41/23 41/23 41/23 53/18
55/12 72/6 72/7 73/24
73/25 78/5 85/6 85/6
106/16 106/18 106/22
129/18 132/22 133/1
135/15 136/23 141/19
145/20 145/21 153/19
153/20 162/18 162/21
163/10 170/1 170/6 174/10
174/10 174/11 174/12
175/15 175/16 183/6 186/1
186/4 190/17 190/17
190/17
DC [2]   1/19 1/23
dead [1]   97/6
deal [10]   8/14 9/12 9/12
9/17 26/6 83/8 118/10
122/11 181/11 186/20
dealing [3]   7/20 100/16
121/19
debark [1]   73/4
debate [1]   154/14
debating [2]   154/8 154/15
decade [1]   69/12
December [9]   13/1 76/4
76/21 81/18 82/5 147/24
148/15 149/12 170/3
decide [1]   26/7
decided [3]   25/7 26/22
167/11
decides [1]   29/4
deck [2]   97/6 97/8
declaratory [1]   135/25
declined [1]   69/12
deduct [1]   38/1
deeper [1]   56/24
defendant's [25]   4/18
24/19 128/4 128/6 135/22
135/24 137/14 137/17
139/25 140/4 146/25 147/3
148/7 148/13 150/12
150/15 152/23 164/24
165/3 176/23 177/1 179/13
179/16 181/16 181/19
defendants [3]   1/7 1/16
168/23
defense [14]   2/7 101/9
193/20 193/21 193/22
193/23 193/24 193/25

defense's [1]   101/9
defines [1]   76/1
definitely [2]   87/18
134/18
degree [1]   172/24
delay [2]   35/3 35/7
delivery [1]   50/19
demand [1]   70/10
demanding [2]   173/24
174/2
demographic [3]   89/9
89/13 89/22
Dennis [1]   134/7
denote [1]   96/12
departing [1]   106/12
department [1]   43/8
dependent [2]   171/14
174/18
depending [5]   13/6 85/6
91/8 158/18 159/12
depends [1]   20/9
deployed [1]   165/8
deposit [3]   187/24 187/24
188/3
deposition [10]   13/8
22/13 92/4 92/6 92/23
93/5 94/3 150/3 151/16
191/5
depositions [1]   91/24
depth [2]   75/16 83/7
derive [1]   160/12
describe [5]   45/21 47/1
82/1 87/22 107/23
described [3]   44/20 81/21
114/14
description [3]   102/22
104/1 105/8
descriptions [1]   105/22
designed [1]   68/12
destination [1]   178/4
destinations [1]   15/21
detail [2]   6/21 6/24
details [1]   20/23
determined [1]   21/4
developing [2]   41/2 42/20
development [1]   132/3
devise [1]   47/12
did [141]   2/16 2/17 6/16
7/6 9/4 16/10 31/22 40/9
40/11 40/12 40/22 41/16
42/1 43/19 43/21 44/2
46/16 47/15 47/15 48/2
48/21 48/21 50/3 50/10
50/14 50/14 57/11 58/5
58/14 58/15 58/19 58/21
61/21 61/21 62/9 62/11
62/23 63/1 63/19 64/13
66/10 66/12 68/16 68/23
69/4 72/10 72/13 74/1
74/7 79/23 88/5 88/6 88/7
89/8 90/2 91/11 91/12
91/15 91/16 98/10 100/19
100/20 100/25 106/18
106/21 107/6 111/17
111/25 112/18 116/9
117/15 117/16 118/12
118/16 118/16 118/21
120/13 120/15 120/16
125/15 127/22 128/21

130/20 130/25 131/10
135/6 135/17 133/18 135/2
135/10 136/14 136/15
137/12 138/7 138/8 139/15
139/16 144/25 147/19
147/21 148/22 151/7
151/18 155/19 166/5
167/15 168/12 168/15
168/16 171/25 174/6 174/8
174/9 175/13 177/17 178/1
178/17 179/4 179/6 179/23
180/2 180/4 180/11 180/11
180/12 181/6 182/3 182/4
182/5 182/6 182/7 182/11
184/17 184/19 185/10
186/8 186/16 191/1 191/2
191/5 191/6
didn't [39]   3/20 8/11
8/11 8/13 21/5 25/6 26/22
58/25 60/18 68/21 84/10
87/16 88/21 92/15 95/8
95/9 95/9 111/19 120/18
130/19 134/23 135/8
136/19 143/9 146/11 151/9
152/5 153/24 158/11
162/13 166/12 174/21
176/13 181/10 181/10
181/12 186/19 186/20
192/9
Diego [9]   4/12 9/3 73/4
73/4 102/15 102/16 106/12
106/19 109/23
differ [1]   179/2
difference [11]   4/7 41/18
78/5 78/9 122/24 151/8
151/10 152/22 153/15
164/6 167/7
differences [1]   8/18
different [15]   14/8 21/3
48/1 59/25 84/13 86/8
99/15 121/25 122/8 149/14
149/14 149/15 153/2
159/12 163/11
dignataries [1]   85/10
dignitaries [1]   15/23
dinner [4]   16/5 27/25
159/22 191/18
dinners [10]   15/25 46/20
85/8 85/15 112/24 115/7
175/6 175/9 175/13 175/14
direct [9]   38/10 54/17
57/6 57/14 81/4 83/22
94/9 95/18 193/2
Directing [1]   93/4
direction [3]   142/11
174/20 191/21
directly [9]   6/11 41/19
56/5 56/8 56/16 79/11
101/15 119/25 162/13
director [2]   7/19 41/3
disagree [1]   15/11
disagreeing [1]   136/18
disappeared [1]   31/5
disappointed [2]   13/11
151/24
disclosed [1]   156/10
discuss [1]   107/6
discussed [6]   34/1 80/5
80/20 107/9 131/7 178/9
discussing [2]   164/17
192/8

**D**  Case 1:08-cv-02054-RMC   Document 97   Filed 02/07/14

discussion [4]   12/2 58/24
 91/22 106/3
discussions [4]   44/7
 58/16 107/13 160/4
disembark [2]   57/25 58/1
disembarkation [9]   8/6
 8/16 15/12 57/10 58/3
 58/17 58/22 100/16 122/19
disintegrated [1]   135/11
disliked [1]   53/7
disposable [1]   176/14
disposal [3]   23/15 23/16
 27/4
dispute [3]   2/15 33/19
 59/10
disputes [1]   10/15
distance [2]   84/6 99/19
DISTRICT [6]   1/1 1/1 1/11
 1/21 1/22 195/5
divided [1]   175/16
dividing [1]   34/21
division [2]   43/3 142/12
do [178]   4/14 5/3 6/15
 13/23 13/24 17/22 20/3
 20/4 21/6 25/4 26/11
 28/25 32/13 34/7 34/22
 35/7 37/4 37/16 38/24
 39/6 39/16 39/22 39/23
 42/11 43/16 44/3 44/8
 44/18 46/14 46/15 49/15
 49/19 49/21 50/25 51/2
 51/21 51/22 54/23 54/25
 57/12 57/13 60/6 60/18
 62/23 63/19 64/8 64/9
 65/3 66/5 66/6 69/19
 69/21 70/9 71/25 72/5
 74/13 74/16 80/17 82/8
 82/10 82/13 82/24 83/20
 83/20 84/11 84/24 86/13
 86/20 86/24 87/10 87/12
 89/8 90/2 90/10 90/23
 90/25 91/3 91/5 91/5
 94/19 94/22 97/23 97/25
 98/2 98/17 98/21 98/23
 99/16 101/11 101/12 106/8
 107/15 107/17 107/18
 109/1 109/5 111/7 111/8
 111/19 113/4 113/12
 114/23 116/9 117/24 119/5
 119/7 121/3 121/5 121/11
 121/12 124/3 124/10
 124/19 124/20 125/13
 125/18 126/7 127/3 130/19
 130/25 131/10 136/7 139/5
 139/6 142/10 144/7 144/8
 144/16 144/17 145/2
 145/18 145/19 148/14
 148/16 149/4 150/2 150/5
 150/16 150/17 150/21
 150/22 151/16 153/19
 154/18 154/24 156/23
 160/12 161/2 161/7 161/7
 164/6 164/17 165/12
 165/14 165/21 167/7
 168/10 168/18 172/18
 174/3 174/9 175/16 177/11
 177/13 177/17 178/1 179/1
 179/3 182/8 182/10 183/24
 183/25 184/11 184/17

dock [2]   33/21 111/7
docked [3]   68/2 73/14
 172/11
Docket [1]   1/4
docking [2]   143/13 143/13
document [34]   51/19 52/6
 53/14 53/21 54/1 61/16
 64/12 64/14 66/5 66/10
 74/11 80/4 80/5 80/7
 80/19 93/7 94/7 94/13
 103/5 116/20 135/13 136/6
 138/25 139/5 139/10
 140/17 150/16 152/11
 153/5 153/6 154/20 166/11
 166/13 179/7
documentation [1]   91/24
documents [19]   8/9 53/7
 53/24 53/25 59/12 59/13
 66/24 84/16 92/10 98/22
 98/22 100/6 101/8 101/11
 101/13 101/17 154/21
 154/21 191/25
does [43]   5/9 11/22 19/2
 22/10 23/7 23/14 27/6
 30/11 30/14 36/1 37/13
 49/25 52/10 52/12 53/23
 58/8 61/16 61/17 65/16
 70/17 72/24 72/25 73/1
 74/21 75/18 75/20 89/11
 90/23 94/23 95/1 95/2
 97/20 99/2 102/14 102/14
 114/18 119/12 128/13
 131/24 136/16 156/24
 157/2 159/23
doesn't [12]   13/22 19/15
 20/15 27/5 29/1 69/18
 88/22 133/5 138/15 166/13
 192/4 192/10
doing [15]   3/5 34/19
 52/23 70/9 73/10 106/5
 114/1 129/17 142/14 163/5
 164/10 164/11 167/15
 186/10 186/12
dollar [1]   14/13 30/17
 62/14 63/12 76/17 86/9
 100/17 122/16 170/9
dollars [37]   4/19 4/20
 4/24 4/25 8/2 9/18 12/13
 23/25 24/22 25/12 25/18
 26/3 29/7 29/18 41/12
 52/4 63/9 63/17 80/13
 83/11 91/12 100/12 108/11
 110/2 121/9 122/11 123/13
 141/15 141/18 141/19
 151/5 158/4 158/15 159/5
 166/7 170/2 175/20
don't [82]   2/18 8/13
 13/18 13/19 13/21 15/13
 16/18 17/20 19/25 20/2
 22/1 25/3 25/10 26/11
 28/22 29/9 29/17 30/2
 35/15 35/20 36/4 36/6
 36/7 37/3 37/18 37/20
 47/6 50/5 57/19 58/25
 59/10 60/4 60/5 60/8
 60/20 60/21 69/19 69/20
 70/7 70/20 80/10 90/9
 92/24 94/12 94/19 95/18
 95/24 98/13 99/3 100/14

112/4 114/14 116/21
 119/23 119/15 124/3
 125/18 126/23 128/15
 129/11 134/25 135/10
 135/13 135/18 145/4 145/4
 150/5 156/23 161/7 162/16
 162/19 166/16 166/16 174/2
 175/12 181/8 181/8 182/9
 187/13 190/5 191/4 191/8
done [18]   3/9 9/12 16/12
 29/23 39/20 42/21 46/7
 89/24 90/18 94/25 118/11
 154/6 163/7 166/10 166/21
 183/6 183/10 187/19
Donna [3]   16/22 50/21
 83/21
door [7]   95/13 131/21
 131/21 131/24 131/24
 155/1 155/7
doors [2]   155/11 155/12
dot [1]   147/6
double [5]   23/24 24/14
 109/14 115/2 151/25
doubled [6]   12/24 13/5
 13/10 13/13 151/20 151/21
doubt [4]   20/1 109/1
 145/2 154/24
down [22]   8/13 9/23 13/21
 14/20 29/22 57/9 57/20
 59/1 99/15 122/16 125/22
 145/15 145/15 147/12
 153/9 160/16 164/11
 165/11 169/19 175/10
 183/22 191/16
downloaded [1]   177/5
downtown [1]   174/13
draw [1]   87/13
drawing [1]   70/15
drawn [1]   154/4
dressing [1]   16/5
drink [3]   115/13 115/14
 191/17
drinking [1]   172/12
drinks [5]   21/17 160/13
 160/14 160/15 174/19
drive [1]   70/10
drop [1]   84/6
dry [4]   167/10 167/12
 169/25 170/19
Dubai [1]   143/20
due [11]   31/17 35/16
 52/10 69/13 82/1 82/2
 82/3 121/7 136/11 136/21
 137/13
dump [1]   9/4
duration [1]   15/4
during [24]   21/11 31/21
 37/14 40/10 46/6 60/9
 68/1 73/6 78/1 79/6 86/22
 96/18 98/24 107/7 108/7
 122/18 141/7 144/4 170/23
 171/6 173/24 174/3 175/14
 178/7
duties [5]   40/15 41/10
 42/4 42/24 84/12
duty [2]   31/14 34/11

**E**

e-mail [26]   115/22 116/5
 116/20 118/12 118/14
 118/16 119/9 120/11

**E**

e-mail... [18]  137/19
137/24 147/5 147/6 165/4
181/20 182/11 183/23
184/4 184/5 184/7 184/11
184/17 184/18 184/22
184/23 184/24 185/1
e-mails [2]  118/5 184/18
E-X-H-I-B-I-T-S [1]
193/12
each [16]  12/6 21/3 23/12
80/12 90/22 112/23 113/3
114/24 131/18 140/21
155/24 158/14 163/9
188/12 189/23 192/1
earlier [16]  38/2 61/23
100/21 100/21 109/7
116/11 129/6 135/17
135/17 151/12 151/13
152/9 169/12 175/21 176/1
185/16
earliest [4]  106/10 184/7
184/23 184/24
early [5]  40/4 123/18
141/16 144/6 182/20
earn [1]  141/21
earned [9]  11/1 14/4 17/5
17/9 18/5 18/6 21/17
21/23 152/20
earners [3]  89/15 178/5
178/8
earns [1]  180/9
easy [3]  84/3 125/17
183/20
ECF [1]  37/8
eclipse [1]  78/21
educated [1]  91/19
educational [2]  39/11
39/13
Edwards [16]  3/22 44/5
50/22 119/10 130/2 130/11
131/16 133/18 133/19
134/23 136/9 137/24
144/10 144/20 146/10
165/4
Edwards' [1]  147/6
effective [1]  177/7
efficiency [1]  36/12
efforts [1]  35/14
eight [7]  39/5 124/21
136/23 141/15 175/16
175/16 190/17
eighty [2]  62/17 88/14
eighty-five [1]  62/17
either [10]  42/25 43/13
86/3 87/16 90/13 95/4
113/18 117/9 117/10 135/1
Elation [4]  102/8 102/12
102/24 103/2
element [5]  4/20 5/22
7/13 9/1 111/3
elements [4]  4/3 12/7
108/9 121/25
eleven [1]  60/5
elite [1]  91/20
else [7]  26/25 26/25 47/5
59/24 69/21 81/2 188/2
elsewhere [2]  37/14 40/19
embarkation [12]  8/6 8/15
15/12 57/9 57/18 57/22

emotional [1]  121/20
employed [1]  195/8
employee [2]  27/3 40/6
employees [7]  26/21 26/22
27/16 27/18 29/2 31/5
41/13
employment [1]  39/24
empty [1]  8/8
enables [1]  90/23
encouraged [1]  185/4
end [31]  3/18 5/16 6/24
8/8 15/1 29/20 59/6 68/21
69/23 69/24 70/11 70/15
78/2 78/17 81/24 97/16
100/10 102/14 106/11
116/13 117/25 118/10
138/4 165/23 182/22 183/1
183/20 184/18 190/4 190/7
192/2
ended [2]  6/3 131/11
ending [4]  73/3 94/8
105/3 105/5
ends [4]  102/15 103/20
138/25 188/20
enjoy [2]  84/12 120/22
enormous [1]  86/6
enough [5]  35/16 58/25
61/25 125/20 126/25
entails [1]  106/4
enter [2]  19/8 37/8
entered [4]  11/3 142/9
169/13 187/15
entering [4]  5/24 67/23
100/17 107/6
entertain [1]  2/17
entertaining [1]  84/12
entertainment [3]  46/20
112/24 115/8
enthusiastic [1]  85/23
enticing [1]  135/8
entire [3]  41/22 107/11
189/19
entirely [4]  14/8 20/9
35/10 190/14
entitled [1]  21/16
entity [3]  130/20 130/21
130/22
entry [1]  150/19
environment [2]  85/24
120/21
equal [3]  62/14 78/1
131/15
equaled [1]  49/1
equals [1]  62/18
erosion [1]  11/6
erroneously [1]  14/24
especially [3]  10/25
45/10 178/7
Esquire [7]  1/13 1/13
1/14 1/16 1/17 1/17 1/18
essentially [7]  42/2
82/19 86/15 87/8 109/24
111/12 116/11
established [2]  86/11
106/11
estimate [35]  10/23 12/15
12/21 12/24 13/9 13/11
13/15 14/15 14/23 15/22
16/8 21/12 21/12 21/13

24/20 24/24 25/1 25/7
53/15 88/9 94/24 98/23
149/16 151/17 151/23
152/2 152/10 152/14
152/19 154/5 156/4 159/25
163/5 174/7 175/12
estimated [22]  12/19 23/6
23/13 23/19 23/21 24/10
24/11 31/3 43/11 88/3
88/9 88/19 88/19 114/20
124/5 124/6 141/14 145/21
147/19 149/12 149/14
158/2
estimates [25]  6/2 6/4
7/10 10/23 12/11 12/14
12/15 12/17 21/11 23/8
24/23 25/24 31/2 31/6
31/9 43/9 50/15 141/16
146/15 151/1 153/22
164/15 164/16 178/14
178/15
estimating [2]  122/14
146/6
estimation [1]  166/8
estimations [1]  176/9
et [7]  1/3 1/7 2/3 2/4
9/23 19/1 115/8
even [14]  12/17 14/14
15/7 16/5 19/7 26/24
70/12 84/6 87/12 151/7
151/13 152/12 163/7
172/11
evening [3]  34/16 85/15
192/14
evenings [1]  113/2
event [5]  44/6 78/20
85/22 112/21 173/16
events [8]  15/22 32/9
42/20 112/21 113/20
170/23 171/15 173/22
ever [14]  11/4 18/16 19/3
19/5 19/6 96/24 97/1
178/1 179/7 179/21 182/9
186/16 187/19
every [15]  14/24 14/25
29/12 33/3 51/5 88/15
106/12 141/21 155/15
155/15 161/4 161/16
162/11 175/14 175/15
everybody [12]  8/7 8/7
29/23 29/25 47/5 49/5
52/5 52/22 85/5 161/16
177/20 192/13
everyone [3]  2/9 165/22
168/5
everything [8]  13/22
28/17 29/21 35/10 65/17
85/16 100/5 188/2
evidence [27]  11/11 19/6
20/12 34/18 35/3 36/3
36/5 36/21 51/14 53/2
53/11 61/2 61/4 65/22
100/24 115/18 128/7
135/23 137/15 140/1 147/1
148/8 150/13 164/25
176/24 179/14 181/17
exact [8]  119/15 127/21
130/24 134/18 134/25
135/14 135/18 181/9
exactly [4]  36/4 110/21
150/5 189/8

**E** Case 1:08-cv-02054-RMC

exaggerated [1]   12/14
exaggerates [1]   10/24
EXAMINATION [2]   38/10
  127/15
examinations [1]   34/19
examine [1]   47/10
example [18]   14/4 17/8
  23/15 24/18 26/19 26/21
  79/22 89/12 90/4 106/12
  113/15 113/25 122/1 122/5
  122/8 154/25 155/1 158/13
examples [3]   152/9 154/5
  164/12
exceed [1]   122/6
exceeded [1]   162/25
exceeds [2]   78/18 121/8
excellent [2]   44/10 45/13
except [3]   95/20 177/23
  181/9
exceptions [1]   7/5
excess [1]   78/19
exchange [7]   4/18 11/14
  11/23 12/2 111/12 150/6
  151/13
excited [2]   119/25 120/17
exciting [2]   88/17 117/14
exclude [1]   35/2
Excluding [1]   40/10
exclusive [6]   68/2 71/14
  74/22 75/15 86/4 123/6
excursion [4]   85/1 88/19
  97/23 163/3
excursions [14]   86/13
  86/14 88/21 111/3 112/25
  113/3 157/25 161/20 163/7
  163/9 163/12 170/22
  171/18 171/21
excuse [7]   8/22 55/21
  65/4 88/14 93/19 108/14
  120/10
excused [5]   31/18 60/13
  99/8 127/5 192/6
execute [2]   66/10 75/8
executed [4]   64/16 64/19
  66/13 68/12
execution [1]   53/19
executive [2]   39/20 69/11
exhibit [109]   37/3 37/4
  51/9 51/13 51/21 52/17
  53/2 53/10 53/13 53/19
  54/6 54/9 54/16 54/23
  59/9 61/1 61/3 61/10
  61/12 61/13 61/18 62/15
  64/1 64/8 65/21 65/24
  67/15 72/14 72/22 74/10
  75/10 75/18 75/18 80/3
  94/5 94/5 94/11 95/17
  97/23 98/6 98/19 100/23
  101/2 101/8 101/17 103/6
  103/6 115/16 115/17
  115/22 116/5 116/14
  118/22 118/24 119/5 119/5
  120/24 120/24 128/1 128/4
  128/6 135/22 135/25
  137/14 137/17 139/25
  140/4 144/6 146/25 147/3
  148/7 148/13 150/12
  150/15 152/23 164/24
  165/3 168/18 168/19
168/21 168/22 168/23
168/24 168/12 168/23 177/14
179/13 179/17 181/16
181/19 181/20 183/15
183/20 193/15 193/16
193/17 193/18 193/19
193/21 193/22 193/23
193/24 193/25 194/3 194/4
194/5 194/6 194/7 194/8
exhibits [6]   52/21 92/7
  94/2 101/9 192/2 194/1
existed [1]   21/19
expand [1]   62/2
expanded [1]   62/11
expect [2]   34/18 163/8
expectations [2]   15/18
  189/9
expected [9]   10/24 17/4
  30/7 121/7 121/8 122/25
  129/1 129/2 157/10
expenses [14]   4/23 5/7
  5/25 10/17 10/20 23/3
  23/6 23/12 23/13 25/5
  25/11 25/23 27/3 30/11
experience [25]   6/15 7/23
  32/4 33/7 42/14 43/14
  45/25 46/14 46/23 50/17
  83/19 83/24 83/25 89/23
  90/14 90/20 91/3 91/13
  126/12 133/4 133/7 154/3
  176/16 178/6 180/9
expert [12]   7/16 12/15
  12/15 13/6 14/3 16/8
  16/19 21/13 31/25 126/2
  126/11 126/15
expertise [1]   32/6
experts [2]   31/25 132/7
explain [12]   6/5 16/23
  40/15 55/8 70/1 110/16
  115/1 115/1 121/17 126/10
  128/13 142/16
explained [5]   4/22 17/1
  31/14 123/18 151/21
explore [1]   176/19
exploring [1]   142/2
exposed [1]   181/12
express [3]   16/4 68/2
  74/22
expressed [1]   119/24
expressly [1]   68/11
extensive [2]   45/16 133/7
extreme [1]   91/5

