IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


```
CRUISE CONNECTIONS CHARTER    :
MANAGEMENT 1, LP, et al,      :
                              :        Docket No. CA 08-2054
            Plaintiffs,       :
                              :        Washington, D.C.
                              :    Tuesday, November 19, 2013
                              :            9:45 a.m.
ATTORNEY GENERAL OF CANADA,   :         (Day Two)
et al.                        :
            Defendants.       :
---------------------------x
```


TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        JACK M. STRAUCH, Esquire
                           STANLEY B. Green, Esquire
                           JESSIE FONTENOT, JR., Esquire
                           Strauch, Fitzgerald & Green, P.C.
                           118 South Cherry Street
                           Winston-Salem, NC 27101


For the Defendants:        SCOTT H. CHRISTENSEN, Esquire
                           CORINNE O. LANE, Esquire
                           JOHN M. TOWNSEND, Esquire
                           HANA M. CARNEY, Esquire
                           Hughes Hubbard
                           1775 I Street
                           Washington, DC  20006-2401


Court Reporter:            CRYSTAL M. PILGRIM, RPR
                           Official Court Reporter
                           United States District Court
                           District of Columbia
                           333 Constitution Avenue, NW
                           Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1                    P-R-O-C-E-E-D-I-N-G-S

2          THE DEPUTY CLERK:  Civil action 08-2054, Cruise

3    Connections Charter Management LP, et al versus Attorney

4    General of Canada, et al.

5          For the plaintiffs Jack Strauch and Stan Green.

6          For the defense, Scott Christensen, Corinne Lane, John

7    Townsend and Hana Carney.

8          THE COURT:  Good morning everyone.  I apologize for

9    running a few minutes late.  I had a phone call from my son and

10   so I was talking to him and I owe you all an apology.

11         Are we ready to resume?  Mr. Tracey, if you could --

12   Mr. Kelly, if you could come forward, please.

13         Ms. White, if you could, since it's a new day.

14   Mr. Kelly, we'll re-administer the oath.

15              PLAINTIFF WITNESS TRACEY KELLY SWORN

16         THE COURT:  And Mr. Christensen, whenever you're

17   ready, sir.

18         MR. CHRISTENSEN:  Thank you, Your Honor.

19         Good morning.

20         THE COURT:  Good morning.

21              CROSS EXAMINATION (CONTINUED)

22   BY MR. CHRISTENSEN:

23   Q.   Good morning, Mr. Kelly?

24   A.   Good morning.

25   Q.   I want to start by taking you back to where we started

 1   yesterday on your numbers here if I can get this right.  I have

 2   hard copies.

 3          THE COURT:  Yes, and you wanted to introduce this as

 4   an exhibit?

 5          MR. CHRISTENSEN:  It has already been offered as an

 6   exhibit.

 7          THE COURT:  Well, it was identified, but I wasn't

 8   sure if you actually wanted to introduce it or not.

 9          MR. CHRISTENSEN:  Yes.

10          THE COURT:  I assume there's no objection?

11          MR. GREEN:  There's no objection, Your Honor.

12          THE COURT:  Thank you, sir, go right ahead.

13       (Defendant's Exhibit Number 1 was received into

14   evidence.)

15   BY MR. CHRISTENSEN:

16   Q.   You recall at the end of Mr. Green's questions yesterday,

17   you were asked what the final number is on on board revenue

18   profit that you estimated on this project using the $54 per

19   person per day that you had testified previously to.

20       And your answer was it would have been the $8,738,840

21   figure that we see here on Exhibit 1, correct?

22   A.   May I correct that testimony because this number, this

23   number, this 8,738,840 is our OBR guarantee.  I misspoke

24   yesterday, I just got the numbers confused.  But this is what

25   we guaranteed to the cruise lines.

1  Q.   So the testimony that the OBR profit that Cruise

2  Connections would have made was incorrect?

3  A.   No.  What I'm saying is when you asked me if this was the

4  estimate of what we thought we would make --

5  Q.   Uh-hmm?

6  A.   -- I, the real estimate should have been $54 per ALBD.

7      This number is based on what we guaranteed, I believe it's

8  $48.  This works out to $48 per person per day.

9  Q.   And so this is not, this $8,738,840, saying that's not the

10  profit that Cruise Connections expected to make on on board

11  revenue?

12  A.   Can I just clarify?  We are talking about the same thing.

13  I'm just trying to make sure that I'm being clear on this

14  answer.

15      This is the number that we guaranteed to the Cruise Lines.

16  Q.   Right?

17  A.   So this is reflected as the OBR guarantee within the

18  charter party agreements.

19      We believed, Cruise Connections, we believed we could

20  exceed this number.  So this number was the minimum that we

21  guaranteed to the Cruise Lines; however, we believed that we

22  would achieve $54.  I believed that we would achieve $54 per

23  person per day.

24  Q.   So what then, if this is not the number, what is the

25  number that Cruise Connections is claiming as its lost profits

1  on on board revenue for the ships that sat in Vancouver Harbor

2  from January until March?

3  A.   I believe this is in our filings, but it should be

4  9,811,152, so the difference between these two numbers -- I'm

5  sorry if I went too fast on that.

6  Q.   No, no, that's fine?

7  A.   The difference between these two numbers is one million,

8  so in addition to this number, this 8,738,840 is $1,072,312.

9  Q.   Sorry, could you say that again, please?

10 A.   $1,072,312.  It's roughly an additional $6 per person per

11 day.

12 Q.   Looking up at your, little bit higher on your chart, you

13 get, do you get the $9,811,152 in the following way.  You take

14 your total ALBDs here, right?

15 A.   That's right.

16 Q.   Multiply them by $54?

17 A.   That's correct.

18 Q.   Did I do that right?

19        THE COURT:  Oh dear, now we're getting really

20 sophisticated.

21 BY MR. CHRISTENSEN:

22 Q.   This is 1811?  I'm sorry?

23 A.   181,688 --

24 Q.   688 times 54 equals $9,811,152, correct?

25 A.   That's correct.

1    Q.    Right.  You're aware that in it's verified

2    interrogatories, Cruise Connections verified for us that that

3    number was actually 10,029,528, right?

4    A.    Can I explain why that is?

5    Q.    Yes?

6    A.    If you look -- no, sir, put it back up.

7                THE COURT:  Can you leave it up?

8                MR. CHRISTENSEN:  Yes.  I'm sorry, I apologize.

9                THE WITNESS:  If you look to the left,

10   Mr. Christensen --

11   BY MR. CHRISTENSEN:

12   Q.    Yep?

13   A.    Do you see room nights?

14   Q.    Yes, sir?

15   A.    So there's a difference between 185,732 and 181,688.

16      Do you see that?

17   Q.    Yes, I do see that?

18   A.    All right.  That's where the calculation is.  So there was

19   a clarification that the two Royal Caribbean ships would be

20   actually utilized by the ISU for 30 days, and I believe in our

21   original we thought it was 31 based on the contract, but it

22   was, we went back and it was 30 days.  And that's where the

23   difference between those two numbers came.

24   Q.    I see.  Thank you very much.

25      I think Judge Collyer asked you yesterday whether Cruise

1  Connections had tried to charter the ships that were not being

2  used in Vancouver Harbor, and you testified that Royal

3  Caribbean was no longer interested in leasing the two cruise

4  ships that had previously been considered; is that correct?

5  A.   My testimony was that, that Royal Caribbean Cruise Lines

6  was not interested in leasing those, chartering those ships to

7  the RCMP.

8  Q.   So did Cruise Connections attempt to lease those cruise

9  ships for any other purpose since they were not being used for

10  the olympics in 2010?

11  A.   We did not.

12  Q.   Did Cruise Connections try to charter any other ships for

13  any other purpose unrelated to the olympics in 2010?

14  A.   We did not.

15  Q.   You told the RCMP that in the prior ten years before your

16  --

17  A.   Can I clarify that last one which is we did look at ports,

18  Linter in particular and to see whether or not there was the

19  potential of a port that could be used.

20      And unfortunately, by the time this contract was terminated

21  by the RCMP, all of those ports were spoken for.

22  Q.   All the ports in the world?

23  A.   No.  All of the ports associated with the 2010 Olympic

24  games; was that your question?

25  Q.   No.  My question, sir, was whether it was correct that

1  Cruise Connections didn't try to charter any other ships for

2  any other purpose not related to the Winter Olympics in 2010?

3  A.   We did not, we did not have any -- remember that this, the

4  charters come from a customer.  They start the impetus for

5  doing a charter is that you have an end customer that has a

6  need.  We as a broker build the program.

7      We did not have any customers come to us.  In the interim,

8  we did market for customers, but we did not have any other

9  customers come to us for charters.

10 Q.   In your bid in response to the RFP, you told the RCMP that

11 Mike Sloane had chartered ten ships within the last 48 months

12 alone, correct?

13 A.   I believe that was Mike's testimony.

14 Q.   Right.  And that in combination you had more than 60

15 cruise ship charters to your record, correct?

16 A.   That's correct.

17 Q.   Right.  That's the ten ships within 48 months is an

18 average of two to three ships per year, correct?

19 A.   I believe your math.

20 Q.   And now in addition to Mike Sloane, you had the combined

21 powers of Susan Edwards, Mike Sloane and yourself, right?

22 A.   Absolutely.

23 Q.   And in 2009 you chartered zero ships, correct?

24 A.   In 2009 I took a different job out of those to provide for

25 my family.

1  Q.   I asked yesterday about two to five other ships that you

2  discussed with AA Worldwide.   I believe that you said that

3  those were just repositioning cruises related to the RCMP and

4  not other projects?

5  A.   What I said was that during, once we were under contract

6  with the RCMP Kelly Meikle continued to share with us her grave

7  concerns that there would not be enough housing.   We looked at

8  Broad Inlet, we looked at the potential of Linter.   I can't

9  remember the river, but there's a river that is right close to

10  the RCMP headquarters as a potential and we looked at Sqamish

11  as potentials for additional ships for the housing of the ISU.

12  Q.   I was asking, sir, about whether the two to five other

13  ships you discussed with AA Worldwide were simply repositioning

14  cruises related to the RCMP cruise and not other projects; is

15  that correct?

16  A.   That's correct.

17  Q.   I think Ms. Ladwick indicated otherwise, but I would like

18  to show you her testimony and understand your agreement.

19        MR. CHRISTENSEN:   I'm handing up -- may I approach

20  the witness, Your Honor?

21        THE COURT:   Yes, sir.

22        MR. CHRISTENSEN:   I handed the witness and Your Honor

23  and opposing counsel the de bene esse deposition of Colleen

24  Ladwick and there are only four exhibits that we used with her

25  in spite of the fact that they are labeled 1, 2, 3 and 6.

1          THE COURT:  Okay.

2          MR. CHRISTENSEN:  I'm assuring you that the gap is

3   not because we're missing exhibits.

4          THE COURT:  That's fine, now that we know.

5   BY MR. CHRISTENSEN:

6   Q.   If you could turn to page 48, please, Mr. Kelly.

7   A.   Would this be page 45 through 48?

8   Q.   Yes, exactly.

9       At the bottom of page 48 do you see on line 23 the question

10  two of the additional two to five ships were related to the

11  RCMP, correct?

12      Do you see?

13  A.   I do see that line.

14  Q.   Carrying on to the next page, Ms. Lane asked Ms. Ladwick

15  can you please explain what those projects, what projects you

16  were planning on working on related to those two ships?

17      She said reposition cruises as of October 16th, 2008?

18  A.   Correct.

19  Q.   Were the other ships related to additional projects with

20  Mr. Kelly, Ms. Edwards and Cruise Connections?

21      Answer, can you repeat that?

22      Question, the other three ships that you are referring to,

23  were those related to other projects with Cruise Connections,

24  Ms. Ladwick?

25      Answer, um, um, we didn't know at the time, it was a

1  possibility.

2      Question, can you explain that further, what possibility

3  were you talking about with Mr., with Cruise Connections?

4      Answer, you know it has nothing to do with this, we were

5  just shooting around some ideas.  It had nothing to do with

6  this case.

7      Question, what were some of those ideas?

8      Answer, it has nothing to do with this case and I'm not

9  going to answer that.

10     Can you tell me what the, if the two ships were related to

11 the RCMP contract what were the up to other three ships related

12 to, what project were you pursuing?

13 A.   So I told you in regards to our discussions directly with

14 repositioning cruises, we did provide some assistance to

15 Ms. Ladwick in her negotiations on a later NCL charter that was

16 positioned as a hotel.

17     However, that was not our project.  We simply gave her some

18 guidance for negotiations.  If she got confused -- this is, you

19 know, realistically this is five years plus ago, if she got

20 confused between those projects, I can't tell if that's what

21 the issue is.

22 Q.   I think you had explained yesterday that there are

23 multiple components to the payments that you would have

24 received, Cruise Connections would have received from AA

25 Worldwide, correct?

1   A.    I did.

2   Q.    Ms. Ladwick testified that she was giving Cruise

3   Connections about 125 to a 150 per day per person.  Was that

4   your agreement?

5   A.    Our agreement was what I stated yesterday.

6   Q.    So it was not --

7   A.    I can restate that if you would like.

8   Q.    No.  I just want to clarify that it was not that AA

9   Worldwide was giving Cruise Connections only 125 to a $150 per

10  person per day?

11  A.    I actually think if you reverse my math, it is about the

12  same.  So I said a $150 per cabin booking 75 per port and the

13  three ports and $50 per person per day.

14     If you take, reverse that, take 1.5 -- 1.252 million and

15  divide that by the number of passengers and the number of

16  cruise days, I think that you are in that 125 to 150 range.

17  Q.    Can you start with the math again?  I don't want to

18  reverse it, I want to know how you got there?

19  A.    I told you how I got there.

20  Q.    How did you get there?

21  A.    Fifty dollars per person per day.  I'm glad you brought a

22  calculator.

23  Q.    Yes.  Yep.

24  A.    Times, there are 1252 lower berths.

25  Q.    We're just trying to get to the 125 to 150 per day.  How

1   do we get to that?

2   A.   I'm not sure the best way to do this except to add it up

3   and then divide it by the sailing.  Our estimate is 1.25

4   million, correct?

5   Q.   That's what you have testified to?

6   A.   That's right.  On our cruise fare.  So take that, divide

7   it, divide it by the number of passengers by the number of

8   nights which is four and what number does that give you on a

9   per person per day basis?

10  Q.   I'm trying to figure out how you got to the 1.252 million

11  dollars, not how you back out of the 1.252 million dollars?

12  A.   I'm not working against you.  If you'll do the math the

13  way I state, I will show you how to get to it.

14      So $50 times 1252, times four, so you write that number

15  down, then three ports of call, $75 times three, times 1252,

16  okay.

17      Then a $150 booking and that's not times 1252, that's 1252

18  divided by two, to get the number of cabins, assuming two

19  people per cabin, divide it by two, 626, so 150 times 626, then

20  we add these numbers up.  If you multiply that number times two

21  for two cruises.

22  Q.   I see.  Thank you very much?

23  A.   You're welcome.

24  Q.   Ms. Ladwick testified that she worked on this deal for a

25  year and a half exclusively, spending thousands and thousands

1  of hours; is that correct?

2  A.   There was a lot of work that Ms. Ladwick did outside of my

3  purview.  She had plans for hotels prior and post, she had

4  plans for hotels in Vancouver, activities towards the olympics,

5  but those were outside of my knowledge.

6  Q.   If you could turn, please, to page 14 of her testimony?

7  A.   Page 14?

8  Q.   Yes.  It was asked by Mr. Green on line 13, okay, and I

9  just, the agreement that you had with Cruise Connections I want

10  to ask you about in more detail, but let me first ask you is

11  there a written agreement between, that you entered into at the

12  time, between AA Worldwide and Cruise Connections?

13      And her answer is there was not a written agreement.

14  However, we were all in a hundred and ten percent solid verbal

15  agreement and in written form via e-mail that this was a

16  complete solid agreement between us that everything was a 100

17  percent go.

18      Tracey and Mike knew that it was on their end and I knew

19  that it was.  I spent a year and a half of my time working on

20  this exclusively and spent thousands and thousands of hours

21  working on this event with thousands of vendors putting this

22  whole project together.

23      Do you see that?

24  A.   I do.

25  Q.   Is it your understanding that she had worked on this

1   project for a year and a half with Cruise Connections?

2   A.   I just told you that this is outside of my purview.  I

3   really, I really did not know what extent whether she was

4   working thousands of hours or not.  I can't give you an honest

5   answer to that.

6   Q.   Ms. Ladwick testified that you and Mike Sloane had

7   interviewed her to see if she, if her business was the right

8   fit for yours?

9   A.   Mike Sloane and I had had numerous conference calls with

10  her to test out the veracity of her commitment to the project

11  and her vision to it.  So if that's an interview, then that's

12  the interview.

13  Q.   You did your due diligence on whether she was a good fit

14  for this projects?

15  A.   Did we do a due diligence?  We were comfortable that she

16  had solid groups which she had confirmed to us that she had

17  promoted and sold prior, that wanted the sailing and this was a

18  good fit for these repositioning cruises; i.e. they were the

19  size of the groups that we needed and they were big spenders

20  from what she told us.

21  Q.   Did it not concern you that she had filed for bankruptcy

22  under her businesses so many times in the past?

23  A.   I was not aware of that.

24  Q.   Did she tell you that she was defending a major legal

25  lawsuit in 2008?

1  A.   She did not tell me that.

2  Q.   Did she tell you that she was embroiled in a dispute over

3  her business, AA Worldwide during the whole year of 2008?

4  A.   She did not tell me that.

5  Q.   Did she ever tell you that the dispute involved

6  allegations of fraud against her related AA Worldwide?

7  A.   She did not tell me she was in dispute.  I certainly don't

8  know that she was involved in allegations of fraud.

9  Q.   Did she tell you that summary judgment of fraud was

10 entered against her?

11 A.   No.

12 Q.   Were you aware that the State of Washington has revoked

13 her license as a travel agent for unprofessional conduct as a

14 result of the major lawsuit she was defending in 2008?

15 A.   When did it happen?

16 Q.   It happened this year?

17 A.   In what year, sir?

18 Q.   2013?

19 A.   2013, no, I did not know.

20 Q.   Thank you.

21      MR. CHRISTENSEN:  No further questions, Your Honor.

22      THE COURT:  Thank you very much, sir.

23   Did you have any redirect?

24      MR. GREEN:  I have just a couple, Your Honor.

25      THE COURT:  All right.

```
 1                    REDIRECT EXAMINATION

 2   BY MR. GREEN:

 3   Q.   Good morning, Mr. Kelly?

 4   A.   Good morning.

 5   Q.   You were asked some questions and I just want to clear

 6   this up about Cruise Connections using the ships that you had

 7   chartered in the CPAs for another group or for some other

 8   purpose, okay.

 9       I've got Exhibit 4 and 5 which are the CPAs entered between

10   Cruise Connections and Royal Caribbean.  I'm trying to make

11   this short.  Yesterday do you recall reading language from both

12   of these exhibits, both of these contracts?

13   A.   I do.

14   Q.   All right.  And do you recall reading language that says

15   that the ships shall be used for the express and sole use of

16   the RCMP?

17   A.   Yes.

18   Q.   Okay.  So would these contracts have secured the vessels

19   for Cruise Connections' use with any other party other than

20   RCMP?

21   A.   They could not.

22   Q.   Okay.  And did you have any opportunity to, once RCMP

23   breached the contract, to try to go back to the RCMP and say

24   hey, please use our ships?

25   A.   I did not.
```

1  Q.   Okay.   Thank you.

2       You were also asked about Plaintiff's Exhibit Number 2.

3            MR. GREEN:  One second, Your Honor.

4         (Pause.)

5         May I approach?

6            THE COURT:  Yes.

7            MR. GREEN:  Thank you.

8  BY MR. GREEN:

9  Q.   Do you recall Exhibit 2?

10 A.   I do.

11 Q.   All right, real simple question.  As of this July 29th,

12 2008 date and the spread sheet that is being circulated at that

13 time, the numbers on the spread sheet, this budget, what were

14 the ships contemplated under this budget?

15 A.   It was one Holland America and two Carnival ships.

16 Q.   Did the two Carnival ships end up essentially being

17 replaced in the budget by two Royal Caribbean ships?

18 A.   Yes, they did.

19 Q.   That was done by the contract amendment that we went

20 through yesterday?

21 A.   Yes, it was.

22 Q.   So this Exhibit 2 deals with a part of the deal before the

23 actual ships that we used, that Cruise Connections used were

24 put into the budget; is that correct?

25 A.   That's correct.

1  Q.    You were asked some questions yesterday, I just want to

2  make sure that this is clear, that Cruise Connections had a

3  deal with the Cruise Lines in the CPAs for internet, and for

4  laundry?

5  A.    That's correct.

6  Q.    Do you remember those questions?

7  A.    I do.

8  Q.    And I believe that the numbers were -- let's use, I don't

9  want to mischaracterizes the testimony yesterday, so let's use

10  it as an example.

11     If you had internet broken down on a $3 per person per day

12  rate in the Cruise Lines' contract, what were you planning on

13  selling that service to the passengers for?

14  A.    Ten dollars was our example yesterday.

15  Q.    Ten dollars was your example but that's more than the $3,

16  correct?

17  A.    That's correct.

18  Q.    Why are you going to charge more to the passengers than

19  what the Cruise Lines are charging you?

20  A.    This is a business to make money.  So we're not, we're not

21  in this to not make money.

22  Q.    So you're providing that service and you're therefore

23  charging the passenger for it?

24  A.    Right.  And if they had tried to negotiate this themselves

25  or you paid this yourself, they would have paid more than that.

1  Q.   The laundry --

2  A.   Yes.

3  Q.   -- testimony, is that similar?

4  A.   It is.

5  Q.   The same thing?

6  A.   We, these cabins are very small.  They're, you're talking

7  about less than 200 square feet for two adults.  There isn't a

8  lot of place to put luggage.  And as a result, they're going to

9  have to have their clothes laundered on a regular basis, on a

10  daily basis.

11     So laundry and dry cleaning a $10 fee per day is more than

12  reasonable if you have your laundry done.  You know, a shirt

13  can be $3.  So that, yes, that was, that's the example.

14  Q.   Okay, thank you.

15     Last question I have is regarding Defense Exhibit Number

16  16.  And I do not believe you have it in front of you.

17     Sure, that would be great.  Thanks.

18     If you'll just look through there for the Exhibit 6.

19  A.   I have it.

20  Q.   If we're looking at the same, this is an e-mail from

21  Phillip Sloane or Bud to you, Sue and Mike?

22  A.   That's correct.

23  Q.   It says cash flow projections?

24  A.   Yes.

25  Q.   It's from August 23rd, 2008?

1   A.    Correct.

2   Q.    You were asked some questions down in the e-mail, this is

3   Phillip writing to you, there's some at the bottom, do you see

4   where it says OBRs calculated?

5   A.    Yes.

6   Q.    You were asked questions about the $15 PPPD?

7   A.    Uh-hmm.

8   Q.    Did you respond to this e-mail in any way?

9   A.    I don't believe that I did.

10  Q.    Okay.  And can you explain why you did not?

11  A.    This was part of our projections I believe to RBC and it

12  wasn't a requirement for us to, we basically had agreement with

13  the RBC.  At this point, you know, I don't want to speak for

14  Phillip, but he was providing very conservative projections to

15  the bank and it didn't really matter to me what this was.

16      To me this wasn't a, this wasn't an internal financial.  It

17  wasn't a projection.  The partners are Sue and Mike and

18  myself.

19      We knew what we were going to make on this and what we were

20  communicating to the bank we wanted to be under promise and

21  over deliver.

22  Q.    Okay.  Thank you.

23          MR. GREEN:  I have no further questions.

24          THE COURT:  I have a couple of questions, and if that

25  raises questions for anybody else, I will let you ask.

```
 1          You mentioned earlier this morning, I'm sorry, my voice

 2    is bad, I have a paralyzed half larynx, so I don't talk very

 3    well.  It doesn't hurt, it just doesn't work.

 4          You mentioned that in 2009 you began to do something

 5    else having spent a year at this effort and not having gotten

 6    anything in income -- two years -- excuse me.  You went off to

 7    do something else.

 8          So did you cease active work for CCCM?

 9              THE WITNESS:  Mike and I meet, I'm still a partner.

10              THE COURT:  Right.

11              THE WITNESS:  Mike and I have a conference call

12    literally every day.  But we also went into a recession.

13              THE COURT:  Right.

14              THE WITNESS:  And the charter business dried up.

15              THE COURT:  Right.  Okay.  So it has the business not

16    Mr. Mike Sloane's, it's Mr. Mike Sloane who has the travel

17    agency, right?

18              THE WITNESS:  That's correct.

19              THE COURT:  Not that business, but the partnership

20    business with you and Ms. Edwards and Mr. Mike Sloane, has that

21    business done any business since?

22              THE WITNESS:  It has not.

23              THE COURT:  It has not.  So you are now doing

24    something else?

25              THE WITNESS:  Correct.
```

1          THE COURT:  And you have been since?

2          THE WITNESS:  Since August of 2009.

3          THE COURT:  And Ms. Edwards?

4          THE WITNESS:  As well.

5          THE COURT:  So she's also gotten another job and

6    she's gone on with her life, and I assume Mr. Mike Sloane has

7    gone back to his original business.

8          THE WITNESS:  Mike still searches for charters but

9    there just have not been.  If we had some, we would collaborate

10   on them.  It just has not been.  Again, the genesis of that has

11   to really come from a client.

12         THE COURT:  Right.  Right.  Okay.

13        Did that raise any questions for anyone?

14         MR. GREEN:  No, Your Honor.

15         THE COURT:  You probably all know all of this but you

16   see, it was just part of what I didn't know.

17        Thank you very much, Mr. Kelly.  It's been nice to meet

18   you.

19         THE WITNESS:  Nice to meet you.

20        (Witness excused.)

21         THE COURT:  All right, who is your next witness?

22         MR. STRAUCH:  Stan Webber, please.

23         THE COURT:  Mr. Webber, could you come forward.

24              PLAINTIFF WITNESS STAN WEBBER SWORN

25                      DIRECT EXAMINATION

```
 1   BY MR. STRAUCH:

 2   Q.   Mr. Webber, we all just heard your name a couple of times

 3   but please do Her Honor the courtesy of introducing yourself?

 4   A.   My name is Stan Webber, and I --

 5            THE COURT:  Is it Stan or Sam?

 6            THE WITNESS:  Stan, S-T-A-N.

 7            THE COURT:  Thank you.

 8            THE WITNESS:  My pleasure.

 9   BY MR. STRAUCH:

10   Q.   Sir, what do you do for a living?

11   A.   I'm a port agent.

12   Q.   How long have you been a port agent?

13   A.   I have been in the marine transportation business since

14   1969, one year after I graduated from the university.

15      Formed my own agency company in 1983 and got into the

16   cruise business, that was a cargo port agency, and got into the

17   cruise business in 1987 as an agent for Admiral Cruises.

18   Q.   Have you been a port agent since 1987?

19   A.   I have.

20            THE COURT:  He's been a port agent since 1983 anyway,

21   just not cruises.

22            THE WITNESS:  That's right.

23   BY MR. STRAUCH:

24   Q.   Fair.  You've been a port agent for cruises since '87?

25   A.   Correct.
```

1  Q.   And in '83 you became a port agent for some different type

2  of shipping business?

3  A.   Right, cargo.

4  Q.   In '69 you got into the marine --

5  A.   I graduated from the University of British Columbia in

6  1968 and I got a job with a company called Sealand in 1969.

7  Q.   Do you have an office at Ballentyne Pier?

8  A.   I do, as well as Canada Place.

9           THE COURT:  As well as where?

10          THE WITNESS:  Canada Place, the main cruise terminal.

11 BY MR. STRAUCH:

12 Q.   How long have you been working as a port agent out of

13 Ballentyne?

14 A.   Since 1987.

15 Q.   I take it that you worked with a company back in 2008?

16 A.   In 2008?

17 Q.   2008, right?

18 A.   Yes, I had my own company.

19 Q.   Was that Anchor?

20 A.   Anchor Cruise Line Agencies.

21 Q.   Anchor Cruise Line Agencies.

22      Tracey Kelly talked about something called Kay?

23 A.   Quay, Q-U-A-Y.

24 Q.   What's that?

25 A.   We were in the process of changing our name.

```
 1   Q.   Okay.

 2              THE COURT:  T-U-A-Y?

 3              THE WITNESS:  Q-U-A-Y.

 4              THE COURT:  Quay.

 5   BY MR. STRAUCH:

 6   Q.   You pronounced it differently.

 7   A.   We do.

 8              THE COURT:  How do you pronounce it?

 9              THE WITNESS:  Key, K-E-Y.

10              THE COURT:  Thank you.  I was going to be perfectly

11   happy to use Quay, but I thought it was actually pronounced

12   differently.

13              THE WITNESS:  That's okay.

14   BY MR. STRAUCH:

15   Q.   Sir, in the charter party agreements that have been

16   entered into evidence in this case, there's reference to this

17   Anchor Cruise Line Agency as acting for the port agent under

18   that deal.

19       Was it your understanding that you were going to be the

20   port agent for Cruise Connections had the RCMP not breached the

21   contract?

22   A.   Yes, sir.

23   Q.   Okay.  I've asked you about how long you've been a port

24   agent.  How long you've been at Ballentyne doing port agent

25   duties, but I haven't asked you what a port agent does.
```

1    What does a port agent do?

2  A.   It's a mystery.  We're, actually I guess would be a

3  conduit between the ship and the shore.  So on behalf of the

4  Cruise Line we deal with the Government agencies such as CBSA,

5  Canadian Customs, CBP U.S. Immigration, a stevedoring company,

6  the pilots, the port itself for berth request and getting

7  berths, get berths for the cruise ships.

8    We deal with the crew, their medical leaves, their

9  enjoining, their departing and the delivery of stores, mostly

10 coordinating that.  We do not purchase the stores.  We

11 coordinate the delivery.  We do day of purchases running off to

12 Costco and buying stuff for the ship at the last minute.  It's

13 a busy time.

14   The ships come in 0600, the gangway goes in at 7:00 and

15 they sail at 5.  There's a couple thousand passengers on and a

16 couple thousand passengers off, so it's a busy time.

17 Q.   Is it fair to characterize what you do as a port agent is

18 essentially make arrangements for the needs of the ship and the

19 crew and the passengers while they're there in port?

20 A.   Yes.  As the port agent.

21   The passengers we have another division that deals with the

22 passengers.  We deal with the crew.  The other division does

23 the meet and greet at the airport and the check in at the

24 terminal and dealing with the baggage and getting the

25 passengers on buses to and from the airport or to and from

1  Seattle, that's the passenger side of it.

2  Q.   For instance, would you arrange contracts with and maybe

3  even negotiate contracts with the folks who are going to take

4  garbage off and do recycling?

5  A.   We do.

6  Q.   Is that a company called Tymac?

7  A.   It is.

8  Q.   And do you also negotiate on the charter's behalf with the

9  longshoreman?

10 A.   We deal with the stevedoring company.  We do not deal

11 directly with the longshoreman.  The stevedoring company has a

12 contract through an association called the BC Maritime

13 Employer's Association and they, that contract is between the

14 BC Maritime Employer's Association and the ILWU, International

15 Longshoreman Workers Union.

16 Q.   Is there a company at Ballentyne or that works out of

17 Ballentyne Pier called Cerescorp?

18 A.   There is and they are the exclusive crews stevedoring

19 company and the Port of Vancouver.

20 Q.   So do you work with Ceres Company to make arrangements for

21 what the stevedoring, what stevedoring is going to be done on

22 the ships you're working as agent for?

23 A.   I do.

24 Q.   Do you have extensive experience working with and

25 negotiating with Cerescorp on what stevedoring is needed for

1   ships?

2   A.   I do.

3          THE COURT:  What about tugs, do you arrange for tugs?

4          THE WITNESS:  Well, in fact, most of the cruise ships

5   have bow thrusters and stern thrusters, and they do not use

6   tugs for berthing and unberthing unless there's high wind or a

7   severe current.

8          THE COURT:  I'm surprised that tugs let that happen.

9          THE WITNESS:  In terms of the berthing it's or

10  unberthing, it's a decision between the master and the pilot on

11  board.

12         THE COURT:  I see, okay.  Thank you.

13  BY MR. STRAUCH:

14  Q.   I recognize that this question isn't germane to what you

15  are doing, but I have to ask what is a bow thruster?

16         THE COURT:  Have you never been on a ship?

17         THE WITNESS:  I'm sorry.  It's virtually a propeller

18  at the bow, so they have maybe three at the bow that will push

19  the bow around.

20         THE COURT:  So they can go sideways.  So they can get

21  close to the --

22         THE WITNESS:  On an axis.

23         MR. STRAUCH:  Got you.

24         THE WITNESS:  That's okay.

25         MR. STRAUCH:  I might be the only one here in the

1  courtroom that didn't know that, but I had to ask.

2          THE WITNESS:  You obviously don't own a yacht.

3          THE COURT:  Neither do I.  Let everybody note that I

4  don't own a big yacht, even a small yacht.

5  BY MR. STRAUCH:

6  Q.   Sir, do you in the course of your work as a port agent up

7  there at Ballentyne regularly deal with the Royal Caribbean

8  Radiance Class vessels?

9  A.   We do.

10  Q.   Like the Radiance?

11  A.   The Radiance itself.

12  Q.   And the sister ships?

13  A.   Yeah, the Rhapsody and the Celebrity ships as well who are

14  both the same size.

15  Q.   How about the Holland America Statendam?

16  A.   They have their own office in Vancouver, but we deal with

17  the Statendam in Seattle which curiously enough they have an

18  office off Holland America, but we do their port agency.

19  Q.   So you have regularly provided services to the Radiance

20  Class ships and you also provide services to the Statendam?

21  A.   We do.

22  Q.   So are you familiar with the requirements of those ships

23  for things like water bunkering and bringing on water?

24  A.   We do, we are.

25  Q.   You familiar with the other requirements for those ships

1  in terms of getting off waste and all of the other things that

2  you do as a port agent?

3  A.   We actually coordinate with Tymac for the removal of the

4  sludge and dry and wet garbage and recycling.

5  Q.   Okay.

6  A.   So what we normally do is prior to the cruise season which

7  is from May through October.  We meet with all of the service

8  providers.  The major ones Tymac and Ceres a stevedoring

9  company. I mean, they're relatively new into it, into the port

10 of Vancouver.

11     So prior to them we dealt with the previous stevedoring

12 company so we set up the working program for the ships and what

13 service we would like and we have a working knowledge of the

14 contract the cruise ships that come under what is called the

15 coastal service, coastal as opposed to the international ships.

16 So the manning is quite more liberal so we can move men between

17 jobs.

18 Q.   I don't want to belabor this but in the contract in

19 Exhibit 1 which has been entered into evidence there is a list

20 of services that Cruise Connections was to provide.  I want to

21 ask you about those.

22     Do you regularly enter into contracts, negotiate contracts

23 for water bunkering?

24 A.   We do.

25 Q.   Recycling, the same thing?

1   A.   Just let me clarify the water bunkering?

2   Q.   Yes?

3   A.   It's not really any negotiation.  The ships all require

4   there are water outlets along the face of the dock base and the

5   ship's personnel come off, for lack of a better word, fire

6   hoses and make a connection to the water outlets and they have

7   a meter on them.  So at the end of the day a clerk from Ceres

8   goes on board and gets a signature from the ship as to how much

9   water they took on board.

10  Q.   And then there is a set charge for that?

11  A.   There is a set charge.  It is primarily the City of

12  Vancouver.

13  Q.   In 2008 you were familiar with the water bunkering charges

14  for these ships, right?

15  A.   Yes.

16  Q.   Were you familiar with the recycling and garbage removal

17  company Tymac and the charges that they customarily made for

18  ships like the Radiance Class vessels and the Statendam?

19  A.   We were.

20  Q.   Were you familiar with the customary charges for embarking

21  and disembarking cruise ships like these Radiance Class vessels

22  and the Statendam that Cruise Connections was to provide?

23  A.   We are, and we provide that service.

24  Q.   I understand.  You were obviously familiar with what you

25  charged to do your port agent job, right?

1   A.   We do.

2   Q.   Were you familiar with the customary charges for ground

3   services that a port agent would provide?

4   A.   We are.

5   Q.   All right.  And the --

6           THE COURT:  If I could interrupt?

7           MR. STRAUCH:  Sure.

8           THE COURT:  Ground services I understand about

9   deliveries and last minute running and all of that.

10      Would you also provide transportation for crew?

11          THE WITNESS:  We do and we did.

12          THE COURT:  Would you provide transportation for

13  passengers?

14          THE WITNESS:  Our company does on a different

15  division.

16          THE COURT:  A different division.

17      How big is the company?

18          THE WITNESS:  The port agency site is pretty small.

19  We have on staff in Vancouver on a regular, during the port,

20  during the cruise season we have two agents, myself, and three

21  support staff in the office.

22          THE COURT:  Right.

23          THE WITNESS:  But on the passenger side of it again,

24  it's a seasonal job for them, they would have 200.

25          THE COURT:  Holy cow.  But the other side, the other

1   division or whatever they would arrange for transportation,

2   buses, whatever --

3           THE WITNESS:  Exactly.

4           THE COURT:  -- it was needed.

5           THE WITNESS:  Meet and greet at the airport.

6           THE COURT:  People off the ship.

7           THE WITNESS:  Two thousand in and two thousand off.

8           THE COURT:  Two thousand?

9           THE WITNESS:  Two thousand.

10          THE COURT:  Off the ship between 9 o'clock.

11          THE WITNESS:  Between 7 and 10, and clean the ship.

12          THE COURT:  And clean the ship until 5.

13          THE WITNESS:  Until noon.

14          THE COURT:  Oh, until noon?

15          THE WITNESS:  And boarding starts at noon.

16          THE COURT:  Wow!  When does the ship depart?

17          THE WITNESS:  Five.

18          THE COURT:  Holy tomalley.

19   BY MR. STRAUCH:

20   Q.   That you're talking about for come in to port, get out of

21   the port?

22          THE COURT:  It's the regular way that cruise ships

23   operate.

24       Can I ask one other question?

25          THE WITNESS:  Of course.

1          THE COURT:  Do you provide cleaning service for the

2    cruise ships or do they --

3          THE WITNESS:  They have their own.  Their crew does

4    it.

5          We do get involved, I do not want to elaborate but we do

6    get involved if the ships have an illness on board.  So we do a

7    sterile clean and we hire shore service, a person will come in

8    and spray and wipe off things to effect that.  Ninety-nine

9    percent of the time the ship's crew do it.

10          THE COURT:  Do it themselves, okay.

11   BY MR. STRAUCH:

12   Q.   Sir, I have one more on that list.  The harbor pilot

13   charges that's something that you were familiar with in 2008?

14   A.   It is.  It's a Government charge.  No negotiation.

15   Q.   The contract between Cruise Connections and the RCMP

16   entered as Exhibit 1, provides that the RCMP is responsible for

17   gray water and black water removal.

18       Can you explain to us, I guess using polite terms, what

19   that is?

20   A.   Sure.  The gray water would be dish water and sink water.

21   The black water would be toilet water.

22   Q.   And who provides that service?

23   A.   Tymac.

24   Q.   There's also something in RCMP's contract with Cruise

25   Connections that makes VPA, Vancouver Port Authority port fees

1    the obligation as a direct pay by the RCMP.

2        Can you tell us what Vancouver Port Authority port fees

3    are, please?

4    A.   There's the, what we call head tax which is the

5    passenger's fee for embarking and disembarking passengers in

6    transit.  So the Ceres as the cruise coordinator on behalf of

7    the port, they bill that on behalf of the port to the Cruise

8    Lines.

9        Then there's the S and F charge, service and facilities

10   charges which is to make sure that all of the services in the

11   facilities that the port has are kept in good condition.  It's

12   a service fee for all of the utilities.  And then there's

13   berthage.

14   Q.   Harbor dues?

15   A.   Harbor dues.

16   Q.   Those VPA port fees can be quite large can they not?

17   A.   They are, substantial.

18       On a regular ship, regular cruise line or cruise ship

19   coming in, there's a head tax assessed against the disembarking

20   passengers, and a same head tax against the embarking

21   passengers.  On a weekly service they get charged twice.

22   Q.   Did you work with Cruise Connections in 2008 to help

23   Cruise Connections prepare to perform its contract with the

24   RCMP?

25   A.   I did.

1  Q.   Were there certain folks at CCCM or Cruise Connections

2  with whom you dealt most regularly?

3  A.   Primarily with Tracey Kelly.

4  Q.   You have a lot of phone calls with him?

5  A.   A lot and he came to Vancouver a lot to visit.

6  Q.   Provide him information?

7  A.   I did.

8  Q.   One of the things that he testified about you providing

9  help with was figuring out this three ship configuration as he

10 put it sort of opened up the market so that Cruise Connections

11 could negotiate more favorably.

12     Do you remember that?

13 A.   I do.

14 Q.   Did you, do you remember you and he sort of having that

15 ah-hah moment of figuring it out?

16 A.   Yeah, he and I did.

17     The Ballentyne is a two berth operation, but the north

18 berth is, has a cruise industry is designated to half of that

19 berth and the other half of the berth is for cargo ships.

20     The cargo ships virtually it's not utilized, so I went with

21 the pilots and with the port to look at the north berth and to

22 see if we could in fact have two cruise ships there without

23 impacting the container operation which is adjacent to it.  And

24 I had one of the guys from the Radiance with me go to the north

25 berth and walk it off and figure out whether we could put two

1  ships there and we could.  So which I relayed to Tracey.

2  Q.   In the course of your work --

3        THE COURT:  So one ship would be out board of the

4  other?

5        THE WITNESS:  No, they would be alongside the berth,

6  Your Honor.

7        THE COURT:  It was long enough for both ships?

8        THE WITNESS:  It was.  There was an overhang which is

9  why I had to meet with the container terminal as their ships

10  come in you have to turn and go out.  But there was an overhang

11  for the one passenger ship.  So as long as the ship could get

12  past the overhang, and so the pilots agreed that it was safe.

13  BY MR. STRAUCH:

14  Q.   Sir, did you in the course of your work with Cruise

15  Connections provide cost estimates to them as to how much

16  services that we just went through would be costing them when

17  they performed this contract?

18  A.   I did.

19  Q.   Did you actually get some cost estimates from contractors

20  like Tymac for instance?

21  A.   I did.

22  Q.   All right.  Did you get cost estimates from Tymac for

23  garbage removal and recycling?

24  A.   I did.

25  Q.   And did you relay those cost estimates to Cruise

1  Connections either in these phone calls or when Tracey came to

2  the port?

3  A.    Yes.

4  Q.    There is --

5  A.    Tymac has a tariff so we went by their tariff.

6  Q.    Cruise Connections has provided some cash flow documents

7  that list charges for garbage disposal and recycling.

8      Do you recall what you told Cruise Connections was what

9  they should budget or estimate for garbage disposal and

10 recycling?

11 A.    About 200,000.

12 Q.    About $200,000?

13 A.    Yes, sir.

14 Q.    Cruise Connections actually budgeted 212,000 for

15 recycling and another 212 for garbage disposal.

16     Does that surprise you?

17 A.    Yes.  Maybe I misinformed.  I said at the time my

18 Alzheimers is just kicking in, but it was in conversation I

19 said that recycling and garbage about $200,000.  I'm not sure.

20 Q.    Okay, that's fine.

21     Did you -- strike that.

22     You're aware that RCMP has provided invoices to us in this

23 case and marked them as trial exhibits?

24 A.    Yes.

25 Q.    Showing some of the charges that they actually incurred?

1   A.   Uh-hmm.

2   Q.   Are you aware of that?

3   A.   I am.

4   Q.   You are aware of that because you actually reviewed all of

5   those invoices?

6   A.   I did.

7   Q.   Do you remember --

8   A.   I reviewed all of what you gave me which wasn't all.

9   Q.   Is all of the ones they marked as trial exhibits?

10  A.   Yeah.

11  Q.   When you reviewed those did you take a look at the garbage

12  disposal and recycling invoices from Tymac?

13  A.   I did.

14        MR. STRAUCH:  I apologize, Your Honor.

15        (Pause.)

16    I'll come back to that while we find that exhibit.

17    My apologies to the Court.

18  BY MR. STRAUCH:

19  Q.   Did you provide for Cruise Connections an estimate as to

20  what your port agent charges would cost?

21  A.   I did.

22  Q.   Do you remember how much you told them that would be?

23  A.   I think for the length of time that we were talking about

24  then about $45,000 for all three ships.

25  Q.   Right.  I will let you know that Cruise Connections' cash

1  flow documents show 46,000 instead of the 45,000, is that fair?

2  A.   Sure.

3  Q.   Is that what you would have charged Cruise Connections to

4  do your service had the RCMP not breached the contract?

5  A.   Correct.

6  Q.   In your review of the RCMP invoices did they actually pay

7  more for portage?

8  A.   Minor, 60 something.

9  Q.   About $14,000 more?

10  A.   Right.

11  Q.   Did you provide embarkment and disembarkment cost

12  estimates to Cruise Connections?

13  A.   We did.

14  Q.   Do you remember what those were?

15  A.   If I said it was 40 something thousand dollars each way.

16  At that time there was one load and one disembark.

17  Q.   Your memory is good because we've got $80,000 on the cost

18  sheets, the cash flow sheets from Cruise Connections 80,000 for

19  embarkment and 80,000 for disembarkment.

20     Does that jive with your memory on what you would have

21  provided Cruise Connections as an estimated cost?

22  A.   It is.  I must point out that was in conjunction with the

23  other side of our company.  So that is what we charge normally

24  to deal with it.

25  Q.   Again, I might be the only guy in the courtroom who

1  doesn't really understand this.  But what is this charge for

2  embarking and disembarking, what are you doing?

3  A.   We are, we set up booths at the terminal that the port

4  provides and as the RCMP passengers come to the terminal, we

5  would have help to provide meet and greet at the airport if

6  they were coming in commercial or some of them were probably

7  coming in a Government aircraft, I'm not sure.  But we would

8  have met them at the airport, those that we had to.

9      Provide transportation to the terminal and then meet with

10  them at the terminal and assign them the rooms for the

11  categories that they were allotted to each of the ships.

12  Q.   Was your estimate of $80,000 for embarkment and 80,000 for

13  disembarkment, was that based on an understanding that the RCMP

14  contract specifically contemplated one embarkment and one

15  disembarkment being charged against Cruise Connections?

16  A.   Yes.

17  Q.   Yes?

18  A.   Yes, sir.

19  Q.   Can you --

20  A.   Per ship, right.

21  Q.   Can you in your review of the invoices provided by RCMP

22  can you tell how much they actually paid for embarkment and

23  disembarkment?

24  A.   I can't.

25  Q.   That charge is not reflected in there?

 1  A.    It doesn't.  It's not sorted out.

 2  Q.    We're going to get to this shortly.  But there are in

 3  those invoices provided by RCMP, there's a few full invoices

 4  but then there's a lot of summaries of what they pay; is that

 5  fair?

 6  A.    Yes, sir.

 7  Q.    Did you provide a water bunkering charge estimate to

 8  Cruise Connections?

 9  A.    We did.

10  Q.    Do you remember what that was?

11  A.    We just multiple, I mean, what we did we multiply what the

12  Radiance does every Saturday and multiplied it by three ships

13  and the length of times.

14  Q.    Cruise Connections' cash flow statements say a $125,000

15  for water bunkering.  Does that fit with what you would have

16  told them?

17  A.    That makes sense to me.

18  Q.    How do you arrive at that?  Took the ship and

19  multiplied --

20  A.    The ships all bunker when they come into Vancouver for

21  water and so it's virtually exactly the same program with the

22  --

23           THE COURT:  But the one day for the Radiance Class

24  you would have to multiply times three ships --

25           THE WITNESS:  Times seven.

1    THE COURT:  -- time whatever number of days?

2    Seven is good.  So the water is not actually that

3  expensive.

4    THE WITNESS:  It's not.  At that time it was about

5  just under $2 a ton.

6    THE COURT:  Ahh, interesting to sell water by weight.

7  Okay, thank you.

8    (Plaintiff's Exhibit Numbers 23 and 24 marked for

9  identification and received into evidence.)

10    MR. STRAUCH:  May I approach the witness, please?

11    THE COURT:  Yes.

12  BY MR. STRAUCH:

13  Q.   Sir, I'm going to hand you what we have marked as Exhibit

14  23.  Is that among the invoices that you reviewed?

15  A.   It is.

16  Q.   And these are invoices that the RCMP provided showing

17  costs that they paid.

18    Is that right?

19  A.   Yes, sir.

20  Q.   Do you see on the first page -- well, let me stop you.

21    How many invoices are included in Exhibit 23?

22  A.   Three.

23  Q.   Actually four?

24  A.   I'm sorry, four.

25  Q.   And what ship are they for?

1  A.    The Carnival Elation.

2  Q.    Should there be an invoice like this for each day that

3  that ship was in port?

4  A.    Yes.

5  Q.    And if the Carnival Elation was in port from January 28

6  until early March, there should be more than 30 invoices that

7  the RCMP received from Ceres; is that right?

8  A.    That's correct.

9  Q.    Do you have any idea why they only provided four to us?

10  A.    I don't.  Just examples, I'm not sure.

11  Q.    Well, you see there's a fresh water supply fee listed on

12  the first page of Exhibit 23?

13  A.    Yes.

14  Q.    And there's a similar charge listed on the first page of

15  each of the four invoices for the Elation.

16      Do you see that?

17  A.    Yes, yes, sir, I do.

18  Q.    In reviewing that can you tell us whether or not the water

19  bunkering estimate of a $125,000 based on your fee calculation

20  you believe would have been accurate?

21  A.    I do.

22  Q.    Okay.

23          THE COURT:  Would this be a weekly bill?  It says

24  sail date 1/31 but then it says sail date 2/1.  Would this be

25  daily?

1              THE WITNESS:  That is the invoice date would be the

2    10th.

3              THE COURT:  But I mean, it's a daily cost of $50,000

4    a day?

5              THE WITNESS:  They are.

6              THE COURT:  What are they doing for that?  I mean,

7    the labor of $13,000, what are they doing?  Is that the helping

8    people on and off the ship?

9              THE WITNESS:  No.  Well, in fact, they were, and they

10   were servicing the ship.

11             THE COURT:  I see.  Okay, because it's your company

12   that helps on and off.  Never mind.  I'm confusing --

13             THE WITNESS:  Well, in fact --

14             MR. STRAUCH:  We're going to get into that.

15             THE COURT:  Okay.

16   BY MR. STRAUCH:

17   Q.   Sir, while you have got that invoice or the stack of four

18   invoices for the Elation there in front of you, we have talked

19   earlier about VPA fees, the passenger fees.  I think you called

20   it head tax and we also talked about the S and F for the

21   service and facilities fee.

22       Do you see that listed on each of those four invoices that

23   RCMP provided for the Elation?

24   A.   I do.  It's on the last page of each.

25             MR. STRAUCH:  Your Honor, I need to correct something

1  that I said.  There are four invoices for the Elation in the

2  time period that we would have had the other ship in.

3       There's three others for three days before we would have

4  arrived.

5            THE COURT:  Okay.

6            MR. STRAUCH:  So I had said four before, there's

7  actually seven.

8            THE COURT:  You mean the Elation in fact was there

9  earlier than you had planned to be.

10           MR. STRAUCH:  Correct.

11           THE COURT:  Okay.

12 BY MR. STRAUCH:

13 Q.   Sir, you see the VPA passenger fee and the service and

14 facilities fees listed on Exhibit 23 in those four invoices?

15 A.   I do.

16 Q.   Those get to be in the tens of thousands of dollars a day.

17 Is that right?

18 A.   That's correct.

19 Q.   Is that, I mean, that's what gets charged, it's not some

20 up charge, right?

21 A.   No.

22           THE COURT:  What do you mean some up charge?  You

23 mean it's not been added to, just a customary charge?

24 BY MR. STRAUCH:

25 Q.   It is what it is, is my artful question.

1    I mean, that's the VPA port fee is what the VPA port fee

2    is; is that right?

3    A.    That's correct.

4    Q.    And since RCMP was responsible for paying those fees under

5    the contract with Cruise Connections, would any part of that

6    have been passed on to Cruise Connections?

7    A.    No, sir.  No, sir, fresh water.

8    Q.    The fresh water we talked about, and that was a $125,000

9    that you referenced.

10           MR. STRAUCH:  May I approach?

11           THE COURT:  Yes.

12   BY MR. STRAUCH:

13   Q.    Sir, I'm handing you what we have marked as Plaintiff's

14   Exhibit 24.  Is this another stack of Ceres' invoices?

15   A.    Yes, sir.

16   Q.    Can you tell what ship it's from?

17   A.    I can, it's Oosterdam.

18   Q.    Is that one of the ships that RCMP used after rebid the

19   contract and went direct with the cruise lines?

20   A.    That's correct.

21   Q.    We have sail dates listed on these of, well, first one is

22   February 4 and you can flip through them and see what they are,

23   right?

24   A.    Right.

25   Q.    How many invoices are there?

1  A.    Ten.

2  Q.    Do you know how many days that Oosterdam was in port under

3  the contract?

4  A.    I don't -- 30, 33.

5  Q.    Let me put it to you this way.  The RCMP contract with the

6  Cruise Line provided that the Oosterdam would arrive on the

7  31st of January and leave in early February.  Should there be

8  over 30, should there be approximately 30 invoices like this

9  for the Oosterdam?

10 A.    There should.

11 Q.    Do you know why RCMP only provided us ten?

12 A.    No.

13 Q.    Okay.  Can you tell from these ten invoices that they

14 actually did provide that there were these tens of thousands of

15 dollars a day being paid for the VPA passenger fees that RCMP

16 was responsible for under the contract?

17 A.    Yes, sir.

18         THE COURT:  Let me clarify.  Let me look at the

19 Exhibit 23 the very first of these invoices from Ceres.

20         THE WITNESS:  Yes.

21         THE COURT:  And I'm asking the lawyer, not you.

22         THE WITNESS:  Oh, I'm sorry.

23         THE COURT:  That's all right.

24      Is it the Plaintiff's position that, that the $13,223 on

25 the first line for labor would have been a pass through?

1          MR. STRAUCH:  Negative.  It is, however, the

2     Plaintiff's position that the $13,223 on the first line is a

3     vast overspend by the RCMP, and that this gentleman knew how to

4     act as a port agent and reduce those labor costs mightily and I

5     intend to go through that with him.

6          THE COURT:  All right.  What about the 2493 for

7     equipment, is that a pass through?

8          MR. STRAUCH:  Be the same as the previous one.

9          THE COURT:  All right.  What about the 453 for BCMEA

10    hourly assessments?

11         MR. STRAUCH:  I have to ask the witness because I'm

12    not certain what that is.

13         THE WITNESS:  That's, I think I mentioned earlier,

14    the BCMEA, Maritime Employer's Association is the association

15    that negotiated the contract with the ILWU and they assess the

16    stevedoring companies for which is a way of funding the BCMEA.

17    They don't have an income other than that.  So it's their

18    negotiating money.

19    BY MR. STRAUCH:

20    Q.   Is that based upon the amount of labor charges or

21    equipment?

22    A.   It is.

23    Q.   Okay.

24         MR. STRAUCH:  So then, Your Honor, our position on

25    the BCMEA hourly assessments would be that it is tied in with

1    labor and equipment.

2              THE COURT:  Okay.  The management fee?

3              THE WITNESS:  That's, the contract that Ceres has

4    with the port is that their services are provided at cost and

5    so they have a 20 percent mark up on labor as their profit.

6         So if you see $13,000 in labor, multiply that by 20

7    percent, you come up with 2644.

8              THE COURT:  Okay.

9              THE WITNESS:  You see that?

10             THE COURT:  That would go up or down depending on

11   what the labor cost is, but it's tied to labor.

12             THE WITNESS:  Exactly.

13             THE COURT:  The VPA passenger fees, those are the

14   port fees?

15             MR. STRAUCH:  Those are the port fees for which RCMP

16   was --

17             THE COURT:  The VPA services and facilities fees,

18   those are the ones that would go to RCMP.

19             MR. STRAUCH:  RCMP pays that.

20             THE COURT:  But CCCM would be billed for the fresh

21   water and the GST, we all know what the GST is.

22             MR. STRAUCH:  Five percent on the whole bill, right,

23   but we are responsible for the water.

24             THE COURT:  Yes, you are responsible for the water

25   and then the GST has a very complicated process underneath the

1  contract.

2      Okay, I got it.  Thank you.

3      MR. STRAUCH:  Thank you.

4  BY MR. STRAUCH:

5  Q.  Sir, in reviewing the invoices that RCMP provided how many

6  of the invoices like the ones you have there in front of you

7  did you see for the Statendam?

8  A.  I don't know that I saw any for the Statendam.

9  Q.  There should be, that ship was in from January 12 until

10 early February as well.  You are aware of that?

11 A.  Yes.

12 Q.  And when we were using the Statendam, we were going to be

13 in for 44 days.  Are you aware of that?

14 A.  Yes, sir.

15 Q.  How many invoices, if one wanted to compare what was spent

16 on the Statendam to what we would have spent on the Statendam

17 by providing those invoices and we were going to have boating

18 for 44 days, how many invoices should you have?

19 A.  Should have been 44.

20 Q.  In your review of the documents there were precisely none?

21 A.  Correct.

22 Q.  Ground services is also something that you made an

23 estimate to for Cruise Connections.  Do you recall how much you

24 estimated for that?

25 A.  Eighty thousand.

1  Q.   The document that Cruise Connections prepared for its cash

2  flow was 50,000?  Do you know why that would be?

3  A.   What did you say, I'm sorry?

4  Q.   Ground service?

5  A.   I'm sorry, I thought you meant embarking, disembarking.

6  Q.   Sorry, port agent ground services?

7  A.   Right.  That was to do with the ground services was moving

8  the passengers from the airport to Vancouver.  So it was just

9  the cost of ground transportation.

10 Q.   Based on your experience -- well, strike that.

11     I take it that Cruise Connections explained to you how many

12 passengers were going to be on these ships?

13 A.   Yes, sir.

14 Q.   Based on that understanding of the number of passengers

15 and based on your experience working as a port agent there in

16 Ballentyne Pier do you believe that your estimate of $50,000

17 for ground services was a reasonable one?

18 A.   Yes, sir.

19 Q.   You still believe that?

20 A.   I do.

21          THE COURT:  Can I ask a question?

22     How much of that is dependent on their being only three

23 embarkation dates and three disembarkation dates; that is, one

24 for each ship?  In other words, did the 50,000, did you

25 anticipate providing any ground transportation for passengers

1   during the course of the time --

2            THE WITNESS:  We did not.  We did not.

3            THE COURT:  So it's just to get them in and out?

4            THE WITNESS:  Yes.

5            THE COURT:  So this represents 50,000, whatever the

6   number is that CCCM used represented filling three ships and

7   emptying three ships of passengers?

8            THE WITNESS:  Moving the passengers from the airport.

9            THE COURT:  Right.

10           THE WITNESS:  To the ship.

11           THE COURT:  But getting them into the ship, off the

12  ship and back to where ever they needed to be.

13           THE WITNESS:  Getting them to the facility, to the

14  terminal and then we would check them into the ship.

15           THE COURT:  I'm sorry.  I need to speak as precisely

16  as you, but I understand.

17           THE WITNESS:  No, that's okay.

18           THE COURT:  But I understand.  Thank you.

19  BY MR. STRAUCH:

20  Q.   Harbor pilotage is that also something that you provided

21  an estimate to Cruise Connections for?

22  A.   I did.

23  Q.   Do you remember what you estimated harbor piloting was

24  going to cost?

25  A.   I think it was $30,000.

1  Q.   Cruise Connections actually has a higher budget for that

2  of $45,000.  I am just making you aware of that.

3     Did you review the invoices that the RCMP provided to look

4  at pilotage charges?

5  A.   I did.  There was not a pilotage invoice for each.  There

6  should have been a pilotage invoice coming from Victoria to

7  Vancouver and then back from Vancouver to Victoria.  So there

8  should have been six invoices.

9  Q.   How many did you see?

10  A.   I think only four.

11  Q.   The actual invoices.  How about on the summary sheets

12  provided by RCMP, did they list pilotage charges?

13  A.   Yes, they did.

14  Q.   Have you seen those summary sheets before that type of

15  thing?

16  A.   No.

17  Q.   Did the summary sheets show pilotage charges just over

18  $39,000?

19  A.   Yes.

20  Q.   We can put these away?

21  A.   Right.

22  Q.   I don't want to use your time up doing math.  Her Honor

23  can do that.

24     But if the RCMP incurred $39,000 approximately in pilotage

25  charges is that in line with your estimate of what you would

1  have expected?

2  A.   It is.  Bear in mind the three ships were of different

3  size than the three ships that Cruise Connections was going to

4  use.  So it's based on the size.  So it's a formula, so smaller

5  ships has a smaller --

6         THE COURT:  The RRCL ships were larger, right?

7         THE WITNESS:  They were, yes, Your Honor.

8  BY MR. STRAUCH:

9  Q.   So the $39,000 is probably a little bit lower than what

10  Cruise Connections would have paid?

11  A.   Right.

12  Q.   Okay.  Do you stand by the $45,000 estimate that you made

13  to Cruise Connections?

14  A.   I do.

15     (Plaintiff's Exhibit Number 21 A marked for identification

16  and received into evidence.)

17  BY MR. STRAUCH:

18  Q.   We had talked before about garbage disposal and recycling.

19  I was unable to find the exhibit that I was looking for, but

20  smarter people than me have arrived.

21     So Your Honor, may I approach, please?

22         THE COURT:  Yes.

23  BY MR. STRAUCH:

24  Q.   I hand you what we have marked as Plaintiff's 21 A and ask

25  you whether you have seen those invoices before?

1   A.    I have.

2   Q.    Those Tymac invoices provided by RCMP?

3   A.    I have.

4   Q.    Have you reviewed those?

5   A.    I have.

6   Q.    Do these invoices reflect charges for both garbage removal

7   and recycling?

8   A.    They do.

9   Q.    Tell the Court, please, on the very first page of 21 A,

10  waste, sludge oil removal and disposal.  Is that recycling or

11  is that garbage?

12  A.    It's engine waste so as the ship's engines are using the

13  fuel they create a waste and so they pump that off to a Tymac

14  tanker truck and that tanker truck takes it away to a recycling

15  facility.

16  Q.    So that's a recycling charge?

17  A.    Right.

18  Q.    Flip to the next invoice, please, the one with CAN 14566

19  at the bottom?

20  A.    Yes.

21  Q.    Does that list the waste removal charge?

22  A.    It does.

23  Q.    And recycling charge?

24  A.    It does.

25  Q.    Don't want to waste too much time with this, but in the

1  review of all of the RCMP invoices what we have here marked as

2  21 A is that all of the recycling and waste removal invoices

3  that was contained in what you reviewed?

4  A.   That's right.

5           MR. STRAUCH:  Your Honor, may I approach again?

6           THE COURT:  Yes.

7      These don't identify the particular ship, do they?  I

8  can't see the ship.  I see that it's Carnival.

9           MR. STRAUCH:  If you look at the first page you see

10 Elation just above price and then when you get --

11          THE COURT:  Yes, I'm sorry.

12          MR. STRAUCH:  No problem.  When you get later into

13 the document --

14          THE COURT:  Okay, I see where it is.

15          MR. STRAUCH:  -- you see summary sheets for, says

16 Oosterdam.

17          THE COURT:  Okay, thank you.

18 BY MR. STRAUCH:

19 Q.   Sir, when you were asked before that you had seen some

20 invoices and summary sheets, is this the type of summary sheet

21 that you were talking about, what is contained in this Exhibit

22 21 A?

23 A.   Yes, sir.

24    (Plaintiff's Exhibit Number 21 marked for identification

25 and received into evidence.)

1          MR. STRAUCH:  May I approach, Your Honor?

2          THE COURT:  Yes.

3     BY MR. STRAUCH:

4     Q.   Sir, I'm handing you what we have marked as Plaintiff's

5     Exhibit 21.  You have not seen this before, is that right?

6     A.   I have not.

7     Q.   Okay.  I will represent to you that it is a spread sheet

8     that adds up all of the Tymac bills for waste removal and

9     recycling that are contained in 21 A.  All right.

10         With me so far?

11    A.   Yes, sir.

12    Q.   Okay.  And you see the total is a $187,267.51?

13    A.   I do.

14    Q.   Is that surprising to you given that you estimated about

15    $200,000 for waste removal and recycling for these three ships?

16    A.   I would say again that they're a smaller ship.  They are

17    two smaller ships so less people and less waste.

18    Q.   Do you know that there was less people?

19    A.   No, I don't, but we also went on the full capacity of the

20    ship.  So as I understand they were going to be full.

21    Q.   Fair enough.

22         THE COURT:  Is there any objection to Plaintiff's

23    Exhibit 21?

24         MR. TOWNSEND:  Your Honor, on the representation of

25    Plaintiff's counsel, this is simply an addition, no objection.

1          THE COURT:  Thank you, sir.

2          Plaintiff's Exhibit 21 will be admitted.

3          (Plaintiff's Exhibit Number 21 was received into

4    evidence

5          MR. STRAUCH:  Thank you.

6          Your Honor, may I approach the witness, please?

7          THE COURT:  Yes.

8          (Pause.)

9          (Plaintiff's Exhibit Number 20 A marked for

10   identification and received into evidence.)

11          MR. STRAUCH:  I apologize for the delay, Your Honor.

12   BY MR. STRAUCH:

13   Q.   Mr. Webber, I'm handing you what's been marked as

14   Plaintiff's Exhibit 20 A.  Have you reviewed, did you review

15   that when you were reviewing the documents provided by the

16   RCMP?

17   A.   I did.

18   Q.   Does this indicate what ship this is for?

19   A.   Statendam.

20   Q.   It's really small writing but you can see the Statendam?

21   A.   Yes, sir.

22   Q.   Do you see that there are port charges for January 12,

23   running through January 18?

24   A.   Yes, sir.

25   Q.   Okay.  Do you know that under our contract with the RCMP

1  we weren't to put that vessel into your port until the 19th of

2  January?

3  A.    Correct.

4  Q.    We had talked about before about these summary sheets.

5  This summary sheet that we have marked as 20 A, is this the

6  only information that you have seen in all of the receipts and

7  summary sheets that RCMP has provided about charges for the

8  Statendam other than waste removal or gray water, black water?

9  A.    It is.

10 Q.    Or I guess the pilotage as well?

11 A.    Right.

12 Q.    As far as dock charges on your dock this is it?

13 A.    This is it.

14 Q.    Can you tell anything from this doc about how much was

15 incurred in the Statendam on those VPA head taxes?

16 A.    I cannot.

17 Q.    Can you tell anything from this document on how much was

18 incurred on the Statendam for those VPA service and facility

19 fees?

20 A.    I cannot.

21 Q.    Those are fees that run in the tens of thousands of

22 dollars a day?

23 A.    Right.

24 Q.    That RCMP was responsible for?

25 A.    Yes, sir.

```
 1            THE COURT:  Where are the dates on this?

 2            MR. STRAUCH:  Your Honor, if you --

 3            THE COURT:  I see the invoice date.

 4            MR. STRAUCH:  If you look in the port call column.

 5            THE COURT:  Is that a date?  That's just sort of --

 6            MR. STRAUCH:  It's dates, but it's hard to read.

 7            THE COURT:  What do you think I'm 26?  Okay.  I'll

 8  hand it off to someone who is 26.

 9       Thank you.

10  BY MR. STRAUCH:

11  Q.   Can you tell anything about what was done to provide labor

12  on the port from these invoices?

13  A.   No.

14  Q.   Strike that.  I called them invoices, that's not accurate.

15       From the summary sheet?

16  A.   No.

17  Q.   We talked before about stevedoring and that's something

18  that you regularly deal with.  The Cruise Connections cap fill

19  projections indicate $225,000 budget for stevedoring.  Is that

20  a number you provided to Cruise Connections?

21  A.   It is.

22  Q.   Did you base that number on your experience as a port

23  agent since the early '80s?

24  A.   It was.

25  Q.   Since I was still in high school.  You don't have to
```

1   answer that, sorry.

2        THE COURT:  Well, I'm going to answer that.  Now he's

3   making fun of us.

4   BY MR. STRAUCH:

5   Q.   Do you in the course of your work as a port agent in

6   dealing and negotiating with Ceres Corporation, do you have to

7   know what the union contract requires?

8   A.   I do.

9   Q.   Do you know what the union contract requires?

10  A.   I do.

11  Q.   Do you know what the union contract does not require be

12  done by longshoreman?

13  A.   I do.

14     (Plaintiff's Exhibit Number 26 marked for identification

15  and received into evidence.)

16        MR. STRAUCH:  Your Honor, may I approach, please?

17        THE COURT:  Yes.

18  BY MR. STRAUCH:

19  Q.   Mr. Webber, handing you Plaintiff's Exhibit 26.  Is that a

20  document you've seen before?

21  A.   It is.

22  Q.   It's one of the ones that you reviewed that the RCMP put

23  in their defense exhibits?

24  A.   Yes, sir.

25  Q.   Plaintiff's Exhibit 26 has been represented by RCMP in

1  this case as estimates that the RCMP itself made.  Are you

2  aware of that?

3  A.   Uh-hmm.

4  Q.   You see on the bottom there are four entries for

5  stevedoring.  Do you see that?

6  A.   I do.

7  Q.   The first stevedoring entry is for stevedoring day baggage

8  $952,000, you see that?

9  A.   Yes, sir.

10  Q.   Do you know what day baggage is?

11  A.   It's the charge for longshoreman moving the bags from the

12  front of the terminal into and on board the ships.

13  Q.   You see there's an entry for stevedoring day stores

14  160,000, do you know what day stores is?

15  A.   I do.  It's the stores being delivered.  Stores being

16  supplied to the ships.

17  Q.   Stevedoring gang watch is next on the list and that's

18  533,000.  Do you see that?

19  A.   I do.

20  Q.   And do you know what that gang watch is?

21  A.   I do.

22  Q.   You correct me for gangway watch?

23  A.   That's right.

24  Q.   And then the stevedoring lines, you know what that charge

25  is for?

1   A.    I do.

2   Q.    Is that tying up the ship?

3   A.    And letting go.

4   Q.    Those RCMP stevedoring estimates turn into a grand total

5   of 1.66 million dollars.  Can you imagine --

6            THE COURT:  Is that U.S. or Canada, it is Canadian?

7            MR. STRAUCH:  Pardon?

8            THE COURT:  One point six six Canadian presumably?

9            MR. STRAUCH:  It's not my document.

10            THE COURT:  But it's a Canadian document, right?

11            MR. STRAUCH:  I've got to assume that it is because

12   RCMP prepared it.

13            THE COURT:  Okay.

14   BY MR. STRAUCH:

15   Q.    Can you imagine stevedoring cost incurred by Cruise

16   Connections being 1.66 million dollars?

17   A.    No.

18   Q.    Let's talk about this $952,000 allotment in the estimate

19   for day baggage by stevedores.  You said that was carrying bags

20   on board?

21   A.    Right.

22   Q.    Does the union contract say anything about whether or not

23   it is required that these longshoreman carry a guy's bag onto

24   the ship for them?

25   A.    No, sir.

1  Q.   It doesn't say anything about it?

2  A.   The passengers in, in this case, these passengers if

3  they're capable, they're allowed to carry their own bags.

4  Q.   Under the contract --

5  A.   Under the contract.

6  Q.   Under the contract are abled bodied individuals allowed to

7  carry their own bags on board?

8  A.   They are.

9  Q.   So under the contract the stevedores don't automatically

10  get that carrying bags on and off business?

11  A.   No.

12  Q.   Would you if you had been allowed to act as the port agent

13  for Cruise Connections, meaning this, not this contract not

14  been breached and carried out, would you ever, ever have

15  incurred a charge for having longshoreman carry the RCMP's bags

16  on board for them?

17  A.   No, sir.

18  Q.   To your understanding are RCMP folks able bodied folks so

19  that under that contract they wouldn't have had to have their

20  bags carried on?

21  A.   They would not.

22  Q.   Would you strike the entire $952,000 estimate for carrying

23  people's bags on board from anything that you would have done?

24       THE COURT:  We have an objection, sir, so don't

25  answer that.

1          Yes, sir?

2          MR. TOWNSEND:  Your Honor, I have not objected to

3  leading because it was speeding us along.

4          THE COURT:  Right, and it is all --

5          MR. TOWNSEND:  This one is a little much.

6          THE COURT:  This one is drawing a conclusion that I

7  can draw.  So I think you have made the point.

8          MR. STRAUCH:  Thank you.

9          THE COURT:  And I don't think that you need the

10  witness to draw any conclusion from your point and I'll wait

11  until I hear the cross and then I'll make the conclusion.

12          MR. STRAUCH:  Thank you.

13  BY MR. STRAUCH:

14  Q.   The stevedoring day storage, what is that, please?

15  A.   That is the cost of the supplies coming to the ship in the

16  trucks, longshoreman off loading the truck, putting them onto a

17  pallet and loading them on board the ship.

18  Q.   What does it mean day storage, or day stores it says, what

19  does it mean day?

20  A.   Should be delivered in the day shift.

21  Q.   On a daily basis?

22  A.   On the day shift.

23          THE COURT:  On the day shift.

24  BY MR. STRAUCH:

25  Q.   Would you have done stevedoring day stores on a daily

1  basis, a weekly basis or something different?

2  A.   We do that once per week.

3  Q.   Okay.  If you were doing stores once per week, would you

4  imagine a cost for storage of provisions to be a $160,000?

5  A.   I suspect not.  We don't spend that kind of money on a

6  cruise ship that's been sailing for seven days and is

7  replenishing their store.  So we load them once a week with the

8  same number of passengers so we would have only done it once a

9  week to these ships.

10       THE COURT:  Would it be different for the ships that

11  were just sitting still at the pier?  Would they, would you

12  anticipate that they would not bulk up at the beginning of the

13  cruise so-to-speak the way they would on a weekly cruise?

14       THE WITNESS:  Your Honor, they would.  The ships

15  would have taken on full stores in San Diego as it's less

16  expensive, the products are cheaper in San Diego.

17       But the same number of people on board and, you know, in

18  a cruise ship passengers are going to bed at nine o'clock or

19  ten o'clock.  So during the night they don't eat much.  But the

20  RCMP were working 24/7.  So they were consuming meals and

21  products for all 24 hours as opposed to, so once a week would

22  have been plenty for sure.

23  BY MR. STRAUCH:

24  Q.   Did you budget the cost for provisions doing the stores on

25  the ship?

1  A.    We did.

2  Q.    Into the 225,000 --

3  A.    I did.

4  Q.    Let me finish.  Into the 225,000 stevedoring estimate that

5  you provided to Cruise Connections?

6  A.    I did.

7  Q.    The next entry under RCMP stevedoring estimate is the

8  gangway watch for $533,000.

9      Do you believe that $533,000 is a reasonable estimate for

10 what you would need to do to watch the gangways?

11 A.    I'm not sure why they did it.  In Vancouver we have a 16

12 foot tie range so the gangways have to be moved to a different

13 opening on the ship and we would have longshoreman, if they had

14 longshoreman, making sure that the gangways were safe for the

15 RCMP to cross and look after.  But that's a lot of money but it

16 is 24/7 because the ship was running 24/7.

17 Q.    How many guys do you need to be watching each gangway

18 24/7?

19 A.    Two.

20          THE COURT:  Two which means two, four, six?

21          THE WITNESS:  Right.

22 BY MR. STRAUCH:

23 Q.    It's two per gangway?

24 A.    That's right.  Per gangway per shift.

25          THE COURT:  Per gangway per shift.  Since there are

 1  three ships it's six per gangway.  How many gangways, two?

 2          THE WITNESS:  Three.

 3          THE COURT:  Oh, I'm sorry.

 4  BY MR. STRAUCH:

 5  Q.   Is it one per ship?

 6  A.   That's right.

 7  Q.   Times three ships.

 8     Do you know the rates that were charged during the time

 9  period of olympics for the folks to watch these gangways?

10  A.   I do.

11  Q.   Did you provide me those rates?

12  A.   I did.

13  Q.   They're actually in the few invoices that RCMP provided?

14  A.   Right.

15  Q.   Are there different rates depending on whether you're

16  working morning, afternoon or graveyard shift?

17  A.   Yes, sir.

18          MR. STRAUCH:  Your Honor, may I approach the witness,

19  please?

20          THE COURT:  Yes.

21  BY MR. STRAUCH:

22  Q.   Before I put this up I want to make sure that what I have

23  just handed you accurately provides the rates for what it would

24  cost to pay these guys to be watching the gangway during the

25  morning, afternoon and night or graveyard shifts?

1   A.    Yes, sir.

2   Q.    And does it provide the number of days that the Statendam

3   was to be in harbor under our contract?

4   A.    It does.

5   Q.    And the number of days that the two Royal Caribbean Cruise

6   Line ships were to be in the harbor under our contract?

7   A.    It does.

8   Q.    And have I adequately accounted for the number of folks,

9   for example, you would need to be watching the gangway during

10  each shift?

11  A.    Right.

12       (Plaintiff's Exhibit Number 50 marked for identification.)

13            MR. STRAUCH:  Can I approach, Your Honor?

14            THE COURT:  Yes.

15  BY MR. STRAUCH:

16  Q.    I'm going to put a proper exhibit sticker on this as soon

17  as I can locate some, but for now I have put Plaintiff's

18  Exhibit 50 on here in my handwriting.  I want to use this.  I'm

19  going to have to do it piecemeal here.

20       Is that legible on the screen?

21       For the Statendam would you need two men for every eight

22  hour shift?

23  A.    Yes, sir.

24  Q.    For the cheapest one at the rate that's indicated on

25  there?

1   A.   Yes, sir.

2   Q.   And for 44 days?

3   A.   Right.

4   Q.   And then you got a second and third shift the rates that

5   are on there is what was actually charged?

6   A.   Right.

7   Q.   And how about for the Royal Caribbean Cruise Line ships,

8   is my math laying out eight hours, I have got four men now

9   because there is two of those ships; is that fair?

10  A.   That's correct.

11  Q.   Does this indicate that the total charge for gangway watch

12  should have been about a $140,000?

13  A.   That's right.

14  Q.   Is that, had you been the guy who was acting the port

15  agent would you have contracted for more than two people to be

16  watching more than what you needed?

17  A.   I would absolutely have negotiated for only two.  I assume

18  I would be successful.

19  Q.   Is that something you have been able to do in the past?

20  A.   We do not require gangway watch because the gangways that

21  were being utilized for cruise ships are automatically, level

22  for the ships so these one were so-called ground gangways going

23  to the side of the ship.

24  Q.   Did you factor in these gangway watch charges into your

25  stevedoring estimate of 225,000 into what you provided Cruise

1  Connections?

2  A.   I would have to say that I probably didn't because I

3  didn't think we would need them.  But and if we did need them,

4  then this is what I would have accounted for.

5  Q.   What do you believe to be a reasonable estimate for

6  stevedoring day stores charges for provisioning the ship?

7  A.   Well, once a week we would be, it would be somewhere

8  around $8,000.

9  Q.   Pardon?

10 A.   Eight thousand dollars.

11 Q.   Per week?

12 A.   Per ship.

13 Q.   Per ship.  So $24,000 times however many weeks were in

14 there?

15 A.   Right.

16 Q.   And there was a lines charge on Plaintiff's Exhibit 26.

17 Stevedoring lines, that's got to be incurred?

18 A.   No choice.

19 Q.   Sir, did you see --

20        THE COURT:  Is there any objection to Plaintiff's

21 Exhibit 50?

22        MR. TOWNSEND:  Assuming Your Honor will give it the

23 weight it deserves, no objection.

24        THE COURT:  Okay.

25        (Plaintiff's Exhibit Number 50 received into evidence.)

1          MR. TOWNSEND:  Your Honor, may I ask since you asked

2    about the last two exhibits, mainly we'll assume for

3    yesterday's exhibits.

4          THE COURT:  All of the exhibits are coming in.

5          MR. TOWNSEND:  Okay.

6          THE COURT:  Everything is coming in.  I'm just asking

7    about the last two because they were summaries, done by hand

8    and I didn't want, I wanted to be sure on the record that you

9    said it's okay.

10         MR. TOWNSEND:  Your Honor, I understand and

11   appreciate Your Honor's asking.

12         THE COURT:  Okay.  Good.  We're, but we're all

13   together.  Everything has come in including Number 1, the

14   Plaintiff's Number 1 from yesterday.

15         MR. STRAUCH:  Your Honor, may I approach, please?

16         THE COURT:  Yes.

17       And in the end you're going to be able to tell us the

18   exhibit numbers of the exhibits you actually used with this

19   witness because they're not all in, right?

20         MR. STRAUCH:  Yes.

21         THE COURT:  All right.

22       (Plaintiff's Exhibit Number 28 marked for identification

23   and received into evidence.)

24   BY MR. STRAUCH:

25   Q.  Sir, did you in the course of reviewing the invoices

1   provided by RCMP and summary sheets provided by RCMP see what

2   you now have in front of you?

3   A.   I did.

4   Q.   And that's Exhibit 28 of the plaintiff?

5   A.   Yes.

6   Q.   Okay.  And you see there's some indication about something

7   having to do with snow removal.

8       Do you see that?

9   A.   I do.

10  Q.   If you flip to the last page of that exhibit, do you see

11  the snow removal invoice broken out?

12  A.   I do.

13  Q.   What does it indicate was the work date for snow removal?

14  A.   The 15th of January.

15  Q.   Do you know when Cruise Connections was suppose to have

16  its first ship in harbor?  Do you know if it was the 19th four

17  days after that?

18  A.   Yes, the 19th.

19  Q.   Would you ever pay for snow removal four days before your

20  ship came into harbor?

21  A.   No.

22  Q.   Okay?

23  A.   The fact of the matter is this is an insurance policy.

24  Q.   I understand.

25      This document right here, do you understand this, when you

1  said it's an insurance policy, what do you mean?

2  A.   There was no labor, so they paid in advance the $76,000

3  fee in case there was snow.

4  Q.   There was an indication in RCMP's pretrial statement that

5  there were two snow removal events in February, one for

6  $76,000, and one for $79,800.

7      Do you see the $76,000 charge listed on the invoice?

8  A.   I do.

9  Q.   Do you see the final tally of 79,800 after the tax was

10 applied?

11 A.   I do.

12 Q.   Let me ask you about snow removal.  Would you ever acting

13 as a port agent in Vancouver Harbor prepay, buy an insurance

14 policy against snow removal?

15 A.   No.

16 Q.   Would you ever have recommended that Cruise Connections do

17 that?

18 A.   No.

19 Q.   Were you up in Vancouver Harbor during the games?

20 A.   I was as a spectator.

21 Q.   Do you remember it snowing?

22 A.   No, sir.

23 Q.   How often does it snow in Vancouver at the harbor there?

24 A.   Infrequently.

25          MR. STRAUCH:  Your Honor, may I approach, please?

1          THE COURT:  Yes.

2   BY MR. STRAUCH:

3   Q.   Sir, I'm handing you what's been marked as Plaintiff's

4   Exhibit 7 which is weather data from the Canadian Government.

5        Do you see that?

6   A.   Yes.

7   Q.   Do you see that there's a column for total snow at the

8   Vancouver International Airport?

9   A.   I do.

10  Q.   Do you see whether or not there was any snow whatsoever in

11  January, February, or March?

12  A.   No, sir.

13  Q.   During the olympics?

14  A.   There was not.

15  Q.   How far is the airport from your harbor?

16  A.   Straight would be eight miles, seven miles.

17  Q.   Straight meaning as the crow flies?

18  A.   Right.

19  Q.   Your harbor sounds like a really stupid question?

20  A.   It's at sea level.

21  Q.   Sea level.  How about the airport?

22  A.   At sea level or below.

23      (Plaintiff's Exhibit Numbers 7 and 51 marked for

24  identification and received into evidence.)

25          MR. STRAUCH:  May I approach, please?

```
 1              THE COURT:  Yes.

 2   BY MR. STRAUCH:

 3   Q.   Sir, I'm handing you an aerial photo that I have marked as

 4   Plaintiff's Exhibit 51.  Have you seen this before?

 5   A.   I have.

 6   Q.   Do you see where Ballentyne Pier is?

 7   A.   I do.

 8   Q.   Can you, am I pointing to the right location?

 9   A.   Yes.

10   Q.   Here on this Elmo thing?

11   A.   You are.

12              THE COURT:  Where there's a big capital letter A in

13   red, am I right?

14              THE WITNESS:  It's not for airport.

15              THE COURT:  No, it's not for airport.

16         Go ahead, sir.

17   BY MR. STRAUCH:

18   Q.   This in red?

19   A.   No, up here.

20              MR. GREEN:  Near the port.

21              THE COURT:  The capital letter A, that's where the

22   Ballentyne Pier is.

23              MR. STRAUCH:  Thank you.

24              THE COURT:  You're welcome.

25   BY MR. STRAUCH:
```

1   Q.   Is this Vancouver International Airport?

2   A.   It is.

3   Q.   Do you know whether this was -- well strike that.

4       Do you remember anything unusual about the olympics

5   involving the quantity of snow that they had available?

6   A.   We air lifted it in with water bombers from Alberta, that

7   provided enough snow on the local mountains.

8   Q.   Where were they putting snow on the ground for the skiers,

9   trucking it in for the skiers?  Can you point on the map.

10  A.   I can.  Up in here (indicating.)

11  Q.   So up in this area?

12  A.   Yes, sir, where the local mountains.  They weren't taking

13  it into Whistler, they were taking it into Cypress where the

14  flat level skiing is, not being a skier.  Not downhill. The

15  downhill was done at Whistler and the trails were at Cyprus.

16      (Plaintiff's Exhibit Numbers 27 A and 29 marked for

17  identification and received into evidence.)

18           MR. STRAUCH:  May I approach, Your Honor?

19           THE COURT:  Yes.

20  BY MR. STRAUCH:

21  Q.   I'm handing you Plaintiff's Exhibit 27 A.  Do see that

22  this is weather data for the same time period January through

23  March of 2010 but this time for your harbor?

24  A.   Yes, sir.

25           MR. STRAUCH:  I'm offering this so the Court will

1    know that why I may have been wasting time with the map.

2          (Plaintiff's Exhibit Number 27 A was received into

3    evidence.)

4    BY MR. STRAUCH:

5    Q.    You see that there's no data provided at all for snow?

6    A.    Right.

7    Q.    Knowing what you know about how much it snows or doesn't

8    snow at Vancouver Harbor, would you ever have advised Cruise

9    Connections to purchase an insurance policy against snow

10   removal?

11   A.    No.

12   Q.    Sir, let me do this.

13          MR. STRAUCH:  May I approach?

14          THE COURT:  Yes.

15   BY MR. STRAUCH:

16   Q.    I hand you Plaintiff's Exhibit 29.  Is this one of the

17   invoices that you reviewed?

18   A.    It is.

19   Q.    Do you see a charge on there for janitorial cleaning?

20   A.    I do.

21   Q.    Can you tell whether this was something that was paid in

22   advance?

23   A.    It was.

24   Q.    How can you tell that?

25   A.    This says a fixed cost.

1  Q.   Where does janitorial service get provided at your pier?

2  A.   In the main reception area.

3  Q.   Of what?

4  A.   I'm sorry?

5  Q.   Main reception area of what?

6  A.   Of the terminal.  Ballentyne terminal.  The cruise

7  terminal.

8  Q.   Is there also a walkway that gets cleaned off?

9  A.   There is.  There's two local they call it glass alleys

10  that run the length of the terminal to the ships.

11  Q.   Do you recall the number that you told me that stevedoring

12  charge was for janitorial based on the documents there?

13  A.   I did.  It would be the same number as what we had for the

14  --

15  Q.   The 2494?

16  A.   Right, yep.

17  Q.   How, do you pay for janitorial services cleaning the

18  terminal when you are arranging for ships?

19  A.   We do.

20  Q.   How much, how many people do you need to clean that area?

21  A.   One.

22  Q.   How big is it?

23  A.   The main terminal entry would be maybe twice the size of

24  this courtroom.

25          THE COURT:  Twice the size of the courtroom?

1          THE WITNESS:  Yes.  The reception area of the

2   terminal.

3   BY MR. STRAUCH:

4   Q.   And these walkways, how wide are they?

5   A.   Ten feet by 300.

6   Q.   When you are hiring janitorial service you said you hire

7   one?

8   A.   Right.

9   Q.   For how many hours a day?

10  A.   For the day shift, while the ship was there.

11  Q.   For the day shift?

12  A.   Right.

13  Q.   Would you need that for the entire length that you had the

14  ship there?

15  A.   No.  They do because they have them as part of the long

16  shore gang we have a janitor, and he is present and sweeps and

17  cleans up spills from passengers and any messes, and empties

18  the garbage can, et cetera.

19          THE COURT:  Let me back up.  Since the ships were at

20  pier and not coming and going, there would need to be one

21  person there every day, right?

22          THE WITNESS:  Every day.

23          THE COURT:  Right.

24          THE WITNESS:  But not 24 hours a day.

25          THE COURT:  Right.  I heard you say day shift.

1  BY MR. STRAUCH:

2  Q.   And if the longest that we had any ship in there was 44

3  days --

4  A.   Right.

5  Q.   Would we need 44 days of janitorial service?

6  A.   Yes, sir.

7  Q.   At eight hours a day?

8  A.   Right.

9  Q.   At a rate of 2494 per day?

10 A.   Right.

11 Q.   Do you know --

12        THE COURT:  2494 a day?

13        MR. STRAUCH:  I'm sorry, per hour, per hour, per

14 hour.  Thank you.

15        THE COURT:  You don't know your ILA.

16        MR. STRAUCH:  I am not real great with the math.

17 BY MR. STRAUCH:

18 Q.   So if one wanted to know what a reasonable janitorial

19 service is, would you simply multiply eight hours times 2494

20 times 44 days?

21 A.   Yes.  And that would be, that would cover all three ships.

22 Q.   I understand.

23    The harbor there do you ever have to do anything to arrange

24 for traffic coordination?

25 A.   We do.

1  Q.   Do you yourself ever do anything to arrange for traffic

2  coordination?

3  A.   The port of Vancouver provides traffic control.

4  Q.   Do you hire, pay for people to do that?

5  A.   The port does it as part of their charges.  We have

6  traffic attendants, summer students during the summer.

7  Q.   Summer students?

8  A.   Right.

9  Q.   Do you know what those summer students are paid?

10  A.   Twenty dollars an hour.

11  Q.   When you were there at the Ballentyne Pier during the

12  olympics did you have an opportunity to observe what type of

13  traffic coordination was necessary?

14  A.   I did.

15  Q.   And based on those observation and your experience with

16  the traffic coordination at the pier, would you need traffic

17  coordination around the clock?

18  A.   No.

19  Q.   How many hours per day would you need traffic

20  coordination?

21  A.   At most, at most it would be the first two shifts, the day

22  shift and the afternoon shift.  So 0800 until 12 o'clock.

23  Q.   Would the $20 --

24  A.   Or 4 o'clock.

25  Q.   -- hour wage, is that non-union labor; is that right?

1   A.    It is non-union labor.

2   Q.    And would you need the traffic coordination the whole time

3   that we had a ship there, 44 days?

4   A.    No.  What they need the traffic coordination for is

5   arrival of buses and if you see on this map to the left of the

6   A, Your Honor, is a container terminal.

7              THE COURT:  Yes.

8              THE WITNESS:  You see it is a little square jet up

9   there and the access road runs right past Ballentyne Pier.  And

10  as you can imagine, trucks delivering containers to the

11  terminal is very busy.

12        So they would need traffic control operators to keep the

13  trucks apart to provide access to the RCMP to get into the

14  terminal and in the terminal itself if there's buses coming in,

15  if they were using buses or even squad cars for lack of a

16  better term to make sure that they were being parked properly

17  and not running over pedestrians.  It's just -- you would not

18  need, because the terminal is only open for the day shift.  So

19  you wouldn't need it so much at night.

20             THE COURT:  Is there large parking facilities here

21  for passengers, Canadians who want to get on a cruise ship and

22  go somewhere else and come back?

23             THE WITNESS:  In fact, they don't allow long term

24  parking there, so there's an off site parking for them.

25             THE COURT:  Okay.

1             THE WITNESS:  But there was more than adequate

2    parking for the RCMP on site.

3             THE COURT:  Okay, thank you.

4    BY MR. STRAUCH:

5    Q.   We would need to be doing the traffic coordination just

6    when all three ships were there or even when there was just a

7    Statendam there?

8    A.   You would need it, you would need it during the day.  It's

9    the same issue with the trucks.

10   Q.   Understand.  So the Statendam longest ship there for 44

11   days would need 44 days of traffic coordination?

12   A.   Yes, sir.

13   Q.   At the rates you provided $20 per hour?

14   A.   I don't want to be hung on $20.  It's a student and I

15   think the minimum wage is $12 or $11.  So they get a premium.

16   And the port pays them better than minimum wage.  So I'm

17   estimating $20 an hour.

18            THE COURT:  And students may not be as available in

19   the times that we're talking about because it's not summer.

20   But because it's the only thing we have to deal with, we'll

21   take the $20.

22            MR. STRAUCH:  Thank you.

23            THE COURT:  Knowing that it's a guess.

24            THE WITNESS:  Yes.  It's non-union labor.

25            THE COURT:  It's what?

1            THE WITNESS:  Non-union labor.

2            THE COURT:  Yes, I understand that.

3  BY MR. STRAUCH:

4  Q.   How many people on the shift?  You said it would be two

5  day shifts.  How many people working the shift based on your

6  observation?

7  A.   At Ballentyne, we probably have a couple of them up on the

8  overpass at least to the terminal.  So a maximum six so they

9  take breaks.

10  Q.   Understand, thank you.

11            THE COURT:  That's six in a shift, so you would need

12  12 a day?

13            THE WITNESS:  That's right.  You could probably, Your

14  Honor, you could probably do less in the evening shift, in the

15  afternoon shift because you don't have the trucks going back

16  and forth.

17            THE COURT:  Right.

18            THE WITNESS:  But the RCMP would be coming

19  constantly, so you might be able to do it --

20            THE COURT:  It's really the trucks to the container

21  ships that cause the most hassle.

22            THE WITNESS:  Precisely.

23            THE COURT:  Yes, okay.

24  BY MR. STRAUCH:

25  Q.   When let's say I want to charter a ship.  When it is

1  delivered to me, is it delivered to me full or empty?

2  A.   Empty.

3  Q.   Am I responsible for paying to remove the waste of the

4  previous user of the ship?

5  A.   No, sir.

6  Q.   If the RCMP paid charges for removing the previous waste

7  put on there by passengers who had used the ship before them,

8  is that a charge that RCMP should have reasonably incurred it?

9  A.   Well, I wouldn't have incurred it, no.  You're talking

10  about San Diego?

11  Q.   Talking about San Diego, that's right.

12      Is Exhibit 20 A in front of you still?

13          MR. GREEN:  20 A?

14          MR. STRAUCH:  Yes, 20 A.  Thank you.

15  BY MR. STRAUCH:

16  Q.   Do you have it?

17  A.   I do.

18  Q.   I'm taking this back to the summary sheet for the

19  Statendam.  Can you tell us in looking at that summary sheet

20  whether the RCMP controlled costs on stevedoring in the manner

21  that you would have?

22  A.   I cannot.

23  Q.   Can you tell us anything about what the RCMP was paying

24  for on the Statendam with these port charges?

25  A.   Not without further break down, no.  From this, no.

1  Q.   Does this 20 A provide any meaningful guidance to you as

2  to whether or not RCMP's charges can fairly be compared to the

3  charges you would have incurred using your experience and

4  expertise?

5  A.   No, sir.

6     (Plaintiff's Exhibit Numbers 20 B, 22 and 22 A marked for

7  identification and received in evidence.)

8          MR. STRAUCH:  May I approach, please?

9          THE COURT:  Yes.

10 BY MR. STRAUCH:

11 Q.   Sir, I've handed you what we have marked as Plaintiff's 20

12 B.  Are these invoices you reviewed?

13 A.   Yes, sir.

14 Q.   You see the sail dates for this ship of January 28, 29 and

15 30?

16 A.   I do.

17 Q.   And the ship is what, please?

18 A.   The Carnival Elation.

19 Q.   If Cruise Connections would not have had either of the

20 RCCL ships in port until the 31st of January would it ever have

21 incurred any of the charges reflected on these invoices marked

22 as 20 B?

23 A.   No, sir.

24 Q.   Do you still have in front of you Exhibit 23 and Exhibit

25 24?

1  A.    I do.

2  Q.    Exhibit 23 are the four invoices that we looked at before

3  regarding the Carnival January 31 to February 3; is that right?

4  A.    That's correct.

5  Q.    If the R C -- strike that.

6      If the Cruise Connections ship was suppose to be in, from

7  Royal Caribbean, was suppose to be in for 31 days and I only

8  have four invoices to compare it to for the Elation, are we

9  missing 27 invoices?

10 A.    That's correct.

11 Q.    And we talked before about missing 44 on the Statendam.

12 Let me have you take a look at Plaintiff's 24, with those ten

13 invoices are we missing 21?

14 A.    That's correct.

15 Q.    With these invoices marked as 23 and 24, can you look at

16 them and get an understanding as to at least with these few

17 invoices we've got, whether you believe RCMP was overpaying for

18 port charges that you would not have incurred?

19          MR. TOWNSEND:  Objection, Your Honor.

20          THE COURT:  Yes.

21          MR. TOWNSEND:  It's a very leading question.

22          THE COURT:  It's a very leading question, but we

23 could dance around in order to get the question put forth.

24      We're asking you for a comparison.  This is not expert

25 testimony is it?

1          MR. STRAUCH:  No, no.

2          THE COURT:  This is just his experience testimony.

3       Can I just have his answer?  Good objection.

4       Can you answer the question?

5          THE WITNESS:  The only one I could be, I would be

6   subject to would be the labor cost.

7   BY MR. STRAUCH:

8   Q.   Okay.  Tell me about the labor cost that you are seeing in

9   these breakdown invoices.  Do you believe that those labor

10  costs are similar to what you would have incurred on behalf of

11  Cruise Connections given all of your experience there at the

12  dock?

13  A.   Hopefully not.

14  Q.   Okay.

15         THE COURT:  I just want to say one thing.  If you do

16  the arithmetic on the trafficking, the difference is mince a`

17  mince a`.  Your arithmetic comes out to something like a

18  hundred sixty-eight nine and they were charged a 173 something.

19  Not worth arguing about.

20         MR. STRAUCH:  I'm not certain about that.  Let me do

21  some --

22         THE COURT:  I did.  Well, let me tell you what I did.

23       I did 16 hours a day times $20 an hour, times 12

24  employees times 44 days.

25         MR. STRAUCH:  I think you're double counting

1  employees.  If it's a maximum of six per shift, there should be

2  six in the morning, six in the afternoon.

3          THE COURT:  That's why there's 12.

4          MR. STRAUCH:  Right, but you have double shifts in

5  there.

6          THE COURT:  Double shifts?

7          MR. STRAUCH:  So you've got an eight hour shift with

8  six, another eight hour shift with six.

9          THE COURT:  Yes.

10          MR. STRAUCH:  Sixteen times 20 times.

11          THE COURT:  Sixteen hours a day.  Not 16 people.

12          MR. STRAUCH:  Right.

13          THE COURT:  Two shifts.

14          MR. STRAUCH:  Right.

15          THE COURT:  Times $20 an hour.

16          MR. STRAUCH:  Right.

17          THE COURT:  Is $320 a day for one person.

18          MR. STRAUCH:  Okay.

19          THE COURT:  Times 12 employees is $3840 for 12 people

20  a day times 44 days.

21          Now I am no mathematician and Mr. Christensen is the

22  only one of us, since we are all lawyers, who is smart enough

23  to have brought a calculator.  But I think it's about right.  I

24  mean, if I made a huge mistake, why I'm happy to be corrected.

25          Did I do that wrong?

1              MR. KELLY:  Your Honor's doing 16 hours times the

2    number.  It should be eight hours.

3              THE COURT:  There are two shifts.

4              MR. STRAUCH:  If we do one shift at a time.

5              THE COURT:  Okay.

6              MR. STRAUCH:  Eight times 20, times six, times 44,

7    and then we got to double that, so times two.

8              THE COURT:  Well eight times six.

9              MR. STRAUCH:  Right is 16, but that's why you don't

10   double up the six into 12.

11             THE COURT:  Okay.  That's fine.  You can tell me how

12   your arithmetic works.  I don't need you to do it right now.

13             MR. STRAUCH:  Thank you.

14             THE COURT:  I'm interrupting you.  You are trying to

15   make a point about the differences between what the RCMP

16   actually paid and what Mr. Webber would have accepted under

17   negotiations if it were a Cruise Connections contract.

18             MR. STRAUCH:  Correct.

19             THE COURT:  So Mr. Christensen, I will leave it to

20   you.  I just thought you were making a lot of fuss about not a

21   lot of money.

22        Do you think it's more money than that?

23             MR. STRAUCH:  I do.

24             THE WITNESS:  I think it comes out to $83,480.

25             THE COURT:  So it's less money?

1          THE WITNESS:  Half.

2          THE COURT:  Enough money to make a fuss about.

3          MR. STRAUCH:  Yes.

4          THE COURT:  Okay.

5  BY MR. STRAUCH:

6  Q.   Do all of the RCMP invoices that you reviewed did they

7  collectively tell you anything meaningful about how much you

8  would have incurred as Cruise Connections' port agent to

9  provide these services at the port?

10  A.   We would have been very aggressive with the stevedoring.

11  Q.   Understand?

12  A.   Very aggressive.  It appears to me that the RCMP accepted

13  the suggestions of the Stevedoring Company who in his best

14  interest to have as much labor as they can as their income is a

15  percentage of the labor.  So we would have been very

16  aggressive.

17  Q.   Understand.

18  A.   I am just going to continue with a little bit of the

19  problem as well is that the agent in Vancouver is a Hall

20  America employee.  So their best interest was to look after the

21  three ships as opposed to the RCMP.  It would have been better

22  for the RCMP to have somebody helping them.

23  Q.   Thank you.

24          MR. STRAUCH:  May I approach, Your Honor?

25          THE COURT:  Yes.

1   BY MR. STRAUCH:

2   Q.   Sir, I have handed you Plaintiff's Exhibit 22 A.  Are

3   those invoices that you reviewed out of Defendant's Exhibits?

4   A.   Yes, sir.

5   Q.   If you look on the first page it says gray and black water

6   system.  Do you see that?

7   A.   I do.

8   Q.   Can you tell us whether or not all of the invoices and

9   summary sheets contained within 22 A are charges related to

10  gray water and black water disposal?

11  A.   They are.

12          MR. STRAUCH:  May I approach, please?

13          THE COURT:  Yes.

14  BY MR. STRAUCH:

15  Q.   I'm handing you what has been marked as Plaintiff's

16  Exhibit 22.  You have not seen this before, right?

17  A.   I have not.

18  Q.   I will represent to you that they merely list and add up

19  the gray water and black water charges contained in Plaintiff's

20  Exhibit 22 A.  Okay.  You with me?

21  A.   Yes.  I'm sorry.

22  Q.   No problem, no problem.  Under Cruise Connections'

23  contract with the RCMP, who was to bear the responsibility for

24  the gray water black water?

25  A.   The RCMP.

1  Q.    Okay.  Would any of those charges been incurred by Cruise

2  Connections?

3  A.    No, sir.

4  Q.    One last topic that I think is short.

5      You were at Ballentyne Pier during the olympics you had

6  told us?

7  A.    Yes.

8  Q.    Tell us about Ballentyne Pier.  What's around it and how

9  much of a pain it was to get out of that pier and into town?

10  A.    Well, it's an industrial pier primarily, deals with wood

11  pulp.  W-O-O-D P-U-L-P.  It's infrequently used as kind of an

12  overflow berth for cargo ships.  It's in the east side of

13  Vancouver which is a very depressed area.  A lot of narcotics,

14  street people.  No real shopping areas at all.  Couple of

15  unsavory pubs.

16      So to get into the city if walking there would be tough and

17  bus service is a long way up.  You got to go up and over an

18  overpass to get to the city street to catch a bus.  Taxis at

19  that, during the olympics were a nightmare to try to get taxis.

20  It would have been, it's a pretty unsavory neighborhood.

21  Q.    You mean if you were to just go off the ship right into

22  the neighborhood?

23  A.    Oh, yeah, you don't want to walk.

24  Q.    All right, thank you.

25          MR. STRAUCH:  I have nothing further.

1          THE COURT:  Why don't we take a break.

2      Let us take a break.  I'm sure everybody would like one

3  and come back at about 12, okay.

4      Thank you, sir.  Please don't talk about your testimony

5  while we're on break, okay.

6          (Witness excused.)

7          (Morning recess at 11:45 a.m.)

8          (Proceedings resumed at 12:00 p.m.)

9          THE COURT:  Mr. Webber, if you could come back,

10  please, sir.

11          (Witness resumed the stand.)

12      Why don't you come forward, whenever you are ready.

13          MR. TOWNSEND:  Thank you, Your Honor.

14                      CROSS EXAMINATION

15  BY MR. TOWNSEND:

16  Q.   Mr. Webber, I'm John Townsend.  I'm one of the lawyers for

17  the Government of Canada in this case?

18  A.    Not just one of the lawyers.  I've heard you are pretty

19  famous.

20  Q.   You've done a lot of research because it takes a lot of

21  research to find me.

22      Thank you, Mr. Webber.

23      Mr. Webber, you have a great deal of experience with the

24  cruise industry of Vancouver if I understand your testimony,

25  right?

1  A.    I do, sir.

2  Q.    You said that the peak cruise season is from May to

3  October; is that right?

4  A.    That's correct.

5  Q.    There's not a lot of demand for cruises to Vancouver in

6  January and February is there?

7  A.    No, sir.

8  Q.    The weather is pretty lousy as a rule, isn't it?

9  A.    Wet.

10 Q.    And not only wet, Mr. Webber, it does snow in Vancouver

11 every once in awhile, doesn't it?

12 A.    Once in awhile.

13 Q.    A year or two before the olympics there was a big snow in

14 January in Vancouver wasn't there?

15 A.    There was.

16 Q.    Mr. Webber, have you ever been in Washington, D.C. when it

17 snowed?

18 A.    This is my first time, yes, sir.

19 Q.    I can assure you --

20        THE COURT:  You're very welcome.

21 BY MR. TOWNSEND:

22 Q.    The effect of snow in this city is pretty drastic.  I

23 understand it disrupts traffic in Vancouver when it happens

24 too; is that right?

25 A.    That's true.

1  Q.   Mr. Webber, you understood when Cruise Connections was

2  consulting you about positioning ships in Vancouver Harbor for

3  a charter for the Royal Canadian Mounted Police that it was to

4  provide housing for personnel who were themselves to provide

5  security for the olympics games, did you not?

6  A.   I did.

7  Q.   And you understood that the olympics games are always a

8  matter of major security concern, don't you?

9  A.   I do.

10 Q.   At least since the Munich Olympics?

11 A.   Yes, sir.

12 Q.   In fact, the area of Ballentyne Pier was a security venue

13 during the olympics was it not?

14 A.   It was.

15 Q.   The whole area was sealed off?

16 A.   Yes.

17 Q.   In fact, there were booms floated around the ships were

18 there not?

19 A.   There were.

20 Q.   There were fences all around the areas that gave access to

21 the ships for the Mountys?

22 A.   There were.

23 Q.   And the area was sealed off well in advance of the

24 commencement of the games was it not?

25 A.   It was.

1    Q.    During the games the security personnel had to be able to

2    come and go at all hours did they not?

3    A.    They did.

4    Q.    Because it was impossible to predict when there might be

5    an emergency at some venue?

6    A.    Yes.

7    Q.    So that it was possible if something had exploded

8    somewhere that everyone would have been deployed all at once,

9    wasn't it?

10   A.    That's true.

11   Q.    And arrangements had to be made for that possibility

12   didn't they?

13   A.    Yes, sir.

14   Q.    So that you couldn't predict when you might need traffic

15   control right outside of that venue could you?

16   A.    Well, pretty much you could.  I mean, if you're only

17   dealing with outside traffic.  So if the trucks aren't running

18   along the roads, you are only dealing with your own traffic.

19   Q.    Well, if it had been necessary to move a thousand

20   personnel out of there very fast, you would have needed to

21   control the roads, wouldn't you?

22   A.    Absolutely.

23   Q.    And you wouldn't know in advance when you might need to do

24   that?

25   A.    That's true.

1   Q.   Any more than you might know in advance when it might

2   snow?

3   A.   That's true.

4   Q.   And snow would also have been a difficult problem if the

5   troops had to move very fast wouldn't it?

6   A.   It would.

7   Q.   Thank you, Mr. Webber.

8          MR. TOWNSEND:  That's all of my questions, Your

9   Honor.

10         THE COURT:  Thank you very much.

11      Any redirect?

12         MR. STRAUCH:  Yes, Your Honor.  Just very fast.

13      May I approach the witness?

14         THE COURT:  Yes.

15      (Plaintiff's Exhibit Number 52 marked for identification

16   and received into evidence.)

17                     REDIRECT EXAMINATION

18   BY MR. STRAUCH:

19   Q.   Given the issue that we had about math, Exhibit 52 that I

20   put in front of you, does that reflect the math to reach the

21   number for traffic coordination that you were talking about

22   before?

23   A.   Yes, sir.

24   Q.   Do you believe that that number is a reasonable number to

25   be spent on traffic coordination?

1   A.   I do.

2          MR. STRAUCH:  That's all I have.  Thanks.

3          THE COURT:  Thank you.

4       What's the number of that exhibit?

5          THE WITNESS:  Fifty-two.

6          THE COURT:  Have you shown it to Plaintiff's counsel?

7          MR. TOWNSEND:  Your Honor, could I have a brief

8   recross on this exhibit?

9          THE COURT:  Yes, you may.

10                         RECROSS EXAMINATION

11  BY MR. TOWNSEND:

12  Q.   Now Mr. Webber, Exhibit 52 is a calculation for the cost

13  of providing traffic control for 16 hours a day is it?

14  A.   Yes, sir, it is.

15  Q.   If one were to control traffic 24 hours a day or make

16  provision for that, you would have add --

17  A.   Another 30.

18  Q.   An additional 43,240, wouldn't you?

19  A.   Yes, sir.

20  Q.   Thank you, Mr. Webber?

21          THE COURT:  Thank you.  So with that, there's no

22  objection and the Exhibit 52 will be admitted.

23       (Plaintiff's Exhibit Number 52 was received in

24  evidence.)

25       Thank you.  I think you are excused.  I hope you get to

```
 1   spend another evening and see the city.

 2           THE WITNESS:  I'm flying out, thank you.

 3           THE COURT:  Well, all right.

 4           THE WITNESS:  Next time.

 5           THE COURT:  Next time.

 6           THE WITNESS:  Thank you.

 7           THE COURT:  Thank you.

 8           THE WITNESS:  What do I do with these?

 9           THE COURT:  You can just leave them.

10       (Witness excused.)

11       All right, all right, do you have another witness?

12           MR. STRAUCH:  I do, but I assure you that's to try to

13   cover up my bad handwriting.

14           THE COURT:  I see.

15           MR. STRAUCH:  Call Phillip Sloane, please.

16           THE COURT:  Mr. Sloane, if you would, please, sir.

17         PLAINTIFF WITNESS PHILLIP SLOANE SWORN

18           THE COURT:  Whenever you're ready, sir.

19           MR. STRAUCH:  Thank you.

20                   DIRECT EXAMINATION

21   BY MR. STRAUCH:

22   Q.   Sir, can you please introduce yourself to the Court?

23   A.   I'm sorry, I didn't hear you.

24   Q.   No problem.  Can you please introduce yourself to the

25   Court?
```

1    A.    Yes, my name is Phillip Sloane.   Some friends call me Bud.

2              THE COURT:   Thank you.

3    BY MR. STRAUCH:

4    Q.    You're Mike's brother?

5    A.    I am Michael Sloane's brother, yes.

6    Q.    Did you work as the CFO for Cruise Connections Charter

7    Management?

8    A.    I did.

9    Q.    How did you first get involved with working on this

10   project with Cruise Connections?

11   A.    I got a phone call from my brother who had told me a

12   little bit about what he was doing and he asked me if I would

13   be interested in helping him out.   I was retired at the time.

14   And my brother and I are very close.   We had been in business

15   before together and so yes, I said, I told him I would be happy

16   to help him in any way I could and I enjoyed working with my

17   brother, so I said yes.

18   Q.    Did you understand that you were being asked to help out

19   on a project that involved cruise ships?

20   A.    He explained it to me.

21   Q.    So you did understand?

22   A.    I did.

23   Q.    Do you have any background working in the cruise industry?

24   A.    No, I didn't, I did not.

25   Q.    Have you ever worked in any capacity in the cruise

1   industry?

2   A.    No.

3   Q.    Or in the shipping industry?

4   A.    No.

5   Q.    Do you have any accounting background?

6   A.    I do.

7   Q.    Were you asked by your brother to lend accounting

8   assistance?

9   A.    I was.

10  Q.    All right.  Do you have a degree in accounting?

11  A.    I do.  B.S. Degree from Florida State University in

12  accounting.

13  Q.    When did you get that, please?

14  A.    In 1964.

15  Q.    Did you ever work in a public accounting firm?

16  A.    I did.

17  Q.    Was that right after school or some other time?

18  A.    Right out of college.  Never left the campus without it.

19  Q.    And how long did you do that working in the public

20  accounting area?

21  A.    A little less than three years.

22  Q.    Did you ever have any other work experience working as an

23  accountant?

24  A.    I did.  I was hired by a client and as their controller.

25  Q.    What was the name of that client, please?

```
 1  A.    Cal Coven Enterprises.

 2              THE COURT:  Did you become a CPA, are you a CPA?

 3              THE WITNESS:  I did not, Your Honor.

 4              THE COURT:  Okay.

 5  BY MR. STRAUCH:

 6  Q.    Did you work for Cal Covens Enterprises for an extended

 7  period?

 8  A.    Yes, just shy of 19 -- just shy of 20 years.

 9  Q.    In that 19 or 20 years working for Cal Covens were you

10  providing accounting functions for them?

11  A.    Yes, I was.

12  Q.    You talked about being in business with your brother

13  previously.  What type of business did you guys get into?

14  A.    Building and lumber supply business.

15  Q.    You mentioned that as of the time that your brother called

16  you to help out to work with this accounting function, that you

17  had been retired?

18  A.    I did.  I was retired at that time.

19  Q.    Where were you living?

20  A.    I believe I had just moved to Madison, Georgia -- No, I'm

21  sorry.  Snivel, Georgia, I'm sorry.

22  Q.    You still live in Georgia?

23  A.    I do.

24  Q.    Are you married?

25  A.    I am.
```

```
 1  Q.    You live with your wife?

 2  A.    Thirty-five years.

 3  Q.    Do you have grandkids?

 4  A.    I do.

 5  Q.    Were you enjoying a happy life in retirement?

 6  A.    I was.

 7  Q.    Why did you agree to sort of come out of retirement and

 8  come back to work on this?

 9  A.    Well, I was going to work with my brother.  He's the only

10  relationship I had living now and so, you know, we're very

11  close and if he had a need, I certainly wanted to help him and

12  accommodate him.

13  Q.    Did you when you agreed to come out of retirement and work

14  with your brother, did you ask to be paid?

15  A.    No.

16  Q.    Was there a time when the partners of Cruise Connections

17  offered to pay you?

18  A.    Later, yes.

19  Q.    Later meaning what, please?

20  A.    First started out I was just, really just assisting my

21  brother and just not really having too much communication with

22  the other partners.  It was just working for my brother really.

23  Q.    Were you ultimately when it was offered later on to be

24  paid, how were you to be paid?

25  A.    I was to be paid out of profits.
```

1   Q.   Out of profits of what?

2   A.   Out of profits of the enterprise.

3   Q.   The enterprise involving putting cruise ships in the

4   harbor for the olympics games?

5   A.   Yes, the RCMP cruise ship.

6   Q.   Have you been paid a dime to date?

7   A.   No.

8   Q.   You told us, Mr. Sloane, that you were called out of

9   retirement to do this accounting function at Cruise

10  Connections.  Did you in fact do that accounting function?

11  A.   I did.

12  Q.   Did you do anything else at Cruise Connections?

13  A.   In the way of assisting my brother when he had problems

14  and just helping him out from time to time, documents,

15  rereading documents, things like that.

16  Q.   Was your primary role accounting?

17  A.   My primary role was accounting, yes.

18  Q.   Did you in the course of your work providing this

19  accounting function for Cruise Connections I guess being their

20  CFO, did you ever make cash flow projections?

21  A.   Yes, I did from time to time.

22  Q.   Why did you make cash flow projections, please?

23  A.   Primarily for the bank that we were using to finance the

24  project.  First request came from them early on.

25  Q.   Did you make cash flow projections for your own use or for

1   the bank?

2   A.   Primarily for the bank at this time but certainly we used

3   them also.

4   Q.   All right.  Did the, did you make cash flow projections

5   for the bank prior to the time that the RCMP amended the

6   contract with us, with Cruise Connections?

7   A.   Yes, I did.

8   Q.   Did you make cash flow projections for the bank after the

9   time the contract was amended?

10  A.   I did.

11  Q.   Did the contract amendment change the amount of money that

12  Cruise Connections was getting paid under the contract?

13  A.   It did, yes.

14  Q.   Did it also change the amount that Cruise Connections was

15  paying to Cruise Lines for the ships?

16  A.   Yes, it did.  The ships were larger and so the income went

17  up and the expenses remained rather static except for the cost

18  of the cruise ships which went down dramatically.

19  Q.   Do you know why that was?

20  A.   Yes.  I think common sense tells you that, you know, when

21  we were going after the business we were just one of several

22  that was going to the same Cruise Lines and so they wouldn't

23  bid against themselves.

24      Once we had the contract in hand we were the only player.

25  And it was a high profile deal for everybody involved and so we

1    were the only player.  And we had some good people in the right

2    places at the right time and I want to say a little serendipity

3    was involved here and they knew what they were doing and they

4    negotiated a very good contract with the Cruise Lines.  So the

5    expenses went down, the income went up and it doesn't take much

6    to figure that out where it all falls to the bottom line.

7    Q.   I take it that your cash flow projections after the

8    contract was amended to increase contract amount and getting

9    the lower charge from the Cruise Lines, those cash flow

10   projections were different than the ones before the contract

11   amendment?

12   A.   Yes, they were dramatically different.

13   Q.   When you were doing these cash flow projections that you

14   were sending off to the bank, did you approach them with any

15   type of accounting philosophy?

16   A.   I did.  I took the conservative approach from the very

17   beginning, and that didn't just come from this.  I think an

18   accounting background gives you a conservative approach.

19       I was very conservative with the bank.  I didn't want to

20   overplay my hand.  I didn't want to exaggerate or what I did

21   was my approach was especially in dealing with the people at

22   our, at RBC, I took a very, very conservative approach and

23   because I didn't need to do anything else but that, I really

24   didn't.  I mean, it was a fairly decent profit and so yeah,

25   even my e-mails between RBC and myself indicate that the cash

1  flows were very conservative.

2  Q.   Do you remember when you completed your cash flow

3  projection for the bank before RCMP breached the contract?

4  A.   September 22nd.

5  Q.   The cash flow projections that you did were on some pretty

6  small pieces of paper so I have taken the liberty of blowing

7  them up, okay?

8      (Plaintiff's Exhibit Number 34 marked for identification

9  and received in evidence.)

10          MR. STRAUCH:  May I approach?

11          THE COURT:  Yes.

12 BY MR. STRAUCH:

13 Q.   Mr. Sloane, is Plaintiff's Exhibit 34 the September 22,

14 2008 cash flow projection that you did for the bank?

15 A.   It is.

16 Q.   You see that we've highlighted some elements listed under

17 subcontract costs?

18 A.   I do.

19 Q.   Because these are sometimes hard to follow, I thought that

20 was the easiest way to identify this group of costs, okay.

21     The costs that we have highlighted garbage disposal, port

22 agent and embarkation, disembarkation, water bunkering, ground

23 service, recycling, harbor pilots and stevedoring.

24     Where did you get those costs?

25 A.   From Stan Webber.

1  Q.    The guy that just obviously testified ahead of you?

2  A.    Yes.

3  Q.    You see that you've got garbage disposal and recycling

4  entered on line 17 and 23 both reflecting $212,000 charge for

5  each.  Do you know why that is?

6  A.    I do.  That was my mistake.

7     When I was told that there was 212, it was told to me that

8  it was 212,000 for recycling and garbage disposal.  I took it

9  to be 212,000 each.  So I wrote it down that way.

10 Q.    Okay.  Were you here earlier to hear the testimony about

11 how much RCMP's invoices show garbage, recycling actually cost?

12 A.    Yes, I heard that.

13 Q.    There are two costs listed under subcontractor costs that

14 are not highlighted and I want to talk about those two with

15 you, please.  The first one at line 25 says forensic

16 accounting.  Do you see that?

17 A.    I do.

18 Q.    Can you tell me what that entry is for, forensic

19 accounting?

20 A.    Forensic accounting is a term used to, by a certain

21 segment of accountants that basically look for intentional

22 mistakes to be nice, and to make sure that the income if you

23 are, if you have an income producing revenue stream that your

24 income depends on to be accurate.  So forensic accountants

25 basically make sure that the reporting is being done

1  accurately.  So they're investigative type accountants that

2  look for inaccuracies.

3  Q.   What did Cruise Connections believe it needed forensic

4  accountants for?

5  A.   We wanted to --

6  Q.   Or forensic accounting for?

7  A.   I'm sorry.

8  Q.   No, I'm the one who asked that question.  Don't apologize

9  to me.

10     What did Cruise Connections believe it needed forensic

11  accounting services for?

12  A.   The OBR on the ships.

13  Q.   Explain what you mean, please?

14  A.   There were, as I understood it, there would be nightly

15  reports for like a hotel does each night on the income

16  activities on board the ship.  And we would have our forensic

17  accountant review those each night for accuracy.

18  Q.   Make sure the Cruise Line was accurately telling you what

19  the OBR was?

20  A.   Correct.

21  Q.   You have a $45,000 cost entered for that in the final

22  column of total.  Do you see that?

23  A.   I do.

24  Q.   What was your basis for including that $45,000 total on

25  your September 22, 2008 cash flow projection, please?

1  A.   You mean how did I come to the $45,000 number?

2  Q.   Maybe a simpler way of saying it, yes?

3  A.   I went back to, I graduated from Florida State University.

4  I have been very friendly and, you know, with people there over

5  the years.

6      I called a friend of mine and asked him what forensic

7  accountant would go for.  I got a $200 an hour estimate.

8  Actually, it was a little less than that, I rounded it up to

9  200.  I had them on the ship for two hours a night and the

10 mathematics worked out for each ship, by the way, and the

11 mathematics worked out to about $45,000.

12 Q.   You said you had a friend at Florida State.  Who was this

13 friend?

14 A.   An assistant professor of accounting.

15 Q.   So when you went to this assistant professor of accounting

16 did you tell him what these forensic accountants were going to

17 be doing?

18 A.   I did.

19 Q.   Did you explain to him what your needs were?

20 A.   I did.  I really didn't understand myself.  I wanted to

21 find out from him.  I had never hired a forensic accountant

22 before.

23 Q.   Fair enough.  The final entry that we have not talked

24 about under subcontract costs says miscellaneous, that's line

25 26.  You put down a hundred thousand dollars.  Do you see that?

1  A.    I do.

2  Q.    What was that miscellaneous $100,000 cost there for, what

3  was it suppose to cover, please?

4  A.    Well, I had a hundred thousand dollars down below the line

5  where you see other expenses.  And I got nervous at the end

6  actually because I didn't have anything for subcontractors and

7  it was the last minute decision on my part, still trying to be

8  all ultra conservative, and I was trying to make sure that I

9  had all of my bases covered.

10     Quite frankly, I didn't know what it was for.  So I put

11 down but I knew, I put it down in those two months because the

12 ships were in port and so I would, really wanted to just cover

13 my basis in case we had anything uncovered.

14 Q.    So where you have $50,000 entered on line 26 in February

15 and then again in March, is that where you get your 100,000?

16 A.    Yes, the ships were in port then.

17 Q.    What type of subcontractor cost did you budget in that

18 extra 100,000 to cover?

19 A.    I didn't have a clue.  I didn't know.  That's why it says

20 miscellaneous.

21 Q.    Okay, fair enough.

22     Let me move you on to --

23             THE COURT:  This document itself is not dated is it?

24             MR. STRAUCH:  That is correct, Your Honor.

25             THE COURT:  But you date, you identified it as being

1    September 22 of '08.

2         Can you confirm that?

3         THE WITNESS:  There's an e-mail between the bank and

4    myself, Your Honor.

5         THE COURT:  Okay, and this was attached to it?

6         THE WITNESS:  It was.  I can't, I think it was an

7    attachment.  Yeah, then the bank sent back their comments.

8         THE COURT:  Okay.  Thank you.

9         MR. STRAUCH:  Your Honor, I'm moving on to another

10   area and I didn't want to disrupt.

11        THE COURT:  Well, it's a good time to stop for lunch.

12   You're right, that's very thoughtful.  Why don't we stop for

13   lunch and we'll start back up at two.  Thanks.

14        Thank you, sir.  Please don't talk about your testimony

15   during the break, okay.

16        THE WITNESS:  I will not.

17        THE COURT:  Thank you.

18        THE WITNESS:  Thank you.

19        (Witness excused.)

20        (Luncheon recess at 12:00 p.m.)

21                          -oOo-
                      AFTERNOON SESSION
22                       (2:00 p.m.)

23        THE COURT:  All right, let's see where are we, were

24   we fighting with Mr. Webber?

25        MR. STRAUCH:  No.

1          THE COURT:  Oh, no, we've gone on to Mr. Sloane.

2   Forgive me, sorry Mr. Sloane.  I didn't mean to be insulting.

3          Come ahead, please, sir, right here.

4          (Witness resumed the stand.)

5          THE COURT:  Whenever you're ready sir.

6          MR. STRAUCH:  Thank you.

7                    DIRECT EXAMINATION (CONTINUED)

8   BY MR. STRAUCH:

9   Q.   Mr. Sloane, before our lunch break we had talked about the

10  subcontract costs on this Plaintiff's Exhibit 4, the blown up

11  cash flow analysis.

12     Do you remember that?

13  A.   Yes, sir.

14  Q.   I want to move on down to the next set of expenses which

15  is named other expense.  Do you see that?

16  A.   I do.

17  Q.   You have the first entry there on line 29 for IT cost of

18  $22,000.  Can you please explain what that is?

19  A.   Yes.  That was a cost for any rewriting of software that

20  might be necessary for managing the inventory.  And I use the

21  word inventory here, it's people, it's suites on the ship for

22  managing inventory on the ship.

23  Q.   Is that that software we heard about involving your

24  brother?

25  A.   Yes.  This is a proprietary software that was developed by

1   Cruise Connections and it was written by Hill Tech.  This quote

2   comes from Hill Tech for any rewriting that might be necessary.

3   Q.   Is the basis for the $22,000 entry for IT costs on Exhibit

4   34 what was relayed to you by Hill Tech itself?

5   A.   Yes, by John Hill.

6   Q.   Line 30 is insurance and there is a cost of $6,450.  What

7   is the basis for that number, please?

8   A.   There was a requirement by the RFP for certain types of

9   insurance.  We took the requirements to our insurance agency,

10  Wilson Insurance, and they gave us a direct quote.  And they

11  issued certificates of insurance to both RBC and to the Royal

12  Canadian Mounted Police.

13  Q.   Line 31 says travel cost, airfare and if you follow over

14  you've got $66,500 as the final projected cost for airfare.

15       Do you see that?

16  A.   I do.

17  Q.   Can you explain to us, please, the basis for that number?

18  A.   Yes.  I consulted with my brother and Mr. Kelly and

19  Ms. Edwards and after discussions with them and my brother

20  being a travel agency, he actually researched the cost of the

21  travel.  The number that I came up with as you can see was

22  split between the various months.  I didn't try to get

23  everything in the exact month.  It was really not necessary for

24  the bank.  This is primarily for the bank.

25  Q.   Let me ask you this.  Did you base that number of $66,500

1   on airfare cost information provided by your brother's travel

2   agency?

3   A.   I did, yes.

4   Q.   Did you do anything to try to figure out how much people

5   were going to have to fly over the course of performing this

6   contract?

7   A.   We did have some discussions about that, yes.  Sue was

8   flying on float planes and Tracey was coming up from Seattle,

9   and so we tried to estimate that cost of the trip.  Then, of

10  course, I didn't try to get in the exact months.

11  Q.   You next have an entry of legal cost on line 32 of

12  $80,000.  Can you tell me the basis for that entry?

13  A.   I can.  I took the most expensive lawyer that was on our

14  staff at the time, Mr. Joiner.  He was charging us $400 an

15  hour.  And I estimated $200 for drafting documents and

16  reviewing closing statements.  And that's where that came from.

17  Q.   Okay.  You now have a second --

18         THE COURT:  I'm not going to ask who bills more than

19  $400 an hour.

20         THE WITNESS:  You know, Your Honor, I actually upped

21  it a little, but I figured it would all be used.

22         THE COURT:  You were right.

23  BY MR. STRAUCH:

24  Q.   The next entry line 33 miscellaneous, you have another

25  $100,000 total.  It looks like $5,000 a month over 20 months;

1  is that right?

2  A.    That's correct.

3  Q.    What's that second hundred thousand dollars of

4  miscellaneous from?

5  A.    That was just from minor things that would come up on a

6  monthly basis over the course of reaching the actual when the

7  ships came in, that was just incidentals and I thought and

8  miscellaneous just the way I'm describing it.  It is a catch

9  all for things that you can't have a line item for.

10 Q.    The next entry 34 for apartment/office is a $70,000 cost

11 applied during some of the months.  Can you please explain the

12 basis for what you were doing there?

13 A.    Yes.  We determined that we would have office space.  Sue

14 decided that Richmond was the proper area for that apartment.

15 We would have an apartment for both.

16 Q.    Stop you real quick.  Where is Richmond, please?

17 A.    Richmond is really right there in Vancouver.  It's like a

18 bedroom community to Vancouver.  It's very close in.

19 Q.    Sorry to interrupt?

20 A.    It's on the water also.  She wanted that apartment in

21 Richmond.  And it was also going to be used for emergency, you

22 know, it had two bedrooms and an office.  And it was just going

23 to be an office apartment and gave us flexibility to house

24 people there if needed and, of course, it was going to be used

25 for offices.

1       And the costs are a little high, but the reason they're a

2  little high is because this was leading up to this spectacular

3  event called the olympics and people have a habit of charging a

4  little more during the olympics so I ratcheted it up a little

5  bit to cover myself.

6  Q.   Did you do anything to investigate what an apartment would

7  cost you?

8  A.   I did.

9  Q.   Then you ratcheted it up based on the fact that the

10 olympics were coming?

11 A.   Correct.

12 Q.   Your next entry, sir, is per -- I'm sorry -- hotel room on

13 line 35.  And you have indicated a $32,000 final tally on that

14 with payments being made from October through March; is that

15 right?

16 A.   That's correct.

17 Q.   What is that hotel room for or hotel rooms for and what is

18 the basis of your cost estimate, please?

19 A.   Those were Ramada type rooms.  Those were for staff we

20 felt we would have to bring in to, prior to the olympics

21 beginning and that was the cost pretty much of a Ramada type

22 room for the staff.

23     Some of the staff was coming in from North Carolina, would

24 have to be put up prior to the ships coming in and it really

25 is, a lot of this is just for flexibility purpose.  We could

1  move these numbers from month to month if we had to.

2  Q.   Were you planning on bringing in enough people three, four

3  months before the ships arrived that you would need $6400 worth

4  of hotel rooms in the month of October?

5  A.   Well, like I said, you know, I'm being conservative here.

6  I'm trying to cover all basis.  I wasn't sure, you know, that

7  it would be primarily October, but I wanted to cover.  I had a

8  number of people coming in and so a lot of this comes from Sue

9  Edwards and she would direct me in putting the numbers and the

10 months.

11 Q.   Your next entry on line 36 says per diem cost and you have

12 a tally of a 180,000 on the far right side; is that right?

13 A.   Yes.

14 Q.   What was your basis for reaching that 180,000 cost per

15 diem?

16 A.   That was primarily for partners for staying in hotel rooms

17 and their food cost and I figured $400 a day per person and

18 that's the number I came up with.

19 Q.   All right.  You extended that out for six months as well;

20 is that right?

21 A.   I did.  One of the things that I didn't, I caught later

22 but I didn't change was the fact that I ran these numbers while

23 the ships were in port and a lot of these people were going to

24 be on the ships, but I didn't go back and reduce my numbers.

25 Q.   Where was Sue and where was Mike and where was Tracey,

1 where were they going to be staying during the time that the

2 ships were in port?

3 A.   They were on the ships.

4 Q.   So you wouldn't have been paying hotel charges for them

5 during that time?

6 A.   No, I would not.

7 Q.   Why didn't you pull that out of this cash flow?

8 A.   Conservative.  I didn't think that that was necessary to

9 pull it out.  Financial statements, the cash flows were done

10 primarily for the bank.  I was trying to be very, very

11 conservative with the bank.  I wanted these numbers to come in

12 under, so I, it wasn't material.

13 Q.   On line 37 you listed operation personal and calculated

14 out a $130,000.  Can you explain the basis for that?

15 A.   We were bringing in five people and I figured $30,000 a

16 piece.

17 Q.   Over, spread out over the time that you had them there?

18 A.   Well, yes.  Some of these people would probably be on the

19 ships.  We may not have five people prior, but I figured five

20 people just to be safe.

21      There were going to be people on the ships and at the time

22 of the ships being in port we probably would have had five

23 people.  I wasn't sure how many, how long they would be there

24 prior to the ships actually coming in.  So I spread it out in

25 consultation with again Sue who was really calling the shots on

1  the personnel.

2  Q.   Was this money that you budgeted under the operation's

3  personnel line, was that to pay their salaries, to pay their

4  wages?

5  A.   Yeah, that was just wages, that wasn't expenses.

6  Q.   Okay.  You provided for hotel.  Were these the folks who

7  you were providing hotel rooms for on line 35?

8  A.   That's correct.

9  Q.   Next you have on line 38 site inspections $6,000, please

10  explain the basis for that?

11  A.   That was just for miscellaneous incidentals for Sue who

12  was conducting site inspections.  She told me to plan for four.

13  In case the ISU and RCMP split, there may be two site

14  inspections per each group.  So that would be four.  But that

15  was not, you know, pretty much no travel involved because the

16  ships were actually in port.

17  Q.   What was the $1500 per inspection for?

18  A.   Just incidentals, maybe taking people out to lunch, you

19  know, entertaining, things like that.

20  Q.   On line 39, you have an entry for executive assistant,

21  payments in February and March of $30,750 for a total of $7500.

22  Was that somebody else you were hiring?

23  A.   Yes.  That was Sue's assistant.  Primarily that should

24  have all been in February because they were primarily going to

25  be working for her while the ships were in port.

Q.   Would that person stay on the ship?

A.   Probably.

Q.   Then you have letter of credit fee with an entry of $493,125.  You have heard in here, we have an interrogatory response where that's higher 600 something.

Does what you have on here reflect letters of credit on OBR?

A.   No, it does not.

Q.   Does the discovery response reflect letters of credit on OBR?

A.   It does.

Q.   On the next line you have interest on the line of credit 37,050.  Is that a number that you calculated as well?

A.   Yes.  That was on that million and a half line of credit for the brief few months that it would be outstanding.

Q.   Okay.  Line 44 is another thing you have listed as an expense.  And it says payroll, total of $1,980,000.  What was that for?

A.   Well, it was the partners' desire to draw out some form of the profits if they could during the term, during this 20 month period.  And of course the cash flow is allowed for that.  So I put it in.  But that was their, that was, that was their profit.  That was part of their profit.

Q.   This was going to Sue, Mike and Tracey?

A.   This was going to Mike, Tracey and Sue, $30,000 each.

1  Q.   Per month going up to where you got to your grand total of

2  1.98?

3  A.   Yes, sir.

4  Q.   Did that include money being paid to anybody other than

5  the partners?

6  A.   No.

7  Q.   Do you know how long these folks had been working without

8  getting paid?

9  A.   Well, this would have been a couple of years now.

10  Q.   I guess we've gotten through those costs.  Let me take you

11  up to your other expenses -- I'm sorry -- your income if we go

12  all the way back up to the top.

13     The first one is contract payments.  Is that simply the,

14  when you take the total of 55348136, that's just the RCMP

15  contract price as it was amended before it's converted at the

16  rate that the Judge's order applies?

17  A.   That's correct.

18  Q.   Okay.

19  A.   That number is just right off the contract.

20  Q.   Then you have a relocation cruise number of $350,560,

21  where did that come from?

22  A.   That came from Tracey.  He gave me a level of OBR for each

23  level of room space that was going to be on the ships that were

24  being, that was, that were being used for the relocation.  He

25  started out with 35, it went to 50, it went to 75, it was kind

1   of confusing to me.  I'm not an OBR person.

2       I started out at that number 350, 560 OBR was not a big

3   number for the bank.  They focused more on the charter hires,

4   so when I first put that number down it never changed.  If you

5   look back, you'll see it on all of them, all of the

6   projections.

7   Q.   Did you put down the lowest number you heard from Tracey?

8   A.   Yes, it is $35 a cabin.

9   Q.   Let me ask you this.  You say it wouldn't matter to the

10  bank.  What do you mean?

11  A.   Well, it's a conservative statement.  It's always been a

12  conservative statement.  We talked about it.  We talked about

13  OBR.  I was very close, after awhile, I became very close.

14  They were like my teammates more than, there was no lines drawn

15  in the sand with the bank.  The bank was very, very high on

16  this deal.  They wanted it.  It was a high profile.

17      They had a person who was in charge just to bring in

18  business that was associated with the olympics.  So they were

19  not adversarial in any way, shape or form.  And this was a

20  unique deal.  So they did a lot of work on it.

21      As we went through and you saw some of the cash flows, they

22  were basically done for the bank.  And because the bank was

23  happy with the numbers already, I didn't, it wasn't important

24  for me to build up a, you know, huge numbers especially in OBR.

25  Because OBR wasn't what they were focusing on.  They were

1   focusing on charter hire, so it was important.

2   Q.    Let me get you to look at the next line I guess it's 8.

3   On board revenue at the end you have 1.392990 in the total

4   column?

5   A.    Uh-hmm.

6   Q.    Where did you get that?

7   A.    Well, one of the things when you look at this spread sheet

8   is, you know, in the cost of the expenses, the cost of the

9   ship, all the OBR which is only a contingent liability are

10  included in this number.  So for me that was my OBR.  I always

11  really considered that to be OBR.  That's basically prepaid in

12  my expenses.

13     So every number above the line which is income increases

14  that $8,000,000 and so again, I didn't put all of the OBR above

15  the line.  I just put the difference between what was prepaid

16  and the estimated OBR that was being projected by Mr. Kelly,

17  Tracey Kelly.

18     (Plaintiff's Exhibit Numbers 54 and 55 marked for

19  identification and received in evidence.)

20          MR. STRAUCH:  May I approach, please?

21          THE COURT:  Yes.

22  BY MR. STRAUCH:

23  Q.    Sir, I put in front of you Plaintiff's Exhibit 54.  Do you

24  recognize what that is, please?

25  A.    I do.

1  Q.    What is it?

2  A.    It's an e-mail from me to Cindy Brand.

3  Q.    Is it providing the spread sheet that we have blown up and

4  made into Plaintiff's Exhibit 34?

5  A.    Yes.

6  Q.    You see why we blew it up?

7  A.    Oh, I see what you are saying, yes.  I've had trouble with

8  this from day one, yes.

9  Q.    In this e-mail you state that you reduced OBR income by 50

10 percent.  Do you see that?

11 A.    I do.

12 Q.    Why did you reduce OBR income by 50 percent?

13 A.    Again, if you go past that and you look down Cindy we have

14 in the past this is the most conservative analysis.  I was just

15 trying to tune this to make sure that everything on this

16 statement we would meet our goals and obligations.

17    Cindy was and Tom Siemens, who is her boss, were just

18 people who were really great.  I didn't want to let them down.

19 I went back.

20    This is when I added the hundred thousand.  I did a lot of

21 fine tuning on this because this was the final spread sheet

22 that we were going to have to live by.  And I wanted to be a

23 hero, if you want to know the truth.  I wanted to bring these

24 numbers in, you know, above what I had promised.  I guess I

25 should use the word better than I promised.  So I cut this at

1  the last minute.  I cut it in half.

2  Q.   Let me ask you this.  Did Tracey Kelly or anybody tell you

3  you ought to be cutting it in half?

4  A.   No, they did not.

5  Q.   Did you need to show a dime of OBR or a dime on the

6  relocation cruise in order to have a cash flow that satisfied

7  your financing needs?

8  A.   No, I did not.

9       MR. STRAUCH:  May I approach, please, Your Honor?

10      THE COURT:  Yes.

11 BY MR. STRAUCH:

12 Q.   Sir, I have handed you Plaintiff's 55.  Do you see that?

13 A.   I'm sorry?

14 Q.   Plaintiff's 55, the one I just gave you.

15 A.   Oh, yes, I do.

16 Q.   That's dated August 23, 2008; is that right?

17 A.   Oh, yes, I'm sorry, yes, it is.  I'm sitting here reading

18 it.

19 Q.   No problem.

20     In there you indicate that you had calculated OBR at $15

21 per person per day, do you see that?

22 A.   I do.

23 Q.   Is that the number that you cut in half to get the OBR

24 that is shown on Plaintiff's Exhibit 34?

25 A.   It is.

1  Q.   Where did you get that $15 per person per day number?

2  A.   Well, if you added 8,000,000 and change which was the OBR

3  already in expenses and you add the $15 which comes up to a

4  little over 2,000,000.  You'll come up to the same number that

5  Tracey Kelly was projecting for his OBR.

6  Q.   You had said something before about OBR guaranteed being a

7  contingent cost.  Do you remember saying that?

8  A.   I do.

9  Q.   Explain, please, what you mean by OBR being a contingent

10  cost?

11  A.   Well, contingent cost is a cost that you don't owe unless

12  a future event doesn't happen.  In order to be conservative, I

13  included all of the cost, but I didn't include the potential

14  income.  So, and so the cost of OBR is in the cost of the

15  ships.  As you can see under the charter hire, the number is

16  part of the total cost of the ships, the 38,237,888.

17      We didn't know that until there was basically an accounting

18  at the end of the period when the RCMP would disembark and the

19  cruise ships and CCCM would come to an accounting.  It was only

20  if that money was not spent on the ship would we have to pay

21  it.  If it was spent on the ship, every dollar that was spent

22  on that ship we did not have to pay and would come directly

23  down to the bottom line.

24      So it's a contingent liability until there's a final

25  accounting and when the final accounting is finally agreed upon

```
 1  it's only then that that number becomes a firm liability.

 2  Q.   Let me get you to look --

 3            THE COURT:  Can I interrupt for a second?  I think

 4  I'm following this because Mr. Kelly explained it as well.

 5       That there's a guarantee some of which is paid some time

 6  ahead and some of which is paid closer to the time of the trip,

 7  it's an OBR guarantee to the cruise lines.

 8            THE WITNESS:  Yes, ma'am.

 9            THE COURT:  If the Cruise Lines earns as much as the

10  guarantee, let's say 8,000,000, then you get back your deposit?

11            THE WITNESS:  Yes, dollar for dollar.

12            THE COURT:  Dollar for dollar.  If the Cruise Lines

13  earns 10,000,000 instead of eight, what do you get out of the

14  extra 2,000,000?

15            THE WITNESS:  We get one.

16            THE COURT:  You get half of it?

17            THE WITNESS:  Yes.

18            THE COURT:  Okay, thank you.

19  BY MR. STRAUCH:

20  Q.   Mr. Sloane, I think we're all on the same page, but if you

21  make 8.7 in OBR, do you get to cross off of your costs 8.7?

22  A.   Yes, sir.

23  Q.   Okay.

24            MR. STRAUCH:  I don't have anything further.  Thank

25  you.
```

1          THE COURT:  But they're happening at different times.

2  The cost happens before the trip and the recognition of whether

3  you can get that money back happens at the end of the trip.

4          THE WITNESS:  That's right.  What the cruise lines

5  were doing was they wanted half of it.

6          THE COURT:  Right.

7          THE WITNESS:  You know, a few months before the

8  cruise, actually before the charter started.  And then the

9  balance of it would be when there was an accounting.

10          THE COURT:  When there was an accounting.

11          THE WITNESS:  So at the very end if we had covered

12  the guarantee, we wouldn't have to pay any of it.

13          THE COURT:  Right.

14          THE WITNESS:  If we had paid half of it, that money

15  would come back to us.

16          THE COURT:  Right.

17          MR. STRAUCH:  I have nothing further.

18          THE COURT:  I'm sorry.  Let me ask one more question.

19  Forgive me.

20      If the OBR guarantee was 8,000,000, you gave them

21  4,000,000 a couple of months ahead of time, that's 50 percent,

22  the earnings were 4,000,000, half of what was hoped for, you

23  would owe them 4,000,000 to make up the 8,000,000, right?

24          THE WITNESS:  No.  We would have already paid the

25  4,000,000.  We just wouldn't have had to pay the second half of

1   the 4,000,000.

2          THE COURT:  That's sort of what I meant.  But okay.

3          THE WITNESS:  I'm sorry.

4          THE COURT:  No, that's all right.  Thank you.

5       Mr. Christensen, I'm sorry, is this your witness?

6          MR. CHRISTENSEN:  Yes, Your Honor.

7          THE COURT:  I didn't mean to insult Mr. Townsend,

8   okay.

9                       CROSS EXAMINATION

10  BY MR. CHRISTENSEN:

11  Q.   Good afternoon, Mr. Sloane?

12  A.   Good afternoon, Mr. Christensen.

13  Q.   I think the e-mail we were just looking at in Exhibit 54

14  that answers the Court's question earlier about confirming that

15  this was your spread sheet that we were looking at in the blow

16  up in Plaintiff's Exhibit 34 was from September 22nd, 2008,

17  correct?

18  A.   Yes, sir.

19  Q.   And you said this is the final spread sheet to live by for

20  Cruise Connections, right?

21  A.   This is the final one before closing.

22  Q.   Right.  So for any expenses that weren't listed on

23  interrogatory response number 10, the discovery response that

24  Mr. Strauch mentioned, this is where Cruise Connections would

25  look for its anticipated expenses, correct?

1   A.    Could you repeat that question?

2   Q.    Sure.  So for any expenses that were not listed in Cruise

3   Connections' response to interrogatory number 10, which was the

4   discovery response you were asked about in answer to your

5   question about a few minutes ago, this is where Cruise

6   Connections would look for what that anticipated expense would

7   be?

8   A.    If I understand your question right --

9           THE COURT:  Why don't you --

10          MR. CHRISTENSEN:  I'll make it concrete.

11          THE COURT:  Why don't you try to reframe it.

12          MR. CHRISTENSEN:  Sure.

13          THE COURT:  Thanks.

14  BY MR. CHRISTENSEN:

15  Q.    On line 24 --

16          THE COURT:  Of which exhibit --

17          THE WITNESS:  Of my spread sheet here?

18  BY MR. CHRISTENSEN:

19  Q.    We can take the blow up?

20          THE COURT:  This one?

21  BY MR. CHRISTENSEN:

22  Q.    The blow up would be fine, the attachments are the same to

23  Plaintiff's Exhibit 54 and Plaintiff's Exhibit 34?

24          THE COURT:  That's correct, but this is the 9/22/08

25  version.

```
 1            MR. CHRISTENSEN:  Yes, as is the one, that is the

 2   same document that's attached to Plaintiff's Exhibit 54.

 3            THE COURT:  It is.

 4            MR. CHRISTENSEN:  That confirms that it's 9/22.

 5            THE COURT:  Yes, I agree.

 6            MR. CHRISTENSEN:  Just much easier to read.

 7            THE COURT:  We agree, it's much easier to read.

 8            MR. CHRISTENSEN:  Yes.

 9   BY MR. CHRISTENSEN:

10   Q.   The harbor pilots expense on line 24 for example of

11   $45,000?

12   A.   Yes, sir.

13   Q.   That was omitted on plaintiff's interrogatory response

14   number 10, but that's a, you would agree that that's a cost

15   that Cruise Connections --

16   A.   Yes, sir.

17   Q.   Beg your pardon?

18   A.   I do agree.

19   Q.   And the apartment and office expense that you had just

20   testified about on line 34, that also should be included in

21   Cruise Connections' costs, correct?

22   A.   I agree.

23   Q.   The hotel room on line 35 should also be included,

24   correct?

25   A.   Yes, sir.
```

1   Q.    In that discovery response just so that we're all clear

2   Cruise Connections verified that the letter of credit to RBC

3   was $647,248, correct?

4   A.    Yes, sir.

5   Q.    And that's the expense, that's a cost or an expense that

6   Cruise Connections would incur?

7   A.    Yes, sir.

8   Q.    And Cruise Connections verified that there would be

9   interest on that line of credit of $34,170 and that also should

10  be included, correct?

11  A.    I show 37,000.

12  Q.    Okay.  I'm happy with 37,000 in interest if that's your

13  better number.  That's a cost that Cruise Connections --

14  A.    It's a cost, it was an interest expense to RBC.

15  Q.    The partners at Cruise Connections had agreed to pay you a

16  salary of $500,000, correct?

17  A.    It was not a salary, Mr. Christensen.

18  Q.    Why do you say that?

19  A.    Well, because it was, there was no guarantee.  It was

20  voluntary on their part.  It was out of profits.

21      I had worked, you know, awhile and they offered me that

22  $500,000 and it was to be paid only out of each partner's

23  share.

24  Q.    You sat in on your brother's deposition when I deposed

25  him, correct?

1  A.   I sure did.

2  Q.   You heard me ask how much did you agree to pay him

3  referring to you?

4  A.   I did.

5  Q.   And your brother answered $500,000?

6  A.   He did.

7  Q.   And he said a few minutes later when I asked and that

8  would never have come out of anything from, that would never

9  have been a cost to Cruise Connections and Mr. -- the other

10 Mr. Sloane answered I take that back, the partners agreed to

11 pay Phillip a half million, correct?

12 A.   That's what he said, I think.  I suppose you're reading

13 from the deposition?

14 Q.   I am?

15 A.   Okay.

16 Q.   You recall that he said he agreed to pay you 500,000?

17 A.   I don't recall all of that deposition, that was a long

18 deposition, but I recall you questioning him on that, yes.

19 Q.   You recall him answering that he had agreed to pay you

20 $500,000, the partners had agreed to pay you $500,000?

21 A.   I do.

22 Q.   Cruise Connections had lost its financing for the letter

23 of credit shortly before the bids were due in May of 2008;

24 isn't that correct?

25 A.   They lost the financing?

1   Q.   Yes, the ten percent letter of credit that they were

2   prepared to provide with Mr. Laliberte?

3          THE COURT:  I think we have to go back and remind you

4   where we are in time.  I think that's the issue.  Go back to

5   the point in time where --

6          MR. CHRISTENSEN:  Before the bid was submitted?

7          THE COURT:  Before the bid was submitted in the

8   spring.

9          THE WITNESS:  We're going back before the bid was

10  submitted?

11         THE COURT:  Yeah, were you working on this project at

12  that time?

13         THE WITNESS:  Not very much.

14         THE COURT:  Okay.

15         THE WITNESS:  I was not too deeply involved at all at

16  that time.

17         THE COURT:  I'm sorry, I interrupted you only because

18  I thought that there was a confusion of the chronology there.

19  BY MR. CHRISTENSEN:

20  Q.   Do you recall that Mr. Sessions provided a replacement ten

21  percent letter of credit for Cruise Connections to submit to

22  the RCMP?

23  A.   Yes, sir.

24  Q.   When I deposed you, you told me that Cruise Connections

25  made a deal that was quote tremendously, a tremendously

1  expensive price to pay unquote, correct?

2  A.   That was correct, yes.

3        MR. CHRISTENSEN:  I have no further questions, Your

4  Honor.

5        THE COURT:  All right.

6        MR. STRAUCH:  Your Honor, in all candor I forgot one

7  question.  It's not within the scope, but I ask leave of the

8  Court to ask it out of turn.

9        THE COURT:  Do you have an objection?

10       MR. CHRISTENSEN:  No objection, Your Honor.

11       THE COURT:  No objection, you can do it.

12                    REDIRECT EXAMINATION

13 BY MR. STRAUCH:

14 Q.   Sir, the money that, the profits that Cruise Connections

15 would have made on this as a CFO were you intending to put that

16 money into a bank account, in a bank account that bore a

17 compound interest, that gave you compound interest?

18 A.   Yes, sir.

19 Q.   Would you have put it in any other type of account?

20 A.   No, sir.

21       MR. STRAUCH:  Thank you.

22       THE COURT:  Okay, did you want to cross-examine him

23 on that?

24       MR. CHRISTENSEN:  No, thank you, Your Honor.

25       THE COURT:  All right.  I think you are excused.

```
 1            Thank you very much, Mr. Phillip Sloane.

 2            THE WITNESS:  Thank you, Your Honor.

 3         (Witness excused.)

 4            THE COURT:  Did you have another witness?

 5            MR. GREEN:  We do, Your Honor.  The plaintiff calls

 6   Mr. Adam Snitzer.

 7            THE COURT:  Adam Snitzer.

 8               PLAINTIFF WITNESS ADAM SNITZER SWORN

 9            THE COURT:  When you're ready, sir.

10            MR. GREEN:  Thank you, Your Honor.

11                        DIRECT EXAMINATION

12   BY MR. GREEN:

13   Q.   Good afternoon, Mr. Snitzer?

14   A.   Good afternoon.

15   Q.   Could you state your full name for the record, please?

16   A.   My name is Adam Snitzer.

17   Q.   All right?

18            THE COURT:  Can you spell your last name?

19            THE WITNESS:  Yes, it's spelled S-N like Nancy --

20   I-T-Z-E-R.

21            THE COURT:  Thank you, sir.

22   BY MR. GREEN:

23   Q.   Where do you live?

24   A.   Miami Beach, Florida.

25   Q.   Where do you work?
```

```
 1  A.   I work for my own independent consulting company called

 2  Peak Revenue Performance also based in Miami Beach.

 3           THE COURT:  I'm sorry, back up and say that again.

 4  What's the name of the company?

 5           THE WITNESS:  Peak Revenue Performance, Your Honor.

 6           THE COURT:  Thank you.

 7  BY MR. GREEN:

 8  Q.   Can you just briefly tell the Court what Peak Revenue

 9  Performance does?

10  A.   Sure.  I had worked in the cruise industry for about 18

11  years as an employee at a number of different cruise lines,

12  including Royal Caribbean NCL and several brands of the

13  Carnival Corporation.

14     Several years ago the brand that I was working for moved

15  from Miami to Seattle and in that change in transition I

16  decided to start my own consulting practice which I specialize

17  in, you know, cruise industry and travel industry matters

18  related to pricing and revenue management.

19  Q.   So is it fair to say that you're consulting to the Cruise

20  Lines themselves or to others interested in the travel industry

21  to figure out what revenues would be generated or what pricing

22  should be set at?

23  A.   Well, many of my companies are Cruise Lines, yes.

24  Q.   Cruise Connections has hired you in this case as a

25  retained expert witness.  Do you understand that?
```

```
1   A.    Yes, I do.

2   Q.    Is that true?

3   A.    Yes, it is.

4   Q.    Have you ever been an expert witness in another case

5   before?

6   A.    No, I have not.

7   Q.    Okay.  And what did Cruise Connections ask you to do?

8   A.    Cruise Connections asked me --

9            THE COURT:  Why don't we back up and find out more

10  about his background.

11           MR. GREEN:  That's fine, Your Honor.

12           THE COURT:  I'll let you do it your way.  Forgive me.

13           MR. GREEN:  No, I can go into his education.

14           THE COURT:  No, no, do it your way.

15  BY MR. GREEN:

16  Q.    What did Cruise Connections ask you to do in this case?

17  A.    Cruise Connections asked me to render my opinion about

18  what on board revenues would have been during the, during the

19  charter operation in Vancouver and also during the

20  repositioning cruises.

21  Q.    Without telling the Court what your opinions are, have you

22  formed opinions about that task?

23  A.    Yes, I have.

24  Q.    Let's back up and talk about your education.  You went to

25  Hamilton College?
```

1  A.    That's right.

2  Q.    You graduated in what year?

3  A.    1983.

4  Q.    Then you went on to get -- where did you go next?

5  A.    Well, I worked and went to NYU where I received a Masters

6  in Business Administration.

7  Q.    When did you get that Masters, the MBA?

8  A.    I believe it was 1986.

9  Q.    And what was the focus of that MBA?

10  A.    Well, the MBA program had a variety of disciplines related

11  to accounting and financing, but I particularly focused on

12  marketing related subjects.

13  Q.    All right.  Let's talk a little bit about your employment

14  history.

15     And of course, your CV was attached to the expert report

16  that you did in this case.  And so just for in the interest of

17  time, I'm going to start and say 1988 to 1995 you worked for

18  American Express; is that correct?

19  A.    That's correct.

20  Q.    Starting in 1995 where did you work?

21  A.    Royal Caribbean.

22  Q.    And you, what was your title there?

23  A.    I was the director of revenue management.

24  Q.    What were your duties?

25  A.    I was responsible for pricing and forecasting and

1  budgeting the revenues related to half of the Royal Caribbean

2  fleet and all of the Celebrity Cruise Line fleet.

3  Q.   Did that include the, the subject matter of on board

4  revenue?

5  A.   It did.

6  Q.   When you were in that job did you have to estimate and

7  forecast OBR?

8  A.   Quite often, yes.

9  Q.   When did you leave Royal Caribbean International?

10 A.   I left I think in 1990 or 1991.  Then I went to NCL for a

11 brief period of time.  NCL is another cruise line, Norwegian

12 Cruise Lines.

13 Q.   If your resume says that you left in 1999 would that be

14 correct?

15 A.   Yes, whatever my resume says is correct.  I'm sorry, I'm

16 not good with dates.

17 Q.   You went to Norwegian Cruise Lines?

18 A.   Uh-hmm.

19 Q.   How long did you work at Norwegian?

20 A.   Just under a year.  Norwegian Cruise Lines changed

21 ownership and I left when the new owners bought the company.

22 Q.   What did you do -- strike that.

23      What was your title at Norwegian?

24 A.   I was the vice-president of revenue management.

25 Q.   What did you do generally as vice-president of revenue

1  management?

2  A.   I set prices, revenue management strategies, sales

3  strategies, group business strategies related to sales and

4  also to on board revenues.

5          THE COURT:  Excuse me one second.  How many ships

6  does Norwegian Cruise Lines operate?

7          THE WITNESS:  At that time it was 11.

8          THE COURT:  Thank you.

9  BY MR. CHRISTENSEN:

10 Q.   It says that you left Norwegian in approximately the year

11 2000; is that correct?

12 A.   Yes.

13 Q.   Where did you go next?

14 A.   I joined the Carnival Corporation and my first assignment

15 with the Carnival Corporation was with the Kenard Cruise Lines.

16 Q.   Kenard is not Carnival itself but it is a --

17 A.   Carnival Corporation owns a large number of Cruise Lines

18 around the world, one of which is Carnival Cruise Lines which

19 is a Miami based cruise line, but it also owned Kenard,

20 Princess, Costa, Holland America, and others.

21 Q.   Okay.  All right.

22          THE COURT:  So do you -- sorry, sorry to keep

23 interrupting.

24          MR. GREEN:  That's fine, Your Honor.

25          THE COURT:  So you went to work, what was the name of

1    the Carnival Corporation that you worked for?

2              THE WITNESS:  It was Kenard Cruise Lines.

3              THE COURT:  Yes, that was the subsidiary of a --

4              THE WITNESS:  The Carnival Corporation.

5              THE COURT:  Carnival Corporation of which a

6    subsidiary is Carnival Cruise Lines out of Miami.

7              THE WITNESS:  Yes.

8              THE COURT:  Got it.  Thank you.  Sorry.  You all know

9    this and I'm --

10             MR. GREEN:  That's fine, Your Honor, break in any

11   time.

12   BY MR. GREEN:

13   Q.   What were your, what was your title when you were at

14   Kenard?

15   A.   At Kenard I was the chief revenue management officer.  And

16   my duties were essentially the same as they had been in

17   previous roles.  I set prices, revenue strategies, sales

18   strategies, et cetera, for ticket revenue and for on board

19   revenue.

20   Q.   How long were you a chief revenue officer?

21   A.   For Kenard I believe it was five years.

22   Q.   What did you do next?

23   A.   After I left Kenard I went to work for the Carnival

24   Corporation vice-chairman in his office as the vice-president

25   of special projects.  While I was there I looked at a number of

1  potential acquisitions for the corporation and during that

2  period of time the Carnival Corporation acquired the Princess

3  and PNO organization and I worked to help integrate those new

4  companies into the corporate structure.  And became familiar

5  with the financial performance, the detailed financial

6  performance of all of the brands that were owned by the

7  corporation.

8  Q.   I understand.  And your work as chief revenue -- I'm sorry

9  -- as VP special projects, in that role did you become familiar

10  with OBR of the corporate, the Carnival Corporation family of

11  Cruise Lines?

12  A.   Yes.

13  Q.   Okay.

14        THE COURT:  Did they all do it differently?

15        THE WITNESS:  They do it, you know, essentially the

16  same but with a twist, Your Honor.

17        THE COURT:  That's what I would think.

18  BY MR. GREEN:

19  Q.   After you did that from 2004 to 2005?

20  A.   That's right.

21  Q.   After, in 2005 what did you do?

22  A.   The corporation asked me to go to Italy to introduce North

23  American pricing and revenue management practices to Costa

24  Cruise Lines which is also another subsidiary owned by Carnival

25  Corporation.

1  Q.   In your job duties what, did you tell me your title when

2  you were there?

3  A.   I was vice-president of on board revenue management.

4  Q.   Your job duties included understanding, projecting,

5  estimating on board revenue?

6  A.   In that role they included that but my role really was to

7  introduce new techniques to the Italian management related to

8  revenue management and to introduce the techniques, to train

9  them, to mentor them and when I left after two years to insure

10 that they were able to sort of carry on without me.

11 Q.   And then in 2007 you went to, it looks like Seabourn?

12 A.   That's right.

13 Q.   Seabourn Cruise Lines is also owned by Carnival Corp?

14 A.   That's right.

15 Q.   What was your title there?

16 A.   I was the Vice-President of marketing in revenue

17 management for Seabourn.  I had the same revenue management

18 responsibilities that I had had at other cruise lines and in

19 addition, I was responsible for marketing the brand.

20 Q.   Is it fair to say based on your experience you have

21 experience estimating on board revenue from cruises?

22 A.   Yes.

23 Q.   You know how to do it?

24 A.   I do.

25 Q.   Did you participate -- let me ask this, back up.

1       How many ship charters have you done approximately?

2   A.    I have over the course of my career, we have closed

3   probably 30 ship charters.   I have quoted many more than those.

4       And each time I quote a ship charter, you know, I have to

5   consider, you know, what the on board revenues are likely to be

6   and incorporate that into the term, the proposed terms of the

7   contract.

8   Q.    When you are estimating the on board revenue in your

9   position, in your various positions, you're following I'm sure

10  a method to do that, correct?

11  A.    Yes, I am.

12  Q.    And that methodology that is used, the basic methodology

13  is that something that is used throughout the industry?

14  A.    I believe that it is.   My colleagues who have had similar

15  jobs at similar Cruise Lines would have done something

16  essentially the same.

17  Q.    In forming your opinions in this particular case did you

18  apply that same type of methodology in forming that opinion?

19  A.    Yes, I did.

20  Q.    The opinions that you have formed are they given to a

21  reasonable degree of probability in your field?

22  A.    Yes, they are.

23  Q.    All right?

24          MR. GREEN:   Your Honor, at this time we would tender

25  Mr. Snitzer as an expert witness with regard to calculating

1   estimates of on board revenue.

2            THE COURT:  Is there any objection or voir dire?

3            MR. TOWNSEND:  Thank you, Your Honor, no voir dire.

4        We do not concede Mr. Snitzer's an expert, but we have

5   no objection to his testifying.

6            THE COURT:  All right.  Mr. Snitzer can testify as an

7   expert or as an experienced lay person and I'll figure it out

8   later, how's that?  Is that satisfactory?

9            MR. TOWNSEND:  Very satisfactory, Your Honor, thank

10  you.

11           THE COURT:  All right.  Now you're really, there's a

12  race here.

13           THE WITNESS:  Leave it up to you, Your Honor.

14           THE COURT:  Okay.

15  BY MR. GREEN:

16  Q.   All right.  Mr. Snitzer, in forming your opinions with

17  regard to OBR in this case and specifically with regard to what

18  would have been generated during the Cruise Connections

19  charter, you obviously, it's obviously math intensive, correct?

20  A.   Yes, very.

21  Q.   And you prepared some exhibits that were attached to your

22  expert report?

23  A.   Yes, I did.

24  Q.   Would it aid your testimony to have these exhibits before

25  you?

1   A.   Yes, it would.

2        MR. GREEN:  May I present the exhibit to the expert,

3   Your Honor?

4        THE COURT:  Yes.

5        MR. GREEN:  Thank you.

6    I'm going to mark this for identification purposes as

7   Plaintiff's Exhibit Number 9.

8        (Plaintiff's Exhibit Number 9 was marked for

9   identification and received in evidence.)

10        THE COURT:  You mean I'm not going to get a copy

11   while he's going along?

12        MR. GREEN:  You sure are, Your Honor.

13        THE COURT:  Oh, good.

14    Is that 9 and 10 or is it just 9?

15        MR. GREEN:  Just 9.

16        THE COURT:  Okay.

17        MR. GREEN:  I'm pretty sure that I have not

18   overlapped one of our previous exhibits with that number.

19    May I approach, Your Honor?

20        THE COURT:  Ms. White, have we used Plaintiff's

21   Exhibit 9 before?

22        THE DEPUTY CLERK:  One moment, Your Honor.

23        MR. GREEN:  May I approach?

24        THE COURT:  Yes, yes.

25        THE DEPUTY CLERK:  No, we have not.

1          THE COURT:  Okay, 9 it is.

2          MR. GREEN:  Great.

3    BY MR. GREEN:

4    Q.   Mr. Snitzer, tell me what Exhibit C is?

5    A.   Exhibit C is the work sheet that I used to estimate the on

6    board revenue that I thought was likely during the ISU

7    operation.

8    Q.   Okay.  So let's ask some basic just very simple questions

9    on Plaintiff's Exhibit Number 10 or Exhibit C.  You've got

10   certain columns across this chart, correct?

11   A.   That's right.

12   Q.   Can you tell us what is, what do you mean by breakdown by

13   OB venue?

14   A.   On board revenue in total would be made up of spending in

15   the various different revenue venues on board the ship.  And so

16   I laid those out in my work sheet and broke it down to bar,

17   casino, food in the alternative restaurants.  There was a

18   provision for box lunches to be provided to the ISU staff.

19   Shore excursions, shops, photo, spa, communications, laundry,

20   medical and art.  These are the typical on board revenue venues

21   that would be part of any Cruise Lines breakdown of where their

22   on board revenues come from.

23   Q.   So these are the typical categories of on board revenues?

24   A.   Yes.

25   Q.   In this particular case in terms of one aspect is that you

1   obviously had to review materials and get up to speed about

2   this case, correct?

3   A.   That's right.

4   Q.   Do you recall what items or what documents you reviewed?

5   A.   Well, I reviewed a number of documents.  There were the

6   CPAs.  There were some excerpts from depositions and some

7   e-mail communication that had gone back and forth between the

8   parties.

9   Q.   So you reviewed the CPAs, correct?

10  A.   Yes.

11  Q.   And did you -- and you reviewed the e-mails between the

12  parties, correct?

13  A.   Yes.

14  Q.   Do you recall which deposition testimony you considered?

15  A.   I don't recall the name of the people whose deposition it

16  was, but it had to do with the intention of, you know,

17  maintaining morale, providing a relaxing atmosphere, allowing

18  people to drink while on board, preferring people to spend time

19  on board during their recreation versus going into certain

20  parts of town in Vancouver that were close to the port and, you

21  know, matters like that.

22  Q.   I will probably mark we have a -- did you set forth the

23  materials that you reviewed in forming your opinions?

24  A.   Yes, there was a schedule in my report.

25  Q.   Okay.  I'll make myself a note to make sure that gets

1    before the Court.

2        Let's look back at Exhibit 10 which I put on the screen.

3    So you have explained what the breakdown by OB venue is?

4    A.    Yes.  On board venue.

5    Q.    And that OB is on board?

6    A.    Yes.

7    Q.    The percentages can you just explain how you came to these

8    particular percentages in the OB venue breakdown?

9    A.    Typically if I were doing this for a cruise line I would

10   know exactly what the breakdowns were, based on that specific

11   Cruise Lines' actual experience over time.  And I would be

12   privy to that information.

13       In this particular case I relied on my 18 years of

14   experience to estimate what each of these venues were likely to

15   have been in a normal operation of a cruise.

16   Q.    Okay.  And in your experience that's what these

17   percentages are based upon?

18   A.    That's right.  So 25 percent or 27 percent would be from

19   the bars, 20 percent from the casino, another 20 percent from

20   shore excursions, 12 percent from the shops on board, and then

21   a variety of smaller percentages from the other venues.

22   Q.    So what you're saying on a normal cruise this is the

23   typical breakdown of OBR just generally?

24   A.    That's right.

25   Q.    All right.  Next you have a column that says Royal Carib.

1  Is that Royal Caribbean?

2  A.   Yes, Royal Caribbean, yes.

3  Q.   You have specific dollar numbers beside, underneath that

4  column.  Can you explain how you calculated those numbers?

5  A.   Yes.  The number at the very bottom of the column is

6  $44.10 which is the net on board revenue that the Royal

7  Caribbean Corporation reported on their 10-K statement for

8  2010. So that was their actual experience that they reported in

9  their public filings.

10     Then I allocated the $44.10 according to the percentages in

11  the breakdown by on board venue column to each of the venues.

12  So for example, based on my experience I estimate that of the

13  $44.10 about $12 of that would have been in bar.  Nearly $9 of

14  that would have been in casino and for shore excursions.

15  Q.   Did you do the same under the Holland America column, is

16  that your testimony the same for how you formed those numbers?

17  A.   That's right, the same methodology.  The number at the

18  bottom of the column $39.52 is the net on board revenue per

19  person per day reported by Carnival Corporation in their public

20  filings.

21  Q.   Okay.  And Carnival owns Holland?

22  A.   That's right.

23  Q.   And that 39.52 number reported by Carnival, does that just

24  include Carnival the cruise line?

25  A.   No.  That $39.52 would be the overall performance on

1  average across all of the brands owned by Carnival Corporation.

2  Because that's at the level they report in their public

3  filings.

4  Q.    How many brands does that include therefore?

5  A.    Probably ten brands around the world.

6  Q.    Do they vary?

7  A.    They do vary, yes.

8         THE COURT:  So Holland America might have a somewhat

9  different experience as Costa Concordia might have a different

10  experience?

11        THE WITNESS:  Yes, yes.  There would be a variation,

12  not a huge variation but a variation.

13        THE COURT:  Right, but I mean, it probably is

14  different.

15        THE WITNESS:  Yes, by a few dollars from one brand to

16  the next, right.

17  BY MR. GREEN:

18  Q.    So this is the average across the entire corporation?

19  A.    Yes.

20  Q.    Tell me about what is the weighted average column?

21  A.    The weighted average column was there was a certain amount

22  of capacity in Vancouver that was going be on Royal Caribbean

23  ships and a certain amount on Holland America ships.  I think

24  it was probably 65 percent, 35 percent.  There were two Royal

25  Caribbean ships and one Holland America ship.

1    So I then did a weighted average of those two columns to

2  come up with what would be expected in a normal operation of

3  those, you know, of those two brands assets during a normal

4  operation.

5  Q.    I see.  Your line then goes to typical operation?

6  A.    Right.

7  Q.    Right?

8  A.    I simply say that the typical operation is the weighted

9  average of the two.  I show that it's a weighted average and

10  the typical operation that one would expect under normal

11  circumstances with a typical compliment of cruise guests on

12  board this is what one would expect by venue.

13  Q.    Of course, by comparing the 10-Ks, the annual statements

14  of these companies?

15  A.    Yes.

16  Q.    You have your next line says likely ISU operation?

17  A.    That's right.  In my analysis I went line by line to

18  estimate based on the nature of this contract, what would have

19  been expected in each of the, in each of the venues.

20  Q.    So for instance, casino, I see a zero, why is that?

21  A.    By contract the casinos were meant to be closed.

22  Q.    And zero under art and medical as well?

23  A.    Art was going to be closed and medical is going to be

24  covered, the ISU was going to cover medical.

25    So I just assumed that that would be closed.  They would

1  have their own facility for their personnel.

2  Q.    I understand, and you got this information from where?

3  A.    From reading the contracts and the excerpts from the

4  depositions.

5  Q.    Okay.  Let's talk about the bar, lounges?

6  A.    Okay.

7  Q.    You have a certain number there?

8  A.    I do.  What I'm seeing on my screen it cuts off on the

9  right.  If you just moved it all the way so that you can see.

10    What I wanted to just explain was I made notes so each line

11  is numbered on the right from one through 13, and then lower on

12  the page underneath the table of numbers, I have my assumptions

13  written out.

14    For example, I assumed that the bar numbers would be higher

15  during this operation for the reasons that I articulated here

16  in number one.  All guests I assume would be of drinking age

17  which would have tended to increase bar revenues.  They were

18  mostly male which would have tended to increase bar revenues.

19    There were no spouses on board.  People were rooming two to

20  a room which I assumed would tend to encourage people to

21  congregate in the lounges where they would be drinking and

22  since the casino was closed that that was, there would be less

23  of a distraction for people to do other things.  This would be

24  essentially the only form of unwinding entertainment and

25  socializing on the ship.

1  Q.   In making that calculation is there a percentage, I mean,

2  1787 is that a result of you multiplying certain numbers?

3  A.   I assume that the bar revenues would be two-thirds more

4  than the typical operation.

5  Q.   So you took two-thirds of the 1076?

6  A.   That's right.

7  Q.   And added it to the 1076 essentially?

8  A.   Yes.

9        THE COURT:  Can I ask a question?  This is probably

10  hard to say as in average, but in a traditional vacation cruise

11  what is the breakdown between adult passengers and children

12  passengers?

13        THE WITNESS:  Well, it varies greatly during the time

14  of the year.  During school breaks, so the summer for sure, but

15  also around say spring break and Christmas and New Years there

16  would be quite a few children on board.

17        THE COURT:  Okay.  So on, at those times for those

18  cruises whatever their numbers, let's say cruise 381 something

19  like that.

20        THE WITNESS:  Yes.

21        THE COURT:  Would the bar lounges, OBR be estimated

22  lower because there's so many children on board?

23        THE WITNESS:  They would be.  The overall on board

24  revenue would be estimated to be higher because when children

25  are on board the shore excursion revenue is much higher.

```
 1            THE COURT:  Just wonderful.  Okay.  But the bar
 2  revenue would be lowered?
 3            THE WITNESS:  Yes.
 4            THE COURT:  Thank you, sir.  I wanted to make sure
 5  that I was following the logic.
 6            MR. GREEN:  Sure, sure.
 7  BY MR. GREEN:
 8  Q.   I want to go to another -- I know the Court can read but I
 9  want to make sure that your assumptions are well explained.
10      You also say bar alternative restaurants in your next
11  column.  Your next figure down?
12  A.   Yes.
13  Q.   Is $3.94.  How did you calculate that?
14  A.   My understanding was that the, you know, that the food
15  service on board was meant to be buffet style and that that
16  operation was going to be the same buffet, not the same food,
17  but the same cafeteria style for breakfast, actually 24 hours a
18  day during the operation.
19      I assumed that once a little bit more than once a week each
20  person would go into an alternative dining venue in order to
21  enjoy, you know, table service, sit down, a varied menu, more
22  choice and more selection.  I assumed for this that when they
23  were in the alternative restaurants 1.2 times per week that
24  each person would have one cocktail and one-half bottle of
25  wine.  So I was making an estimate as to what the consumption
```

1    would be.

2           THE COURT:  And that those assumptions or those

3    estimates are based, I mean, you can't say it's based on a

4    formula that people use, it's just based on your experience

5    over the years in doing this?

6           THE WITNESS:  Yes, it's based on my experience over

7    the years.  Typically the alternative dining rooms are full

8    during cruise operations.

9           THE COURT:  I see.

10           THE WITNESS:  Okay, here I felt --

11           THE COURT:  You mean the main dining room in a cruise

12    is always self-service, what do you call it buffet?

13           THE WITNESS:  No, no, no.  On a typical cruise --

14           THE COURT:  No, you don't really have to explain

15    that.  I'm sorry, I'm wondering away from the issue and you

16    don't have to go there.

17           THE WITNESS:  All right.

18           THE COURT:  You have answered the question, so keep

19    going.

20           MR. GREEN:  Great.

21    BY MR. GREEN:

22    Q.   The casino you have already discussed under the likely ISU

23    operation of the contract indicated there would be no casino.

24       You have gone through and done this for food, restaurants,

25    your food box lunches, your shore excursions, shops, photos,

1   spa, communications, laundry, medical and art; is that correct?

2   A.   That's correct.

3   Q.   Your notes to the right hand side all the way to the right

4   are included at the bottom of this exhibit, correct?

5   A.   That's correct.

6   Q.   And those are statements of your assumptions in coming to

7   those figures; is that a fair statement?

8   A.   Yes, it is.

9   Q.   Let's talk about the shore excursion number, can you see

10  that?

11  A.   Yes, number 6.

12  Q.   What were your assumptions built into that particular?

13  A.   I had assumed that shore excursion revenue for this

14  operation would be lower than during the typical operation

15  because people were not, you know, on vacation the whole time.

16  They were working.  But I had assumed that a little bit less

17  than half of the people would participate in one tour on each

18  of two days off per week.

19  Q.   You've got under communications you have a $3 charge there

20  per day.  Can you explain what that is?

21  A.   Well, $3 is a cost, primarily it's for internet and for

22  phone cards and for cell phone use while on board.

23       The, according to the contract, the ISU was meant to

24  subsidize the internet for its members while they were on

25  board.  So this number includes the subsidy and also increased

1  usage because the price was subsidized and because people would

2  be away from family and friends for a prolonged period of time

3  and my assumption is that therefore they would have a higher

4  likelihood to use the internet.

5  Q.    Okay.  How about laundry?

6  A.    Laundry was also meant to be subsidized by the ISU.  My

7  assumption is that laundry would have been much higher than a

8  typical operation because one, the prices would be reasonable

9  by virtue of the subsidy, and since people were going to be on

10 board for a prolonged period of time and needed to, you know,

11 launder and dry clean their uniforms, et cetera, that they

12 would be forced to send their laundry for cleaning.  Whereas on

13 a typical cruise people come with enough to wear for a week

14 that they don't need to do laundry.

15 Q.    You also add one more column in between your notes and the

16 likely ISU operation variance or VAR.  Did I get that right?

17 A.    Yes.

18 Q.    What are you showing in this column?

19 A.    I'm showing the difference between the typical operation

20 and the likely ISU operation.

21 Q.    Just looking at it, it looks like when it's, when the

22 number is in parentheses, it means that the spend in the ISU

23 operation is less than the typical cruise and when it's not in

24 brackets it means that it's more than what's seen on a typical

25 cruise?

1   A.    That's correct.  It was a mix; some are higher, some are

2   lower.

3   Q.    So it appears that the, so it appears that bar and bar

4   alternative restaurants you had as higher than your typical

5   cruise.  Food, alternative restaurants, food, box lunches are

6   higher.  Your communications are slightly higher, your laundry

7   is higher, and if to the extent that you have not done so

8   already, can you explain why those particular areas are more

9   than your typical?

10  A.    I think I explained that.

11  Q.    You feel like you have explained that already?

12  A.    Uh-hmm.

13  Q.    Let me move on to another exhibit?

14        THE COURT:  Why don't we take a break right now.

15        MR. GREEN:  Okay.

16        THE COURT:  All right, please don't talk about your

17  testimony during the break.

18      I have a question that I wanted to ask Mr. Phillip

19  Sloane, but that I forgot.  Would the parties object if I ask,

20  if I recalled him and asked him that question?  Obviously, I

21  would open it if you had further follow up questions.

22      Would you excuse us just a second?  I'm sorry to do this

23  to you, sir.

24        (Witness excused.)

25        Mr. Sloane, could you just come back for a minute.

1          THE WITNESS:  Sure.

2              PLAINTIFF WITNESS PHILLIP SLOANE

3          THE COURT:  My question goes to the arrangements and

4    relationship that you personally and on behalf of CCCM

5    developed with the Royal Bank of Canada.

6        I know because I wrote an earlier decision that went on

7    for pages and pages that there never was a closing on the loan.

8    I mean, you signed, CCCM, Mr. Kelly, somebody, signed

9    preliminary papers with the bank.  But it never actually

10   closed.

11         THE WITNESS:  It didn't fund, Your Honor.

12         THE COURT:  Didn't what?

13         THE WITNESS:  Didn't fund.

14         THE COURT:  Didn't fund, yes.

15       What was the anticipated date for closure or settlement

16   or whatever the proper noun is?

17         THE WITNESS:  It was the 25th of September.

18         THE COURT:  The 25th, that was the date it was

19   scheduled for.

20         THE WITNESS:  That was one of many dates.  It was

21   scheduled for earlier September, but the last, yes, it was

22   scheduled -- we actually thought the 25th would be the final.

23         THE COURT:  Okay.  Thank you very much.

24       That's what I needed to know.

25         THE WITNESS:  Thank you.

1          THE COURT:  All right, why don't we take a break.

2   It's almost 20 after.  Be back a little after 3:30.

3          I didn't ask you did you want to ask any questions as a

4   result of that?

5          I'm sorry.  I told you, I told you you could ask

6   questions of Mr. Sloane and then I walked away as if you

7   couldn't.

8          MR. CHRISTENSEN:  I think the offer of proof already

9   addresses the issues that he's testified about.  So we

10  understood we were precluded from going into the issue of

11  delay.  So we have spelled out what the evidence would show.

12         THE COURT:  Okay, that's fine.  Thank you.

13         (Witness Sloane excused.)

14         (Afternoon recess at 3:20 p.m.)

15         (Proceedings resumed at 3:35 p.m.)

16         THE COURT:  All right.  Then could our witness

17  return.  Thank you.  This is our expert witness so we haven't

18  decided whether he's an expert yet, but we're letting him give

19  an opinion anyway which sort of suggests I should decide he's

20  an expert.

21         But it's okay, you can continue with his testimony and

22  I'll listen to his cross examination and then decide,

23  Mr. Snitzer.

24         (Witness Snitzer resumes the stand.)

25         THE WITNESS:  Okay, Your Honor.

1          THE COURT:  Have you done this before, been an

2    expert?

3          THE WITNESS:  No.

4          THE COURT:  Never know what you might have to do in

5    life.

6        All right, go right ahead, Mr. Green.

7          MR. GREEN:  Thank you, Your Honor.

8      I would like to clarify for the record one point that Mr.

9    Townsend graciously pointed out and that is that Exhibit C we

10   have been discussing at times I have referred to it as Exhibit

11   10.  That is no one else has this problem in the courtroom with

12   the copies because I wrote 9 on everybody else's copy, but I

13   wrote 10 on my own.  So that's why I messed up that reference a

14   couple of times.

15         THE COURT:  All right.  So the record should be clear

16   that the exhibit to which reference was made is only called

17   Exhibit C as part of the report of the witness is Plaintiff's

18   Exhibit 9 in this trial.

19         MR. GREEN:  Thank you, Your Honor.

20         THE COURT:  They will never get that far in the

21   transcript and they will be totally confused but it's okay.

22   BY MR. GREEN:

23   Q.  With regard to Exhibit 9, Mr. Snitzer, can you explain --

24         THE COURT:  Don't quote that whole thing on appeal,

25   okay.

1          MR. GREEN:  Yes.

2    BY MR. GREEN:

3    Q.   Can you explain your assumptions built into why for

4    instance, the spa is lower for the ISU operation than on a

5    typical cruise?

6    A.   Well, on a typical cruise where people are on vacation

7    they have a tendency to take massages more, spend more time in

8    the beauty salon, et cetera.  I really thought that during this

9    operation it would be more utilitarian.  People would need

10   haircuts.  People would, a third of the people would have one

11   treatment in the spa every other week and then there would be

12   some exercise classes.  But that it wouldn't end up being as

13   fully utilized as it is during a typical cruise operation.

14   Q.   Is that because these folks are having to obviously work

15   every day or --

16   A.   Yes.

17   Q.   Essentially?

18   A.   Essentially.

19   Q.   The shops, looks like the shops is a very large variance

20   where you estimated the likely ISU operation to be only a

21   dollar seventy every day?

22   A.   Yes.

23   Q.   Could you explain that?

24   A.   My assumption is that the shops would be used to replenish

25   sundries as people ran out of them.  But to the extent that

1  these folks were going to purchase souvenirs they would

2  probably purchase their souvenirs in the olympic venues because

3  again, the ship was not the main event.

4  Q.   Right, I understand.  Is there anything else we need to

5  cover in your opinion on this Exhibit 9 that was important to

6  forming your opinions on this page, Mr. Snitzer?

7  A.   I believe we have covered everything.

8     (Plaintiff's Exhibit Numbers 10 and 11 marked for

9  identification and received in evidence.)

10  Q.   Okay.  I'm going to put up on the Elmo Plaintiff's Exhibit

11  10 which I have marked and it's Exhibit B to your report.  I

12  would like you to just review that to make sure that these are

13  the documents and materials that you reviewed.

14     Can everybody see that on the screens?

15          MR. GREEN:  Yeah.

16          THE COURT:  Has that been circulated yet or not?

17          MR. GREEN:  It has not been circulated, Your Honor.

18  I only have one copy of it.  I can go through and read it into

19  the record.

20          THE COURT:  No, there's no need to do that.  We'll

21  just get copies later.

22          MR. GREEN:  Great.  I was going to make this the

23  Court's copy.

24          THE COURT:  Okay.

25  BY MR. GREEN:

1  Q.   Mr. Snitzer, does this look to be a complete list of the

2  items that you reviewed in forming your opinions in this case?

3  A.   Yes.

4  Q.   I'd like to hand you what I marked as Plaintiff's Exhibit

5  Number 11.

6           MR. GREEN:  May I approach, Your Honor?

7           THE COURT:  They have not seen it.  They want to see

8  Exhibit 10.

9           MR. TOWNSEND:  Your Honor, I just wanted to say

10 that's Exhibit B to Mr. Snitzer's report and we have that

11 already.

12          THE COURT:  Oh, we do?

13          MR. TOWNSEND:  Yes, Your Honor.  Just without the

14 exhibit mark on it.

15          THE COURT:  Okay.

16          MR. GREEN:  Great.

17      I will hand you Plaintiff's Exhibit 11 so you can have

18 it already.

19      May I approach the witness, Your Honor?

20          THE COURT:  Yes.

21          MR. GREEN:  Thank you.

22          THE WITNESS:  Thank you.

23 BY MR. GREEN:

24 Q.   Can you tell the Court what Exhibit D is, Mr. Snitzer?

25 A.   Yes.  Exhibit D is really quite the same work sheet as

1  Exhibit C, but instead of focusing on the time during which the

2  ships were in Vancouver and occupied by ISU personnel, this is

3  the, say the same approach but for the time that the ships were

4  repositioning between Vancouver and San Diego.

5  Q.   Okay.  So this is the OBR estimate for the repositioning

6  cruises?

7  A.   That's right.

8  Q.   In terms of breakdown by OB venue, the Royal Caribbean,

9  the Holland America, and the weighted average, is that

10  identical to Exhibit 9?

11  A.   Yes, it is.

12  Q.   Okay.  Is the typical operation area line item the same as

13  Exhibit 9?

14  A.   Yes, it is.

15  Q.   Okay, then you have a column likely repo operation?

16  A.   That's right.

17  Q.   What did you base your assumptions on under the likely?

18       THE COURT:  Oh, come on.  We did this before, we can

19  see his assumptions down below.  I personally follow his

20  assumptions having heard his explanations the last time.

21       MR. GREEN:  Fine.

22       THE COURT:  If you want to actually go through them,

23  you are more than welcome to do so so the record is clear.

24    Mr. Christensen or Mr. Thompson can cover them on cross

25  examination but you don't need to go one by one.

1        MR. GREEN:  Okay, Your Honor, that's fine.

2   BY MR. GREEN:

3   Q.   Your assumptions, Mr. Snitzer, are set forth under notes

4   that you have indicated at the end of this chart, correct?

5   A.   That's correct.

6   Q.   Okay.  I will move on.  Before I move on, let me get your

7   statement as to what was the, what's the total OBR spend that

8   you in your opinion found was likely on the repo operation?

9   A.   This was a typical repositioning operation, assumption was

10  that this would have been, you know, the guests on board would

11  have been the typical sort of guests that you would have on a

12  repositioning cruise.  These were not typical ISU people.

13      This on board revenue would have been a little bit lower

14  than a typical operation because there was no shore excursions

15  since this was a repositioning cruise from one point to another

16  with no ports of call in between.

17      So it's really quite similar to a typical operation with

18  the exception of shore excursions and a few things are higher

19  because on a short duration cruise, people tend to pack it all

20  in and spend more per day because there's less, there are fewer

21  days.

22  Q.   But your per day calculation for this cruise, isn't that

23  this number right here?

24  A.   That's right, it is $41.33 cents which is a dollar

25  seventy-two lower than typical cruise operation which includes

1   all kinds of cruises not just repositioning cruises.

2   Q.   Looking at 9, that same type of number is indicated at the

3   bottom of the column for likely ISU operation, correct?

4   A.   That's correct.

5   Q.   I'm going to circle this number here, that's the total

6   PPPD spend that's your opinion is that the RCMP would have

7   spent that each day on the ship?

8   A.   That's correct.

9            THE COURT:  Or at least the members of the ISU.

10            MR. GREEN:  Excuse me, Your Honor?

11            THE COURT:  I said or at least the members of the

12   ISU.

13            MR. GREEN:  Correct, thank you.

14       I'm marking Exhibit 12.  Can I hand it to the witness,

15   Your Honor?

16            THE COURT:  Yes, sir.

17       (Plaintiff's Exhibit Numbers 12 and 13 marked for

18   identification and received in evidence.)

19            MR. GREEN:  Thank you.

20   BY MR. GREEN:

21   Q.   Okay.  Mr. Snitzer, if you can explain what Exhibit E or

22   Plaintiff's Exhibit 12 is for the Court?

23   A.   Okay.  This is the exhibit where I calculated what the

24   actual total dollars of on board revenue would likely have been

25   up to the previous point in time.  On the previous exhibit we

1    were trying to get to a per person per day number.

2        On this exhibit I take that number and I compare it to the

3    capacity of the ship.  So on this schedule we have the Royal

4    Caribbean, the two ships from Royal Caribbean with a total

5    capacity of 4,220 beds, and then the capacity of the Holland

6    America ship with 1252 beds while they were in Vancouver, 30

7    days for Royal Caribbean and 44 days for Holland America with

8    total available lower berth days ALBDs which is an industry

9    metric used to measure capacity per bed per day.

10        And then the $49.84 cents which was the number that you

11    just circled on Exhibit C, and then in the last column we

12    multiply the ALBDs times the on board revenue per person per

13    day to get to the 6.3 million dollars on the Royal Caribbean

14    ships and 2.75 million dollars on the Holland America ship.

15   Q.    And for the repositioning cruise?

16   A.    For the repositioning cruise it was $41,000.

17   Q.    So this is as simple as multiplying once you get your

18   ALBDs and your PPPD spend, this is as simple as multiplying the

19   ALBDs times the PPPD spend?

20   A.    That's correct.

21   Q.    Now you have obviously in this calculation this assumes

22   that the ship is full; is that correct?

23   A.    Yes.

24   Q.    Okay, and why did you assume the ship was full?

25   A.    Typically cruise ships are full.  And also typically when

1 a company acquires space, you know, for a venue like the

2 olympics or for other olympic charters I have been involved

3 with, the intention is to use all the space because you're

4 paying for it all.  So typically you would expect that people

5 would fill this space first before they use any other space

6 that's available to them.

7 Q.   So your assumptions here are based though on that

8 assumption that they're full, correct?

9 A.   That's right.

10 Q.   Are you aware that I guess it was last week at this time

11 and that the depositions of two, well one person from Holland

12 America and one person from Royal Caribbean or Carnival, I'm

13 sorry, were taken to essentially authenticate certain documents

14 in this case?

15 A.   Yes, I'm aware of that.

16 Q.   And as a result of that certain documents were provided

17 showing actual capacity of the ships during the 2012 Vancouver

18 Olympics; is that correct?

19 A.   That's correct.

20 Q.   Do you believe that the capacity, in other words, the

21 number of people that were, that showed up and used berths and

22 beds on the ships, is that a relevant metric to be considered

23 if in this case the Judge finds that under the deal or the way

24 the deal would have worked is that the ship would not have been

25 full?

1        You understand my question?

2   A.   I believe you're asking me if I think that the capacity,

3   the actual capacity would have a bearing on the on board

4   revenue?

5   Q.   Correct?

6            THE COURT:  Wait a minute.  You are using capacity

7   wrong.  Capacity is how many the ship could hold.  That's the

8   same thing as your ALBDs.

9            You're asking whether reasonably the cost should be

10  compared to ALBDs or the number of people who showed up on any

11  given day -- showed up is not the right term.  The number of

12  RCMP personnel who were actually on board on any given day or

13  night.  Capacity is --

14           MR. GREEN:  That's correct, Your Honor.

15           THE COURT:  -- for the Royal Caribbean ship, the

16  capacity is 4,220 but they didn't have anywhere near that many

17  people.

18           MR. GREEN:  And my point is, Your Honor, to the

19  extent that you find that Cruise Connections, the folks that

20  were running our deal, would have changed after they were left

21  the contract, and this new regime came in and did the games in

22  a particular way resulting in those passengers that did stay on

23  the boats.

24           THE COURT:  I understand exactly.  You have to ask

25  him the question.

1          MR. GREEN:  I understand.

2          THE COURT:  But you were using capacity in the wrong

3   part of the sentence.

4          Capacity is the full number of berths and you want a

5   comparison between the number of berths and the number of

6   people who were really on board.

7          MR. GREEN:  That's correct.

8          THE COURT:  That was what I was -- I don't want the

9   record to look like we don't know what the question is.

10          MR. GREEN:  Thank you.

11   BY MR. GREEN:

12   Q.   Mr. Snitzer, I was asking you whether or not the number of

13   people that stayed on the ships during the 2010 Vancouver

14   Olympics, is that relevant for your consideration?

15   A.   It's extremely relevant.

16   Q.   And have you made any type of alternative, have you taken

17   into account what those, what that, what those numbers of

18   people that showed up during the olympics and stayed on the

19   boats?

20   A.   Yes, I have.

21   Q.   Okay, in your opinions?

22   A.   Yes.  In my opinions, I would have, I would multiple the

23   per person per day number, not by my assumed everything is

24   going to be utilized assumption, but instead, I would multiply

25   that by the actual number of people who are on board per day.

1          THE COURT:  What you mean is you would multiply,

2    instead on this Exhibit E which is actually for trial purposes

3    Exhibit 12, instead of multiplying 4984 for the Royal

4    Caribbean, a 126,600 ALBDs you would multiply it by whatever

5    the number of used berths was?

6          THE WITNESS:  That's correct, Your Honor.

7          THE COURT:  Okay.

8    BY MR. GREEN:

9    Q.   Now does it matter that different ships were used?

10   A.   What I would do is I would take the actual number from the

11   ship, from the ships that were there, the actual number of

12   people per day and multiply that number by the on board revenue

13   assumptions of per person per day.  It doesn't matter the ship.

14   Q.   Understood?

15   A.   It matters the people.

16         THE COURT:  But doesn't it matter that they weren't

17   all on the ship for as long?  Your figure, your 4984 might not

18   be the right figure if some people came and stayed three weeks

19   and left instead of coming and staying six weeks for the whole

20   thing.  See what I mean?

21         THE WITNESS:  Yes, I do.  I think that I did assume

22   that the majority of people were going to be there for the

23   whole period.

24         THE COURT:  Well, in this calculation you assumed

25   everybody was there the whole time on what is Plaintiff's trial

1  Exhibit 12.

2       But in your new calculation did you just reduce the

3  number of beds for the multiplier let's continue to use the

4  4984 as your daily?

5           THE WITNESS:  Yes, I did.

6           THE COURT:  Okay.

7  BY MR. GREEN:

8  Q.   Did you actually prepare a, type up this --

9  A.   Yes, I did.

10  Q.   -- for the court?

11  A.   In fact, I have it.

12           MR. GREEN:  Can I get this -- thank you.

13           THE WITNESS:  Did you want one more copy because I

14  have one.

15           MR. GREEN:  No, I think I'm fine.  Thank you.

16        This is Plaintiff's Exhibit Number 13.

17           THE COURT:  Thank you.

18           THE DEPUTY CLERK:  You're welcome.

19  BY MR. GREEN:

20  Q.   Just so that we're clear, Mr. Snitzer, can you walk us

21  through this revised or alternative Exhibit E?

22  A.   Okay.  With respect to the alternative Exhibit E,

23  everything on the left side through the column that says NOBR

24  which stands for net on board revenue and then dollar sign end

25  in brackets, that's all the same as what we were just looking

1  at.

2      Then to the right of that I have added three new columns.

3  One says alternative PCDs, the next is alternative occupancy

4  percentage.  Then the last one says alternative net on board

5  revenue.

6      In this exhibit I took the actual passenger cruise days for

7  the, you know, for the operation in Vancouver and that worked

8  out to be 69.9 percent utilization or occupancy rather than the

9  100 that was originally assumed.

10     As a result of that change, the alternative net on board

11 revenue estimate for the Royal Caribbean ships is 4.41 million

12 dollars versus the 6.31 and for the Holland America ship, it's

13 1.92 million dollars as opposed to the 2.75 million dollars.

14 Q.   Okay, so by comparing the PCDs or ALBDs of the, of the

15 Vancouver Olympics that took place and those documentations

16 provided by Carnival and Holland, you calculated that these

17 ships that we had, that Cruise Connections had contracted for

18 had the deal not been breached would have been at approximately

19 70 percent capacity?

20 A.   That's right.

21          THE COURT:  If the same number of people came and

22 ramped up and ramped down.

23          MR. GREEN:  That's exactly right, Your Honor.

24          THE COURT:  I got it.

25

```
 1   BY MR. GREEN:

 2   Q.    The reposition cruise does not change?

 3            THE COURT:  I was wondering why Royal Caribbean was

 4   there.  But what you're doing is you're putting in the ships

 5   with which Cruise Connections -- do I have that right?

 6            MR. GREEN:  That's right.

 7            THE COURT:  Sorry -- the ships with which Cruise

 8   Connections had the charter party agreements and their sizes

 9   with the percentage of people who actually showed up, so it's a

10   different figure.

11            MR. GREEN:  That's exactly right.

12            THE COURT:  I got it.  Thank you.

13         But it still uses the 49 whatever, 4984?

14            MR. GREEN:  Correct.  It still uses the earlier part

15   of his opinion --

16            THE COURT:  Right.

17            MR. GREEN:  -- detailing with, you got it.

18            THE COURT:  Which reasonably might be lower if people

19   weren't on board for quite as long?

20            THE WITNESS:  Your Honor, it's hard to say because

21   there would have been probably less need to do laundry.  There

22   would have been less need to replenish sundry items.

23            THE COURT:  Right.

24            THE WITNESS:  There would have been less of that.

25   But that would have been reasonably small.
```

1        The other thing is that all of my experience says that

2   when people are on board for less time relative to more time,

3   they have a tendency to spend more per day.

4        THE COURT:  I got that part before so yeah, even if

5   they're there at work.

6   BY MR. GREEN:

7   Q.   Okay.  So in final, just to, for summary purposes, if the

8   ships were full and that's the assumption, then you got a total

9   OBR of 9 million .47, correct?

10  A.   That's correct.

11  Q.   And under this alternative ramp up, ramp down, you have

12  got a 6 million, 6.74 million?

13  A.   That's correct.

14        MR. GREEN:  I don't think I have any further

15  questions at this point.

16        THE COURT:  Thank you very much.

17       Is it all right, is it Mr. Christensen or Mr. Townsend?

18        MR. TOWNSEND:  May I proceed, Your Honor?

19        THE COURT:  Yes, please, whenever you're ready, sir.

20        MR. TOWNSEND:  Thank you, Your Honor.

21                      CROSS EXAMINATION

22  BY MR. TOWNSEND:

23  Q.   Mr. Snitzer, I am John Townsend.  I'm one of the lawyers

24  for the RCMP and the Government of Canada.

25       Is this picking me up all right?

1     Mr. Snitzer, does your 17 years of experience with cruise

2   line charters include any charter specifically for the purpose

3   of housing security personnel for a high risk event like the

4   olympics?

5   A.    We have in my experience, we operated charters for the

6   olympics in other cities over the years as well, yes.

7   Q.    When you say we, you mean the corporation for which you've

8   worked?

9   A.    That's right, yes.

10  Q.    Were you personally involved in any of those charters?

11  A.    I was personally involved in pricing those charters, yes.

12  Q.    Did any of those charters involve housing security

13  personnel as opposed to persons attending the events?

14  A.    They never involved people attending the event.  They

15  always involved people who were working the event.  To be

16  honest with you, I don't recall whether any of those people

17  were security personnel or not.

18  Q.    Thank you.

19     So when you were making your estimates of what the persons

20  occupying the ships of the Vancouver Olympics were likely to be

21  doing, you took into account didn't you that these would be

22  mostly Royal Canadian Mounted Police?

23  A.    That's right.

24  Q.    With some Canadian forces?

25  A.    Yes, sir.

1  Q.   You understand Canadian forces is a collective term for

2  the Army, Navy and Air Force?

3  A.   That's correct, sir.

4  Q.   You took into account did you not that these people would

5  be working 12 hour days when the olympics were going on?

6  A.   That's right.  Well, I assumed some days would be 12

7  hours.  I didn't know exactly whether it would be 12, eight,

8  ten.

9  Q.   So you did not take into account that the standard shift

10 for the RCMP personnel during the two weeks of the olympics was

11 12 hours?

12 A.   I knew that, I assumed that people were going to be

13 working hard but I didn't actually think 12 hours.

14 Q.   And many of these people were working at events or venues

15 more precisely at some distance from the Ballentyne Pier were

16 they not?

17 A.   That was my understanding, yes.

18 Q.   Some of them many of them required bus rides to get there

19 didn't they?

20 A.   That was my understanding, yes.

21 Q.   And in the congested conditions of the olympics those bus

22 rides could last from half an hour to perhaps an hour and a

23 half each way couldn't they?

24 A.   I don't know, sir.

25 Q.   So if that assumption is right, if you assume an hour each

1  way and a 12 hour shift, then you're dealing with personnel who

2  have 14 hours committed either to working or to getting to work

3  or back from work, would that be right?

4  A.    I assumed that people would be working hard, yes.

5  Q.    And you would agree with my math, 12 plus two would be 14?

6  A.    I do agree with that, sir.

7  Q.    You took into account didn't you that many of these people

8  would be heavily burdened with equipment going to and from

9  their assigned positions, didn't you?

10  A.    No, I did not, sir.

11  Q.    That many of them would have needed bullet proof vests?

12  A.    I was -- no, I did not take that into account.

13  Q.    Many of them went off every day wearing full riot gear and

14  that those who were in standard uniforms would need fresh

15  uniform every day?

16  A.    I assumed that there would be a lot of use of the laundry,

17  yes.

18  Q.    And it takes them time to get their uniforms in shape to

19  go out in public everyday?

20  A.    I believe that the contract as I understood it was that

21  people would be able to, you know, leave their laundry to be

22  done for them, that they weren't going to be using coin

23  operated machines but that in fact that was something that they

24  would be able to do, leave the laundry, have it done for them

25  and have it returned to their cabin.  That is what I understood

1  it to be and that was what my assumption.

2  Q.   We'll come back to the laundry.  No one was going to

3  polish their shoes were they?

4  A.   Not that I was aware of.

5  Q.   And that takes time?

6  A.   Yes, it does.

7  Q.   Getting the uniform proper takes time?

8  A.   Unless someone else is doing it for you.

9  Q.   Getting full riot gear takes time?

10 A.   I've never done it, sir.

11 Q.   Finding your dog if you have the canine patrol takes time?

12 A.   I suppose so.

13 Q.   Did you take into account in estimating OBR that the RCMP

14 occupied, organized the assignment of rooms so that for the

15 most part people sharing the same room had opposing 12 hour

16 shifts?

17 A.   I was not aware of that, sir.

18 Q.   So that one occupant of the room would have one 12 hour

19 shift and the other occupant would have the other 12 hour

20 shift?

21        THE COURT:  Actually, that's what opposing 12 hour

22 shifts means.  I even caught that the first time.

23        MR. TOWNSEND:  Your Honor, you're faster than I am.

24        THE COURT:  You knew what that meant, right?

25        THE WITNESS:  I didn't.

1          THE COURT:  Okay, sorry.  It's just getting late.  I

2  apologize to you, Mr. Townsend.

3          MR. TOWNSEND:  I was just bearing in mind Your

4  Honor's advice not to allow confusion in the question.

5          THE COURT:  That's a very good point and I stand down

6  -- well, sit down.

7  BY MR. TOWNSEND:

8  Q.   Now Mr. Snitzer, if you have two people occupying the same

9  room but working opposing shifts, and each of them is traveling

10  two and from that shift, each of them is going to want to

11  maximize the undisturbed sleeping time he has while the other

12  is away is he not?

13  A.   I really don't know, sir.

14  Q.   Or she as the case may be.

15  A.   I don't know.

16  Q.   You didn't take that into account in making your estimates

17  on OBR?

18  A.   I took into account that people would be working very hard

19  and I assumed that then when they weren't working they were

20  going to be looking for some diversion.

21  Q.   Well, after, if you allow for 14 hours off on the job for

22  getting there and back and allowing for eating something before

23  they left and eating something before they, when they get back,

24  you don't have a lot more than eight hours left of the day, do

25  you, Mr. Snitzer?

1  A.   I really don't know how long it takes to do all of the

2  things that you're mentioning, sir.

3  Q.   It would be fair to assume these would be pretty tired

4  people when they got back to the ship wouldn't they?

5  A.   I don't know what their state would have been, whether

6  they would have been tired or not.  I don't know.

7  Q.   Now Mr. Snitzer, in arriving at your estimate of that

8  these same people would have been spending $49 a piece per day

9  which is what your estimate is; is that right?

10 A.   That's right.

11 Q.   These same people who are out there in full riot gear

12 dragging themselves back, getting something to eat, getting

13 some sleep, eating something; taking off working again would

14 have been spending $49 each per day?

15 A.   I think it's important to point out that my estimate was

16 not that everybody would be spending $49 every single day, but

17 that on an average it would have been $49 per day.  My

18 assumption is that the majority of the spending would happen

19 during time off.

20 Q.   We'll come back to that one.

21    Now, you were aware weren't you that members of the Royal

22 Canadian Mounted Police on duty in Vancouver during the

23 Vancouver Olympics had a per diem were you not?

24 A.   I was aware of that.

25 Q.   And you were aware that that per diem was $17 a day were

1  you not?

2  A.   I do believe that I read that in one of the documents,

3  yes.

4  Q.   So that was the spending money that the RCMP had allowed

5  them per day?

6  A.   That's what I read in the documents, yes.

7  Q.   Over and above their salaries that's what they had?

8  A.   Well, when you say over and above their salaries, my

9  assumption about that $17 was that it would be used to further

10 subsidize their spending during their time off.

11 Q.   They had $17 a day over and above their salaries; is that

12 fair?

13 A.   They had 17, yes, sir, that's fair.

14 Q.   We have covered --

15        MR. TOWNSEND:  Your Honor, if I may just ask your

16 indulgence for a moment?

17        THE COURT:  Yes.

18     (Pause.)

19        MR. TOWNSEND:  We have determined that if we put a

20 tripod in the corner of the jury box --

21        THE COURT:  Okay.

22        MR. TOWNSEND:  -- we can put an enlargement of

23 Mr. Snitzer's Exhibit C on an easel there so that we can all

24 see it at the same time.

25        THE COURT:  At the same time, isn't that brilliant.

1          MR. TOWNSEND:  Would that be all right, Your Honor?

2          THE COURT:  That would be quite fine, feel free to

3   establish such a thing.

4          MR. TOWNSEND:  Your Honor, you were kind enough to

5   inquire about the comfort of our paralegals.

6          THE COURT:  Yes.

7          MR. TOWNSEND:  May I just take a moment to introduce

8   Cat Rizzoni who is sitting down and Tyler Mordecai who is

9   standing up.

10          THE COURT:  Thank you.  Thank you for coming.

11          Are either of these splendid people planning to go to

12   law school?

13          MR. TOWNSEND:  I know Mr. Mordecai is working on his

14   applications the little free time we give him, Your Honor.

15          THE COURT:  I see.  We should tell them that trials

16   can be quite dramatic with people bursting into tears on the

17   stand.  We don't expect you to do that, sir.

18          THE WITNESS:  I'm going to try to do my best not to

19   do that, Your Honor.

20          THE COURT:  Okay.

21          (Pause.)

22          MR. TOWNSEND:  We could have a long rip, Your Honor,

23   on how many lawyers does it take to set up an easel.

24          THE COURT:  Oh, I hope you don't think we can all see

25   that.  But it's okay because I have a small one right here.

```
 1            MR. TOWNSEND:  I was hoping you could but you have a

 2    small one.

 3            THE COURT:  You see, I'm developing more infirmities.

 4    I can't speak, I can't see.

 5          We're on Exhibit C, right?

 6            MR. TOWNSEND:  We're on Exhibit C, Your Honor.

 7            THE COURT:  I got it right here in my hands.

 8    BY MR. TOWNSEND:

 9    Q.   Mr. Snitzer, I assume you have your copy of Exhibit C in

10    front of you?

11    A.   I do.

12    Q.   Which is Exhibit 9; is that right?

13            MR. GREEN:  That's right.

14    BY MR. TOWNSEND:

15    Q.   Plaintiff's Exhibit 9 in the trial record.

16       So for your reference points, Mr. Snitzer, you picked from

17    public reports the average OBR of Royal Caribbean and Holland

18    America, I understood you right there?

19    A.   It's Royal Caribbean International and Carnival

20    Corporation.

21    Q.   Okay.  So, and you have made that precision because these

22    are the reported figures of the publicly traded corporations

23    that in turn own various Cruise Lines; is that right?

24    A.   That's correct.

25    Q.   And in each of those publicly traded corporations
```

1  publishes annually financial data and files it with the

2  Securities Exchange Commission?

3  A.    They filed quarterly, sir.

4  Q.    Quarterly and these are the annual average OBR figures

5  reported by each of these corporations; is that right?

6  A.    That's correct, sir.

7  Q.    These corporations do not report the line items in the

8  columns above the totals on your Exhibit C if I understood you

9  right on that?

10  A.    Yes, you did, sir.

11  Q.    That those line items were figures you reconstructed based

12  on your assumptions of the percentages that each line item

13  would represent on the average of the total?

14  A.    That's correct.

15  Q.    So the figures, the breakdown by, by Royal Caribbean and

16  Holland America in your second and third columns are simply

17  your reconstructions based on your percentages from their

18  respective totals?

19  A.    That's correct.

20        THE COURT:  This raises a good question.

21     The breakdown by on board venue which is the first

22  column percentage by which you did that, that percentage comes

23  from where?

24        THE WITNESS:  That percentage, Your Honor, comes from

25  my close familiarity with the different on board revenue venues

1    from my experience working in Cruise Lines.

2          THE COURT:  Okay.  I'm sorry to interrupt you,

3    Mr. Townsend.

4          MR. TOWNSEND:  No, Your Honor, that's helpful.  Thank

5    you.

6    BY MR. TOWNSEND:

7    Q.    In your original Exhibit E you used the full capacity of

8    each vessel as the base line for calculating, for multiplying

9    the amount per passenger per day times the number of expected

10   berths?

11   A.    That's correct, sir.

12   Q.    And in your corrected Exhibit E which you presented here

13   in court this morning, you adjusted that to account for the

14   actual reports by Carnival -- sorry -- Carnival Corporation and

15   by Holland America of their experience during the olympics?

16   A.    That's correct.

17         MR. TOWNSEND:  Your Honor, I would like to put in

18   front of Mr. Snitzer copies of the depositions of Mr. Ross and

19   Ms. Derby because I would like to go to some of the figures in

20   those depositions.

21         THE COURT:  Is there any objection to that?  Those

22   are representatives of the actual Cruise Lines that provided

23   ships to the RCMP.  Have you seen their deposition testimony?

24         THE WITNESS:  I believe I have or I have seen some, I

25   have seen some of the materials.

1          THE COURT:  Do you know, sir, Mr. Green?

2          MR. GREEN:  In terms of whether he has seen, reviewed

3   those depositions I believe he has.  But I will say that

4   there's still the issue of the protective order so I don't know

5   what you're going to read in.

6          MR. TOWNSEND:  That's why I want him to have it in

7   front of him.

8          MR. GREEN:  Got it.

9          MR. TOWNSEND:  Your Honor, Mr. Snitzer testified that

10   he seen these materials in preparing his Exhibit E.

11          THE COURT:  Right.

12          MR. TOWNSEND:  The reason -- Mr. Snitzer, let me

13   explain this to you as well as to the Court.

14          The reason I'd like him to have the depositions in front

15   of him is that Holland America has asked us not to refer on the

16   record to specific numbers from their papers.  So I'm going to

17   ask you to look at various points and confirm to me that you

18   see the number but I'm going to try not to say some of those

19   numbers.

20          THE WITNESS:  Okay.

21          MR. TOWNSEND:  So we're going to go through.

22          THE COURT:  Go right ahead.

23          MR. TOWNSEND:  A bit of navigation to try to protect

24   their confidentiality and still make our points.

25          THE COURT:  That's quite fine.

1          THE WITNESS:  Understood.

2          MR. TOWNSEND:  Your Honor, would you like copies of

3    those depositions?

4          THE COURT:  No, I think I have them somewhere.  I

5    know I have read them, so whether I have them immediately.

6          MR. TOWNSEND:  We have an extra copy for you if you

7    would like us to hand it up so that you can follow the play by

8    play.

9          THE COURT:  I think I can actually follow.  If I

10   can't, I'll raise my hand.  But it's also quarter after four.

11   You can get this all set up but you're probably not going to

12   get done.

13       What do you think?

14         MR. TOWNSEND:  If you want to stop at 4:30, Your

15   Honor, I won't be finished.  So you tell me when you want to

16   stop or I'll tell you when I reach a good pausing point.

17         THE COURT:  Well, whichever happens first

18   so-to-speak.  Somewhere around 4:30.  I have exhausted my Court

19   Reporter inadvertently this morning, so we need to stop

20   somewhere around 4:30, but you don't have to stop mid-sentence.

21         MR. TOWNSEND:  I wouldn't want to be the one to pile

22   on.

23         THE COURT:  Yes, I have done that already.

24         MR. TOWNSEND:  Do you need copies of his deposition?

25         MR. GREEN:  Yes.

1          THE COURT:  Are you going to take my copy?  I mean,

2  really.

3          MR. TOWNSEND:  We have copies for everybody.

4          MR. GREEN:  I thought that was a waiver, Your Honor.

5  BY MR. TOWNSEND:

6  Q.  Mr. Snitzer, when you were arriving at your alternative

7  occupancy percentages, you put down 69.9 percent for Royal

8  Caribbean, did you not?

9  A.   Yes, I did.

10  Q.  And in fact, that corresponds pretty closely to the

11  experience of Carnival during the olympics, doesn't it?

12  A.   I'm sorry, I didn't hear your question.

13          THE COURT:  It looks very similar.

14  BY MR. TOWNSEND:

15  Q.  Approximately 70 percent that's what Carnival reported

16  it's occupancy rate was during the Vancouver Olympics, didn't

17  they?

18     If you could go to the deposition of Ms. Derby to Exhibit

19  A?

20  A.   Okay.

21  Q.  At the top of the first page of Exhibit A of Ms. Derby's

22  deposition there's a guest count GCD and below that the figure

23  is ALBD and that's the same type of figure available lower

24  berth days that you have discussed in your report; isn't it?

25          THE COURT:  Well, it should be the same because it's

1  the same number.

2          MR. TOWNSEND:  Right, it's the same number.  I'm just

3  confirming --

4          THE COURT:  It's the same number compared to what a

5  full ship would be, and there's no way it could be different.

6          MR. TOWNSEND:  I just wanted to confirm that the same

7  acronym was right, Your Honor.

8          THE COURT:  Excuse me, forgive me.

9          THE WITNESS:  The actual number, I'm -- I don't see

10  anything called Exhibit A.

11  BY MR. TOWNSEND:

12  Q.   I'm sorry.  Go to the deposition?

13  A.   I'm under tab one.

14  Q.   I'm sorry, tab one there, okay?

15  A.   And in the upper left hand corner it says Carnival Cruise

16  Lines daily vessel revenue report.  A little bit further down

17  there is guests count/GCD, then under that there is ALBD, then

18  there are numbers in the column called actual, there's a

19  budgeted and an actual number.

20     That actual number on this page is the, precisely the

21  number that I used in my calculation for the alternative

22  scenario.

23  Q.   I just wanted to confirm with you that budgeted would

24  represent what Her Honor called capacity; is that right?

25  A.   I did not use this budgeted number.

1    Q.   I know you didn't.  But do you read this sheet the

2    budgeted would be the full 100 percent capacity of the ships

3    for those days?

4    A.   Budgeted would not be the full actual capacity

5    necessarily.  It would be whatever they budgeted which may be

6    equal to the full capacity or not.

7    Q.   Okay.  Then tell me how you arrived at your percentage of

8    what percentage the actual initial part represented capacity of

9    the ship?

10   A.   Okay, may I explain?

11   Q.   Yes, please?

12   A.   All right.  So I saw this document that you have just put

13   in front of me from Carnival.  And I saw similar documents from

14   Holland America.  The lay out of the format is completely

15   different but the information is let's say essentially the

16   same.

17       I took the actual PCDs, passenger bed days, the actual

18   utilization of the capacity during the Vancouver period for the

19   two Holland America ships and for the Carnival ship.  I added

20   all of that together to come up with one total number of what

21   the total utilization was, what the total number of people per

22   day was.

23   Q.   That would be your, your figure of 88,000 -- I'm going to

24   your alternative Exhibit E.

25   A.   Okay.  You are one step ahead of me, I'm sorry.  You're

1    just one step ahead of me, sir.

2        Let me take, so I have the total actual --

3    Q.    Okay?

4    A.    -- across three ships.  I then divided that number by the,

5    by the, you know, the Cruise Connections' capacity that was

6    contracted because that would have been the capacity.

7        My assumption was that those same people would have shown

8    up in the same manner, but the ships that they would have been

9    housed on instead would have been the ships that were

10   contracted through Cruise Connections.  All right.

11   Q.    Okay?

12   A.    That arithmetic, that numerator and denominator got to

13   69.9 percent and I applied the 69.9 percent to both the

14   Carnival and Holland America ships indiscriminately because I

15   would have no idea which ship would have had slightly more or

16   slightly less, but I did know that the sum of it all would have

17   been 69.9.

18   Q.    Thank you, Mr. Snitzer, that's very helpful.  If I could

19   just anchor that firmly in the papers before us I will be able

20   to tell the Judge we can pause for the day.

21       If you could look at the deposition of Mr. Ross that is

22   thicker over there.  Look behind the first tab.  Without

23   reading the number outloud --

24   A.    Okay.

25   Q.    -- at the top of that first page you see a number for

1  PCDs?

2  A.   Okay.  Behind the first tab which is labeled A.

3  Q.   I'm sorry, it's not the first page.  It's the all ships,

4  all programs page I think?

5  A.   Okay, okay, hang on.

6  Q.   Which should be the third page.  It's the page with the

7  stamped numbers 14795 in the bottom right hand corner.  I just

8  want to confirm without your repeating, without reading the

9  number out loud, that you took the, from the top line the PCDs?

10 A.   Okay.  Not quite.

11 Q.   Okay?

12 A.   This page, the one that ends in 95.

13 Q.   Yes, sir?

14 A.   Is for the month ended March, 2010.  The next page which

15 ends in 96 is for the period ending March, 2010.  Those were

16 the numbers that I used.

17 Q.   Okay.  You took that number from the Oosterdam and the

18 page ending in 97 would have a similar figure for the

19 Statendam; is that right?

20 A.   Yes.

21 Q.   Then can you find in the papers in front of you your

22 alternative Exhibit E?

23 A.   Yes.  I have it.

24 Q.   Okay.  And if you look in the column headed alternative

25 PCDs, can I just confirm that the first figure there the 88

1 thousand 493 you derived from the Carnival papers that are

2 attached to the Derby affidavit?

3 A.   I derived that number from the Carnival and the Holland

4 America numbers.  As I said, I added all of ships together to

5 come up with a total capacity utilization statistic of 69.9.

6 Q.   But there are two, there are three lines on this Exhibit,

7 two of which say Vancouver under operation, one of which says

8 repositioning, so putting repositioning aside --

9 A.   Yes.

10 Q.   -- the two Vancouver lines under alternative PCDs, did one

11 of those come from the Carnival reports and one from the

12 Holland America reports or did you derive those some other way?

13 The figure is 88493 and 38507?

14 A.   No, I don't think I have been clear, sir.

15    I calculated, I first went through steps of arithmetic to

16 calculate 69.9 percent capacity utilization.  Then I applied

17 69.9 percent to the assumed occupancy for the Royal Caribbean

18 ships which was 126,600.  I multiplied 126,600 by 69.9 percent

19 and arrived at 88.43.

20         THE COURT:  Reflecting two ships.

21         THE WITNESS:  Hum?

22         THE COURT:  Reflecting two ships?

23         THE WITNESS:  Right, reflecting two ships.

24    What I'm basically saying here --

25 BY MR. TOWNSEND:

1   Q.   So these are the results of your back calculation from

2   your percentage?

3   A.   That's right.

4   Q.   Okay.  That's helpful.  Thank you.

5            MR. TOWNSEND:  Your Honor, is this a convenient time

6   to stop?

7            THE COURT:  It's convenient for me if it's convenient

8   for you, sir.

9            MR. TOWNSEND:  It's a good place for me.  Thank you.

10           THE COURT:  Then we will see you in the morning.

11        Thank you, sir.

12           THE WITNESS:  Thank you, Your Honor.

13        (Witness excused.)

14           THE COURT:  Thank you everybody.  It has been an

15   illuminating day, appreciate it.

16           MR. STRAUCH:  Thank you, Your Honor.

17        (Proceedings concluded at 4:30.)

18                              -oOo-

19

20

21

22

23

24

25

```
1                          I-N-D-E-X

2                              Direct   Cross   Redirect   Recross

3   On behalf of the Plaintiff:

4       Tracey Kelly

5          By Mr. Christensen       2
           By Mr. Green                        17
6

7       Stan Webber

8          By Mr. Strauch         23            101
           By Mr. Townsend                97                102
9

10      Phillip Sloane

11         By Mr. Strauch        103            140
           By Mr. Christensen            134
12

13      Adam Snitzer

14         By Mr. Green          141
           By Mr. Townsend               183
15

16                         E-X-H-I-B-I-T-S

17                                   Marked    Received

18  On behalf of the Plaintiff:

19  Plaintiff Exhibit No. 23 and 24        44        44

20  Plaintiff Exhibit No. 21 A             56        56

21  Plaintiff Exhibit No. 21               58        60

22  Plaintiff Exhibit No. 20 A             60        60

23  Plaintiff Exhibit No. 26               63        63

24  Plaintiff Exhibit No. 50               71        73

25  Plaintiff Exhibit No. 28               74        74
```

```
                        EXHIBITS CONTINUED

                                      Marked      Received

Plaintiff Exhibit No.   7              77           77

Plaintiff Exhibit No. 51               77           77

Plaintiff Exhibit No. 27 A             79           80

Plaintiff Exhibit No. 29               79           79

Plaintiff Exhibit No. 20 B             89           89

Plaintiff Exhibit No. 22 and 22 A      89           89

Plaintiff Exhibit No.   52            102          102

Plaintiff Exhibit No. 34              111          111

Plaintiff Exhibit No. 54 and 55       128          128

Plaintiff Exhibit No. 9               152          152

Plaintiff Exhibit No. 10 and 11       170          170

Plaintiff Exhibit No. 12 and 13       174          174

On behalf of the Defense:

Defense Exhibit No. 1                   3            3
```

1                              CERTIFICATE

2        I certify that the foregoing is a true and correct

3   transcript, to the best of my ability, of the above pages, of

4   the stenographic notes provided to me by the United States

5   District Court, of the proceedings taken on the date and time

6   previously stated in the above matter.

7        I further certify that I am neither counsel for, related

8   to, nor employed by any of the parties to the action in which

9   this hearing was taken, and further that I am not financially

10  nor otherwise interested in the outcome of the action.

11

12  _____        _____

13  /s/Crystal M. Pilgrim, RPR          Date: January 4, 2014

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| **$** | **$6** [1]  97/10 | **1076** [2]  160/5, 160/7 |
| $1,072,312 [2]  5/8 5/10 | $6,000 [1]  124/9 | 104 [1]  96/24 |
| $1,980,000 [1]  125/17 | $6,450 [1]  118/6 | 11 [5]  146/7 170/8 171/5 |
| $10 [1]  20/11 | $6400 [1]  122/3 |  171/17 205/13 |
| $100,000 [2]  115/2 119/25 | $647,248 [1]  137/3 | 111 [2]  205/10 205/10 |
| $11 [1]  86/15 | $66,500 [2]  118/14 118/25 | 118 [1]  1/15 |
| $12 [2]  86/15 156/13 | $70,000 [1]  120/10 | 11:45 [1]  97/7 |
| $125,000 [3]  43/14 45/19 | $75 [1]  13/15 | 12 [28]  52/9 60/22 84/22 |
|  48/8 | $7500 [1]  124/21 |  87/12 91/23 92/3 92/19 |
| $13,000 [2]  46/7 51/6 | $76,000 [3]  76/2 76/6 |  92/19 93/10 97/3 155/20 |
| $13,223 [2]  49/24 50/2 |  76/7 |  174/14 174/17 174/22 |
| $130,000 [1]  123/14 | $79,800 [1]  76/6 |  179/3 180/1 185/5 185/6 |
| $14,000 [1]  41/9 | $8,000 [1]  73/8 |  185/7 185/11 185/13 186/1 |
| $140,000 [1]  72/12 | $8,000,000 [1]  128/14 |  186/5 187/15 187/18 |
| $15 [4]  21/6 130/20 131/1 | $8,738,840 [2]  3/20 4/9 |  187/19 187/21 205/14 |
|  131/3 | $80,000 [3]  41/17 42/12 | 125 [4]  12/3 12/9 12/16 |
| $150 [3]  12/9 12/12 13/17 |  119/12 |  12/25 |
| $1500 [1]  124/17 | $83,480 [1]  93/24 | 1252 [6]  12/24 13/14 |
| $160,000 [1]  68/4 | $9 [1]  156/13 |  13/15 13/17 13/17 175/6 |
| $17 [3]  189/25 190/9 | $9,811,152 [2]  5/13 5/24 | 126,600 [3]  179/4 202/18 |
|  190/11 | $952,000 [3]  64/8 65/18 |  202/18 |
| $187,267.51 [1]  59/12 |  66/22 | 128 [2]  205/11 205/11 |
| $2 [1]  44/5 | **'** | 12:00 [2]  97/8 116/20 |
| $20 [7]  84/23 86/13 86/14 | | 13 [5]  14/8 159/11 174/17 |
|  86/17 86/21 91/23 92/15 | '08 [1]  116/1 |  180/16 205/14 |
| $200 [2]  114/7 119/15 | '69 [1]  25/4 | 134 [1]  204/11 |
| $200,000 [3]  39/12 39/19 | '80s [1]  62/23 | 14 [5]  14/6 14/7 186/2 |
|  59/15 | '83 [1]  25/1 |  186/5 188/21 |
| $212,000 [1]  112/4 | '87 [1]  24/24 | 140 [1]  204/11 |
| $22,000 [2]  117/18 118/3 | **_** | 141 [1]  204/14 |
| $225,000 [1]  62/19 | | 14566 [1]  57/18 |
| $24,000 [1]  73/13 | -------------------------- | 14795 [1]  201/7 |
| $3 [5]  19/11 19/15 20/13 | 1/8 | 150 [4]  12/3 12/16 12/25 |
|  163/19 163/21 | -oOo- [2]  116/21 203/18 |  13/19 |
| $3.94 [1]  161/13 | **.** | 152 [2]  205/12 205/12 |
| $30,000 [3]  54/25 123/15 | | 15th [1]  75/14 |
|  125/25 | .47 [1]  183/9 | 16 [7]  20/16 69/11 91/23 |
| $30,750 [1]  124/21 | **/** |  92/11 93/1 93/9 102/13 |
| $32,000 [1]  121/13 | | 160,000 [1]  64/14 |
| $320 [1]  92/17 | /s/Crystal [1]  206/12 | 16th [1]  10/17 |
| $34,170 [1]  137/9 | **0** | 17 [4]  112/4 184/1 190/13 |
| $35 [1]  127/8 | |  204/5 |
| $350,560 [1]  126/20 | 0600 [1]  27/14 | 170 [2]  205/13 205/13 |
| $3840 [1]  92/19 | 08 [1]  135/24 | 173 [1]  91/18 |
| $39,000 [3]  55/18 55/24 | 08-2054 [2]  1/4 2/2 | 174 [2]  205/14 205/14 |
|  56/9 | 0800 [1]  84/22 | 1775 [1]  1/19 |
| $39.52 [2]  156/18 156/25 | **1** | 1787 [1]  160/2 |
| $400 [3]  119/14 119/19 | | 18 [3]  60/23 142/10 |
|  122/17 | 1.2 [1]  161/23 |  155/13 |
| $41,000 [1]  175/16 | 1.25 [1]  13/3 | 180,000 [2]  122/12 122/14 |
| $41.33 [1]  173/24 | 1.252 [3]  12/14 13/10 | 181,688 [2]  5/23 6/15 |
| $44.10 [3]  156/6 156/10 |  13/11 | 1811 [1]  5/22 |
|  156/13 | 1.392990 [1]  128/3 | 183 [1]  204/14 |
| $45,000 [8]  40/24 55/2 | 1.5 [1]  12/14 | 185,732 [1]  6/15 |
|  56/12 113/21 113/24 114/1 | 1.66 [2]  65/5 65/16 | 19 [3]  1/5 106/8 106/9 |
|  114/11 136/11 | 1.92 [1]  181/13 | 1964 [1]  105/14 |
| $48 [2]  4/8 4/8 | 1.98 [1]  126/2 | 1968 [1]  25/6 |
| $49 [4]  189/8 189/14 | 1/31 [1]  45/24 | 1969 [2]  24/14 25/6 |
|  189/16 189/17 | 10 [13]  34/11 134/23 | 1983 [3]  24/15 24/20 |
| $49.84 [1]  175/10 |  135/3 136/14 152/14 153/9 |  144/3 |
| $493,125 [1]  125/4 |  155/2 168/11 168/13 170/8 | 1986 [1]  144/8 |
| $5,000 [1]  119/25 |  170/11 171/8 205/13 | 1987 [3]  24/17 24/18 |
| $50 [2]  12/13 13/14 | 10,000,000 [1]  132/13 |  25/14 |
| $50,000 [3]  46/3 53/16 | 10,029,528 [1]  6/3 | 1988 [1]  144/17 |
|  115/14 | 10-к [1]  156/7 | 1990 [1]  145/10 |
| $500,000 [5]  137/16 | 10-Ks [1]  158/13 | 1991 [1]  145/10 |
|  137/22 138/5 138/20 | 100 [3]  14/16 181/9 199/2 | 1995 [2]  144/17 144/20 |
|  138/22 | 100,000 [2]  115/15 115/18 | 1999 [1]  145/13 |
| $533,000 [2]  69/8 69/9 | 101 [1]  204/8 | 19th [3]  61/1 75/16 75/18 |
| $54 [5]  3/18 4/6 4/22 | 102 [3]  204/8 205/9 205/9 | **2** |
| | 103 [1]  204/11 | 2,000,000 [2]  131/4 |

2    Case 1:08-cv-02054-RMC    Document 92   Filed 02/07/14    Page 208 of 244

2,000,000... [1] 132/14
2.75 [2] 175/14 181/13
2/1 [1] 45/24
20 [23] 51/5 51/6 60/9
60/14 61/5 88/12 88/13
88/14 89/1 89/6 89/11
89/22 92/10 93/6 106/8
106/9 119/25 125/20
155/19 155/19 167/2
204/22 205/7
200 [3] 20/7 33/24 114/9
200,000 [1] 39/11
2000 [1] 146/11
20001 [1] 1/23
20006-2401 [1] 1/19
2004 [1] 148/19
2005 [2] 148/19 148/21
2007 [1] 149/11
2008 [17] 10/17 15/25
16/3 16/14 18/12 20/25
25/15 25/16 25/17 32/13
35/13 36/22 111/14 113/25
130/16 134/16 138/23
2009 [4] 8/23 8/24 22/4
23/2
2010 [9] 7/10 7/13 7/23
8/2 79/23 156/8 178/13
201/14 201/15
2012 [1] 176/17
2013 [3] 1/5 16/18 16/19
2014 [1] 206/12
2054 [2] 1/4 2/2
21 [14] 56/15 56/24 57/9
58/2 58/22 58/24 59/5
59/9 59/23 60/2 60/3
90/13 204/20 204/21
212 [2] 39/15 112/7
212,000 [3] 39/14 112/8
112/9
22 [12] 89/6 89/6 95/2
95/9 95/16 95/20 111/13
113/25 116/1 136/4 205/8
205/8
225,000 [3] 69/2 69/4
72/25
22nd [2] 111/4 134/16
23 [14] 10/9 44/8 44/14
44/21 45/12 47/14 49/19
89/24 90/2 90/15 112/4
130/16 204/8 204/19
23rd [1] 20/25
24 [12] 44/8 48/14 68/21
82/24 89/25 90/12 90/15
102/15 135/15 136/10
161/17 204/19
24/7 [4] 68/20 69/16
69/16 69/18
2401 [1] 1/19
2493 [1] 50/6
2494 [4] 81/15 83/9 83/12
83/19
25 [2] 112/15 155/18
25th [3] 166/17 166/18
166/22
26 [9] 62/7 62/8 63/14
63/19 63/25 73/16 114/25
115/14 204/23
2644 [1] 51/7
27 [6] 79/16 79/21 80/2
90/9 155/18 205/5
27001 [1] 1/15
28 [5] 45/5 74/22 75/4
89/14 204/25
29 [5] 79/16 80/16 89/14
117/17 205/6
29th [1] 18/11
2:00 [1] 116/22

3
30 [11] 6/20 6/22 45/6
49/4 49/8 49/8 89/15
102/17 118/6 150/3 175/6
300 [1] 82/5
31 [5] 6/21 45/24 90/3
90/7 118/13
31st [2] 49/7 89/20
32 [1] 119/11
33 [2] 49/4 119/24
333 [1] 1/22
34 [10] 111/8 111/13
118/4 120/10 129/4 130/24
134/16 135/23 136/20
205/10
35 [5] 121/13 124/7
126/25 136/23 157/24
350 [1] 127/2
36 [1] 122/11
37 [1] 123/13
37,000 [2] 137/11 137/12
37,050 [1] 125/13
38 [1] 124/9
38,237,888 [1] 131/16
381 [1] 160/18
38507 [1] 202/13
39 [1] 124/20
39.52 [1] 156/23
3:20 [1] 167/14
3:30 [1] 167/2
3:35 [1] 167/15

4
4,000,000 [5] 133/21
133/22 133/23 133/25
134/1
4,220 [2] 175/5 177/16
4.41 [1] 181/11
40 [1] 41/15
43,240 [1] 102/18
44 [18] 52/13 52/18 52/19
72/2 83/2 83/5 83/20 85/3
86/10 86/11 90/11 91/24
92/20 93/6 125/16 175/7
204/19 204/19
45 [1] 10/7
45,000 [1] 41/1
453 [1] 50/9
46,000 [1] 41/1
48 [5] 8/11 8/17 10/6
10/7 10/9
49 [1] 182/13
493 [1] 202/1
4984 [4] 179/3 179/17
180/4 182/13
4:30 [4] 196/14 196/18
196/20 203/17

5
50 [9] 71/12 71/18 73/21
73/25 126/25 129/9 129/12
133/21 204/24

50,000 [3] 53/2 53/24
54/3
500,000 [1] 138/16
51 [3] 77/23 78/4 205/4
52 [6] 101/15 101/19
102/12 102/22 102/23
205/9
533,000 [1] 64/18
54 [7] 5/24 128/18 128/23
134/13 135/23 136/2
205/11
55 [4] 128/18 130/12
130/14 205/11
55348136 [1] 126/14
56 [2] 204/20 204/23
560 [1] 127/2
58 [1] 204/21

6
6.3 [1] 175/13
6.31 [1] 181/12
6.74 [1] 183/12
60 [5] 8/14 41/8 204/21
204/22 204/22
600 [1] 125/5
626 [2] 13/19 13/19
63 [2] 204/23 204/23
65 [1] 157/24
688 [1] 5/24
69.9 [9] 181/8 197/7
200/13 200/13 200/17
202/5 202/16 202/17
202/18

7
70 [2] 181/19 197/15
71 [1] 204/24
73 [1] 204/24
74 [2] 204/25 204/25
75 [2] 12/12 126/25
77 [4] 205/3 205/3 205/4
205/4
79 [3] 205/5 205/6 205/6
79,800 [1] 76/9
7:00 [1] 27/14

8
8,000,000 [4] 131/2
132/10 133/20 133/23
8,738,840 [2] 3/23 5/8
8.7 [2] 132/21 132/21
80 [1] 205/5
80,000 [3] 41/18 41/19
42/12
88 [1] 201/25
88,000 [1] 199/23
88.43 [1] 202/19
88493 [1] 202/13
89 [4] 205/7 205/7 205/8
205/8

9
9,811,152 [1] 5/4
9/22 [1] 136/4
9/22/08 [1] 135/24
95 [1] 201/12
96 [1] 201/15
97 [2] 201/18 204/8
9:45 [1] 1/6

A
a.m [2] 1/6 97/7

**A** Case 1:08-cv-02054-RMC   Document 98-1 Filed 02/07/14   148/19 148/21 149/9 167/2
accurately [3]   70/23   169/3 177/26 188/21
113/1 113/18   196/10

AA [7]   9/2 9/13 11/24
12/8 14/12 16/3 16/6
ability [1]   206/3
able [9]   66/18 72/19
74/17 87/19 100/1 149/10
186/21 186/24 200/19
abled [1]   66/6
about [105]   4/12 9/1 9/12
11/3 12/3 12/11 14/10
17/6 18/2 20/7 21/6 25/22
26/23 29/3 30/15 31/21
33/8 34/20 37/8 39/11
39/12 39/19 40/23 40/24
41/9 44/4 46/19 46/20
48/8 50/6 50/9 55/11
56/18 58/21 59/14 61/4
61/4 61/7 61/14 62/11
62/17 65/18 65/22 66/1
72/7 72/12 74/2 74/7 75/6
76/12 77/21 79/4 80/7
86/19 88/10 88/11 88/23
90/11 91/8 91/19 91/20
92/23 93/15 93/20 94/2
94/7 96/8 97/3 97/4 99/2
101/19 101/21 104/12
106/12 112/10 112/14
114/11 114/24 116/14
117/9 117/23 119/7 127/12
127/12 131/6 134/14 135/4
135/5 136/20 142/10
143/10 143/17 143/22
143/24 144/13 154/1
156/13 157/20 159/5 163/9
164/5 165/16 167/9 190/9
191/5
above [10]   58/10 128/13
128/14 129/24 190/7 190/8
190/11 193/8 206/3 206/6
absolutely [3]   8/22 72/17
100/22
accepted [2]   93/16 94/12
access [3]   85/9 85/13
99/20
accommodate [1]   107/12
according [2]   156/10
163/23
account [13]   140/16
140/16 140/19 178/17
184/21 185/4 185/9 186/7
186/12 187/13 188/16
188/18 194/13
accountant [4]   105/23
113/17 114/7 114/21
accountants [5]   112/21
112/24 113/1 113/4 114/16
accounted [2]   71/8 73/4
accounting [29]   105/5
105/7 105/10 105/12
105/15 105/20 106/10
106/16 108/9 108/10
108/16 108/17 108/19
110/15 110/18 112/16
112/19 112/20 113/6
113/11 114/14 114/15
131/17 131/19 131/25
131/25 133/9 133/10
144/11
accuracy [1]   113/17
accurate [3]   45/20 62/14

achieve [2]   4/22 4/22
acquired [1]   148/2
acquires [1]   176/1
acquisitions [1]   148/1
acronym [1]   198/7
across [4]   153/10 157/1
157/18 200/4
act [2]   50/4 66/12
acting [3]   26/17 72/14
76/12
action [3]   2/2 206/8
206/10
active [1]   22/8
activities [2]   14/4
113/16
actual [23]   18/23 55/11
120/6 155/11 156/8 174/24
176/17 177/3 178/25
179/10 179/11 181/6
194/14 194/22 198/9
198/18 198/19 198/20
199/4 199/8 199/17 199/17
200/2
actually [41]   3/8 6/3
6/20 12/11 26/11 27/2
31/3 38/19 39/14 39/25
40/4 41/6 42/22 44/2
44/23 47/7 49/14 55/1
70/13 72/5 74/18 93/16
112/11 114/8 115/6 118/20
119/20 123/24 124/16
133/8 161/17 166/9 166/22
172/22 177/12 179/2 180/8
182/9 185/13 187/21 196/9
Adam [5]   141/6 141/7
141/8 141/16 204/13
add [6]   13/2 13/20 95/18
102/16 131/3 164/15
added [7]   47/23 129/20
131/2 160/7 181/2 199/19
202/4
addition [4]   5/8 8/20
59/25 149/19
additional [5]   5/10 9/11
10/10 10/19 102/18
addresses [1]   167/9
adds [1]   59/8
adequate [1]   86/1
adequately [1]   71/8
adjacent [1]   37/23
adjusted [1]   194/13
administer [1]   2/14
Administration [1]   144/6
Admiral [1]   24/17
admitted [2]   60/2 102/22
adult [1]   160/11
adults [1]   20/7
advance [5]   76/2 80/22
99/23 100/23 101/1
adversarial [1]   127/19
advice [1]   188/4
advised [1]   80/8
aerial [1]   78/3
affidavit [1]   202/2
after [21]   24/14 48/18
69/15 75/17 76/9 94/20
105/17 109/8 109/21 110/7
118/19 127/13 147/23

afternoon [11]   70/16
70/25 84/22 87/15 92/2
116/21 134/11 134/12
141/13 141/14 167/14
again [14]   5/9 12/17
23/10 33/23 41/25 58/5
59/16 115/15 123/25
128/14 129/13 142/3 170/3
189/13
against [9]   13/12 16/6
16/10 36/19 36/20 42/15
76/14 80/9 109/23
age [1]   159/16
agencies [3]   25/20 25/21
27/4
agency [9]   22/17 24/15
24/16 26/17 30/18 33/18
118/9 118/20 119/2
agent [34]   16/13 24/11
24/12 24/17 24/18 24/20
24/24 25/1 25/12 26/17
26/20 26/24 26/24 26/25
27/1 27/17 27/20 28/22
30/6 31/2 32/25 33/3
40/20 50/4 53/6 53/15
62/23 63/5 66/12 72/15
76/13 94/8 94/19 111/22
agents [1]   33/20
aggressive [3]   94/10
94/12 94/16
ago [3]   11/19 135/5
142/14
agree [9]   107/7 136/5
136/7 136/14 136/18
136/22 138/2 186/5 186/6
agreed [8]   38/12 107/13
131/25 137/15 138/10
138/16 138/19 138/20
agreement [9]   9/18 12/4
12/5 14/9 14/11 14/13
14/15 14/16 21/12
agreements [3]   4/18 26/15
182/8
ah [1]   37/15
ah-hah [1]   37/15
ahead [10]   3/12 78/16
112/1 117/3 132/6 133/21
168/6 195/22 199/25 200/1
Ahh [1]   44/6
aid [1]   151/24
aided [1]   1/25
air [2]   79/6 185/2
aircraft [1]   42/7
airfare [3]   118/13 118/14
119/1
airport [13]   27/23 27/25
34/5 42/5 42/8 53/8 54/8
77/8 77/15 77/21 78/14
78/15 79/1
al [4]   1/3 1/7 2/3 2/4
ALBD [3]   4/6 197/23
198/17
ALBDs [9]   5/14 175/8
175/12 175/18 175/19
177/8 177/10 179/4 181/14
Alberta [1]   79/6
all [127]   2/10 6/18 7/21
7/22 7/23 14/14 16/25

**A** Case 1:08-cv-02054-RMC

all... [120]   17/14 18/11
23/15 23/15 23/21 24/2
31/1 31/7 32/3 33/5 33/9
36/10 36/12 38/22 40/4
40/8 40/8 40/9 40/24
43/20 49/23 50/6 50/9
51/21 58/1 58/2 59/8 59/9
61/6 67/4 68/21 74/4
74/12 74/19 74/21 80/5
83/21 86/6 91/11 92/22
94/6 95/8 96/14 96/24
99/20 100/2 100/8 101/8
102/2 103/3 103/11 103/11
105/10 109/4 110/6 115/8
115/9 116/23 119/21 120/9
122/6 122/19 124/24
126/12 127/5 127/5 128/9
128/14 131/13 132/20
134/4 137/1 138/17 139/15
140/5 140/6 140/25 141/17
144/13 145/2 146/21 147/8
148/6 148/14 150/23 151/6
151/11 151/16 155/25
157/1 159/9 159/16 162/17
163/3 165/16 167/1 167/16
168/6 168/15 173/19 174/1
176/3 176/4 179/17 180/25
183/1 183/17 183/25 189/1
190/23 191/1 191/24
196/11 199/12 199/20
200/10 200/16 201/3 201/4
202/4
allegations [2]   16/6 16/8
alleys [1]   81/9
allocated [1]   156/10
allotment [1]   65/18
allotted [1]   42/11
allow [3]   85/23 188/4
188/21
allowed [5]   66/3 66/6
66/12 125/21 190/4
allowing [2]   154/17
188/22
almost [1]   167/2
alone [1]   8/12
along [4]   32/4 67/3
100/18 152/11
alongside [1]   38/5
already [11]   3/5 127/23
131/3 133/24 162/22 165/8
165/11 167/8 171/11
171/18 196/23
also [33]   18/2 22/12 23/5
28/8 30/20 33/10 35/24
46/20 52/22 54/20 59/19
81/8 101/4 109/3 109/14
120/20 120/21 136/20
136/23 137/9 142/2 143/19
146/4 146/19 148/24
149/13 160/15 161/10
163/25 164/6 164/15
175/25 196/10
alternative [21]   153/17
161/10 161/20 161/23
162/7 165/4 165/5 178/16
180/21 180/22 181/3 181/3
181/4 181/10 183/11 197/6
198/21 199/24 201/22
201/24 202/10

always [5]   99/7 127/11
128/10 162/12 184/13
Alzheimers [1]   39/18
am [16]   40/3 55/2 78/8
78/13 83/16 88/3 92/21
94/18 104/5 106/25 138/14
150/11 183/23 187/23
206/7 206/9
amended [4]   109/5 109/9
110/8 126/15
amendment [3]   18/19
109/11 110/11
America [24]   18/15 30/15
30/18 94/20 146/20 156/15
157/8 157/23 157/25 172/9
175/6 175/7 175/14 176/12
181/12 192/18 193/16
194/15 195/15 199/14
199/19 200/14 202/4
202/12
American [2]   144/18
148/23
among [1]   44/14
amount [7]   50/20 109/11
109/14 110/8 157/21
157/23 194/9
analysis [3]   117/11
129/14 158/17
anchor [5]   25/19 25/20
25/21 26/17 200/19
annual [2]   158/13 193/4
annually [1]   193/1
another [20]   17/7 23/5
27/21 39/15 48/14 92/8
102/17 103/1 103/11 116/9
119/24 125/16 141/4 143/4
145/11 148/24 155/19
161/8 165/13 173/15
answer [14]   3/20 4/14
10/25 11/4 11/8 11/9
14/13 15/5 63/1 63/2
66/25 91/3 91/4 135/4
Answer, [1]   10/21
Answer, can [1]   10/21
answered [3]   138/5 138/10
162/18
answering [1]   138/19
answers [1]   134/14
anticipate [2]   53/25
68/12
anticipated [3]   134/25
135/6 166/15
any [58]   7/9 7/12 7/13
8/1 8/2 8/3 8/7 8/8 16/23
17/19 17/22 21/8 22/21
23/13 32/3 45/9 48/5 52/8
53/25 59/22 67/10 73/20
77/10 82/17 83/2 89/1
89/21 96/1 101/1 101/11
104/16 104/23 104/25
105/5 105/22 110/14
117/19 118/2 127/19
133/12 134/22 135/2
140/19 147/10 151/2
153/21 167/3 176/5 177/10
177/12 178/16 183/14
184/2 184/10 184/12
184/16 194/21 206/8
anybody [3]   21/25 126/4
130/2
anyone [1]   23/13

anything [22]   22/6 61/14
61/17 62/11 65/22 66/1
66/23 79/4 83/23 84/1
88/23 94/7 108/12 110/23
115/6 115/13 119/4 121/6
132/24 138/8 170/4 198/10
anyway [2]   24/20 167/19
anywhere [1]   177/16
apart [1]   85/13
apartment [7]   120/10
120/14 120/15 120/20
120/23 121/6 136/19
apartment/office [1]
120/10
apologies [1]   40/17
apologize [6]   2/8 6/8
40/14 60/11 113/8 188/2
apology [1]   2/10
appeal [1]   168/24
APPEARANCES [1]   1/12
appears [3]   94/12 165/3
165/3
applications [1]   191/14
applied [4]   76/10 120/11
200/13 202/16
applies [1]   126/16
apply [1]   150/18
appreciate [2]   74/11
203/15
approach [33]   9/19 18/5
44/10 48/10 56/21 58/5
59/1 60/6 63/16 70/18
71/13 74/15 76/25 77/25
79/18 80/13 89/8 94/24
95/12 101/13 110/14
110/16 110/18 110/21
110/22 111/10 128/20
130/9 152/19 152/23 171/6
171/19 172/3
approximately [6]   49/8
55/24 146/10 150/1 181/18
197/15
are [150]   2/11 4/12 9/24
9/25 10/22 11/22 12/16
12/24 17/9 19/18 19/19
20/6 21/17 22/23 28/3
28/18 29/15 30/13 30/22
30/24 32/4 32/23 33/4
36/3 36/11 36/17 40/2
40/4 42/2 42/3 43/2 44/16
44/21 44/25 45/5 46/6
46/7 47/1 48/22 48/25
51/4 51/13 51/15 51/18
51/23 51/24 52/10 52/13
57/12 59/9 59/16 60/22
61/21 62/1 64/1 64/4 66/6
66/8 66/18 68/16 68/18
69/25 70/15 72/5 72/21
74/4 78/11 81/18 82/4
82/6 84/9 89/12 90/2 90/8
90/13 91/8 91/10 92/22
93/3 93/14 95/2 95/9
95/11 97/12 97/18 99/7
100/18 102/25 104/14
106/2 106/24 111/19
112/13 112/14 112/23
116/23 121/1 128/9 129/7
135/22 139/4 140/25
142/23 143/21 150/5 150/8
150/20 150/22 152/12
153/20 153/23 155/17

**A**

are... [38] 160/25 161/9
162/3 162/7 163/4 163/6
164/18 165/1 165/1 165/5
165/6 165/8 169/6 169/14
170/12 172/23 173/3
173/18 173/20 175/25
176/7 176/10 177/6 178/25
183/2 189/11 191/11
192/22 193/4 193/16
194/22 197/1 198/18
199/25 202/1 202/6 202/6
203/1
area [13] 79/11 81/2 81/5
81/20 82/1 96/13 99/12
99/15 99/23 105/20 116/10
120/14 172/12
areas [3] 96/14 99/20
165/8
aren't [1] 100/17
arguing [1] 91/19
arithmetic [5] 91/16
91/17 93/12 200/12 202/15
Army [1] 185/2
around [13] 11/5 29/19
73/8 84/17 90/23 96/8
99/17 99/20 146/18 157/5
160/15 196/18 196/20
arrange [5] 28/2 29/3
34/1 83/23 84/1
arrangements [4] 27/18
28/20 100/11 166/3
arranging [1] 81/18
arrival [1] 85/5
arrive [2] 43/18 49/6
arrived [5] 47/4 56/20
122/3 199/7 202/19
arriving [2] 189/7 197/6
art [4] 153/20 158/22
158/23 163/1
artful [1] 47/25
articulated [1] 159/15
as [161] 3/3 3/5 4/17
4/25 8/6 9/10 9/11 10/17
11/16 16/13 16/13 18/11
19/10 20/8 23/4 24/17
25/8 25/8 25/9 25/9 25/12
26/17 27/4 27/17 27/20
28/22 30/6 30/13 31/2
31/15 32/8 35/16 36/1
36/6 37/9 38/9 38/11
38/11 38/15 39/23 40/9
40/19 41/21 42/4 44/13
48/13 50/4 50/8 51/5
52/10 53/15 54/15 54/16
56/24 57/12 58/1 59/4
59/20 60/13 61/5 61/10
61/12 61/12 62/22 63/5
64/1 66/12 68/15 68/21
71/16 71/17 76/13 76/20
77/3 77/17 78/3 81/13
82/15 84/5 85/10 86/18
89/1 89/11 89/22 90/15
90/16 94/8 94/14 94/14
94/14 94/19 94/21 95/15
96/11 98/8 104/6 105/22
105/24 106/15 113/14
115/25 118/14 118/21
122/19 125/13 125/16
126/15 127/21 131/15

132/4 132/9 132/9 136/1
136/17 142/11 143/24 144/2
145/25 147/16 147/24
148/8 148/9 150/25 151/6
151/7 152/6 157/9 158/22
160/10 161/25 165/4 167/3
167/6 168/10 168/17
169/12 169/13 169/25
171/4 171/25 172/12 173/7
175/17 175/17 175/18
175/18 176/16 177/8
179/17 180/4 180/25
181/10 181/13 182/19
184/6 184/13 186/20
188/14 194/8 195/13
195/13 202/4
aside [1] 202/8
ask [34] 14/10 14/10
21/25 29/15 30/1 31/21
34/24 50/11 53/21 56/24
74/1 76/12 107/14 118/25
119/18 127/9 130/2 133/18
138/2 140/7 140/8 143/7
143/16 149/25 153/8 160/9
165/18 165/19 167/3 167/3
167/5 177/24 190/15
195/17
asked [27] 3/17 4/3 6/25
9/1 10/14 14/8 17/5 18/2
19/1 21/2 21/6 26/23
26/25 58/19 74/1 104/12
104/18 105/7 113/8 114/6
135/4 138/7 143/8 143/17
148/22 165/20 195/15
asking [8] 9/12 49/21
74/6 74/11 90/24 177/2
177/9 178/12
aspect [1] 153/25
assess [1] 50/15
assessed [1] 36/19
assessments [2] 50/10
50/25
assets [1] 158/3
assign [1] 42/10
assigned [1] 186/9
assignment [2] 146/14
187/14
assistance [2] 11/14
105/8
assistant [4] 114/14
114/15 124/20 124/23
assisting [2] 107/20
108/13
associated [2] 7/23
127/18
association [5] 28/12
28/13 28/14 50/14 50/14
assume [12] 3/10 23/6
65/11 72/17 74/2 159/16
160/3 175/24 179/21
185/25 189/3 192/9
assumed [16] 158/25
159/14 159/20 161/19
161/22 163/13 163/16
178/23 179/24 181/9 185/6
185/12 186/4 186/16
188/19 202/17
assumes [1] 175/21
assuming [2] 13/18 73/22
assumption [12] 164/3
164/7 169/24 173/9 176/8

178/24 183/8 185/25 187/1
189/18 190/9 200/7
assumptions [13] 159/12
161/9 162/2 163/6 163/12
169/3 172/17 172/19
172/20 173/3 176/7 179/13
193/12
assure [2] 98/19 103/12
assuring [1] 10/2
atmosphere [1] 154/17
attached [5] 116/5 136/2
144/15 151/21 202/2
attachment [1] 116/7
attachments [1] 135/22
attempt [1] 7/8
attendants [1] 84/6
attending [2] 184/13
184/14
ATTORNEY [2] 1/6 2/3
August [3] 20/25 23/2
130/16
authenticate [1] 176/13
Authority [2] 35/25 36/2
automatically [2] 66/9
72/21
available [5] 79/5 86/18
175/8 176/6 197/23
Avenue [1] 1/22
average [14] 8/18 157/1
157/18 157/20 157/21
158/1 158/9 158/9 160/10
172/9 189/17 192/17 193/4
193/13
aware [17] 6/1 15/23
16/12 39/22 40/2 40/4
52/10 52/13 55/2 64/2
176/10 176/15 187/4
187/17 189/21 189/24
189/25
away [6] 55/20 57/14
162/15 164/2 167/6 188/12
awhile [4] 98/11 98/12
127/13 137/21
axis [1] 29/22

**B**

B.S [1] 105/11
back [47] 2/25 6/6 6/22
13/11 17/23 23/7 25/15
40/16 54/12 55/7 82/19
85/22 87/15 88/18 97/3
97/9 107/8 114/3 116/7
116/13 122/24 126/12
127/5 129/19 132/10 133/3
133/15 138/10 139/3 139/4
139/9 142/3 143/9 143/24
149/25 154/7 155/2 165/25
167/2 186/3 187/2 188/22
188/23 189/4 189/12
189/20 203/1
background [4] 104/23
105/5 110/18 143/10
bad [2] 22/2 103/13
bag [1] 65/23
baggage [4] 27/24 64/7
64/10 65/19
bags [8] 64/11 65/19 66/3
66/7 66/10 66/15 66/20
66/23
balance [1] 133/9
Ballentyne [18] 25/7

**B** Case 1:08-cv-02054-RMC

Ballentyne... [17]   25/13
  26/24 28/16 28/17 30/7
  37/17 53/16 78/6 78/22
  81/6 84/11 85/9 87/7 96/5
  96/8 99/12 185/15
bank [27]   21/15 21/20
  108/23 109/1 109/2 109/5
  109/8 110/14 110/19 111/3
  111/14 116/3 116/7 118/24
  118/24 123/10 123/11
  127/3 127/10 127/15
  127/15 127/22 127/22
  140/16 140/16 166/5 166/9
bankruptcy [1]   15/21
bar [12]   153/16 156/13
  159/5 159/14 159/17
  159/18 160/3 160/21 161/1
  161/10 165/3 165/3
bars [1]   155/19
base [5]   32/4 62/22
  118/25 172/17 194/8
based [27]   4/7 6/21 42/13
  45/19 50/20 53/10 53/14
  53/15 56/4 81/12 84/15
  87/5 121/9 142/2 146/19
  149/20 155/10 155/17
  156/12 158/18 162/3 162/3
  162/4 162/6 176/7 193/11
  193/17
bases [1]   115/9
basic [2]   150/12 153/8
basically [7]   21/12
  112/21 112/25 127/22
  128/11 131/17 202/24
basis [19]   13/9 20/9
  20/10 67/21 68/1 68/1
  113/24 115/13 118/3 118/7
  118/17 119/12 120/6
  120/12 121/18 122/6
  122/14 123/14 124/10
BC [2]   28/12 28/14
BCMEA [4]   50/9 50/14
  50/16 50/25
be [225]
Beach [2]   141/24 142/2
bear [2]   56/2 95/23
bearing [2]   177/3 188/3
beauty [1]   169/8
became [3]   25/1 127/13
  148/4
because [57]   3/22 10/3
  40/4 41/17 46/11 50/11
  65/11 67/3 69/16 72/9
  72/20 73/2 74/7 74/19
  82/15 85/18 86/19 86/20
  87/15 97/20 100/4 110/23
  111/19 115/6 115/11 121/2
  124/15 124/24 127/22
  127/25 129/21 132/4
  137/19 139/17 157/2
  160/22 160/24 163/15
  164/1 164/1 164/8 166/6
  168/12 169/14 170/2
  173/14 173/19 173/20
  176/3 180/13 182/20
  191/25 192/21 194/19
  197/25 200/6 200/14
become [2]   106/2 148/9
becomes [1]   132/1
bed [3]   68/18 175/9
  199/11
bedroom [1]   120/18
bedrooms [1]   120/22
beds [4]   175/5 175/6
  176/22 180/3
been [93]   3/5 3/20 4/6
  7/4 23/1 23/9 23/10 23/17
  24/12 24/13 24/18 24/20
  24/24 25/12 26/15 26/23
  26/24 29/16 31/19 45/20
  47/23 48/6 49/25 52/19
  55/6 55/8 60/13 63/25
  66/12 66/14 68/6 68/22
  72/12 72/14 72/19 77/3
  80/1 94/10 94/15 94/21
  95/15 96/1 96/20 98/16
  100/8 100/19 101/4 104/14
  106/17 108/6 114/4 123/4
  124/24 126/7 126/9 127/11
  138/9 143/4 143/18 147/16
  151/18 155/15 156/13
  156/14 158/19 164/7 168/1
  168/10 170/16 170/17
  173/10 173/11 173/13
  174/24 176/2 176/24
  181/18 181/18 182/21
  182/22 182/24 182/25
  189/5 189/6 189/8 189/14
  189/17 200/6 200/8 200/9
  200/17 202/14 203/14
before [50]   1/10 7/15
  18/22 47/3 47/6 55/14
  56/18 56/25 58/19 59/5
  61/4 62/17 63/20 70/22
  75/19 78/4 88/7 90/2
  90/11 95/16 98/13 101/22
  104/15 110/10 111/3
  114/22 117/9 122/3 126/15
  131/6 133/2 133/7 133/8
  134/21 138/23 139/6 139/7
  139/9 143/5 151/24 152/21
  155/1 168/1 172/18 173/6
  176/5 183/4 188/22 188/23
  200/19
Beg [1]   136/17
began [1]   22/4
beginning [3]   68/12
  110/17 121/21
behalf [9]   27/3 28/8 36/6
  36/7 91/10 166/4 204/3
  204/18 205/15
behind [2]   200/22 201/2
being [30]   4/13 7/1 7/9
  18/12 18/16 42/15 49/15
  53/22 64/15 64/15 65/16
  72/21 79/14 85/16 104/18
  106/12 108/19 112/25
  115/25 118/20 121/14
  122/5 123/22 126/4 126/24
  126/24 128/16 131/6 131/9
  169/12
belabor [1]   31/18
believe [31]   4/7 5/3 6/20
  8/13 8/19 9/2 19/8 20/16
  21/9 21/11 45/20 53/16
  53/19 69/9 73/5 90/17
  91/9 101/24 106/20 113/3
  113/10 144/8 147/21
  150/14 170/7 176/20 177/2
  186/20 190/2 194/24 195/3
believed [4]   4/19 4/19
  4/21 4/22
below [4]   77/22 115/4
  172/19 197/22
BENCH [1]   1/10
bene [1]   9/23
berth [11]   27/6 37/17
  37/18 37/19 37/19 37/21
  37/25 38/5 96/12 175/8
  197/24
berthage [1]   36/13
berthing [2]   29/6 29/9
berths [8]   12/24 27/7
  27/7 176/21 178/4 178/5
  179/5 194/10
beside [1]   156/3
best [5]   13/2 94/13 94/20
  191/18 206/3
better [6]   32/5 85/16
  86/16 94/21 129/25 137/13
between [29]   5/4 5/7 6/15
  6/23 11/20 14/11 14/12
  14/16 17/9 27/3 28/13
  29/10 31/16 34/10 34/11
  35/15 93/15 110/25 116/3
  118/22 128/15 154/7
  154/11 160/11 164/15
  164/19 172/4 173/16 178/5
bid [5]   8/10 109/23 139/6
  139/7 139/9
bids [1]   138/23
big [7]   15/19 30/4 33/17
  78/12 81/22 98/13 127/2
bill [3]   36/7 45/23 51/22
billed [1]   51/20
bills [2]   59/8 119/18
bit [11]   5/12 56/9 94/18
  104/12 121/5 144/13
  161/19 163/16 173/13
  195/23 198/16
black [7]   35/17 35/21
  61/8 95/5 95/10 95/19
  95/24
blew [1]   129/6
blow [3]   134/15 135/19
  135/22
blowing [1]   111/6
blown [2]   117/10 129/3
board [67]   3/17 4/10 5/1
  29/11 32/8 32/9 35/6 38/3
  64/12 65/20 66/7 66/16
  66/23 67/17 68/17 113/16
  128/3 143/18 145/3 146/4
  147/18 149/3 149/5 149/21
  150/5 150/8 151/1 153/6
  153/14 153/15 153/20
  153/22 153/23 154/18
  154/19 155/4 155/5 155/20
  156/6 156/11 156/18
  158/12 159/19 160/16
  160/22 160/23 160/25
  161/15 163/22 163/25
  164/10 173/10 173/13
  174/24 175/12 177/3 177/3
  177/12 178/6 178/25
  179/12 180/24 181/4
  181/10 182/19 183/2
  193/21 193/25
boarding [1]   34/15
boating [1]   52/17
boats [2]   177/23 178/19

**B**

bodied [2]   66/6 66/16
bombers [1]   79/6
booking [2]   12/12 13/17
booms [1]   99/17
booths [1]   42/3
bore [1]   140/16
boss [1]   129/17
both [9]   17/11 17/12
  30/14 38/7 57/6 112/4
  118/11 120/15 200/13
bottle [1]   161/24
bottom [11]   10/9 21/3
  57/19 64/4 110/6 131/23
  156/5 156/18 163/4 174/3
  201/7
bought [1]   145/21
bow [5]   29/5 29/15 29/18
  29/18 29/19
box [4]   153/18 162/25
  165/5 190/20
brackets [2]   164/24
  180/25
brand [4]   129/2 142/14
  149/19 157/15
brands [6]   142/12 148/6
  157/1 157/4 157/5 158/3
breached [6]   17/23 26/20
  41/4 66/14 111/3 181/18
break [11]   88/25 97/1
  97/2 97/5 116/15 117/9
  147/10 160/15 165/14
  165/17 167/1
breakdown [11]   91/9
  153/12 153/21 155/3 155/8
  155/23 156/11 160/11
  172/8 193/15 193/21
breakdowns [1]   155/10
breakfast [1]   161/17
breaks [2]   87/9 160/14
brief [3]   102/7 125/15
  145/1
briefly [1]   142/8
brilliant [1]   190/25
bring [3]   121/20 127/17
  129/23
bringing [3]   30/23 122/2
  123/15
British [1]   25/5
Broad [1]   9/8
broke [1]   153/16
broken [2]   19/11 75/11
broker [1]   8/6
brother [17]   104/4 104/5
  104/11 104/14 104/17
  105/7 106/12 106/15 107/9
  107/14 107/21 107/22
  108/13 117/24 118/18
  118/19 138/5
brother's [2]   119/1
  137/24
brought [2]   12/21 92/23
Bud [2]   20/21 104/1
budget [9]   18/13 18/14
  18/17 18/24 39/9 55/1
  62/19 68/24 115/17
budgeted [8]   39/14 124/2
  198/19 198/23 198/25
  199/2 199/4 199/5
budgeting [1]   145/1

buffet [3]   161/15 161/16
  162/1
build [2]   8/6 127/24
Building [1]   106/14
built [2]   163/12 169/3
bulk [1]   68/12
bullet [1]   186/11
bunker [1]   43/20
bunkering [8]   30/23 31/23
  32/1 32/13 43/7 43/15
  45/19 111/22
burdened [1]   186/8
bursting [1]   191/16
bus [4]   96/17 96/18
  185/18 185/21
buses [5]   27/25 34/2 85/5
  85/14 85/15
business [23]   15/7 16/3
  19/20 22/14 22/15 22/19
  22/20 22/21 22/21 23/7
  24/13 24/16 24/17 25/2
  66/10 104/14 106/12
  106/13 106/14 109/21
  127/18 144/6 146/3
businesses [1]   15/22
busy [3]   27/13 27/16
  85/11
buy [1]   76/13
buying [1]   27/12

**C**

CA [1]   1/4
cabin [4]   12/12 13/19
  127/8 186/25
cabins [2]   13/18 20/6
cafeteria [1]   161/17
Cal [3]   106/1 106/6 106/9
calculate [2]   161/13
  202/16
calculated [8]   21/4
  123/13 125/13 130/20
  156/4 174/23 181/16
  202/15
calculating [2]   150/25
  194/8
calculation [10]   6/18
  45/19 102/12 160/1 173/22
  175/21 179/24 180/2
  198/21 203/1
calculator [2]   12/22
  92/23
call [11]   2/9 13/15 22/11
  36/4 62/4 81/9 103/15
  104/1 104/11 162/12
  173/16
called [18]   25/6 25/22
  28/6 28/12 28/17 31/14
  46/19 62/14 72/22 106/15
  108/8 114/6 121/3 142/1
  168/16 198/10 198/18
  198/24
calling [1]   123/25
calls [4]   15/9 37/4 39/1
  141/5
came [14]   6/23 37/5 39/1
  75/20 108/24 118/21
  119/16 120/7 122/18
  126/22 155/7 177/21
  179/18 181/21
campus [1]   105/18
can [112]   3/1 4/12 6/4

6/7 7/17 10/15 10/21 11/2
  11/10 12/9 12/17 20/13
  21/10 29/20 29/20 31/16
  34/24 35/18 36/2 36/16
  36/16 42/19 42/21 42/22
  45/18 48/16 48/17 48/22
  49/13 53/21 55/20 55/23
  57/18 60/20 61/14 61/17
  62/11 65/5 65/15 67/7
  71/13 71/17 78/8 79/9
  79/10 80/21 80/24 82/18
  85/10 88/19 88/23 89/2
  90/15 91/3 91/4 93/11
  94/14 95/8 98/19 103/9
  103/22 103/24 112/18
  116/2 117/18 118/17
  118/21 119/12 119/13
  120/11 123/14 131/15
  132/3 133/3 135/19 140/11
  141/18 142/8 143/13 151/6
  153/12 155/7 156/6 159/9
  160/9 161/8 163/9 163/20
  165/8 167/21 168/23 169/3
  170/14 170/18 171/17
  171/24 172/18 172/24
  174/14 174/21 180/12
  180/20 190/22 190/23
  191/16 191/24 196/7 196/9
  196/11 200/20 200/21
  201/25
can't [11]   9/8 11/20 15/4
  42/24 58/8 116/6 120/9
  162/3 192/4 192/4 196/10
CANADA [8]   1/6 2/4 25/8
  25/10 65/6 97/17 166/5
  183/24
Canadian [11]   27/5 65/6
  65/8 65/10 77/4 99/3
  118/12 184/22 184/24
  185/1 189/22
Canadians [1]   85/21
candor [1]   140/6
canine [1]   187/11
cannot [3]   61/16 61/20
  88/22
cap [1]   62/18
capable [1]   66/3
capacity [29]   59/19
  104/25 157/22 175/3 175/5
  175/5 175/9 176/17 176/20
  177/2 177/3 177/6 177/7
  177/13 177/16 178/2 178/4
  181/19 194/7 198/24 199/2
  199/4 199/6 199/8 199/18
  200/5 200/6 202/5 202/16
capital [2]   78/12 78/21
cards [1]   163/22
career [1]   150/2
cargo [5]   24/16 25/3
  37/19 37/20 96/12
Carib [1]   155/25
Caribbean [33]   6/19 7/3
  7/5 17/10 18/17 30/7 71/5
  72/7 90/7 142/12 144/21
  145/1 145/9 156/1 156/2
  156/7 157/22 157/25 172/8
  175/4 175/4 175/7 175/13
  176/12 177/15 179/4
  181/11 182/3 192/17
  192/19 193/15 197/8
  202/17

Case 1:08-cv-02054-RMC   Document 98   Filed 02/07/14   Page

**C**

CARNEY [2]  1/18 2/7
Carnival [41]  18/15 18/16
 45/1 45/5 58/8 89/18 90/3
 142/13 146/14 146/15
 146/16 146/17 146/18
 147/1 147/4 147/5 147/6
 147/23 148/2 148/10
 148/24 149/13 156/19
 156/21 156/23 156/24
 157/1 176/12 181/16
 192/19 194/14 194/14
 197/11 197/15 198/15
 199/13 199/19 200/14
 202/1 202/3 202/11
Carolina [1]  121/23
carried [2]  66/14 66/20
carry [5]  65/23 66/3 66/7
 66/15 149/10
carrying [4]  10/14 65/19
 66/10 66/22
cars [1]  85/15
case [23]  11/6 11/8 26/16
 39/23 64/1 66/2 76/3
 97/17 115/13 124/13
 142/24 143/4 143/16
 144/16 150/17 151/17
 153/25 154/2 155/13 171/2
 176/14 176/23 188/14
cash [25]  20/23 39/6
 40/25 41/18 43/14 53/1
 108/20 108/22 108/25
 109/4 109/8 110/7 110/9
 110/13 110/25 111/2 111/5
 111/14 113/25 117/11
 123/7 123/9 125/21 127/21
 130/6
casino [7]  153/17 155/19
 156/14 158/20 159/22
 162/22 162/23
casinos [1]  158/21
Cat [1]  191/8
catch [2]  96/18 120/8
categories [2]  42/11
 153/23
caught [2]  122/21 187/22
cause [1]  87/21
CBP [1]  27/5
CBSA [1]  27/4
CCCM [7]  22/8 37/1 51/20
 54/6 131/19 166/4 166/8
cease [1]  22/8
Celebrity [2]  30/13 145/2
cell [1]  163/22
cents [2]  173/24 175/10
Ceres [8]  28/20 31/8 32/7
 36/6 45/7 49/19 51/3 63/6
Ceres' [1]  48/14
Cerescorp [2]  28/17 28/25
certain [13]  37/1 50/12
 91/20 112/20 118/8 153/10
 154/19 157/21 157/23
 159/7 160/2 176/13 176/16
certainly [3]  16/7 107/11
 109/2
CERTIFICATE [1]  206/1
certificates [1]  118/11
certify [2]  206/2 206/7
cetera [4]  82/18 147/18
 164/11 169/8

**C50. [3]  104/6 108/29**
 140/15
chairman [1]  147/24
change [7]  109/11 109/14
 122/22 131/2 142/15
 181/10 182/2
changed [3]  127/4 145/20
 177/20
changing [1]  25/25
characterize [1]  27/17
charge [29]  19/18 32/10
 32/11 35/14 36/9 41/23
 42/1 42/25 43/7 45/14
 47/20 47/22 47/23 57/16
 57/21 57/23 64/1 64/24
 66/15 72/13 73/16 76/7
 80/19 81/12 88/8 110/9
 112/4 127/17 163/19
charged [8]  32/25 36/21
 41/3 42/15 47/19 70/8
 72/5 91/18
charges [31]  32/13 32/17
 32/20 33/2 35/13 36/10
 39/7 39/25 40/20 50/20
 55/4 55/12 55/17 55/25
 57/6 60/22 61/7 61/12
 72/24 73/6 84/5 88/6
 88/24 89/2 89/3 89/21
 90/18 95/9 95/19 96/1
 123/4
charging [4]  19/19 19/23
 119/14 121/3
chart [3]  5/12 153/10
 173/4
charter [22]  1/3 2/3 4/18
 7/1 7/12 8/1 8/5 11/15
 22/14 26/15 87/25 99/3
 104/6 127/3 128/1 131/15
 133/8 143/19 150/4 151/19
 182/8 184/2
charter's [1]  28/8
chartered [3]  8/11 8/23
 17/7
chartering [1]  7/6
charters [12]  8/4 8/9
 8/15 23/8 150/1 150/3
 176/2 184/2 184/5 184/10
 184/11 184/12
cheaper [1]  68/16
cheapest [1]  71/24
check [2]  27/23 54/14
Cherry [1]  1/15
chief [3]  147/15 147/20
 148/8
children [4]  160/11
 160/16 160/22 160/24
choice [2]  73/18 161/22
CHRISTENSEN [13]  1/16 2/6
 2/16 6/10 92/21 93/19
 134/5 134/12 137/17
 172/24 183/17 204/5
 204/11
Christmas [1]  160/15
chronology [1]  139/18
Cindy [3]  129/2 129/13
 129/17
circle [1]  174/5
circled [1]  175/11
circulated [3]  18/12
 170/16 170/17
circumstances [1]  158/11

cities [1]  184/6
cラ [4] 92/11 96/16
 96/18 98/22 103/1
Civil [1]  2/2
claiming [1]  4/25
clarification [1]  6/19
clarify [6]  4/12 7/17
 12/8 32/1 49/18 168/8
Class [5]  30/8 30/20
 32/18 32/21 43/23
classes [1]  169/12
clean [5]  34/11 34/12
 35/7 81/20 164/11
cleaned [1]  81/8
cleaning [5]  20/11 35/1
 80/19 81/17 164/12
cleans [1]  82/17
clear [8]  4/13 17/5 19/2
 137/1 168/15 172/23
 180/20 202/14
clerk [1]  32/7
client [3]  23/11 105/24
 105/25
clock [1]  84/17
close [9]  9/9 29/21
 104/14 107/11 120/18
 127/12 127/13 154/20
 193/25
closed [6]  150/2 158/21
 158/23 158/25 159/22
 166/10
closely [1]  197/10
closer [1]  132/6
closing [3]  119/16 134/21
 166/7
closure [1]  166/15
clothes [1]  20/9
clue [1]  115/19
coastal [2]  31/15 31/15
cocktail [1]  161/24
coin [1]  186/22
collaborate [1]  23/9
colleagues [1]  150/14
collective [1]  185/1
collectively [1]  94/7
Colleen [1]  9/23
college [2]  105/18 143/25
COLLYER [2]  1/10 6/25
COLUMBIA [3]  1/1 1/22
 25/5
column [22]  62/4 77/7
 113/22 128/4 155/25 156/4
 156/5 156/11 156/15
 156/18 157/20 157/21
 161/11 164/15 164/18
 172/15 174/3 175/11
 180/23 193/22 198/18
 201/24
columns [5]  153/10 158/1
 181/2 193/8 193/16
combination [1]  8/14
combined [1]  8/20
come [46]  2/12 8/4 8/7
 8/9 23/11 23/23 27/14
 31/14 32/5 34/20 35/7
 38/10 40/16 42/4 43/20
 51/7 74/13 85/22 97/3
 97/9 97/12 100/2 107/7
 107/8 107/13 110/17 114/1
 117/3 120/5 123/11 126/21
 131/4 131/19 131/22

C  Case 1:08-cv-02054-RMC  Document 98-1  Filed 02/07/14

come... [12]  133/15 138/8
 153/22 158/2 164/13
 165/25 172/18 187/2
 189/20 199/20 202/5
 202/11
comes [7]  91/17 93/24
 118/2 122/8 131/3 193/22
 193/24
comfort [1]  191/5
comfortable [1]  15/15
coming [19]  36/19 42/6
 42/7 55/6 67/15 74/4 74/6
 82/20 85/14 87/18 119/8
 121/10 121/23 121/24
 122/8 123/24 163/6 179/19
 191/10
commencement [1]  99/24
comments [1]  116/7
commercial [1]  42/6
Commission [1]  193/2
commitment [1]  15/10
committed [1]  186/2
common [1]  109/20
communicating [1]  21/20
communication [2]  107/21
 154/7
communications [4]  153/19
 163/1 163/19 165/6
community [1]  120/18
companies [4]  50/16
 142/23 148/4 158/14
company [23]  24/15 25/6
 25/15 25/18 27/5 28/6
 28/10 28/11 28/16 28/19
 28/20 31/9 31/12 32/17
 33/14 33/17 41/23 46/11
 94/13 142/1 142/4 145/21
 176/1
compare [3]  52/15 90/8
 175/2
compared [3]  89/2 177/10
 198/4
comparing [2]  158/13
 181/14
comparison [2]  90/24
 178/5
complete [2]  14/16 171/1
completed [1]  111/2
completely [1]  199/14
complicated [1]  51/25
compliment [1]  158/11
components [1]  11/23
compound [2]  140/17
 140/17
computer [1]  1/25
computer-aided [1]  1/25
concede [1]  151/4
concern [2]  15/21 99/8
concerns [1]  9/7
concluded [1]  203/17
conclusion [3]  67/6 67/10
 67/11
Concordia [1]  157/9
concrete [1]  135/10
condition [1]  36/11
conditions [1]  185/21
conduct [1]  16/13
conducting [1]  124/12
conduit [1]  27/3

conference [2]  15/9 22/11
confidentiality [1]
 195/24
configuration [1]  37/9
confirm [6]  116/2 195/17
 198/6 198/23 201/8 201/25
confirmed [1]  15/16
confirming [2]  134/14
 198/3
confirms [1]  136/4
confused [4]  3/24 11/18
 11/20 168/21
confusing [2]  46/12 127/1
confusion [2]  139/18
 188/4
congested [1]  185/21
congregate [1]  159/21
conjunction [1]  41/22
connection [1]  32/6
CONNECTIONS [107]  1/3 2/3
 4/2 4/10 4/19 4/25 6/2
 7/1 7/8 7/12 8/1 10/20
 10/23 11/3 11/24 12/3
 12/9 14/9 14/12 15/1 17/6
 17/10 18/23 19/2 26/20
 31/20 32/22 35/15 35/25
 36/22 36/23 37/1 37/10
 38/15 39/1 39/6 39/8
 39/14 40/19 41/3 41/12
 41/18 41/21 42/15 43/8
 48/5 48/6 52/23 53/1
 53/11 54/21 55/1 56/2
 56/10 56/13 62/18 62/20
 65/16 66/13 69/5 73/1
 75/15 76/16 80/9 89/19
 90/6 91/11 93/17 96/2
 99/1 104/6 104/10 107/16
 108/10 108/12 108/19
 109/6 109/12 109/14 113/3
 113/10 118/1 134/20
 134/24 135/6 136/15 137/2
 137/6 137/8 137/13 137/15
 138/9 138/22 139/21
 139/24 140/14 142/24
 143/7 143/8 143/16 143/17
 151/18 177/19 181/17
 182/5 182/8 200/10
Connections' [8]  17/19
 40/25 43/14 94/8 95/22
 135/3 136/21 200/5
conservative [14]  21/24
 110/16 110/18 110/19
 110/22 111/1 115/8 122/5
 123/8 123/11 127/11
 127/12 129/14 131/12
consider [1]  150/5
consideration [1]  178/14
considered [4]  7/4 128/11
 154/14 176/22
constantly [1]  87/19
Constitution [1]  1/22
consultation [1]  123/25
consulted [1]  118/18
consulting [4]  99/2 142/1
 142/16 142/19
consuming [1]  68/20
consumption [1]  161/25
contained [5]  58/3 58/21
 59/9 95/9 95/19
container [4]  37/23 38/9
 85/6 87/20

containers [1]  85/10
contemplated [2]  18/14
 42/14
contingent [5]  128/9
 131/7 131/9 131/11 131/24
continue [3]  94/18 167/21
 180/3
continued [4]  2/21 9/6
 117/7 205/1
contract [62]  6/21 7/20
 9/5 11/11 17/23 18/19
 19/12 26/21 28/12 28/13
 31/14 31/18 35/15 35/24
 36/23 38/17 41/4 42/14
 48/5 48/19 49/3 49/5
 49/16 50/15 51/3 52/1
 60/25 63/7 63/9 63/11
 66/13 66/19 71/3 71/6
 93/17 95/23 109/6 109/9
 109/11 109/19 109/24
 110/4 110/8 110/8 110/10
 111/3 119/6 126/13 126/15
 126/19 150/7 158/18
 158/21 162/23 163/23
 177/21 186/20
contracted [4]  72/15
 181/17 200/6 200/10
contractors [1]  38/19
contracts [7]  17/12 17/18
 28/2 28/3 31/22 31/22
 159/3
control [6]  84/3 85/12
 100/15 100/21 102/13
 102/15
controlled [1]  88/20
controller [1]  105/24
convenient [3]  203/5
 203/7 203/7
conversation [1]  39/18
converted [1]  126/15
coordinate [2]  27/11 31/3
coordinating [1]  27/10
coordination [12]  83/24
 84/2 84/13 84/16 84/17
 84/20 85/2 85/4 86/5
 86/11 101/21 101/25
coordinator [1]  36/6
copies [7]  3/2 168/12
 170/21 194/18 196/2
 196/24 197/3
copy [8]  152/10 168/12
 170/18 170/23 180/13
 192/9 196/6 197/1
CORINNE [2]  1/17 2/6
corner [3]  190/20 198/15
 201/7
Corp [1]  149/13
corporate [2]  148/4
 148/10
corporation [22]  63/6
 142/13 146/14 146/15
 146/17 147/1 147/4 147/5
 147/24 148/1 148/2 148/7
 148/10 148/22 148/25
 156/7 156/19 157/1 157/18
 184/7 192/20 194/14
corporations [4]  192/22
 192/25 193/5 193/7
correct [108]  3/21 3/22
 5/17 5/24 5/25 7/4 7/25

## C

correct... [101]  8/12
8/15 8/16 8/18 8/23 9/15
9/16 10/11 10/18 11/25
13/4 14/1 18/24 18/25
19/5 19/16 19/17 20/22
21/1 22/18 22/25 24/25
41/5 45/8 46/25 47/10
47/18 48/3 48/20 52/21
61/3 64/22 72/10 90/4
90/10 90/14 93/18 98/4
113/20 115/24 120/2
121/11 121/16 124/8
126/17 134/17 134/25
135/24 136/21 136/24
137/3 137/10 137/16
137/25 138/11 138/24
140/1 140/2 144/18 144/19
145/14 145/15 146/11
150/10 151/19 153/10
154/2 154/9 154/12 163/1
163/2 163/4 163/5 165/1
173/4 173/5 174/3 174/4
174/8 174/13 175/20
175/22 176/8 176/18
176/19 177/5 177/14 178/7
179/6 182/14 183/9 183/10
183/13 185/3 192/24 193/6
193/14 193/19 194/11
194/16 206/2

corrected [2]  92/24
194/12

corresponds [1]  197/10

cost [61]  38/15 38/19
38/22 38/25 40/20 41/11
41/17 41/21 46/3 51/4
51/11 53/9 54/24 65/15
67/15 68/4 68/24 70/24
80/25 91/6 91/8 102/12
109/17 112/11 113/21
115/2 115/17 117/17
117/19 118/6 118/13
118/14 118/20 119/1 119/9
119/11 120/10 121/7
121/18 121/21 122/11
122/14 122/17 128/8 128/8
131/7 131/10 131/11
131/11 131/13 131/14
131/14 131/16 133/2
136/14 137/5 137/13
137/14 138/9 163/21 177/9

Costa [3]  146/20 148/23
157/9

Costco [1]  27/12

costing [1]  38/16

costs [17]  44/17 50/4
88/20 91/10 111/17 111/20
111/21 111/24 112/13
112/13 114/24 117/10
118/3 121/1 126/10 132/21
136/21

could [41]  2/11 2/12 2/13
4/19 5/9 7/19 10/6 14/6
17/21 23/23 33/6 37/11
37/22 37/25 38/1 38/11
87/13 87/14 90/23 91/5
97/9 100/15 100/16 102/7
104/16 121/25 125/20
135/1 141/15 165/25 167/5
167/16 169/23 177/7
185/22 191/22 192/1
197/1 198/5 206/18
200/21

couldn't [3]  100/14 167/7
185/23

counsel [4]  9/23 59/25
102/6 206/7

count [2]  197/22 198/17

count/GCD [1]  198/17

counting [1]  91/25

couple [10]  16/24 21/24
24/2 27/15 27/16 87/7
96/14 126/9 133/21 168/14

course [16]  30/6 34/25
38/2 38/14 54/1 63/5
74/25 108/18 119/5 119/10
120/6 120/24 125/21
144/15 150/2 158/13

court [21]  1/1 1/20 1/21
1/21 40/17 57/9 79/25
103/22 103/25 140/8 142/8
143/21 155/1 161/8 171/24
174/22 180/10 194/13
195/13 196/18 206/5

Court's [2]  134/14 170/23

courtesy [1]  24/3

courtroom [5]  30/1 41/25
81/24 81/25 168/11

Coven [1]  106/1

Covens [2]  106/6 106/9

cover [11]  83/21 103/13
115/3 115/12 115/18 121/5
122/6 122/7 158/24 170/5
172/24

covered [5]  115/9 133/11
158/24 170/7 190/14

cow [1]  33/25

CPA [2]  106/2 106/2

CPAs [5]  17/7 17/9 19/3
154/6 154/9

create [1]  57/13

credit [10]  125/3 125/6
125/9 125/12 125/14 137/2
137/9 138/23 139/1 139/21

crew [6]  27/8 27/19 27/22
33/10 35/3 35/9

crews [1]  28/18

cross [11]  2/21 67/11
69/15 97/14 132/21 134/9
140/22 167/22 172/24
183/21 204/2

cross-examine [1]  140/22

crow [1]  77/17

cruise [237]

cruises [4]  9/3 9/14
10/17 11/14 13/21 15/18
24/17 24/21 24/24 98/5
143/20 149/21 160/18
172/6 174/1 174/1

CRYSTAL [2]  1/20 206/12

curiously [1]  30/17

current [1]  29/7

customarily [1]  32/17

customary [3]  32/20 33/2
47/23

customer [2]  8/4 8/5

customers [3]  8/7 8/8 8/9

Customs [1]  27/5

cut [3]  129/25 130/1
130/23

cuts [1]  159/8

cutting [1]  130/3
CV [4]  142/15

Cypress [1]  79/13
Cyprus [1]  79/15

## D

D.C [2]  1/5 98/16

daily [7]  20/10 45/25
46/3 67/21 67/25 180/4
198/16

dance [1]  90/23

data [4]  77/4 79/22 80/5
193/1

date [13]  18/12 45/24
45/24 46/1 62/3 62/5
75/13 108/6 115/25 166/15
166/18 206/5 206/12

dated [2]  115/23 130/16

dates [8]  48/21 53/23
53/23 62/1 62/6 89/14
145/16 166/20

day [95]  1/6 2/13 3/19
4/8 4/23 5/11 12/3 12/10
12/13 12/21 12/25 13/9
19/11 20/11 22/12 27/11
32/7 43/23 45/2 46/4
47/16 49/15 61/22 64/7
64/10 64/13 64/14 65/19
67/14 67/18 67/18 67/19
67/20 67/22 67/23 67/25
73/6 82/9 82/10 82/11
82/21 82/22 82/24 82/25
83/7 83/9 83/12 84/19
84/21 85/18 86/8 87/5
87/12 91/23 92/11 92/17
92/20 102/13 102/15
122/17 129/8 130/21 131/1
156/19 161/18 163/20
169/15 169/21 173/20
173/22 174/7 175/1 175/9
175/13 177/11 177/12
178/23 178/25 179/12
179/13 183/3 186/13
186/15 188/24 189/8
189/14 189/16 189/17
189/25 190/5 190/11 194/9
199/22 200/20 203/15

days [34]  6/20 6/22 12/16
44/1 47/3 49/2 52/13
52/18 68/6 71/2 71/5 72/2
75/17 75/19 83/3 83/5
83/20 85/3 86/11 86/11
90/7 91/24 92/20 163/18
173/21 175/7 175/7 175/8
181/6 185/5 185/6 197/24
199/3 199/17

DC [2]  1/19 1/23

de [1]  9/23

deal [23]  13/24 18/22
19/3 26/18 27/4 27/8
27/22 28/10 28/10 30/7
30/16 41/24 62/18 86/20
97/23 109/25 127/16
127/20 139/25 176/23
176/24 177/20 181/18

dealing [6]  27/24 63/6
100/17 100/18 110/21
186/1

deals [3]  18/22 27/21
96/10

dealt [2]  31/11 37/2

**dear** [1]   5/19
**decent** [1]   110/24
**decide** [2]   167/19 167/22
**decided** [3]   120/14 142/16
  167/18
**decision** [3]   29/10 115/7
  166/6
**deeply** [1]   139/15
**Defendant's** [2]   3/13 95/3
**Defendants** [2]   1/7 1/16
**defending** [2]   15/24 16/14
**defense** [5]   2/6 20/15
  63/23 205/15 205/16
**degree** [3]   105/10 105/11
  150/21
**delay** [2]   60/11 167/11
**deliver** [1]   21/21
**delivered** [4]   64/15 67/20
  88/1 88/1
**deliveries** [1]   33/9
**delivering** [1]   85/10
**delivery** [2]   27/9 27/11
**demand** [1]   98/5
**denominator** [1]   200/12
**depart** [1]   34/16
**departing** [1]   27/9
**dependent** [1]   53/22
**depending** [2]   51/10 70/15
**depends** [1]   112/24
**deployed** [1]   100/8
**deposed** [2]   137/24 139/24
**deposit** [1]   132/10
**deposition** [13]   9/23
  137/24 138/13 138/17
  138/18 154/14 154/15
  194/23 196/24 197/18
  197/22 198/12 200/21
**depositions** [8]   154/6
  159/4 176/11 194/18
  194/20 195/3 195/14 196/3
**depressed** [1]   96/13
**Derby** [3]   194/19 197/18
  202/2
**Derby's** [1]   197/21
**derive** [1]   202/12
**derived** [2]   202/1 202/3
**describing** [1]   120/8
**deserves** [1]   73/23
**designated** [1]   37/18
**desire** [1]   125/19
**detail** [1]   14/10
**detailed** [1]   148/5
**detailing** [1]   182/17
**determined** [2]   120/13
  190/19
**developed** [2]   117/25
  166/5
**developing** [1]   192/3
**did** [238]
**didn't** [53]   8/1 10/25
  21/15 23/16 30/1 73/2
  73/3 74/8 100/12 103/23
  104/24 110/17 110/19
  110/20 110/23 110/24
  114/20 115/6 115/10
  115/19 115/19 116/10
  117/2 118/22 119/10
  122/21 122/22 122/24
  123/7 123/8 127/23 128/14

**129/18 131/13 131/17**
**134/7 166/11 166/12**
  166/13 166/14 167/3
  177/16 184/21 185/7
  185/13 185/19 186/7 186/9
  187/25 188/16 197/12
  197/16 199/1
**Diego** [5]   68/15 68/16
  88/10 88/11 172/4
**diem** [4]   122/11 122/15
  189/23 189/25
**difference** [7]   5/4 5/7
  6/15 6/23 91/16 128/15
  164/19
**differences** [1]   93/15
**different** [22]   8/24 25/1
  33/14 33/16 56/2 68/1
  68/10 69/12 70/15 110/10
  110/12 133/1 142/11
  153/15 157/9 157/9 157/14
  179/9 182/10 193/25 198/5
  199/15
**differently** [3]   26/6
  26/12 148/14
**difficult** [1]   101/4
**diligence** [2]   15/13 15/15
**dime** [3]   108/6 130/5
  130/5
**dining** [3]   161/20 162/7
  162/11
**dire** [2]   151/2 151/3
**direct** [9]   23/25 36/1
  48/19 103/20 117/7 118/10
  122/9 141/11 204/2
**directly** [3]   11/13 28/11
  131/22
**director** [1]   144/23
**disciplines** [1]   144/10
**discovery** [4]   125/9
  134/23 135/4 137/1
**discussed** [4]   9/2 9/13
  162/22 197/24
**discussing** [1]   168/10
**discussions** [3]   11/13
  118/19 119/7
**disembark** [2]   41/16
  131/18
**disembarkation** [2]   53/23
  111/22
**disembarking** [5]   32/21
  36/5 36/19 42/2 53/5
**disembarkment** [5]   41/11
  41/19 42/13 42/15 42/23
**dish** [1]   35/20
**disposal** [10]   39/7 39/9
  39/15 40/12 56/18 57/10
  95/10 111/21 112/3 112/8
**dispute** [3]   16/2 16/5
  16/7
**disrupt** [1]   116/10
**disrupts** [1]   98/23
**distance** [1]   185/15
**distraction** [1]   159/23
**DISTRICT** [5]   1/1 1/1 1/11
  1/21 1/22 206/5
**diversion** [1]   188/20
**divide** [5]   12/15 13/3
  13/6 13/7 13/19
**divided** [2]   13/18 200/4
**division** [5]   27/21 27/22
  33/15 33/16 34/1

**de** [309]
**dock** [1]   61/14
**dock** [4]   32/4 61/12 61/12
  91/12
**Docket** [1]   1/4
**docment** [10]   53/1 58/13
  61/17 63/20 65/9 65/10
  75/25 115/23 136/2 199/12
**documentations** [1]   181/15
**documents** [16]   39/6 41/1
  52/20 60/15 81/12 108/14
  108/15 119/15 154/4 154/5
  170/13 176/13 176/16
  190/2 190/6 199/13
**does** [45]   13/8 26/25 27/1
  27/22 33/14 34/16 35/3
  39/16 41/20 43/12 43/15
  57/21 57/22 57/24 60/18
  63/11 65/22 67/18 67/19
  71/2 71/4 71/7 72/11
  75/13 76/23 81/1 84/5
  89/1 98/10 101/20 113/15
  125/6 125/8 125/9 125/11
  142/9 146/6 156/23 157/4
  171/1 179/9 182/2 184/1
  187/6 191/23
**doesn't** [12]   22/3 22/3
  42/1 43/1 66/1 80/7 98/11
  110/5 131/12 179/13
  179/16 197/11
**dog** [1]   187/11
**doing** [23]   8/5 22/23
  26/24 29/15 42/2 46/6
  46/7 55/22 68/3 68/24
  86/5 93/1 104/12 110/3
  110/13 114/17 120/12
  133/5 155/9 162/5 182/4
  184/21 187/8
**dollar** [9]   131/21 132/11
  132/11 132/12 132/12
  156/3 169/21 173/24
  180/24
**dollars** [23]   12/21 13/11
  13/11 13/19 19/15 41/15
  47/16 49/15 61/22 65/5
  65/16 73/10 84/10 114/25
  115/4 120/3 157/15 174/24
  175/13 175/14 181/12
  181/13 181/13
**don't** [69]   12/17 16/7
  19/8 21/9 21/13 22/2 30/2
  30/4 31/18 45/10 49/4
  50/17 52/8 55/22 57/25
  58/7 59/19 62/25 66/9
  66/24 67/9 67/9 68/5 68/19
  83/15 85/23 86/14 87/15
  93/9 93/12 96/23 97/1
  97/4 97/12 99/8 113/8
  116/12 116/14 131/11
  132/24 135/9 135/11
  138/17 143/9 154/15
  162/14 162/16 164/14
  165/14 165/16 167/1
  168/24 172/25 178/8 178/9
  183/14 184/16 185/24
  188/13 188/15 188/25
  189/1 189/5 189/6 191/17
  191/24 195/4 196/20 198/9
  202/14
**done** [25]   18/19 20/12
  22/21 28/21 62/11 63/12

D   Case 1:08-cv-02054-RMC   Document 159-2   Filed 02/07/14   Page 218 of 244

**D**

done... [19]   66/23 67/25
  68/8 74/7 79/15 97/20
  112/25 123/9 127/22 150/1
  150/15 162/24 165/7 168/1
  186/22 186/24 187/10
  196/12 196/23
double [5]   91/25 92/4
  92/6 93/7 93/10
down [29]   13/15 19/11
  21/2 51/10 88/25 109/18
  110/5 112/9 114/25 115/4
  115/11 115/11 117/14
  127/4 127/7 129/13 129/18
  131/23 153/16 161/11
  161/21 172/19 181/22
  183/11 188/5 188/6 191/8
  197/7 198/16
downhill [2]   79/14 79/15
drafting [1]   119/15
dragging [1]   189/12
dramatic [1]   191/16
dramatically [2]   109/18
  110/12
drastic [1]   98/22
draw [3]   67/7 67/10
  125/19
drawing [1]   67/6
drawn [1]   127/14
dried [1]   22/14
drink [1]   154/18
drinking [2]   159/16
  159/21
dry [3]   20/11 31/4 164/11
due [3]   15/13 15/15
  138/23
dues [2]   36/14 36/15
duration [1]   173/19
during [54]   9/5 16/3
  33/19 33/20 54/1 68/19
  70/8 70/24 71/9 76/19
  77/13 84/6 84/11 86/8
  96/5 96/19 99/13 100/1
  116/15 120/11 121/4 123/1
  123/5 125/20 125/20
  143/18 143/18 143/19
  148/1 151/18 153/6 154/19
  158/3 159/15 160/13
  160/14 161/18 162/8
  163/14 165/17 169/8
  169/13 172/1 176/17
  178/13 178/18 185/10
  189/19 189/22 190/10
  194/15 197/11 197/16
  199/18
duties [5]   26/25 144/24
  147/16 149/1 149/4
duty [1]   189/22

**E**

e-mail [9]   14/15 20/20
  21/2 21/8 116/3 129/2
  129/9 134/13 154/7
e-mails [2]   110/25 154/11
E-X-H-I-B-I-T-S [1]
  204/10
each [38]   41/15 42/11
  45/2 45/15 46/22 46/24
  53/24 55/5 69/17 71/10
  112/5 112/9 113/15 113/17

114/10 124/14 125/25
126/22 157/22 180/11
155/14 156/11 158/19
158/19 159/10 161/19
161/24 163/17 174/7
185/23 185/25 188/9
188/10 189/14 192/25
193/5 193/12 194/8
earlier [9]   22/1 46/19
  47/9 50/13 112/10 134/14
  166/6 166/21 182/14
early [5]   45/6 49/7 52/10
  62/23 108/24
earnings [1]   133/22
earns [2]   132/9 132/13
easel [2]   190/23 191/23
easier [2]   136/6 136/7
easiest [1]   111/20
east [1]   96/12
eat [2]   68/19 189/12
eating [3]   188/22 188/23
  189/13
education [2]   143/13
  143/24
Edwards [6]   8/21 10/20
  22/20 23/3 118/19 122/9
effect [2]   35/8 98/22
effort [1]   22/5
eight [15]   71/21 72/8
  73/10 77/16 83/7 83/19
  91/18 92/7 92/8 93/2 93/6
  93/8 132/13 185/7 188/24
Eighty [1]   52/25
either [4]   39/1 89/19
  186/2 191/11
elaborate [1]   35/5
Elation [10]   45/1 45/5
  45/15 46/18 46/23 47/1
  47/8 58/10 89/18 90/8
elements [1]   111/16
Elmo [2]   78/10 170/10
else [11]   21/25 22/5 22/7
  22/24 85/22 108/12 110/23
  124/22 168/11 170/4 187/8
else's [1]   168/12
embarkation [2]   53/23
  111/22
embarking [5]   32/20 36/5
  36/20 42/2 53/5
embarkment [5]   41/11
  41/19 42/12 42/14 42/22
embroiled [1]   16/2
emergency [2]   100/5
  120/21
employed [1]   206/8
employee [2]   94/20 142/11
employees [3]   91/24 92/1
  92/19
Employer's [3]   28/13
  28/14 50/14
employment [1]   144/13
empties [1]   82/17
empty [2]   88/1 88/2
emptying [1]   54/7
encourage [1]   159/20
end [14]   3/16 8/5 14/18
  18/16 32/7 74/17 115/5
  128/3 131/11 133/3 133/11
  169/12 173/4 180/24
ended [1]   201/14
ending [2]   201/15 201/18

ends [2]   201/12 201/15
engine [1]   57/12
engines [1]   57/12
enjoining [1]   27/9
enjoy [1]   161/21
enjoyed [1]   104/16
enjoying [1]   107/5
enlargement [1]   190/22
enough [12]   9/7 30/17
  38/7 59/21 79/7 92/22
  94/2 114/23 115/21 122/2
  164/13 191/4
enter [1]   31/22
entered [9]   14/11 16/10
  17/9 26/16 31/19 35/16
  112/4 113/21 115/14
enterprise [2]   108/2
  108/3
Enterprises [2]   106/1
  106/6
entertaining [1]   124/19
entertainment [1]   159/24
entire [3]   66/22 82/13
  157/18
entries [1]   64/4
entry [16]   64/7 64/13
  69/7 81/23 112/18 114/23
  117/17 118/3 119/11
  119/12 119/24 120/10
  121/12 122/11 124/20
  125/3
equal [1]   199/6
equals [1]   5/24
equipment [4]   50/7 50/21
  51/1 186/8
especially [2]   110/21
  127/24
Esquire [7]   1/13 1/13
  1/14 1/16 1/17 1/17 1/18
esse [1]   9/23
essentially [11]   18/16
  27/18 147/16 148/15
  150/16 159/24 160/7
  169/17 169/18 176/13
  199/15
establish [1]   191/3
estimate [34]   4/4 4/6
  13/3 39/6 40/19 42/12
  43/7 45/19 52/23 53/16
  54/21 55/25 56/12 65/18
  66/22 69/4 69/7 69/9
  72/25 73/5 114/7 119/9
  121/18 145/6 153/5 155/14
  156/12 158/18 161/25
  172/5 181/11 189/7 189/9
  189/15
estimated [10]   3/18 41/21
  52/24 54/23 59/14 119/15
  128/16 160/21 160/24
  169/20
estimates [11]   38/15
  38/19 38/22 38/25 41/12
  64/1 65/4 151/1 162/3
  184/19 188/16
estimating [5]   86/17
  149/5 149/21 150/8 187/13
et [8]   1/3 1/7 2/3 2/4
  82/18 147/18 164/11 169/8
even [7]   28/3 30/4 85/15
  86/6 110/25 183/4 187/22
evening [2]   87/14 103/1

**E**   Case 1:08-cv-02054-RMC

event [7]   14/21 121/3
131/12 170/3 184/3 184/14
184/15
events [3]   76/5 184/13
185/14
ever [17]   16/5 54/12
66/14 66/14 75/19 76/12
76/16 80/8 83/23 84/1
89/20 98/16 104/25 105/15
105/22 108/20 143/4
every [14]   22/12 43/12
71/21 82/21 82/22 98/11
128/13 131/21 169/11
169/15 169/21 186/13
186/15 189/16
everybody [9]   30/3 97/2
109/25 168/12 170/14
179/25 189/16 197/3
203/14
everyday [1]   186/19
everyone [2]   2/8 100/8
everything [8]   14/16 74/6
74/13 118/23 129/15 170/7
178/23 180/23
evidence [23]   3/14 26/16
31/19 44/9 56/16 58/25
60/4 60/10 63/15 73/25
74/23 77/24 79/17 80/3
89/7 101/16 102/24 111/9
128/19 152/9 167/11 170/9
174/18
exact [2]   118/23 119/10
exactly [9]   10/8 34/3
43/21 51/12 155/10 177/24
181/23 182/11 185/7
exaggerate [1]   110/20
examination [14]   2/21
17/1 23/25 97/14 101/17
102/10 103/20 117/7 134/9
140/12 141/11 167/22
172/25 183/21
examine [1]   140/22
example [8]   19/10 19/14
19/15 20/13 71/9 136/10
156/12 159/14
examples [1]   45/10
exceed [1]   4/20
except [2]   13/2 109/17
exception [1]   173/18
excerpts [2]   154/6 159/3
Exchange [1]   193/2
exclusive [1]   28/18
exclusively [2]   13/25
14/20
excursion [3]   160/25
163/9 163/13
excursions [6]   153/19
155/20 156/14 162/25
173/14 173/18
excuse [5]   22/6 146/5
165/22 174/10 198/8
excused [10]   23/20 97/6
102/25 103/10 116/19
140/25 141/3 165/24
167/13 203/13
executive [1]   124/20
exercise [1]   169/12
exhausted [1]   196/18
exhibit [161]   3/4 3/6

3/13 3/21 17/9 18/3 18/9
18/23 20/15 20/18 41/19
35/16 40/16 44/8 44/13
44/21 45/12 47/14 48/14
49/19 56/15 56/19 58/21
58/24 59/5 59/23 60/2
60/3 60/9 60/14 63/14
63/19 63/25 71/12 71/16
71/18 73/16 73/21 73/25
74/18 74/22 75/4 75/10
77/4 77/23 78/4 79/16
79/21 80/2 80/16 88/12
89/6 89/24 89/24 90/2
95/2 95/16 95/20 101/15
101/19 102/4 102/8 102/12
102/22 102/23 111/8
111/13 117/10 118/3
128/18 128/23 129/4
130/24 134/13 134/16
135/16 135/23 135/23
136/2 152/2 152/7 152/8
152/21 153/4 153/5 153/9
153/9 155/2 163/4 165/13
168/9 168/10 168/16
168/17 168/18 168/23
170/5 170/8 170/10 170/11
171/4 171/8 171/10 171/14
171/17 171/24 171/25
172/1 172/10 172/13
174/14 174/17 174/21
174/22 174/23 174/25
175/2 175/11 179/2 179/3
180/1 180/16 180/21
180/22 181/6 190/23 192/5
192/6 192/9 192/12 192/15
193/8 194/7 194/12 195/10
197/18 197/21 198/10
199/24 201/22 202/6
204/19 204/20 204/21
204/22 204/23 204/24
204/25 205/3 205/4 205/5
205/6 205/7 205/8 205/9
205/10 205/11 205/12
205/13 205/14 205/16
exhibits [15]   9/24 10/3
17/12 39/23 40/9 63/23
74/2 74/3 74/4 74/18 95/3
151/21 151/24 152/18
205/1
expect [4]   158/10 158/12
176/4 191/17
expected [5]   4/10 56/1
158/2 158/19 194/9
expense [8]   117/15 125/17
135/6 136/10 136/19 137/5
137/5 137/14
expenses [12]   109/17
110/5 115/5 117/14 124/5
126/11 128/8 128/12 131/3
134/22 134/25 135/2
expensive [4]   44/3 68/16
119/13 140/1
experience [27]   28/24
53/10 53/15 62/22 84/15
89/3 91/2 91/11 97/23
105/22 149/20 149/21
155/11 155/14 155/16
156/8 156/12 157/9 157/10
162/4 162/6 183/1 184/1
184/5 194/1 194/15 197/11
experienced [1]   151/7

expert [13]   90/24 142/25
149/4 144/15 150/25 151/4
151/7 151/22 152/2 167/17
167/18 167/20 168/2
expertise [1]   89/4
explain [25]   6/4 10/15
11/2 21/10 35/18 113/13
114/19 117/18 118/17
120/11 123/14 124/10
131/9 155/7 156/4 159/10
162/14 163/20 165/8
168/23 169/3 169/23
174/21 195/13 199/10
explained [8]   11/22 53/11
104/20 132/4 155/3 161/9
165/10 165/11
explanations [1]   172/20
exploded [1]   100/7
express [2]   17/15 144/18
extended [2]   106/6 122/19
extensive [1]   28/24
extent [4]   15/3 165/7
169/25 177/19
extra [3]   115/18 132/14
196/6
extremely [1]   178/15

**F**

face [1]   32/4
facilities [6]   36/9 36/11
46/21 47/14 51/17 85/20
facility [4]   54/13 57/15
61/18 159/1
fact [16]   9/25 29/4 37/22
46/9 46/13 47/8 75/23
85/23 99/12 99/17 108/10
121/9 122/22 180/11
186/23 197/10
factor [1]   72/24
fair [14]   24/24 27/17
41/1 43/5 59/21 72/9
114/23 115/21 142/19
149/20 163/7 189/3 190/12
190/13
fairly [2]   89/2 110/24
falls [1]   110/6
familiar [10]   30/22 30/25
32/13 32/16 32/20 32/24
33/2 35/13 148/4 148/9
familiarity [1]   193/25
family [3]   8/25 148/10
164/2
famous [1]   97/19
far [5]   59/10 61/12 77/15
122/12 168/20
fare [1]   13/6
fast [4]   5/5 100/20 101/5
101/12
faster [1]   187/23
favorably [1]   37/11
February [10]   48/22 49/7
52/10 76/5 77/11 90/3
98/6 115/14 124/21 124/24
fee [12]   20/11 36/5 36/12
45/11 45/19 46/21 47/13
48/1 48/1 51/2 76/3 125/3
feel [2]   165/11 191/2
fees [14]   35/25 36/2
36/16 46/19 46/19 47/14
48/4 49/15 51/13 51/14
51/15 51/17 61/19 61/21

F    Case 1:08-cv-02054-RMC

feet [2]   20/7 82/5
felt [2]   121/20 162/10
fences [1]   99/20
few [11]   2/9 43/3 70/13
 90/16 125/15 133/7 135/5
 138/7 157/15 160/16
 173/18
fewer [1]   173/20
field [1]   150/21
Fifty [2]   12/21 102/5
Fifty-two [1]   102/5
fighting [1]   116/24
figure [17]   3/21 13/10
 37/25 110/6 119/4 142/21
 151/7 161/11 179/17
 179/18 182/10 197/22
 197/23 199/23 201/18
 201/25 202/13
figured [4]   119/21 122/17
 123/15 123/19
figures [6]   163/7 192/22
 193/4 193/11 193/15
 194/19
figuring [2]   37/9 37/15
filed [2]   15/21 193/3
files [1]   193/1
filings [4]   5/3 156/9
 156/20 157/3
fill [2]   62/18 176/5
filling [1]   54/6
final [13]   3/17 76/9
 113/21 114/23 118/14
 121/13 129/21 131/24
 131/25 134/19 134/21
 166/22 183/7
finally [1]   131/25
finance [1]   108/23
financial [5]   21/16 123/9
 148/5 148/5 193/1
financially [1]   206/9
financing [4]   130/7
 138/22 138/25 144/11
find [7]   40/16 56/19
 97/21 114/21 143/9 177/19
 201/21
Finding [1]   187/11
finds [1]   176/23
fine [15]   5/6 10/4 39/20
 93/11 129/21 135/22
 143/11 146/24 147/10
 167/12 172/21 173/1
 180/15 191/2 195/25
finish [1]   69/4
finished [1]   196/15
fire [1]   32/5
firm [2]   105/15 132/1
firmly [1]   200/19
first [34]   14/10 44/20
 45/12 45/14 48/21 49/19
 49/25 50/2 57/9 58/9 64/7
 75/16 84/21 95/5 98/18
 104/9 107/20 108/24
 112/15 117/17 126/13
 127/4 146/14 176/5 187/22
 193/21 196/17 197/21
 200/22 200/25 201/2 201/3
 201/25 202/15
fit [4]   15/8 15/13 15/18
 43/15

Fitzgerald [1]   1/14
five [12]   95/1 99/12 100/16
 11/19 34/17 51/22 107/2
 123/15 123/19 123/19
 123/22 147/21
fixed [1]   80/25
flat [1]   79/14
fleet [2]   145/2 145/2
flexibility [2]   120/23
 121/25
flies [1]   77/17
flip [3]   48/22 57/18
 75/10
float [1]   119/8
floated [1]   99/17
Florida [4]   105/11 114/3
 114/12 141/24
flow [22]   20/23 39/6 41/1
 41/18 43/14 53/2 108/20
 108/22 108/25 109/4 109/8
 110/7 110/9 110/13 111/2
 111/5 111/14 113/25
 117/11 123/7 125/21 130/6
flows [3]   111/1 123/9
 127/21
fly [1]   119/5
flying [2]   103/2 119/8
focus [1]   144/9
focused [2]   127/3 144/11
focusing [3]   127/25 128/1
 172/1
folks [11]   28/3 37/1
 66/18 66/18 70/9 71/8
 124/6 126/7 169/14 170/1
 177/19
follow [6]   111/19 118/13
 165/21 172/19 196/7 196/9
following [4]   5/13 132/4
 150/9 161/5
FONTENOT [1]   1/14
food [8]   122/17 153/17
 161/14 161/16 162/24
 162/25 165/5 165/5
foot [1]   69/12
Force [1]   185/2
forced [1]   164/12
forces [2]   184/24 185/1
forecast [1]   145/7
forecasting [1]   144/25
foregoing [1]   206/2
forensic [11]   112/15
 112/18 112/20 112/24
 113/3 113/6 113/10 113/16
 114/6 114/16 114/21
forgive [4]   117/2 133/19
 143/12 198/8
forgot [2]   140/6 165/19
form [4]   14/15 125/19
 127/19 159/24
format [1]   199/14
formed [4]   24/15 143/22
 150/20 156/16
forming [6]   150/17 150/18
 151/16 154/23 170/6 171/2
formula [2]   56/4 162/4
forth [5]   87/16 90/23
 154/7 154/22 173/3
forward [3]   2/12 23/23
 97/12
found [1]   173/8
four [24]   9/24 13/8 13/14

44/23 44/24 45/9 45/15
46/17 46/22 47/1 47/6
47/14 55/10 64/4 69/20
72/8 75/16 75/19 90/2
90/8 122/2 124/12 124/14
196/10
frankly [1]   115/10
fraud [3]   16/6 16/8 16/9
free [2]   191/2 191/14
fresh [5]   45/11 48/7 48/8
 51/20 186/14
friend [3]   114/6 114/12
 114/13
friendly [1]   114/4
friends [2]   104/1 164/2
front [15]   20/16 46/18
 52/6 64/12 75/2 88/12
 89/24 101/20 128/23
 192/10 194/18 195/7
 195/14 199/13 201/21
fuel [1]   57/13
full [22]   43/3 59/19
 59/20 68/15 88/1 141/15
 162/7 175/22 175/24
 175/25 176/8 176/25 178/4
 183/8 186/13 187/9 189/11
 194/7 198/5 199/2 199/4
 199/6
fully [1]   169/13
fun [1]   63/3
function [4]   106/16 108/9
 108/10 108/19
functions [1]   106/10
fund [3]   166/11 166/13
 166/14
funding [1]   50/16
further [14]   11/2 16/21
 21/23 88/25 96/25 132/24
 133/17 140/3 165/21
 183/14 190/9 198/16 206/7
 206/9
fuss [2]   93/20 94/2
future [1]   131/12

G

games [8]   7/24 76/19 99/5
 99/7 99/24 100/1 108/4
 177/21
gang [3]   64/17 64/20
 82/16
gangway [13]   27/14 64/22
 69/8 69/17 69/23 69/24
 69/25 70/1 70/24 71/9
 72/11 72/20 72/24
gangways [7]   69/10 69/12
 69/14 70/1 70/9 72/20
 72/22
gap [1]   10/2
garbage [17]   28/4 31/4
 32/16 38/23 39/7 39/9
 39/15 39/19 40/11 56/18
 57/6 57/11 82/18 111/21
 112/3 112/8 112/11
gave [9]   11/17 40/8 99/20
 118/10 120/23 126/22
 130/14 133/20 140/17
GCD [2]   197/22 198/17
gear [3]   186/13 187/9
 189/11
GENERAL [2]   1/6 2/4
generally [2]   145/25

**G** Case 1:08-cv-02054-RMC Document 15-4 Filed 07/14

generally... [1]  155/23
generated [2]  142/21
  151/18
genesis [1]  23/10
gentleman [1]  50/3
Georgia [3]  106/20 106/21
  106/22
germane [1]  29/14
get [70]  3/1 5/13 5/13
  12/20 12/25 13/1 13/13
  13/18 27/7 29/20 34/20
  35/5 35/6 36/21 38/11
  38/19 38/22 43/2 46/14
  47/16 54/3 58/10 58/12
  66/10 81/1 85/13 85/21
  86/15 90/16 90/23 96/9
  96/16 96/18 96/19 102/25
  104/9 105/13 106/13
  111/24 115/15 118/22
  119/10 128/2 128/6 130/23
  131/1 132/2 132/10 132/13
  132/15 132/16 132/21
  133/3 144/4 144/7 152/10
  154/1 164/16 168/20
  170/21 173/6 175/1 175/13
  175/17 180/12 185/18
  186/18 188/23 196/11
  196/12
gets [4]  32/8 47/19 81/8
  154/25
getting [16]  5/19 27/6
  27/24 31/1 54/11 54/13
  109/12 110/8 126/8 186/2
  187/7 187/9 188/1 188/22
  189/12 189/12
give [5]  13/8 15/4 73/22
  167/18 191/14
given [6]  59/14 91/11
  101/19 150/20 177/11
  177/12
gives [1]  110/18
giving [2]  12/2 12/9
glad [1]  12/21
glass [1]  81/9
go [39]  3/12 14/17 17/23
  29/20 37/24 38/10 50/5
  51/10 51/18 65/3 78/16
  85/22 96/17 96/21 100/2
  114/7 122/24 126/11
  129/13 139/3 139/4 143/13
  144/4 146/13 148/22 161/8
  161/20 162/16 168/6
  170/18 172/22 172/25
  186/19 191/11 194/19
  195/21 195/22 197/18
  198/12
goals [1]  129/16
goes [4]  27/14 32/8 158/5
  166/3
going [79]  11/9 19/18
  20/8 21/19 26/10 26/19
  28/3 28/21 43/2 44/13
  46/14 52/12 52/17 53/12
  54/24 56/3 59/20 63/2
  68/18 71/16 71/19 72/22
  74/17 82/20 87/15 94/18
  107/9 109/21 109/22
  114/16 119/5 119/18
  120/21 120/22 120/24

122/23 123/6 123/21
124/23 159/24 159/24
126/1 126/23 129/22 139/9
144/17 152/6 152/10
152/11 154/19 157/22
158/23 158/23 158/24
161/16 162/19 164/9
167/10 170/1 170/10
170/22 174/5 178/24
179/21 185/5 185/12 186/8
186/22 187/2 188/10
188/20 191/18 195/5
195/16 195/18 195/21
196/11 197/1 199/23
gone [5]  23/6 23/7 117/1
  154/7 162/24
good [27]  2/8 2/19 2/20
  2/23 2/24 15/13 15/18
  17/3 17/4 36/11 41/17
  44/2 74/12 91/3 110/1
  110/4 116/11 134/11
  134/12 141/13 141/14
  145/16 152/13 188/5
  193/20 196/16 203/9
got [43]  3/24 11/18 11/19
  12/18 12/19 13/10 17/9
  24/15 24/16 25/4 25/6
  29/23 41/17 46/17 52/2
  65/11 72/4 72/8 73/17
  90/17 92/7 93/7 96/17
  104/11 112/3 114/7 115/5
  118/14 126/1 147/8 153/9
  159/2 163/19 181/24
  182/12 182/17 183/4 183/8
  183/12 189/4 192/7 195/8
  200/12
gotten [3]  22/5 23/5
  126/10
Government [6]  27/4 35/14
  42/7 77/4 97/17 183/24
graciously [1]  168/9
graduated [4]  24/14 25/5
  114/3 144/2
grand [2]  65/4 126/1
grandkids [1]  107/3
grave [1]  9/6
graveyard [2]  70/16 70/25
gray [7]  35/17 35/20 61/8
  95/5 95/10 95/19 95/24
great [8]  20/17 83/16
  97/23 129/18 153/2 162/20
  170/22 171/16
greatly [1]  160/13
Green [8]  1/13 1/14 2/5
  14/8 186/6 195/1 204/5
  204/14
Green's [1]  3/16
greet [3]  27/23 34/5 42/5
ground [12]  33/2 33/8
  52/22 53/4 53/6 53/7 53/9
  53/17 53/25 72/22 79/8
  111/22
group [4]  17/7 111/20
  124/14 146/3
groups [2]  15/16 15/19
GST [3]  51/21 51/21 51/25
guarantee [8]  3/23 4/17
  132/5 132/7 132/10 133/12
  133/20 137/16
guaranteed [5]  3/25 4/7
  4/15 4/21 131/6

guess [9]  27/2 35/18
  61/10 86/25 108/19 126/10
  128/2 129/24 176/10
guest [1]  197/22
guests [5]  158/11 159/16
  173/10 173/11 198/17
guidance [2]  11/18 89/1
guy [3]  41/25 72/14 112/1
guy's [1]  65/23
guys [4]  37/24 69/17
  70/24 106/13

**H**

habit [1]  121/3
had [118]  2/9 3/19 7/1
  7/4 8/11 8/14 8/20 11/5
  11/22 14/3 14/3 14/9
  14/25 15/6 15/9 15/9
  15/16 15/16 15/16 15/21
  17/6 19/2 19/11 19/24
  21/12 23/9 25/18 26/20
  30/1 37/24 38/9 41/4 42/8
  47/2 47/6 47/9 56/18
  58/19 61/4 66/12 66/19
  69/13 72/14 79/5 81/13
  82/13 83/2 85/3 88/7
  89/19 96/5 100/1 100/7
  100/11 100/19 101/5
  101/19 104/11 104/14
  106/17 106/20 107/10
  107/11 108/13 109/24
  110/1 114/9 114/12 114/21
  115/4 115/9 115/13 117/9
  120/22 122/1 122/7 123/17
  123/22 126/7 127/17 129/7
  129/24 130/20 131/6
  133/11 133/14 133/25
  136/19 137/15 137/21
  138/19 138/20 138/22
  142/10 144/10 147/16
  149/17 149/18 149/18
  150/14 154/1 154/7 154/16
  163/13 163/16 165/4
  165/21 181/17 181/17
  181/18 182/8 187/15
  189/23 190/4 190/7 190/11
  190/13 200/15
hah [1]  37/15
haircuts [1]  169/10
half [22]  13/25 14/19
  15/1 22/2 37/18 37/19
  94/1 125/14 130/1 130/3
  130/23 132/16 133/5
  133/14 133/22 133/25
  138/11 145/1 161/24
  163/17 185/22 185/23
Hall [1]  94/19
Hamilton [1]  143/25
HANA [2]  1/18 2/7
hand [15]  44/13 56/24
  62/8 74/7 80/16 109/24
  110/20 163/3 171/4 171/17
  174/14 196/7 196/10
  198/15 201/7
handed [5]  9/22 70/23
  89/11 95/2 130/12
handing [9]  9/19 48/13
  59/4 60/13 63/19 77/3
  78/3 79/21 95/15
hands [1]  192/7
handwriting [2]  71/18

H   Case 1:08-cv-02054-RMC   Document 5b-2uu2Fn7/14

**handwriting... [1]** 103/13
**hang [1]** 201/5
**happen [4]** 16/15 29/8
131/12 189/18
**happened [1]** 16/16
**happening [1]** 133/1
**happens [4]** 98/23 133/2
133/3 196/17
**happy [6]** 26/11 92/24
104/15 107/5 127/23
137/12
**harbor [23]** 5/1 7/2 35/12
36/14 36/15 54/20 54/23
71/3 71/6 75/16 75/20
76/13 76/19 76/23 77/15
77/19 79/23 80/8 83/23
99/2 108/4 111/23 136/10
**hard [8]** 3/2 62/6 111/19
160/10 182/20 185/13
186/4 188/18
**has [37]** 3/5 8/5 11/4
11/8 16/12 22/15 22/16
22/20 22/22 22/23 23/6
23/10 23/10 28/11 31/19
36/11 37/18 39/5 39/6
39/22 51/3 51/25 55/1
56/5 61/7 63/25 74/13
95/15 142/24 168/11
170/16 170/17 188/11
195/2 195/3 195/15 203/14
**hassle [1]** 87/21
**have [390]**
**haven't [2]** 26/25 167/17
**having [8]** 22/5 22/5
37/14 66/15 75/7 107/21
169/14 172/20
**he [27]** 21/14 37/5 37/8
37/9 37/14 37/16 82/16
104/12 104/12 104/20
107/11 108/13 118/20
119/14 126/22 126/24
138/6 138/7 138/12 138/16
138/16 138/19 188/11
188/12 195/2 195/3 195/10
**he's [7]** 24/20 63/2 107/9
152/11 167/9 167/18
167/19
**head [5]** 36/4 36/19 36/20
46/20 61/15
**headed [1]** 201/24
**headquarters [1]** 9/10
**hear [4]** 67/11 103/23
112/10 197/12
**heard [9]** 24/2 82/25
97/18 112/12 117/23 125/4
127/7 138/2 172/20
**hearing [1]** 206/9
**heavily [1]** 186/8
**help [8]** 36/22 37/9 42/5
104/16 104/18 106/16
107/11 148/3
**helpful [3]** 194/4 200/18
203/4
**helping [4]** 46/7 94/22
104/13 108/14
**helps [1]** 46/12
**her [23]** 9/6 9/18 9/24
11/15 11/17 14/6 14/13
15/7 15/7 15/10 15/10

15/11 15/22 16/3 16/6
16/10 16/13 25/8 24/3
55/22 124/25 129/17
198/24
**here [31]** 3/1 3/21 5/14
29/25 58/1 71/18 71/19
75/25 78/10 78/19 79/10
85/20 110/3 112/10 117/3
117/21 122/5 125/4 125/6
130/17 135/17 151/12
159/15 162/10 173/23
174/5 176/7 191/25 192/7
194/12 202/24
**hero [1]** 129/23
**hey [1]** 17/24
**high [8]** 29/6 62/25
109/25 121/1 121/2 127/15
127/16 184/3
**higher [14]** 5/12 55/1
125/5 159/14 160/24
160/25 164/3 164/7 165/1
165/4 165/6 165/6 165/7
173/18
**highlighted [3]** 111/16
111/21 112/14
**Hill [4]** 118/1 118/2
118/4 118/5
**him [28]** 2/10 37/4 37/6
50/5 104/13 104/15 104/16
107/11 107/12 108/14
114/6 114/16 114/19
114/21 137/25 138/2
138/18 138/19 140/22
165/20 165/20 167/18
177/25 191/14 195/6 195/7
195/14 195/15
**hire [5]** 35/7 82/6 84/4
128/1 131/15
**hired [3]** 105/24 114/21
142/24
**hires [1]** 127/3
**hiring [2]** 82/6 124/22
**his [18]** 23/7 91/2 91/3
94/13 131/5 143/10 143/13
147/24 151/5 167/21
167/22 172/19 172/19
172/20 182/15 191/13
195/10 196/24
**history [1]** 144/14
**hmm [7]** 4/5 21/7 40/1
64/3 128/5 145/18 165/12
**hold [1]** 177/7
**Holland [25]** 18/15 30/15
30/18 146/20 156/15
156/21 157/8 157/23
157/25 172/9 175/5 175/7
175/14 176/11 181/12
181/16 192/17 193/16
194/15 195/15 199/14
199/19 200/14 202/3
202/12
**Holy [2]** 33/25 34/18
**honest [2]** 15/4 184/16
**Honor [107]** 2/18 3/11
9/20 9/22 16/21 16/24
18/3 23/14 24/3 38/6
40/14 46/25 50/24 55/22
56/7 56/21 58/5 59/1
59/24 60/6 60/11 62/2
63/16 67/2 68/14 70/18
71/13 73/22 74/1 74/10

74/15 76/25 79/18 85/6
87/14 90/19 94/24 97/13
101/9 101/12 102/7 106/3
115/24 116/4 116/9 119/20
130/9 134/6 140/4 140/6
140/10 140/24 141/2 141/5
141/10 142/5 143/11
146/24 147/10 148/16
150/24 151/3 151/9 151/13
152/3 152/12 152/19
152/22 166/11 167/25
168/7 168/19 170/17 171/6
171/9 171/13 171/19 173/1
174/10 174/15 177/14
177/18 179/6 181/23
182/20 183/18 183/20
187/23 190/15 191/1 191/4
191/14 191/19 191/22
192/6 193/24 194/4 194/17
195/9 196/2 196/15 197/4
198/7 198/24 203/5 203/12
203/16
**Honor's [3]** 74/11 93/1
188/4
**HONORABLE [1]** 1/10
**hope [2]** 102/25 191/24
**hoped [1]** 133/22
**Hopefully [1]** 91/13
**hoping [1]** 192/1
**hoses [1]** 32/6
**hotel [11]** 11/16 113/15
121/12 121/17 121/17
122/4 122/16 123/4 124/6
124/7 136/23
**hotels [2]** 14/3 14/4
**hour [24]** 71/22 83/13
83/13 83/14 84/10 84/25
86/13 86/17 91/23 92/7
92/8 92/15 114/7 119/15
119/19 185/5 185/22
185/22 185/25 186/1
187/15 187/18 187/19
187/21
**hourly [2]** 50/10 50/25
**hours [25]** 14/1 14/20
15/4 68/21 72/8 82/9
82/24 83/7 83/19 84/19
91/23 92/11 93/1 93/2
100/2 102/13 102/15 114/9
161/17 185/7 185/11
185/13 186/2 188/21
188/24
**house [1]** 120/23
**housed [1]** 200/9
**housing [5]** 9/7 9/11 99/4
184/3 184/12
**how [78]** 12/18 12/19
12/20 12/25 13/10 13/11
13/13 24/12 25/12 26/8
26/23 26/24 30/15 32/8
33/17 38/15 40/22 42/22
43/18 44/21 48/25 49/2
50/3 52/5 52/15 52/18
52/23 53/11 53/22 55/9
55/11 61/14 61/17 69/17
70/1 72/7 76/23 77/15
77/21 80/7 80/24 81/17
81/20 81/20 81/22 82/4
82/9 84/19 87/4 87/5
93/11 94/7 96/8 104/9
105/19 107/24 112/11

**H** Case 1:08-cv-02054-RMC

how... [21] 114/1 119/4
123/23 123/23 126/7 138/2
145/19 146/5 147/20
149/23 150/1 155/7 156/4
156/16 157/4 161/13 164/5
177/7 189/1 191/23 199/7
how's [1] 151/8
however [5] 4/21 11/17
14/14 50/1 73/13
Hubbard [1] 1/18
huge [3] 92/24 127/24
157/12
Hughes [1] 1/18
Hum [1] 202/21
hundred [6] 14/14 91/18
114/25 115/4 120/3 129/20
hung [1] 86/14
hurt [1] 22/3

**I**

I'd [2] 171/4 195/14
I'll [11] 40/16 62/7
67/10 67/11 135/10 143/12
151/7 154/25 167/22
196/10 196/16
I'm [119] 4/3 4/13 4/13
5/4 5/22 6/8 9/19 10/2
11/8 12/21 13/2 13/10
13/12 17/10 22/1 22/9
24/11 29/8 29/17 39/19
42/7 44/13 44/24 45/10
46/12 48/13 49/21 49/22
50/11 53/3 53/5 54/15
58/11 59/4 60/13 62/7
63/2 69/11 70/3 71/16
71/18 74/6 77/3 78/3
79/21 79/25 81/4 83/13
86/16 88/18 91/20 92/24
93/14 95/15 95/21 97/2
97/16 97/16 103/2 103/23
106/20 106/21 113/7 113/8
116/9 119/18 120/8 121/12
122/5 122/6 126/11 127/1
130/13 130/17 130/17
132/4 133/18 134/3 134/5
137/12 139/17 142/3
144/17 145/15 145/15
147/9 148/8 150/9 152/6
152/10 152/17 159/8
162/15 162/15 164/19
165/22 167/5 170/10 174/5
174/14 176/12 176/15
180/15 183/23 191/18
192/3 194/2 195/16 195/18
197/12 198/2 198/9 198/12
198/13 198/14 199/23
199/25 201/3 202/24
I've [7] 17/9 26/23 65/11
89/11 97/18 129/7 187/10
I-N-D-E-X [1] 204/1
I-T-Z-E-R [1] 141/20
i.e [1] 15/18
idea [2] 45/9 200/15
ideas [2] 11/5 11/7
identical [1] 172/10
identification [17] 44/9
56/15 58/24 60/10 63/14
71/12 74/22 77/24 79/17
89/7 101/15 111/8 128/19

152/6 152/9 170/9 174/18
identified [2] 167/1 115/24
identify [2] 58/7 111/20
ILA [1] 83/15
illness [1] 35/6
illuminating [1] 203/15
ILWU [2] 28/14 50/15
imagine [4] 65/5 65/15
68/4 85/10
immediately [1] 196/5
Immigration [1] 27/5
impacting [1] 37/23
impetus [1] 8/4
important [4] 127/23
128/1 170/5 189/15
impossible [1] 100/4
inaccuracies [1] 113/2
inadvertently [1] 196/19
incidentals [3] 120/7
124/11 124/18
include [6] 126/4 131/13
145/3 156/24 157/4 184/2
included [9] 44/21 128/10
131/13 136/20 136/23
137/10 149/4 149/6 163/4
includes [2] 163/25
173/25
including [3] 74/13
113/24 142/12
income [14] 22/6 50/17
94/14 109/16 110/5 112/22
112/23 112/24 113/15
126/11 128/13 129/9
129/12 131/14
incorporate [1] 150/6
incorrect [1] 4/2
increase [3] 110/8 159/17
159/18
increased [1] 163/25
increases [1] 128/13
incur [1] 137/6
incurred [15] 39/25 55/24
61/15 61/18 65/15 66/15
73/17 88/8 88/9 89/3
89/21 90/18 91/10 94/8
96/1
independent [1] 142/1
indicate [6] 60/18 62/19
72/11 75/13 110/25 130/20
indicated [6] 9/17 71/24
121/13 162/23 173/4 174/2
indicating [1] 79/10
indication [2] 75/6 76/4
indiscriminately [1]
200/14
individuals [1] 66/6
indulgence [1] 190/16
industrial [1] 96/10
industry [11] 37/18 97/24
104/23 105/1 105/3 142/10
142/17 142/17 142/20
150/13 175/8
infirmities [1] 192/3
information [6] 37/6 61/6
119/1 155/12 159/2 199/15
infrequently [2] 76/24
96/11
initial [1] 199/8
Inlet [1] 9/8
inquire [1] 191/5
inspection [1] 124/17

inspections [3] 124/9
124/12 124/14
instance [4] 28/2 38/20
158/20 169/4
instead [8] 41/1 132/13
172/1 178/24 179/2 179/3
179/19 200/9
insult [1] 134/7
insulting [1] 117/2
insurance [9] 75/23 76/1
76/13 80/9 118/6 118/9
118/9 118/10 118/11
insure [1] 149/9
integrate [1] 148/3
intend [1] 50/5
intending [1] 140/15
intensive [1] 151/19
intention [2] 154/16
176/3
intentional [1] 112/21
interest [9] 94/14 94/20
125/12 137/9 137/12
137/14 140/17 140/17
144/16
interested [5] 7/3 7/6
104/13 142/20 206/10
interesting [1] 44/6
interim [1] 8/7
internal [1] 21/16
international [6] 28/14
31/15 77/8 79/1 145/9
192/19
internet [5] 19/3 19/11
163/21 163/24 164/4
interrogatories [1] 6/2
interrogatory [4] 125/4
134/23 135/3 136/13
interrupt [4] 33/6 120/19
132/3 194/2
interrupted [1] 139/17
interrupting [2] 93/14
146/23
interview [2] 15/11 15/12
interviewed [1] 15/7
introduce [8] 3/3 3/8
103/22 103/24 148/22
149/7 149/8 191/7
introducing [1] 24/3
inventory [3] 117/20
117/21 117/22
investigate [1] 121/6
investigative [1] 113/1
invoice [9] 45/2 46/1
46/17 55/5 55/6 57/18
62/3 75/11 76/7
invoices [53] 39/22 40/5
40/12 41/6 42/21 43/3
43/3 44/14 44/16 44/21
45/6 45/15 46/18 46/22
47/1 47/14 48/14 48/25
49/8 49/13 49/19 52/5
52/6 52/15 52/17 52/18
55/3 55/8 55/11 56/25
57/2 57/6 58/1 58/2 58/20
62/12 62/14 70/13 74/25
80/17 89/12 89/21 90/2
90/8 90/9 90/13 90/15
90/17 91/9 94/6 95/3 95/8
112/11
involve [1] 184/12
involved [15] 16/5 16/8

involved... [13]  35/5
 35/6 104/9 104/19 109/25
 110/3 124/15 139/15 176/2
 184/10 184/11 184/14
 184/15
involving [3]  79/5 108/3
 117/23
is [471]
isn't [7]  20/7 29/14 98/8
 138/24 173/22 190/25
 197/24
issue [7]  11/21 86/9
 101/19 139/4 162/15
 167/10 195/4
issued [1]  118/11
issues [1]  167/9
ISU [20]  6/20 9/11 124/13
 153/6 153/18 158/16
 158/24 162/22 163/23
 164/6 164/16 164/20
 164/22 169/4 169/20 172/2
 173/12 174/3 174/9 174/12
it [415]
it's [123]  2/13 4/7 5/10
 6/1 20/25 22/16 23/17
 27/2 27/12 27/16 29/9
 29/10 29/17 32/3 33/24
 34/22 35/14 36/11 37/20
 43/1 43/21 44/4 46/3
 46/11 46/24 47/19 47/23
 48/16 48/17 50/17 51/11
 54/3 56/4 56/4 57/12 58/8
 60/20 62/6 62/6 63/22
 64/11 64/15 65/9 65/10
 68/15 69/23 70/1 74/9
 76/1 77/20 78/14 78/15
 85/17 86/8 86/14 86/19
 86/20 86/23 86/24 86/25
 87/20 90/21 90/22 92/1
 92/23 93/22 93/25 96/10
 96/11 96/12 96/20 116/11
 117/21 117/21 120/17
 120/18 120/20 126/15
 127/11 127/11 128/2 129/2
 131/24 132/1 132/7 136/4
 136/7 137/14 140/7 141/19
 151/19 158/9 162/3 162/4
 162/6 163/21 164/21
 164/23 164/24 167/2
 167/21 168/21 170/11
 173/17 178/15 181/12
 182/9 182/20 188/1 189/15
 191/25 192/19 196/10
 197/16 197/25 198/2 198/4
 201/3 201/3 201/6 203/7
 203/7 203/9
Italian [1]  149/7
Italy [1]  148/22
item [3]  120/9 172/12
 193/12
items [5]  154/4 171/2
 182/22 193/7 193/11
its [7]  4/25 36/23 53/1
 75/16 134/25 138/22
 163/24
itself [7]  27/6 30/11
 64/1 85/14 115/23 118/4
 146/16

JACK [2]  1/13 2/5
janitor [1]  82/16
janitorial [7]  80/19 81/1
 81/12 81/17 82/6 83/5
 83/18
January [16]  5/2 45/5
 49/7 52/9 60/22 60/23
 61/2 75/14 77/11 79/22
 89/14 89/20 90/3 98/6
 98/14 206/12
JESSIE [1]  1/14
jet [1]  85/8
jive [1]  41/20
job [9]  8/24 23/5 25/6
 32/25 33/24 145/6 149/1
 149/4 188/21
jobs [2]  31/17 150/15
JOHN [5]  1/17 2/6 97/16
 118/5 183/23
joined [1]  146/14
Joiner [1]  119/14
JR [1]  1/14
JUDGE [4]  1/11 6/25
 176/23 200/20
Judge's [1]  126/16
judgment [1]  16/9
July [1]  18/11
jury [1]  190/20
just [119]  3/24 4/12 4/13
 9/3 11/5 12/8 12/25 14/9
 15/2 16/24 17/5 19/1
 20/18 22/3 23/9 23/10
 23/16 24/2 24/21 32/1
 38/16 39/18 43/11 44/5
 45/10 47/23 53/8 54/3
 55/2 55/17 58/10 62/5
 68/11 70/23 74/6 85/17
 86/5 86/6 91/2 91/3 91/15
 93/20 94/18 96/21 97/18
 101/12 103/9 106/8 106/8
 106/20 107/20 107/20
 107/21 107/22 108/14
 109/21 110/17 112/1
 115/12 120/5 120/7 120/8
 120/22 121/25 123/20
 124/5 124/11 124/18
 126/14 126/19 127/17
 128/15 129/14 129/17
 130/14 133/25 134/13
 136/6 136/19 137/1 142/8
 144/16 145/20 152/14
 152/15 153/8 155/7 155/23
 156/23 158/25 159/9
 159/10 161/1 162/4 164/21
 165/22 165/25 170/12
 170/21 171/9 171/13 174/1
 175/11 180/2 180/20
 180/25 183/7 188/1 188/3
 190/15 191/7 198/2 198/6
 198/23 199/12 200/1
 200/19 201/7 201/25

K

K-E-Y [1]  26/9
Kay [1]  25/22
keep [3]  85/12 146/22
 162/18
Kelly [19]  2/12 2/14 2/15
 2/23 9/6 10/6 10/20 17/3

23/17 25/22 37/3 118/18
 128/16 128/17 130/2 131/5
 132/4 166/8 204/4
Kenard [8]  146/15 146/16
 146/19 147/2 147/14
 147/15 147/21 147/23
kept [1]  36/11
Key [1]  26/9
kicking [1]  39/18
kind [4]  68/5 96/11
 126/25 191/4
kinds [1]  174/1
knew [8]  14/18 14/18
 21/19 50/3 110/3 115/11
 185/12 187/24
know [99]  10/4 10/25 11/4
 11/19 12/18 15/3 16/8
 16/19 20/12 21/13 23/15
 23/16 30/1 40/25 49/2
 49/11 51/21 52/8 53/2
 59/18 60/25 63/7 63/9
 63/11 64/10 64/14 64/20
 64/24 68/17 70/8 75/15
 75/16 79/3 80/1 80/7
 83/11 83/15 83/18 84/9
 100/23 101/1 107/10
 109/19 109/20 112/5 114/4
 115/10 115/19 119/20
 120/22 122/5 122/6 124/15
 124/19 126/7 127/24 128/8
 129/23 129/24 131/17
 133/7 137/21 142/17 147/8
 148/15 149/23 150/4 150/5
 154/16 154/21 155/10
 158/3 161/8 161/14 161/21
 163/15 164/10 166/6
 166/24 168/4 173/10 176/1
 178/9 181/7 185/7 185/24
 186/21 188/13 188/15
 189/1 189/5 189/6 191/13
 195/1 195/4 196/5 199/1
 200/5 200/16
Knowing [2]  80/7 86/23
knowledge [2]  14/5 31/13
Ks [1]  158/13

L

labeled [2]  9/25 201/2
labor [20]  46/7 49/25
 50/4 50/20 51/1 51/5 51/6
 51/11 51/11 62/11 76/2
 84/25 85/1 86/24 87/1
 91/6 91/8 91/9 94/14
 94/15
lack [2]  32/5 85/15
Ladwick [9]  9/17 9/24
 10/14 10/24 11/15 12/2
 13/24 14/2 15/6
laid [1]  153/16
Laliberte [1]  139/2
LANE [3]  1/17 2/6 10/14
language [2]  17/11 17/14
large [4]  36/16 85/20
 146/17 169/19
larger [2]  56/6 109/16
larynx [1]  22/2
last [19]  7/17 8/11 20/15
 27/12 33/9 46/24 74/2
 74/7 75/10 96/4 115/7
 130/1 141/18 166/21
 172/20 175/11 176/10

L   Case 1:08-cv-02054-RMC   Document 98   Filed 02/07/14

last... [2]   181/4 185/22
late [2]   2/9 188/1
later [9]   11/15 58/12
  107/18 107/19 107/23
  122/21 138/7 151/8 170/21
launder [1]   164/11
laundered [1]   20/9
laundry [17]   19/4 20/1
  20/11 20/12 153/19 163/1
  164/5 164/6 164/7 164/12
  164/14 165/6 182/21
  186/16 186/21 186/24
  187/2
law [1]   191/12
lawsuit [2]   15/25 16/14
lawyer [2]   49/21 119/13
lawyers [5]   92/22 97/16
  97/18 183/23 191/23
lay [2]   151/7 199/14
laying [1]   72/8
leading [4]   67/3 90/21
  90/22 121/2
lease [1]   7/8
leasing [2]   7/3 7/6
least [5]   87/8 90/16
  99/10 174/9 174/11
leave [9]   6/7 49/7 93/19
  103/9 140/7 145/9 151/13
  186/21 186/24
leaves [1]   27/8
left [15]   6/9 85/5 105/18
  145/10 145/13 145/21
  146/10 147/23 149/9
  177/20 179/19 180/23
  188/23 188/24 198/15
legal [2]   15/24 119/11
legible [1]   71/20
lend [1]   105/7
length [4]   40/23 43/13
  81/10 82/13
less [18]   20/7 59/17
  59/17 59/18 68/15 87/14
  93/25 105/21 114/8 159/22
  163/16 164/23 173/20
  182/21 182/22 182/24
  183/2 200/16
let [33]   14/10 21/25 29/8
  30/3 32/1 40/25 44/20
  49/5 49/18 49/18 69/4
  76/12 80/12 82/19 90/12
  91/20 91/22 97/2 115/22
  118/25 126/10 127/9 128/2
  129/18 130/2 132/2 133/18
  143/12 149/25 165/13
  173/6 195/12 200/2
let's [15]   19/8 19/9
  65/18 87/25 116/23 132/10
  143/24 144/13 153/8 155/2
  159/5 160/18 163/9 180/3
  199/15
letter [7]   78/12 78/21
  125/3 137/2 138/22 139/1
  139/21
letters [2]   125/6 125/9
letting [2]   65/3 167/18
level [8]   72/21 77/20
  77/21 77/22 79/14 126/22
  126/23 157/2
liability [3]   128/9

131/24 132/1
liberal [1]   31/16
liberty [1]   111/6
license [1]   16/13
life [3]   23/6 107/5 168/5
lifted [1]   79/6
like [39]   9/17 12/7 30/10
  30/23 31/13 32/18 32/21
  38/20 45/2 49/8 52/6
  77/19 91/17 97/2 108/15
  113/15 119/25 120/17
  122/5 124/19 127/14
  141/19 149/11 154/21
  160/19 164/21 165/11
  168/8 169/19 170/12 171/4
  176/1 178/9 184/3 194/17
  194/19 195/14 196/2 196/7
likelihood [1]   164/4
likely [14]   150/5 153/6
  155/14 158/16 162/22
  164/16 164/20 169/20
  172/15 172/17 173/8 174/3
  174/24 184/20
line [64]   10/9 10/13 14/8
  25/20 25/21 26/17 27/4
  36/18 49/6 49/25 50/2
  55/25 71/6 72/7 110/6
  112/4 112/15 113/18
  114/24 115/4 115/14
  117/17 118/6 118/13
  119/11 119/24 120/9
  121/13 122/11 123/13
  124/3 124/7 124/9 124/20
  125/12 125/12 125/14
  125/16 128/2 128/13
  128/15 131/23 135/15
  136/10 136/20 136/23
  137/9 145/2 145/11 146/19
  155/9 156/24 158/5 158/16
  158/17 158/17 159/10
  172/12 184/2 193/7 193/11
  193/12 194/8 201/9
lines [44]   3/25 4/15 4/21
  7/5 19/3 19/19 36/8 48/19
  64/24 73/16 73/17 109/15
  109/22 110/4 110/9 127/14
  132/7 132/9 132/12 133/4
  142/11 142/20 142/23
  145/12 145/17 145/20
  146/6 146/15 146/17
  146/18 147/2 147/6 148/11
  148/24 149/13 149/18
  150/15 153/21 192/23
  194/1 194/22 198/16 202/6
  202/10
Lines' [2]   19/12 155/11
Linter [2]   7/18 9/8
list [8]   31/19 35/12 39/7
  55/12 57/21 64/17 95/18
  171/1
listed [12]   45/11 45/14
  46/22 47/14 48/21 76/7
  111/16 112/13 123/13
  125/16 134/22 135/2
listen [1]   167/22
literally [1]   22/12
little [22]   5/12 56/9
  67/5 85/8 94/18 104/12
  105/21 110/2 114/8 119/21
  121/1 121/2 121/4 121/4
  131/4 144/13 161/19

163/16 167/2 173/13
  194/14 198/16
live [5]   106/22 107/1
  129/22 134/19 141/23
living [3]   24/10 106/19
  107/10
load [2]   41/16 68/7
loading [2]   67/16 67/17
loan [1]   166/7
local [3]   79/7 79/12 81/9
locate [1]   71/17
location [1]   78/8
logic [1]   161/5
long [19]   24/12 25/12
  26/23 26/24 38/7 38/11
  82/15 85/23 96/17 105/19
  123/23 126/7 138/17
  145/19 147/20 179/17
  182/19 189/1 191/22
longer [1]   7/3
longest [2]   83/2 86/10
longshoreman [10]   28/9
  28/11 28/15 63/12 64/11
  65/23 66/15 67/16 69/13
  69/14
look [31]   6/6 6/9 7/17
  20/18 37/21 40/11 49/18
  55/3 58/9 62/4 69/15
  90/12 90/15 94/20 95/5
  112/21 113/2 127/5 128/2
  128/7 129/13 132/2 134/25
  135/6 155/2 171/1 178/9
  195/17 200/21 200/22
  201/24
looked [5]   9/7 9/8 9/10
  90/2 147/25
looking [10]   5/12 20/20
  56/19 88/19 134/13 134/15
  164/21 174/2 180/25
  188/20
looks [5]   119/25 149/11
  164/21 169/19 197/13
lost [3]   4/25 138/22
  138/25
lot [20]   14/2 20/8 37/4
  37/5 37/5 43/4 69/15
  93/20 93/21 96/13 97/20
  97/20 98/5 121/25 122/8
  122/23 127/20 129/20
  186/16 188/24
loud [1]   201/9
lounges [3]   159/5 159/21
  160/21
lousy [1]   98/8
lower [13]   12/24 56/9
  110/4 159/11 160/22
  163/14 165/2 169/4 173/13
  173/25 175/8 182/18
  197/23
lowered [1]   161/2
lowest [1]   127/7
LP [2]   1/3 2/3
luggage [1]   20/8
lumber [1]   106/14
lunch [4]   116/11 116/13
  117/9 124/18
Luncheon [1]   116/20
lunches [3]   153/18 162/25
  165/5

M

ma'am [1]   132/8

**M**  Case 1:08-cv-02054-RMC

machine [1]  1/24
machines [1]  186/23
made [17]  4/2 32/17 52/22
  56/12 64/1 67/7 92/24
  100/11 121/14 129/4
  139/25 140/15 153/14
  159/10 168/16 178/16
  192/21
Madison [1]  106/20
mail [9]  14/15 20/20 21/2
  21/8 116/3 129/2 129/9
  134/13 154/7
mails [2]  110/25 154/11
main [6]  25/10 81/2 81/5
  81/23 162/11 170/3
mainly [1]  74/2
maintaining [1]  154/17
major [4]  15/24 16/14
  31/8 99/8
majority [2]  179/22
  189/18
make [38]  4/4 4/10 4/13
  17/10 19/2 19/20 19/21
  21/19 27/18 28/20 32/6
  36/10 67/11 70/22 85/16
  93/15 94/2 102/15 108/20
  108/22 108/25 109/4 109/8
  112/22 112/25 113/18
  115/8 129/15 132/21
  133/23 135/10 154/25
  154/25 161/4 161/9 170/12
  170/22 195/24
makes [2]  35/25 43/17
making [8]  55/2 63/3
  69/14 93/20 160/1 161/25
  184/19 188/16
male [1]  159/18
management [16]  1/3 2/3
  51/2 104/7 142/18 144/23
  145/24 146/1 146/2 147/15
  148/23 149/3 149/7 149/8
  149/17 149/17
managing [2]  117/20
  117/22
manner [2]  88/20 200/8
manning [1]  31/16
many [33]  15/22 44/21
  48/25 49/2 52/5 52/15
  52/18 53/11 55/9 69/17
  70/1 73/13 81/20 82/9
  84/19 87/4 87/5 123/23
  142/23 146/5 150/1 150/3
  157/4 160/22 166/20 177/7
  177/16 185/14 185/18
  186/7 186/11 186/13
  191/23
map [3]  79/9 80/1 85/5
March [9]  5/2 45/6 77/11
  79/23 115/15 121/14
  124/21 201/14 201/15
marine [2]  24/13 25/4
Maritime [3]  28/12 28/14
  50/14
mark [4]  51/5 152/6
  154/22 171/14
marked [35]  39/23 40/9
  44/8 44/13 48/13 56/15
  56/24 58/1 58/24 59/4
  60/9 60/13 61/5 63/14
  71/12 74/23 77/3 77/23
  78/15 79/18 89/6 89/11 ...7/14
  89/21 90/15 95/15 101/15
  111/8 128/18 152/8 170/8
  170/11 171/4 174/17
  204/17 205/2
market [2]  8/8 37/10
marketing [3]  144/12
  149/16 149/19
marking [1]  174/14
married [1]  106/24
massages [1]  169/7
master [1]  29/10
Masters [2]  144/5 144/7
material [1]  123/12
materials [5]  154/1
  154/23 170/13 194/25
  195/10
math [11]  8/19 12/11
  12/17 13/12 55/22 72/8
  83/16 101/19 101/20
  151/19 186/5
mathematician [1]  92/21
mathematics [2]  114/10
  114/11
matter [9]  21/15 75/23
  99/8 127/9 145/3 179/9
  179/13 179/16 206/6
matters [3]  142/17 154/21
  179/15
maximize [1]  188/11
maximum [2]  87/8 92/1
may [43]  3/22 9/19 18/5
  31/7 44/10 48/10 56/21
  58/5 59/1 60/6 63/16
  70/18 74/1 74/15 76/25
  77/25 79/18 80/1 80/13
  86/18 89/8 94/24 95/12
  98/2 101/13 102/9 111/10
  123/19 124/13 128/20
  130/9 138/23 152/2 152/19
  152/23 171/6 171/19
  183/18 188/14 190/15
  191/7 199/5 199/10
maybe [6]  28/2 29/18
  39/17 81/23 114/2 124/18
MBA [3]  144/7 144/9
  144/10
me [92]  4/3 11/10 14/10
  16/1 16/4 16/7 21/15
  21/16 22/6 32/1 37/24
  40/8 43/17 44/20 49/5
  49/18 49/18 56/20 59/10
  64/22 69/4 70/11 76/12
  80/12 81/11 82/19 88/1
  88/1 90/12 91/8 91/20
  91/22 93/11 94/12 95/20
  97/21 104/1 104/11 104/12
  104/20 112/7 112/18 113/9
  115/22 117/2 118/25
  119/12 122/9 124/12
  126/10 126/22 127/1 127/9
  127/24 128/2 128/10 129/2
  130/2 132/2 133/18 133/19
  137/21 138/2 139/24 143/8
  143/12 143/17 146/5
  148/22 149/1 149/10
  149/25 153/4 157/20
  165/13 173/6 174/10 177/2
  183/25 195/12 195/17
  196/15 198/8 198/8 199/7
  199/13 199/25 200/1 200/2
  205/7 205/9 206/4
meals [1]  68/20
mean [33]  31/9 43/11 46/3
  46/6 47/8 47/19 47/22
  47/23 48/1 67/18 67/19
  76/1 92/24 96/21 100/16
  110/24 113/13 114/1 117/2
  127/10 133/14 137/2 152/10
  153/12 157/13 160/1 162/3
  162/11 166/8 179/1 179/20
  184/7 197/1
meaning [3]  66/13 77/17
  107/19
meaningful [2]  89/1 94/7
means [4]  69/20 164/22
  164/24 187/22
meant [7]  53/5 134/2
  158/21 161/15 163/23
  164/6 187/24
measure [1]  175/9
medical [6]  27/8 153/20
  158/22 158/23 158/24
  163/1
meet [10]  22/9 23/17
  23/19 27/23 31/7 34/5
  38/9 42/5 42/9 129/16
Meikle [1]  9/6
members [4]  163/24 174/9
  174/11 189/21
memory [2]  41/17 41/20
men [3]  31/16 71/21 72/8
mentioned [5]  22/1 22/4
  50/13 106/15 134/24
mentioning [1]  189/2
mentor [1]  149/9
menu [1]  161/21
merely [1]  95/18
messed [1]  168/13
messes [1]  82/17
met [1]  42/8
meter [1]  32/7
method [1]  150/10
methodology [4]  150/12
  150/12 150/18 156/17
metric [2]  175/9 176/22
Miami [5]  141/24 142/2
  142/15 146/19 147/6
Michael [1]  104/5
mid [1]  196/20
mid-sentence [1]  196/20
might [15]  29/25 41/25
  87/19 100/4 100/14 100/23
  101/1 101/1 117/20 118/2
  157/8 157/9 168/4 179/17
  182/18
mightily [1]  50/4
Mike [18]  8/11 8/20 8/21
  14/18 15/6 15/9 20/21
  21/17 22/9 22/11 22/16
  22/16 22/20 23/6 23/8
  122/25 125/24 125/25
Mike's [2]  8/13 104/4
miles [2]  77/16 77/16
million [17]  5/7 12/14
  4/3 13/10 13/11 65/5
  65/16 125/14 138/11
  175/13 175/14 181/11
  181/13 181/13 183/9
  183/12 183/12
mince [2]  91/16 91/17

**M**  Case 1:08-cv-02054-RMC

moving [4]  53/7  54/8
62/11 116/8    Filed 02/07/14

Mr. Webber [15]  23/23
24/2 60/19 63/19 93/16
97/16 97/22 97/23 98/10
98/16 99/1 101/7 102/12
102/20 116/24
Ms [2]  12/2 197/18
Ms. [16]  2/13 9/17 10/14
10/14 10/20 10/24 11/15
13/24 14/2 15/6 22/20
23/3 118/19 152/20 194/19
197/21
Ms. Derby [1]  194/19
Ms. Derby's [1]  197/21
Ms. Edwards [4]  10/20
22/20 23/3 118/19
Ms. Ladwick [7]  9/17
10/14 10/24 11/15 13/24
14/2 15/6
Ms. Lane [1]  10/14
Ms. White [2]  2/13 152/20
much [39]  6/24 13/22
16/22 23/17 32/8 38/15
40/22 42/22 52/23 53/22
57/25 61/14 61/17 67/5
68/19 80/7 81/20 85/19
94/7 94/14 96/9 100/16
101/10 107/21 110/5
112/11 119/4 121/21
124/15 132/9 136/6 136/7
138/2 139/13 141/1 160/25
164/7 166/23 183/16
multiple [3]  11/23 43/11
178/22
multiplied [3]  43/12
43/19 202/18
multiplier [1]  180/3
multiply [11]  5/16 13/20
43/11 43/24 51/6 83/19
175/12 178/24 179/1 179/4
179/12
multiplying [5]  160/2
175/17 175/18 179/3 194/8
Munich [1]  99/10
must [1]  41/22
my [94]  2/9 7/5 7/25 8/25
12/11 14/2 14/5 14/19
15/2 22/1 24/4 24/8 24/15
25/18 39/17 40/17 47/25
65/9 71/18 72/8 98/18
101/8 103/13 104/1 104/11
104/14 104/16 107/9
107/20 107/22 108/13
108/17 110/20 110/21
110/25 112/6 115/7 115/9
115/13 118/18 118/19
122/24 127/14 128/10
128/12 135/17 141/16
142/1 142/16 142/23
143/17 145/15 146/14
147/16 149/6 150/2 150/14
153/16 154/24 155/13
156/12 158/17 159/8
159/12 161/14 162/6 164/3
164/6 166/3 168/13 169/24
177/1 177/18 178/22
178/23 183/1 184/5 185/17
185/20 186/5 187/1 189/15
189/17 190/8 191/18 192/7
193/25 194/1 196/10
196/18 197/1 198/21 200/7
206/3

mind [3]   46/12 56/2 188/3
mine [1]   114/6
minimum [3]   4/20 86/15
  86/16
minor [2]   41/8 120/5
minute [6]   27/12 33/9
  115/7 130/1 165/25 177/6
minutes [3]   2/9 135/5
  138/7
miscellaneous [7]   114/24
  115/2 115/20 119/24 120/4
  120/8 124/11
mischaracterizes [1]   19/9
misinformed [1]   39/17
missing [4]   10/3 90/9
  90/11 90/13
misspoke [1]   3/23
mistake [2]   92/24 112/6
mistakes [1]   112/22
mix [1]   165/1
moment [4]   37/15 152/22
  190/16 191/7
money [18]   19/20 19/21
  50/18 68/5 69/15 93/21
  93/22 93/25 94/2 109/11
  124/2 126/4 131/20 133/3
  133/14 140/14 140/16
  190/4
month [8]   118/23 119/25
  122/1 122/1 122/4 125/20
  126/1 201/14
monthly [1]   120/6
months [13]   8/11 8/17
  115/11 118/22 119/10
  119/25 120/11 122/3
  122/10 122/19 125/15
  133/7 133/21
morale [1]   154/17
Mordecai [2]   191/8 191/13
more [43]   8/14 14/10
  19/15 19/18 19/25 20/11
  31/16 35/12 37/11 41/7
  41/9 45/6 72/15 72/16
  86/1 93/22 101/1 119/18
  121/4 127/3 127/14 133/18
  143/9 150/3 160/3 161/19
  161/21 161/22 164/15
  164/24 165/8 169/7 169/7
  169/9 172/23 173/20
  180/13 183/2 183/3 185/15
  188/24 192/3 200/15
morning [15]   2/8 2/19
  2/20 2/23 2/24 17/3 17/4
  22/1 70/16 70/25 92/2
  97/7 194/13 196/19 203/10
most [8]   29/4 37/2 84/21
  84/21 87/21 119/13 129/14
  187/15
mostly [3]   27/9 159/18
  184/22
mountains [2]   79/7 79/12
Mounted [4]   99/3 118/12
  184/22 189/22
Mountys [1]   99/21
move [9]   31/16 100/19
  101/5 115/22 117/14 122/1
  165/13 173/6 173/6
moved [4]   69/12 106/20
  142/14 159/9

Mr [17]   11/3 97/9 117/1
  138/9 168/6 168/8 194/18
  195/9 200/21 204/5 204/5
  204/8 204/8 204/11 204/11
  204/14 204/14
Mr. [94]   2/11 2/12 2/14
  2/16 2/23 3/16 6/10 10/6
  10/20 14/8 17/3 22/16
  22/16 22/20 23/6 23/17
  23/23 24/2 60/13 63/19
  92/21 93/16 93/19 97/16
  97/22 97/23 98/10 98/16
  99/1 101/7 102/12 102/20
  103/16 108/8 111/13
  116/24 117/2 117/9 118/18
  119/14 128/16 132/4
  132/20 134/5 134/7 134/11
  134/12 134/24 137/17
  138/10 139/2 139/20 141/1
  141/6 141/13 150/25 151/4
  151/6 151/16 153/4 165/18
  165/25 166/8 167/6 167/23
  168/23 170/6 171/1 171/10
  171/24 172/24 172/24
  173/3 174/21 178/12
  180/20 183/17 183/17
  183/23 184/1 188/2 188/8
  188/25 189/7 190/23
  191/13 192/9 192/16 194/3
  194/18 195/1 195/12 197/6
  200/18
Mr. Adam [1]   141/6
Mr. Christensen [9]   2/16
  6/10 92/21 93/19 134/5
  134/12 137/17 172/24
  183/17
Mr. Green [2]   14/8 195/1
Mr. Green's [1]   3/16
Mr. Joiner [1]   119/14
Mr. Kelly [11]   2/12 2/14
  2/23 10/6 10/20 17/3
  23/17 118/18 128/16 132/4
  166/8
Mr. Laliberte [1]   139/2
Mr. Mike [4]   22/16 22/16
  22/20 23/6
Mr. Mordecai [1]   191/13
Mr. Phillip [2]   141/1
  165/18
Mr. Sessions [1]   139/20
Mr. Sloane [10]   103/16
  108/8 111/13 117/2 117/9
  132/20 134/11 138/10
  165/25 167/6
Mr. Snitzer [25]   141/13
  150/25 151/6 151/16 153/4
  167/23 168/23 170/6 171/1
  171/24 173/3 174/21
  178/12 180/20 183/23
  184/1 188/8 188/25 189/7
  192/9 192/16 194/18
  195/12 197/6 200/18
Mr. Snitzer's [3]   151/4
  171/10 190/23
Mr. Strauch [1]   134/24
Mr. Thompson [1]   172/24
Mr. Townsend [4]   134/7
  183/17 188/2 194/3
Mr. Tracey [1]   2/11

M   Case 1:08-cv-02054-RMC

myself [7]   21/18 33/20
 110/25 114/20 116/4 121/5
 154/25
mystery [1]   27/2

N

name [11]   24/2 24/4 25/25
 104/1 105/25 141/15
 141/16 141/18 142/4
 146/25 154/15
named [1]   117/15
Nancy [1]   141/19
narcotics [1]   96/13
nature [1]   158/18
navigation [1]   195/23
Navy [1]   185/2
NC [1]   1/15
NCL [4]   11/15 142/12
 145/10 145/11
near [2]   78/20 177/16
Nearly [1]   156/13
necessarily [1]   199/5
necessary [6]   84/13
 100/19 117/20 118/2
 118/23 123/8
need [43]   8/6 46/25 54/15
 67/9 69/10 69/17 71/9
 71/21 73/3 73/3 81/20
 82/13 82/20 83/5 84/16
 84/19 85/2 85/4 85/12
 85/18 85/19 86/5 86/8
 86/8 86/11 87/11 93/12
 100/14 100/23 107/11
 110/23 122/3 130/5 164/14
 169/9 170/4 170/20 172/25
 182/21 182/22 186/14
 196/19 196/24
needed [12]   15/19 28/25
 34/4 54/12 72/16 100/20
 113/3 113/10 120/24
 164/10 166/24 186/11
needs [3]   27/18 114/19
 130/7
Negative [1]   50/1
negotiate [5]   19/24 28/3
 28/8 31/22 37/11
negotiated [3]   50/15
 72/17 110/4
negotiating [3]   28/25
 50/18 63/6
negotiation [2]   32/3
 35/14
negotiations [3]   11/15
 11/18 93/17
neighborhood [2]   96/20
 96/22
neither [2]   30/3 206/7
nervous [1]   115/5
net [5]   156/6 156/18
 180/24 181/4 181/10
never [13]   29/16 46/12
 105/18 114/21 127/4 138/8
 138/8 166/7 166/9 168/4
 168/20 184/14 187/10
new [9]   2/13 31/9 145/21
 148/3 149/7 160/15 177/21
 180/2 181/2
next [26]   10/14 23/21
 57/18 64/17 69/7 103/4

103/5 117/14 119/11
 119/24 120/10 121/12 07/14
 122/11 124/9 125/12 128/2
 144/4 146/13 147/22
 155/25 157/16 158/16
 161/10 161/11 181/3
 201/14
nice [3]   23/17 23/19
 112/22
night [7]   68/19 70/25
 85/19 113/15 113/17 114/9
 177/13
nightly [1]   113/14
nightmare [1]   96/19
nights [2]   6/13 13/8
nine [3]   35/8 68/18 91/18
Ninety [1]   35/8
Ninety-nine [1]   35/8
no [139]   1/4 3/10 3/11
 4/3 5/6 5/6 6/6 7/3 7/23
 7/25 12/8 16/11 16/19
 16/21 21/23 23/14 35/14
 38/5 46/9 47/21 48/7 48/7
 49/12 54/17 55/16 58/12
 59/19 59/25 62/13 62/16
 65/17 65/25 66/11 66/17
 73/18 73/23 75/21 76/2
 76/15 76/18 76/22 77/12
 78/15 78/19 80/5 80/11
 82/15 84/18 85/4 88/5
 88/9 88/25 88/25 89/5
 89/23 91/1 91/1 92/21
 95/22 95/22 96/3 96/14
 98/7 102/21 103/24 104/24
 105/2 105/4 106/20 107/15
 108/7 113/8 116/25 117/1
 123/6 124/15 125/8 126/6
 127/14 130/4 130/8 130/19
 133/24 134/4 137/19 140/3
 140/10 140/11 140/20
 140/24 143/6 143/13
 143/14 143/14 151/3 151/5
 152/25 156/25 159/19
 162/13 162/13 162/13
 162/13 162/23 168/3
 168/11 170/20 170/20
 173/14 173/16 180/15
 186/10 186/12 187/2 194/4
 196/4 198/5 200/15 202/14
 204/19 204/20 204/21
 204/22 204/23 204/24
 204/25 205/3 205/4 205/5
 205/6 205/7 205/8 205/9
 205/10 205/11 205/12
 205/13 205/14 205/16
NOBR [1]   180/23
non [4]   84/25 85/1 86/24
 87/1
non-union [4]   84/25 85/1
 86/24 87/1
none [1]   52/20
noon [3]   34/13 34/14
 34/15
normal [5]   155/15 155/22
 158/2 158/3 158/10
normally [2]   31/6 41/23
north [5]   37/17 37/21
 37/24 121/23 148/22
Norwegian [7]   145/11
 145/17 145/19 145/20
 145/23 146/6 146/10

net [200]   3/8 4/9 4/9
 4/24 7/1 9/6 7/9 7/11
 7/14 7/18 8/2 8/3 8/3 8/7
 8/8 9/4 9/7 9/14 10/3
 11/8 11/17 12/6 12/8 13/2
 13/11 13/12 13/17 14/13
 15/3 15/4 15/21 15/23
 16/1 16/4 16/7 16/19
 17/21 17/25 19/20 19/20
 19/21 20/16 21/10 22/5
 22/15 22/19 22/22 22/23
 23/9 23/10 24/21 26/20
 27/10 28/10 29/5 32/3
 35/5 36/16 37/20 39/19
 41/4 42/7 42/25 43/1 44/2
 44/4 45/10 45/18 47/19
 47/23 49/21 50/12 54/2
 54/2 55/5 59/5 59/6 62/14
 63/11 65/9 65/22 66/13
 66/13 66/21 67/2 68/5
 68/12 69/11 72/20 74/19
 77/10 77/14 78/14 78/15
 79/14 79/14 82/20 82/24
 83/16 85/17 85/17 86/18
 86/19 88/25 89/2 89/19
 90/18 90/24 91/13 91/19
 91/20 92/11 93/20 95/8
 95/16 95/17 97/18 98/5
 98/10 99/5 99/13 99/18
 99/24 100/2 104/24 106/3
 107/21 112/14 114/23
 115/23 116/16 118/23
 119/18 123/6 123/19
 124/15 125/8 127/1 127/2
 127/19 130/4 130/8 131/20
 131/22 135/2 137/17
 139/13 139/15 140/7 143/6
 145/16 146/16 151/4
 152/10 152/17 152/25
 157/12 161/16 163/15
 164/23 165/7 170/3 170/16
 170/17 171/7 173/12 174/1
 176/24 177/11 178/12
 178/23 179/17 181/18
 182/2 184/17 185/4 185/9
 185/16 186/10 186/12
 187/4 187/17 188/4 188/12
 189/6 189/16 189/23 190/1
 191/18 193/7 195/15
 195/18 196/11 197/8
 198/25 199/4 199/6 201/3
 201/10 206/9
note [2]   30/3 154/25
notes [5]   159/10 163/3
 164/15 173/3 206/4
nothing [5]   11/4 11/5
 11/8 96/25 133/17
noun [1]   166/16
November [1]   1/5
now [21]   5/19 8/20 10/4
 22/23 63/2 71/17 72/8
 75/2 92/21 93/12 102/12
 107/10 119/17 126/9
 151/11 165/14 175/21
 179/9 188/8 189/7 189/21
number [136]   3/13 3/17
 3/22 3/23 4/7 4/15 4/20
 4/20 4/24 4/25 5/8 6/3
 12/15 12/15 13/7 13/7
 13/8 13/14 13/18 13/20
 18/2 20/15 44/1 53/14

N   Case 1:08-cv-02054-RMC

number... [112]   54/6
 56/15 58/24 60/3 60/9
 62/19 62/22 63/14 68/8
 68/17 71/2 71/5 71/8
 71/12 73/25 74/13 74/14
 74/22 80/2 81/11 81/13
 93/2 101/15 101/21 101/24
 101/24 102/4 102/23 111/8
 114/1 118/7 118/17 118/21
 118/25 122/8 122/18
 125/13 126/19 126/20
 127/2 127/3 127/4 127/7
 128/10 128/13 130/23
 131/1 131/4 131/15 132/1
 134/23 135/3 136/14
 137/13 142/11 146/17
 147/25 152/7 152/8 152/18
 153/9 154/5 156/5 156/17
 156/23 159/7 159/16 163/9
 163/11 163/25 164/22
 171/5 173/23 174/2 174/5
 175/1 175/2 175/10 176/21
 177/10 177/11 178/4 178/5
 178/5 178/12 178/23
 178/25 179/5 179/10
 179/11 179/12 180/3
 180/16 181/21 194/9
 195/18 198/1 198/2 198/4
 198/9 198/19 198/20
 198/21 198/25 199/20
 199/21 200/4 200/23
 200/25 201/9 201/17 202/3
numbered [1]   159/11
numbers [38]   3/1 3/24 5/4
 5/7 6/23 13/20 18/13 19/8
 44/8 74/18 77/23 79/16
 89/6 122/1 122/9 122/22
 122/24 123/11 127/23
 127/24 128/18 129/24
 156/3 156/4 156/16 159/12
 159/14 160/2 160/18 170/8
 174/17 178/17 195/16
 195/19 198/18 201/7
 201/16 202/4
numerator [1]   200/12
numerous [1]   15/9
NW [1]   1/22
NYU [1]   144/5

O

o'clock [5]   34/10 68/18
 68/19 84/22 84/24
oath [1]   2/14
OB [5]   153/13 155/3 155/5
 155/8 172/8
object [1]   165/19
objected [1]   67/2
objection [16]   3/10 3/11
 59/22 59/25 66/24 73/20
 73/23 90/19 91/3 102/22
 140/9 140/10 140/11 151/2
 151/5 194/21
obligation [1]   36/1
obligations [1]   129/16
OBR [43]   3/23 4/1 4/17
 113/12 113/19 125/7
 125/10 126/22 127/1 127/2
 127/13 127/24 127/25
 128/9 128/10 128/11

128/14 128/16 129/3
129/10 129/5 136/20 2/07/14
130/23 131/2 131/5 131/6
131/9 131/14 132/7 132/21
133/20 145/7 148/10
151/17 155/23 160/21
172/5 173/7 183/9 187/13
188/17 192/17 193/4
OBRs [1]   21/4
observation [2]   84/15
 87/6
observe [1]   84/12
obviously [9]   30/2 32/24
 112/1 151/19 151/19 154/1
 165/20 169/14 175/21
occupancy [5]   181/3 181/8
 197/7 197/16 202/17
occupant [2]   187/18
 187/19
occupied [2]   172/2 187/14
occupying [1]   184/20
 188/8
October [6]   10/17 31/7
 98/3 121/14 122/4 122/7
off [34]   22/6 27/11 27/16
 28/4 30/18 31/1 32/5 34/6
 34/7 34/10 35/8 37/25
 46/8 46/12 54/11 57/13
 62/8 66/10 67/16 81/8
 85/24 96/21 99/15 99/23
 110/14 126/19 132/21
 159/8 163/18 186/13
 188/21 189/13 189/19
 190/10
offer [1]   167/8
offered [4]   3/5 107/17
 107/23 137/21
offering [1]   79/25
office [12]   25/7 30/16
 30/18 33/21 120/10 120/13
 120/22 120/23 136/19
 147/24
officer [2]   147/15 147/20
offices [1]   120/25
official [1]   1/21
often [2]   76/23 145/8
oh [13]   5/19 34/14 49/22
 70/3 96/23 117/1 129/7
 130/15 130/17 152/13
 171/12 172/18 191/24
oil [1]   57/10
okay [143]   10/1 13/16
 14/8 17/8 17/18 17/22
 18/1 20/14 21/10 21/22
 22/15 23/12 26/1 26/15
 26/23 29/12 29/24 31/5
 35/10 39/20 44/7 45/22
 46/11 46/15 47/5 47/11
 49/13 50/23 51/2 51/8
 52/2 54/17 56/12 58/14
 58/17 59/7 59/12 60/25
 62/7 65/13 68/3 73/24
 74/5 74/9 74/12 75/6
 75/22 85/25 86/3 87/23
 91/8 91/14 92/18 93/5
 93/11 94/4 95/20 96/1
 97/3 97/5 106/4 111/7
 111/20 112/10 115/21
 116/5 116/8 116/15 119/17
 124/6 125/16 126/18
 132/18 132/23 134/2 134/8

137/12 138/15 139/14
140/22 145/7 146/21
148/13 151/14 152/16
153/1 153/8 154/25 155/16
156/21 159/5 159/6 160/17
161/1 162/10 164/5 165/15
166/23 167/12 167/21
167/25 168/21 168/25
170/10 170/24 171/15
172/5 172/12 172/15 173/1
173/6 174/21 174/23
175/24 178/21 179/7 180/6
180/22 181/14 183/7 188/1
190/21 191/20 191/25
192/21 194/2 195/20
197/20 198/14 199/7
199/10 199/25 200/3
200/11 200/24 201/2 201/5
201/5 201/10 201/11
201/17 201/24 203/4
olympic [3]   7/23 170/2
 176/2
olympics [36]   7/10 7/13
 8/2 14/4 70/9 77/13 79/4
 84/12 96/5 96/19 98/13
 99/5 99/7 99/10 99/13
 108/4 121/3 121/4 121/10
 121/20 127/18 176/2
 176/18 178/14 178/18
 181/15 184/4 184/6 184/20
 185/5 185/10 185/21
 189/23 194/15 197/11
 197/16
omitted [1]   136/13
once [15]   9/5 17/22 68/2
 68/3 68/7 68/8 68/21 73/7
 98/11 98/12 100/8 109/24
 161/19 161/19 175/17
one [110]   5/7 7/17 18/3
 18/15 24/14 29/25 34/24
 35/12 37/8 37/24 38/3
 38/11 41/16 41/16 42/14
 42/14 43/23 48/18 48/21
 50/8 52/15 53/17 53/23
 57/18 63/22 65/8 67/5
 67/6 70/5 71/24 72/22
 76/5 76/6 80/16 81/21
 82/7 82/20 83/18 91/5
 91/15 92/17 92/22 93/4
 96/4 97/2 97/16 97/18
 102/15 109/21 112/15
 113/8 122/21 126/13 128/7
 129/8 130/14 132/15
 133/18 134/21 135/20
 136/1 140/6 146/5 146/18
 152/18 152/22 153/25
 157/15 157/25 158/10
 158/12 159/11 159/16
 161/24 161/24 163/17
 164/8 164/15 166/20 168/8
 168/11 169/10 170/18
 172/25 172/25 173/15
 176/11 176/12 180/13
 180/14 181/3 181/4 183/23
 187/2 187/18 187/18
 189/20 190/2 191/25 192/2
 196/21 198/13 198/14
 199/20 199/25 200/1
 201/12 202/7 202/10
 202/11
one-half [1]   161/24

230
O   Case 1:08-cv-02054-RMC   Document 98   Filed 02/07/14   Page 116 of 14
146/20
others [2]   39/17 206/10
P.C. [1]   130/8
p.m [1]   99/8 116/20

ones [6]   31/8 40/9 51/18
52/6 63/22 110/10
only [31]   9/24 12/9 29/25
41/23 45/9 49/11 53/22
55/10 61/6 68/8 72/17
85/18 86/20 90/7 91/5
92/22 98/10 100/16 100/18
107/9 109/24 110/1 128/9
131/19 132/1 137/22
139/17 159/24 168/16
169/20 170/18
oOo [2]   116/21 203/18
Oosterdam [6]   48/17 49/2
49/6 49/9 58/16 201/17
open [2]   85/18 165/21
opened [1]   37/10
opening [1]   69/13
operate [2]   34/23 146/6
operated [2]   184/5 186/23
operation [38]   37/17
37/23 123/13 143/19 153/7
155/15 158/2 158/4 158/5
158/8 158/10 158/16
159/15 160/4 161/16
161/18 162/23 163/14
163/14 164/8 164/16
164/19 164/20 164/23
169/4 169/9 169/13 169/20
172/12 172/15 173/8 173/9
173/14 173/17 173/25
174/3 181/7 202/7
operation's [1]   124/2
operations [1]   162/8
operators [1]   85/12
opinion [7]   143/17 150/18
167/19 170/5 173/8 174/6
182/15
opinions [10]   143/21
143/22 150/17 150/20
151/16 154/23 170/6 171/2
178/21 178/22
opportunity [2]   17/22
84/12
opposed [5]   31/15 68/21
94/21 181/13 184/13
opposing [4]   9/23 187/15
187/21 188/9
order [6]   90/23 126/16
130/6 131/12 161/20 195/4
organization [1]   148/3
organized [1]   187/14
original [3]   6/21 23/7
194/7
originally [1]   181/9
other [52]   7/9 7/12 7/13
8/1 8/2 8/8 9/1 9/4 9/12
9/14 10/19 10/22 10/23
11/11 17/7 17/19 17/19
27/22 30/25 31/1 33/25
33/25 34/24 37/19 38/4
41/23 47/2 50/17 53/24
61/8 105/17 105/22 107/22
115/5 117/15 126/4 126/11
138/9 140/19 149/18
155/21 159/23 169/11
176/2 176/5 176/20 183/1
184/6 187/19 187/19
188/11 202/12
others [3]   47/3 142/20

ought [1]   130/3
our [30]   3/23 5/3 6/20
11/13 11/17 12/5 13/3
13/6 17/24 19/14 21/11
25/25 33/14 41/23 50/24
60/25 71/3 71/6 110/22
113/16 117/9 118/9 119/13
129/16 152/18 167/16
167/17 177/20 191/5
195/24
out [72]   4/8 8/24 13/10
13/11 15/10 25/12 28/16
34/20 37/9 37/15 37/25
38/3 38/10 41/22 43/1
54/3 66/14 72/8 75/11
91/17 93/24 95/3 96/9
100/20 103/2 104/13
104/18 105/18 106/16
107/7 107/13 107/20
107/25 108/1 108/2 108/8
108/14 110/6 114/10
114/11 114/21 119/4
122/19 123/7 123/9 123/14
123/17 123/24 124/18
125/19 126/25 127/2
132/13 137/20 137/22
138/8 140/8 142/21 143/9
147/6 151/7 153/16 159/13
167/11 168/9 169/25 181/8
186/19 189/11 189/15
199/14 201/9
outcome [1]   206/10
outlets [2]   32/4 32/6
outloud [1]   200/23
outside [5]   14/2 14/5
15/2 100/15 100/17
outstanding [1]   125/15
over [23]   16/2 21/21 49/8
55/17 85/17 96/17 114/4
118/13 119/5 119/25 120/6
123/17 123/17 131/4 150/2
155/11 162/5 162/6 184/6
190/7 190/8 190/11 200/22
overall [2]   156/25 160/23
overflow [1]   96/12
overhang [3]   38/8 38/10
38/12
overlapped [1]   152/18
overpass [2]   87/8 96/18
overpaying [1]   90/17
overplay [1]   110/20
overspend [1]   50/3
owe [3]   2/10 131/11
133/23
own [15]   24/15 25/18 30/2
30/4 30/16 35/3 66/3 66/7
100/18 108/25 142/1
142/16 159/1 168/13
192/23
owned [5]   146/19 148/6
148/24 149/13 157/1
owners [1]   145/21
ownership [1]   145/21
owns [2]   146/17 156/21

P

P-R-O-C-E-E-D-I-N-G-S [1]
2/1

P-U-L-P [1]   96/11

pack [1]   173/19
page [27]   10/6 10/7 10/9
10/14 14/6 14/7 44/20
45/12 45/14 46/24 57/9
58/9 75/10 95/5 132/20
159/12 170/6 197/21
198/20 200/25 201/3 201/4
201/6 201/6 201/12 201/14
201/18
pages [3]   166/7 166/7
206/3
paid [24]   19/25 19/25
42/22 44/17 49/15 56/10
76/2 80/21 84/9 88/6
93/16 107/14 107/24
107/24 107/25 108/6
109/12 126/4 126/8 132/5
132/6 133/14 133/24
137/22
pain [1]   96/9
pallet [1]   67/17
paper [1]   111/6
papers [5]   166/9 195/16
200/19 201/21 202/1
paralegals [1]   191/5
paralyzed [1]   22/2
pardon [3]   65/7 73/9
136/17
parentheses [1]   164/22
parked [1]   85/16
parking [4]   85/20 85/24
85/24 86/2
part [17]   18/22 21/11
23/16 48/5 82/15 84/5
115/7 125/23 131/16
137/20 153/21 168/17
178/3 182/14 183/4 187/15
199/8
participate [2]   149/25
163/17
particular [9]   7/18 58/7
150/17 153/25 155/8
155/13 163/12 165/8
177/22
particularly [1]   144/11
parties [4]   154/8 154/12
165/19 206/8
partner [1]   22/9
partner's [1]   137/22
partners [8]   21/17 107/16
107/22 122/16 126/5
137/15 138/10 138/20
partners' [1]   125/19
partnership [1]   22/19
parts [1]   154/20
party [4]   4/18 17/19
26/15 182/8
pass [2]   49/25 50/7
passed [1]   48/6
passenger [11]   19/23 28/1
33/23 38/11 46/19 47/13
49/15 51/13 181/6 194/9
199/17
passenger's [1]   36/5
passengers [31]   12/15
13/7 19/13 19/18 27/15
27/16 27/19 27/21 27/22
27/25 33/13 36/5 36/20

**P** Case 1:08-cv-02054-RMC

passengers... [18]   36/21
 42/4 53/8 53/12 53/14
 53/25 54/7 54/8 66/2 66/2
 68/8 68/18 82/17 85/21
 88/7 160/11 160/12 177/22
past [6]   15/22 38/12
 72/19 85/9 129/13 129/14
patrol [1]   187/11
pause [6]   18/4 40/15 60/8
 190/18 191/21 200/20
pausing [1]   196/16
pay [21]   36/1 41/6 43/4
 70/24 75/19 81/17 84/4
 107/17 124/3 124/3 131/20
 131/22 133/12 133/25
 137/15 138/2 138/11
 138/16 138/19 138/20
 140/1
paying [6]   48/4 88/3
 88/23 109/15 123/4 176/4
payments [4]   11/23 121/14
 124/21 126/13
payroll [1]   125/17
pays [2]   51/19 86/16
PCDs [7]   181/3 181/14
 199/17 201/1 201/9 201/25
 202/10
peak [4]   98/2 142/2 142/5
 142/8
pedestrians [1]   85/17
people [87]   13/19 34/6
 46/8 56/20 59/17 59/18
 68/17 72/15 81/20 84/4
 87/4 87/5 92/11 92/19
 96/14 110/1 110/21 114/4
 117/21 119/4 120/24 121/3
 122/2 122/8 122/23 123/15
 123/18 123/19 123/20
 123/21 123/23 124/18
 129/18 154/15 154/18
 154/18 159/19 159/20
 159/23 162/4 163/15
 163/17 164/1 164/9 164/13
 169/6 169/9 169/10 169/10
 169/25 173/12 173/19
 176/4 176/21 177/10
 177/17 178/6 178/13
 178/18 178/25 179/12
 179/15 179/18 179/22
 181/21 182/9 182/18 183/2
 184/14 184/15 184/16
 185/4 185/12 185/14 186/4
 186/7 186/21 187/15 188/8
 188/18 189/4 189/8 189/11
 191/11 191/16 199/21
 200/7
people's [1]   66/23
per [87]   3/18 3/19 4/6
 4/8 4/8 4/22 4/23 5/10
 5/10 8/18 12/3 12/3 12/9
 12/10 12/12 12/12 12/13
 12/13 12/21 12/21 12/25
 13/9 13/9 13/19 19/11
 19/11 20/11 42/20 68/2
 68/3 69/23 69/24 69/24
 69/25 69/25 70/1 70/5
 73/11 73/12 73/13 83/9
 83/13 83/13 83/13 84/19
 86/13 92/1 121/12 122/11

122/14 123/17 124/14
 124/17 158/1 196/21
 130/21 131/1 131/1 156/18
 156/19 161/23 163/18
 163/20 173/20 173/22
 175/1 175/1 175/9 175/9
 175/12 175/12 178/23
 178/23 178/25 179/12
 179/13 179/13 183/3 189/8
 189/14 189/17 189/23
 189/25 190/5 194/9 194/9
 199/21
percent [28]   14/14 14/17
 35/9 51/5 51/7 51/22
 129/10 129/12 133/21
 139/1 139/21 155/18
 155/18 155/19 155/19
 155/20 157/24 157/24
 181/8 181/19 197/7 197/15
 199/2 200/13 200/13
 202/16 202/17 202/18
percentage [10]   94/15
 160/1 181/4 182/9 193/22
 193/22 193/24 199/7 199/8
 203/2
percentages [8]   155/7
 155/8 155/17 155/21
 156/10 193/12 193/17
 197/7
perfectly [1]   26/10
perform [1]   36/23
performance [6]   142/2
 142/5 142/9 148/5 148/6
 156/25
performed [1]   38/17
performing [1]   119/5
perhaps [1]   185/22
period [13]   47/2 70/9
 79/22 106/7 125/21 131/18
 145/11 148/2 164/2 164/10
 179/23 199/18 201/15
person [29]   3/19 4/8 4/23
 5/10 12/3 12/10 12/13
 12/21 13/9 19/11 35/7
 82/21 92/17 121/7 125/1
 127/1 127/17 130/21 131/1
 151/7 156/19 161/20
 161/24 175/1 175/12
 176/11 176/12 178/23
 179/13
personal [1]   123/13
personally [4]   166/4
 172/19 184/10 184/11
personnel [14]   32/5 99/4
 100/1 100/20 124/1 124/3
 159/1 172/2 177/12 184/3
 184/13 184/17 185/10
 186/1
persons [2]   184/13 184/19
Phillip [11]   20/21 21/3
 21/14 103/15 103/17 104/1
 138/11 141/1 165/18 166/2
 204/10
philosophy [1]   110/15
phone [6]   2/9 37/4 39/1
 104/11 163/22 163/22
photo [2]   78/3 153/19
photos [1]   162/25
picked [1]   192/16
picking [1]   183/25
piece [2]   123/16 189/8

piecemeal [1]   71/19
pieces [1]   111/6
pier [17]   25/7 28/17
 53/16 68/11 78/6 78/22
 81/1 82/20 84/11 84/16
 85/9 96/5 96/8 96/9 96/10
 99/12 185/15
pile [1]   196/21
PILGRIM [2]   1/20 206/12
pilot [2]   29/10 35/12
pilotage [8]   54/20 55/4
 55/5 55/6 55/12 55/17
 55/24 61/10
piloting [1]   54/23
pilots [5]   27/6 37/21
 38/12 111/23 136/10
place [5]   20/8 25/8 25/10
 181/15 203/9
places [1]   110/2
plaintiff [28]   2/15 23/24
 75/4 103/17 141/5 141/8
 166/2 204/3 204/18 204/19
 204/20 204/21 204/22
 204/23 204/24 204/25
 205/3 205/4 205/5 205/6
 205/7 205/8 205/9 205/10
 205/11 205/12 205/13
 205/14
plaintiff's [69]   18/2
 44/8 48/13 49/24 50/2
 56/15 56/24 58/24 59/4
 59/22 59/25 60/2 60/3
 60/9 60/14 63/14 63/19
 63/25 71/12 71/17 73/16
 73/20 73/25 74/14 74/22
 77/3 77/23 78/4 79/16
 79/21 80/2 80/16 89/6
 89/11 90/12 95/2 95/15
 95/19 101/15 102/6 102/23
 111/8 111/13 117/10
 128/18 128/23 129/4
 130/12 130/14 130/24
 134/16 135/23 135/23
 136/2 136/13 152/7 152/8
 152/20 153/9 168/17 170/8
 170/10 171/4 171/17
 174/17 174/22 179/25
 180/16 192/15
plaintiffs [3]   1/4 1/13
 2/5
plan [1]   124/12
planes [1]   119/8
planned [1]   47/9
planning [4]   10/16 19/12
 122/2 191/11
plans [2]   14/3 14/4
play [2]   196/7 196/8
player [2]   109/24 110/1
please [54]   2/12 5/9 10/6
 10/15 14/6 17/24 23/22
 24/3 36/3 44/10 56/21
 57/9 57/18 60/6 63/16
 67/14 70/19 74/15 76/25
 77/25 89/8 89/17 95/12
 97/4 97/10 103/15 103/16
 103/22 103/24 105/13
 105/25 107/19 108/22
 112/15 113/13 113/25
 115/3 116/14 117/3 117/18
 118/7 118/17 120/11
 120/16 121/18 124/9

please... [8]  128/20
 128/24 130/9 131/9 141/15
 165/16 183/19 199/11
pleasure [1]  24/8
plenty [1]  68/22
plus [2]  11/19 186/5
PNO [1]  148/3
point [16]  21/13 41/22
 65/8 67/7 67/10 79/9
 93/15 139/5 168/8 173/15
 174/25 177/18 183/15
 188/5 189/15 196/16
pointed [1]  168/9
pointing [1]  78/8
points [3]  192/16 195/17
 195/24
Police [4]  99/3 118/12
 184/22 189/22
policy [4]  75/23 76/1
 76/14 80/9
polish [1]  187/3
polite [1]  35/18
port [81]  7/19 12/12
 24/11 24/12 24/16 24/18
 24/20 24/24 25/1 25/12
 26/17 26/20 26/23 26/24
 26/25 27/1 27/6 27/17
 27/19 27/20 28/19 30/6
 30/18 31/2 31/9 32/25
 33/3 33/18 33/19 34/20
 34/21 35/25 35/25 36/2
 36/2 36/7 36/7 36/11
 36/16 37/21 39/2 40/20
 42/3 45/3 45/5 48/1 48/1
 49/2 50/4 51/4 51/14
 51/15 53/6 53/15 60/22
 61/1 62/4 62/12 62/22
 63/5 66/12 72/14 76/13
 78/20 84/3 84/5 86/16
 88/24 89/20 90/18 94/8
 94/9 111/21 115/12 115/16
 122/23 123/2 123/22
 124/16 124/25 154/20
portage [1]  41/7
ports [7]  7/17 7/21 7/22
 7/23 12/13 13/15 173/16
position [4]  49/24 50/2
 50/24 150/9
positioned [1]  11/16
positioning [1]  99/2
positions [2]  150/9 186/9
possibility [3]  11/1 11/2
 100/11
possible [1]  100/7
post [1]  14/3
potential [5]  7/19 9/8
 9/10 131/13 148/1
potentials [1]  9/11
powers [1]  8/21
PPPD [4]  21/6 174/6
 175/18 175/19
practice [1]  142/16
practices [1]  148/23
precisely [5]  52/20 54/15
 87/22 185/15 198/20
precision [1]  192/21
precluded [1]  167/10
predict [2]  100/4 100/14
preferring [1]  154/18

preliminary [1]  166/9
premium [1]  86/15
prepaid [2]  128/11 128/15
prepare [2]  36/23 180/8
prepared [4]  53/1 65/12
 139/2 151/21
preparing [1]  195/10
prepay [1]  76/13
present [2]  82/16 152/2
presented [1]  194/12
president [5]  145/24
 145/25 147/24 149/3
 149/16
presumably [1]  65/8
pretrial [1]  76/4
pretty [12]  33/18 96/20
 97/18 98/8 98/22 100/16
 111/5 121/21 124/15
 152/17 189/3 197/10
previous [8]  31/11 50/8
 88/4 88/6 147/17 152/18
 174/25 174/25
previously [4]  3/19 7/4
 106/13 206/6
price [4]  58/10 126/15
 140/1 164/1
prices [3]  146/2 147/17
 164/8
pricing [5]  142/18 142/21
 144/25 148/23 184/11
primarily [12]  32/11 37/3
 96/10 108/23 109/2 118/24
 122/7 122/16 123/10
 124/23 124/24 163/21
primary [2]  108/16 108/17
Princess [2]  146/20 148/2
prior [10]  7/15 14/3
 15/17 31/6 31/11 109/5
 121/20 121/24 123/19
 123/24
privy [1]  155/12
probability [1]  150/21
probably [19]  23/15 42/6
 56/9 73/2 87/7 87/13
 87/14 123/18 123/22 125/2
 150/3 154/22 157/5 157/13
 157/24 160/9 170/2 182/21
 196/11
problem [8]  58/12 94/19
 95/22 95/22 101/4 103/24
 130/19 168/11
problems [1]  108/13
proceed [1]  183/18
proceedings [5]  1/24 97/8
 167/15 203/17 206/5
process [2]  25/25 51/25
produced [1]  1/24
producing [1]  112/23
products [2]  68/16 68/21
professor [2]  114/14
 114/15
profile [2]  109/25 127/16
profit [7]  3/18 4/1 4/10
 51/5 110/24 125/23 125/23
profits [7]  4/25 107/25
 108/1 108/2 125/20 137/20
 140/14
program [4]  8/6 31/12
 43/21 144/10
programs [1]  201/4
project [10]  3/18 11/12

11/17 14/22 15/1 15/10
 104/16 104/19 108/24
 139/11
projected [1]  118/14
 128/16
projecting [2]  131/5
 149/4
projection [4]  21/17
 111/3 111/14 113/25
projections [14]  20/23
 21/11 21/14 62/19 108/20
 108/22 108/25 109/4 109/8
 110/7 110/10 110/13 111/5
 127/6
projects [10]  9/4 9/14
 10/15 10/15 10/19 10/23
 11/20 15/14 147/25 148/9
prolonged [2]  164/2
 164/10
promise [1]  21/20
promised [2]  129/24
 129/25
promoted [1]  15/17
pronounce [1]  26/8
pronounced [2]  26/6 26/11
proof [2]  167/8 186/11
propeller [1]  29/17
proper [4]  71/16 120/14
 166/16 187/7
properly [1]  85/16
proposed [1]  150/6
proprietary [1]  117/25
protect [1]  195/23
protective [1]  195/4
provide [27]  8/24 11/14
 30/20 31/20 32/22 32/23
 33/3 33/10 33/12 35/1
 37/6 38/15 40/19 41/11
 42/5 42/9 43/7 49/14
 62/11 70/11 71/2 85/13
 89/1 94/9 99/4 99/4 139/2
provided [37]  30/19 39/6
 39/22 41/21 42/21 43/3
 44/16 45/9 46/23 49/6
 49/11 51/4 52/5 54/20
 55/3 55/12 57/2 60/15
 61/7 62/20 69/5 70/13
 72/25 75/1 75/1 79/7 80/5
 81/1 86/13 119/1 124/6
 139/20 153/18 176/16
 181/16 194/22 206/4
providers [1]  31/8
provides [5]  35/16 35/22
 42/4 70/23 84/3
providing [1]  19/22
 21/14 37/8 52/17 53/25
 102/13 106/10 108/18
 124/7 129/3 154/17
provision [2]  102/16
 153/18
provisioning [1]  73/6
provisions [2]  68/4 68/24
public [7]  105/15 105/19
 156/9 156/19 157/2 186/19
 192/17
publicly [2]  192/22
 192/25
publishes [1]  193/1
pubs [1]  96/15
pull [2]  123/7 123/9
pulp [1]  96/11

**P**  Case 1:08-cv-02054-RMC

pump [1]   57/13
purchase [4]   27/10 80/9
  170/1 170/2
purchases [1]   27/11
purpose [6]   7/9 7/13 8/2
  17/8 121/25 184/2
purposes [3]   152/6 179/2
  183/7
pursuing [1]   11/12
purview [2]   14/3 15/2
push [1]   29/18
put [34]   6/6 18/24 20/8
  37/10 37/25 49/5 55/20
  61/1 63/22 70/22 71/16
  71/17 88/7 90/23 101/20
  114/25 115/10 115/11
  121/24 125/22 127/4 127/7
  128/14 128/15 128/23
  140/15 140/19 155/2
  170/10 190/19 190/22
  194/17 197/7 199/12
putting [7]   14/21 67/16
  79/8 108/3 122/9 182/4
  202/8

**Q**

Q-U-A-Y [2]   25/23 26/3
quantity [1]   79/5
quarter [1]   196/10
quarterly [2]   193/3 193/4
Quay [3]   25/23 26/4 26/11
question [35]   7/24 7/25
  10/9 10/22 11/2 11/7
  18/11 20/15 29/14 34/24
  47/25 53/21 77/19 90/21
  90/22 90/23 91/4 113/8
  133/18 134/14 135/1 135/5
  135/8 140/7 160/9 162/18
  165/18 165/20 166/3 177/1
  177/25 178/9 188/4 193/20
  197/12
questioning [1]   138/18
questions [18]   3/16 16/21
  17/5 19/1 19/6 21/2 21/6
  21/23 21/24 21/25 23/13
  101/8 140/3 153/8 165/21
  167/3 167/6 183/15
quick [1]   120/16
quite [12]   31/16 36/16
  115/10 145/8 160/16
  171/25 173/17 182/19
  191/2 191/16 195/25
  201/10
quote [5]   118/1 118/10
  139/25 150/4 168/24
quoted [1]   150/3

**R**

race [1]   151/12
Radiance [9]   30/8 30/10
  30/11 30/19 32/18 32/21
  37/24 43/12 43/23
raise [2]   23/13 196/10
raises [2]   21/25 193/20
Ramada [2]   121/19 121/21
ramp [2]   183/11 183/11
ramped [2]   181/22 181/22
ran [2]   122/22 169/25
range [2]   12/16 69/12

ratcheted [2]   121/4 121/9
race [3]   89/12 89/24 93/9
  126/16 197/16
rates [6]   70/8 70/11
  70/15 70/23 72/4 86/13
rather [2]   109/17 181/8
RBC [7]   21/11 21/13
  110/22 110/25 118/11
  137/2 137/14
RCCL [1]   89/20
RCMP [89]   7/7 7/15 7/21
  8/10 9/3 9/6 9/10 9/14
  10/11 11/11 17/16 17/20
  17/22 17/23 26/20 35/15
  35/16 36/1 36/24 39/22
  41/4 41/6 42/4 42/13
  42/21 43/3 44/16 45/7
  46/23 48/4 48/18 49/5
  49/11 49/15 50/3 51/15
  51/18 51/19 52/5 55/3
  55/12 55/24 57/2 58/1
  60/16 60/25 61/7 61/24
  63/22 63/25 64/1 65/4
  65/12 66/18 68/20 69/7
  69/15 70/13 75/1 75/1
  85/13 86/2 87/18 88/6
  88/8 88/20 88/23 90/17
  93/15 94/6 94/12 94/21
  94/22 95/23 95/25 108/5
  109/5 111/3 124/13 126/14
  131/18 139/22 174/6
  177/12 183/24 185/10
  187/13 190/4 194/23
RCMP's [5]   35/24 66/15
  76/4 89/2 112/11
re [1]   2/14
re-administer [1]   2/14
reach [2]   101/20 196/16
reaching [2]   120/6 122/14
read [10]   62/6 136/6
  136/7 161/8 170/18 190/2
  190/6 195/5 196/5 199/1
reading [7]   17/11 17/14
  130/17 138/12 159/3
  200/23 201/8
ready [7]   2/11 2/17 97/12
  103/18 117/5 141/9 183/19
real [5]   4/6 18/11 83/16
  96/14 120/16
realistically [1]   11/19
really [32]   5/19 15/3
  15/3 21/15 23/11 32/3
  42/1 60/20 77/19 87/20
  107/20 107/21 107/22
  110/23 114/20 115/12
  118/23 120/17 121/24
  123/25 128/11 129/18
  149/6 151/11 162/14 169/8
  171/25 173/17 178/6
  188/13 189/1 197/2
reason [3]   121/1 195/12
  195/14
reasonable [8]   20/12
  53/17 69/9 73/5 83/18
  101/24 150/21 164/8
reasonably [4]   88/8 177/9
  182/18 182/25
reasons [1]   159/15
rebid [1]   48/18
recall [16]   3/16 17/11
  17/14 18/9 39/8 52/23

81/11 138/16 138/17
  138/18 138/19 139/20
  154/4 154/14 154/15
  184/16
recalled [1]   165/20
receipts [1]   61/6
received [26]   3/13 11/24
  11/24 44/9 45/7 56/16
  58/25 60/3 60/10 63/15
  73/25 74/23 77/24 79/17
  80/2 89/7 101/16 102/23
  111/9 128/19 144/5 152/9
  170/9 174/18 204/17 205/2
reception [3]   81/2 81/5
  82/1
recess [3]   97/7 116/20
  167/14
recession [1]   22/12
recognition [1]   133/2
recognize [2]   29/14
  128/24
recommended [1]   76/16
reconstructed [1]   193/11
reconstructions [1]
  193/17
record [10]   8/15 74/8
  141/15 168/8 168/15
  170/19 172/23 178/9
  192/15 195/16
recorded [1]   1/24
recreation [1]   154/19
recross [3]   102/8 102/10
  204/2
recycling [23]   28/4 31/4
  31/25 32/16 38/23 39/7
  39/10 39/15 39/19 40/12
  56/18 57/7 57/10 57/14
  57/16 57/23 58/2 59/9
  59/15 111/23 112/3 112/8
  112/11
red [2]   78/13 78/18
redirect [6]   16/23 17/1
  101/11 101/17 140/12
  204/2
reduce [4]   50/4 122/24
  129/12 180/2
reduced [1]   129/9
refer [1]   195/15
reference [4]   26/16
  168/13 168/16 192/16
referenced [1]   48/9
referred [1]   168/10
referring [2]   10/22 138/3
reflect [4]   57/6 101/20
  125/6 125/9
reflected [3]   4/17 42/25
  89/21
reflecting [4]   112/4
  202/20 202/22 202/23
reframe [1]   135/11
regard [4]   150/25 151/17
  151/17 168/23
regarding [2]   20/15 90/3
regards [1]   11/13
regime [1]   177/21
regular [5]   20/9 33/19
  34/22 36/18 36/18
regularly [5]   30/7 30/19
  31/22 37/2 62/18
related [18]   8/2 9/3 9/14
  10/10 10/16 10/19 10/23

**R**

related... [11]   11/10
  11/11 16/6 95/9 142/18
  144/10 144/12 145/1 146/3
  149/7 206/7
relationship [2]   107/10
  166/4
relative [1]   183/2
relatively [1]   31/9
relaxing [1]   154/17
relay [1]   38/25
relayed [2]   38/1 118/4
relevant [3]   176/22
  178/14 178/15
relied [1]   155/13
relocation [3]   126/20
  126/24 130/6
remained [1]   109/17
remember [15]   8/3 9/9
  19/6 37/12 37/14 40/7
  40/22 41/14 43/10 54/23
  76/21 79/4 111/2 117/12
  131/7
remind [1]   139/3
removal [19]   31/3 32/16
  35/17 38/23 57/6 57/10
  57/21 58/2 59/8 59/15
  61/8 75/7 75/11 75/13
  75/19 76/5 76/12 76/14
  80/10
remove [1]   88/3
removing [1]   88/6
render [1]   143/17
repeat [2]   10/21 135/1
repeating [1]   201/8
replaced [1]   18/17
replacement [1]   139/20
replenish [2]   169/24
  182/22
replenishing [1]   68/7
repo [2]   172/15 173/8
report [10]   144/15 151/22
  154/24 157/2 168/17
  170/11 171/10 193/7
  197/24 198/16
reported [7]   156/7 156/8
  156/19 156/23 192/22
  193/5 197/15
Reporter [3]   1/20 1/21
  196/19
reporting [1]   112/25
reports [5]   113/15 192/17
  194/14 202/11 202/12
reposition [2]   10/17
  182/2
repositioning [15]   9/3
  9/13 11/14 15/18 143/20
  172/4 172/5 173/9 173/12
  173/15 174/1 175/15
  175/16 202/8 202/8
represent [4]   59/7 95/18
  193/13 198/24
representation [1]   59/24
representatives [1]
  194/22
represented [3]   54/6
  63/25 199/8
represents [1]   54/5
request [2]   27/6 108/24
require [3]   32/3 63/11

required [2]   65/23 185/14
requirement [2]   21/12
  118/8
requirements [3]   30/22
  30/25 118/9
requires [2]   63/7 63/9
rereading [1]   108/15
research [2]   97/20 97/21
researched [1]   118/20
respect [1]   180/22
respective [1]   193/18
respond [1]   21/8
response [9]   8/10 125/5
  125/9 134/23 134/23 135/3
  135/4 136/13 137/1
responsibilities [1]
  149/18
responsibility [1]   95/23
responsible [9]   35/16
  48/4 49/16 51/23 51/24
  61/24 88/3 144/25 149/19
restate [1]   12/7
restaurants [6]   153/17
  161/10 161/23 162/24
  165/4 165/5
result [6]   16/14 20/8
  160/2 167/4 176/16 181/10
resulting [1]   177/22
results [1]   203/1
resume [3]   2/11 145/13
  145/15
resumed [4]   97/8 97/11
  117/4 167/15
resumes [1]   167/24
retained [1]   142/25
retired [3]   104/13 106/17
  106/18
retirement [4]   107/5
  107/7 107/13 108/9
return [1]   167/17
returned [1]   186/25
revenue [49]   3/17 4/11
  5/1 112/23 128/3 142/2
  142/5 142/8 142/18 144/23
  145/4 145/24 145/25 146/2
  147/15 147/17 147/18
  147/19 147/20 148/8
  148/23 149/3 149/5 149/8
  149/16 149/17 149/21
  150/8 151/1 153/6 153/14
  153/15 153/20 156/6
  156/18 160/24 160/25
  161/2 163/13 173/13
  174/24 175/12 177/4
  179/12 180/24 181/5
  181/11 193/25 198/16
revenues [10]   142/21
  143/18 145/1 146/4 150/5
  153/22 153/23 159/17
  159/18 160/3
reverse [3]   12/11 12/14
  12/18
review [9]   41/6 42/21
  52/20 55/3 58/1 60/14
  113/17 154/1 170/12
reviewed [20]   40/4 40/8
  40/11 44/14 57/4 58/3
  60/14 63/22 80/17 89/12
  94/6 95/3 154/4 154/5
  154/9 154/11 154/23

reviewing [5]   45/18 52/5
  60/15 74/25 119/16
revised [1]   180/21
revoked [1]   16/12
rewriting [2]   117/19
  118/2
RFP [2]   8/10 118/8
Rhapsody [1]   30/13
Richmond [4]   120/14
  120/16 120/17 120/21
rides [2]   185/18 185/22
right [226]
riot [3]   186/13 187/9
  189/11
rip [1]   191/22
risk [1]   184/3
river [2]   9/9 9/9
Rizzoni [1]   191/8
road [1]   85/9
roads [2]   100/18 100/21
role [5]   108/16 108/17
  148/9 149/6 149/6
roles [1]   147/17
room [11]   6/13 121/12
  121/17 121/22 126/23
  136/23 159/20 162/11
  187/15 187/18 188/9
rooming [1]   159/19
rooms [8]   42/10 121/17
  121/19 122/4 122/16 124/7
  162/7 187/14
ROSEMARY [1]   1/10
Ross [2]   194/18 200/21
roughly [1]   5/10
rounded [1]   114/8
Royal [39]   6/19 7/2 7/5
  17/10 18/17 30/7 71/5
  72/7 90/7 99/3 118/11
  142/12 144/21 145/1 145/9
  155/25 156/1 156/2 156/6
  157/22 157/24 166/5 172/8
  175/3 175/4 175/7 175/13
  176/12 177/15 179/3
  181/11 182/3 184/22
  189/21 192/17 192/19
  193/15 197/7 202/17
RPR [2]   1/20 206/12
RRCL [1]   56/6
rule [1]   98/8
run [2]   61/21 81/10
running [8]   2/9 27/11
  33/9 60/23 69/16 85/17
  100/17 177/20
runs [1]   85/9

**S**

S-N [1]   141/19
S-T-A-N [1]   24/6
safe [3]   38/12 69/14
  123/20
said [26]   9/2 9/5 10/17
  12/12 39/17 39/19 41/15
  47/1 47/6 65/19 74/9 76/1
  82/6 87/4 98/2 104/15
  104/17 114/12 122/5 131/6
  134/19 138/7 138/12
  138/16 174/11 202/4
sail [5]   27/15 45/24
  45/24 48/21 89/14
sailing [3]   13/3 15/17

**S** Case 1:08-cv-02054-RMC

sailing... [1]  68/6
salaries [4]  124/3 190/7
 190/8 190/11
salary [2]  137/16 137/17
Salem [1]  1/15
sales [3]  146/2 146/3
 147/17
salon [1]  169/8
Sam [1]  24/5
same [52]  4/12 12/12 20/5
 20/20 30/14 31/25 36/20
 43/21 50/8 68/8 68/17
 79/22 81/13 86/9 109/22
 131/4 132/20 135/22 136/2
 147/16 148/16 149/17
 150/16 150/18 156/15
 156/16 156/17 161/16
 161/16 161/17 171/25
 172/3 172/12 174/2 177/8
 180/25 181/21 187/15
 188/8 189/8 189/11 190/24
 190/25 197/23 197/25
 198/1 198/2 198/4 198/6
 199/16 200/7 200/8
San [5]  68/15 68/16 88/10
 88/11 172/4
sand [1]  127/15
sat [2]  5/1 137/24
satisfactory [2]  151/8
 151/9
satisfied [1]  130/6
Saturday [1]  43/12
saw [4]  52/8 127/21
 199/12 199/13
say [34]  5/9 17/23 43/14
 53/3 59/16 65/22 66/1
 73/2 82/25 87/25 91/15
 110/2 127/9 132/10 137/18
 142/3 142/19 144/17
 149/20 158/8 160/10
 160/15 160/18 161/10
 162/3 171/9 172/3 182/20
 184/7 190/8 195/3 195/18
 199/15 202/7
saying [7]  4/3 4/9 114/2
 129/7 131/7 155/22 202/24
says [26]  17/14 20/23
 21/4 45/23 45/24 58/15
 67/18 80/25 95/5 112/15
 114/24 115/19 118/13
 122/11 125/17 145/13
 145/15 146/10 155/25
 158/16 180/23 181/3 181/4
 183/1 198/15 202/7
scenario [1]  198/22
schedule [2]  154/24 175/3
scheduled [3]  166/19
 166/21 166/22
school [4]  62/25 105/17
 160/14 191/12
scope [1]  140/7
SCOTT [2]  1/16 2/6
screen [3]  71/20 155/2
 159/8
screens [1]  170/14
sea [3]  77/20 77/21 77/22
Seabourn [3]  149/11
 149/13 149/17
Sealand [1]  25/6

sealed [2]  99/15 99/23
searches [1]  23/8
season [3]  31/6 33/20
 98/2
seasonal [1]  33/24
Seattle [4]  28/1 30/17
 119/8 142/15
second [9]  18/3 72/4
 119/17 120/3 132/3 133/25
 146/5 165/22 193/16
secured [1]  17/18
Securities [1]  193/2
security [7]  99/5 99/8
 99/12 100/1 184/3 184/12
 184/17
see [96]  3/21 6/13 6/16
 6/17 6/24 7/18 10/9 10/12
 10/13 13/22 14/23 15/7
 21/3 23/16 29/12 37/22
 44/20 45/11 45/16 46/11
 46/22 47/13 48/22 51/6
 51/9 52/7 55/9 58/8 58/8
 58/9 58/14 58/15 59/12
 60/20 60/22 62/3 64/4
 64/5 64/8 64/13 64/18
 73/19 75/1 75/6 75/8
 75/10 76/7 76/9 77/5 77/7
 77/10 78/6 79/21 80/5
 80/19 85/5 85/8 89/14
 95/6 103/1 103/14 111/16
 112/3 112/16 113/22
 114/25 115/5 116/23
 117/15 118/15 118/21
 127/5 129/6 129/7 129/10
 130/12 130/21 131/15
 158/5 158/20 159/9 162/9
 163/9 170/14 171/7 172/19
 179/20 190/24 191/15
 191/24 192/3 192/4 195/18
 198/9 200/25 203/10
seeing [2]  91/8 159/8
seen [15]  55/14 56/25
 58/19 59/5 61/6 63/20
 78/4 95/16 164/24 171/7
 194/23 194/24 194/25
 195/2 195/10
segment [1]  112/21
selection [1]  161/22
self [1]  162/12
self-service [1]  162/12
sell [1]  44/6
selling [1]  19/13
send [1]  164/12
sending [1]  110/14
sense [2]  43/17 109/20
sent [1]  116/7
sentence [2]  178/3 196/20
September [7]  111/4
 111/13 113/25 116/1
 134/16 166/17 166/21
serendipity [1]  110/2
service [26]  19/13 19/22
 31/7 31/13 31/15 32/23
 35/1 35/7 35/22 36/9
 36/12 36/21 41/4 46/21
 47/13 53/4 61/18 81/1
 82/6 83/5 83/19 96/17
 111/23 161/15 161/21
 162/12
services [16]  30/19 30/20
 31/20 33/3 33/8 36/10

38/16 51/4 51/17 52/22
 53/8 53/7 53/17 81/17
 94/9 113/11
servicing [1]  46/10
SESSION [1]  116/21
Sessions [1]  139/20
set [12]  31/12 32/10
 32/11 42/3 117/14 142/22
 146/2 147/17 154/22 173/3
 191/23 196/11
settlement [1]  166/15
seven [5]  43/25 44/2 47/7
 68/6 77/16
seventy [2]  169/21 173/25
seventy-two [1]  173/25
several [3]  109/21 142/12
 142/14
severe [1]  29/7
shall [1]  17/15
shape [2]  127/19 186/18
share [2]  9/6 137/23
sharing [1]  187/15
she [32]  10/17 11/18
 11/19 12/2 13/24 14/3
 14/3 14/25 15/3 15/7
 15/13 15/15 15/16 15/16
 15/20 15/21 15/24 15/24
 16/1 16/2 16/2 16/4 16/5
 16/7 16/7 16/8 16/9 16/14
 120/20 122/9 124/12
 188/14
she's [2]  23/5 23/6
sheet [18]  18/12 18/13
 58/20 59/7 61/5 62/15
 88/18 88/19 128/7 129/3
 129/21 134/15 134/19
 135/17 153/5 153/16
 171/25 199/1
sheets [11]  41/18 41/18
 55/11 55/14 55/17 58/15
 58/20 61/4 61/7 75/1 95/9
shift [29]  67/20 67/22
 67/23 69/24 69/25 70/16
 71/10 71/22 72/4 82/10
 82/11 82/25 84/22 84/22
 85/18 87/4 87/5 87/11
 87/14 87/15 92/1 92/7
 92/8 93/4 185/9 186/1
 187/19 187/20 188/10
shifts [10]  70/25 84/21
 87/5 92/4 92/6 92/13 93/3
 187/16 187/22 188/9
ship [101]  8/15 27/3
 27/12 27/18 29/16 32/8
 34/6 34/10 34/11 34/12
 34/16 36/18 36/18 37/9
 38/3 38/11 38/11 42/20
 43/18 44/25 45/3 46/8
 46/10 47/2 48/16 52/9
 53/24 54/10 54/11 54/12
 54/14 58/7 58/8 59/16
 59/20 60/18 65/2 65/24
 67/15 67/17 68/6 68/18
 68/25 69/13 69/16 70/5
 72/23 73/6 73/12 73/13
 75/16 75/20 82/10 82/14
 83/2 85/3 85/21 86/10
 87/25 88/4 88/7 89/14
 89/17 90/6 96/21 108/5
 113/16 114/9 114/10
 117/21 117/22 125/1 128/9

**S**

ship... [28]   131/20
131/21 131/22 150/1 150/3
150/4 153/15 157/25
159/25 170/3 174/7 175/3
175/6 175/14 175/22
175/24 176/24 177/7
177/15 179/11 179/13
179/17 181/12 189/4 198/5
199/9 199/19 200/15
ship's [3]   32/5 35/9
57/12
shipping [2]   25/2 105/3
ships [152]   5/1 6/19 7/1
7/4 7/6 7/9 7/12 8/1 8/11
8/17 8/18 8/23 9/1 9/11
9/13 10/10 10/16 10/19
10/22 11/10 11/11 17/6
17/15 17/24 18/14 18/15
18/16 18/17 18/23 27/7
27/14 28/22 29/1 29/4
30/12 30/13 30/20 30/22
30/25 31/12 31/14 31/15
32/3 32/14 32/18 32/21
34/22 35/2 35/6 37/19
37/20 37/22 38/1 38/7
38/9 40/24 42/11 43/12
43/20 43/24 48/18 53/12
54/6 54/7 56/2 56/3 56/5
56/6 59/15 59/17 64/12
64/16 68/9 68/10 68/14
70/1 70/7 71/6 72/7 72/9
72/21 72/22 81/10 81/18
82/19 83/21 86/6 87/21
89/20 94/21 96/12 99/2
99/17 99/21 104/19 108/3
109/15 109/16 109/18
113/12 115/12 115/16
120/7 121/24 122/3 122/23
122/24 123/2 123/3 123/19
123/21 123/22 123/24
124/16 124/25 126/23
131/15 131/16 131/19
146/5 157/23 157/23
157/25 172/2 172/3 175/4
175/14 175/25 176/17
176/22 178/13 179/9
179/11 181/11 181/17
182/4 182/7 183/8 184/20
194/23 199/2 199/19 200/4
200/8 200/9 200/14 201/3
202/4 202/18 202/20
202/22 202/23
shirt [1]   20/12
shoes [1]   187/3
shooting [1]   11/5
shopping [1]   96/14
shops [6]   153/19 155/20
162/25 169/19 169/19
169/24
shore [12]   27/3 35/7
82/16 153/19 155/20
156/14 160/25 162/25
163/9 163/13 173/14
173/18
short [3]   17/11 96/4
173/19
shorthand [1]   1/24
shortly [2]   43/2 138/23
shots [1]   123/25

should [30]   4/6 5/3 28/9
45/25 46/5 49/7 49/8 49/10
52/9 52/18 52/19 55/6
55/8 67/20 72/12 88/8
92/1 93/2 124/23 129/25
136/20 136/23 137/9
142/22 167/19 168/15
177/9 191/15 197/25 201/6
show [9]   9/18 13/13 41/1
55/17 112/11 130/5 137/11
158/9 167/11
showed [5]   176/21 177/10
177/11 178/18 182/9
showing [5]   39/25 44/16
164/18 164/19 176/17
shown [3]   102/6 130/24
200/7
shy [2]   106/8 106/8
side [9]   28/1 33/23 33/25
41/23 72/23 96/12 122/12
163/3 180/23
sideways [1]   29/20
Siemens [1]   129/17
sign [1]   180/24
signature [1]   32/8
signed [2]   166/8 166/8
similar [9]   20/3 45/14
91/10 150/14 150/15
173/17 197/13 199/13
201/18
simple [4]   18/11 153/8
175/17 175/18
simpler [1]   114/2
simply [7]   9/13 11/17
59/25 83/19 126/13 158/8
193/16
since [21]   2/13 7/9 22/21
23/1 23/2 24/13 24/18
24/20 24/24 25/14 48/4
62/23 62/25 69/25 74/1
82/19 92/22 99/10 159/22
164/9 173/15
single [1]   189/16
sink [1]   35/20
sir [129]   2/17 3/12 6/6
6/14 7/25 9/12 9/21 16/17
16/22 24/10 26/15 26/22
30/6 35/12 38/14 39/13
42/18 43/6 44/13 44/19
45/17 46/17 47/13 48/7
48/7 48/13 48/15 49/17
52/5 52/14 53/13 53/18
58/19 58/23 59/4 59/11
60/1 60/21 60/24 61/25
63/24 64/9 65/25 66/17
66/24 67/1 70/17 71/1
71/23 72/1 73/19 74/25
76/22 77/3 77/12 78/3
78/16 79/12 79/24 80/12
83/6 86/12 88/5 89/5
89/11 89/13 89/23 95/2
95/4 96/3 97/4 97/10 98/1
98/7 98/18 99/11 100/13
101/23 102/14 102/19
103/16 103/18 103/22
116/14 117/3 117/5 117/13
121/12 126/3 128/23
130/12 132/22 134/18
136/12 136/16 136/25
137/4 137/7 139/23 140/14
140/18 140/20 141/9

141/21 161/4 165/23
174/16 185/19 184/25
185/3 185/24 186/6 186/10
187/10 187/17 188/13
189/2 190/13 191/17 193/3
193/6 193/10 194/11 195/1
200/1 201/13 202/14 203/8
203/11
sister [1]   30/12
sit [2]   161/21 188/6
site [6]   33/18 85/24 86/2
124/9 124/12 124/13
sitting [3]   68/11 130/17
191/8
six [17]   55/8 65/8 65/8
69/20 70/1 87/8 87/11
92/1 92/2 92/2 92/8 92/8
93/6 93/8 93/10 122/19
179/19
sixteen [2]   92/10 92/11
sixty [1]   91/18
sixty-eight [1]   91/18
size [6]   15/19 30/14 56/3
56/4 81/23 81/25
sizes [1]   182/8
skier [1]   79/14
skiers [2]   79/8 79/9
skiing [1]   79/14
sleep [1]   189/13
sleeping [1]   188/11
slightly [3]   165/6 200/15
200/16
Sloane [28]   8/11 8/20
8/21 15/6 15/9 20/21
22/16 22/20 23/6 103/15
103/16 103/17 104/1 108/8
111/13 117/1 117/2 117/9
132/20 134/11 138/10
141/1 165/15 165/25 166/2
167/6 167/13 204/10
Sloane's [2]   22/16 104/5
sludge [2]   31/4 57/10
small [8]   20/6 30/4 33/18
60/20 111/6 182/25 191/25
192/2
smaller [5]   56/4 56/5
59/16 59/17 155/21
smart [1]   92/22
smarter [1]   56/20
Snitzer [32]   141/6 141/7
141/8 141/13 141/16
150/25 151/6 151/16 153/4
167/23 167/24 168/23
170/6 171/1 171/24 173/3
174/21 178/12 180/20
183/23 184/1 188/8 188/25
189/7 192/9 192/16 194/18
195/9 195/12 197/6 200/18
204/13
Snitzer's [3]   151/4
171/10 190/23
Snivel [1]   106/21
snow [22]   75/7 75/11
75/13 75/19 76/3 76/5
76/12 76/14 76/23 77/7
77/10 79/5 79/7 79/8 80/5
80/7 80/9 98/10 98/13
98/22 101/2 101/4
snowed [1]   98/17
snowing [1]   76/21
snows [1]   80/7

**S**   Case 1:08-cv-02054-RMC

so [231]
so-called [1]   72/22
so-to-speak [2]   68/13
 196/18
socializing [1]   159/25
software [3]   117/19
 117/23 117/25
sold [1]   15/17
sole [1]   17/15
solid [3]   14/14 14/16
 15/16
some [55]   11/5 11/7 11/14
 11/17 17/5 17/7 19/1 21/2
 21/3 23/9 25/1 38/19 39/6
 39/25 42/6 47/19 47/22
 58/19 71/17 75/6 91/21
 100/5 104/1 105/17 110/1
 111/5 111/16 119/7 120/11
 121/23 123/18 125/19
 127/21 132/5 132/5 132/6
 151/21 153/8 154/6 154/6
 165/1 165/1 169/12 179/18
 184/24 185/6 185/15
 185/18 188/20 189/13
 194/19 194/24 194/25
 195/18 202/12
somebody [3]   94/22 124/22
 166/8
someone [2]   62/8 187/8
something [29]   22/4 22/7
 22/24 25/22 35/13 35/24
 41/8 41/15 46/25 52/22
 54/20 62/17 68/1 72/19
 75/6 80/21 91/17 91/18
 100/7 125/5 131/6 150/13
 150/15 160/18 186/23
 188/22 188/23 189/12
 189/13
sometimes [1]   111/19
somewhat [1]   157/8
somewhere [6]   73/7 85/22
 100/8 196/4 196/18 196/20
son [1]   2/9
soon [1]   71/16
sophisticated [1]   5/20
sorry [51]   5/5 5/9 5/22
 6/8 22/1 29/17 44/24
 49/22 53/3 53/5 53/6
 54/15 58/11 63/1 70/3
 81/4 83/13 95/21 103/23
 106/21 106/21 113/7 117/2
 120/19 121/12 126/11
 130/13 130/17 133/18
 134/3 134/5 139/17 142/3
 145/15 146/22 146/22
 147/8 148/8 162/15 165/22
 167/5 176/13 182/7 188/1
 194/2 194/14 197/12
 198/12 198/14 199/25
 201/3
sort [8]   37/10 37/14 62/5
 107/7 134/2 149/10 167/19
 173/11
sorted [1]   43/1
sounds [1]   77/19
South [1]   1/15
souvenirs [2]   170/1 170/2
spa [4]   153/19 163/1
 169/4 169/11

space [6]   120/13 126/23
 176/1 176/3 176/5 176/5/14
speak [5]   21/13 54/15
 68/13 192/4 196/18
special [2]   147/25 148/9
specialize [1]   142/16
specific [3]   155/10 156/3
 195/16
specifically [3]   42/14
 151/17 184/2
spectacular [1]   121/2
spectator [1]   76/20
speed [1]   154/1
speeding [1]   67/3
spell [1]   141/18
spelled [2]   141/19 167/11
spend [11]   68/5 103/1
 154/18 164/22 169/7 173/7
 173/20 174/6 175/18
 175/19 183/3
spenders [1]   15/19
spending [8]   13/25 153/14
 189/8 189/14 189/18
 189/18 190/4 190/10
spent [10]   14/19 14/20
 22/5 52/15 52/16 101/25
 131/20 131/21 131/21
 174/7
spills [1]   82/17
spite [1]   9/25
splendid [1]   191/11
split [2]   118/22 124/13
spoken [1]   7/21
spouses [1]   159/19
spray [1]   35/8
spread [11]   18/12 18/13
 59/7 123/17 123/24 128/7
 129/3 129/21 134/15
 134/19 135/17
spring [2]   139/8 160/15
Sqamish [1]   9/10
squad [1]   85/15
square [2]   20/7 85/8
stack [2]   46/17 48/14
staff [7]   33/19 33/21
 119/14 121/19 121/22
 121/23 153/18
stamped [1]   201/7
Stan [8]   2/5 23/22 23/24
 24/4 24/5 24/6 111/25
 204/7
stand [6]   56/12 97/11
 117/4 167/24 188/5 191/17
standard [2]   185/9 186/14
standing [1]   191/9
stands [1]   180/24
STANLEY [1]   1/13
start [6]   2/25 8/4 12/17
 116/13 142/16 144/17
started [5]   2/25 107/20
 126/25 127/2 133/8
starting [1]   144/20
starts [1]   34/15
state [8]   13/13 16/12
 105/11 114/3 114/12 129/9
 141/15 189/5
stated [2]   12/5 206/6
statement [7]   76/4 127/11
 127/12 129/16 156/7 163/7
 173/7
statements [5]   43/14

119/16 123/9 158/13 163/6
Statendam [23]   30/15
 30/17 30/20 32/18 32/22
 52/7 52/8 52/12 52/16
 52/16 60/19 60/20 61/8
 61/15 61/18 71/2 71/21
 86/7 86/10 88/19 88/24
 90/11 201/19
STATES [4]   1/1 1/11 1/21
 206/4
static [1]   109/17
statistic [1]   202/5
stay [2]   125/1 177/22
stayed [3]   178/13 178/18
 179/18
staying [3]   122/16 123/1
 179/19
stenographic [1]   206/4
step [2]   199/25 200/1
steps [1]   202/15
sterile [1]   35/7
stern [1]   29/5
stevedores [2]   65/19 66/9
stevedoring [32]   27/5
 28/10 28/11 28/18 28/21
 28/21 28/25 31/8 31/11
 50/16 62/17 62/19 64/5
 64/7 64/7 64/13 64/17
 64/24 65/4 65/15 67/14
 67/25 69/4 69/7 72/25
 73/6 73/17 81/11 88/20
 94/10 94/13 111/23
sticker [1]   71/16
still [13]   22/9 23/8
 53/19 62/25 68/11 88/12
 89/24 106/22 115/7 182/13
 182/14 195/4 195/24
stop [9]   44/20 116/11
 116/12 120/16 196/14
 196/16 196/19 196/20
 203/6
storage [3]   67/14 67/18
 68/4
store [1]   68/7
stores [12]   27/9 27/10
 64/13 64/14 64/15 64/15
 67/18 67/25 68/3 68/15
 68/24 73/6
Straight [2]   77/16 77/17
strategies [5]   146/2
 146/3 146/3 147/17 147/18
STRAUCH [6]   1/13 1/14 2/5
 134/24 204/8 204/11
stream [1]   112/23
street [4]   1/15 1/19
 96/14 96/18
strike [7]   39/21 53/10
 62/14 66/22 79/3 90/5
 145/22
structure [1]   148/4
student [1]   86/14
students [4]   84/6 84/7
 84/9 86/18
stuff [1]   27/12
stupid [1]   77/19
style [2]   161/15 161/17
subcontract [3]   111/17
 114/24 117/10
subcontractor [2]   112/13
 115/17
subcontractors [1]   115/6

**S**   Case 1:08-cv-02054-RMC

subject [2]   91/6 145/3
subjects [1]   144/12
submit [1]   139/21
submitted [3]   139/6 139/7
 139/10
subsidiary [3]   147/3
 147/6 148/24
subsidize [2]   163/24
 190/10
subsidized [2]   164/1
 164/6
subsidy [2]   163/25 164/9
substantial [1]   36/17
successful [1]   72/18
such [2]   27/4 191/3
Sue [10]   20/21 21/17
 119/7 120/13 122/8 122/25
 123/25 124/11 125/24
 125/25
Sue's [1]   124/23
suggestions [1]   94/13
suggests [1]   167/19
suites [1]   117/21
sum [1]   200/16
summaries [2]   43/4 74/7
summary [16]   16/9 55/11
 55/14 55/17 58/15 58/20
 58/20 61/4 61/5 61/7
 62/15 75/1 88/18 88/19
 95/9 183/7
summer [6]   84/6 84/6 84/7
 84/9 86/19 160/14
sundries [1]   169/25
sundry [1]   182/22
supplied [1]   64/16
supplies [1]   67/15
supply [2]   45/11 106/14
support [1]   33/21
suppose [6]   75/15 90/6
 90/7 115/3 138/12 187/12
sure [41]   3/8 4/13 13/2
 19/2 20/17 33/7 35/20
 36/10 39/19 41/2 42/7
 45/10 68/22 69/11 69/14
 70/22 74/8 85/16 97/2
 112/22 112/25 113/18
 115/8 122/6 123/23 129/15
 135/2 135/12 138/1 142/10
 150/9 152/12 152/17
 154/25 160/14 161/4 161/6
 161/6 161/9 166/1 170/12
surprise [1]   39/16
surprised [1]   29/8
surprising [1]   59/14
Susan [1]   8/21
suspect [1]   68/5
sweeps [1]   82/16
SWORN [4]   2/15 23/24
 103/17 141/8
system [1]   95/6

**T**

T-U-A-Y [1]   26/2
tab [4]   198/13 198/14
 200/22 201/2
table [2]   159/12 161/21
take [32]   5/13 12/14
 12/14 13/6 25/15 28/3
 40/11 53/11 86/21 87/9

90/12 97/1 97/2 110/5
116/7 126/10 126/11 127/14
135/19 138/10 165/14
167/1 169/7 175/2 179/10
185/9 186/12 187/13
188/16 191/7 191/23 197/1
200/2
taken [6]   68/15 111/6
 176/13 178/16 206/5 206/9
takes [8]   57/14 97/20
 186/18 187/5 187/7 187/9
 187/11 189/1
taking [6]   2/25 79/12
 79/13 88/18 124/18 189/13
talk [10]   22/2 65/18 97/4
 112/14 116/14 143/24
 144/13 159/5 163/9 165/16
talked [13]   25/22 46/18
 46/20 48/8 56/18 61/4
 62/17 90/11 106/12 114/23
 117/9 127/12 127/12
talking [11]   2/10 4/12
 11/3 20/6 34/20 40/23
 58/21 86/19 88/9 88/11
 101/21
tally [3]   76/9 121/13
 122/12
tanker [2]   57/14 57/14
tariff [2]   39/5 39/5
task [1]   143/22
tax [5]   36/4 36/19 36/20
 46/20 76/9
taxes [1]   61/15
taxis [2]   96/18 96/19
teammates [1]   127/14
tears [1]   191/16
Tech [3]   118/1 118/2
 118/4
techniques [2]   149/7
 149/8
tell [44]   11/10 11/20
 15/24 16/1 16/2 16/4 16/5
 16/7 16/9 36/2 42/22
 45/18 48/16 49/13 57/9
 61/14 61/17 62/11 74/17
 80/21 80/24 88/19 88/23
 91/8 91/22 93/11 94/7
 95/8 96/8 112/18 114/16
 119/12 130/2 142/8 149/1
 153/4 153/12 157/20
 171/24 191/15 196/15
 196/16 199/7 200/20
telling [2]   113/18 143/21
tells [1]   109/20
ten [16]   7/15 8/11 8/17
 14/14 19/14 19/15 49/1
 49/11 49/13 68/19 82/5
 90/12 139/1 139/20 157/5
 185/8
tend [2]   159/20 173/19
tended [2]   159/17 159/18
tendency [2]   169/7 183/3
tender [1]   150/24
tens [3]   47/16 49/14
 61/21
term [7]   85/16 85/23
 112/20 125/20 150/6
 177/11 185/1
terminal [22]   25/10 27/24
 38/9 42/3 42/4 42/9 42/10
 54/14 64/12 81/6 81/6

81/7 81/10 81/18 81/23
82/4 85/6 85/11 85/14
85/14 85/18 87/8
terminated [1]   7/20
terms [7]   29/9 31/1 35/18
 150/6 153/25 172/8 195/2
test [1]   15/10
testified [11]   3/19 7/2
 12/2 13/5 13/24 15/6 37/8
 112/1 136/20 167/9 195/9
testify [1]   151/6
testifying [1]   151/5
testimony [20]   3/22 4/1
 7/5 8/13 9/18 14/6 19/9
 20/3 90/25 91/2 97/4
 97/24 112/10 116/14
 151/24 154/14 156/16
 165/17 167/21 194/23
than [44]   8/14 17/19
 19/15 19/18 19/25 20/7
 20/11 45/6 47/9 50/17
 56/3 56/9 56/20 61/8
 72/15 72/16 86/1 86/16
 93/22 101/1 105/21 110/10
 114/8 119/18 126/4 127/14
 129/25 150/3 160/4 161/19
 163/14 163/17 164/7
 164/23 164/24 165/4 165/9
 169/4 172/23 173/14
 173/25 181/8 187/23
 188/24
thank [96]   2/18 3/12 6/24
 13/22 16/20 16/22 18/1
 18/7 20/14 21/22 23/17
 24/7 26/10 29/12 44/7
 52/2 52/3 54/18 58/17
 60/1 60/5 62/9 67/8 67/12
 78/23 83/14 86/3 86/22
 87/10 88/14 93/13 94/23
 96/24 97/4 97/13 97/22
 101/7 101/10 102/3 102/20
 102/21 102/25 103/2 103/6
 103/7 103/19 104/2 116/8
 116/14 116/17 116/18
 117/6 132/18 132/24 134/4
 140/21 140/24 141/1 141/2
 141/10 141/21 142/6 146/8
 147/8 151/3 151/9 152/5
 161/4 166/23 166/25
 167/12 167/17 168/7
 168/19 171/21 171/22
 174/13 174/19 178/10
 180/12 180/15 180/17
 182/12 183/16 183/20
 184/18 191/10 191/10
 194/4 200/18 203/4 203/9
 203/11 203/12 203/14
 203/16
Thanks [4]   20/17 102/2
 116/13 135/13
that [1014]
that's [178]   4/9 5/6 5/15
 5/17 5/25 6/18 6/22 8/16
 8/17 9/16 10/4 11/20 13/5
 13/6 13/17 13/17 15/11
 15/11 18/25 19/5 19/15
 19/17 20/13 20/22 22/18
 24/22 26/13 28/1 29/24
 35/13 39/20 45/8 47/18
 47/19 48/1 48/3 48/20
 49/23 50/13 51/3 54/17

**T** Case 1:08-cv-02054-RMC
133/20 133/23 149/9 149/9
Document 98 Filed 07/14
169/23 176/22 178/24
188/22 189/11 190/23
192/18 194/21 198/14

that's... [137]   57/16
58/4 62/5 62/14 62/17
64/17 64/23 68/6 69/15
69/24 70/6 71/24 72/10
72/13 73/17 75/4 78/21
87/11 87/13 88/11 90/4
90/10 90/14 92/3 93/9
93/11 98/4 98/25 100/10
100/25 101/3 101/8 102/2
103/12 114/24 115/19
116/12 119/16 120/2
121/16 122/18 124/8 125/5
126/14 126/17 128/11
130/16 133/4 133/21 134/2
134/4 135/24 136/2 136/14
136/14 137/5 137/5 137/12
137/13 138/12 139/4
143/11 144/1 144/19
146/24 147/10 148/17
148/20 149/12 149/14
153/11 154/3 155/16
155/18 155/24 156/17
156/22 157/2 158/17 160/6
163/2 163/5 165/1 166/24
167/12 168/13 171/10
172/7 172/16 173/1 173/5
173/24 174/4 174/5 174/6
174/8 175/20 176/6 176/9
176/19 177/7 177/14 178/7
179/6 180/25 181/20
181/23 182/6 182/11 183/8
183/10 183/13 184/9
184/23 185/3 185/6 187/21
188/5 189/10 190/6 190/7
190/13 192/13 192/24
193/6 193/14 193/19 194/4
194/11 194/16 195/6
195/25 197/15 197/23
200/18 203/3 203/4
their [63]   14/18 20/9
27/8 27/8 27/9 30/16
30/18 35/3 35/3 38/9 39/5
50/17 51/4 51/5 53/22
63/23 66/3 66/7 66/19
68/7 84/5 94/14 94/20
105/24 108/19 116/7
122/17 124/3 124/3 125/22
125/22 125/23 137/20
153/21 154/19 156/7 156/8
156/9 156/19 157/2 159/1
159/1 160/18 164/11
164/12 170/2 182/8 186/9
186/18 186/21 186/25
187/3 189/5 190/7 190/8
190/10 190/10 190/11
193/17 194/15 194/23
195/16 195/24
them [68]   5/16 23/10
31/11 32/7 33/24 38/15
38/16 39/23 40/22 42/6
42/8 42/10 42/10 43/16
48/22 54/3 54/11 54/13
54/14 62/14 65/24 66/16
67/16 67/17 68/7 73/3
73/3 82/15 85/24 86/16
87/7 88/7 90/16 94/22
103/9 106/10 108/24 109/3
110/14 111/7 114/9 118/19
123/4 123/17 127/5 129/18

176/6 185/18 185/18
186/11 186/13 186/18
186/22 186/24 188/9
188/10 190/5 191/15 196/4
196/5 196/5
themselves [6]   19/24
35/10 99/4 109/23 142/20
189/12
then [62]   4/24 13/3 13/15
13/17 13/19 15/11 32/10
36/9 36/12 40/24 42/9
43/4 45/24 50/24 51/25
54/14 55/7 58/10 64/24
67/11 72/4 73/4 93/7
115/15 115/16 116/7 119/9
121/9 125/3 126/20 132/1
132/10 133/8 144/4 145/10
149/11 155/20 156/10
158/1 158/5 159/11 167/6
167/16 167/22 169/11
172/15 175/5 175/10
175/11 180/24 181/2 181/4
183/8 186/1 188/19 198/17
198/17 199/7 200/4 201/21
202/16 203/10
there [179]   6/18 7/18 9/7
9/24 11/22 12/18 12/19
12/20 12/24 14/2 14/11
14/13 20/7 20/18 23/9
27/19 28/16 28/18 30/7
31/19 32/4 32/10 32/11
37/1 37/22 38/1 38/8
38/10 39/4 41/16 42/25
43/2 45/2 45/6 46/18 47/1
47/8 48/25 49/7 49/8
49/10 49/14 52/6 52/9
52/20 53/15 55/5 55/5
55/7 59/18 59/22 60/22
64/4 69/25 70/15 71/25
72/5 72/9 73/14 73/16
73/20 76/2 76/3 76/4 76/5
76/23 77/10 77/14 80/19
81/8 81/9 81/12 82/10
82/14 82/20 82/21 83/2
83/23 84/11 85/3 85/9
85/20 85/24 86/1 86/6
86/6 86/7 86/10 88/7
91/11 92/1 92/5 93/3
96/16 98/6 98/13 98/14
98/15 99/17 99/18 99/19
99/20 99/22 100/4 100/20
107/16 112/7 112/13
113/14 113/14 114/4 115/2
117/17 118/6 118/8 120/12
120/17 120/24 123/17
123/21 123/23 124/13
127/14 130/20 131/17
133/9 133/10 137/8 137/19
139/18 139/18 144/22
147/25 149/2 149/15 151/2
153/17 154/5 154/6 154/24
157/11 157/21 157/24
159/7 159/19 159/22 160/1
160/15 162/16 162/23
163/19 166/7 169/11 170/4
173/14 173/20 179/11
179/22 179/25 182/4
182/21 182/21 182/24
183/5 185/18 186/16

198/17 198/17 198/18
200/22 201/25 202/6 202/6
there's [41]   3/10 3/11
6/15 9/9 21/3 26/16 27/15
29/6 35/24 36/4 36/9
36/12 36/19 43/3 43/4
45/11 45/14 47/3 47/6
64/13 75/6 77/7 78/12
80/5 81/9 85/14 85/24
92/3 98/5 102/21 116/3
131/24 132/5 151/11
160/22 170/20 173/20
195/4 197/22 198/5 198/18
therefore [3]   19/22 157/4
164/3
these [76]   5/4 5/7 13/20
15/18 17/12 17/12 17/18
20/6 32/14 32/21 39/1
44/16 48/21 49/13 49/14
49/19 53/12 55/20 57/6
58/7 59/15 61/4 62/12
65/23 66/2 68/9 70/9
70/24 72/22 72/24 82/4
88/24 89/12 89/21 90/15
90/16 91/9 94/9 103/8
110/13 111/19 114/16
122/1 122/22 122/23
123/11 123/18 124/6 126/7
129/23 151/24 153/20
153/23 155/7 155/14
155/16 158/14 169/14
170/1 170/12 173/12
181/16 184/21 185/4
185/14 186/7 189/3 189/8
189/11 191/11 192/21
193/4 193/5 193/7 195/10
203/1
they [181]   7/9 8/4 9/25
15/18 15/19 17/21 18/18
19/24 19/25 27/15 28/13
28/18 29/5 29/18 29/20
29/20 30/16 30/17 32/6
32/9 32/17 33/24 34/1
35/2 35/3 36/7 36/16
36/17 36/21 38/5 38/17
39/9 39/25 40/9 41/6 42/6
42/11 42/22 43/4 43/20
44/17 44/25 45/9 46/5
46/6 46/7 46/9 46/9 48/22
49/13 50/15 50/17 51/5
54/12 55/12 55/13 56/7
57/8 57/13 57/13 58/7
58/7 61/8 61/10 66/8 66/19
66/21 68/11 68/12 68/13
68/14 68/19 68/20 69/11
69/13 74/7 76/2 79/5 79/8
79/12 79/13 81/9 82/4
82/15 82/15 85/4 85/12
85/15 85/16 85/23 86/15
87/8 91/18 94/6 94/14
95/11 95/18 100/2 100/3
100/12 100/22 110/2 110/3
110/3 110/12 118/10
118/10 123/1 123/3 123/23
124/24 125/20 127/3
127/14 127/16 127/17
127/18 127/20 127/21
127/25 127/25 130/4 133/5
137/21 138/25 139/1

T    Case 1:08-cv-02054-RMC

they... [56]   147/16
 148/14 148/15 149/6
 149/10 150/10 150/22
 156/8 157/2 157/6 157/7
 158/25 159/17 159/21
 160/23 161/22 163/16
 163/24 164/3 164/11
 164/14 168/20 168/21
 169/7 170/1 171/7 171/7
 175/6 176/5 177/16 177/20
 179/16 183/3 184/14
 184/14 185/16 185/19
 185/23 186/22 186/23
 187/3 188/19 188/19
 188/23 188/23 188/23
 189/4 189/4 189/6 190/7
 190/11 190/13 193/3
 197/17 199/5 200/8
they're [14]   20/6 20/8
 27/19 31/9 59/16 66/3
 66/3 70/13 74/19 113/1
 121/1 133/1 176/8 183/5
thicker [1]   200/22
thing [13]   4/12 20/5
 31/25 55/15 78/10 86/20
 91/15 125/16 168/24 177/8
 179/20 183/1 191/3
things [13]   30/23 31/1
 35/8 37/8 108/15 120/5
 120/9 122/21 124/19 128/7
 159/23 173/18 189/2
think [49]   6/25 9/17
 11/22 12/11 12/16 40/23
 46/19 50/13 54/25 55/10
 62/7 67/7 67/9 73/3 86/15
 91/25 92/23 93/22 93/24
 96/4 102/25 109/20 110/17
 116/6 123/8 132/3 132/20
 134/13 138/12 139/3 139/4
 140/25 145/10 148/17
 157/23 165/10 167/8 177/2
 179/21 180/15 183/14
 185/13 189/15 191/24
 196/4 196/9 196/13 201/4
 202/14
third [4]   72/4 169/10
 193/16 201/6
thirds [2]   160/3 160/5
Thirty [1]   107/2
Thirty-five [1]   107/2
this [278]
Thompson [1]   172/24
those [94]   6/23 7/6 7/6
 7/8 7/21 8/24 9/3 10/15
 10/16 10/23 11/7 11/20
 14/5 19/6 30/22 30/25
 31/21 36/16 38/25 40/5
 40/11 41/14 42/8 43/3
 46/22 47/14 47/16 48/4
 50/4 51/13 51/15 51/18
 52/17 55/14 56/25 57/2
 57/4 61/15 61/18 61/21
 65/4 70/11 72/9 84/9
 84/15 90/12 91/9 95/3
 96/1 110/9 111/24 112/14
 113/17 115/11 121/19
 121/19 126/10 148/3 150/3
 153/16 156/4 156/16 158/1
 158/3 158/3 160/17 160/17

162/2 162/2 163/6 163/7
165/4 165/22 176/17 207/14
178/17 181/15 184/10
184/11 184/12 184/16
185/21 186/14 192/25
193/11 194/20 194/21
195/3 195/18 196/3 199/3
200/7 201/15 202/11
202/12
though [1]   176/7
thought [12]   4/4 6/21
 26/11 53/5 93/20 111/19
 120/7 139/18 153/6 166/22
 169/8 197/4
thoughtful [1]   116/12
thousand [15]   27/15 27/16
 34/7 34/7 34/8 34/9 41/15
 52/25 73/10 100/19 114/25
 115/4 120/3 129/20 202/1
thousands [9]   13/25 13/25
 14/20 14/20 14/21 15/4
 47/16 49/14 61/21
three [34]   8/18 10/22
 11/11 12/13 13/15 13/15
 29/18 33/20 37/9 40/24
 43/12 43/24 44/22 47/3
 47/3 53/22 53/23 54/6
 54/7 56/2 56/3 59/15 70/1
 70/2 70/7 83/21 86/6
 94/21 105/21 122/2 179/18
 181/2 200/4 202/6
through [24]   10/7 18/20
 20/18 28/12 31/7 38/16
 48/22 49/25 50/5 50/7
 60/23 79/22 121/14 126/10
 127/21 159/11 162/24
 170/18 172/22 180/21
 180/23 195/21 200/10
 202/15
throughout [1]   150/13
thruster [1]   29/15
thrusters [2]   29/5 29/5
ticket [1]   147/18
tie [1]   69/12
tied [2]   50/25 51/11
time [88]   7/20 10/25
 14/12 14/19 18/13 27/13
 27/16 35/9 39/17 40/23
 41/16 44/1 44/4 47/2 54/1
 55/22 57/25 70/8 79/22
 79/23 80/1 85/2 93/4
 98/18 103/4 103/5 104/13
 105/17 106/15 106/18
 107/16 108/14 108/14
 108/21 108/21 109/2 109/5
 109/9 110/2 116/11 119/14
 123/1 123/5 123/17 123/21
 132/5 132/6 133/21 139/4
 139/5 139/12 139/16
 144/17 145/11 146/7
 147/11 148/2 150/4 150/24
 154/18 155/11 160/13
 163/15 164/2 164/10 169/7
 172/1 172/3 172/20 174/25
 176/10 179/25 183/2 183/2
 186/18 187/5 187/7 187/9
 187/11 187/22 188/11
 189/19 190/10 190/24
 190/25 191/14 203/5 206/5
times [41]   5/24 12/24
 13/14 13/14 13/15 13/15

13/17 13/19 13/20 15/22
24/4 43/19 43/24 43/25
70/7 73/13 83/19 83/20
86/19 91/23 91/23 91/24
92/10 92/10 92/15 92/19
92/20 93/1 93/6 93/6 93/6
93/7 93/8 133/1 160/17
161/23 168/10 168/14
175/12 175/19 194/9
tired [2]   189/3 189/6
title [5]   144/22 145/23
 147/13 149/1 149/15
together [5]   14/22 74/13
 104/15 199/20 202/4
toilet [1]   35/21
told [20]   7/15 8/10 11/13
 12/19 15/2 15/20 39/8
 40/22 43/16 81/11 96/6
 104/11 104/15 108/8 112/7
 112/7 124/12 139/24 167/5
 167/5
Tom [1]   129/17
tomalley [1]   34/18
ton [1]   44/5
too [5]   5/5 57/25 98/24
 107/21 139/15
took [18]   8/24 32/9 43/18
 110/16 110/22 112/8 118/9
 119/13 160/5 181/6 181/15
 184/21 185/4 186/7 188/18
 194/17 201/9 201/17
top [4]   126/12 197/21
 200/25 201/9
topic [1]   96/4
total [27]   5/14 59/12
 65/4 72/11 77/7 113/22
 113/24 119/25 124/21
 125/17 126/1 126/14 128/3
 131/16 153/14 173/7 174/5
 174/24 175/4 175/8 183/8
 193/13 199/20 199/21
 199/21 200/2 202/5
totally [1]   168/21
totals [2]   193/8 193/18
tough [1]   96/16
tour [1]   163/17
towards [1]   14/4
town [2]   96/9 154/20
TOWNSEND [11]   1/17 2/7
 97/16 134/7 168/9 183/17
 183/23 188/2 194/3 204/8
 204/14
Tracey [17]   2/11 2/15
 14/18 25/22 37/3 38/1
 39/1 119/8 122/25 125/24
 125/25 126/22 127/7
 128/17 130/2 131/5 204/4
traded [2]   192/22 192/25
traditional [1]   160/10
traffic [21]   83/24 84/1
 84/3 84/6 84/13 84/16
 84/16 84/19 85/2 85/4
 85/12 86/5 86/11 98/23
 100/14 100/17 100/18
 101/21 101/25 102/13
 102/15
trafficking [1]   91/16
trails [1]   79/15
train [1]   149/8
transcript [4]   1/10 1/24
 168/21 206/3

**T**   Case 1:08-cv-02054-RMC

transcription [1]   1/25
transit [1]   36/6
transition [1]   142/15
transportation [7]   24/13
 33/10 33/12 34/1 42/9
 53/9 53/25
travel [9]   16/13 22/16
 118/13 118/20 118/21
 119/1 124/15 142/17
 142/20
traveling [1]   188/9
treatment [1]   169/11
tremendously [2]   139/25
 139/25
trial [7]   1/10 39/23 40/9
 168/18 179/2 179/25
 192/15
trials [1]   191/15
tried [3]   7/1 19/24 119/9
trip [4]   119/9 132/6
 133/2 133/3
tripod [1]   190/20
troops [1]   101/5
trouble [1]   129/7
truck [3]   57/14 57/14
 67/16
trucking [1]   79/9
trucks [7]   67/16 85/10
 85/13 86/9 87/15 87/20
 100/17
true [6]   98/25 100/10
 100/25 101/3 143/2 206/2
truth [1]   129/23
try [12]   7/12 8/1 17/23
 96/19 103/12 118/22 119/4
 119/10 135/11 191/18
 195/18 195/23
trying [11]   4/13 12/25
 13/10 17/10 93/14 115/7
 115/8 122/6 123/10 129/15
 175/1
Tuesday [1]   1/5
tugs [4]   29/3 29/3 29/6
 29/8
tune [1]   129/15
tuning [1]   129/21
turn [6]   10/6 14/6 38/10
 65/4 140/8 192/23
Twenty [1]   84/10
twice [3]   36/21 81/23
 81/25
twist [1]   148/16
two [83]   1/6 5/4 5/7 6/19
 6/23 7/3 8/18 9/1 9/12
 10/10 10/10 10/16 11/10
 13/18 13/18 13/19 13/20
 13/21 18/15 18/16 18/17
 20/7 22/6 33/20 34/7 34/7
 34/8 34/9 37/17 37/22
 37/25 59/17 69/19 69/20
 69/20 69/23 70/1 71/5
 71/21 72/9 72/15 72/17
 74/2 74/7 76/5 81/9 84/21
 87/4 92/13 93/3 93/7
 98/13 102/5 112/13 112/14
 114/9 115/11 116/13
 120/22 124/13 149/9
 157/24 158/1 158/3 158/9
 159/19 160/3 160/5 163/18

173/25 175/4 176/11
 185/16 188/5 188/8 188/10
 199/19 202/6 202/7 202/10
 202/20 202/22 202/23
two-thirds [2]   160/3
 160/5
tying [1]   65/2
Tyler [1]   191/8
Tymac [12]   28/6 31/3 31/8
 32/17 35/23 38/20 38/22
 39/5 40/12 57/2 57/13
 59/8
type [16]   25/1 55/14
 58/20 84/12 106/13 110/15
 113/1 115/17 121/19
 121/21 140/19 150/18
 174/2 178/16 180/8 197/23
types [1]   118/8
typical [27]   153/20
 153/23 155/23 158/5 158/8
 158/10 158/11 160/4
 162/13 163/14 164/8
 164/13 164/19 164/23
 164/24 165/4 165/9 169/5
 169/6 169/13 172/12 173/9
 173/11 173/12 173/14
 173/17 173/25
typically [5]   155/9 162/7
 175/25 175/25 176/4

**U**

U.S [2]   27/5 65/6
uh [7]   4/5 21/7 40/1 64/3
 128/5 145/18 165/12
uh-hmm [7]   4/5 21/7 40/1
 64/3 128/5 145/18 165/12
ultimately [1]   107/23
ultra [1]   115/8
um [2]   10/25 10/25
unable [1]   56/19
unberthing [2]   29/6 29/10
uncovered [1]   115/13
under [42]   9/5 15/22
 18/14 21/20 26/17 31/14
 44/5 48/4 49/2 49/16
 60/25 66/4 66/5 66/6 66/9
 66/19 69/7 71/3 71/6
 93/16 95/22 109/12 111/16
 112/13 114/24 123/12
 124/2 131/15 145/20
 156/15 158/10 158/22
 162/22 163/19 172/17
 173/3 176/23 183/11
 198/13 198/17 202/7
 202/10
underneath [3]   51/25
 156/3 159/12
understand [30]   9/18
 32/24 33/8 42/1 54/16
 54/18 59/20 74/10 75/24
 75/25 83/22 86/10 87/2
 87/10 94/11 94/17 97/24
 98/23 104/18 104/21
 114/20 135/8 142/25 148/8
 159/2 170/4 177/1 177/24
 178/1 185/1
understanding [10]   14/25
 26/19 42/13 53/14 66/18
 90/16 149/4 161/14 185/17
 185/20
understood [10]   99/1 99/7

113/14 167/10 179/14
 186/20 186/25 192/18
 193/8 196/1
undisturbed [1]   188/11
unfortunately [1]   7/20
uniform [2]   186/15 187/7
uniforms [3]   164/11
 186/14 186/18
union [9]   28/15 63/7 63/9
 63/11 65/22 84/25 85/1
 86/24 87/1
unique [1]   127/20
UNITED [4]   1/1 1/11 1/21
 206/4
university [4]   24/14 25/5
 105/11 114/3
unless [3]   29/6 131/11
 187/8
unprofessional [1]   16/13
unquote [1]   140/1
unrelated [1]   7/13
unsavory [2]   96/15 96/20
until [12]   5/2 34/12
 34/13 34/14 45/6 52/9
 61/1 67/11 84/22 89/20
 131/17 131/24
unusual [1]   79/4
unwinding [1]   159/24
up [92]   5/12 6/6 6/7 9/19
 11/11 13/2 13/20 17/6
 18/16 22/14 30/6 31/12
 37/10 42/3 47/20 47/22
 51/5 51/7 51/10 55/22
 59/8 65/2 68/12 70/22
 76/19 78/19 79/10 79/11
 82/17 82/19 85/8 87/7
 93/10 95/18 96/17 96/17
 103/13 109/17 110/5 111/7
 114/8 116/13 117/10
 118/21 119/8 120/5 121/2
 121/4 121/9 121/24 122/18
 126/1 126/11 126/12
 127/24 129/3 129/6 131/3
 131/4 133/23 134/16
 135/19 135/22 142/3 143/9
 143/24 149/25 151/13
 153/14 154/1 158/2 165/21
 168/13 169/12 170/10
 174/25 176/21 177/10
 177/11 178/18 180/8
 181/22 182/9 183/11
 183/25 191/9 191/23 196/7
 196/11 199/20 200/8 202/5
upon [3]   50/20 131/25
 155/17
upped [1]   119/20
upper [1]   198/15
us [37]   6/2 8/7 8/9 9/6
 14/16 15/16 15/20 21/12
 35/18 36/2 39/22 45/9
 45/18 49/11 63/3 67/3
 74/17 88/19 88/23 92/22
 95/8 96/6 96/8 97/2 108/8
 109/6 118/10 118/17
 119/14 120/23 133/15
 153/12 165/22 180/20
 195/15 196/7 200/19
usage [1]   164/1
use [21]   17/15 17/19
 17/24 19/8 19/9 26/11
 29/5 55/22 56/4 71/18

U   Case 1:08-cv-02054-RMC

use... [11]   108/25 117/20
 129/25 162/4 163/22 164/4
 176/3 176/5 180/3 186/16
 198/25
used [31]   7/2 7/9 7/19
 9/24 17/15 18/23 18/23
 48/18 54/6 74/18 88/7
 96/11 109/2 112/20 119/21
 120/21 120/24 126/24
 150/12 150/13 152/20
 153/5 169/24 175/9 176/21
 179/5 179/9 190/9 194/7
 198/21 201/16
user [1]   88/4
uses [2]   182/13 182/14
using [11]   3/18 17/6
 35/18 52/12 57/12 85/15
 89/3 108/23 177/6 178/2
 186/22
utilitarian [1]   169/9
utilities [1]   36/12
utilization [5]   181/8
 199/18 199/21 202/5
 202/16
utilized [5]   6/20 37/20
 72/21 169/13 178/24

V

vacation [3]   160/10
 163/15 169/6
Vancouver [50]   5/1 7/2
 14/4 28/19 30/16 31/10
 32/12 33/19 35/25 36/2
 37/5 43/20 53/8 55/7 55/7
 69/11 76/13 76/19 76/23
 77/8 79/1 80/8 84/3 94/19
 96/13 97/24 98/5 98/10
 98/14 98/23 99/2 120/17
 120/18 143/19 154/20
 157/22 172/2 172/4 175/6
 176/17 178/13 181/7
 181/15 184/20 189/22
 189/23 197/16 199/18
 202/7 202/10
VAR [1]   164/16
variance [2]   164/16
 169/19
variation [3]   157/11
 157/12 157/12
varied [1]   161/21
varies [1]   160/13
variety [2]   144/10 155/21
various [5]   118/22 150/9
 153/15 192/23 195/17
vary [2]   157/6 157/7
vast [1]   50/3
vendors [1]   14/21
venue [13]   99/12 100/5
 100/15 153/13 155/3 155/4
 155/8 156/11 158/12
 161/20 172/8 176/1 193/21
venues [9]   153/15 153/20
 155/14 155/21 156/11
 158/19 170/2 185/14
 193/25
veracity [1]   15/10
verbal [1]   14/14
verified [4]   6/1 6/2
 137/2 137/8

version [1]   135/25
versus [3]   2/3 154/19
 181/12
very [53]   6/24 13/22
 16/22 20/6 21/14 22/2
 23/17 49/19 51/25 57/9
 85/11 90/21 90/22 94/10
 94/12 94/15 96/13 98/20
 100/20 101/5 101/10
 101/12 104/14 107/10
 110/4 110/16 110/19
 110/22 110/22 111/1 114/4
 116/12 120/18 123/10
 123/10 127/13 127/13
 127/15 127/15 133/11
 139/13 141/1 151/9 151/20
 153/8 156/5 166/23 169/19
 183/16 188/5 188/18
 197/13 200/18
vessel [3]   61/1 194/8
 198/16
vessels [4]   17/18 30/8
 32/18 32/21
vests [1]   186/11
via [1]   14/15
vice [6]   145/24 145/25
 147/24 147/24 149/3
 149/16
vice-chairman [1]   147/24
vice-president [5]   145/24
 145/25 147/24 149/3
 149/16
Victoria [2]   55/6 55/7
virtually [3]   29/17 37/20
 43/21
virtue [1]   164/9
vision [1]   15/11
visit [1]   37/5
voice [1]   22/1
voir [2]   151/2 151/3
voluntary [1]   137/20
VP [1]   148/9
VPA [11]   35/25 36/16
 46/19 47/13 48/1 48/1
 49/15 51/13 51/17 61/15
 61/18

W

W-O-O-D [1]   96/11
wage [3]   84/25 86/15
 86/16
wages [2]   124/4 124/5
wait [2]   67/10 177/6
waiver [1]   197/4
walk [3]   37/25 96/23
 180/20
walked [1]   167/6
walking [1]   96/16
walkway [1]   81/8
walkways [1]   82/4
want [45]   2/25 12/8 12/17
 12/18 14/9 17/5 19/1 19/9
 21/13 31/18 31/20 35/5
 55/22 57/25 70/22 71/18
 74/8 85/21 86/14 87/25
 91/15 96/23 110/2 110/19
 110/20 112/14 116/10
 117/14 129/18 129/23
 140/22 161/8 161/9 167/3
 171/7 172/22 178/4 178/8
 180/13 188/10 195/6

version [1] 98/25 196/02/07/14
196/14 196/15 196/21
201/6 242 of 244

wanted [24]   3/3 3/8 15/17
 21/20 52/15 74/8 83/18
 107/11 113/5 114/20
 115/12 120/20 122/7
 123/11 127/16 129/22
 129/23 133/5 159/10 161/4
 165/18 171/9 198/6 198/23
was [414]
Washington [5]   1/5 1/19
 1/23 16/12 98/16
wasn't [14]   3/7 21/12
 21/16 21/16 21/17 40/8
 98/14 100/9 122/6 123/12
 123/23 124/5 127/23
 127/25
waste [13]   31/1 57/10
 57/12 57/13 57/21 57/25
 58/2 59/8 59/15 59/17
 61/8 88/3 88/6
wasting [1]   80/1
watch [9]   64/17 64/20
 64/22 69/9 69/10 70/9
 72/11 72/20 72/24
watching [4]   69/17 70/24
 71/9 72/16
water [39]   30/23 30/23
 31/23 32/1 32/4 32/6 32/9
 32/13 35/17 35/17 35/20
 35/20 35/20 35/21 35/21
 43/7 43/15 43/21 44/2
 44/6 45/11 45/18 48/7
 48/8 51/21 51/23 51/24
 61/8 61/8 79/6 95/5 95/10
 95/10 95/19 95/19 95/24
 95/24 111/22 120/20
way [29]   5/13 13/2 13/13
 21/8 34/22 41/15 49/5
 50/16 68/13 96/17 104/16
 108/13 111/20 112/9 114/2
 114/10 120/8 126/12
 127/19 143/12 143/14
 159/9 163/3 176/23 177/22
 185/23 186/1 198/5 202/12
we [283]
we'll [7]   2/14 74/2 86/20
 116/13 170/20 187/2
 189/20
we're [23]   5/19 10/3
 12/25 19/20 19/20 20/20
 27/2 43/2 46/14 74/12
 74/12 86/19 90/24 97/5
 107/10 132/20 137/1 139/9
 167/18 180/20 192/5 192/6
 195/21
we've [5]   41/17 90/17
 111/16 117/1 126/10
wear [1]   164/13
wearing [1]   186/13
weather [3]   77/4 79/22
 98/8
Webber [21]   23/22 23/23
 23/24 24/2 24/4 60/13
 63/19 93/16 97/9 97/16
 97/22 97/23 98/10 98/16
 99/1 101/7 102/12 102/20
 111/25 116/24 204/7
week [13]   68/2 68/3 68/7
 68/9 68/21 73/7 73/11
 161/19 161/23 163/18

**W** Case 1:08-cv-02054-RMC

164/21 164/23 175/25
185/2 184/7 184/19 185/3 207/14

whom [1] 37/2
whose [1] 154/15

week... [3]  164/13 169/11
 176/10
weekly [4]  36/21 45/23
 68/1 68/13
weeks [4]  73/13 179/18
 179/19 185/10
weight [2]  44/6 73/23
weighted [6]  157/20
 157/21 158/1 158/8 158/9
 172/9
welcome [5]  13/23 78/24
 98/20 172/23 180/18
well [61]  3/7 22/3 23/4
 25/8 25/9 29/4 30/13
 44/20 45/11 46/9 46/13
 48/21 52/10 53/10 61/10
 63/2 73/7 79/3 88/9 91/22
 93/8 94/19 96/10 99/23
 100/16 100/19 103/3 107/9
 115/4 116/11 122/5 122/19
 123/18 125/13 125/19
 126/9 127/11 128/7 131/2
 131/11 132/4 137/19
 142/23 144/5 144/10 154/5
 158/22 160/13 161/9
 163/21 169/6 176/11
 179/24 184/6 185/6 188/6
 188/21 190/8 195/13
 196/17 197/25
went [32]  5/5 6/22 18/19
 22/6 22/12 37/20 38/16
 39/5 48/19 59/19 109/16
 109/18 110/5 110/5 114/3
 114/15 126/25 126/25
 127/21 129/19 143/24
 144/4 144/5 145/10 145/17
 146/25 147/23 149/11
 158/17 166/6 186/13
 202/15
were [236]
weren't [8]  61/1 79/12
 134/22 179/16 182/19
 186/22 188/19 189/21
wet [3]  31/4 98/9 98/10
what [261]
what's [9]  25/24 60/13
 77/3 96/8 102/4 120/3
 142/4 164/24 173/7
whatever [10]  34/1 34/2
 44/1 54/5 145/15 160/18
 166/16 179/4 182/13 199/5
whatsoever [1]  77/10
when [76]  4/3 16/15 34/16
 38/16 39/1 40/11 43/20
 52/12 58/10 58/12 58/19
 60/15 75/15 75/25 81/18
 82/6 84/11 86/6 86/6
 87/25 87/25 98/16 98/23
 99/1 100/4 100/14 100/23
 101/1 105/13 107/13
 107/16 107/23 108/13
 109/20 110/13 111/2 112/7
 114/15 120/6 126/14 127/4
 128/7 129/20 131/18
 131/25 133/9 133/10
 137/24 138/7 139/24 141/9
 144/7 145/6 145/9 145/21
 147/13 149/1 149/9 150/8
 160/24 161/22 164/21

188/19 188/23 189/4 190/8
 196/15 196/16 197/6
whenever [5]  2/16 97/12
 103/18 117/5 183/19
where [50]  2/25 6/18 6/22
 21/4 25/9 54/12 58/14
 62/1 78/6 78/12 78/21
 79/8 79/12 79/13 81/1
 106/19 110/6 111/24 115/5
 115/14 115/15 116/23
 119/16 120/16 122/25
 122/25 122/25 123/1 125/5
 126/1 126/21 128/6 131/1
 134/24 135/5 139/4 139/5
 141/23 141/25 144/4 144/5
 144/20 146/13 153/21
 159/2 159/21 169/6 169/20
 174/23 193/23
whereas [1]  164/12
whether [27]  6/25 7/18
 7/25 9/12 15/3 15/13
 37/25 45/18 56/25 65/22
 70/15 77/10 79/3 80/21
 88/20 89/2 90/17 95/8
 133/2 167/18 177/9 178/12
 184/16 185/7 189/5 195/2
 196/5
which [67]  7/17 13/8
 15/16 17/9 30/17 31/6
 31/19 36/4 36/10 37/23
 38/1 38/8 40/8 50/16
 51/15 69/20 77/4 96/13
 109/18 117/14 128/9
 128/13 131/2 131/3 132/5
 132/6 135/3 135/16 142/16
 146/18 146/18 147/5
 148/24 154/14 155/2 156/6
 159/17 159/18 159/20
 167/19 168/16 170/11
 172/1 173/24 173/25 175/8
 175/10 179/2 180/24 182/5
 182/7 182/18 184/7 189/9
 192/12 193/21 193/22
 194/12 199/5 200/15 201/2
 201/6 201/14 202/7 202/7
 202/18 206/8
whichever [1]  196/17
while [14]  27/19 40/16
 46/17 82/10 97/5 122/22
 124/25 147/25 152/11
 154/18 163/22 163/24
 175/6 188/11
whistler [2]  79/13 79/15
white [2]  2/13 152/20
who [36]  22/16 23/21 28/3
 30/13 35/22 41/25 62/8
 72/14 85/21 88/7 92/22
 94/13 95/23 99/4 104/11
 113/8 114/12 119/18
 123/25 124/6 124/11
 127/17 129/17 129/18
 150/14 177/10 177/12
 178/6 178/25 182/9 184/15
 186/1 186/14 189/11 191/8
 191/8
whole [10]  14/22 16/3
 51/22 85/2 99/15 163/15
 168/24 179/19 179/23
 179/25

whom [1]  37/2
whose [1]  154/15
why [36]  6/4 19/18 21/10
 38/9 45/9 49/11 53/2
 69/11 80/1 92/3 92/24
 93/9 97/1 97/12 107/7
 108/22 109/19 112/5
 115/19 116/12 123/7 129/6
 129/12 135/9 135/11
 137/18 143/9 158/20 165/8
 165/14 167/1 168/13 169/3
 175/24 182/3 195/6
wide [1]  82/4
wife [1]  107/1
will [21]  13/13 21/25
 29/18 35/7 40/25 59/7
 60/2 73/22 79/25 93/19
 95/18 102/22 116/16
 154/22 168/20 168/21
 171/17 173/6 195/3 200/19
 203/10
Wilson [1]  118/10
wind [1]  29/6
wine [1]  161/25
Winston [1]  1/15
Winston-Salem [1]  1/15
winter [1]  8/2
wipe [1]  35/8
within [5]  4/17 8/11 8/17
 95/9 140/7
without [10]  37/22 88/25
 105/18 126/7 143/21
 149/10 171/13 200/22
 201/8 201/8
witness [37]  2/15 9/20
 9/22 23/20 23/21 23/24
 44/10 50/11 60/6 67/10
 70/18 74/19 97/6 97/11
 101/13 103/10 103/11
 103/17 116/19 117/4 134/5
 141/3 141/4 141/8 142/25
 143/4 150/25 165/24 166/2
 167/13 167/16 167/17
 167/24 168/17 171/19
 174/14 203/13
won't [1]  196/15
wonderful [1]  161/1
wondering [2]  162/15
 182/3
wood [1]  96/10
word [3]  32/5 117/21
 129/25
words [2]  53/24 176/20
work [34]  14/2 22/3 22/8
 28/20 30/6 36/22 38/2
 38/14 63/5 75/13 104/6
 105/15 105/22 106/6
 106/16 107/8 107/9 107/13
 108/18 127/20 141/25
 142/1 144/20 145/19
 146/25 147/23 148/8 153/5
 153/16 169/14 171/25
 183/5 186/2 186/3
worked [15]  13/24 14/25
 25/15 104/25 114/10
 114/11 137/21 142/10
 144/5 144/17 147/1 148/3
 176/24 181/7 184/8
workers [1]  28/15
working [38]  10/16 13/12
 14/19 14/21 15/4 25/12

working... [32]   28/22
 28/24 31/12 31/13 53/15
 68/20 70/16 87/5 104/9
 104/16 104/23 105/19
 105/22 106/9 107/22
 124/25 126/7 139/11
 142/14 163/16 184/15
 185/5 185/13 185/14 186/2
 186/4 188/9 188/18 188/19
 189/13 191/13 194/1
works [3]   4/8 28/16 93/12
world [3]   7/22 146/18
 157/5
worldwide [7]   9/2 9/13
 11/25 12/9 14/12 16/3
 16/6
worth [2]   91/19 122/3
would [314]
wouldn't [15]   66/19 85/19
 88/9 100/21 100/23 101/5
 102/18 109/22 123/4 127/9
 133/12 133/25 169/12
 189/4 196/21
Wow [1]   34/16
write [1]   13/14
writing [2]   21/3 60/20
written [5]   14/11 14/13
 14/15 118/1 159/13
wrong [3]   92/25 177/7
 178/2
wrote [4]   112/9 166/6
 168/12 168/13

Y

yacht [3]   30/2 30/4 30/4
yeah [10]   30/13 37/16
 40/10 96/23 110/24 116/7
 124/5 139/11 170/15 183/4
year [14]   8/18 13/25
 14/19 15/1 16/3 16/16
 16/17 22/5 24/14 98/13
 144/2 145/20 146/10
 160/14
years [19]   7/15 11/19
 22/6 105/21 106/8 106/9
 107/2 114/5 126/9 142/11
 142/14 147/21 149/9
 155/13 160/15 162/5 162/7
 184/1 184/6
yep [3]   6/12 12/23 81/16
yes [261]
yesterday [13]   3/1 3/16
 3/24 6/25 9/1 11/22 12/5
 17/11 18/20 19/1 19/9
 19/14 74/14
yesterday's [1]   74/3
yet [2]   167/18 170/16
you [1133]
you'll [4]   13/12 20/18
 127/5 131/4
you're [39]   2/16 6/1
 13/23 19/22 19/22 20/6
 28/22 34/20 39/22 70/15
 74/17 78/24 88/9 91/25
 98/20 100/16 103/18 104/4
 116/12 117/5 138/12 141/9
 142/19 150/9 151/11
 155/22 176/3 177/2 177/9
 180/18 182/4 182/4 183/19
 186/1 187/23 189/2 195/5
 196/11 199/25
you've [11]   24/24 26/23
 26/24 63/20 92/7 97/20
 112/3 118/14 153/9 163/19
 184/7
your [298]
yours [1]   15/8
yourself [6]   8/21 19/25
 24/3 84/1 103/22 103/24

Z

zero [3]   8/23 158/20
 158/22