**F**

fabulous [1]   45/25
faced [1]   85/5
facilitates [1]   143/14
facilities [1]   47/16
facility [2]   47/11 47/18
fact [10]   20/18 27/8
  28/16 88/7 121/7 155/21
  161/8 173/6 173/9 177/14
factor [11]   11/10 26/19
  27/1 141/24 174/6 176/14
  178/1 179/4 179/23 180/2
  180/12
factored [6]   23/11 25/14
  25/24 29/12 38/1 178/14
failed [1]   25/25 30/5
  31/12 34/6 34/9 34/11
failure [1]   36/5

fair [14]   3/10 39/24
  67/41 77/01 77/15 78/11
  78/12 116/7 117/20 121/2
  125/20 159/2 163/14
  184/15
fairly [5]   35/2 36/15
  88/17 127/20 176/18
fall [1]   35/12
falling [2]   35/13 35/14
familiar [5]   96/22 96/23
  97/3 149/21 163/24
family [1]   89/21
fancy [1]   16/5
fantastical [1]   16/10
far [5]   20/10 53/1 59/1
  186/1 187/15
fare [12]   63/3 63/6 63/16
  65/12 112/3 112/5 112/5
  112/7 122/24 123/17 164/5
  190/15
fashioned [1]   186/2
fashioning [1]   186/3
fast [1]   57/19
faster [2]   100/8 124/24
fat [1]   21/6
feasible [1]   71/15
February [6]   11/16 11/17
  11/18 14/17 14/17 30/24
fee [20]   30/13 30/15
  50/11 87/24 108/1 109/6
  109/7 109/13 109/18
  109/19 109/20 109/22
  111/10 111/14 113/24
  113/24 114/3 114/18
  165/25 170/3
feel [2]   37/13 84/10
fees [13]   48/7 48/8 48/8
  48/10 56/13 56/14 56/19
  56/21 108/2 110/14 112/12
  114/6 114/18
feet [5]   85/17 97/19
  102/25 104/3 105/11
felt [3]   69/13 69/13 85/5
ferry [1]   86/3
few [7]   50/11 67/9 101/10
  101/16 127/19 127/24
  149/23
fewer [2]   108/16 161/6
field [2]   56/1 56/3
fifty [6]   38/23 108/13
  108/14 114/19 158/4
  159/10
Fifty-four [3]   38/23
  158/4 159/10
figure [6]   69/2 69/20
  124/19 128/11 128/21
  152/20
figured [2]   92/16 122/19
figures [3]   124/11 125/11
  154/1
file [1]   37/6
fill [2]   8/12 70/12
filled [1]   14/25
final [7]   9/1 18/15 18/15
  81/20 81/24 164/2 171/20
finalization [1]   118/11
finalize [3]   20/21 118/7
  166/12
finalized [4]   18/17 20/25
  116/11 118/17
finally [5]   9/14 16/18

**F**   Case 1:08-cv-02054-RMC

finally... [3]   30/13 31/12 45/21
finance [2]   44/25 134/17
financers [1]   135/8
financial [2]   30/6 93/17
financially [1]   195/9
financing [9]   12/18 30/16 134/13 134/24 135/5 135/16 136/11 136/24 140/10
find [7]   94/7 95/22 136/23 142/19 166/21 169/1 176/19
finding [5]   31/13 33/7 70/21 85/23 86/8
fine [2]   36/9 125/23
fingertips [1]   127/21
finished [1]   183/8
firemen [3]   90/6 90/18 91/1
firm [1]   118/13
first [30]   2/16 2/25 4/5 10/6 10/23 12/7 14/16 14/25 23/5 27/13 28/21 29/15 37/15 43/2 43/10 48/23 49/11 54/1 56/10 76/20 79/10 83/17 101/17 101/19 101/20 119/21 123/19 144/12 144/21 178/11
fit [2]   48/25 49/6
Fitzgerald [1]   1/14
five [21]   21/2 22/7 26/3 29/6 29/8 29/17 34/3 62/17 79/19 79/20 103/15 110/2 126/20 126/22 126/24 175/19 175/20 183/22 188/12 188/16 188/17
fixed [1]   4/18
fixes [1]   35/4
flat [5]   163/16 163/19 163/23 164/7 166/25
flexible [4]   42/13 42/15 42/19 117/10
flip [1]   103/25
Florida [3]   32/19 46/2 46/5
flow [2]   113/19 144/4
focus [5]   39/15 42/12 42/12 83/20 185/21
folded [1]   145/16
folks [5]   2/25 6/3 83/11 89/8 91/17
follow [3]   79/22 168/7 191/21
following [1]   72/3
FONTENOT [4]   1/14 2/6 3/4 3/8
food [2]   157/21 161/14
force [4]   19/10 91/20 179/19 179/24
forces [14]   89/3 89/6 157/12 166/8 166/18 173/3 177/18 178/19 178/21 178/25 179/1 179/4 179/20 180/3
foregoing [1]   195/2
forget [1]   61/3

forgive [2]   134/25 162/5
forth... [1]   160/12
form [4]   82/1 85/17 186/10 186/12
formally [1]   33/23
formed [6]   44/16 44/18 44/19 130/16 130/20 130/22
forming [1]   45/19
forth [5]   28/4 72/24 75/10 160/12 178/16
forthcoming [1]   49/4
forum [1]   166/21
forward [10]   19/15 23/5 26/2 38/8 40/20 97/8 99/13 117/9 117/13 118/9
found [2]   105/23 143/13
four [28]   9/11 9/11 20/25 33/3 38/23 73/25 93/6 106/20 106/20 106/20 106/22 106/23 120/5 123/15 158/4 158/14 159/10 172/24 175/15 180/8 183/6 188/16 188/17 189/23 190/1 190/2 190/17 190/17
Fourteen [1]   103/15
fourth [1]   189/3
fourths [1]   147/12
fraction [1]   17/7
frame [2]   11/16 142/5
frankly [2]   3/4 83/11
fraud [1]   16/15
free [2]   165/9 165/17
Friday [4]   28/7 34/15 117/2 117/10
friend [1]   3/4
front [7]   37/25 80/21 93/5 97/15 138/17 144/7 187/25
fuel [3]   56/20 65/16 65/19
full [17]   8/7 8/13 8/24 32/25 51/18 51/24 58/6 58/12 58/23 59/5 100/22 109/12 118/8 122/18 132/5 134/4 185/3
full-time [2]   132/5 134/4
fully [3]   14/21 35/10 51/24
fun [1]   120/22
function [1]   19/2
fund [3]   143/16 143/17 143/18
funding [3]   5/20 58/4 72/11
funds [4]   72/11 76/23 76/23 82/18
further [6]   75/24 77/3 80/19 126/18 195/7 195/9
furtherance [1]   67/24
future [1]   48/3

**G**

games [1]   32/11
garbage [6]   7/7 23/15 23/16 24/1 27/4 145/10
gave [6]   38/2 60/21 62/14 80/21 154/25 180/22
gay [3]   90/5 90/16 91/8
GCDs [1]   22/21
general [7]   1/6 2/3 4/2

4/15 89/10 130/13 181/10
generally [6]   70/21 89/13 97/21 116/5 156/13 156/14
generate [6]   65/9 84/13 126/14 129/3 152/6 152/7
generated [7]   47/22 80/14 96/14 120/2 121/21 131/18 151/2
generates [1]   78/13
generation [1]   157/15
gentleman [1]   7/17
gentlemen [1]   127/2
geographic [1]   145/15
George [1]   35/18
get [71]   3/8 4/2 4/7 4/22 8/7 8/8 13/22 15/16 20/15 20/23 26/15 26/25 29/2 29/3 29/4 29/6 29/20 37/2 42/9 50/14 50/14 51/3 53/1 56/2 59/4 63/16 67/12 74/2 77/12 77/13 78/10 78/24 82/16 82/19 84/3 84/5 85/24 85/24 86/11 87/6 88/17 88/18 88/22 89/18 89/24 93/2 101/16 110/5 113/19 113/24 114/11 114/24 120/18 122/25 124/15 126/25 131/18 140/22 160/20 164/6 166/11 166/10 167/7 167/16 167/18 171/23 176/19 186/19 189/6 191/16 192/4
gets [5]   26/9 29/1 29/24 29/25 112/11
getting [6]   6/2 23/25 47/1 70/21 86/11 161/3
give [17]   4/15 5/21 47/7 57/1 79/16 90/4 110/3 113/15 122/1 122/5 122/8 122/23 126/5 126/24 142/5 158/13 185/7
given [7]   7/11 8/14 41/23 70/2 70/3 165/20 172/20
gives [1]   79/18
giving [1]   9/24
glad [1]   57/18
glass [2]   159/22 191/17
go [56]   2/23 12/5 14/10 25/7 28/8 29/24 29/25 30/4 36/5 53/6 54/16 59/1 59/4 60/25 61/5 70/13 71/16 71/16 73/11 74/1 74/2 74/5 79/12 84/5 86/20 87/15 93/22 95/22 99/18 99/20 105/22 110/9 111/10 114/2 116/14 117/7 117/17 117/23 126/21 128/16 129/5 138/21 145/15 152/25 153/12 155/1 162/15 162/17 169/10 171/15 171/23 172/1 174/13 183/13 191/15 191/17
goes [1]   13/22
going [81]   3/16 3/19 4/15 5/10 5/21 6/1 6/5 6/9 6/12 6/19 7/10 7/14 7/15 8/10 9/14 9/20 11/8 11/19 13/21 21/5 21/6 23/5 26/13 28/21 29/3 29/5

**going...** [55]   29/6 35/18
38/18 45/10 47/19 48/5
54/6 54/14 63/22 66/25
67/5 70/5 74/6 85/11 88/3
88/11 89/2 89/15 92/13
95/13 99/22 109/3 109/11
110/11 110/19 111/10
111/11 111/13 113/11
114/9 115/12 121/24
122/14 122/17 125/15
126/5 126/13 126/24
134/20 155/13 158/9
160/10 161/15 162/3
163/15 181/23 183/7 188/9
188/12 188/14 189/12
189/15 189/20 189/22
192/11
**gone** [10]   26/2 28/4 29/14
69/1 69/17 70/18 86/9
143/2 162/3 164/13
**good** [30]   2/9 2/10 2/11
2/12 2/13 2/19 2/23 3/4
5/5 10/3 10/13 20/15
20/16 35/19 37/11 38/12
38/13 39/5 71/5 99/4 99/5
99/25 116/25 121/18
127/17 127/18 132/1
164/15 165/22 181/23
**got** [21]   9/10 9/14 22/15
40/16 57/3 57/4 65/15
72/23 76/12 80/16 81/5
84/9 94/14 111/16 112/14
115/11 137/1 140/25 141/1
149/24 182/9
**Government** [9]   18/22
45/17 143/22 143/23 148/4
173/19 177/6 179/18 182/1
**GP** [1]   130/14
**grade** [1]   177/23
**graduated** [2]   39/14
172/23
**grand** [1]   64/25
**granted** [1]   120/3
**gratuities** [3]   64/24
64/24 66/18
**gray** [4]   48/12 56/6 56/21
126/25
**great** [7]   8/25 38/22
44/25 85/9 85/11 126/22
154/25
**greater** [3]   23/6 23/13
157/11
**Greece** [1]   32/16
**Green** [9]   1/13 1/14 2/5
60/25 92/16 99/18 99/20
183/10 193/5
**Green's** [1]   127/19
**groceries** [1]   155/2
**grocery** [4]   95/13 155/1
155/7 155/10
**gross** [10]   17/9 17/17
94/20 121/8 121/13 121/14
121/19 122/10 129/11
154/19
**grossly** [2]   10/23 23/3
**ground** [2]   25/11 32/2
**group** [10]   40/12 40/13
71/16 90/18 91/4 91/21
149/15 157/12 161/7

189/21
**groups** [6]   90/7 90/5
91/14 107/4 118/14 187/13
**grow** [1]   43/3
**growing** [1]   61/23
**grueling** [1]   120/2
**GST** [2]   52/10 52/12
**guarantee** [20]   42/10
64/24 64/25 65/12 67/13
75/16 76/16 79/17 80/10
81/18 82/5 82/15 83/2
83/10 83/15 100/17 103/1
114/2 114/12 188/1
**guaranteed** [20]   4/21 65/6
66/19 67/6 75/22 76/4
77/5 77/6 77/9 77/17
77/19 78/2 78/10 79/8
80/9 80/12 81/17 91/11
100/12 128/23
**guaranteeing** [7]   65/7
65/7 65/8 76/16 79/15
80/16 83/12
**guess** [1]   102/2 121/6
**guest** [4]   22/4 22/11
22/15 22/21
**guests** [3]   33/22 45/25
170/1
**guy** [2]   3/5 3/16
**guys** [4]   28/5 29/22
117/11 127/7

**H**

**habits** [1]   16/17
**had** [117]   8/4 8/19 9/12
11/12 11/25 15/17 16/12
21/7 24/17 26/1 28/7
29/13 31/19 31/20 32/5
32/8 32/25 33/6 33/7 33/7
34/5 39/19 41/13 43/2
44/4 44/6 44/8 45/7 45/13
45/16 45/17 45/18 46/17
49/1 49/9 49/9 49/11
49/12 50/17 53/14 61/25
63/10 63/11 63/21 63/22
72/7 72/18 72/19 79/23
83/3 83/22 85/14 86/5
86/9 86/10 86/23 87/4
87/12 88/3 89/24 91/13
94/2 94/25 97/15 98/17
98/24 107/1 107/4 108/6
109/7 114/20 118/10
118/13 118/13 119/24
122/10 127/20 132/15
133/7 133/12 133/23
136/23 142/13 143/3 143/7
149/12 158/2 160/4 160/8
162/19 171/18 172/5
172/23 173/24 174/15
177/24 178/5 178/14
178/18 178/20 179/7
182/18 185/2 185/16
185/21 186/20 187/8
187/11 187/13 187/19
187/20 188/1 188/3 189/8
189/18 189/25 190/10
**hadn't** [2]   87/13 163/15
**hair** [2]   85/18 160/24
**haircuts** [2]   15/6 160/24
**hairdos** [1]   130/24
**half** [11]   9/20 9/21 23/22
76/20 76/23 77/1 79/10

81/17 82/5 92/14 183/11
**halfway** [1]   165/11
**hammered** [1]   186/5
**HANA** [2]   1/18 10/10
**hand** [14]   51/8 52/17
54/18 61/12 64/1 65/24
92/23 101/1 115/16 118/23
137/17 140/3 150/23 165/3
**handed** [3]   53/13 147/3
179/16
**Handing** [4]   148/9 150/15
177/1 181/19
**handled** [2]   56/13 80/4
**handling** [1]   108/1
**handwriting** [2]   74/11
74/17
**happen** [1]   191/13
**happened** [3]   21/18 27/9
50/20
**happens** [3]   78/13 82/13
82/15
**happy** [2]   138/19 166/22
**harbor** [4]   7/9 17/7 31/7
37/20
**hard** [10]   57/15 84/1 84/2
93/24 122/15 127/4 138/20
159/16 164/12 164/13
**has** [62]   3/4 3/5 5/2 5/8
5/23 6/6 6/20 7/22 7/25
7/25 8/1 10/8 10/19 11/13
13/5 17/23 19/10 20/4
23/11 25/14 25/24 26/13
28/23 29/2 29/12 31/12
31/14 35/21 39/24 41/24
42/18 44/10 44/13 44/25
47/9 47/24 55/18 57/20
64/1 65/24 76/12 76/23
78/23 101/1 109/25 117/24
126/15 131/3 137/17
139/18 140/3 144/13
146/17 153/19 155/7
155/10 165/3 168/21 172/7
172/14 172/20 177/1
**hasn't** [2]   7/4 29/16
**have** [282]
**haven't** [4]   6/21 82/11
82/12 163/6
**having** [5]   27/25 65/13
80/20 85/10 86/11
**he** [56]   6/2 6/3 7/17 7/21
7/25 7/25 13/9 13/10
13/15 16/12 21/14 27/13
27/20 27/22 29/4 29/7
29/9 29/9 32/25 37/22
40/16 40/16 44/11 44/25
45/1 45/7 48/6 70/18
79/19 81/6 88/1 117/24
117/24 119/15 119/18
119/25 120/1 120/16
120/17 120/17 120/18
120/19 120/21 126/5
126/15 130/7 134/23 135/2
135/2 135/5 138/15 138/16
138/18 145/1 147/19 156/9
**he'd** [1]   92/16
**he's** [13]   3/17 6/1 6/5
27/22 27/24 29/6 39/10
44/13 115/4 115/7 126/11
130/8 138/18
**head** [3]   11/24 15/13
182/8

**H**    Case 1:08-cv-02054-RMC

**heading** [1]   162/13
**headquarters** [1]   120/3
**hear** [11]   5/6 5/21 7/14
 7/15 8/17 9/14 9/16 15/15
 88/5 124/1 181/23
**heard** [2]   28/14 48/11
**hearing** [1]   195/9
**heavily** [1]   47/17
**held** [1]   120/3
**hell** [1]   145/17
**help** [8]   45/24 47/15 48/6
 48/8 69/10 84/12 94/13
 168/25
**helpful** [4]   14/10 22/25
 36/8 105/21
**helping** [1]   163/6
**her** [23]   107/6 107/9
 107/10 107/16 108/6
 111/12 111/13 113/22
 114/2 117/4 117/19 118/12
 118/15 166/5 180/22 181/3
 181/4 181/6 185/13 187/19
 191/3 191/4 191/5
**here** [32]   2/14 3/1 3/9
 3/20 3/24 11/9 23/23
 27/22 34/7 37/9 37/25
 51/2 59/20 59/25 60/16
 60/19 84/15 95/25 99/3
 101/3 113/25 118/24
 125/22 129/11 153/3
 153/13 154/8 163/5 164/11
 166/17 175/10 191/25
**here's** [2]   64/2 79/17
**heretofore** [1]   26/13
**hey** [1]   20/14
**Hi** [5]   10/4 117/9 144/12
 181/23 184/5
**high** [17]   89/22 90/5 90/6
 90/10 91/18 91/21 157/12
 165/15 166/6 166/8 166/13
 166/14 166/18 172/24
 173/16 178/8 189/8
**higher** [5]   49/24 63/6
 126/8 152/13 174/11
**highest** [3]   160/1 177/14
 180/5
**highlights** [1]   8/23
**highly** [1]   173/18
**him** [22]   3/14 3/18 3/20
 26/6 26/14 26/15 29/7
 29/17 29/19 44/11 48/5
 48/8 79/19 88/5 94/9
 94/12 95/18 119/18 122/5
 135/11 136/10 143/17
**hire** [12]   54/4 64/23
 66/17 101/18 102/9 103/14
 104/23 104/24 122/24
 123/6 129/7 129/15
**hires** [3]   124/12 128/17
 128/17
**his** [32]   6/14 7/19 13/8
 13/15 16/8 16/14 21/13
 21/13 28/20 31/17 33/10
 37/25 44/9 44/24 46/1
 79/16 87/3 94/13 98/14
 117/25 119/15 120/18
 120/18 123/18 126/8
 126/15 126/25 134/22
 135/2 136/11 140/24

**Hiscumical** [2]   147/12
 161/25
**history** [3]   39/24 47/21
 132/9
**hit** [1]   161/21
**hmm** [7]   90/1 139/21
 160/22 172/13 184/2
 184/10 188/24
**hold** [2]   41/20 95/6
**holding** [1]   76/13
**Holiday** [1]   16/4
**Holland** [73]   4/12 9/2
 15/4 17/5 17/21 17/23
 22/16 22/18 22/18 30/23
 40/23 40/25 41/1 41/6
 41/8 41/9 42/12 43/14
 43/18 44/2 44/5 46/7
 46/15 46/22 49/10 52/15
 54/1 63/11 64/11 64/19
 64/22 64/22 65/13 67/16
 68/4 68/25 73/3 75/19
 76/2 76/17 76/23 77/9
 78/10 78/23 82/4 89/23
 92/4 93/15 95/8 96/7
 96/24 103/2 103/11 104/19
 106/18 128/24 145/23
 156/25 157/2 157/7 160/4
 164/2 166/25 167/5 169/14
 169/22 170/20 172/3 172/3
 172/5 172/7 186/16 187/10
**home** [4]   29/24 29/25
 85/19 85/20
**honestly** [1]   184/16
**Hong** [1]   40/3
**Honor** [78]   2/20 2/22 2/24
 4/1 10/3 10/15 10/18
 12/14 13/24 14/7 14/16
 15/17 17/1 17/2 17/22
 18/8 20/10 20/19 21/16
 22/14 24/7 24/15 28/9
 28/10 28/13 29/11 30/14
 31/12 31/14 34/5 34/14
 34/24 34/25 36/24 37/16
 38/5 48/16 51/6 51/7
 51/18 52/18 52/24 53/1
 53/9 60/2 60/3 60/7 61/8
 64/4 71/2 71/4 92/17
 93/23 95/20 99/7 99/21
 100/8 102/3 111/20 115/19
 119/1 127/6 127/14 128/2
 136/4 138/11 139/23
 150/10 151/13 169/4
 170/14 176/21 179/11
 181/14 183/4 191/19
 191/24 192/15
**Honor's** [5]   11/8 17/24
 19/18 34/15 36/15
**HONORABLE** [1]   1/10
**hope** [1]   29/4
**hospitality** [1]   32/5
**Hosted** [1]   46/20
**hosting** [2]   15/22 86/4
**hotel** [5]   31/1 31/4 33/12
 33/15 141/11
**hotels** [1]   141/6
**hour** [2]   92/14 183/10
**hours** [3]   120/5 190/3
 190/5
**house** [2]   59/3 178/25
**housing** [2]   61/24 148/4

**hew** [73]   1/2 10/4 10/25 20/3
 20/9 21/24 22/3 26/9
 26/16 28/25 36/14 38/22
 39/1 42/11 43/13 45/19
 48/5 56/13 61/21 61/21
 63/8 63/19 72/5 73/24
 76/1 80/3 83/20 83/20
 86/17 87/4 91/16 93/6
 96/17 97/18 97/20 98/1
 98/8 98/10 102/17 102/24
 103/14 103/22 104/1 105/4
 106/8 106/18 117/19 124/9
 131/20 159/3 159/19
 160/12 160/16 160/19
 163/3 164/6 166/10 167/7
 172/4 174/9 175/8 175/17
 176/14 177/20 182/11
 182/18 183/20 185/14
 185/19 185/23 186/1 188/7
 189/20 190/5
**How's** [1]   161/11
**however** [5]   16/3 36/3
 47/18 69/19 126/14
**Hubbard** [1]   1/18
**huge** [1]   70/19
**Hughes** [1]   1/18
**hum** [3]   159/1 163/2
 174/16
**hundred** [27]   25/12 25/15
 25/18 32/4 32/4 41/12
 62/17 62/17 88/13 89/18
 97/19 102/10 103/15 104/3
 105/1 108/10 108/11
 108/13 108/16 114/19
 123/14 123/15 124/21
 133/3 141/15 171/3 171/5
**hunting** [1]   70/18
**husband** [1]   89/12

**I**

**I'd** [2]   10/6 54/16
**I'll** [7]   70/1 88/11 91/5
 101/9 115/16 118/23
 179/17
**I'm** [80]   3/16 4/7 5/1 5/1
 11/13 12/4 13/11 17/11
 18/3 18/3 29/5 29/24
 35/11 36/8 38/15 38/15
 38/18 39/18 51/3 52/5
 52/20 59/20 60/4 79/15
 79/20 81/1 92/17 93/16
 96/11 96/23 98/22 100/2
 102/4 102/21 103/7 103/18
 104/13 104/15 105/24
 108/14 112/9 114/6 116/25
 117/13 120/8 125/8 125/18
 130/24 134/9 134/18
 138/19 140/20 142/25
 143/25 144/8 145/18
 146/12 146/16 149/5 150/8
 151/18 152/17 152/22
 152/25 153/18 155/17
 159/11 164/12 166/6
 166/15 166/17 170/15
 170/17 175/10 181/23
 182/24 187/18 191/12
 191/13 192/11
**I've** [9]   4/5 26/4 51/15
 53/13 57/3 72/23 94/14
 166/10 191/4
**I-N-D-E-X** [1]   193/1

i.e [1]  92/8
ICU [1]  68/13
idea [7]  2/19 4/15 20/15
 20/16 32/14 110/8 185/3
ideas [1]  16/2
identical [1]  16/24
identification [16]  51/14
 61/2 65/21 100/23 115/18
 128/7 135/23 137/14 140/1
 147/1 148/7 150/12 164/25
 176/24 179/14 181/17
identify [2]  92/25 92/25
ignore [1]  3/20
ill [1]  3/23
illegal [1]  136/11
imagined [1]  15/20
immediately [2]  8/12
 47/25
impact [1]  58/8
important [7]  8/3 10/22
 22/3 45/9 83/18 173/19
 176/14
improve [1]  83/20
in Vancouver [1]  141/6
inactivity [1]  34/13
Inalienable [1]  155/22
inaugural [1]  97/2
Inc [1]  130/14
incentive [4]  41/15 41/17
 41/18 41/19
incentives [1]  43/7
include [12]  5/3 18/12
 25/25 30/6 30/11 30/15
 41/16 52/10 86/14 168/13
 168/15 168/16
included [8]  31/8 32/10
 37/24 67/6 132/21 132/25
 164/3 189/15
includes [5]  55/18 59/14
 59/16 59/17 132/9
including [8]  7/22 31/25
 33/8 76/13 78/3 78/18
 142/3 157/15
inclusive [6]  55/5 55/17
 56/17 62/9 112/8 189/19
income [6]  19/17 20/8
 89/15 89/21 150/19 176/14
incomplete [1]  6/20
inconvenience [1]  34/17
Incorporated [1]  131/22
increase [4]  42/7 42/11
 83/20 177/12
incredible [1]  14/13
incredibly [4]  42/14
 46/18 83/18 91/18
incredulous [1]  88/25
increment [1]  88/16
incur [1]  5/25
incurred [8]  6/8 6/14
 6/16 6/17 7/12 24/17 26/1
 122/17
independently [1]  143/18
individual [1]  134/7
individuals [4]  33/12
 130/20 173/3 189/18
industrial [1]  84/4
industry [9]  32/5 39/25
 42/16 44/9 44/10 44/13
 83/18 133/4 133/12

information [18]  7/3
 18/22 19/8 20/18 91/13
 92/8 92/9 105/23 149/25
 153/23 153/24 154/2
 172/20 180/17 180/20
 181/4 181/7 182/1
informed [1]  136/10
infrastructure [1]  86/10
inhouse [1]  32/1
initial [6]  46/9 46/10
 47/1 47/10 72/1 82/16
initially [2]  40/24 47/4
initials [1]  74/19
initiated [1]  69/5
Inn [1]  16/4
inner [1]  111/24
inside [2]  165/17 165/24
inspect [2]  46/6 47/15
inspected [1]  48/20
inspectors [1]  177/22
Instead [2]  16/14 135/5
integrated [1]  67/25
intend [1]  4/14
intended [1]  175/5
intention [1]  77/25
interest [6]  30/13 30/17
 33/11 37/22 90/13 90/14
interested [2]  107/4
 195/10
interesting [2]  5/6 19/9
interior [2]  108/10
 108/20
international [2]  39/18
 41/14
internet [28]  87/16 87/20
 87/22 87/24 87/25 88/12
 98/8 98/9 157/15 158/9
 158/10 158/13 158/16
 158/24 160/6 163/15
 163/17 163/20 164/6 164/8
 164/18 164/20 165/9
 165/17 165/24 165/25
 166/7 166/19
interrogatories [2]  30/20
 149/21
interrogatory [3]  149/25
 152/18 153/16
interrupt [1]  138/21
interrupted [2]  102/4
 143/25
interrupting [1]  12/4
intimate [1]  45/18
intimately [1]  43/5
introduce [2]  3/3 38/14
introduced [1]  10/8
introducing [2]  2/25 10/6
inventory [2]  45/13
 109/11
investors [1]  136/13
invoices [6]  6/6 6/20
 6/21 6/25 7/6 30/22
involved [5]  7/20 43/4
 43/5 45/17 46/4
involvement [1]  42/25
irrelevant [1]  19/15
is [455]
isn't [8]  20/7 30/2 59/19
 60/23 68/18 70/13 176/2
 190/12
issue [5]  19/9 22/3 34/14
 35/8 92/3

issued [1]  148/4
ISU [49]  91/24 45/20
 58/25 61/15 61/24 62/25
 63/21 67/25 68/2 68/14
 68/15 74/23 75/9 83/24
 84/12 85/12 86/11 86/19
 87/21 109/22 112/8 120/18
 130/21 142/10 142/21
 143/3 143/5 143/15 143/17
 147/24 148/21 149/2
 149/19 153/19 153/23
 154/19 156/1 157/10
 166/20 172/25 174/20
 177/20 178/4 178/23
 180/20 180/24 180/24
 181/3 181/4
it [394]
it's [102]  12/2 14/8
 20/11 29/1 29/21 29/23
 31/13 34/7 35/9 35/24
 36/7 37/25 43/23 45/8
 51/18 52/4 52/7 53/17
 54/8 57/15 60/5 65/3
 65/18 67/11 67/22 68/5
 70/8 75/24 77/2 79/4
 80/24 81/5 83/18 84/3
 84/4 84/23 86/2 88/25
 89/1 89/12 90/15 90/16
 90/17 90/18 90/21 91/20
 92/11 92/18 93/4 93/20
 93/24 94/10 94/13 95/14
 95/24 99/5 101/22 101/24
 103/12 105/18 106/4
 106/16 109/16 109/19
 109/20 109/24 112/11
 115/10 116/16 117/8 119/9
 121/2 121/3 121/6 121/10
 123/6 125/17 129/2 134/10
 138/19 143/20 143/20
 149/7 153/20 156/20
 159/25 160/23 160/24
 160/24 161/8 169/9 174/4
 174/4 178/13 178/20
 183/20 184/11 186/22
 187/1 188/19 190/6 191/9
item [2]  80/23 140/19
items [14]  6/10 6/13
 48/10 50/11 55/18 55/23
 55/24 55/24 56/19 58/9
 86/14 87/19 88/17 158/15
itineraries [3]  40/4 42/8
 75/15
itinerary [9]  41/23 72/24
 73/17 75/10 102/12 102/14
 103/16 105/1 106/11
its [35]  6/16 10/19 10/19
 11/6 14/5 14/12 14/13
 14/14 17/9 18/9 18/13
 23/2 23/3 25/24 28/15
 30/6 31/5 33/2 33/18 34/5
 34/11 34/11 34/13 35/7
 65/13 68/5 68/16 68/24
 78/10 98/17 103/16 129/25
 132/12 148/3 156/16
itself [10]  12/17 56/18
 82/14 107/25 109/3 113/16
 113/19 114/17 122/15
 122/20

J

JACK [2]  1/13 2/5

**J**

Jacksonville [3]   32/19 46/2 46/5
January [20]   11/16 11/19 57/22 57/23 57/24 73/3 73/7 73/9 73/11 73/12 73/15 75/12 102/15 102/18 103/20 103/23 105/3 105/5 120/8 195/12
Japanese [1]   74/8
Jason [6]   22/13 92/23 92/25 93/2 93/4 93/21
Jesse [1]   3/4
JESSIE [2]   1/14 2/5
job [10]   7/20 40/15 41/10 42/4 42/24 43/2 43/3 45/23 46/11 132/5
JOHN [10]   1/17 2/7 10/8 26/1 27/8 27/20 28/4 28/19 139/11 139/19
Johnnie [1]   185/2
join [1]   173/4
joining [1]   173/10
joint [1]   117/14
JR [1]   1/14
JUDGE [6]   1/11 26/7 29/4 68/19 71/6 79/5
Judge's [1]   168/7
judgment [1]   135/25
judicial [2]   71/1 161/8
judicially [1]   171/7
Julia [1]   39/9
July [16]   23/18 51/24 52/2 53/17 116/13 116/22 117/18 117/25 118/4 118/10 142/8 184/1 184/13 184/15 184/22 184/25
jump [1]   165/23
June [6]   23/21 24/10 24/12 50/21 133/14 142/8
junior [1]   39/10
junkets [1]   86/1
jury [1]   60/19
just [80]   2/25 20/11 24/12 25/13 25/17 25/20 28/3 33/15 35/13 35/14 35/19 36/11 37/8 38/18 40/14 43/10 47/5 52/22 53/6 57/16 62/11 63/10 64/21 65/2 67/8 68/11 70/1 70/13 71/10 71/15 76/5 80/10 86/4 86/8 86/11 86/20 87/11 88/17 91/25 92/16 92/18 92/24 92/25 95/18 101/16 105/24 108/15 112/4 113/8 113/9 113/9 113/12 114/6 114/7 114/8 117/25 118/14 123/6 126/24 127/19 129/10 135/15 136/19 138/19 140/21 145/4 152/9 153/6 153/25 154/13 155/17 162/6 180/3 185/8 186/20 188/1 188/25 189/18 191/13
justify [1]   14/12

**K**

Kaluza [3]   16/22 50/21 83/22

keep [4]   45/13 74/6 164/18 192/4
Kelly [56]   3/18 5/21 7/14 9/14 12/12 12/25 13/8 15/21 21/12 38/6 38/7 38/9 38/12 38/15 38/22 45/21 50/2 50/21 51/21 53/13 58/20 60/16 61/12 63/10 71/21 81/4 83/21 94/19 98/16 99/13 100/10 100/21 101/11 118/23 119/6 119/24 123/21 126/1 127/11 127/17 128/9 129/22 136/6 136/9 137/19 138/24 139/3 140/3 142/17 147/5 148/14 168/2 173/2 175/25 177/9 193/4
kept [2]   35/13 35/14
killing [2]   33/14 100/6
kind [14]   42/22 45/18 57/15 84/23 87/19 88/25 90/20 91/5 91/12 111/24 122/2 160/23 166/9 167/10
kinds [1]   161/22
knew [5]   47/22 47/23 50/17 92/14 154/14
know [78]   3/22 7/4 7/8 7/9 13/19 13/23 16/19 16/20 17/21 21/5 22/11 25/3 25/6 26/4 28/22 36/4 36/6 37/3 40/14 42/24 44/9 45/11 49/12 49/15 49/15 49/19 50/16 52/4 60/21 69/10 70/4 71/25 72/5 74/1 74/7 82/24 83/19 85/4 85/17 86/5 88/25 89/20 90/9 90/15 90/16 90/20 91/18 92/3 100/5 100/14 113/4 114/15 120/22 124/19 126/5 126/11 135/10 136/19 145/4 160/11 161/7 162/16 162/19 165/12 166/6 166/16 172/18 175/10 175/12 179/1 182/8 182/9 184/11 187/13 187/15 187/18 190/5 192/9
knowing [1]   35/16
knowledge [3]   6/17 7/23 45/18
known [5]   42/15 44/4 44/11 53/7 53/7
knows [4]   6/15 52/22 100/4 125/19
Kong [1]   40/3

**L**

L-A-L-I-B-E-R-T-E [1]   134/10
lack [3]   6/24 8/20 47/6
Ladwick [19]   9/15 20/19 21/1 33/23 34/1 107/3 107/16 108/6 109/2 110/20 116/7 133/24 142/3 142/13 180/17 182/5 185/19 187/11 190/23
Ladwick's [2]   21/8 187/23
Laliberte [9]   134/7 134/10 134/13 134/20 134/23 136/3 136/10 136/17 140/5

LANE [3]   1/17 2/7 10/10 123/2
language [6]   57/16 59/24 72/14 74/21 75/16 77/8
large [5]   46/12 46/13 46/14 157/1 187/24
larger [3]   62/11 167/12 178/22
last [17]   14/22 28/11 33/1 88/23 91/25 104/1 104/4 104/17 115/23 121/6 121/6 122/16 125/25 134/9 148/17 149/7 149/24
late [2]   25/10 135/1
laughing [1]   92/18
laundry [22]   87/16 87/21 88/11 157/17 158/14 159/3 160/3 166/23 167/1 167/3 167/10 167/10 167/12 167/16 168/3 168/4 168/8 168/10 168/13 168/15 168/16 169/25
law [1]   17/2
lawsuit [4]   13/5 28/17 29/7 29/8
lawyers [1]   159/16
lay [1]   126/15
layout [1]   109/9
LBD [1]   55/11
leading [1]   40/1
learn [1]   92/16
lease [2]   24/20 33/22
leased [1]   33/25
leasing [1]   33/20
least [8]   4/15 27/19 33/20 78/1 80/13 154/4 184/24 190/7
leave [6]   11/19 38/18 43/21 73/18 75/12 191/25
leaving [3]   4/24 102/18 162/11
leedo [5]   85/4 96/21 97/11 174/25 175/2
left [5]   16/6 44/2 58/7 135/10 153/7
leg [1]   57/11
length [3]   102/25 105/9 105/10
lesbian [3]   90/5 90/16 91/8
less [10]   10/17 15/3 16/13 23/9 78/4 78/8 85/7 112/12 128/18 170/9
let [18]   15/9 35/9 35/9 50/9 63/10 64/1 69/2 71/20 75/6 79/22 83/17 84/15 86/19 90/8 111/21 115/16 138/13 159/15
let's [19]   10/21 25/18 29/20 29/22 46/23 56/24 67/15 70/3 74/10 75/18 80/3 87/15 88/11 100/7 103/5 103/16 104/4 106/2 154/14
letter [21]   28/10 28/15 30/13 37/21 71/22 119/11 119/13 119/21 120/2 120/25 121/15 121/21 134/21 137/1 137/4 137/8 138/6 139/13 139/15 140/13 140/14
letters [4]   71/25 119/19

L   Case 1:08-cv-02054-RMC   112/12 115/2 126/25 153/6   lunches [2]   161/15 161/15
155/1 155/7   Filed 02/07/14   luxury [1]   33/12
Page 215 of 233

letters... [2]   128/19
129/8
level [4]   87/23 89/2
89/19 108/21
liability [2]   28/22 70/11
liaison [3]   41/1 43/6
43/7
licenses [1]   39/16
life [5]   83/25 90/16
90/20 90/21 178/4
lifestyle [2]   90/5 90/17
light [1]   36/14
lightly [1]   154/4
lights [3]   95/14 155/2
155/12
like [43]   5/8 6/14 10/6
11/16 20/15 28/1 31/18
36/1 36/17 47/5 48/12
50/12 54/16 54/16 57/6
69/6 82/4 83/6 83/11
84/10 88/22 92/6 93/12
96/5 96/19 100/18 105/9
117/2 118/6 122/15 125/25
126/13 126/20 127/2
138/14 152/9 169/2 178/8
180/23 185/7 186/24 188/1
190/5
liked [2]   44/13 53/7
likely [1]   165/23
limine [1]   35/2
limited [3]   129/25 130/10
185/5
line [36]   30/18 39/20
45/12 51/3 51/5 54/9 65/6
70/9 79/12 81/18 81/20
81/25 89/10 91/24 93/15
95/3 103/11 133/4 138/4
139/3 144/11 144/12 145/7
145/10 147/24 148/19
148/23 148/23 148/24
164/3 165/5 165/16 167/3
169/14 172/3 177/7
Line's [1]   54/1
lines [53]   7/18 12/23
13/1 14/5 16/11 16/15
17/6 17/8 18/6 21/8 41/4
41/5 46/20 47/5 54/5 63/2
63/4 63/5 63/25 66/9
67/12 68/25 70/4 71/23
82/22 83/8 89/14 93/10
100/12 101/15 113/21
133/10 153/23 153/25
154/2 154/18 154/22 156/1
156/9 156/21 157/4 157/5
157/6 164/8 166/25 167/9
172/3 172/7 172/14 172/15
183/22 184/3 187/3
lines' [1]   121/7
listed [5]   55/24 56/19
83/3 97/23 157/14
listen [3]   13/6 29/22
100/5
lists [1]   30/10
literally [3]   47/24
149/10 174/21
litigation [2]   29/20
149/22
little [12]   4/20 10/25
12/13 49/1 81/11 100/8

live [3]   35/18 38/24
38/25
lived [2]   39/1 40/3
living [3]   85/18 90/20
176/17
loaned [1]   79/19
lobby [1]   165/17
LOC [6]   77/9 77/13 77/13
134/19 137/13 188/1
located [4]   103/5 103/17
104/5 172/16
location [1]   162/4
locked [5]   87/12 95/14
155/2 155/8 155/11
LOCs [2]   128/18 129/18
logic [1]   29/1
logistics [1]   25/12
long [16]   39/1 40/14
43/13 72/5 88/22 97/18
102/17 102/24 103/22
104/1 105/4 121/22 138/18
182/18 190/3 191/22
longer [6]   31/10 63/21
72/7 142/10 162/3 182/11
look [19]   10/25 47/11
52/6 53/14 67/15 74/10
90/12 90/12 94/5 95/3
99/15 99/19 103/5 117/9
146/18 152/25 153/5 155/4
169/19
looked [13]   11/13 11/13
48/20 50/5 51/15 51/15
59/1 59/2 99/15 122/3
144/6 178/3 192/10
looking [10]   35/17 48/1
98/19 117/13 145/18
146/12 148/23 155/17
165/22 189/3
looks [3]   96/19 96/19
169/2
looses [1]   29/9
lose [1]   165/24
losing [1]   164/18
loss [2]   31/9 31/15
losses [1]   34/11
lost [11]   10/16 10/17
12/10 18/13 21/10 21/21
26/2 27/2 124/16 125/7
125/12
lot [15]   3/1 7/22 19/10
20/21 42/6 47/20 47/21
83/12 88/22 126/11 126/13
126/13 160/25 161/6 162/3
loud [1]   133/6
love [1]   90/15
loves [1]   165/22
low [3]   98/12 98/14
164/18
lower [15]   22/21 23/22
24/4 47/13 49/24 55/11
63/6 63/7 63/8 63/9 70/10
126/8 126/9 172/12 174/11
lowest [2]   177/23 179/23
LP [4]   1/3 129/22 130/16
131/3
lucrative [1]   33/16
lunch [5]   29/22 92/13
100/2 100/11 117/2
Luncheon [1]   99/9

M

M-I-S-C-E-L-L-A-N-E-O-U-S [1]
193/7
ma'am [1]   104/7
machine [2]   1/24 167/16
made [13]   15/10 37/19
46/10 72/2 78/6 79/6 79/9
79/13 83/2 122/16 122/19
127/24 188/25
magnitude [2]   83/16 115/2
mail [26]   115/22 116/5
116/20 118/12 118/14
118/16 119/9 120/11
137/19 137/24 147/5 147/6
165/4 181/20 182/11
183/23 184/4 184/5 184/7
184/11 184/17 184/18
184/22 184/23 184/24
185/1
mails [2]   118/5 184/18
maintain [2]   39/22 72/11
major [2]   12/7 18/8
majority [1]   6/20
majors [1]   177/22
make [21]   29/6 33/14
36/11 37/6 45/25 57/16
65/2 77/12 78/22 79/7
79/13 79/15 84/9 98/10
105/25 122/14 141/18
163/6 168/11 175/11 178/6
makes [5]   21/8 30/24
79/18 188/18 188/20
making [3]   34/2 38/3
109/12
man [2]   6/14 7/22
managed [2]   41/12 63/16
management [24]   1/3 2/3
7/18 7/19 31/25 32/3
38/16 55/25 56/6 56/21
69/11 82/17 85/22 98/25
121/24 129/22 130/14
131/3 131/7 131/14 132/8
139/19 174/20 178/10
manager [3]   40/12 40/12
40/24
managing [3]   38/15 109/11
149/15
manicures [1]   85/17
many [19]   21/24 22/3 28/4
42/18 73/24 86/5 91/19
96/17 97/20 106/18 132/9
154/4 154/4 170/22 172/4
177/20 185/14 186/1 190/5
March [12]   11/20 58/1
58/2 75/12 94/8 102/15
102/19 103/20 103/23
105/3 105/6 182/21
margin [9]   113/25 114/2
114/21 121/9 121/13
121/15 122/11 122/25
149/20
marginal [1]   113/4
mark [8]   6/7 7/2 17/4
115/16 128/1 144/14
144/14 191/11
marked [37]   37/3 51/9
51/13 61/1 61/12 64/1
65/21 65/24 100/23 101/1

**M**   Case 1:08-cv-02054-RMC   Document 51   Filed 02/07/14

marked... [27]   115/17
  118/23 118/24 128/6
  135/22 135/24 137/14
  137/17 139/25 140/3
  146/25 147/3 148/7 148/13
  150/12 150/15 164/24
  165/3 176/23 177/1 179/13
  179/16 181/16 181/19
  183/18 193/13 194/2
market [5]   39/21 42/9
  70/5 181/12 189/21
marketing [2]   39/15 132/2
Marking [1]   128/4
married [1]   39/3
massage [1]   160/24
massaging [1]   85/17
massive [3]   6/9 6/12 6/18
match [1]   48/24
math [5]   43/16 65/3 156/3
  159/6 180/9
matter [3]   121/19 162/6
  195/6
matters [1]   36/11
maximize [2]   36/12 42/5
may [42]   15/14 31/16
  37/15 38/19 52/18 56/17
  59/13 59/24 61/8 64/4
  66/1 77/7 92/19 101/4
  115/19 119/1 128/1 128/2
  134/24 135/1 135/12
  135/13 135/20 136/9
  136/17 136/21 138/10
  139/7 139/8 139/9 139/22
  146/23 148/10 150/9
  164/23 168/25 176/20
  177/19 179/10 181/13
  183/6 186/19
maybe [3]   70/19 74/3
  161/17
me [71]   8/22 13/9 15/9
  22/2 26/5 30/1 35/9 35/9
  36/2 47/7 50/9 51/5 52/7
  55/21 57/1 61/13 61/21
  63/10 63/15 64/1 64/21
  65/4 71/20 73/17 78/13
  79/18 79/19 79/22 80/21
  83/17 84/15 86/19 88/9
  88/14 90/4 90/8 93/3
  93/12 93/14 93/19 95/2
  96/9 102/11 102/20 103/10
  103/19 108/14 109/6
  111/21 114/14 115/16
  119/13 119/25 120/10
  122/23 134/6 134/25
  138/13 140/19 142/5
  144/14 149/24 151/19
  151/23 160/11 162/5 163/6
  166/9 177/24 191/15 195/4
meals [6]   85/4 85/4
  174/24 174/25 175/1
  175/18
mean [32]   5/9 8/4 14/8
  19/15 20/15 25/16 26/23
  27/17 28/2 35/6 35/8
  35/13 37/8 49/15 49/25
  58/5 73/1 84/22 84/24
  87/22 88/23 89/3 90/10
  94/13 97/9 112/5 118/16
  122/10 169/3 176/13

186/20 189/6
meaning [2]   87/7 88/22
meaningful [1]   6/25
means [13]   14/12 33/7
  34/6 55/8 55/9 69/23 73/3
  83/7 95/8 106/4 155/7
  155/11 160/13
meant [5]   20/16 58/6
  121/17 186/20 188/23
measure [1]   10/16
measures [1]   84/5
medium [1]   166/22
meet [8]   33/4 43/8 47/12
  47/14 62/24 117/11 117/19
  118/6
meeting [8]   4/2 41/20
  117/9 117/13 120/3 120/4
  120/6 178/11
meetings [2]   46/10 83/22
meets [1]   82/8
Meikle [10]   50/2 50/21
  58/20 83/21 100/22 119/24
  142/17 168/2 173/2 175/25
member [2]   177/6 179/24
members [27]   13/2 44/21
  45/4 87/21 120/18 142/21
  148/21 149/3 149/19
  157/11 165/9 166/7 166/18
  168/9 172/25 175/22 176/9
  176/14 177/18 177/20
  178/4 178/18 178/23 179/2
  179/5 179/19 180/3
mention [4]   87/16 103/1
  105/12 191/2
mentioned [11]   14/6 23/3
  31/7 32/21 46/1 61/23
  89/24 109/7 110/14 176/16
  187/13
Mercer [11]   83/22 119/9
  119/11 119/14 119/21
  119/23 119/24 120/13
  121/1 121/15 122/1
mere [1]   25/12
merely [1]   107/13
merky [1]   27/20
message [6]   115/23 115/24
  147/12 148/14 183/23
  184/4
met [3]   47/25 50/21 83/21
mic [1]   37/18
Michael [8]   32/25 33/13
  50/21 83/21 119/25 130/4
  131/15 133/19
Michael's [1]   44/23
microphone [1]   81/2
mid [1]   44/11
mid-nineties [1]   44/11
middle [8]   11/17 11/18
  49/21 49/23 97/16 116/22
  139/2 191/8
might [11]   20/16 29/19
  41/20 85/19 89/24 94/13
  98/11 120/7 120/7 171/6
  171/8
Mike [14]   3/14 44/4 44/8
  44/10 44/15 45/6 45/7
  45/13 70/17 116/2 119/10
  137/25 147/8 147/10
military [3]   89/8 165/8
  165/23
million [43]   4/19 4/20

4/24 4/25 8/2 9/17 12/13
  12/13 14/15 21/22 23/25
  24/22 26/3 29/7 29/8
  29/18 30/17 41/12 62/14
  63/9 63/12 63/17 76/17
  83/11 83/11 88/14 91/11
  100/12 100/17 102/10
  103/15 114/19 121/9 122/4
  122/11 123/13 123/14
  124/20 129/7 134/16
  141/18 141/19 158/15
mind [8]   12/3 60/6 69/23
  109/1 110/12 110/12
  168/18 170/15
mine [2]   74/18 126/16
mini [3]   98/1 98/3 98/5
minimize [1]   34/16
minimum [5]   79/8 88/8
  108/10 173/7 173/10
minus [1]   159/10
minusing [1]   159/11
minute [2]   60/5 76/5
minutes [13]   60/12 60/20
  60/21 84/8 120/4 126/20
  126/22 126/25 127/20
  182/22 182/25 183/9
  191/10
Miscellaneous [1]   25/5
misinterpreted [1]   122/10
misrepresentations [1]
  136/11
missed [1]   25/11
misspoke [1]   65/4
misstating [1]   84/20
mistake [4]   37/19 37/23
  37/25 38/1
mitigate [4]   31/13 31/15
  34/11 36/6
mitigation [3]   34/14
  34/18 35/8
model [1]   46/16
modest [1]   87/24
moment [1]   101/9
moments [2]   50/11 67/9
Monday [4]   1/5 116/22
  117/1 184/1
money [24]   5/18 5/19
  26/10 28/21 29/23 30/1
  67/13 76/12 79/1 79/4
  79/9 79/11 79/11 82/19
  83/10 83/12 95/25 111/7
  134/20 135/2 139/18
  140/18 161/7 186/24
month [2]   25/8 180/9
monthly [1]   179/25
months [3]   33/1 33/3
  186/19
moorage [1]   71/7
more [31]   3/21 12/13
  12/17 15/19 16/12 21/12
  24/22 26/3 28/7 32/2 32/7
  46/23 46/23 62/3 67/8
  69/12 78/13 78/20 83/7
  84/22 112/6 115/2 118/11
  152/11 153/7 154/15
  156/21 160/25 161/9 191/9
  191/10
Morin [3]   10/12 16/23
  121/23
Morin's [1]   35/16
morning [13]   2/9 2/10

| M Case 1:08-cv-02054-RMC | Document 97 Filed 02/07/14 | 152/9 153/5 153/18 155/1 |

**M**  Case 1:08-cv-02054-RMC Document 97 Filed 02/07/14

morning... [11]  2/11 2/12
 2/13 10/3 10/13 38/12
 38/13 60/14 116/25 144/6
 191/12
most [2]  48/24 91/5
motion [1]  35/1
Mounted [4]  173/7 173/9
 173/10 178/23
Mounty's [1]  16/6
move [9]  20/4 40/20 46/23
 51/6 51/8 56/24 104/4
 118/9 131/25
moved [1]  33/15
moving [5]  9/2 110/24
 127/1 131/22 131/24
MR [10]  3/25 10/14 60/25
 94/3 99/20 147/8 193/5
 193/5 193/9 193/10
Mr. [86]  2/21 3/8 5/2
 9/14 10/2 10/12 13/8
 15/10 16/10 16/14 21/12
 26/5 26/12 26/12 27/12
 28/11 29/3 29/15 30/1
 30/3 31/7 35/24 37/20
 38/5 38/7 38/12 38/22
 43/9 45/21 46/1 51/21
 53/13 57/8 60/16 61/12
 63/10 71/21 81/4 88/1
 92/16 94/19 98/16 99/13
 99/18 100/5 100/10 101/11
 118/23 119/6 119/11
 119/21 119/23 121/1
 123/21 125/19 126/1 126/3
 126/20 126/24 127/11
 127/13 127/17 127/19
 128/9 129/22 130/11
 134/13 134/20 134/23
 136/3 136/6 136/17 137/19
 138/2 138/24 140/3 140/14
 144/11 146/16 147/5
 147/19 148/14 156/7 163/4
 177/9 183/10
Mr. Adam [1]  126/3
Mr. Carney [1]  100/5
Mr. Chistensen [5]  5/2
 37/20 43/9 46/1 57/8
Mr. Christensen [6]  2/21
 10/2 126/20 126/24 127/13
 163/4
Mr. Christensen's [1]
 88/1
Mr. ChristensenChristensen
 125/19
Mr. Fontenot [1]  3/8
Mr. Green [3]  92/16 99/18
 183/10
Mr. Green's [1]  88/7
Mr. Kelly [34]  9/14 13/8
 21/12 38/7 38/12 38/22
 45/21 51/21 53/13 60/16
 61/12 63/10 71/21 81/4
 94/19 98/16 99/13 100/10
 101/11 118/23 119/6
 123/21 126/1 127/11
 127/17 128/9 129/22 136/6
 137/19 138/24 140/3 147/5
 148/14 177/9
Mr. Laliberte [5]  134/13
 134/20 134/23 136/3

Mr. Mercer [4]  119/11
 119/21 119/23 121/1
Mr. Phillip [1]  138/2
Mr. Sessions [10]  26/5
 26/12 26/12 27/12 28/11
 29/3 29/15 30/1 30/3
 140/14
Mr. Sloane [2]  130/11
 147/19
Mr. Sloanes [1]  144/11
Mr. Snitzer [2]  16/10
 16/14
Mr. Snitzer's [1]  156/7
Mr. Strauch [3]  15/10
 31/7 35/24
Mr. Townsend [1]  10/12
Mr. Tracey [1]  38/5
Mr. Webber [1]  146/16
Ms [4]  21/8 34/1 110/19
 187/11
Ms. [25]  9/15 10/12 20/19
 21/1 35/16 107/16 108/6
 130/11 133/18 133/19
 134/23 142/3 142/13
 144/10 144/20 146/10
 147/6 148/15 165/4 180/17
 182/5 185/19 187/23
 190/23 192/3
Ms. Colleen [1]  142/3
Ms. Edwards [8]  130/11
 133/18 133/19 134/23
 144/10 144/20 146/10
 165/4
Ms. Edwards' [1]  147/6
Ms. Ladwick [10]  9/15
 20/19 21/1 107/16 108/6
 142/13 180/17 182/5
 185/19 190/23
Ms. Ladwick's [1]  187/23
Ms. Morin's [1]  35/16
Ms. Normande [1]  10/12
Ms. Shaw [1]  148/15
Ms. White [1]  192/3
much [19]  7/14 15/3 29/13
 34/22 63/8 79/16 98/10
 103/14 126/17 159/19
 160/16 160/19 163/3 175/8
 175/17 176/14 182/11
 183/9 188/7
multi [1]  32/12
multi-day [1]  32/12
multiple [4]  9/16 59/12
 63/22 163/10
multiplied [1]  17/18
 170/11 170/12
multiply [2]  88/16 110/1
Music [1]  90/6
musical [1]  15/24
must [3]  111/20 112/6
 155/11
my [67]  3/3 3/3 10/6 10/7
 10/10 11/24 15/13 37/19
 37/23 37/25 38/17 39/9
 40/1 40/10 43/2 43/3 43/6
 44/4 45/23 46/11 47/21
 49/21 51/23 70/10 70/12
 79/18 79/18 80/7 80/21
 82/12 82/16 83/19 88/23
 95/20 100/6 123/18 137/7
 137/8 139/18 146/8 146/18

152/9 153/5 153/18 155/1
 159/6 159/6 159/15 163/4
 163/6 172/2 173/23 175/11
 176/16 178/13 178/22
 180/9 182/8 184/19 184/19
 185/3 187/9 187/9 187/10
 189/24 191/17 195/3
myself [6]  50/22 83/12
 86/20 114/6 119/9 126/11

**N**

nails [1]  160/24
name [5]  3/22 9/7 38/18
 134/9 165/21
named [1]  134/7
names [4]  3/1 3/12 39/8
 96/20
naming [1]  98/22
NASCAR [2]  90/7 90/15
national [1]  173/21
NC [1]  1/15
near [1]  97/14
nearly [5]  6/14 12/24
 121/8 133/3 158/14
necessarily [3]  107/10
 149/16 162/2
necessary [3]  19/7 60/22
 62/20
need [21]  2/18 5/25 6/15
 16/18 18/23 26/25 30/2
 36/25 37/13 42/8 51/2
 106/13 124/3 125/18 162/5
 164/18 181/3 181/4 182/2
 183/2 191/15
needed [9]  106/15 118/11
 134/16 134/18 134/19
 135/15 137/1 140/15
 167/11
needs [7]  33/4 37/3 43/8
 47/14 50/23 142/21 162/7
negative [1]  162/25
neglect [1]  31/17
negligence [3]  35/22
 35/25 35/25
negotiate [10]  45/24 47/6
 48/7 48/8 63/1 63/20
 148/24 164/9 166/20 168/5
negotiated [6]  62/24
 64/12 160/8 163/16 170/21
 181/11
negotiating [2]  49/3 49/4
negotiations [4]  43/4
 46/10 181/9 186/14
negotiator [1]  45/23
negotiators [1]  32/1
neighborhood [1]  4/23
neither [3]  153/22 183/10
 195/7
Nest [2]  96/21 97/7
net [19]  4/24 42/9 75/22
 76/4 77/5 77/6 77/18
 77/19 78/1 78/2 78/3
 78/17 80/14 81/19 94/20
 122/23 129/7 156/10 164/5
never [26]  6/13 11/3 12/3
 18/15 19/15 20/24 21/4
 21/9 21/17 21/17 21/18
 21/19 26/11 27/9 28/12
 28/13 79/10 86/5 110/11
 110/12 170/15 172/20
 186/17 187/2 187/8 187/15

**N**

new [11]   8/10 8/11 8/20
47/18 49/7 57/10 57/10
62/16 69/5 77/19 103/8
news [1]   165/22
newspaper [1]   135/5
next [11]   3/14 3/16 10/12
40/22 50/20 52/17 69/15
77/24 81/12 103/5 104/13
NFL [2]   32/11 32/19
nice [4]   29/21 42/9
101/24 192/13
nickname [1]   138/2
night [8]   16/7 88/23
112/6 112/23 113/3 120/19
192/9 192/10
nights [14]   61/25 85/8
86/4 106/20 106/20 106/22
106/23 106/23 147/14
150/20 153/3 153/4 154/7
154/12
nine [4]   12/13 97/19
105/11 140/8
nineties [1]   44/11
ninety [3]   123/15 124/22
124/23
ninety-one [1]   123/15
Ninety-two [2]   124/22
124/23
no [109]   1/4 5/18 5/19
10/15 11/4 11/24 16/4
16/4 16/5 16/5 16/10
17/20 18/16 19/4 19/6
19/6 19/16 19/20 19/22
20/13 27/10 27/11 27/21
27/23 28/9 29/19 30/24
31/10 37/15 43/12 51/18
52/20 52/23 60/7 60/23
63/21 65/18 69/16 70/22
71/9 72/7 78/20 79/4
82/20 86/21 95/4 95/6
95/11 95/12 101/21 110/10
110/11 112/9 112/9 121/19
123/10 123/23 126/18
128/12 130/10 130/20
134/3 138/22 139/18
139/18 140/20 142/10
143/13 144/1 154/25 162/2
164/15 167/25 168/14
171/10 171/17 176/11
177/21 177/22 177/25
178/13 180/13 185/19
185/23 186/1 186/5 186/8
188/20 190/14 190/22
191/1 191/3 192/11 193/15
193/16 193/17 193/18
193/19 193/21 193/22
193/23 193/24 193/25
194/3 194/4 194/5 194/6
194/7 194/8
nobody [1]   47/9
non [1]   179/19
non-commission [1]   179/19
none [4]   5/9 19/3 164/13
187/11
normal [1]   156/16
Normande [3]   10/12 16/23
121/23
Northwest [1]   113/21
not [209]

note [1]   11/9
noted [2]   57/21 152/12
notes [5]   127/22 127/24
153/16 165/11 195/4
nothing [2]   15/19 84/10
notice [1]   161/8
noticeable [2]   171/7
171/8
November [9]   1/5 11/8
18/19 19/14 34/15 35/1
72/3 147/22 181/21
now [43]   5/1 7/4 7/21
13/4 15/9 17/8 18/3 18/4
20/6 23/7 23/14 23/16
24/8 24/14 24/22 27/8
28/14 29/2 30/1 30/3 31/5
37/13 52/5 62/15 65/24
66/23 67/8 69/2 75/15
76/23 78/23 100/18 112/14
125/18 149/9 159/5 160/16
161/18 162/25 162/25
166/11 168/22 191/16
null [1]   72/4
number [88]   7/8 7/10 13/5
13/10 13/12 13/12 16/13
22/8 22/11 22/22 23/23
23/24 24/2 24/3 25/18
44/12 45/17 53/13 54/17
55/10 55/13 57/1 57/22
57/24 57/24 58/1 58/2
58/2 62/2 62/11 62/14
63/12 65/21 67/20 76/17
80/23 83/15 88/2 88/9
94/19 94/20 94/23 96/3
100/23 106/15 114/24
122/22 123/1 128/5 128/6
135/22 137/14 137/18
138/5 138/25 139/25 140/4
140/19 146/25 147/4
147/16 148/7 149/25
150/12 151/20 151/22
151/23 151/24 152/17
152/13 152/18 153/2
153/13 154/7 156/23
161/24 164/24 166/12
166/16 167/12 167/13
176/23 178/20 179/13
181/16 185/15 190/16
190/18
numbers [46]   9/22 9/24
12/12 14/13 18/2 22/2
38/2 51/13 53/10 61/1
88/12 88/17 98/21 98/23
104/1 115/17 122/15
124/15 125/16 126/8 126/8
126/16 127/21 128/10
144/15 144/20 144/22
144/22 144/23 145/1 145/2
146/9 146/11 146/13 153/1
153/15 153/16 154/3 154/4
155/4 164/12 164/13
164/14 164/15 175/10
176/8
numerical [1]   57/5
numerous [1]   133/12
nurses [1]   90/18
NW [1]   1/22

**O**

o'clock [1]   99/6
oath [1]   140/9

object [1]   59/11
objection [5]   52/20 52/23
53/5 59/9 61/6
obligating [1]   56/18
obligations [3]   28/15
174/3 174/7
OBR [93]   4/9 4/21 7/14
7/16 7/20 7/22 7/25 8/18
8/20 13/23 42/18 42/19
42/25 43/10 43/11 58/11
64/24 65/12 66/19 67/7
67/8 67/13 75/16 75/19
76/16 77/9 77/21 78/21
78/22 78/23 79/6 80/4
80/5 82/5 82/8 82/20 83/2
82/6 83/7 83/8 83/10
83/17 84/13 84/17 84/24
87/17 87/17 87/18 89/11
94/20 94/25 95/4 100/10
103/1 103/2 104/8 104/10
104/11 105/12 111/16
111/17 112/18 113/5
113/17 113/19 114/2 114/9
114/15 114/21 120/13
123/6 124/5 124/6 125/4
125/5 126/5 128/21 128/23
128/25 129/2 145/17
146/18 147/12 149/15
152/10 154/19 155/17
156/4 156/5 157/11 165/25
166/23 188/8
obtain [2]   12/18 156/21
obtained [1]   156/22
obtaining [2]   28/20
139/13
obviate [1]   36/24
obvious [2]   84/19 84/21
obviously [7]   45/3 49/12
49/16 50/9 84/17 85/12
122/7
occupancy [7]   8/13 15/2
15/3 16/16 109/14 109/25
109/25
occupied [2]   14/21 71/13
occupy [1]   89/15
occurred [5]   8/14 11/15
24/21 57/9 72/1
ocean [7]   74/2 96/21 97/5
108/10 108/18 108/20
111/24
October [9]   4/2 20/22
33/24 120/9 120/10 120/11
133/20 134/1 134/5
off [19]   8/7 11/24 15/13
38/18 39/11 84/6 86/15
162/9 162/21 163/10 166/9
174/10 174/11 174/17
175/14 178/7 182/8 191/8
191/16
offended [1]   71/3
offer [6]   36/17 36/17
53/2 59/7 61/3 163/8
offered [2]   45/1 69/9
offers [1]   21/14
office [5]   5/23 31/1 31/4
37/19 47/24
office's [2]   37/23 37/25
officer [4]   7/19 30/6
180/7 180/8
officers [1]   177/23
official [2]   1/21 177/5

**O** Case 1:08-cv-02054-RMC

oh [10]   9/7 18/1 26/20
29/19 93/19 101/21 138/18
144/1 157/8 159/11
okay [113]   5/12 14/1
20/17 22/25 25/2 36/10
36/16 38/17 38/20 38/21
39/24 40/18 41/16 42/4
44/8 46/23 52/2 52/25
54/8 54/12 54/21 55/1
55/4 55/16 56/1 64/1
66/22 67/8 67/10 68/4
68/20 69/18 70/16 71/5
77/3 77/8 77/16 78/6
78/13 78/21 80/3 80/8
80/16 81/10 81/14 82/11
83/9 83/10 83/14 84/25
86/25 87/15 88/1 88/9
92/11 92/18 93/22 94/7
96/5 96/7 96/13 96/17
102/1 102/20 105/24
108/19 109/14 109/20
110/5 110/7 111/5 111/9
114/13 114/23 115/6
116/18 118/16 118/22
122/9 123/8 124/3 124/3
124/9 125/20 126/10
126/17 127/1 128/13 129/4
129/20 136/2 138/9 138/19
140/23 141/2 143/22
143/24 149/8 150/7 151/11
156/15 156/18 158/20
170/17 175/3 181/1 183/18
185/9 188/22 189/10
191/11 191/20 192/5
old [4]   38/22 166/12
173/7 173/11
older [2]   44/23 173/3
oldest [1]   177/7
Olympiad [1]   46/3
olympic [6]   165/16 170/22
171/5 171/11 171/15
173/22
olympics [33]   11/15 11/19
14/16 14/19 14/20 15/20
31/22 32/9 32/10 32/15
33/13 44/7 45/19 46/9
47/2 47/3 67/1 68/1 83/16
85/22 86/22 94/21 110/9
113/22 120/23 132/22
141/7 143/14 158/7 173/14
173/16 173/18 178/3
onboard [1]   16/18
once [16]   5/20 35/12
48/20 50/20 68/16 68/24
72/10 78/21 83/24 84/9
114/11 142/9 142/9 142/20
175/14 178/4
one [102]   1/6 3/12 3/17
3/19 3/21 4/5 8/6 8/6
10/15 12/2 14/21 17/9
17/18 17/19 19/1 19/7
20/2 20/3 24/4 24/13
32/21 33/2 33/20 39/19
41/23 42/19 45/7 47/7
49/9 49/9 49/23 49/24
57/21 57/23 57/25 58/1
63/20 64/22 65/14 67/17
67/20 68/11 68/12 70/3
75/1 79/22 81/17 82/5

87/11 87/16 88/14 89/10
93/24 98/5 104/15 109/18
109/19 109/20 109/21
109/22 109/24 113/20
114/19 123/14 123/15
123/19 124/20 125/25
129/25 132/25 137/4 137/9
143/7 144/6 145/21 145/23
146/13 153/2 153/3 159/25
162/25 168/3 168/9 168/23
168/23 169/2 170/14 171/3
171/5 175/13 177/7 177/9
178/19 178/20 182/9
188/18 188/18 188/20
188/20 188/25 191/17
191/17
one-half [2]   81/17 82/5
ones [1]   102/1
only [19]   6/23 24/9 26/10
29/1 34/3 35/6 48/24
48/25 49/22 71/11 74/25
79/6 95/20 115/10 137/12
143/7 145/17 156/23
190/24
ooo [2]   99/10 192/17
Oosterdam [1]   104/22
open [4]   17/24 95/15
96/17 148/20
opened [1]   49/7
opening [15]   2/18 3/25
4/14 9/24 10/14 12/4 43/9
46/2 57/8 68/5 88/1
107/12 123/18 193/9
193/10
operations [4]   25/7 32/1
43/7 156/16
opinion [2]   8/1 98/14
opinions [1]   126/5
opportunities [5]   33/8
141/10 162/8 162/19
163/10
opportunity [3]   33/14
49/7 111/13
opposed [1]   154/11
OPS [1]   25/11
optimistic [1]   14/15
option [5]   49/11 49/12
49/13 67/18 67/18
options [4]   49/9 49/16
49/17 142/3
oral [8]   19/2 107/21
107/22 185/17 185/21
185/25 186/6 188/7
order [13]   11/8 12/7
26/15 26/25 34/15 34/16
36/15 57/5 74/2 92/5
115/2 168/24 173/13
ordered [1]   88/23
orders [1]   35/1
organized [3]   86/23 87/14
120/20
organizing [1]   86/25
original [12]   14/14 16/25
35/17 62/13 72/18 72/18
77/17 79/1 175/11 183/23
184/4 188/13
originally [2]   33/11
79/23
other [58]   5/5 25/8 26/7
26/18 26/23 31/20 31/21
32/9 32/10 33/21 33/25

34/2 34/6 35/18 44/21
45/9 45/4 46/14 48/13
49/20 50/3 53/24 53/25
58/15 59/1 63/24 68/7
68/8 71/6 75/6 77/1 82/14
90/2 92/9 95/5 105/22
113/11 114/17 122/6
123/17 130/10 130/10
131/4 131/4 131/8 132/21
135/8 140/22 142/3 142/14
142/14 143/1 143/2 156/10
162/19 171/22 177/23
191/13
otherwise [7]   20/1 35/8
35/11 36/7 36/20 52/22
195/10
our [52]   3/19 4/2 4/3 4/8
4/23 5/23 6/3 6/3 6/10
7/11 7/25 7/25 8/5 8/14
8/14 37/22 42/13 42/15
45/25 46/16 48/6 49/8
49/23 50/19 55/9 58/14
60/19 69/9 73/4 73/5
76/11 79/11 100/11 113/10
113/12 114/9 114/11 118/7
121/18 135/11 137/11
142/9 150/3 154/21 162/6
162/10 164/5 178/11 181/9
182/13 183/2 188/7
ourselves [1]   69/6
out [65]   8/19 8/19 20/14
26/24 27/13 29/15 31/10
37/20 42/8 44/4 47/4
47/15 48/23 52/12 55/10
60/1 60/12 62/24 69/2
69/20 69/20 74/2 80/2
82/19 83/4 85/25 86/11
86/21 87/7 91/1 92/7
94/19 95/14 101/16 106/12
108/11 108/13 110/25
120/20 122/16 122/19
133/6 141/7 148/24 152/8
155/2 156/25 159/23 160/3
160/6 160/12 160/20 162/4
162/5 167/9 170/6 170/10
171/23 172/1 176/19 180/5
186/5 188/8 188/14 190/21
out-loud [1]   133/6
outcome [1]   195/10
outlined [2]   50/23 129/11
outloud [1]   93/12
outs [1]   118/8
outside [5]   87/13 97/12
97/13 113/12 142/10
outstanding [1]   28/23
over [32]   8/11 14/16
14/21 15/4 29/22 32/3
40/23 41/24 49/22 84/1
88/13 88/15 89/21 92/3
100/2 103/16 107/9 132/12
133/10 133/11 150/23
170/6 172/5 172/21
172/25 184/20 186/22
186/24 190/8 192/3 192/9
192/10
overall [2]   43/2 110/21
overarching [1]   122/4
overnight [1]   67/24
overstated [1]   10/19
overstates [3]   10/22 11/5
18/9

O Case 1:08-cv-02054-RMC Document 97 Filed 02/07/14

overstating [2] 11/10
 23/2
overview [1] 5/22
owe [5] 26/24 28/19 29/17
 29/19 82/9
owed [1] 30/15
own [19] 6/16 16/8 21/13
 33/18 34/5 34/13 38/3
 47/8 47/8 68/16 135/2
 157/2 157/7 159/16 162/15
 162/20 167/16 168/10
 192/2
owned [1] 143/20
owner [9] 67/22 76/2
 77/25 78/4 78/19 107/3
 169/22 169/25 170/3
owner's [1] 77/5
owns [1] 143/19

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
 2/1
P.C [1] 1/14
p.m [7] 99/9 99/11 117/19
 127/9 127/10 190/4 192/16
Pacific [1] 74/2
package [6] 45/8 45/14
 71/17 167/1 185/12 189/19
packages [1] 21/3
packs [1] 146/1
page [60] 52/7 53/21 54/9
 56/25 59/14 67/15 72/22
 72/24 74/11 75/10 75/22
 80/5 80/7 80/21 80/23
 81/12 93/5 93/7 93/10
 93/20 94/10 94/15 95/18
 101/17 101/19 101/20
 105/7 115/23 116/22
 116/22 117/7 117/17 121/3
 137/20 138/24 138/25
 139/2 140/8 144/10 144/21
 145/6 145/16 148/17
 148/18 149/5 149/5 149/7
 149/7 149/9 150/18 150/19
 165/11 169/16 169/20
 180/6 183/18 183/22 184/3
 184/12 193/8
pages [5] 93/6 94/11
 103/25 183/19 195/3
paid [28] 5/10 27/13
 28/23 29/2 29/3 29/4 29/6
 29/15 30/12 55/4 55/12
 55/14 56/8 56/14 56/15
 76/24 79/19 81/18 81/20
 82/18 139/12 179/23 180/5
 185/20 185/24 186/6
 187/22 187/25
palm [1] 42/22
panic [1] 59/3
paper [2] 29/9 186/23
papers [1] 184/20
par [1] 11/25
paragraph [13] 56/11 57/6
 57/14 67/16 67/19 67/20
 77/4 80/11 81/22 136/8
 136/9 140/8 169/19
paralegal [1] 138/13
pardon [4] 79/5 155/9
 167/23 173/8

paren [1] 148/20
parentheses [2] 149/2
 150/20
parks [1] 86/10
part [16] 5/7 20/8 26/14
 31/16 42/24 46/11 46/15
 50/17 59/23 66/8 83/3
 86/6 110/21 133/17 166/23
 188/6
partial [3] 6/23 19/17
 41/21
participate [3] 69/13
 163/9 168/6
participating [1] 69/8
particular [5] 46/1 88/10
 97/3 120/25 140/9
particularly [1] 83/8
parties [1] 15/23 27/3
 34/17 42/21 68/7 68/8
 77/25 85/14 88/20 195/8
partner [7] 3/21 10/7
 38/15 100/3 123/18 130/6
 130/13
partners [10] 5/9 5/13
 5/20 12/20 13/7 44/20
 129/25 130/10 133/14
 133/17
partnership [2] 129/23
 131/20
party [13] 64/11 67/23
 75/1 75/5 75/6 101/14
 103/8 112/23 167/22
 167/24 168/8 168/12
 169/13
pass [5] 56/4 56/5 56/7
 56/20 65/18
passed [2] 48/9 146/15
passenger [5] 16/13 22/17
 88/2 109/4 114/24
passengers [10] 11/4
 105/15 146/1 167/15
 167/15 170/11 170/13
 187/12 187/16 187/22
passing [1] 140/21
past [2] 32/8 52/10
patrons [1] 141/25
pay [31] 5/20 26/1 26/12
 26/12 26/14 26/15 26/22
 26/25 27/3 27/8 29/8 30/1
 54/14 56/18 65/13 67/5
 70/7 76/2 76/13 78/4 78/9
 78/19 128/17 139/15
 139/16 170/3 177/6 177/14
 179/18 179/25 180/3
paying [6] 6/11 82/5
 82/19 82/20 114/16 141/19
payment [12] 27/13 29/15
 29/17 54/24 56/5 72/1
 72/1 76/7 76/11 76/24
 80/20 80/24
payments [5] 81/11 82/1
 186/3 187/25 187/25
PCD [1] 22/17
PCDs [1] 22/19
pedicures [1] 85/17
people [24] 5/17 13/20
 20/5 45/10 47/20 48/24
 60/18 63/22 83/25 84/9
 85/18 85/24 85/24 86/5
 90/13 90/24 110/8 115/11
 161/3 161/6 162/1 162/2

 163/9 176/17
people's [2] 40/4 163/11
per [165] 12/16 12/16
 12/17 12/17 12/20 12/25
 12/25 13/2 13/2 13/5 13/6
 13/9 13/9 13/13 13/13
 13/16 13/16 14/6 14/14
 14/14 16/13 16/13 47/13
 55/6 55/12 55/18 56/18
 62/15 80/2 88/2 88/2
 88/12 88/12 88/12 88/13
 89/21 91/7 91/7 91/9 91/9
 91/10 91/10 108/8 108/8
 108/9 108/11 108/12
 108/14 108/14 109/4
 109/13 109/16 110/3
 110/18 110/18 110/22
 110/22 111/17 111/18
 113/6 113/6 141/15 141/15
 146/4 146/4 146/6 146/7
 146/17 146/17 147/13
 147/13 147/20 147/20
 148/21 148/21 149/3 149/3
 149/13 149/13 149/19
 149/19 149/20 149/20
 151/17 151/17 152/3 152/3
 152/15 152/15 154/11
 156/11 156/11 158/2 158/4
 158/4 158/23 159/4 159/4
 159/5 159/5 159/18 159/18
 160/2 160/2 160/6 160/6
 160/7 160/7 160/10 160/10
 160/14 160/15 160/15
 160/16 160/17 160/17
 160/19 160/19 161/13
 161/13 161/18 161/18
 161/19 161/19 161/23
 161/23 162/1 162/1 162/22
 162/22 163/1 163/1 163/13
 163/13 163/25 163/25
 164/3 164/4 164/6 164/7
 164/7 164/7 167/1 167/4
 167/4 167/7 167/8 170/7
 170/10 175/8 175/13
 175/17 175/17 175/20
 175/20 176/6 179/25 180/6
 180/9 180/10 189/22
 190/11 190/11 190/24
 190/25
percent [27] 15/2 21/12
 71/22 76/3 76/10 77/5
 108/18 108/20 108/21
 108/22 108/22 108/23
 108/23 122/3 122/4 128/20
 129/18 134/19 134/21
 137/4 137/8 138/6 140/13
 140/14 141/7 171/3 171/5
percentage [3] 172/21
 172/25 178/15
perfect [2] 36/22 48/24
performance [1] 15/2
performed [3] 16/24 24/17
 131/4
performing [4] 12/19
 23/19 31/9 160/1
perhaps [3] 13/19 166/13
 166/16
period [11] 41/25 72/2
 72/5 73/6 94/8 94/21
 96/18 106/15 115/11
 115/23 170/23

**P**    Case 1:08-cv-02054-RMC

permission [1]   191/17
permits [1]   173/3
permitted [3]   18/12 34/12
  162/15
person [76]   12/16 12/17
  12/25 13/2 13/6 13/9
  13/13 13/16 14/14 26/7
  88/12 88/12 91/7 91/9
  91/10 100/4 108/8 108/12
  108/14 109/13 110/3
  110/18 110/22 111/17
  113/6 141/15 146/4 146/7
  146/17 147/13 147/20
  148/21 149/3 149/13
  149/19 149/20 151/17
  152/3 152/15 156/11 158/4
  158/23 159/4 159/5 159/18
  160/2 160/6 160/7 160/10
  160/15 160/16 160/17
  160/19 161/13 161/18
  161/19 161/23 162/1
  162/22 163/1 163/13
  163/25 164/3 164/7 164/7
  165/21 167/4 167/8 170/9
  170/10 175/13 175/17
  175/20 189/23 190/11
  190/24
personnel [25]   14/19 15/5
  15/18 15/23 15/24 15/25
  16/9 16/17 16/19 16/20
  21/24 83/24 86/20 157/10
  162/8 171/10 171/14
  172/18 172/21 173/13
  173/21 174/13 174/24
  175/6 178/15
personnel's [1]   174/6
persuade [1]   12/22
phenomenal [2]   83/23
  85/22
Phillip [11]   3/11 30/11
  44/23 44/25 130/6 138/2
  144/12 144/25 147/5
  147/11 150/1
photos [1]   113/2
pick [6]   70/3 73/2 73/5
  106/13 168/4 191/12
picked [2]   25/17 56/8
piece [4]   29/9 63/24
  113/25 158/14
pier [18]   5/24 33/21
  47/16 47/16 47/17 47/17
  47/21 47/22 47/25 48/1
  48/20 49/6 68/3 71/12
  71/12 87/7 143/19 165/24
PILGRIM [2]   1/20 195/12
pilot [2]   7/9 37/21
pilots [2]   31/7 31/8
place [15]   14/16 28/21
  47/18 85/13 86/24 87/1
  98/17 99/5 118/1 170/23
  171/6 171/17 181/12
  188/18 188/20
placed [1]   135/5
plain [2]   52/7 85/4
plaintiff [13]   2/15 20/1
  31/14 38/5 38/9 101/1
  193/3 193/14 193/15
  193/16 193/17 193/18
  193/19

plaintiff's [21]   16/8
  30/9 36/13 37/7 37/8 37/14
  51/9 59/7 97/13 53/16 53/13
  61/1 65/21 65/24 100/23
  101/1 101/8 103/6 115/17
  118/24 119/5 120/24
  168/18 168/22 169/5
  169/12 183/15
plaintiffs [4]   1/4 1/13
  2/5 168/23
plaintiffs' [1]   14/3
plan [18]   5/19 19/12
  19/13 19/23 20/3 20/6
  20/10 20/14 33/12 47/12
  67/24 107/13 107/15 112/9
  112/12 112/20 189/3
  189/17
plane [1]   86/3
planned [4]   8/18 62/1
  85/14 171/21
planning [9]   42/25 43/5
  73/18 93/17 98/17 106/5
  110/17 113/6 114/8
plans [4]   8/1 16/25 48/2
  120/16
play [1]   84/2
pleading [4]   37/5 37/6
  37/9 37/10
pleadings [1]   3/5
please [20]   38/14 60/8
  67/16 81/14 81/23 93/13
  93/14 96/3 101/4 104/25
  107/23 126/23 128/1
  128/13 138/24 140/8
  148/17 150/18 169/16
  183/15
plug [1]   158/19
plus [2]   58/13 125/3
pocket [2]   79/24 186/25
point [24]   11/23 11/25
  15/10 16/10 17/22 36/23
  60/1 68/24 71/20 73/5
  76/10 83/11 99/4 133/23
  140/22 142/22 146/6 152/8
  155/6 163/4 163/6 175/10
  182/8 186/19
pointed [1]   37/20
points [1]   101/16
police [4]   91/1 91/20
  173/9 178/23
Police's [2]   173/7 173/10
policemen [3]   90/6 90/17
  91/10
Poly [1]   39/10
pool [2]   42/22 97/14
poor [1]   121/22
population [1]   86/22
port [24]   5/23 5/24 6/1
  6/15 7/11 12/11 32/1
  47/10 47/23 48/6 48/7
  56/13 56/14 56/16 56/21
  56/22 71/11 71/11 73/15
  73/18 84/4 84/6 103/22
  105/4 108/1 110/14 110/18
  111/10 111/10 111/14
  114/18 143/21 158/7
  188/13
portable [1]   131/24
portion [4]   76/8 158/23
  161/13 161/18
portions [1]   138/7
ports [10]   21/2 21/4 21/5

45/24 46/6 59/1 110/17
  119/7 131/8 188/21
posit [1]   23/9
position [3]   41/11 63/20
  93/15
positioning [1]   33/17
possibility [3]   20/7 34/2
  106/22
possible [7]   34/3 47/11
  58/3 87/14 118/7 136/13
  162/21
post [2]   162/13 162/18
potential [2]   70/15
  187/16
PPPD [10]   88/2 88/7 91/12
  98/24 109/4 109/16 109/18
  111/23 112/2 124/7
practice [1]   121/18
precisely [1]   127/20
precision [1]   9/22
preclude [1]   11/8
precluded [1]   69/6
predictions [1]   16/15
premature [1]   20/11
premium [4]   139/12 139/17
  140/11 185/13
prepaid [6]   64/24 66/18
  76/3 78/3 78/18 186/11
prepare [1]   37/2
prepay [2]   78/6 78/24
prepayment [4]   76/20
  77/12 82/11 82/12
present [3]   15/7 51/6
  51/8
presented [3]   11/10 28/15
  36/7
preserve [2]   36/22 192/2
president [7]   7/18 32/24
  33/10 41/5 41/6 41/9
  43/19
presidents [3]   46/17 90/1
  91/6
press [3]   47/19 120/21
  174/22
pressing [1]   169/25
pretend [1]   29/21
pretrial [2]   37/22 68/5
pretty [2]   91/10 117/10
prevented [1]   20/6
previous [3]   44/4 117/7
  117/17
previously [3]   23/13
  160/4 195/6
price [11]   4/8 4/17 49/23
  52/14 52/14 64/21 66/15
  70/10 76/9 112/8 189/16
prices [1]   19/1
pricing [2]   9/16 49/16
primarily [1]   39/25
primary [1]   21/15
Princess [15]   23/21 24/3
  24/11 40/3 40/6 40/7
  40/11 40/23 43/13 48/25
  49/1 49/3 49/9 157/7
  187/10
principals [2]   3/17 116/6
printout [1]   179/17
prior [9]   45/18 53/18
  106/11 118/14 184/18
  185/1 185/5 186/2 186/4
priority [1]   59/13

**P**   Case 1:08-cv-02054-RMC

private [3]   33/21 33/22 179/24
probably [5]   4/6 159/20 161/17 161/23 189/4
problem [4]   12/1 28/9 35/12 138/22
Proceed [1]   77/3
proceedings [4]   1/24 60/15 127/10 195/5
process [5]   47/1 47/10 68/24 81/21 164/11
procurement [3]   85/23 142/11 178/10
produced [2]   1/24 183/21
product [1]   114/1
professional [1]   50/17
profile [2]   89/11 173/16
profit [28]   4/24 19/13 26/14 28/23 31/1 34/12 53/17 79/7 79/12 111/4 122/11 122/25 123/1 123/2 123/11 123/12 123/22 123/23 123/25 124/6 124/9 124/16 125/6 125/12 128/11 129/7 136/12 146/20
profits [15]   5/14 10/16 10/17 18/13 20/16 21/21 26/3 27/2 30/7 121/14 121/19 122/14 125/6 131/14 131/18
program [12]   8/1 8/18 8/20 45/24 46/21 50/24 84/24 86/23 87/19 91/20 109/9 113/23
programs [19]   7/24 46/10 46/21 84/11 84/22 86/8 86/25 90/24 98/16 120/14 120/20 126/12 126/12 126/13 152/7 171/22 171/24 172/1 178/8
prohibiting [1]   171/10
project [12]   30/16 31/13 33/11 48/3 50/12 59/16 88/10 124/6 133/15 134/4 134/17 135/3
projected [7]   10/19 10/21 13/1 30/17 148/20 149/2 149/18
projection [3]   146/8 162/7 188/8
projections [5]   31/2 50/19 136/12 144/4 146/20 34/10 132/21
projects [4]   31/20 32/10 34/10 132/21
promote [2]   70/14 95/10
promoted [3]   40/24 41/3 41/4
proof [1]   36/18
proper [5]   4/6 4/6 4/17 4/25 12/20
properly [1]   38/2
property [1]   73/6
proposal [4]   46/25 148/3 149/16 149/17
proposed [4]   16/2 32/9 143/9 148/2
proposing [1]   35/22
proprietary [1]   109/7

protected [2]   92/8 98/11
protective [1]   92/5
provide [24]   6/21 7/6 9/22 33/12 66/25 67/24 81/25 85/20 87/20 95/9 96/11 108/5 124/10 133/16 134/20 135/15 136/23 141/14 146/20 161/15 165/8 166/25 169/25 173/14
provided [36]   6/2 6/3 6/6 6/20 6/22 6/23 31/2 48/12 62/3 73/24 76/20 77/17 86/16 89/2 91/24 94/20 96/9 96/12 134/13 136/13 144/3 144/14 144/20 144/22 146/9 146/11 146/14 153/25 154/1 156/4 167/22 167/24 168/9 173/18 173/21 195/4
providers [1]   50/18
provides [2]   14/23 131/24
providing [9]   32/6 32/10 62/6 113/16 113/18 113/18 117/18 132/21 189/12
provision [6]   30/25 58/5 58/15 100/15 103/1 104/10
provisions [1]   67/20
psychology [1]   39/15
pub [1]   86/3
pull [1]   153/6
pulled [1]   143/15
Puma [1]   163/22
pumped [1]   152/11
purchase [2]   15/5 174/19
purchased [1]   21/18
purchaser [2]   82/2 82/3
purchasing [1]   171/11
pure [1]   36/1
purely [1]   18/11
purportedly [1]   6/6
purpose [3]   31/17 67/23 68/12
purposes [1]   16/25
pursuant [2]   68/4 82/15
pursue [6]   31/20 31/22 34/6 34/9 36/25 69/15
pursued [1]   36/21
pursuing [2]   141/10 143/12
push [2]   127/7 153/9
put [18]   20/5 25/20 45/10 71/8 71/17 86/23 86/25 126/13 135/2 149/1 172/1 186/7 186/18 186/22 186/24 187/1 188/4 191/11
puts [1]   79/1
putting [5]   37/24 58/8 131/7 185/12 185/21

**Q**

Quake [2]   47/24 87/3
question [35]   11/12 13/19 19/18 50/9 52/5 65/5 66/5 71/20 79/22 96/13 100/14 104/6 107/12 109/1 110/12 115/5 118/3 120/25 129/6 137/7 137/8 138/13 139/20 140/25 142/6 144/14 144/14 151/4 167/14 168/7 168/11 172/2 177/19

Filed 02/07/14   178/13 178/14
questionable [1]   21/14
questions [6]   38/17 39/11 101/10 126/18 127/19 186/7
quickly [3]   118/9 124/20 176/5
quite [8]   3/23 8/3 27/7 120/8 121/20 149/23 153/18 161/11
quote [13]   13/1 13/11 13/18 18/21 20/20 21/1 25/10 33/14 34/2 54/2 54/3 140/18 148/19
quotes [1]   6/2
quoting [1]   49/15

**R**

races [1]   90/16
raise [1]   183/2
rammed [2]   8/12 8/12
ramp [2]   57/8 57/9
ramped [2]   14/19 14/20
ran [1]   44/11
range [4]   12/12 13/16 14/5 179/4
rate [28]   4/18 11/14 11/23 12/2 16/16 25/8 33/2 42/9 47/7 47/8 55/5 55/17 56/17 62/9 91/16 163/16 163/19 163/23 163/25 164/3 164/7 164/9 164/10 167/1 168/5 170/2 177/14 183/6
rated [1]   91/18
rates [6]   16/16 49/4 141/23 165/15 170/21 177/6
rather [3]   6/22 34/21 65/3
rational [1]   181/9
RBC [2]   128/20 142/12
RCC [2]   80/24 81/5
RCCL [11]   63/3 63/15 66/13 69/1 71/25 72/2 74/10 74/24 80/16 82/9 148/25
RCI [1]   153/21
RCMP [118]   6/6 6/10 6/16 6/19 7/6 8/4 8/5 8/9 8/10 10/12 10/18 16/3 16/3 16/9 16/11 16/17 18/18 23/5 28/13 30/20 30/23 31/23 33/2 33/19 33/25 34/3 34/4 34/13 48/9 48/22 49/12 50/20 55/14 55/15 56/5 56/9 56/14 56/19 57/11 58/16 58/24 61/14 61/24 62/7 68/5 68/16 69/4 69/6 71/13 71/14 75/3 75/7 76/8 76/12 76/23 79/1 79/25 91/23 94/25 98/18 98/25 101/15 103/3 103/11 104/19 119/16 120/3 121/10 125/13 128/18 129/14 130/23 131/1 131/5 131/11 133/15 133/25 134/17 135/16 136/21 137/2 137/5 137/6 137/9

RCMP... [30]   139/14
140/14 140/15 142/9
142/11 142/15 142/20
142/23 143/10 145/24
147/22 166/8 166/18 168/9
171/20 172/19 172/23
174/23 175/22 176/9
176/14 177/5 177/7 177/23
178/10 178/12 178/15
179/2 180/15 182/14
RCMP's [6]   6/25 7/1 16/16
46/24 124/17 125/7
reach [3]   47/14 47/15
121/8
reached [7]   8/1 8/2 9/12
21/9 68/25 98/25 109/2
reaction [1]   118/12
read [27]   8/23 35/2 35/23
57/7 57/15 57/16 57/19
67/16 68/11 73/19 77/16
81/14 81/23 93/10 93/12
94/19 96/3 117/15 117/22
136/14 138/7 148/22 156/7
182/3 183/20 191/1 191/3
reading [5]   28/6 28/6
54/8 72/14 127/23
ready [3]   2/21 126/21
127/13
real [2]   114/6 124/20
realistic [1]   16/12
realized [5]   48/23 49/6
61/25 154/18 154/20
realizes [1]   77/25
really [30]   6/24 11/18
22/3 25/10 43/23 47/6
47/9 47/20 47/23 71/16
73/21 81/1 83/20 85/5
89/1 90/21 93/24 100/4
101/24 117/23 120/22
138/15 151/9 155/6 162/6
178/6 178/13 188/23 189/6
192/5
reason [4]   120/24 138/5
145/2 154/24
reasonable [4]   7/2 31/15
70/13 160/8
reasoning [1]   21/14
reasons [6]   45/7 100/11
131/12 137/5 137/9 138/5
recall [13]   15/14 44/18
50/25 57/7 57/12 57/13
90/25 91/3 114/23 120/6
151/16 164/17 191/4
receipt [2]   77/5 77/19
receive [5]   129/1 148/19
190/11 190/21 190/24
received [30]   27/15 29/16
29/17 51/14 53/10 61/2
65/22 76/7 76/7 76/10
100/24 115/18 128/7
129/12 135/23 137/15
140/1 147/1 148/8 150/13
154/1 164/25 176/24 178/9
178/10 179/14 181/17
187/24 193/13 194/2
receives [1]   149/1
recent [1]   32/8
recently [1]   153/25
recess [3]   60/14 99/9

127/9
recited [1]   65/15
recognize [9]   51/21 64/8
66/5 101/11 119/5 136/6
139/5 148/14 150/16
recollect [1]   176/4
recollection [1]   136/16
reconciliation [2]   81/25
82/1
record [7]   65/2 81/2
92/24 93/1 132/8 132/13
154/15
recorded [1]   1/24
records [3]   91/25 92/1
94/8
recoupe [1]   79/10
recouped [2]   82/11 82/12
recover [2]   31/16 192/1
recreate [1]   45/9
Recross [1]   193/2
recruited [2]   40/23 41/8
recycling [7]   7/6 23/15
23/17 24/1 27/4 145/7
146/16
Redirect [1]   193/2
reduce [2]   26/9 77/13
reduced [9]   19/3 21/22
34/7 77/7 118/18 186/17
187/3 187/5 187/8
reduces [2]   26/2 42/8
reducing [1]   30/7
refer [3]   36/4 36/5 38/19
referencing [1]   5/2
referred [2]   59/13 88/1
referring [7]   48/10 77/8
121/14 143/1 144/18
165/12 169/22
refers [1]   185/2
reflect [1]   100/21
reflected [1]   98/18
refresh [1]   136/16
regard [4]   57/9 58/21
94/13 114/13
regarding [5]   38/18 46/2
67/18 100/22 106/21
regardless [2]   27/8
172/15
regards [1]   85/21
regime [3]   8/10 8/21
57/10
region [1]   119/17
regular [6]   13/20 14/5
87/6 156/22 177/6 179/19
reimburse [1]   82/2
reimbursed [1]   82/16
related [2]   34/4 195/7
relationship [1]   135/11
relative [1]   184/19
relaxing [1]   84/12
relayed [1]   175/15
relevant [2]   36/8 92/9
relied [2]   14/3 100/15
relies [3]   12/11 21/11
21/13
relocation [4]   11/2 18/10
18/10 19/12
rely [2]   45/11 100/20
remaining [5]   81/19 82/2
159/18 161/13 161/19
remember [18]   4/1 11/14
11/22 13/18 85/18 88/13

119/15 134/25 135/14
135/18 141/16 143/7
146/16 150/2 150/5 150/5
162/2 181/9
remote [2]   84/3 162/4
removal [9]   5/4 5/7 7/7
23/23 24/4 30/22 30/23
30/25 145/10
rendered [1]   55/4
renowned [1]   33/3
repeat [1]   125/8
repeatedly [1]   171/25
replaced [1]   98/25
replicate [1]   109/9
report [7]   14/2 81/25
96/5 96/10 96/15 98/19
156/7
reported [2]   155/14
155/17
Reporter [3]   1/20 1/21
57/20
reporting [1]   128/10
reports [2]   13/25 16/11
repositioning [33]   4/11
9/2 18/13 21/11 21/18
106/3 106/6 106/8 106/19
107/4 107/7 107/24 109/21
109/22 112/19 112/19
124/10 124/12 124/14
125/2 125/3 125/4 125/5
133/24 143/2 143/7 182/19
185/11 187/16 188/10
188/13 189/23 190/3
represent [2]   128/14
179/17
representation [1]   51/23
representations [2]
100/20 100/21
representative [1]   10/11
represents [3]   128/16
128/16 156/23
Republic [1]   40/4
repurposed [1]   33/8
reputation [3]   44/9 44/10
44/14
request [6]   17/24 34/16
46/24 148/3 167/25 168/1
requested [4]   160/9
163/19 163/25 166/25
requesting [1]   163/22
requests [1]   142/17
require [3]   54/6 58/4
121/9
required [7]   49/2 62/12
71/23 77/9 78/9 129/18
139/13
requirement [1]   165/8
requirements [5]   50/4
61/14 62/25 71/7 91/19
requisite [1]   50/3
reread [1]   140/19
research [4]   89/8 89/24
176/1 177/17
researched [3]   142/18
142/18 175/21
researching [1]   6/2
reservations [1]   40/12
reserve [2]   189/18 189/19
resolve [1]   33/18
resources [2]   33/7 95/9
respect [2]   4/17 18/9

**R**   Case 1:08-cv-02054-RMC

respond [1]   69/10
responded [1]   149/22
response [16]   17/23 30/19
 34/15 46/24 49/8 49/22
 54/13 55/9 62/23 117/4
 117/8 117/18 118/3 135/19
 147/25 149/25
responsibility [1]   185/13
responsible [4]   6/11 7/8
 41/13 55/23
rest [1]   114/8
Restaurant [1]   175/2
restaurants [2]   16/5 86/4
result [5]   34/8 62/3
 124/17 125/7 125/12
resulted [1]   20/13
results [1]   17/2
resumed [3]   60/15 127/10
 127/12
resumes [2]   60/17 99/17
retail [6]   39/21 41/13
 107/11 122/2 122/2 122/7
retain [1]   79/14
retained [2]   113/17 126/2
retired [1]   45/1
return [3]   77/17 78/5
 110/5
returned [2]   16/7 43/17
revenue [98]   4/10 7/14
 7/18 7/19 7/19 7/21 7/22
 7/23 7/24 8/2 10/23 11/2
 12/8 12/9 12/10 12/16
 12/19 13/14 13/17 14/4
 14/24 16/11 16/14 16/16
 16/18 17/5 17/9 17/17
 18/6 18/10 21/10 21/14
 21/17 21/22 33/8 58/11
 64/25 65/6 65/9 75/23
 76/4 77/6 77/7 77/18
 77/20 78/1 78/2 78/3
 78/18 80/9 80/14 81/17
 81/18 83/17 84/14 84/17
 84/19 91/4 95/10 96/14
 98/19 108/3 113/10 113/12
 114/9 124/13 141/24
 145/17 146/7 147/20
 149/13 150/20 151/2 152/4
 152/7 152/16 152/19
 152/23 155/5 155/15 156/1
 156/10 156/24 156/25
 157/14 158/6 158/15
 159/19 160/1 164/19
 164/20 167/9 178/15 179/5
 180/12 189/9 190/13 191/2
revenues [11]   10/17 10/19
 10/21 10/22 11/6 11/10
 12/7 16/24 18/9 23/2
 126/14
review [2]   16/10 94/2
reviewed [3]   7/25 7/25
 92/1
reviewing [2]   96/10
 184/21
RFP [21]   35/17 35/18
 45/20 48/23 49/2 49/8
 49/23 50/4 50/18 50/23
 51/17 54/13 57/21 59/14
 68/24 69/5 69/10 130/21
 135/19 147/25 153/19

right [126]   3/7 5/15 9/9
 9/10 11/21 12/5 14/9 14/14
 22/2 22/15 25/19 25/22
 26/23 27/1 27/14 27/18
 28/5 30/2 30/3 30/9 37/1
 37/13 37/15 37/22 38/4
 38/7 41/6 49/21 49/23
 51/12 52/21 53/3 53/8
 53/9 54/18 55/3 58/5
 59/21 60/9 60/10 60/25
 60/25 61/7 62/19 65/4
 68/18 69/7 70/6 73/10
 73/14 73/20 73/22 74/8
 75/17 75/24 76/5 77/8
 78/17 79/3 80/10 80/21
 81/7 81/8 81/22 82/4
 84/15 85/2 90/8 90/25
 93/4 95/24 95/25 97/20
 99/6 101/11 102/5 103/14
 103/16 103/22 103/25
 104/4 105/14 105/18
 105/18 105/20 106/21
 110/14 112/6 115/8 118/23
 120/2 122/9 122/13 124/15
 125/18 125/22 126/17
 126/19 127/4 127/25
 129/16 132/5 134/14
 141/20 141/25 142/4
 145/21 150/23 153/6 154/1
 157/15 159/6 160/19 169/6
 169/8 169/9 170/7 170/8
 172/10 174/19 174/24
 175/12 186/6 188/9 189/19
 190/19 191/22
rise [1]   176/5
risk [2]   70/8 164/18
RMCP [2]   130/17 157/11
road [1]   59/1
Rockies [1]   40/2
role [4]   44/24 45/6 45/15
 45/21
roles [2]   44/5 45/4
rolled [1]   112/13
room [10]   3/5 58/25 61/25
 88/23 89/21 150/20 153/3
 153/3 154/12 176/17
rooms [5]   33/15 87/25
 89/16 141/14 142/21
ROSEMARY [1]   1/10
Ross [6]   22/13 92/23
 92/25 93/2 93/4 93/21
Ross' [1]   94/3
roughly [7]   4/19 4/23
 18/19 23/22 50/25 97/18
 190/3
round [3]   9/24 12/12
 88/12
routinely [1]   119/18
Royal [33]   12/22 25/9
 30/14 30/15 31/3 63/2
 63/3 63/5 66/8 68/21
 68/22 68/23 69/4 69/9
 69/10 69/11 69/12 69/17
 71/10 128/24 129/9 144/24
 145/3 146/20 147/16
 147/23 148/2 148/15
 148/18 156/24 173/6 173/9
 178/23
RP [2]   47/4 47/5
RPR [2]   1/20 195/12
rule [5]   171/10 172/7

 172/11 172/14 181/10
 182/24 163/3
rules [1]   163/5
run [2]   162/4 162/5
rushing [1]   35/14

**S**

safe [1]   120/20
said [34]   7/6 9/5 16/3
 29/22 40/6 40/16 41/7
 43/17 59/25 69/1 69/18
 70/25 89/25 92/14 100/5
 120/17 128/12 136/18
 136/18 137/10 137/11
 148/23 149/18 152/1
 152/18 157/10 158/11
 160/18 174/20 175/12
 175/23 176/7 182/25 186/8
sailed [1]   4/12
sailing [4]   70/2 70/2
 73/10 74/5
sailings [1]   70/11
salaries [9]   5/17 175/22
 176/2 176/2 176/5 177/17
 178/18 179/1 179/2
salary [5]   30/6 30/11
 89/17 177/9 179/4
sale [5]   18/13 41/22 42/1
 43/11 157/19
Salem [1]   1/15
sales [32]   40/13 40/24
 41/2 41/2 41/3 41/5 41/6
 41/9 41/13 41/14 41/15
 41/16 41/19 42/5 42/7
 42/11 43/20 70/9 78/8
 84/18 84/18 132/2 148/19
 149/1 155/7 155/10 155/13
 155/14 155/18 157/21
 161/14 174/7
salon [1]   88/20
same [19]   6/17 16/21
 18/25 21/14 23/10 26/17
 27/2 27/16 66/5 85/6
 95/12 105/16 105/18
 105/23 149/5 149/9 174/5
 191/9 192/7
San [9]   4/12 9/3 73/4
 73/4 102/15 102/16 106/12
 106/19 109/23
sand [1]   42/21
sandwich [1]   88/23
sat [1]   29/22
saw [3]   89/15 91/21
 105/24
say [48]   5/3 7/22 17/11
 17/24 20/1 25/15 25/18
 35/9 39/24 42/17 44/11
 48/10 50/1 52/21 61/16
 67/11 70/2 70/3 70/13
 71/15 74/21 77/24 87/11
 88/5 88/11 88/25 90/10
 102/1 121/2 128/10 133/6
 135/17 137/12 140/9
 146/11 152/5 154/14
 158/25 159/2 163/13
 166/13 168/22 175/19
 181/8 181/23 184/15
 186/24 192/11
saying [16]   4/7 19/16
 20/11 35/11 35/17 55/1
 59/20 63/22 111/11 116/25
 146/16 146/17 160/2 166/6

saying... [2]   168/12
 184/5
says [26]   30/1 54/9 55/18
 56/10 59/10 59/10 62/13
 75/22 80/7 105/15 117/8
 117/13 118/6 121/7 136/9
 139/3 144/13 145/17
 145/20 146/1 147/11
 150/19 165/11 165/15
 165/19 169/22
scales [1]   179/18
scary [1]   192/5
scenario [1]   83/1
schedule [1]   175/15
schedules [1]   173/24
scope [1]   132/10
SCOTT [3]   1/16 2/7 93/3
screen [1]   128/15
sea [1]   86/3
search [1]   71/16
Seattle [3]   38/25 117/1
 189/4
second [17]   3/18 4/9 7/13
 11/2 15/8 15/17 18/8 23/8
 49/11 93/7 121/3 129/5
 140/8 145/6 147/25 148/3
 150/19
section [12]   2/14 54/23
 75/25 76/1 80/20 80/24
 81/10 81/11 81/14 81/21
 121/3 165/7
secure [5]   33/22 85/12
 135/5 140/10 142/21
secured [7]   61/25 72/15
 107/4 114/11 143/3 143/4
 143/6
securing [1]   59/2
security [30]   14/19 15/5
 15/18 15/23 15/24 15/25
 16/19 16/20 67/25 77/7
 77/18 77/20 77/21 84/5
 86/20 89/3 91/16 171/10
 171/14 172/18 172/21
 173/13 173/14 173/18
 173/21 173/21 174/6
 174/13 174/24 175/6
see [43]   4/16 6/9 6/12
 6/19 7/10 12/1 26/16 28/2
 28/25 52/9 54/23 59/12
 69/4 74/13 90/17 93/6
 93/8 94/20 96/14 97/23
 100/7 101/21 105/7 112/14
 114/10 116/20 121/3
 121/11 128/15 144/16
 145/7 145/18 149/4 149/11
 150/21 155/4 155/16
 169/21 177/9 180/1 181/1
 183/22 183/24
seeing [2]   86/5 86/16
seeking [3]   13/4 23/7
 34/11
seemed [1]   127/20
seems [3]   26/5 55/11
 83/11
seen [8]   3/1 3/12 3/22
 96/5 98/21 126/13 179/7
 179/21
select [1]   36/4
sell [8]   41/22 42/9 70/5

selling [5]   84/23 95/4
 95/11 95/12 106/22
send [3]   181/3 181/24
 182/5
sending [1]   68/21
sent [4]   19/5 184/12
 184/15 184/22
sentence [8]   56/10 74/13
 77/24 121/6 122/9 148/18
 148/25 148/25
separate [2]   170/19 175/5
separately [1]   143/16
September [10]   11/7 25/10
 35/3 35/4 35/13 43/22
 44/2 163/22 165/4 166/3
sergeant [2]   177/22
 178/16
sergeants [3]   177/21
 177/22 178/16
series [4]   41/14 84/5
 84/11 121/22
serve [1]   172/8
serves [1]   114/4
service [10]   32/2 87/22
 87/23 113/18 113/19 132/4
 168/8 168/13 168/15
 168/16
services [18]   32/2 39/19
 48/11 50/18 55/4 59/16
 69/9 87/21 96/9 96/11
 111/2 113/12 157/17
 163/17 166/23 167/1 168/3
 185/13
serving [2]   89/9 97/20
SESSION [1]   99/11
Sessions [18]   26/1 26/5
 26/12 26/12 27/8 27/12
 27/20 28/4 28/11 28/20
 29/3 29/15 30/1 30/3
 139/11 139/19 140/14
 140/25
set [5]   19/1 46/11 117/2
 131/20 165/17
sets [2]   72/24 75/10
settled [1]   7/4
seven [6]   20/25 41/23
 62/17 104/3 145/10 190/1
seventy [3]   110/2 123/15
 128/20
Seventy-five [1]   110/2
seventy-four [1]   123/15
several [4]   33/4 48/11
 90/9 185/3
severed [1]   136/16
severing [1]   136/10
shall [9]   55/4 77/17 78/4
 78/19 81/18 81/20 81/25
 82/1 170/2
shapes [1]   16/6
share [9]   18/22 114/11
 121/18 166/5 180/17
 180/20 181/4 181/6 182/1
shared [4]   90/13 90/19
 175/23 181/11
sharing [1]   19/7
shaw [3]   147/6 147/23
 148/15
she [31]   21/5 34/1 45/17
 58/21 107/1 107/3 113/20

70/12 106/16 107/7 111/13
 184/9
113/23 113/25 114/1 114/8
 114/13 118/13 118/13
 134/4 165/7 165/11 165/11
 165/12 180/18 181/7 182/7
 185/2 185/2 185/14 187/13
 187/13 188/1 191/2 192/3
 192/4
she's [4]   3/23 3/23 39/9
 192/5
sheet [5]   53/21 93/6
 144/21 145/6 175/11
sheets [3]   6/22 6/23 7/1
shift [2]   34/13 85/7
shifts [1]   163/11
ship [119]   6/16 8/7 8/8
 9/8 9/9 13/22 14/7 14/24
 15/3 15/7 17/10 17/18
 17/19 19/1 20/4 23/22
 24/4 24/13 32/7 32/21
 32/22 32/25 33/21 34/6
 41/20 41/22 41/25 44/6
 45/8 45/10 45/12 54/10
 64/22 68/21 68/25 69/22
 70/3 70/11 71/10 72/19
 73/2 73/5 73/17 74/3 74/4
 75/12 78/13 78/22 78/23
 78/24 82/8 82/14 82/14
 83/4 84/3 84/4 84/7 84/9
 84/19 84/23 85/10 85/20
 87/15 96/10 96/15 96/17
 96/23 96/24 97/1 97/2
 97/3 97/16 97/16 97/16
 97/20 102/7 102/7 103/19
 105/2 106/5 106/16 107/11
 107/25 108/18 109/3 109/4
 109/9 109/9 110/24 111/13
 111/19 112/21 114/15
 114/17 118/8 132/25 133/1
 141/17 145/17 145/24
 146/12 148/4 155/6 158/18
 162/1 162/8 162/9 162/11
 162/18 162/23 170/14
 172/11 174/18 176/18
 176/19 188/7 189/6 189/7
 190/8
ship's [2]   24/8 105/1
ships [103]   4/19 5/1 5/3
 8/12 8/21 11/19 14/20
 14/21 15/4 15/20 16/1
 17/6 17/18 20/24 21/25
 22/18 23/16 24/13 24/19
 24/21 30/24 32/6 32/8
 32/10 32/12 32/20 33/9
 33/16 33/18 33/25 34/3
 43/6 45/24 46/15 46/19
 47/2 47/12 48/24 48/25
 49/1 49/5 49/9 49/10
 49/11 49/12 49/13 54/12
 58/6 58/13 58/23 59/2
 59/5 62/19 62/24 63/1
 63/12 66/16 66/22 66/24
 66/25 68/6 68/7 68/17
 69/2 69/18 70/14 70/18
 70/19 71/7 72/7 74/25
 74/25 100/22 107/10
 110/11 122/18 130/17
 131/8 132/21 132/22
 133/16 141/19 142/18
 143/1 143/2 143/4 143/6
 143/7 143/14 153/21
 155/24 157/1 158/7 160/1

**S**  Case 1:08-cv-02054-RMC  Document 9-23  Filed 02/07/14

123/2 161/4
spt [18] 9/23 39/8 60/6
60/11 99/18 99/20 105/20
115/25 137/17 139/5 143/25
150/16 169/17 178/13
179/8 179/12 181/15
191/16

ships... [9]  165/25
167/15 172/19 174/3
176/10 176/15 178/20
178/20 178/22
ships' [1]  163/16
shirts [1]  161/22
shop [1]  84/18
shore [10]  111/3 112/25
113/3 163/3 163/7 163/8
163/12 170/22 171/18
171/21
short [9]  85/1 86/13
86/14 88/19 88/21 97/23
115/11 157/25 161/19
shortage [1]  33/15
shorter [1]  60/20
shorthand [1]  1/24
shortly [2]  72/2 147/17
should [33]  6/13 13/10
13/12 18/12 21/22 29/4
29/6 34/7 34/12 44/11
68/6 94/10 102/22 122/9
125/13 147/20 149/7
151/19 151/24 152/2
152/11 152/15 159/6
159/15 168/19 168/19
168/22 168/23 183/16
183/19 191/24 191/25
192/1
shove [1]  8/11
show [10]  20/2 20/12
30/22 37/9 85/13 92/6
94/12 98/6 98/9 120/24
showcase [1]  86/8
showcasing [1]  85/21
showed [1]  176/1
showing [2]  6/7 7/6
shows [3]  14/13 15/2 16/8
shuttle [1]  87/8
sick [1]  13/22
side [2]  150/23 192/1
sideways [1]  99/16
sight [2]  86/5 86/16
sign [1]  182/7
signature [5]  18/23 64/14
64/17 139/2 182/2
signed [8]  18/15 19/6
21/7 29/10 51/24 139/7
180/18 181/7
significance [1]  95/6
significant [3]  139/12
139/17 140/11
significantly [3]  23/8
24/16 156/21
signing [3]  52/2 53/18
129/18
silliness [1]  92/15
silly [1]  110/12
similar [6]  31/20 31/21
32/9 132/10 172/14 186/2
simple [2]  143/12 158/13
simply [7]  11/9 15/1 18/6
20/14 25/6 26/22 30/5
simultaneous [1]  33/5
since [10]  11/3 20/1 35/4
39/2 43/15 44/11 70/16
109/24 131/21 132/16
single [8]  8/15 8/16
15/11 15/12 31/17 105/7

60/11 99/18 99/20 105/20
115/25 137/17 139/5 143/25
150/16 169/17 178/13
179/8 179/12 181/15
191/16
sit [4]  127/2 138/14
138/15 138/20
sitting [3]  10/11 10/12
95/25
six [3]  94/11 123/15
145/8
Sixteen [1]  102/10
Sixty [1]  108/18
size [1]  71/8
ski [1]  86/1
skip [1]  3/16
slightly [2]  49/24 135/17
Sloan's [1]  45/6
Sloane [3]  31/1 3/14
30/11 32/25 33/13 44/4
44/8 44/23 70/17 116/2
119/10 124/2 130/4 130/6
130/11 131/15 137/25
137/25 144/25 147/5
147/11 147/19 150/1
Sloane's [3]  138/2 147/8
147/10
Sloanes [1]  144/11
slowly [2]  67/16 81/16
small [5]  17/7 46/12 54/8
101/16 158/15
smaller [2]  167/12 178/24
smokers [5]  60/18 60/19
60/20 60/23 60/23
Snitzer [7]  7/16 12/11
16/8 16/10 16/14 21/13
126/3
Snitzer's [1]  156/7
snow [5]  5/4 5/7 30/22
30/23 30/25
so [205]
so-to-speak [1]  129/8
software [3]  45/8 45/13
109/8
sold [4]  86/21 122/6
141/7 187/12
sole [3]  176/12 176/13
188/9
solid [1]  145/10
solidified [3]  186/15
186/21 187/14
solution [1]  143/15
some [36]  3/1 5/6 6/17
6/22 6/23 8/9 8/23 10/6
23/11 25/23 26/7 28/21
29/4 29/23 48/12 59/12
74/11 75/15 76/8 86/16
90/25 90/25 91/3 91/22
106/3 107/12 115/22 116/6
116/21 116/21 117/19
122/16 127/7 128/9 144/22
160/25
somebody [3]  20/14 26/24
26/25
somehow [1]  63/15
someone [5]  136/23 167/16
167/18 168/3 175/13
something [16]  5/2 28/20
29/1 35/7 37/17 69/21

83/19 86/16 112/5 112/6
119/15 119/17 117/23
127/23 166/20 190/5
sometimes [4]  5/17 133/5
186/19 187/1
somewhere [5]  59/24
134/16 152/3 188/25
190/16
son [1]  39/9
soon [1]  118/7
sorry [32]  5/1 12/5 17/11
18/3 60/4 80/20 81/1
81/22 92/17 95/23 96/13
101/21 101/22 102/4
104/13 108/14 116/17
125/8 134/9 138/21 142/25
143/25 152/23 153/11
159/11 159/15 170/15
170/17 182/24 183/3 191/1
191/12
sort [5]  8/12 22/7 35/21
53/6 70/24
sorts [2]  66/5 84/18
sought [2]  44/4 63/24
sound [1]  133/5
sounds [9]  20/14 88/22
89/1 141/20 163/24 170/7
170/8 172/10 190/19
sources [2]  12/8 155/5
south [2]  1/15 74/1
Southern [1]  21/2
spa [8]  15/5 85/16 88/20
157/23 160/17 160/18
160/21 161/9
space [10]  31/1 31/4
33/12 33/22 107/7 141/11
142/19 143/13 176/18
178/5
spas [1]  113/1
speak [3]  106/21 129/8
149/24
speaking [3]  12/12 108/5
116/5
special [11]  42/20 46/18
46/19 46/20 85/16 112/24
113/2 115/7 175/6 175/9
175/18
specialist [1]  180/8
specialists [1]  32/2
specialties [1]  85/16
specialty [1]  85/8
specific [3]  32/5 71/7
113/21
specifically [9]  8/5 8/15
46/19 120/17 121/23
130/21 145/25 146/17
153/19
specify [1]  168/19
speculation [1]  15/19
speculative [4]  11/3
14/14 18/11 20/13
speed [2]  99/22 100/1
spend [20]  13/2 15/18
16/9 42/25 91/8 91/22
95/24 98/24 113/9 114/24
115/1 115/12 148/20 149/2
149/18 157/10 161/6 162/1
176/10 176/15
spending [2]  16/17 162/22
spends [1]  91/1
spent [6]  7/17 16/19

spent... [4]   16/20 30/23
  83/13 123/25
spin [3]   88/3 91/3 91/7
split [1]   131/15
spoke [1]   106/25
sponsor [1]   165/16
spread [3]   53/21 144/20
  145/6
Stacey [1]   147/23
stack [3]   6/6 144/9
  168/24
stacked [1]   49/20
staff [3]   177/21 177/22
  178/16
stake [1]   28/17
stamp [1]   81/5
stamped [1]   101/22
Stan [23]   2/5 3/7 3/19
  5/23 6/14 7/11 47/23
  47/24 47/25 48/3 48/6
  49/6 50/16 50/16 79/15
  79/15 79/17 79/18 79/18
  87/3 87/3 87/11 124/2
Stan's [1]   47/24
stand [6]   60/17 81/1
  99/17 127/12 165/24
  191/16
standard [1]   59/17 122/2
  122/7
STANLEY [1]   1/13
Starbucks [1]   117/19
start [17]   2/25 10/6
  10/21 39/11 48/1 59/5
  70/21 75/18 88/17 91/5
  103/8 104/17 134/8 179/24
  186/14 190/4 190/7
started [3]   35/12 106/14
  133/20
starting [13]   12/7 54/2
  67/18 73/7 75/22 89/16
  102/18 103/23 105/3 105/5
  176/2 176/5 177/9
starts [4]   81/10 180/3
  188/18 188/20
state [4]   87/25 89/16
  89/21 176/17
stated [4]   33/10 50/4
  156/9 195/6
statement [11]   2/18 3/25
  10/14 37/22 68/5 107/12
  118/6 120/25 123/18 193/9
  193/10
statements [1]   59/17
Statendam [22]   9/2 9/6
  9/7 9/9 9/11 65/14 72/15
  72/19 94/8 94/21 96/18
  96/22 98/3 103/12 104/2
  106/7 106/9 106/11 109/25
  145/25 169/14 178/24
states [6]   1/1 1/11 1/21
  135/13 154/20 195/4
statistics [2]   177/24
  178/1
stay [3]   110/9 173/24
  174/3
stayed [2]   21/25 189/7
staying [2]   172/19 178/19
steak [1]   15/24
stellar [1]   132/8

stemmed [1]   33/11
stenographic [1]   195/4
step [3]   45/1 177/9
  177/12
stepping [1]   35/16
steps [2]   31/15 31/17
stern [1]   97/12
stevedoring [5]   24/18
  24/19 24/20 48/14 48/15
steward [1]   114/4
stick [1]   155/10
sticker [1]   183/16
still [6]   20/21 20/22
  39/22 77/21 118/11 157/2
stints [1]   172/5
stop [13]   9/4 13/22 63/10
  76/5 77/8 84/15 90/8 99/3
  99/5 110/22 188/20 188/25
  189/3
stopping [1]   99/4
stops [6]   12/2 21/4 21/6
  188/12 188/15 188/18
storage [3]   131/22 131/24
  131/25
store [4]   95/13 155/1
  155/7 155/10
stores [1]   162/10
stories [1]   165/22
straight [1]   99/16
strategies [1]   41/2
strategy [1]   135/11
STRAUCH [8]   1/13 1/14 2/5
  3/25 15/10 31/7 35/24
  193/9
streams [6]   34/12 83/7
  84/17 84/19 84/21 160/1
Street [2]   1/15 1/19
strength [1]   63/20
stressed [1]   90/21
stretch [1]   126/25
strict [2]   91/20 172/7
strike [1]   56/24
strong [1]   90/21
stronger [1]   90/23
strongly [1]   152/12
structured [1]   76/1
stuff [2]   5/6 180/23
style [2]   85/4 90/16
stylists [1]   85/18
stymied [1]   20/6
sub [4]   107/9 108/6
  110/21 112/10
sub-charter [3]   108/6
  110/21 112/10
sub-chartering [1]   107/9
subject [5]   11/9 165/5
  191/7 191/8 191/9
submission [3]   35/2
  134/19 135/19
submit [12]   8/10 20/10
  24/15 25/4 28/10 29/11
  48/21 133/15 135/16 137/1
  138/6 140/15
submitted [15]   8/24 20/19
  22/13 33/2 49/20 50/25
  84/16 130/22 139/14 140/5
  140/13 144/23 145/1 145/3
  147/16
submitting [2]   63/11
  130/25
substantial [1]   140/18

substitute [1]   17/3
substituted [1]   157/3
subtracted [2]   29/1 29/2
subtract [1]   28/25
subtracting [2]   129/14
  159/13
succeed [1]   135/8
successful [6]   44/12
  46/18 46/21 69/23 126/12
  132/9
such [9]   20/14 29/21
  31/17 33/15 56/20 84/17
  162/9 170/3 174/2
Sue [7]   3/21 44/5 44/15
  45/16 50/22 119/10 137/24
Sue's [2]   45/15 166/4
suffered [1]   125/12
Suffice [1]   7/22
suggest [1]   176/13
suing [2]   27/23 27/24
suit [1]   85/5
suitable [2]   61/24 71/11
suite [1]   108/21
suites [3]   108/11 112/1
  112/2
sum [2]   110/3 110/5
summarize [1]   56/17
summarizes [1]   116/5
summary [3]   6/22 6/23
  6/25
summer [5]   141/6 142/2
  142/7 144/4 146/19
sums [2]   66/20 92/8
Sunday [2]   106/12 106/13
sundries [7]   84/18 113/1
  161/21 161/21 162/9
  162/20 162/23
Super [4]   32/11 32/19
  46/2 46/5
supplement [1]   65/17
support [2]   19/4 45/1
supported [1]   171/22
supportive [1]   185/4
suppose [4]   35/11 190/6
  190/7 190/8
surcharge [4]   56/1 56/3
  56/20 65/19
sure [32]   2/19 11/13
  17/13 21/6 46/10 47/4
  53/4 57/2 57/16 65/2
  70/20 76/6 84/9 88/11
  96/11 100/2 105/25 109/12
  113/20 120/8 125/18
  130/24 134/18 144/8
  144/25 150/8 151/18
  152/25 153/18 154/13
  164/5 168/11
surrounded [1]   85/12
Susan [2]   130/2 131/15
sway [1]   98/23
swelled [1]   86/22
switch [1]   106/2
SWORN [1]   38/9

T

T-shirts [1]   161/22
T.K [2]   144/14 144/18
Tab [2]   94/5 94/11
table [2]   10/7 10/11
tag [1]   168/19
take [28]   5/17 11/7 12/6
  26/24 29/22 31/14 31/17

**take... [21]** 34/18 34/25
37/9 41/24 57/20 60/4
60/5 70/2 70/14 88/22
91/11 91/12 94/5 101/9
109/24 161/8 161/16 162/5
167/17 167/18 186/19
**taken [2]** 195/5 195/9
**takes [1]** 42/8
**taking [9]** 5/14 23/12
52/12 56/20 91/24 107/9
129/11 170/23 171/5
**talk [15]** 12/3 50/22 51/4
60/8 67/8 75/16 83/6
84/22 100/3 100/3 106/2
114/15 117/7 120/13
126/23
**talked [13]** 8/15 28/11
43/9 85/10 100/11 107/24
108/2 108/4 113/1 115/7
131/12 174/10 178/11
**talking [14]** 42/17 52/6
58/10 77/21 81/10 88/13
88/15 89/20 97/18 100/10
112/9 154/7 154/8 158/10
**target [1]** 43/2
**targeted [1]** 91/12
**targets [1]** 43/3
**task [1]** 173/19
**taxes [4]** 121/3 121/7
121/10 122/6
**team [11]** 32/3 43/6 44/21
44/22 45/22 57/11 85/23
87/5 98/25 132/7 178/11
**telephone [1]** 185/6
**tell [38]** 6/1 6/25 8/22
8/23 39/12 41/10 52/3
52/7 54/6 56/1 58/21
61/13 61/21 64/21 66/15
73/17 75/21 78/13 83/17
88/9 93/14 95/2 96/9 96/9
103/10 103/19 106/25
106/25 109/6 114/14
119/13 120/16 162/16
171/25 177/24 178/3 181/6
184/16
**telling [1]** 63/15
**ten [17]** 12/13 14/12
41/23 60/5 122/3 122/4
134/19 134/21 137/4 137/8
138/6 140/13 140/14 166/7
182/22 182/25 183/9
**tend [1]** 60/20
**tended [1]** 42/14
**term [10]** 4/6 8/11 47/6
50/11 86/13 86/17 90/8
105/16 121/13 121/14
**terminal [1]** 84/7
**terminated [11]** 12/24
18/18 18/20 19/14 20/7
31/23 72/10 143/10 147/22
182/13 182/14
**terms [24]** 19/3 44/20
45/3 49/15 49/19 56/24
59/17 66/22 76/16 83/12
89/23 107/23 108/15
108/15 116/10 123/21
124/5 124/9 151/7 151/9
185/19 185/23 186/1 186/5
**testified [20]** 13/11

15/21 20/20 21/1 21/5
33/13 33/23 34/16 116/10
117/24 117/25 124/7
140/17 142/13 152/2 158/9
169/12 175/21 176/1
190/23
**testify [2]** 13/15 158/11
**testimony [11]** 8/17 20/18
21/8 37/14 38/17 60/8
92/15 100/20 124/1 126/24
139/16 139/18 140/24
152/14 156/20 166/17
168/10 185/16 192/8
**text [1]** 184/3
**than [42]** 12/13 15/3
15/19 16/13 21/12 23/6
23/9 23/14 24/22 26/3
32/7 34/21 49/24 49/24
58/15 63/6 65/3 69/12
75/6 78/4 78/9 78/13
78/20 85/7 99/16 108/17
115/3 122/8 124/24 126/8
130/10 131/4 135/18
142/14 156/21 161/1 161/9
162/3 170/9 171/22 172/12
191/10
**thank [69]** 2/20 2/24 8/25
9/25 10/1 10/5 14/10
17/16 22/23 24/6 32/23
34/24 37/10 37/11 37/12
48/16 50/7 51/7 53/9
55/22 60/3 60/7 60/11
64/3 64/6 65/10 65/20
66/3 68/15 71/18 85/2
92/12 92/21 93/23 93/25
94/17 99/7 99/21 101/6
104/12 105/20 108/24
112/15 116/17 119/3
123/24 124/23 126/17
126/19 127/6 127/14
129/20 134/11 136/20
139/9 141/4 143/24 167/20
177/3 183/4 183/18 185/9
188/22 189/5 191/16
191/19 192/12 192/13
192/15
**that [945]**
**that's [186]** 2/19 3/23
5/11 5/11 5/20 6/7 8/14
9/7 12/1 14/10 22/15
22/25 26/6 26/7 26/14
28/19 31/5 31/16 36/9
36/22 37/23 37/25 38/21
42/3 43/24 43/25 44/17
49/14 50/19 52/16 53/3
53/20 54/15 55/2 55/3
55/7 55/22 56/10 56/12
56/23 59/20 59/22 59/23
62/5 62/8 63/18 64/18
65/6 65/8 65/15 67/20
68/19 70/17 71/1 71/22
72/9 72/17 72/21 73/16
74/10 74/18 75/2 75/14
76/19 76/22 76/25 77/11
77/15 77/21 77/23 78/12
78/25 79/3 79/7 80/18
81/6 81/6 82/7 82/12
82/21 82/23 83/5 88/2
88/16 89/7 90/20 95/20
96/8 97/17 98/7 99/4
101/17 102/3 102/5 110/4

110/6 110/23 111/15 112/4
116/1 116/18 116/24 117/4
118/22 123/9 123/10
123/11 123/12 123/24
123/24 124/18 125/23
128/12 128/23 129/2
129/24 130/1 130/3 130/5
130/9 130/12 131/2 131/6
131/9 131/20 132/5 132/14
132/20 133/13 134/8 135/7
137/10 137/19 138/3
138/19 139/2 140/12
140/16 141/13 144/5
146/22 147/7 147/15 148/1
148/13 150/8 153/9 153/13
153/14 155/3 155/13
155/21 157/13 157/16
158/8 158/14 158/14 161/5
165/10 165/19 166/15
166/24 168/17 169/22
170/5 170/21 171/13
171/19 173/15 173/17
173/23 176/16 176/4
180/10 180/16 180/20
180/21 184/1 184/7 188/11
189/8 189/24 190/6 190/7
190/7 190/22
**their [51]** 6/7 7/6 13/6
13/7 26/9 26/14 26/22
27/2 31/1 31/10 39/8 42/8
42/8 43/5 47/8 47/8 47/13
50/23 55/9 58/25 62/1
62/1 70/10 70/11 84/12
85/6 85/24 85/24 87/25
90/19 121/24 121/25
142/20 156/22 159/12
162/13 162/15 162/17
162/18 162/20 162/21
163/9 167/16 168/10
171/23 173/24 174/3
174/17 175/14 178/7 192/2
**them [51]** 3/1 29/8 31/22
46/17 46/19 46/20 46/21
46/21 54/14 65/7 69/10
69/12 69/19 69/21 70/14
71/12 80/17 83/23 84/10
84/12 85/9 85/9 85/20
98/22 101/10 102/1 111/25
118/9 120/1 120/17 120/19
125/21 127/3 128/1 142/19
143/17 143/18 149/23
153/25 161/3 161/16
165/21 171/1 174/21
176/19 178/6 178/9 191/25
192/2 192/3 192/4
**theme [6]** 42/20 85/8
85/14 112/21 112/23 185/4
**themselves [5]** 5/10 14/18
15/21 72/12 131/25
**then [72]** 3/11 3/16 3/19
4/23 9/1 14/20 15/11
19/16 26/14 28/22 29/8
29/10 29/17 29/24 30/1
35/8 36/6 37/21 40/12
40/24 41/3 41/8 41/24
43/3 43/21 46/6 46/9
47/12 51/6 51/8 53/24
58/14 69/1 70/21 73/11
73/12 75/24 78/4 78/15
78/19 83/3 84/25 85/21
88/21 89/17 92/11 95/22

then... [25]   106/12 108/2
 108/20 108/20 109/16
 110/5 111/16 112/24 113/2
 113/3 114/20 117/1 121/24
 124/13 129/17 135/17
 138/19 149/1 153/20
 165/23 172/6 186/14
 187/24 188/19 191/11
theory [2]   6/7 26/10
there [164]   3/18 5/18
 5/19 5/20 6/9 6/10 6/12
 6/13 7/3 7/5 8/6 8/19
 9/16 13/12 18/14 19/12
 19/13 19/19 19/21 19/22
 19/22 20/3 20/7 20/12
 21/1 21/6 22/1 22/4 25/20
 25/23 33/13 33/14 33/16
 34/14 35/13 39/1 40/2
 40/24 43/21 44/20 44/21
 46/6 47/12 47/16 47/20
 48/2 49/6 49/23 52/7
 52/21 55/10 57/8 57/21
 57/25 58/13 58/23 59/19
 59/24 60/23 61/23 63/10
 67/12 68/4 70/20 72/10
 74/3 74/15 76/5 77/8
 80/11 84/15 85/16 86/10
 86/15 86/21 87/19 87/20
 90/8 90/14 91/18 93/4
 93/22 95/6 96/3 96/12
 98/3 98/4 98/5 99/15
 102/21 103/1 103/4 103/7
 103/18 104/8 104/10
 104/11 104/15 105/12
 105/13 106/15 107/12
 107/14 107/15 107/17
 107/18 108/15 108/16
 108/17 110/17 111/10
 111/16 112/21 112/22
 112/23 113/11 118/11
 127/4 128/16 130/10 132/3
 142/17 142/17 145/7
 145/10 145/16 149/23
 153/6 153/12 154/4 155/4
 160/20 164/10 165/7 169/9
 169/9 169/17 170/11
 170/13 170/19 170/22
 171/10 171/16 171/17
 171/20 174/10 177/21
 177/22 178/7 182/20 184/4
 184/4 185/12 185/19
 185/20 185/23 185/24
 185/25 186/1 186/5 188/12
 188/15 189/7 191/1
there's [35]   3/21 4/3
 4/20 6/5 6/22 11/5 11/9
 19/4 19/16 19/23 28/21
 42/6 52/20 52/23 53/5
 61/6 74/11 81/11 84/4
 91/22 92/3 92/9 94/20
 95/4 106/3 108/21 116/20
 116/21 117/8 117/17 118/6
 123/19 150/23 155/13
 185/1
therefore [5]   21/21 57/15
 113/16 113/19 143/15
these [81]   10/22 12/14
 16/2 32/9 33/9 34/9 46/12
 48/12 49/16 54/4 58/13

became... [94]  67/5 67/11
 68/7 68/8 68/11 69/2
 69/18 70/14 71/23 74/22
 75/8 76/13 83/2 83/25
 85/18 86/5 86/14 86/20
 88/4 88/16 89/3 89/9
 89/15 90/2 90/25 90/25
 91/6 91/14 97/3 98/21
 98/22 98/24 101/11 101/13
 101/14 101/16 106/22
 106/22 106/22 107/4 110/8
 112/12 114/13 114/17
 120/1 121/10 122/2 127/7
 144/22 144/23 145/1 145/2
 146/9 146/11 146/11
 153/18 153/22 154/1 154/3
 154/3 162/2 162/6 162/8
 164/13 164/15 167/15
 170/21 191/24
they [166]   5/13 7/12 8/13
 9/17 10/21 14/2 14/7 15/7
 16/7 20/1 20/15 21/4 22/4
 22/4 22/4 22/5 22/10
 26/11 26/12 26/13 26/14
 26/21 26/22 26/24 26/25
 27/3 27/8 27/17 27/19
 28/19 29/13 29/17 29/19
 29/23 30/1 32/5 32/7
 32/13 32/20 32/22 35/2
 35/13 35/14 37/24 41/24
 42/9 42/9 45/11 46/13
 47/6 47/7 48/7 49/1 49/4
 50/4 50/5 53/8 56/15 57/5
 58/7 58/7 58/24 59/2 59/5
 59/5 61/24 61/25 62/1
 62/22 63/22 66/17 68/11
 69/6 69/13 69/13 69/14
 70/4 70/7 70/9 70/10
 70/16 73/10 79/6 79/9
 79/13 80/17 83/23 84/1
 84/1 84/10 84/21 85/19
 86/21 87/17 87/18 87/24
 89/11 89/17 90/15 91/6
 91/19 91/23 92/14 95/9
 95/9 98/9 106/10 111/8
 120/20 120/22 136/10
 154/12 155/19 157/6 161/2
 161/7 162/10 162/10
 162/11 162/12 162/13
 162/15 162/17 162/18
 162/19 162/22 165/8
 165/16 165/20 168/5
 171/11 171/15 171/22
 171/22 171/25 171/25
 173/18 173/24 174/3 174/4
 174/14 174/14 174/15
 174/18 174/18 174/21
 174/25 175/16 175/23
 176/5 176/11 176/11
 176/13 178/7 178/8 178/9
 186/12 186/14 186/14
 189/18 189/20 189/22
 189/25 190/2 190/4 190/4
they'll [2]   26/11 41/20
they're [13]   13/21 29/3
 31/10 47/8 61/5 89/6
 90/14 115/12 126/9 164/15
 168/24 190/6 190/7
they've [1]   115/11
thing [10]   29/10 70/4
 87/11 95/3 95/13 105/16

105/18 114/7 115/10
 129/25
things [18]   5/5 5/8 6/18
 12/3 20/21 35/12 35/19
 40/17 42/22 42/22 84/18
 86/20 113/1 113/11 160/25
 161/22 162/6 191/13
think [59]   4/1 4/6 8/3
 8/10 8/13 10/7 11/25
 13/12 15/14 19/18 19/23
 19/25 20/9 26/18 35/2
 35/15 35/20 36/1 36/3
 36/6 36/7 36/7 40/16
 51/10 51/15 65/3 65/3
 84/15 84/16 89/1 89/25
 111/21 115/4 117/22
 118/22 121/2 125/17
 131/12 138/16 140/21
 143/20 151/7 151/9 151/21
 153/20 154/25 156/23
 157/10 157/14 164/15
 168/7 172/2 175/21 176/1
 176/7 183/6 183/8 190/15
 192/1
thinking [4]   26/4 28/5
 28/6 28/6
third [16]   4/11 11/5 11/9
 16/18 23/11 27/3 93/7
 104/17 131/18 138/4
 144/11 148/18 148/23
 148/24 148/25 169/19
thirds [1]   145/15
Thirteen [2]   123/13
 123/14
thirty [3]   62/18 72/6
 159/8
thirty-two [2]   62/18
 159/8
this [262]
Thomas [1]   39/9
those [86]   5/5 6/1 12/2
 14/6 15/4 19/3 21/4 23/12
 33/25 35/18 37/21 38/1
 38/1 43/3 46/4 46/7 46/11
 47/1 49/5 50/6 50/11
 50/14 53/25 54/5 55/13
 55/23 55/23 55/24 56/19
 58/12 62/6 63/1 66/20
 69/20 70/18 70/19 71/7
 74/19 84/18 84/19 87/16
 87/17 87/19 88/17 89/14
 91/25 92/4 92/9 96/20
 97/15 98/5 98/23 107/13
 108/4 124/11 124/13
 124/15 125/11 125/15
 132/21 138/7 138/20
 141/14 141/16 141/23
 143/3 143/7 143/9 143/12
 143/13 144/6 145/13 155/4
 160/4 160/25 161/22
 163/12 172/25 175/13
 175/14 176/5 176/8 177/24
 178/1 188/21 189/15
though [1]   140/10
thought [11]   9/23 23/18
 43/17 48/25 88/3 126/23
 142/25 143/22 151/24
 159/12 170/13
thousand [12]   22/7 25/12
 25/16 25/18 62/17 89/18
 102/10 103/15 114/19

**T** | Case 1:08-cv-02054-RMC | Document 157-12 Filed 12/07/14 | Page 231 of 233

thousand... [3]   123/15
 124/23 141/15
three [52]   4/3 17/6 17/18
 21/1 21/25 22/18 23/4
 23/16 24/13 33/25 34/4
 44/15 44/20 49/6 49/12
 49/13 54/4 66/22 66/24
 66/25 68/17 68/17 80/8
 81/11 89/17 96/19 96/20
 101/8 107/24 108/9 110/17
 123/19 125/11 131/15
 133/14 138/5 142/14
 142/14 143/6 143/7 147/12
 156/1 158/6 165/25 170/11
 170/16 183/19 184/3
 188/12 188/15 188/18
 188/21
three-fourths [1]   147/12
threw [1]   91/1
through [23]   14/22 29/14
 40/1 40/2 48/9 55/18 56/4
 56/7 56/20 64/17 65/18
 73/9 73/11 80/3 86/9
 93/10 94/7 100/7 107/16
 119/24 126/14 144/13
 164/13
throughout [2]   31/1
 146/19
throwing [1]   175/10
throws [1]   20/14
Thursday [3]   28/12 117/2
 117/10
thus [2]   34/11 71/12
tickets [4]   11/4 171/11
 171/16 187/23
ties [2]   136/10 136/17
time [57]   11/16 11/23
 12/4 17/24 28/7 40/3
 40/10 40/14 41/25 43/10
 45/1 51/3 51/5 52/2 53/21
 58/6 58/7 59/5 59/5 72/2
 72/5 72/7 73/6 83/25
 88/16 92/3 94/21 96/18
 106/14 106/14 108/7
 109/18 109/19 109/20
 109/24 110/9 115/11
 115/11 115/23 121/20
 126/18 126/25 132/5 134/4
 134/5 135/14 135/19
 138/20 142/5 158/6 166/2
 170/23 174/17 175/14
 178/4 178/7 195/5
times [21]   18/5 28/4
 42/18 48/11 62/14 62/18
 90/9 101/23 110/1 117/19
 146/1 146/4 150/20 153/20
 153/21 156/4 171/6 179/25
 185/3 190/17 190/18
tips [1]   65/12
tired [1]   121/20
title [3]   40/11 40/15
 119/15
to chapter [1]   17/23
today [12]   10/4 16/22
 29/20 39/9 58/10 109/8
 152/10 153/17 164/13
 166/17 181/24 185/16
together [18]   27/25 31/24
 35/25 49/1 58/9 67/4

told [16]   12/25 13/9
 18/20 25/9 50/2 89/16
 134/23 135/2 137/11
 149/24 151/19 151/23
 160/11 172/23 173/1 178/8
 too [12]   20/11 53/1 57/19
 59/1 90/21 138/14 165/15
 166/6 166/8 166/13 166/13
 166/18
took [5]   8/11 14/16 120/4
 127/22 162/10
toothbrush [1]   161/21
top [13]   11/24 15/13 97/6
 97/8 111/14 112/5 115/23
 137/19 163/15 169/9 180/1
 182/8 183/22
topic [1]   83/6
topics [1]   106/2
total [15]   9/20 21/24
 22/2 23/23 23/24 43/14
 52/3 54/5 64/21 64/25
 66/15 66/20 67/3 67/3
 67/4 76/8 76/8 76/16
 78/22 113/8 124/16 125/2
 125/6 125/11 128/11
 145/13 150/23 153/8
 153/12 154/9 155/17
 155/25 158/6 170/6 188/15
touch [1]   113/13
touched [1]   30/22
toured [1]   97/1
tourists [1]   174/22
tours [5]   40/1 40/17 86/1
 86/5 86/15
toward [1]   79/17
towels [1]   16/6
town [1]   86/12
TOWNSEND [4]   1/17 2/8
 10/8 10/12
Tracey [15]   3/18 5/21
 7/14 12/12 12/25 15/21
 38/5 38/9 38/15 117/9
 137/22 139/3 144/13 184/5
 193/4
Tracey4721 [1]   115/24
track [1]   45/13
training [1]   91/20
transacted [1]   139/18
transcript [7]   1/10 1/24
 8/23 9/15 191/3 191/4
 195/3
transcription [1]   1/25
transcripts [1]   8/24
transfers [1]   87/6
transportation [6]   15/25
 21/3 86/16 87/4 87/5
 174/15
trapped [1]   14/7
travel [20]   3/23 7/21
 9/13 18/17 21/3 32/5
 33/23 39/18 39/25 111/9
 116/2 133/24 180/18
 182/12 182/19 183/23
 185/10 187/15 188/9
 189/12
Travel's [1]   189/16
treatment [3]   160/17

treatments [1]   15/5 88/20
 88/21 157/23 161/9
trees [1]   42/23
tremendous [7]   50/17
 58/23 70/8 89/1 126/14
 126/15 155/5
trial [7]   1/10 18/5 23/7
 36/25 191/13 192/3 192/16
trip [1]   189/6
trips [1]   86/1
troops [3]   58/25 59/3
 62/1
trouble [2]   120/18 192/5
true [5]   28/19 33/6 187/9
 190/22 195/2
try [3]   57/16 159/16
 159/16
trying [20]   12/18 12/22
 20/21 20/22 36/8 42/4
 42/5 51/3 117/4 117/11
 121/20 122/1 122/8 122/25
 128/9 152/5 152/8 152/17
 158/13 168/7
Tuesday [1]   117/1
turkey [1]   88/23
turn [30]   23/12 56/25
 67/15 70/14 72/22 77/12
 80/3 80/19 81/10 94/7
 95/17 102/11 102/20
 103/16 103/25 104/25
 105/7 107/10 116/14 136/8
 138/24 140/8 145/6 148/17
 150/18 169/16 183/15
 183/18 184/19 192/3
turned [2]   122/5 190/8
turning [1]   168/18
turns [1]   41/24
Twelve [1]   159/5
Twenty [7]   39/5 97/22
 108/22 108/23 159/7 159/8
 159/9
Twenty-eight [1]   39/5
Twenty-two [3]   159/7
 159/8 159/9
twice [1]   175/16
twisted [1]   16/6
two [68]   7/3 7/5 10/22
 12/7 18/19 19/12 30/23
 34/3 34/3 39/7 46/1 48/25
 49/1 49/5 49/9 49/9 49/10
 49/11 50/3 53/18 53/24
 62/18 66/16 66/24 68/25
 69/20 80/16 80/17 88/17
 89/15 99/6 100/4 102/10
 103/25 105/22 112/19
 114/19 118/8 124/14
 124/22 124/23 138/5 143/4
 144/10 145/13 145/15
 152/25 153/21 158/15
 159/7 159/8 159/8 159/9
 160/13 160/14 160/15
 163/8 168/22 172/5 176/17
 177/12 178/5 178/22 180/8
 182/16 186/7 187/13
 188/18
two-thirds [1]   145/15
type [8]   2/18 7/2 16/4
 48/21 82/25 83/25 85/1
 152/7
typical [6]   16/15 174/2

**typical... [4]** 186/3
186/3 186/10 186/12

**U**

**U.S [6]** 13/2 75/23 80/13
121/9 151/5 170/2
**Uh [8]** 90/1 139/21 160/22
163/2 172/13 184/2 184/10
188/24
**Uh-hmm [7]** 90/1 139/21
160/22 172/13 184/2
184/10 188/24
**Uh-hum [1]** 163/2
**ultimately [2]** 49/13
140/10
**unalienable [1]** 155/21
**unclear [1]** 111/21
**uncorks [1]** 114/4
**undated [2]** 117/8 184/5
**under [49]** 4/5 6/10 8/3
8/4 8/10 8/14 8/20 16/20
17/1 18/21 21/7 23/9
46/17 50/5 54/9 54/23
57/10 57/10 62/4 65/19
66/16 67/11 67/20 68/8
71/23 75/25 80/19 80/24
81/10 81/11 83/2 90/1
92/4 98/16 121/2 122/18
129/7 140/9 143/17 143/21
150/19 150/19 165/7 168/8
180/3 180/14 181/25
183/23 185/13
**underestimated [1]** 25/5
**underestimates [1]** 24/16
**underlying [8]** 20/7 54/12
114/15 122/20 123/5
123/17 123/20 125/6
**undermining [1]** 47/8
**underneath [1]** 145/20
**understand [23]** 15/10
17/20 19/10 27/18 34/25
35/9 47/20 50/10 86/14
90/9 108/4 112/4 128/9
140/24 140/24 140/25
144/11 144/13 154/18
168/11 191/14 191/20
191/22
**understanding [8]** 7/23
49/22 49/25 67/22 94/23
173/23 178/22 189/24
**understands [1]** 84/17
**understated [1]** 10/19
**understates [1]** 23/3
**understood [11]** 36/15
39/21 52/24 128/10 136/20
141/3 145/5 161/10 178/5
183/12 192/12
**undertake [1]** 29/13
**undoubtedly [1]** 15/15
**unfortunately [1]** 71/11
**unique [3]** 45/8 109/8
163/8
**unit [2]** 67/25 91/16
**UNITED [4]** 1/1 1/11 1/21
195/4
**University [1]** 39/14
**unless [3]** 53/5 61/6
86/23
**unlimited [3]** 163/19

**unlocked [1]** 159/12
**unnecessarily [1]** 95/25
**unnecessary [1]** 6/18
**unquestionably [1]** 6/11
**unquote [8]** 13/13 18/16
18/23 20/21 25/12 33/14
140/18 148/21
**unrealistic [1]** 136/12
**unrelated [1]** 142/23
**until [14]** 53/5 58/7
73/15 94/7 103/23 153/25
180/18 181/7 182/13
182/14 186/22 186/24
187/22 189/7
**up [64]** 6/3 8/12 9/11
9/21 14/19 15/9 15/19
16/5 19/1 35/18 37/9
37/17 38/3 42/18 45/20
46/11 47/12 47/25 49/7
49/20 51/3 56/8 57/8
60/16 68/21 70/11 73/2
73/5 78/10 79/22 85/8
87/12 98/6 99/22 100/1
106/13 106/19 106/20
106/23 112/13 117/2
122/15 125/16 125/17
125/21 131/20 142/14
143/3 146/12 152/11 153/6
153/7 153/8 153/9 165/17
165/23 166/10 168/4 168/7
184/3 190/15 190/17
191/12 192/10
**upon [3]** 77/5 77/19 80/13
**upper [1]** 116/22
**us [31]** 7/11 11/8 20/2
27/23 38/3 44/12 45/1
48/6 49/7 49/24 49/24
58/6 59/4 69/2 70/13
75/21 79/12 106/25 107/10
109/9 111/4 113/13 118/13
162/17 171/23 171/25
172/1 172/20 175/15
175/23 183/21
**use [25]** 7/1 12/23 31/5
33/8 34/2 35/25 48/2 48/5
55/11 65/13 68/2 68/13
69/2 71/14 74/23 75/6
75/15 78/16 86/13 88/11
96/7 121/13 121/14 145/24
148/2
**used [10]** 23/23 47/17
47/19 50/11 68/1 68/6
68/7 75/5 90/8 124/7
**user [2]** 69/23 69/24
**users [1]** 70/15
**uses [2]** 22/16 22/20
**using [6]** 33/24 52/14
72/19 86/17 102/1 164/12
**utilization [1]** 58/13
**utilize [1]** 109/11
**utter [1]** 8/20

**V**

**vacation [1]** 13/21
**vacationers [2]** 14/7
174/2
**valuation [1]** 35/1
**value [10]** 11/7 35/4 52/8
52/9 62/16 85/9 89/2
129/12 154/8 154/9

**Vancouver [4]** 4/13 11/16
17/17 21/2 31/4 31/7 31/21
33/11 33/18 47/2 56/22
58/7 58/7 67/25 68/3
70/19 73/13 73/14 74/23
83/16 102/17 102/18
103/22 103/23 105/4 105/5
105/6 106/15 106/19
109/23 131/8 141/6 141/12
143/3 143/14 143/21 150/3
158/7 170/2 173/13 173/25
174/13 180/25 188/13
188/14 188/19 188/21
**variance [1]** 164/10
**various [3]** 108/4 157/14
173/22
**vast [2]** 6/20 8/17
**vendors [3]** 185/10 185/14
185/15
**venture [1]** 117/14
**ventures [1]** 31/21
**venue [2]** 85/11 122/6
**venues [2]** 15/24 45/19
**verbal [3]** 118/18 118/20
186/9
**verified [3]** 30/19 149/25
153/15
**verse [1]** 17/23
**versus [1]** 2/3
**very [62]** 3/4 6/20 7/11
10/5 14/22 14/25 15/1
18/5 19/19 33/16 33/16
34/18 39/12 40/15 42/13
44/12 44/13 47/22 47/22
49/4 54/8 58/9 59/4 71/1
85/4 85/12 89/22 90/5
90/6 90/10 90/21 91/20
91/21 96/1 96/23 98/12
98/14 101/24 112/20 120/2
120/17 121/22 122/8
126/17 127/4 132/1 133/5
135/19 138/19 152/12
157/1 159/16 159/25
162/21 172/24 176/17
178/5 178/11 180/1 185/4
189/8 192/10
**vessel [24]** 4/12 57/22
57/23 57/25 65/14 68/1
72/15 74/5 76/17 80/12
91/23 97/12 97/18 102/22
103/12 104/1 104/21 105/7
105/10 105/22 108/7
109/25 113/18 170/1
**vessels [19]** 15/19 43/1
49/6 54/4 58/1 67/5 72/12
74/22 75/6 78/8 80/14
80/16 83/2 88/4 98/24
107/7 133/7 141/11 178/24
**vice [5]** 7/18 41/5 41/6
41/9 43/19
**vice-president [5]** 7/18
41/5 41/6 41/9 43/19
**Victoria [3]** 73/12 86/2
189/2
**view [5]** 108/10 108/18
108/20 111/24 120/20
**virtually [1]** 16/24
**visit [1]** 174/14
**visiting [2]** 15/22 85/11
**voices [1]** 183/2
**void [1]** 72/4

**V** Case 1:08-cv-02054-RMC

**voyage [6]** 78/1 78/2
78/17 79/7 88/10 103/19

**W**

**wait [3]** 123/9 123/9
129/5
**walk [3]** 47/25 80/3 84/7
**walked [2]** 49/5 144/13
**walking [1]** 84/6
**want [43]** 2/16 2/17 3/3
3/20 26/22 37/4 39/11
42/24 43/10 45/11 45/12
51/4 58/25 61/3 67/8
69/18 69/19 70/2 75/16
76/5 81/4 84/10 84/22
90/24 94/19 95/19 95/24
101/16 114/14 114/15
116/9 117/23 117/24 118/9
120/18 135/2 168/11
174/21 176/18 181/10
181/10 181/12 191/8
**wanted [32]** 2/25 4/2 4/14
12/6 28/3 36/11 37/16
38/3 42/13 69/14 70/18
70/19 83/23 84/9 85/20
105/24 110/9 111/9 113/20
120/1 120/19 120/21 127/7
154/13 154/14 163/13
168/5 171/15 172/1 174/14
174/18 178/6
**wants [1]** 26/5
**warrant [2]** 180/7 180/8
**was [384]**
**wash [1]** 156/25
**Washington [5]** 1/5 1/19
1/23 38/25 39/14
**wasn't [7]** 19/22 69/14
134/4 136/18 137/7 149/16
187/3
**waste [4]** 23/23 24/4 56/6
56/21
**water [14]** 5/4 5/8 24/7
24/8 24/10 24/12 48/12
48/12 56/6 56/6 56/21
56/21 85/14 146/15
**way [32]** 5/18 11/5 18/8
26/10 26/17 27/2 27/16
34/23 35/21 36/5 40/1
48/23 67/12 69/2 69/13
73/24 74/2 84/20 85/23
97/9 97/10 98/18 106/10
122/2 122/16 145/15
147/12 162/11 162/16
169/19 175/15 186/3
**ways [5]** 10/22 20/4 23/4
84/13 131/15
**we [287]**
**we'll [8]** 15/15 40/20
53/6 55/11 60/12 84/25
99/6 191/12
**we're [21]** 2/14 27/25
37/24 52/22 58/10 83/6
88/13 88/15 89/18 92/13
95/25 102/1 122/25 149/9
154/8 159/5 160/16 161/18
162/25 164/10 183/7
**we've [5]** 17/1 30/22
31/13 42/21 164/13
**Webber [10]** 3/19 5/23

6/14 7/11 47/23 48/3
50/16 80/9 124/6 146/16
**website [3]** 177/5 177/6
179/18
**week [6]** 70/3 91/25 117/1
117/3 162/3 163/9
**weekend [1]** 28/6
**weeks [3]** 18/19 121/22
182/16
**welcome [4]** 3/8 14/11
22/24 183/5
**well [40]** 10/5 12/3 13/23
20/3 26/4 27/7 28/19
41/16 44/13 45/4 46/3
47/22 51/3 53/7 53/7 68/5
70/9 83/17 87/25 88/25
89/10 100/7 112/7 119/13
119/25 125/17 133/5
140/21 142/3 142/12 146/9
153/24 159/22 171/8 178/9
178/10 181/3 187/6 190/4
191/11
**went [14]** 8/21 13/15
19/15 22/4 22/5 22/10
35/23 39/14 40/2 62/13
62/13 62/24 63/15 69/9
**were [211]**
**weren't [10]** 15/7 21/6
49/4 57/5 162/12 162/15
170/19 171/11 171/14
174/18
**western [2]** 86/6 119/16
**what [246]**
**what's [12]** 41/18 43/14
59/25 61/12 77/24 103/14
106/2 124/5 147/3 150/15
179/16 181/19
**whatever [10]** 5/4 11/14
20/15 26/7 56/4 56/7
69/19 70/10 138/14 155/22
**whatsoever [1]** 6/21
**when [76]** 4/2 5/3 8/21
10/25 12/17 12/22 13/8
14/20 15/7 16/2 16/7 23/5
23/7 23/18 25/15 31/9
33/1 35/24 40/6 40/9
41/22 42/17 43/21 44/18
45/8 47/4 48/10 49/3 49/5
49/8 50/1 50/25 51/1
60/19 63/15 68/16 69/3
69/5 69/22 73/17 74/1
83/21 86/13 89/1 89/10
90/12 91/11 91/23 92/14
102/14 102/14 103/19
105/2 111/2 111/9 112/12
114/4 114/16 116/9 116/9
121/14 133/5 147/19
149/24 155/4 161/6 162/4
171/11 178/7 184/11
186/10 186/12 190/6 190/7
190/8 191/13
**whenever [1]** 127/13
**where [46]** 4/15 13/20
22/15 38/24 40/22 41/20
42/21 43/7 45/9 45/10
45/11 49/19 50/14 50/14
50/19 71/2 73/2 75/21
77/1 79/23 80/20 81/6
81/6 81/23 84/6 86/15
87/10 88/16 90/24 96/12
96/14 97/5 97/7 97/11

109/10 117/23 120/22
128/9 128/21 145/18 154/5
159/23 172/12 172/15
188/14 191/11
**whether [23]** 13/6 20/25
26/7 48/7 69/5 92/4
100/15 107/13 107/14
107/15 107/16 136/16
142/19 159/13 162/19
177/24 178/13 178/14
179/1 179/21 182/9 186/5
189/25
**which [72]** 4/21 7/7 11/6
12/8 14/12 16/9 18/8 21/4
21/5 22/13 22/20 23/24
24/13 24/14 24/21 26/12
28/11 32/11 32/21 33/2
34/3 34/4 34/18 36/3 36/5
36/14 39/18 46/16 46/18
49/2 51/10 55/18 56/3
57/8 59/12 62/18 73/3
76/2 76/2 76/3 83/3 87/11
89/12 91/5 103/16 104/1
104/4 104/21 104/25 106/5
107/25 111/3 121/8 123/19
129/18 142/18 143/12
148/23 149/5 163/4 163/6
168/3 168/9 174/21 175/14
176/16 178/24 179/25
180/24 186/3 189/3 195/8
**while [13]** 3/7 5/10 12/10
12/18 20/19 34/14 68/2
83/6 85/8 85/20 96/24
170/1 187/2
**Whistler [1]** 86/1
**white [2]** 186/22 192/3
**who [38]** 3/4 3/19 3/20
5/21 5/23 5/23 7/16 7/17
16/22 30/11 41/24 44/4
44/5 47/15 47/20 47/23
55/23 58/19 63/1 64/12
70/18 86/25 92/25 93/18
100/4 103/10 106/21 107/2
110/8 119/14 121/19
143/19 165/12 165/21
172/18 178/15 178/19
185/2
**whole [3]** 71/17 79/20
110/9
**wholesalers [1]** 41/14
**wholly [1]** 6/18
**whom [3]** 168/1 173/1
175/24
**whose [4]** 3/1 3/22 21/12
74/17
**why [34]** 3/23 7/4 15/10
37/18 45/7 53/3 60/4 60/5
68/10 69/20 80/10 83/15
86/19 86/20 88/9 90/14
92/24 94/12 95/2 95/18
99/3 115/1 115/1 117/22
119/13 119/18 119/23
153/15 161/5 166/15 181/3
181/3 181/6 189/8
**wife [1]** 89/12
**wild [2]** 15/17 16/2
**wildly [1]** 70/14
**will [47]** 3/17 4/1 4/16
8/22 8/22 9/16 9/22 15/16
16/23 18/23 20/12 25/4
36/22 37/2 37/9 37/9

| W Case 1:08-cv-02054-RMC | 107/3 107/16 110/20 111/9 ~~Dry/onen6~~ 11 119/16 07/14 | 135/21 137/21 137/23 ~~138/12 139/24~~ 141/16 |

**W** | Case 1:08-cv-02054-RMC

will... [31]   50/15 51/6
 51/8 52/21 52/22 57/21
 58/3 68/1 71/15 76/10
 79/15 80/14 80/17 80/19
 95/20 96/3 96/4 100/1
 100/21 101/24 104/25
 161/9 165/16 165/23
 169/25 172/8 182/2 183/8
 191/21 192/3 192/4
wine [10]   15/6 114/4
 114/4 114/5 114/7 114/7
 114/8 159/22 160/11
 191/18
winning [2]   29/7 137/9
wins [1]   29/8
Winston [1]   1/15
Winston-Salem [1]   1/15
winter [5]   11/15 143/14
 173/14 173/16 173/18
wireless [2]   158/16
 158/18
wishing [1]   28/6
within [9]   33/1 72/2 78/5
 86/2 89/17 103/6 109/8
 129/18 164/17
without [2]   28/10 175/11
witness [25]   2/16 37/15
 38/9 51/9 60/13 60/17
 92/6 93/18 99/8 99/17
 100/3 101/4 119/1 127/5
 127/12 138/10 139/22
 146/23 148/10 150/9
 176/20 179/10 181/13
 192/6 192/8
witnesses [3]   3/20 34/17
 37/14
won [2]   137/5 138/4
won't [1]   81/2
wonderful [4]   44/14 70/4
 85/13 178/6
word [2]   42/18 121/25
words [4]   26/23 82/14
 114/17 123/17
work [26]   3/6 3/9 27/17
 27/19 40/22 45/16 50/10
 84/1 89/23 96/7 106/10
 114/1 117/4 122/13 173/24
 174/3 174/6 175/11 182/12
 186/16 187/7 187/9 187/9
 187/10 187/19 192/10
workday [1]   162/11
worked [15]   40/1 40/3
 44/8 69/11 69/20 87/2
 87/2 87/4 87/6 131/21
 133/10 134/7 172/3 187/2
 187/8
working [11]   6/15 7/17
 13/22 43/13 133/15 133/20
 133/23 134/4 171/11
 182/18 185/14
works [3]   26/16 26/17
 170/6
world [6]   32/11 32/21
 60/23 86/19 132/25 144/3
worldwide [48]   9/13 9/15
 18/16 18/17 18/20 19/5
 19/6 20/19 20/20 20/22
 20/24 21/9 21/19 33/23
 41/9 43/19 106/4 106/24

107/3 107/16 110/20 111/9
~~Dry/onen6~~ 11 119/16 07/14
114/16 116/2 116/12 118/1
133/24 180/18 181/20
182/12 182/19 183/23
184/5 184/18 184/23
184/24 185/10 185/12
187/15 188/9 189/12
189/15 189/25 190/10
190/20
Worldwide's [2]   112/20
 189/20
worry [1]   30/2
worth [3]   28/16 43/1
 141/14
worthless [2]   28/16 29/10
would [286]
wouldn't [9]   71/15 85/5
 86/24 87/14 121/18 143/16
 143/16 143/17 181/5
wrap [1]   122/15
write [2]   138/4 148/18
writes [3]   144/10 147/11
 165/7
writing [19]   37/3 52/7
 54/8 118/18 119/13 119/18
 119/23 185/22 186/8
 186/13 186/15 186/17
 186/18 186/21 187/1 187/3
 187/5 187/8 188/4
written [6]   11/4 19/3
 107/19 125/22 171/17
 185/19
wrong [2]   89/25 93/2
wrote [3]   119/21 147/23
 163/22

**Y**

Yeah [4]   9/20 41/17 97/14
 182/17
year [7]   18/14 172/24
 176/6 179/25 180/3 180/6
 180/10
years [17]   6/14 7/17 32/4
 32/4 39/4 39/5 43/25
 83/19 89/17 133/3 133/10
 154/3 166/12 172/4 173/7
 173/10 180/9
yellow [3]   168/19 183/16
 191/11
yes [138]   2/22 3/13 3/15
 10/9 14/8 18/1 22/6 22/9
 22/12 22/16 26/17 27/17
 36/13 36/19 36/24 40/1
 42/19 44/5 48/19 50/13
 52/11 52/19 53/23 58/18
 59/8 59/15 60/2 61/5 61/5
 61/9 61/20 64/5 64/15
 64/20 66/2 66/14 67/21
 69/25 74/12 74/14 74/16
 74/20 75/11 76/7 81/15
 81/24 84/1 88/8 91/2
 92/20 94/6 96/16 98/4
 99/22 100/25 101/5 102/13
 102/23 103/9 104/7 104/20
 105/10 108/8 112/7 114/25
 115/14 115/20 116/8
 117/21 119/2 120/12
 122/21 123/4 126/4 127/23
 128/3 129/13 131/17 133/2
 133/17 134/2 134/11

135/21 137/21 137/23
~~138/12 139/24~~ 141/16
146/24 147/10 148/11
149/11 149/20 150/4
150/11 152/1 152/17
154/13 154/13 155/19
155/20 156/6 156/12 157/8
157/20 157/22 157/24
158/1 158/3 161/2 162/10
164/5 164/21 164/22 165/1
165/6 165/10 166/1 169/4
169/7 170/16 170/17 171/2
173/17 173/20 176/16
176/22 177/16 178/13
179/12 180/8 181/1 181/15
182/4 184/9 186/9 186/15
189/14
yet [6]   47/9 160/8 161/21
 163/7 165/20 191/7
yield [2]   47/8 156/10
you [847]
you'll [15]   4/22 5/6 5/21
 8/17 59/12 67/15 81/10
 102/11 102/20 103/25
 105/7 105/7 116/20 124/1
 183/22
you're [27]   3/8 14/11
 19/16 20/11 22/24 27/18
 47/4 50/9 71/22 74/25
 98/19 99/22 100/5 116/15
 117/18 124/23 126/2
 127/13 140/21 142/5
 158/16 162/3 163/5 166/11
 183/5 186/7 192/4
you've [7]   3/9 3/12 3/22
 78/6 98/21 106/16 124/7
young [3]   46/16 90/1 91/6
your [203]
yours [1]   45/12
yourself [6]   38/14 44/15
 116/6 130/11 132/18 133/8
YP [2]   89/25 91/6
YP40 [1]   46/16
Yueng [1]   185/2

**Z**

zeros [1]   155/5