```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CRUISE CONNECTIONS CHARTER   :
MANAGEMENT 1, LP, et al,     :
                             :          Docket No. CA 08-2054
              Plaintiffs,    :
                             :           Washington, D.C.
                             :      Wednesday, November 20, 2013
                             :             9:40 a.m.
ATTORNEY GENERAL OF CANADA,  :            (Day Three)
et al.                       :
              Defendants.    :
---------------------------x
```

                      TRANSCRIPT OF BENCH TRIAL
             BEFORE THE HONORABLE ROSEMARY M. COLLYER
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:      JACK M. STRAUCH, Esquire
                         STANLEY B. Green, Esquire
                         JESSIE FONTENOT, JR., Esquire
                         Strauch, Fitzgerald & Green, P.C.
                         118 South Cherry Street
                         Winston-Salem, NC 27101


For the Defendants:      SCOTT H. CHRISTENSEN, Esquire
                         CORINNE O. LANE, Esquire
                         JOHN M. TOWNSEND, Esquire
                         HANA M. CARNEY, Esquire
                         Hughes Hubbard
                         1775 I Street
                         Washington, DC  20006-2401


Court Reporter:          CRYSTAL M. PILGRIM, RPR
                         Official Court Reporter
                         United States District Court
                         District of Columbia
                         333 Constitution Avenue, NW
                         Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2          THE DEPUTY CLERK:  Civil action 08-2054, Cruise

 3   Connections Charter Management LP, et al versus Attorney

 4   General of Canada, et al.

 5          For the plaintiffs, Jack Strauch, Stan Green and Jessie

 6   Fontenot.

 7          For the defense, Scott Christensen, Corinne Lane, John

 8   Townsend and Hana Carney.

 9          THE COURT:  Good morning everyone.

10          MR. STRAUCH:  Good morning, Your Honor.

11          MR. CHRISTENSEN:  Good morning, Your Honor.

12          MR. GREEN:  Good morning, Your Honor.

13          MR. TOWNSEND:  Good morning, Your Honor.

14          THE COURT:  Good to see you looking so bright.

15       Are we ready?

16          MR. TOWNSEND:  Yes, Your Honor.

17          THE COURT:  Could you return our witness, please.

18       We're going to swear you in again this morning, sir,

19   just because it's a new day.

20       Mr. Townsend.

21          MR. TOWNSEND:  Thank you, Your Honor.

22            PLAINTIFF WITNESS ADAM SNITZER SWORN

23          THE COURT:  Whenever you're ready, Mr. Townsend.

24          MR. TOWNSEND:  Thank you, Your Honor.

25                 CROSS EXAMINATION (CONTINUED)
```

1    BY MR. TOWNSEND:

2    Q.   Good morning, Mr. Snitzer?

3    A.   Good morning, sir.

4    Q.   Mr. Snitzer, could I ask you to look, please, at the copy

5    of the deposition of Jason Ross.  It should be on the desk in

6    front of you there.  If you could go behind the first tab, Tab

7    A on my copy, to the last page behind Tab A you should find a

8    page with the stamped number at the bottom, CCCM 014798?

9    A.   I see it, sir.

10   Q.   We on the same page?

11   A.   Yes.

12   Q.   May be the last time.

13       Mr. Snitzer, do you see there, and I draw your attention to

14   the bottom of the first column, the total amount and then

15   please don't read the number, just tell me if you see it, the

16   total amount of on board revenue reported by Holland America

17   for it's charter of the Statendam to the Royal Canadian Mounted

18   Police for the Vancouver Olympics?

19   A.   I do see that number.

20   Q.   That's the total not only for the Statendam but also for

21   the Oosterdam; is that right?

22   A.   I believe that's right.

23   Q.   So that number at the bottom of that column is the total

24   OBR reported for the two ships?

25   A.   That's what it looks like to me too, sir.

1  Q.    Keeping that page available in front of you if that's

2  convenient, could I ask you to look over at the Derby

3  deposition and look behind tab one.  Look on the page that's

4  Bates stamp to end in 14097?

5  A.    Okay, I see that.

6  Q.    You also see there a number that represents the total on

7  board revenue reported by Carnival for its charter of the

8  Carnival Elation to the Royal Canadian Mounted Police for the

9  Vancouver Olympics?

10 A.    I see it.

11 Q.    I'm happy to provide you a calculator but if we add the

12 Carnival number to the Holland America number, Mr. Snitzer, we

13 get a total on board revenue reported by the two cruise lines

14 for the Vancouver Olympics of $676,603; is that right?

15 A.    Yes, it is.

16 Q.    If we divide that number by the number of PCDs reported by

17 each cruise line we get a total of $5.33 cents per passenger

18 per day in on board revenue, do we not?

19 A.    Yes, I believe that arithmetic is correct, sir.

20 Q.    And that would be the actual amount reported for the

21 actual charters.

22 A.    In terms of what's on these reports, yes, I think that's

23 right.  I'm not sure though that I agree that this is the

24 actual on board revenue that was reported.

25 Q.    You agree that that's what these reports show?

1   A.    That I do, sir.

2   Q.    And do you have any better source of information for what

3   on board revenue was earned by these two Cruise Lines for that

4   charter, those charters?

5   A.    In my view the charter agreements, the CPAs that were

6   signed between the RCMP and the Cruise Lines included within

7   the charter hire an amount that would have been comparable to

8   what they had expected, or it would have included what they

9   would have expected in terms of on board revenue.

10  Q.    But you agree with me this is what this report shows?

11  A.    I do, sir.

12          THE COURT:  I'm not sure that I quite understand the

13  reference you just made to the CPAs.  Are you suggesting or is

14  it your understanding that there was a guaranteed amount under

15  the CPAs and therefore, you would conclude that maybe this 535

16  for every passenger a day was actually in addition to, is that

17  what you're saying?

18          THE WITNESS:  Your Honor, something more or less like

19  that.

20          THE COURT:  Some people are what?

21          THE WITNESS:  Yes, more or less.

22          THE COURT:  More or less, okay.

23          THE WITNESS:  More or less.

24       Based on my analysis of the different charter

25  agreements, the agreements with Cruise Connections included a

1  distinct amount for charter hire, a second amount for

2  guaranteed on board revenue, and then an additional amount for

3  guaranteed gratuities for the crew.

4       I added all of those numbers up and came to a number

5  that was essentially the same as the number that was the

6  charter hire price in the agreements with the RCMP and Holland

7  America Carnival.

8            THE COURT:  I knew that it was more, but I understand

9  what you're suggesting might be, I don't know the facts.

10      Go ahead.

11 BY MR. TOWNSEND:

12 Q.   So you're reasoning from the total price?

13 A.   I'm reasoning from the total price, yes.  In one set of

14 contracts with Cruise Connections there was a breakout of what

15 the total amount was for with an opportunity for Cruise

16 Connections to earn back an offset on the on board revenue and

17 that was all clearly articulated in that contract.

18      In the RCMP contracts directly with the Cruise Lines, there

19 was one number. That number was essentially the same as the

20 total from the other more or less and there was no discussion

21 of any guarantee on board revenue or any earn back.

22      So my opinion is that the charter agreements that were

23 signed included an amount equal to on board revenue that on

24 board revenue would have been.

25 Q.   That's your assumption?

1    A.    That's my assumption.

2    Q.    Your opinion expressed in your report is that if Cruise

3    Connections had advanced those charters, it would have earned

4    $49.35 per passenger per day for on board revenue.

5        Have I quoted you correctly?

6             THE COURT:  On average.

7             MR. TOWNSEND:  On average.  Thank you, Your Honor.

8             THE WITNESS:  Yes, sir.

9    BY MR. TOWNSEND:

10   Q.    And that projected amount is higher than the amounts

11   reported as averages by either Carnival Corporation or Royal

12   Caribbean in their annual reports to the SEC; is that right?

13   A.    Yes, it is right.

14   Q.    So your projection was that Cruise Connections would have

15   done better than either Carnival or Royal Caribbean did on

16   average?

17   A.    Yes, that's correct.

18   Q.    And in Exhibit C you break down your estimate according to

19   the different revenue sources?

20   A.    That's right.

21   Q.    We're going to try an experiment, Mr. Snitzer, to see how

22   well I can cope with technology?

23             THE COURT:  Well, you have a colleague who knows how

24   to do that.

25             MR. TOWNSEND:  I can't tell you how much I rely on

```
 1   that, Your Honor.

 2            THE COURT:  I know I rely on people around me all the

 3   time.

 4            MR. TOWNSEND:  Your Honor, can you see on your

 5   screen?

 6            THE COURT:  I surely can.  I'm a lucky duck.

 7   BY MR. TOWNSEND:

 8   Q.   Mr. Snitzer, do you see a reproduction, a portion anyway

 9   of your Exhibit C?

10   A.   I do.

11   Q.   If there's any portion that is not visible on the screen

12   draw my attention and we'll try to arrange the technology to

13   get it up?

14   A.   Okay.

15            THE COURT:  Just for clarity in the record, this

16   Exhibit C is Exhibit C to the witness' expert report?

17            MR. TOWNSEND:  That's true, Your Honor, it's been

18   marked as Plaintiff's Exhibit 9 in this trial.

19            MR. GREEN:  Thank you, Your Honor.

20            THE COURT:  I just wanted everybody who ever reads

21   the record to know we're actually looking at Plaintiff's

22   Exhibit 9.

23   BY MR. TOWNSEND:

24   Q.   You are looking at Plaintiff's Exhibit 9 which started

25   life as Exhibit C to Mr. Snitzer's report?
```

1            THE COURT:  Exactly. We said all that yesterday but

2   it's a new day.

3            MR. TOWNSEND:  It's very helpful, Your Honor.

4            THE COURT:  Go ahead, sir.

5   BY MR. TOWNSEND:

6   Q.   Now in your analysis which appears in the column under

7   likely ISU operation you identified the top four revenue

8   sources from on board revenue that Cruise Connections could

9   have accepted as first bar sales; is that right?

10  A.   That's right.

11  Q.   Combining lounges with wine sales from restaurants, that's

12  the first two lines; is that correct?

13  A.   That's correct, sir.

14  Q.   Second laundry?

15  A.   That's correct.

16  Q.   And I'll go back to bar sales.  You projected there if you

17  add your first two lines, you projected $17.87 from bar sales

18  and $3.94 from sales of alcohol, restaurants and those two

19  would total $21.81 in expected bar sales; is that right?

20  A.   That's correct, sir.

21  Q.   And you projected $7 per person per day in laundry

22  revenue?

23  A.   That's right.

24  Q.   And you projected $6.11 per person per day for shore

25  excursions?

1  A.    That's correct.

2  Q.    And for food that requires us to add another two lines

3  together, you have two lines for food, do you not, Mr. Snitzer,

4  one for alternative restaurants, one for box lunches?

5  A.    That's right.  I put box lunches in there as a separate

6  line because there was a separate item that had been asked for

7  by the RCMP.

8  Q.    So if we add together the $5.14 you projected from

9  alternative restaurants with the $2.86 you projected for box

10  lunches we get $8 per person per day in expected revenue from

11  food sales; is that right?

12  A.    That's correct, sir.

13          THE COURT:  I'm sorry, could you tell me what that

14  total was?

15          MR. TOWNSEND:  Your Honor, it was $8 per person per

16  day for the two food lines.

17          THE COURT:  Right.

18  BY MR. TOWNSEND:

19  Q.    Now your projection for alcohol sales was considerably

20  above the weighted average that you computed for Royal

21  Caribbean and Holland America, was it not?

22  A.    It was.

23  Q.    You computed a weighted average for them that would

24  require us to add .86 to $10.76 cents so it would be roughly

25  $11.80 something cents.  You projected 2181 as the total?

1  A.    I did.

2  Q.    Now you're aware aren't you because you use to work for

3  cruise line that Holland America has a policy not to sell

4  alcohol to anyone under 21; is that right?

5  A.    I am aware of that policy.  To be honest with you, I do

6  not know if it applies also on chartered, in charter

7  situations.  I don't know.

8  Q.    And you're aware that Carnival Cruise Lines has a similar

9  policy, do you not?

10  A.    Yes, I am.

11  Q.    And you're also aware that there were going to be Canadian

12  armed forces personnel on these ships?

13  A.    Yes, I'm aware.

14  Q.    You are aware that the minimum enlisted age of Canadian

15  forces is 17, are you not?

16  A.    I'm aware of that.

17  Q.    There were also going to be Royal Canadian Mounted Police

18  on these ships?

19  A.    I'm aware of that.

20  Q.    And you are aware that the minimum age of enlistment for a

21  member of the Royal Canadian Mounted Police is 19 years?

22  A.    I'm aware of that.

23  Q.    You made no allowance for those ages for projecting

24  alcohol sales, did you, Mr. Snitzer?

25  A.    My assumption was that for that, for this particular

1  assignment because of its high profile that the people who

2  would be assigned by, overwhelmingly would have been people

3  with some experience in the forces, and so therefore, they

4  would essentially all have been 21 or older.

5  Q.    So you assumed they would all be drinking age?

6  A.    That's right.

7  Q.    You have open in front of you there behind Tab A of Mr.

8  Ross' deposition what Holland America reported in actual bar

9  sales for the period of the charter, don't you?

10     May I draw your attention to Tab A, the page stamped 14798?

11  A.    I see it.

12  Q.    And do you find toward the top of the page between the

13  second set of double lines -- I'm sorry -- just above the

14  second set of double lines an entry for gross bar?

15  A.    I see it, yes.

16  Q.    Under that there's a line for bar COS and that's cost of

17  service, is it not?

18  A.    Yes, cost of sales.

19  Q.    Okay, then under that is net bar?

20  A.    I see it.

21  Q.    And that would have been the figure that Holland America

22  reported actually collecting in bar sales?

23  A.    That's correct.

24  Q.    Then if you go to the -- while we're still on that page

25  Mr. Snitzer, Holland America conveniently translates that into

1  a per person per day figure do they not?

2  A.   They do.

3  Q.   And that appears in the second column on the line net bar;

4  is that right?

5  A.   Yes, I see it.

6  Q.   And then if we go to the Carnival report which is behind

7  the first tab of Ms. Derby's deposition and go to page 14091?

8  A.   Okay, I'm on that page.

9  Q.   We also find a line for bar do we not?  In fact, several

10  lines --

11  A.   Yes.

12  Q.   -- at the bottom of the page there's a line that says

13  revenue bar cruise, is there not?

14  A.   I see that line, yes.

15          THE COURT:  Can I ask a question?

16          MR. TOWNSEND:  Yes, Your Honor, please.

17          THE COURT:  Since this is a bench trial and these are

18  irrefutable, the testimony from the witness as to why he thinks

19  the conclusion as to the earnings from the ships that were

20  actually in Vancouver compared to his projections for the CCCM

21  ships that's really valuable, but I don't actually need you to

22  go through it this way.  There's no jury.

23      I can read it.  You can argue it, either orally or in

24  writing.  The Court of Appeals isn't going to read the

25  transcript this way.  So I just want, I mean, you are more than

1  welcome, it's your case.

2          MR. TOWNSEND:  Thank you, Your Honor.

3          THE COURT:  But we're taking a lot of time for

4  something, yes, I can see all of that.

5          MR. TOWNSEND:  We can speed it up.

6          THE COURT:  The really serious question would be does

7  the charter price to Canada include a silent portion for OBR?

8      Well, I don't know what the answer to that is, but

9  that's a question that's been raised, and I assume now that

10 you've heard it you'll have an answer for it from a witness,

11 that's fine.  But that's -- anyway.

12         MR. TOWNSEND:  We will do our best.

13         THE COURT:  The differences here are as obvious to me

14 as they are to you.

15         MR. TOWNSEND:  Thank you, Your Honor.

16         THE COURT:  And to the witness I assume.

17         THE WITNESS:  Yes, Your Honor.

18         MR. TOWNSEND:  I'm sure to the witness.

19         THE COURT:  But if you, I mean, it's valuable to get

20 his explanations but I don't think that we need to go point by

21 point by point.

22         MR. TOWNSEND:  See if we can speed it up, Your Honor.

23 BY MR. TOWNSEND:

24 Q.  Mr. Snitzer, Carnival also has a per person per day

25 figure, do they not?

1   A.    Yes, they do.

2   Q.    And that's in the line headed actual under gross sales

3   GCDs?

4   A.    I see it.

5   Q.    We have to add together their revenue bar and their

6   revenue wine figures do we not?

7   A.    Yes.

8   Q.    We get 285?

9   A.    You get 285.

10  Q.    And that's higher than the number that Holland America

11  reported per person per day?

12  A.    I'm sorry, I don't -- okay, okay, yes.

13  Q.    So if to allow, to give Cruise Connections the benefit of

14  the doubt if we take the higher per person per day figure,

15  we're taking the, that's better than trying to average them

16  which requires us to go back in and do a lot of division,

17  right?

18  A.    Yes.

19  Q.    So if we put 285 as the higher of the numbers realized by

20  the two cruise lines, that would fairly represent what you see

21  in the record?

22  A.    Yes, so far.

23  Q.    With those same papers in front of you, let me ask you if

24  I said that the highest figure reported by either cruise line

25  for food sales was .24 per person per day, would you disagree

1  with me?  You've got the reports open in front of you but we

2  can speed things up if that sounds right to you?

3  A.   Sounds right to me.

4  Q.   And if I ask you to confirm that both Cruise Lines

5  reported zero dollars in revenue for per day per person for

6  shore excursions you could agree that that's true?

7  A.   I believe that's correct.

8  Q.   If I asked you to confirm that the revenue from shops that

9  the highest per person per day figure reported by either cruise

10 line from shops was .11 per day, would you agree with that?

11 A.   I believe so, yes.

12 Q.   And if I ask you to confirm that the highest value for spa

13 revenue reported by either cruise line was .64 a day you would

14 agree with that?

15 A.   I believe so, yeah.

16 Q.   Mr. Snitzer, going on to laundry sales you assumed that

17 Cruise Connections would realize $7 per day for revenue for

18 laundry paid by RCMP and the forces; is that right?

19 A.   Yes, sir.  Actually, my $7 was both included what they

20 would pay and also the amount of a subsidy that was planned.

21 Q.   So that Cruise Connections would receive $7 per day?

22 A.   Yes.

23 Q.   Now you were aware that Cruise Connections had reached an

24 agreement with Holland America on what Holland America would

25 charge Cruise Connections for laundry service for all

1  passengers on the ships, are you not?

2  A.   Yes, I am.

3  Q.   We can save time if you agree with my arithmetic so let me

4  give you the conclusion first.  I translate that into a rate of

5  $3 per passenger per day.

6      Do you agree with that summary or do we need to go through

7  the figures to get there?

8  A.   Well, I understood that figure slightly different, sir.

9  Q.   Okay, how did you understand it?

10  A.   I understood that the subsidy worked out to $3 per person

11  per day but that there still would be additional, that that was

12  meant to subsidize the laundry.  That was my understanding that

13  that amount was meant to subsidize the laundry so that the

14  laundry services would be offered at a lower price to the staff

15  on board the ships.

16  Q.   Mr. Snitzer, my question referred -- you are aware that

17  there was an agreement negotiated between Cruise Connections

18  and Holland America for the charter of a ship to be provided to

19  the RCMP, are you not?

20  A.   Yes.

21  Q.   And do you agree, are you aware that one of the terms in

22  that agreement was a provision for what Cruise Connections

23  would pay Holland America for laundry service?

24  A.   That's right.

25  Q.   It was to provide laundry to all passengers?

```
1   A.    That's right.

2   Q.    This is before subsidy, this is what Cruise Connections

3   would owe Holland America?

4   A.    Uh-hmm.

5   Q.    So Cruise Connections was going to pay $3 per person per

6   day for laundry?

7   A.    Uh-hmm.

8   Q.    To Holland America.  That's what its cost would have been.

9   Your projection assumes that Cruise Connections would have

10  added $4 per person per day to what it actually charged the

11  police and the armed forces; is that right?

12  A.    My assumption is that there would have been a charge for

13  laundry services, yes.

14  Q.    It would have exceeded Cruise Connections' cost by $4?

15  A.    Yes, something like that, yes.

16  Q.    Now if Cruise Connections had settled for a mark up of say

17  25 percent on its cost, it would have charged $3.75 a day

18  wouldn't it?

19  A.    The cost of services on board a cruise ship and in many

20  hospitality venues is not a mark up based on what the services

21  cost.  It's the price is arrived from a completely different

22  formula.

23  Q.    What the market can bear?

24  A.    Within reason, yes, sir.

25  Q.    Where did you find --
```

1          THE COURT:  It's a profit sector is what you're

2    saying.

3          THE WITNESS:  Yes, exactly, Your Honor.

4    BY MR. TOWNSEND:

5    Q.   If Cruise Connections had been held -- you are aware that

6    you are dealing with people whose per diem was $17 per day, are

7    you not?

8          THE COURT:  Did you know that then is really the more

9    relevant question?  If you know it now, what do you think?

10          THE WITNESS:  I knew it then, Your Honor.

11          THE COURT:  Okay.

12      Then he knew it.

13          THE WITNESS:  I knew it.  But I would just embellish

14    on that by pointing out that also people's food was covered.  I

15    mean, they were not paying for their own food on board the

16    ship.  So there was, you know, and if they were not on this

17    assignment they would have been responsible for purchasing

18    their own food for three meals a day.

19    BY MR. TOWNSEND:

20    Q.   And then they probably would have had a different per

21    diem; is that right?

22    A.   I believe the number would have been something like a $117

23    or something.

24    Q.   But they didn't have to purchase food so they got $17?

25    A.   That's right.

1  Q.    You projected that of that 17 they would have spent 7 on

2  laundry?

3  A.    Yes, sir.

4  Q.    Okay. If they had been charged a mark up of say 25

5  percent, that would translate into 375 a day wouldn't it?

6  A.    If they had done that.  I don't think they would have.

7  Q.    Similarly on the internet, Mr. Snitzer, you projected that

8  would generate $3 per person per day; is that right?

9  A.    Yes.

10 Q.    You also said that would be subsidized by the ISU; is that

11 right?

12 A.    That's right.

13 Q.    Where did you obtain that information from, Mr. Snitzer?

14 A.    If I remember correctly it was in one of the last pages of

15 the CPA.

16 Q.    The CPA?

17 A.    Between Cruise Connections and RCMP.

18 Q.    Not between Cruise Connections and the line, but between

19 Cruise Connections and the RCMP?

20 A.    No.  I believe it was between Cruise Connections and the

21 Cruise Lines.

22 Q.    Are you aware that these ships were not going to be at

23 sea?

24 A.    That's right.

25 Q.    They were not going to have to depend on satellite

1   communications?

2   A.   That's right.

3   Q.   They were going to be berthed in the middle of the City of

4   Vancouver?

5   A.   They were going to be berthed in Vancouver, that's right.

6   Q.   Where cell phones work?

7   A.   That's right.

8   Q.   Better than they do here as a rule?

9   A.   If you say so, sir.

10  Q.   And you're aware that there was no rule against the

11  members of the forces having their own cell phones?

12  A.   Not that I was aware of.

13  Q.   So they could have talked to their families as often as

14  they wished with no charge made by the cruise line?

15  A.   Yes, that's true on their cell phones.

16  Q.   And you still expected them to pay $3 out of their $17 per

17  day for internet service?

18           THE COURT:  On average.

19           MR. TOWNSEND:  On average.  Thank you, Your Honor.

20           THE WITNESS:  And including the subsidy.

21  BY MR. TOWNSEND:

22  Q.   And including the subsidy.

23     Now internet service was only going to cost Cruise

24  Connections $2 a day wasn't it?

25  A.   That's right.

1  Q.   So if, again if we assumed 25 percent market mark up they

2  would have charged 250 a day for internet service?

3  A.   If we assumed the mark up, yes.

4       THE COURT:  Are you deciding that that is the profit

5  margin that's acceptable?

6       MR. TOWNSEND:  No, Your Honor.  I'm just suggesting

7  that is a reasonable mark up if Mr. Snitzer agrees with my

8  arithmetic.

9       THE COURT:  I'm not in the business, so I don't know

10 which is a more reasonable.  One is less expensive than the

11 other, I'll grant you that.

12       Anyway, keep going.

13 BY MR. TOWNSEND:

14 Q.   Mr. Snitzer, if we add up these numbers, if we use my

15 numbers here on the red in the exhibit instead of yours on the

16 same line, I will spare you the arithmetic and give you my

17 conclusion and you tell me if you disagree with the addition.

18    With these numbers we get to about $10.09 per person per

19 day would we not?

20 A.   Yes, we would.

21 Q.   And if we multiply that by the number of berths on your

22 revised Exhibit E which is Plaintiff's Exhibit 13 here, that

23 would require taking the two numbers 88,493 and 38,507 on

24 Exhibit 13 adding them together?

25       THE COURT:  That's for the number of passengers?

```
 1              MR. TOWNSEND:  That's for the number of pass --

 2   number of passenger cruise days, Your Honor.

 3              THE COURT:  Right, right.

 4   BY MR. TOWNSEND:

 5   Q.   We would get 6 -- I'm sorry -- if we add 88,493 to 38,507

 6   we get a 127,000 passenger cruise days, you would agree that

 7   that would be the right number to multiply by, do you not,

 8   Mr. Snitzer?

 9   A.   I do.

10   Q.   If we multiply that by $10.09 you would agree with me that

11   we would get $1,281,430, would you not?

12              THE COURT:  Could you say that number again for me?

13              MR. TOWNSEND:  Your Honor, it's on the sheet in front

14   of you but it's 1 million, 2 hundred -- I'm sorry --

15              THE COURT:  Where is it?  Oh, down there.

16              THE WITNESS:  There you go.

17              THE COURT:  Thank you, I didn't see it.

18              MR. TOWNSEND:  Technological challenge was too much

19   for me, Your Honor.

20              THE COURT:  That's okay.

21              MR. TOWNSEND:  1,281,430.

22              THE COURT:  So that's multiplying by a 127,000?

23              MR. TOWNSEND:  Yes, Your Honor, that's simply

24   multiplying --

25              THE COURT:  The 1009.
```

1          MR. TOWNSEND:  The 1009.

2          THE COURT:  Got it.  And will you make this Exhibit

3    with your marks on it defense --

4          MR. TOWNSEND:  Your Honor, if I may.

5          THE COURT:  There you go.

6          MR. TOWNSEND:  What number are we up to?

7          THE COURT:  421.

8          MR. TOWNSEND:  We call this Defendant's Exhibit 14 if

9    Your Honor please, and I offer that in evidence.

10          THE COURT:  Thank you.

11          (Defendant's Exhibit Number 14 marked and received into

12    evidence.)

13          We can make copies of that at a break so that everybody

14    can have copies of this Exhibit.

15          MR. TOWNSEND:  Be happy to, Your Honor.  Thank you.

16    BY MR. TOWNSEND:

17    Q.   Mr. Snitzer, for the repositioning cruise you projected

18    higher revenue -- I'm sorry -- at Exhibit D to your report

19    which was marked yesterday as Plaintiff's Exhibit 11 you

20    predicted a total of 41,000 -- I'm sorry -- $41.33 per person

21    per day in OBR revenue from the repositioning cruise did you

22    not?

23    A.   Yes, I did, sir.

24          THE COURT:  Do you have that on this Exhibit?

25          MR. TOWNSEND:  No, Your Honor, that's Plaintiff's

1   Exhibit 11.

2             THE COURT:  Thank you.

3             MR. TOWNSEND:  I can put it right here if Your Honor

4   will overlook my highlighting.

5             THE COURT:  Thank you.  Well, you don't have to if

6   your highlighting is to reveal your intent.

7             MR. TOWNSEND:  Here's Plaintiff's Exhibit 11, Your

8   Honor.

9             THE COURT:  Okay.

10  BY MR. TOWNSEND:

11  Q.   You were predicting that a large part of that would be

12  from bar sales were you not, Mr. Snitzer?

13  A.   Yes.  Bar sales are very important to cruise line on board

14  revenue.

15  Q.   In fact, you were predicting $13.45 per person per day

16  from bar sales were you not?

17  A.   Yes, I was.

18  Q.   And an additional .86 per person per day from sales of

19  alcoholic beverages in restaurants?

20  A.   Yes, sir.

21  Q.   And you were predicting such high sales because people

22  would be at sea for four days, were you not?

23  A.   Well, there were a couple of factors.  The biggest

24  consideration is that the average for Royal Caribbean and

25  Holland America on my schedule that average is based on cruises

1 of all length and the average cruise length for these brands is

2 probably something like eight and a half days.

3    On a four day cruise people tend to spend more per person

4 per day in every venue on a shorter cruise than on a longer

5 cruise and there's an exception for repositioning cruise that

6 doesn't include any ports of call, there are no shore excursion

7 revenue.  There is no shore excursion revenue.

8 Q.   So they would have been at sea for four days; is that

9 right?

10 A.   They would have been at sea for four days.

11 Q.   In the middle, second half of February?

12 A.   I think it was in January and February, right.

13 Q.   The repositioning would have been returning in February?

14 A.   Uh-hmm.

15 Q.   On the way up it would have been in January?

16    THE COURT:  I thought the repositioning would be in

17 March I.  That's right, I thought the ships were suppose to

18 stay until March, that they were coming in the end of January,

19 going to be there in February and leave in March.

20    Am I wrong?

21    MR. TOWNSEND:  Actually, Your Honor, I think you are

22 right on this ship.  So this ship would have been going back

23 early in March.

24    THE WITNESS:  That's correct.

25    THE COURT:  I don't know if it makes a difference to

1   your point but go ahead.

2   BY MR. TOWNSEND:

3   Q.   Either way January and March in the North Pacific are

4   pretty chilly are they not?

5   A.   Yeah.

6   Q.   And it gets dark early?

7   A.   Yes.

8   Q.   And it's pretty stormy at that time of year?

9   A.   Yes.

10  Q.   And you made no allowance in this projection for sea

11  sickness did you, Mr. Snitzer?

12  A.   I assumed that sea sickness would be what it is on a

13  typical cruise.

14  Q.   Thank you, Mr. Snitzer.

15       MR. TOWNSEND:  I have no further questions, Your

16  Honor.

17       THE COURT:  All right, thank you very much.

18     Did you have any redirect?

19       MR. GREEN:  Yes, Your Honor, very briefly.

20       THE COURT:  I'm sorry, I'm trying to find the

21  passenger cruise days.  Can you tell me what Exhibit that's on?

22  That's on a defense Exhibit because the witness' exhibits all

23  used available berths, right?

24       MR. TOWNSEND:  Actually, Your Honor --

25       THE COURT:  And you guys used real days.  Excuse me

1   for real days, you know what I mean.  The ramp up and ramp down

2   and not every ship full.

3           MR. TOWNSEND:  In the exhibits to the Ross Derby they

4   have the actual PCDs which are called PCDs by one cruise line

5   and ALPDs by another Cruise Lines.

6           THE COURT:  Right, it's exhibits to those

7   depositions, okay.  Thank you.  Thank you, that's what I needed

8   to be able to find.  Thanks a lot.

9           MR. TOWNSEND:  Thank you, Your Honor.

10          THE COURT:  Mr. Townsend, if you want to give us a

11  copy of your Exhibit, your Exhibit 14 we'll get copies, we can

12  get copies made during the break, okay.

13          MR. TOWNSEND:  Thank you, Your Honor.

14          MR. GREEN:  Your Honor, just asked a question about

15  the number of PCDs or ALBDs.

16          THE COURT:  Yes.

17          MR. GREEN:  That were actually experienced during the

18  olympics.

19                        REDIRECT EXAMINATION

20  BY MR. GREEN:

21  Q.   I believe Mr. Snitzer is that shown on your revised

22  Exhibit E?

23  A.   Yes, it is.

24  Q.   Can you direct the Court to it?

25  A.   Yes, if you look at the Exhibit.

```
1              THE COURT:  Oh, there it is.  ALBDs -- no, that won't
2    work either.
3              THE WITNESS:  Your Honor, if you show me that.
4              THE COURT:  Exhibit E?
5              THE WITNESS:  You have in your hand Exhibit 12.
6              MR. GREEN:  Look at Plaintiff's Exhibit 13.
7              THE WITNESS:  13.
8              THE COURT:  13.
9              THE WITNESS:  On the third column from the right,
10   Your Honor, it says alternative PCDs, those are the actual
11   PCDs.
12             THE COURT:  I have it.  The actual numbers.
13             THE WITNESS:  For the time that the ship was in
14   Vancouver.
15             THE COURT:  Thank you.
16   BY MR. GREEN:
17   Q.   And that's what your alternative calculation is based on,
18   correct?
19   A.   That's correct.
20   Q.   You use that number essentially to fill the actual ships
21   that Cruise Connections had contracted for?
22   A.   That's correct.
23             THE COURT:  I remember how this works.
24             MR. GREEN:  Okay.
25             THE COURT:  I just couldn't find it, but now I have
```

1  two sources.  Thank you.

2          MR. GREEN:  Okay.

3  BY MR. GREEN:

4  Q.   The Court asked a question about OBR being addressed in

5  the, whether it was or how it was addressed in the CPAs between

6  the RCMP and Holland and Carnival.

7      Do you remember that?

8  A.   Yes.

9          MR. GREEN:  I would like to approach, Your Honor, and

10  hand to Mr. Snitzer Plaintiff's Exhibit Number 6.

11          THE COURT:  All right.

12  BY MR. GREEN:

13  Q.   Do you recognize Plaintiff's Exhibit Number 6?

14  A.   I do.

15  Q.   Those are --

16          THE COURT:  What are those?

17          THE WITNESS:  This is the charter party agreement

18  between Carnival Cruise Lines and --

19          THE COURT:  Okay.  Okay.  They're just the CPAs.

20          MR. GREEN:  They're the CPAs between the RCMP and

21  Holland and all three are in that Exhibit 6.

22          THE COURT:  RCMP, Holland and Carnival or just RCMP

23  and Holland?

24          MR. GREEN:  It's RCMP and Holland and Carnival?

25          THE COURT:  It's the three CPAs for the Vancouver

1    Olympics.

2             MR. GREEN:  That's exactly right, Your Honor.  I got

3    it.

4    BY MR. GREEN:

5    Q.   Did you review those CPAs?

6    A.   Yes.

7    Q.   In forming your opinions?

8    A.   I did.

9    Q.   Can you tell me whether or not OBR is addressed in any of

10   the CPAs?

11   A.   OBR does not appear to be addressed in any of these CPAs.

12   Q.   In your experience have you seen charter party agreements

13   before this case?

14   A.   I have seen many charter party agreements.

15   Q.   Have you seen any OBR not be addressed in a charter party

16   agreement?

17   A.   Not to my recollection.

18   Q.   It is almost always addressed in a charter party

19   agreement, is that fair?

20   A.   Yes.

21   Q.   What does it mean in your experience that it has not been

22   addressed in these CPAs?

23             MR. TOWNSEND:  Objection, Your Honor.  Foundation for

24   an opinion on this.

25             THE COURT:  Oh, I think that there is sufficiently at

1    least from his experience whatever weight it has.

2          Thank you.

3            THE WITNESS:  It is my common practice when looking

4    at different agreements and different prices for different

5    scenarios to always take the pricing for a particular scenario

6    and divide it by the ALBDs to get a price per ALBD because that

7    tends to make things more easily comparable.

8          You can compare a three day cruise with a ten day

9    cruise, you can compare a European cruise with a Caribbean

10   cruise, you can do all kind of things with this magical ALBD

11   number.

12         So my first step as it always is, is to look at what was

13   the Cruise Connections' contract price, total price per ALBD

14   for that contract, and what was the contract price -- what was

15   the price per ALBD here, to make them comparable.

16         And I did that arithmetic as part of my analysis to see

17   if these new documents, to what extent they would change my

18   opinion.

19         And what I learned was that the price paid or the price

20   of these agreements with the RCMP was essentially the same

21   number, it was a $199.71, okay, which was --

22   BY MR. GREEN:

23   Q.   Is that per ALBD?

24   A.   Per ALBD.

25   Q.   What is that number again?  I'm sorry?

1          THE COURT:  19971.

2          THE WITNESS:  19971.  And that compares to -- bear

3    with me for just a second -- so that was the price.  That

4    compared to 19946 for the Cruise Connections' agreement.  So I

5    looked at it, I said okay, that's the same number, it's quite

6    close.

7          The Cruise Connections' agreement though the 199 was the

8    combination of charter hire plus the guarantee on board revenue

9    plus the guaranteed gratuities.  So if you added all three of

10   those components together and looked at the total price and

11   divided it by the capacity that was contracted for, it was

12   about the same.

13         So I see from that that in this, on this agreement all

14   of those, all of that money was just rolled up into the charter

15   hire figure and there was no separate breakout for OBR or for

16   gratuities.  But in fact, the dollars involved were essentially

17   the same number of dollars.

18   BY MR. GREEN:

19   Q.   Okay, so that's the basis of your opinion that OBR was

20   essentially built into the RCMP's contract with the Cruise

21   Lines?

22   A.   Yes, sir.

23         THE COURT:  Could I ask another question?

24         MR. GREEN:  Sure.

25         THE COURT:  Cruise Connections has been clear that

1  pursuant to its agreement it anticipated a single embarkation,

2  a single disembarkation date and therefore, the ships to be

3  essentially full.  I mean, you know, not necessarily totally

4  but essentially full the whole time.

5          THE WITNESS:  That's right, Your Honor.

6          THE COURT:  Can you tell from the CPAs that the RCMP

7  actually signed and under which they operated was this 19971,

8  is that based on the same expectation that the ships would be

9  full?

10          THE WITNESS:  What I'm dividing by is the available

11  capacity, not the actual utilized capacity.

12          THE COURT:  Right, exactly, that's what I thought.

13  Okay.  Thank you.

14      I can read the CPAs myself after.  Thank you.

15  BY MR. GREEN:

16  Q.   In your -- I'm going to show you Defendant's Exhibit

17  Number 14.  There's the 14.  And you were asked some questions

18  about these expect -- Mr. Townsend wrote in 285 and .24 and

19  .11 cents.  In your experience with OBR, have you ever seen a

20  spend per person per day from bar revenue be 2.85 dollars per

21  person per day?

22  A.   No, I've never seen numbers this low.

23  Q.   Have you ever seen -- you said numbers, for all of these

24  numbers or for -- in other words, for any of these, the numbers

25  that were written in?

1  A.   I have never seen, I mean, I mean, I have seen zero for

2  shore excursions before because there have been repositioning

3  cruises where there were zeros because there were no shore

4  excursions.  But going through looking at bar, food, shops,

5  spa, those numbers are quite outside of anything that I've ever

6  seen before in terms of how low they are.

7  Q.   And the, in review of the actual materials, the actual

8  numbers that Mr. Townsend took you through in the deposition of

9  Mr. Ross and Ms. Derby, you saw the spend on various areas of

10  OBR, correct?

11  A.   Yes, I did.  And what I noticed was that the scenarios

12  between the two agreements appear to be quite different.

13  Q.   What do you mean by that?

14  A.   In the Cruise Connections' agreement, there was a very

15  clear expectation that the charterer would be able to earn back

16  all or a portion of the guaranteed on board revenue.  And in

17  the documents that I read in preparation for creating my

18  opinion, I read about wanting to maintain morale, wanting to

19  give the staff, you know, opportunity to recharge and for rest

20  and relaxation, and also I read about a desire to have people

21  spend their free time on the ship or, you know, or in a

22  controlled environment so on tours where there were buses that

23  went from the ship directly to the venue of the shore excursion

24  which sounded a lot to me like a normal cruise operation.

25       When I saw the documents of the actual spending that

1  happened, as I looked beyond the exhibits that we went over in

2  court a few minutes ago I noticed there were many venues on

3  board where there was zero spent which tells me that those

4  venues were shut.  Because even if they had been five people

5  had shown up there would have been some spending.

6      So I think what we're looking at is the actual scenario

7  that occurred was very different than what had been agreed to

8  in the Cruise Connections' charter agreement.

9  Q.   Okay.  Where you say you read about wanting to keep or

10  maintain morale, provide rest and relaxation to the security

11  forces, where are you talking about, where did you read that?

12  A.   I don't remember exactly where.  But yesterday we saw an

13  Exhibit of all of the documents that I had read in preparation

14  for rendering my expert opinion.

15  Q.   That's Plaintiff's Exhibit Number 10?

16  A.   Exactly.

17          THE COURT:  I know where it is.

18          MR. GREEN:  In the depositions of --

19          THE COURT:  Donna, whatever.

20          MR. GREEN:  And Kevin deBruyckere.

21          THE COURT:  I told you I read those.

22          MR. GREEN:  Thank you, Your Honor.  That's fine.

23  BY MR. GREEN:

24  Q.   Mr. Snitzer, I don't believe I have any further questions.

25  Wait.

1       I actually do have one more question, sorry?

2            THE COURT:  All right.

3  BY MR. GREEN:

4  Q.   Mr. Snitzer, does it make a difference if a charter has

5  experience and is skilled with promoting OBR, does that matter?

6  A.   I think so, yes.

7            THE COURT:  Why, what's the difference?

8            THE WITNESS:  To maximize the revenue on board a

9  cruise ship you need to just understand what people want, tend

10 to want to do at certain times of the day and how to

11 communicate promotional activity to stimulate sales in the

12 different venues.

13      So it may have made sense for example to run a happy

14 hour in the bars or some of the bars at certain times of day.

15 Or it may have made sense to run a two for one special.  But

16 typically on board a ship, the generation on board revenue is

17 managed by people who are looking to maximize the profit from

18 those venues.

19           THE COURT:  Which is the hotel staff.

20           THE WITNESS:  That's typically the hotel staff, yes.

21 BY MR. GREEN:

22 Q.   Did Cruise Connections have the ability to go on the ship

23 and market and manage OBR?

24 A.   That was my understanding, yes.

25 Q.   You took that into account?

1    A.    I did.

2    Q.    Has anything changed for you, your opinions with regard to

3    the $49 per day per passenger spend, is that still your

4    opinion?

5    A.    Yes, it is.

6    Q.    And that's still to a reasonable degree of probability in

7    your field?

8    A.    Yes, I believe so.

9              THE COURT:  What about the fact -- excuse me, you

10   want to stay right there.

11             MR. GREEN:  Go ahead.

12             THE COURT:  What about the fact that even with lower

13   numbers of personnel on the ships that they ramped up and

14   ramped down, so that they weren't all there for six weeks,

15   wouldn't that effect your analysis to a certain extent so that

16   the $49 might be lower?

17             THE WITNESS:  Yes, Your Honor.  I do believe there

18   would be an impact on the purchase of sundry materials from the

19   gift shop.  The need to do laundry might not be quite as great

20   if people were on board for a shorter duration.

21         But then as I said, it's been my experience that people

22   sort of tend to go onto these things with a budget of what

23   they'll spend and if they're on for 20 days, you know, they'll

24   spend that budget and if they're on for 30 days, they'll spend

25   that budget.  So if they're on for fewer days actually there

```
 1  would be a tendency for people to spend more per day than if

 2  they were on longer.

 3          THE COURT:  And you think that would be applicable

 4  even between persons on vacation and this situation where the

 5  cruise ships are being actually hotels?

 6          THE WITNESS:  I believe so.  I have to say as I

 7  looked at this and thought about this, I thought that there

 8  were offsetting reasons why I could argue, you know, could

 9  assume that spending would be lower and also why it might be

10  higher, so at the end I didn't change the number.

11          THE COURT:  Okay.

12  BY MR. GREEN:

13  Q.   I kind of left one thing hanging I suppose.  Did you take

14  into consideration that when RCMP chartered vessels who was

15  going to have to manage the OBR in that scenario?

16  A.   I think that it had already been managed in the signing of

17  the agreement.

18  Q.   But I guess what I'm saying is did you make any types of

19  assumptions about whether RCMP had ever marketed and pushed OBR

20  on a cruise ship before?

21  A.   In terms of the Cruise Connections' agreement I understood

22  that it was quite the intention that the Cruise Connections'

23  experienced staff would be, you know, would be driving and

24  making sure that the ship was delivering as let's say as robust

25  an experience as possible.
```

1  Q.    Okay.  And when the RCMP was doing this did you make any

2  assumption about whether or not RCMP has any experience in

3  marketing on board revenue spend?

4  A.    On the basis of what I saw, I assumed that the RCMP made

5  no effort whatsoever to manage revenue on board the ship.

6          MR. GREEN:  Thank you.  No further questions.

7          THE COURT:  Thank you.

8          MR. TOWNSEND:  Your Honor, I have some recross.

9          THE COURT:  Yes.  I am going to allow Mr. Townsend to

10  recross since I asked some questions too.

11                     RECROSS EXAMINATION

12  BY MR. TOWNSEND:

13  Q.    Mr. Snitzer, in the actual charters for the ships that it

14  showed up for the olympics, if there was bar revenues the

15  cruise lines would have kept that would they not?

16  A.    Yes.

17  Q.    And the bars were open, weren't they?

18  A.    Some bars were open.

19  Q.    You can tell that some bars were open from the reports

20  attached to the Ross and the Derby reports?

21  A.    That's right.

22  Q.    And so you are saying that the Cruise Lines just left the

23  money on the table?

24  A.    I think that's right, sir.

25  Q.    Mr. Snitzer, Plaintiff's Exhibits 10 which was originally

1 Exhibit B to your report list the documents that you say you

2 reviewed to prepare your expert report.  Is that right?

3 A.   Yes.

4 Q.   The charter parties between the RCMP and Carnival and

5 Holland America are not listed on this Exhibit, are they,

6 Mr. Snitzer?

7 A.   That's correct because I was given those documents quite a

8 long time after this Exhibit was prepared.

9     The documents that you gave me yesterday and these

10 documents which were just given to me a few minutes ago I had

11 previously seen about a week or ten days ago.  So they were not

12 listed here.

13 Q.   Is that a week or ten days ago when you saw the charter

14 parties between the RCMP and Carnival and Holland America?

15 A.   That's correct.

16       MR. TOWNSEND:  Your Honor, I move to strike all of

17 Mr. Snitzer's testimony about those charter parties.  There's

18 no disclosure in his report that he had reviewed them.

19       He was required under Rule 26 to have supplemented that

20 report no later than the pretrial conference.  He has just

21 testified that he reviewed them before the pretrial conference.

22       THE COURT:  All right.  I'll take that under

23 consideration.

24       Did you wish to respond, Mr. Green?

25       MR. GREEN:  I do, Your Honor.

1              THE COURT:  Okay.

2              MR. GREEN:  First of all, Mr. Townsend has asked

3    about those is the first one that I believe asked about those

4    CPAs between the RCMP and the Cruise Lines for one.

5              Number two, the documents that were just authenticated

6    last week by the Cruise Lines necessitated a review by this

7    witness of what the deal was between the RCMP and the Cruise

8    Lines to make sense of those newly, those documents that were

9    obviously authenticated and coming in.

10             THE COURT:  Well, they're not just authenticated.  In

11   a certain extent they're extended.  I mean, for Carnival it's

12   much more information.

13             MR. GREEN:  Well, correct.  It's a lot of information

14   without understanding what the basis of the deal was which was

15   through the CPAs Mr. Snitzer's testimony would mean very little

16   to the Court.  So he was required to look at their deal whereas

17   before for the expert deadline over, I guess over a year ago in

18   this case, what was important to him was what Cruise

19   Connections' deal was.  So that's --

20             THE COURT:  Okay.

21             MR. GREEN:  Thank you.

22             THE COURT:  I'll just take that under advisement and

23   I may run through the transcript to see how the thing actually

24   developed, run through my notes.

25             Thank you very much, sir.

1            THE WITNESS:  Thank you, Your Honor.

2            THE COURT:  Your testimony has been much appreciated.

3        (Witness excused.)

4        All right, do you have another witness?

5            MR. STRAUCH:  Your Honor, we have a witness by

6    affidavit.  I believe you already have Colleen Ludwig's

7    deposition.

8            THE COURT:  I do, it's right here.

9            MR. STRAUCH:  So we would offer that the de bene esse

10   deposition taken.

11           THE COURT:  Could you just come to the mic?  We will

12   get this so much better at the mic.

13           MR. STRAUCH:  Sorry.  Colleen Ludwig was a de bene

14   esse deposition taken November 13, so we would offer that.  I

15   understand that the Court has already read the deBruyckere,

16   Mercer and Kaluza testimony that we put into our deposition

17   designations.  Just in case that I'm suppose to formally offer

18   that I'm doing that.

19       But with that, Your Honor, we rest.

20           THE COURT:  Thank you very much.

21       Do you want to take a short break so you can have a

22   minute to consider?  How many witnesses does the Queen in right

23   of Canada have to present or should I say the Crown?  Isn't

24   that nice to represent the Crown?

25           MR. CHRISTENSEN:  It's Her Majesty the Queen of

```
 1  Canada.

 2          THE COURT:  Her Majesty the Queen of Right of Canada,

 3  yes, the Crown.

 4          MR. CHRISTENSEN:  Yes, the Crown has two witnesses,

 5  Your Honor.

 6          THE COURT:  Two witnesses, thank you.

 7      All right, let's take a break until eleven o'clock, and

 8  then we will hear the Crown's first witness.

 9          (Morning recess at 10:45 a.m.)

10          (Proceedings resumed at 11:05 a.m.)

11          THE COURT:  All right, we're now ready to begin

12  taking the Queen's evidence.

13      Is it Mr. Christensen or Mr. Townsend to whom I should

14  say who will be your first witness?

15          MR. CHRISTENSEN:  Should actually ask Ms. Lane.

16          THE COURT:  Oh, Ms. Lane, oh, I'm so sorry.

17          MS. LANE:  No, not at all.

18      The first witness is Donna Kaluza.

19          THE COURT:  Could you please come forward, ma'am.

20      I do apologize to you.  You see, you're not in view

21  behind my -- But really that's, I knew you were there.

22      DEFENDANT WITNESS DONNA J. KALUZA-GENIK SWORN

23          THE COURT:  Thank you, ma'am.

24      Whenever you are ready, Ms. Lane.

25                       DIRECT EXAMINATION
```

1    BY MS. LANE:

2    Q.   Ms. Kaluza, can you introduce yourself to the Court?

3    A.   Yes, I can.

4        Good morning, Your Honor, my name is Donna Jean Kaluza

5    Genik, K-A-L-U-Z-A – G-E-N-I-K.

6        I'm a retired member of the Royal Canadian Mounted Police,

7    the RCMP and I may also refer to them as the Force.  I live

8    presently in British Colombia.

9            THE COURT:  Don't give us a true address or we'd have

10   to strike it.  British Columbia is fine.

11           THE WITNESS:  Thank you. British Columbia and am

12   presently called by the RCMP and the Department of Justice

13   Canada who are represented here today to speak to a time when I

14   was a serving member of our RCMP in British Columbia and worked

15   at the Vancouver 2010 Integrated Security Unit.

16           THE COURT:  Thank you, ma'am.

17       Did you say that your name is a hyphenated last name?

18           THE WITNESS:  My legal name.  But please for the

19   record, you can use Kaluza.

20           THE COURT:  Kaluza.

21       I would advise the Court Reporter that Ms. Kaluza is

22   from Canada and so she said zid but she meant Z, K-A-U-L-U-Z-A,

23   right?

24           THE WITNESS:  K A L U Z A?

25           THE COURT:  I have an extra U, forgive me.

1        Okay.  I lived in Canada a couple of years and loved it,

2   so it was a long time ago.

3        Go ahead, ma'am.

4   BY MS. LANE:

5   Q.   Ms. Kaluza, can you give us some background on your time

6   at the RCMP?

7   A.   I was in the RMCP for 36 years and four months and retired

8   in 2012.

9        I had a varied career, serving in various places across

10  Canada in various roles.  At the time of my retirement and when

11  I was stationed at the Intergrated Security Unit, I held the

12  rank of a Commissioned Officer Inspector.

13  Q.   Can you, when did you begin working with the Integrated

14  Security Unit?

15  A.   I joined the Integrated Security Unit on January 22nd,

16  2008.

17  Q.   Can you tell us a little bit about what the Intergrated

18  Security Unit was?

19  A.   The ISU was technically a planning unit to develop and

20  later implement the security profiles and plans for all of the

21  security venues for the olympic games during the winter

22  olympics of 2010 in Vancouver Whistler.

23  Q.   Was the RCMP the only organization that was part of the

24  ISU?

25  A.   No, they were not.  It was a compilation or an integrated

1 unit relating to a variety of police agencies from throughout

2 British Columbia.  We had members of the Canada Border Services

3 Agency.

4          THE COURT:  I'm sorry, could you talk a little

5 louder?

6          THE WITNESS:  I'm sorry.  I'm trying to make sure

7 that I don't speak too swiftly for the Reporter.

8          THE COURT:  That's true too.  Thank you, ma'am.

9          THE WITNESS:  Apologies.

10          THE COURT:  What was the first, other than the RCMP,

11 what was the first other group you mentioned?

12          THE WITNESS:  It was an integrated.

13          THE COURT:  Right, I knew that.

14          THE WITNESS:  Group.

15          THE COURT:  But RCMP and who else?

16          THE WITNESS:  Other police agencies from the Province

17 of British Columbia, such as Vancouver Police Department, New

18 West Police Department, various federal agencies such as Canada

19 Border Services or CBSA, Department of Justice were represented

20 there as well.

21     The CSIS organization, Canadian Security Intelligence

22 Service, and later on with the formation of various other

23 responsibilities.  There were actually representatives from the

24 United States of America as well from an intelligence basis.

25 BY MS. LANE:

1    Q.   One of the organizations you mentioned was the Canadian

2    Forces?

3    A.   I did not mention them, but yes.  The Canadian forces or

4    Canadian military which included the Navy, the Air Force and

5    the Armed Forces of Canada were an intrinsic part of that

6    organization.

7    Q.   What was the central purpose of the Integrated Security

8    Unit?

9    A.   The central purpose was the planning and implementation of

10   a security plan during the olympics period and for the para

11   olympics which would follow and the ramp up prior to and at the

12   end.

13               MS. LANE:  Excuse me.

14               THE COURT:  Never mind.  When were the para olympics?

15               THE WITNESS:  They were approximately, fell

16   immediately after the games which ended on the 28th of

17   February, 2010 and they were a period of seven days immediately

18   following.

19               THE COURT:  Thank you.

20               THE WITNESS:  You're welcome.

21   BY MS. LANE:

22   Q.   What were your duties and responsibilities as the

23   Accommodations Director?

24               THE COURT:  Was that what you were doing?

25               THE WITNESS:  Yes, Your Honor.

1        My role at the Integrated Security Unit was under the

2   logistics branch and I held the position of Accommodations

3   Director.  My role there was to oversee and direct and manage

4   at the time of the games the security personnel from all

5   agencies, their accommodations and housing in both Vancouver

6   proper and the Whistler sea to sky area.

7   BY MS. LANE:

8   Q.   We'll get to some of the details of accommodations in a

9   second.  But just to finish off your background, when did you

10  leave the Integrated Security Unit?

11  A.   I left the Integrated Security Unit in June of 2009 prior

12  to the olympics.

13  Q.   When did you leave the RCMP?

14  A.   In March of 2012.

15  Q.   What did you do between the time of leaving the ISU and

16  RCMP?

17  A.   I went off originally for an operation, and while I was

18  recovering from that I went on to some other personal duties

19  and remained a member of the RCMP working on some various

20  projects unrelated to the games I might add.

21  Q.   In terms of the volume, the number of people you needed to

22  secure accommodations for what was, how many people did you

23  have to secure accommodations for?

24  A.   At my arrival at the ISU the numbers were and remained in

25  flux right up until probably immediately before the games but

1  we were working on the assumption that we would have

2  approximately 7,000 people to provide accommodations for in all

3  of the venues.

4  Q.    How many of those personnel would be housed at, at the

5  accommodations vessels at Vancouver Harbor?

6  A.    Approximately 5,000 people.

7  Q.    And where were the rest?

8  A.    The rest were in Vancouver hotels, some in the Richmond

9  area depending on their duties, but the majority would be in

10  Whistler Sqamish area of British Columbia.

11          THE COURT:  Whistler Sqamish?

12          THE WITNESS:  Whistler and Sqamish.

13          THE COURT:  Is that at the harbor?

14          THE WITNESS:  No, Your Honor.  Whistler and Sqamish

15  are actually in the mountains of British Columbia.

16          THE COURT:  So that was closer to some of the venues?

17          THE WITNESS:  Yes, Your Honor.

18          THE COURT:  Thank you.

19  BY MS. LANE:

20  Q.    When you were looking at options for accommodations what

21  level of service were you trying to secure?

22  A.    Our intent was to insure that the accommodation level for

23  the personnel staying at the olympics and working there was to

24  have no lesser standard than you would find at a Holiday Inn

25  Express Hotel which is a chain and a respected chain in Canada

1  which would usually have no more than a three star rating in

2  the hotel trade.

3  Q.   Were there concerns that securing certain types of

4  accommodations would be too lavish or extravagant for the RCMP?

5  A.   Yes, there were.  When I arrived there was some work that

6  had already been done, a considerable amount of work had been

7  done in the Whistler area and due to the type of housing that

8  was available there, many of them were multi-million dollar

9  homes that were being leased just because they were available

10 and people were willing to rent them out.  That was causing an

11 issue or concern by management regarding the optics of how our

12 members would be living while during the security detail and

13 further being paid, the accommodations being paid by the public

14 purse and taxpayer and as a taxpayer, you have to ask the

15 question is it necessary to have security personnel stay in a

16 $10,000,000 home if that's all you can get.

17        THE COURT:  It may be necessary.

18        THE WITNESS:  It may be necessary, exactly, Your

19 Honor.

20        Similar incident occurred when the discussions around

21 using cruise ship vessels for those kind of accommodations

22 because the optics or view, I myself shared at the time was

23 that a cruise ship is a place for vacation.  It's not a

24 facility that I would normally seek out to stay while I'm in

25 town or anything like that because that's not their purpose.

1   BY MS. LANE:

2   Q.   Were you also concerned with the morale of the members of

3   the RCMP and the other members of the integrated security unit?

4   A.   Absolutely.  That as manager myself in the RCMP and the

5   senior management that were there, morale of personnel is

6   always a vital issue of any office.

7       I have seen even Your Honor be conscience of the morale of

8   your staff, you are making sure that they have proper breaks

9   and so on.  We were no different.

10      We have had other events planned by the RCMP over the

11  years.  One in Kananaskis, Alberta where we had huge push back

12  from the membership of police officers regarding the type and

13  sub-standard accommodation that they were expected to stay in.

14      As a result, we were very conscious of that.  It was being

15  brought up on a regular basis through the membership

16  representatives to ensure that they were given proper due and

17  with the amount of time we had to plan for the olympics they

18  felt that it would not be necessary to live in sub-standard

19  conditions as it was not a police emergency.

20  Q.   Is it fair to say that you were trying to strike a balance

21  between the type of non-luxurious accommodations but maintain

22  the morale of your troops or members?

23  A.   Absolutely and beyond that, we were trying to make sure

24  that we used the public funds as well and as responsibly as

25  possible because we did have a restricted number of dollars to

1   use and we were and always are under scrutiny for how we spend

2   the taxpayer's dollars of the public.

3   Q.    In trying to maintain morale, what were the sort of the

4   key factors that you think effect morale from your experience

5   at the RCMP?

6   A.    In general, your general treatment of your personnel is

7   effected in this kind of event and in general by shift

8   scheduling for example.  Whether or not their expectations are

9   that they will have appropriate breaks, proper food provided,

10  appropriate rest and recovery time after their shifts.  There

11  are incidents that do occur in our profession where you might

12  go to work for a 12 hour shift and come home 36 hours later.

13  That does occur and we deal with it.  But we try to also make

14  sure that our personnel are not subjected to that unless it's

15  an emergency situation.

16      So their well being as far as health, wellness, rest,

17  ability to recover and even the opportunity in a special event

18  like this to make overtime to supplement their income was also

19  a consideration which would keep their morale up.

20  Q.    Great.  So turning to one of the issues that you just

21  mentioned food, food requirements.  On the cruise ships how

22  were the security personnel going to be fed for lack of a

23  better question?

24  A.    When we started exploring or when I became involved in the

25  exploration or involvement of the cruise ships being utilized

1  as accommodation vessels, my personal knowledge was limited to

2  what, how business ran.  I had been on one cruise and I knew

3  that there were buffets to midnight and very luxurious and

4  extravagant menus available and sit down dinners.  But for our

5  purposes we were not looking for that kind of formality.

6      We needed to ensure we had the best quality food,

7  nutritious balance and basically lots of it.  And to be able to

8  provide it on a 24 hour basis because of the shift work that

9  was being put in place.  And the comings and goings of our

10 members.  Not everybody is accustomed to getting up at four in

11 the morning.  Not everybody wants to eat breakfast at 4 o'clock

12 in the morning but some people have to, and after you work a

13 full shift a meal is always appreciated as well.  But the

14 availability of that food was key along with the quality.

15 Q.   On average how long were the shifts that the security

16 personnel were working?

17 A.   In the ISU we had staff that were actually designated for

18 the preparation of the shift scheduling.  It was a significant

19 part of the planning process due to the number of personnel and

20 the number of venues.  And the intended shift generally was a

21 12 hour shift.  What we would refer to as a four on four off, a

22 block of four workdays or a work shift followed by four days of

23 time off.

24     Now the, to qualify that for Your Honor, the four on would

25 consist of two days where you would, might begin your shift at

1  6 a.m. and go until 1800 hours or 6 p.m. and you would do that

2  consecutively for two days.

3      At the conclusion of the second day we would refer to that

4  evening as a swing shift where your shift would end at perhaps

5  1800 and then you would begin your next shift two parts of the

6  night shift at 1800 or 6 p.m. the following day.  You would

7  then work two nights running from 1800 to 0600.  Do that

8  consecutively and then your last shift would end on your first

9  day off at 0600 in the morning.

10      So when you hit your four days off, your first day would be

11  technically a recovery day because you've worked all night and

12  depending on your age, and how much sleep you want, you could

13  stay up all day or you might choose to go to bed and then you

14  would have these four days off.

15      Your last shift or your last day off would then be in

16  preparation that night because you would be starting in time

17  for a 6 a.m. shift the next day or 7 depending on which

18  rotation.

19  Q.   How long did it take to get from the accommodation vessels

20  to say the Oval in Richmond, Canada where the speed skating

21  was?

22  A.   Well, it's all dependent on traffic but we had the benefit

23  during the early morning hours that we would actually miss some

24  of the heavy traffic.  And during the games time it may take

25  you half an hour, forty minutes at a maximum with traffic

1   congestion.

2       So you would generally be allowed at least an hour to get

3   from the vessel or your home site wherever that might be to

4   your work site.  The people that you are replacing are on site

5   until that shift ends and they cannot leave their point of duty

6   until they are physically relieved.  So in the event something

7   happened and you were a half hour late, that means the people

8   that had been at the previous shift remained there and if you

9   don't show up at all, they're there until they are relieved.

10      So it would take perhaps a half hour to 45 minutes prior to

11  departure by bus from the Ballentyne terminal for example.

12  They would be required to muster or gather and there they would

13  be inspected by one of the staff Sergeant Majors to make sure

14  that the department uniform, everybody would do a roll call to

15  make sure that there were people there.

16      If someone was not because of illness or something like

17  that, they would immediately be replaced and in the event

18  someone was found to be hung over from the night before or

19  something like that, they would be taken right out of the group

20  right there and dealt with separately and so on.

21      So when you commenced your shift at 6 A.M. you would

22  probably myself for example, I would probably get up at quarter

23  after four, get ready, try to have some breakfast, go through

24  this process and be at work for six hopefully.

25  Q.   And at 6 p.m. about how long would it take to get back to

1  the accommodation vessels?

2  A.    During the afternoon shift or the end of the day shift,

3  you would have had heavy traffic because all of the venues in

4  Vancouver would be open.  So it may take a lot longer, could

5  take an hour plus from the Richmond Oval or it could take less

6  but approximately an hour would be a reasonable time period.

7  Q.    Would taking a person who was staffed at for example the

8  Richmond Oval, would they be able to come back to the

9  accommodation vessels for lunch?

10  A.    No, they would not.

11         THE COURT:  No.  I actually know a lot of these

12  facts.

13         MS. LANE:  Okay.

14         THE COURT:  So I understand some of it.  You don't

15  have to go in that detail.

16         MS. LANE:  Okay.

17  BY MS. LANE:

18  Q.    Were there to be lunch boxes provided for sale on the

19  cruise ships?

20  A.    No, there were not.  Originally when discussions were

21  occurring within the ISU personnel there was all kinds of ideas

22  being floated would we require lunch buckets, would we require

23  a sandwich wagon to come, these kinds of things.

24     When the contract group, CCCM first came into play and I

25  met with them for the first time, I did ask I guess on the

1 second meeting of Sue Edwards if for example, we could arrange

2 to have a sandwich bar where people could go over and have a

3 sandwich made, wrapped up that they could take off the ship

4 with them.

5      She advised me that would not be appropriate because of the

6 health standards and the health requirements not for taking

7 food off but that if we wanted to bring a Ziploc bag for

8 example, you could get a sandwich made, put it in your bag and

9 do with it as you wanted.

10     Later on, however, we were directed by Vanoff, the

11 Vancouver organizing committee, that we were not allowed to

12 take any food of any type into any venue sites, that they were

13 providing food and it was necessary for the ISU organization to

14 obtain and purchase these vouchers and to use these vouchers

15 for food.  So you couldn't even take food there on the day

16 shift or night shift.

17 Q.   Who sold these vouchers? START

18 A.   The Vancouver organizing committee.  They were the

19 requirement for all personnel or business personnel or

20 volunteers working at any of the venue sites.

21          THE COURT:  Let me ask you a question.  I followed

22 all of that except the point about the vouchers.  Would a

23 member of the ISU be required to purchase vouchers or were they

24 given to them as they left for duty so they would have a

25 voucher for lunch?

1          THE WITNESS:  Your Honor, when it originally started

2    there was a great debate about whether they would expect the

3    members to take that voucher which was $10 out of their per

4    diem allowances or whether or not they would be purchased in

5    bulk.  I do not know exactly, I'm sorry.

6          THE COURT:  Oh, that's right, you didn't stay to the

7    end.

8          THE WITNESS:  I had left and that was in the works

9    so-to-speak.

10          THE COURT:  Okay, thank you.

11          THE WITNESS:  You're welcome.

12   BY MS. LANE:

13   Q.   Do you recall having meetings with Cruise Connections when

14   you were at the ISU?

15   A.   Yes, I do recall.

16   Q.   Who do you remember -- Can you tell us a little bit about

17   the meetings that you remember?

18   A.   The first meeting that I met both Sue Edwards and Tracey

19   Kelly was on June 3rd, 2008 which was held at the Intergrated

20   Security Unit.  It was shortly after they had been awarded the

21   contract from the RFP that had been let.

22       Present at that meeting besides myself was Kelly Meikle,

23   M-E-I-K-L-E, Michael Day and my immediate supervisor at that

24   time Ben Roth, R-O-T-H.

25   Q.   Did you have any subsequent meetings with Cruise

1   Connections?

2   A.   I did, yes.  I did mostly have exposure to Sue Edwards

3   herself.  I believe my contact with Tracey Kelly was quite

4   limited.  I only recall seeing him perhaps two times after that

5   initial meeting.

6   Q.   At those meetings do you recall having conversations about

7   off shore excursions?

8   A.   I did have that conversation with Sue Edwards at a meeting

9   we had with her in Vancouver.  In Vancouver Island in the City

10  of Victoria at our police office there.

11  Q.   Go ahead?

12  A.   Other questions that I posed to her related to how the

13  ship operated.  Again, from my personal exposure to the cruise

14  industry, how these things worked, how they were provided and I

15  asked her about such things as cruise excursions, how the shops

16  work like were they necessary, you know, how the meals worked

17  and so on.

18  Q.   Were the main, were these the main topics of conversation?

19  A.   No, they were not.  The discussion was more directed

20  between Sue Edwards and Kelly Meikle at that particular meeting

21  both that meeting and the very initial meeting on June 3rd

22  relating to contracting and how they were going to work

23  together and so on.

24  Q.   What were some of the specific off shore excursions that

25  you remember discussing?

1   A.   It was more a brain storming idea of what was possible.

2   Sue Edwards did explain to me some of the normal excursion type

3   things they would do in Vancouver but that wasn't normally what

4   we were interested in.

5       I did -- she indicated that anything was possible where

6   funding might be available and the one excursion I did speak to

7   her about was a tour of what we would refer to as the LMD, the

8   lower mainland district which is the metro Vancouver area and

9   the police detachment area served by the RCMP.

10      At that time we were doing a huge recruiting initiative and

11  we were hoping to inspire some of the attending people from

12  across the country to be willing to transfer to British

13  Colombia.

14      I said well, could we do something like that and she said

15  we could if the money was there and which it was requested.

16  Q.   I think we have heard some testimony regarding trips to

17  casinos and downtown shopping trips and skiing in Whistler.

18      Did you raise any of those ideas?

19  A.   I don't recall if I raised it or just bubbled up as a

20  result of the dialogue we were having.  But they did come up

21  and we did chat about them.

22      We also chatted about a pub crawl kind of event.  Those

23  were similar to events that would be normally done in some of

24  Sue's experience.  She was sharing her experience with me so

25  that I could get a feel of how and what could be done if it was

1   required.

2   Q.   In terms of transportation how were the security

3   personnel, what was their access to Vancouver on their, for

4   their, during their time off for the security personnel?  Did

5   they have access to say getting onto Vancouver?

6            THE COURT:  Access, that was the word?

7            THE WITNESS:  Yes.

8            THE COURT:  Thank you.

9            THE WITNESS:  The security personnel during their

10  unfettered time off were free to go wherever they chose.  In

11  general speaking if they chose to go off the ship, during the

12  games and the plans for the game we had our own transportation

13  unit.  We had contracted large commercial buses which would be

14  used for moving people from ships and so on.  When they were

15  not in transit for use taking people to shifts they would be

16  sitting there waiting to be utilized.

17           And the shuttle bus service was part of that that was

18  put on by the RCMP so that people would come down, they would

19  get a bunch of people together, one of the drivers would drive

20  them out to the main road, or to the sky train station in the

21  vicinity, drop them and they could go off by themselves.  They

22  could take sky train and buses.

23           You have to keep in mind that many of these people were

24  British Columbia residents so they may have been originally

25  from the area.  Some people were going home for their days off.

1  Some were visiting friends and some were new to the area, so

2  they were just exploring and experiencing some of the olympic

3  events themselves.

4  BY MS. LANE:

5  Q.   So there was no restrictions on the RCMP in terms of --

6  I'm sorry -- the ISU security personnel in terms of where they

7  could go?

8  A.   No, there was not.

9  Q.   We've also heard some testimony regarding fancier types of

10 dinner, cocktail parties, dancing, formal steak dinners.

11      Do you recall any of these conversations?

12 A.   I don't recall.

13           THE COURT:  Who said anything about formal state

14 dinners?

15           MS. LANE:  Steak.

16           THE COURT:  I'm getting old, forgive me, but okay.

17 Sorry, formal steak dinners.

18      Yes, ma'am, I apologize, I'm interrupting.

19           THE WITNESS:  No worries, thank you.

20      I don't recall the phrase of steak dinner being utilized

21 but I did discuss with Sue.  I know Sue was there and I don't

22 know who else from CCCM might have been there at the time.  But

23 we did have, or I did ask her about the utilization of their

24 dinners in the evening on the cruise ship.  There's a very, a

25 sit down dinner event every night.  We talked about that, how

1    the function of the ship could be used or not used if we chose.

2         The RCMP, the Canadian forces, many police agencies are

3    based on para military type traditions, and it is very common

4    for us to have what you might know as a mess dinner.  We call

5    it a regimental dinner and so on.  We often have them.  I did

6    ask about having one.  I might have referred to it as a formal

7    night, but it would be to look at maybe at some point we would

8    look at doing a regimental style dinner.

9         And there would at these events be higher members of the

10   RCMP, guests that we would invite of dignataries who would be

11   for example, the Commissioner of the RCMP, or the head of

12   Canadian forces or anyone else that senior management might

13   wish to include.

14        It was just an exploratory question, there were no

15   commitments made.  The reason I posed these questions is in my

16   role who I was dealing with at the ISU, I was being asked by

17   managers on a regular basis especially people like Bud Mercer

18   who was the head people in charge of IP security, so on and so

19   forth.  Could we do this, would this be possible if we wanted

20   to do this, if we needed to do this on the ship.

21        So what I would do as part of my responsibility was to

22   see what was doable if I can use that phrase within the

23   confines of the ship if necessary or required.

24   Q.  Was it your impression that these types of dinners would

25   cost additional, would cost money to the security personnel?

1  A.   I don't think we, we hadn't in my view gotten to a point

2  where we would have discussed that in general.  The food was

3  being paid for on a daily basis for the existing personnel on

4  that, those vessels.  So to put together a dinner of some

5  magnitude or if you are going to have something extremely

6  special perhaps, that might have come up.  However, in general

7  terms because there was a per diem amount of funds being

8  included in the cost of the bed and food which were my

9  understanding the bed and food were amalgamated.  So as a

10 result, we would always try to work within those same dollar

11 amounts.

12     And a case in point whenever we have, they would be, you

13 would see them as a conference but in our organization they are

14 referred to as something else, there would be a planning

15 operational working meeting.  We would often utilize the

16 convention center, go to them in the planning stages of that.

17 Say here is our per diem.  What can you do for us within the

18 confines of say $44 a person for dinner and we need a hundred

19 dinners and work out something to see if it was workable and so

20 on.  Many hotels so on and so forth will actually work around

21 that.

22 Q.   What was the per diem that these security personnel were

23 receiving?

24 A.   The security, the per diem for personnel not staying on

25 the ship, the per diem is set up as a breakfast, lunch, dinner

1   set amount by the Treasury Board of Canada along with an amount

2   called incidentals which covers your phone call home, your dry

3   cleaning, your toothpaste or whatever you might need external

4   to your meals.

5       If you were living in Whistler in a home by yourself you

6   would get all of that in a cash format.  And I believe in about

7   2008 we would have known that that per diem was around $81 for

8   the three meals plus $17 so that comes to about $98,

9   approximately $100.  I'm not a good math person.

10      If you were to stay on the ship, however, your per diem

11  amount allowance for your food would have been taken from you,

12  rolled into accent or accompany your accommodation costs

13  because your meals were being provided.  And in any, I'll use

14  the RCMP, in any RCMP work event, no matter what it is, if you

15  attend, if I were to come to Washington for a meeting here.  If

16  for example, a lunch is provided for me technically under the

17  rules of finance and protocols, if a meal is provided for me

18  I'm not entitled to claim or receive that money from the

19  taxpayer.

20  Q.   Before we turn more to some of the other incidentals that

21  you just mentioned, we also heard testimony about dinners with

22  foreign dignataries.  I just wanted to have you clarify.  Do

23  you remember having any conversation about that?

24  A.   I would have raised the idea as I earlier mentioned of

25  these special dinners, regimental dinners or whatever the case

1  may be.  It had been asked of me by senior management earlier

2  can, you know, if I wanted to do such and such or was the head

3  of wherever from could I take them to the cruise ship and do

4  something there.

5      So I would have asked about that, but there was no

6  commitment made.  It was literally a fact finding mission to

7  determine whether I could pursue that if it was directed by

8  senior management.

9  Q.   Turning now to other incidentals.  Does the RCMP typically

10 provide laundry services to its employees on detail?

11 A.   They do not.  Usually if you are on travel status or a

12 working detail, on your, for example, in my daily shifts I'm

13 responsible for my laundry.  That comes out of my wages, that's

14 a responsibility for me as an individual.

15     In the case of being on travel status working away from my

16 regular home environment, that kind of laundry service is to

17 come out of your incidental costs.  However, in most of our

18 detachments which would be our police offices in Canada the

19 RCMP refers to them as detachments.

20     In a larger detachments and we had something similar at the

21 ISU, a local business has either gone through a contracting

22 process, comes in sets up a dry cleaning venue and you can

23 usually drop your laundry within the confines of the building,

24 pay for it yourself and it's picked up and dropped off.

25 Because the volume of dry cleaning and the number of

1  detachments are in mainland or metro Vancouver.  These

2  companies have a very, very reasonable rate.  And as a result,

3  it's often available for you right in your detachment.

4  Q.   Were you involved in conversations with Cruise Connections

5  about the Cruise Lines providing dry cleaning services to the

6  security personnel?

7  A.   Yes, I was.  I had indicated to Kelly Meikle that that had

8  to be a necessity available to us while working from the cruise

9  ship as our home.  And that we had to have access for laundry

10 facilities.  So that was to be negotiated in to the contracts

11 and I know that I did mention that in my conversations present

12 with CCCM employees.

13 Q.   If a rate of say $12 was posed as a per person per day dry

14 cleaning and laundry cost, would you have, what would you have

15 done or would you have turned to other alternatives?

16 A.   Absolutely.

17 Q.   What other types of alternatives you would have turned to

18 would be?

19 A.   Well, we did look at and were looking at the eventuality

20 of bringing in a similar set up to what we have for the

21 detachments because we would be controlling the Ballentyne Pier

22 area and the buildings there, we felt that we could set up a

23 room or have a dry cleaner that we worked with already come in

24 and set up that kind of area so that members could drop off

25 their laundry.

1  Q.    In terms of providing internet.  Do you remember having

2  any conversations with Ms. Edwards about internet service?

3  A.    Absolutely I did.  I asked about the availability of it,

4  what kind of fee structure and so on and she indicated to me it

5  would be the standard fee that would be available for internet

6  on a cruise ship.

7  Q.    What was the fee, what was the standard fee that you

8  remember?

9  A.    I don't recall what number she gave me at that initial

10 conversation.  However, later it was pointed out to me that

11 that was anywhere from 7 to $10 per day which would be

12 excessive in my view because of where we were.

13     We weren't in a satellite situation which is normally where

14 the internet comes onto the ship.  As we would be lodged

15 locally we started to explore whether or not we could set up a

16 few computers in that Ballentyne, it was referred to as glass

17 alley yesterday I believe by Mr. Stan Webber, in that building

18 area so that we could set up internet access or RCMP linked

19 computers so that our members could e-mail home and just check

20 in briefly and that was pursued.

21 Q.    Could the RCMP have set up a wireless network that would

22 serve the cruise ships?

23 A.    Absolutely they could have.

24 Q.    Were the RCMP or -- sorry -- were the ISU security

25 personnel allowed to have their personal cell phones with them

1   on the accommodation vessels?

2   A.   Yes, they were and many of those officers would have had

3   police based cell phones with them at all times because they

4   could be deployed quite swiftly or be required for deployment.

5       So they would be and the lines or the cell phone service

6   would have been essential in that area.

7   Q.   Turning to some of the other issues that we have heard

8   testimony on.  We have already heard about the shift scheduling

9   that was being done by the ISU.  Were the individuals on the

10  cruise ships going to be housed two to a room?

11  A.   Yes, they were.  That was a necessity across the entire

12  olympic area when it came to security.  That wasn't contrary to

13  the Treasury Board practices and rules.  The Treasury Board

14  secretariate rules for housing of federal employees requires

15  you on business or operational duties to be given a single

16  room.  That was a benefit shall we say.  That was fought for

17  long and hard many years ago.

18      And as a result, it was necessary due to the shortages of

19  rooms and available space for security personnel and the

20  numbers that the ISU and the RCMP actually sought, I can refer

21  to it as special dispensation from Treasury Board to allow them

22  to break the rules because accommodation was so limited.

23  Q.   What steps were you taking to ameliorate the inconvenience

24  of having officers rooming two to a room?

25  A.   The concern about having two officers working or living in

1  the accommodation at the same time.  If you are on the day off

2  and the other person is on shift, your disruption of their

3  sleep for night shift can be quite excessive.  So what the

4  intent was and what the plans were surrounding shift schedule

5  to do everything to mitigate that by trying to make sure that

6  one person would be on the day shift, and the other person

7  would be on the night shift.  So that when I concluded my night

8  shift for example, and came to my room and my partner would

9  either be already gone for the day shift or off on a day off

10  somewheres else so that I could have a peaceful reasonable

11  sleep and vice-versa.

12        THE COURT:  How would that work if you were two on

13  and two off?  So that I'm two on on the day shift to begin

14  with.  I mean, you would have to overlap but then your days off

15  would not be the same.

16        THE WITNESS:  No, your days off weren't, but we could

17  only do so much.

18        THE COURT:  Okay, that's the answer, okay.

19  BY MS. LANE:

20  Q.  Were there people tasked with attempting to match up day

21  shift and night shift?

22  A.  Yes.  A key component of the planning of the Integrated

23  Security Unit was a actual shift scheduling team.  They were

24  people that were extremely senior members and basically

25  shifting in our organization is a common practice.  And they

1  worked on the shift schedule from the inception of the games

2  and how they were going to lay it out right until the end of

3  the games because it had to be modified on a regular basis.

4  Q.   We've also heard about certain 16 hours versus 24 hours of

5  security around the pier.  Some of the estimates have been for

6  16 hours of service.  Would the RCMP have expected 16 hours of

7  service?

8  A.   No.

9          THE COURT:  Excuse me.  We're talking about what kind

10 of security do you mean?

11         MS. LANE:  Not security, but rather stevedoring other

12 areas around the, around the pier having people only staffed 16

13 hours a day versus 24.

14         THE COURT:  You mean people at the gangways?

15         MS. LANE:  At the gangways, yes.

16         THE WITNESS:  If I may, Your Honor?

17         THE COURT:  Yes.

18         THE WITNESS:  I don't believe it was at the gangways.

19 I think that referred to Mr. Webber spoke of an access road to

20 the commercial terminal area.  That access road that comes, it

21 comes along in front of Ballentyne Pier.  It goes over to where

22 the commercial carriers are and it crosses a large mechanism of

23 railway tracks and it was that roadway I believe Mr. Webber was

24 referring to.

25         THE COURT:  We're talking about traffic?

1          THE WITNESS:  Yes.

2          THE COURT:  Yes.  And his testimony was that yes, you

3    needed somebody to maintain traffic during the daytime because

4    that's when they were loading and uploading ships, something

5    like that.

6          THE WITNESS:  Yes, I believe you're correct, Your

7    Honor.

8          Because of the amount of transport trucks coming into

9    the commercial port area there.  And that is their usual

10   process where they have a day and an evening shift because I

11   believe the commercial side closes at midnight and it is

12   secured for other purposes.

13         In the case of the Ballentyne Pier and the creation of

14   the cruise ships venue, after the contract for the cruise ships

15   was initiated, the RCMP and ISU made a senior executive

16   decision to appoint that a venue.  An actual security venue

17   unlike all of the other accommodations.

18         And that was largely due to the amount of personnel both

19   civilian and security personnel because it would be in the

20   neighborhood of 11,000 people.  And that three cruise ships

21   worth multiple millions of dollars would be there, it might

22   become a point of interest for unsavory targets.

23         So as a result, when they designated it a venue site all

24   of the security planning and funds came available to put in

25   protective barriers, perimeters, special mooring, do certain

1   searches and secure that area basically to a degree that it was

2   I'm going to say impenetrable, but that's not really true.  And

3   so once that occurred, that changed some of the tone and tenor

4   of that area.

5        So to go back, counsel, to your point.  Our security

6   requirement would have been 24/7.  Once we took control of that

7   pier area which would have been in advance of the cruise ships

8   arriving because we would have to prepare our security

9   perimeters and establish our fencing and so on, we would

10  maintain that 24/7.

11       What was happening in some of the areas where the stevedors

12  was being used or planned to be used is that these were people

13  with local knowledge of the operation of the port and at times

14  the best way to do your work is to use the people that are most

15  skilled and knowledgeable.

16       So they were upgrading some of those regular routines to a

17  24 hour schedule to accommodate and match our own security

18  profiles so that in the event in the middle of the night there

19  was something where we had to roll out of there with the mass

20  people, we may not need to stop large tanker trucks coming in

21  but we might need to corner off the roadway, alert the railway

22  to make sure that nothing is going on and these were the people

23  that were capable of doing that.

24  BY MS. LANE:

25  Q.   Once it became a venue the security though was provided by

1  the ISU, correct?

2  A.   That's correct.

3  Q.   So that would not have been a cost to Cruise Connections?

4  A.   No.

5  Q.   But there would have been costs related to stevedoring and

6  at access roads?

7  A.   And if the ISU hired some of these people to do work or

8  expected them to make some change, I can't comment whether a

9  contract was put in place, but I would say that that cost would

10 have been absorbed or dealt with through the RCMP.

11 Q.   Was RCMP planning on using, having the port agent collect

12 its personnel from airports and hotels before being loaded,

13 before embarking on the cruise ships?

14 A.   No, not to my knowledge.  We had our own transportation

15 group and the discussions were always about the transportation

16 group land and air and how they would coincide to pick up our

17 staff.

18 Q.   Another issue that was mentioned was the RCMP purchase of

19 snow removal insurance.

20    Why would the RCMP --

21         THE COURT:  Were you there then when that decision

22 was made?

23         THE WITNESS:  To have snow removal?  Yes, Your Honor.

24         THE COURT:  Okay.

25         THE WITNESS:  Snow removal was a key component of all

1  of our planning, I hate to say in both Whistler and Vancouver

2  area.  It was felt and decided that we could not anticipate nor

3  control the weather and therefore, we needed to make sure that

4  snow removal was in place.

5       It's a standard formula in the Whistler area, but in

6  Vancouver because of the crippling effect that snow does have

7  in our city, due to many reasons, it was booked for and planned

8  for.  Because of the demand for so many venues during the

9  olympics it was necessary for those tenders to go out early

10  enough so that it could be procured for the RCMP so we could

11  have it.

12       The usual or I would say the normal process for snow

13  removal in Canada if you contract to have it even in your door

14  yard is you pay for it up front.  Whether it gets used, it

15  doesn't matter.  You've got it, they're there at four in the

16  morning to clean it.  If it doesn't snow all winter well it was

17  basically insurance but when it snows it's necessary to have

18  it.

19       And our concern for snow removal for the pier was that

20  in the event of an emergency and we needed to get our people

21  out, it's not the role -- it was discussed we'll have your

22  people shovel.  Well, you don't have a policeman come shovel

23  unless it's an emergency, it's not their role.  There are other

24  things you have to deal with.

25            THE COURT:  So at what point in time was the decision

1   made as you say if you don't need it, it's insurance and if you

2   do need it, they show up.  At what point in time was the

3   decision made that snow removal needed to be arranged for?

4        Can you remember?  I mean, you left in 2009.  So it has

5   to have been 2008, 2009.

6        THE WITNESS:  Your Honor, it was underway when I

7   arrived there in 2008.  Because at that time they were well

8   into the contracting phase of the Whistler accommodations and

9   it was a key issue in the Whistler area.

10       As a result, they took that knowledge and they moved it

11  to the Vancouver area and locations where we were doing

12  accommodations to make sure that we had it.  And once the

13  decisions were made to proceed with the RFP for the pier and so

14  on, the cruise ships, they just continued with those

15  negotiations.  I'm sorry I can't tell you a date, but it was,

16  it was a date of complete that they were going to have to have

17  it.

18       THE COURT:  So was it the ISU then that made the

19  arrangements for Whistler and other venues to have snow

20  removal?

21       THE WITNESS:  Yes, they were, Your Honor.  They were

22  done by procurement for those residences in Whistler.  The only

23  difference was that many of these properties in Whistler the

24  owners already had snow removal contracts.  So you would just

25  say please put that in place as part of your contract.

1        In other areas where we had taken over, for example,

2   there was a school building that was taken over by the RCMP.

3   We made our own contracts for those to be in place.  As it

4   turned out, in reality as it was mentioned yesterday we were

5   shipping snow in which is embarrassing but, you know, it can

6   happen.

7            THE COURT:  Yes.

8   BY MS. LANE:

9   Q.   In terms of I think we also discussed the glass alleyways

10  --

11  A.   Yes.

12  Q.   -- and janitorial cleaning.  Can you describe how those

13  alleyways were going to be used during the charters?

14  A.   I was exposed to those alleyways during a walk through

15  with Mr. Webber and Sue Edwards.  Those walkways were going to

16  be used by us, not, it wasn't decided on that very day, but

17  after we were exposed to what was there, we started looking at

18  how we could use it.

19       And because the walkways had to be in place all the time

20  for the ships, they were established that was the egress and

21  entry onto the ships.  So they became no different than your

22  front door access.

23       In the glass alley area it was adjacent to where CBSA,

24  Canada Border Service Agency had an office area.  And we

25  approached them to take over that space during the olympic

1  period in our occupation so that we could use those for our

2  RCMP or ISM admin purposes, administrative purposes.

3      So that area became an area that was used for on and off

4  the ship.  People would muster their shifts when they are

5  getting ready to go down to the buses, the Sergeant Majors

6  would meet them there.  The non-commissioned officers or the

7  Sergeants, Corporals, et cetera would congregate there to

8  organize themselves, give briefings to the staff members and so

9  on.  And on off hours if you were going on or off the ship, you

10 would be coming through there.

11     You could go there to use your, put in some of your claims

12 or expense claims if need be, maybe make a call home using the

13 internet, and so on.  But it was available for use 24/7 and

14 many of our people for their shifts for example, were outside

15 in the inclement weather be it rain or gravel or whatever.

16 There were a lot of dirty boats that came there on a daily

17 basis.  So it was important to keep it, we are renting that

18 facility, we have to maintain it to a certain level of repair.

19          THE COURT:  But it was being rented by -- I'm sorry,

20 I'm interrupting you.

21          MS. LANE:  No, no.

22          THE COURT:  But it was being rented by the ISU for a

23 whole variety of functions?

24          THE WITNESS:  Yes, Your Honor.

25          THE COURT:  I mean, the mustering for instance, and

1   the Sergeants giving directions or Master Sergeants or

2   something.  Forgive me if I'm attributing the wrong title, but

3   the persons in charge giving instructions to the troops, police

4   or otherwise as to what's going on this day, et cetera, that

5   would have to happen somewhere.

6          THE WITNESS:  Yes.  And sometimes it was happening

7   outside and sometimes it was happening in here.  So originally

8   it's existence and use was for going on and off the ship.  But

9   because space is limited and you are trying to save money and

10  people will go where they can.  So for example, if you are on

11  days off you might meet with friends there.  It was an easy

12  place to say I'll meet you at such and such a point and we'll

13  go for dinner together or wherever.

14         THE COURT:  Right, right.

15  BY MS. LANE:

16  Q.  Can you give us a little background on how people were

17  going to embark onto the accommodations vessels and disembark

18  on the accommodations vessels or from?

19  A.   My understanding when we first, when I first met with CCCM

20  and Tracey Kelly and Sue Edwards, there was discussion with the

21  procurement officers, Kelly Meikle and Mike Day about the

22  embarkation process, and they were negotiating how that was to

23  take place.

24     As far as the planning within the ISU we had a group called

25  accreditation.  The accreditation team looked at all of the

1  identification and the accreditation for all of the security

2  personnel or anyone working with the security personnel or

3  contractors and so on.

4      So one of the things that they were going to be doing is

5  working with how we would manage this onslaught of personnel

6  regarding whether they were going to Whistler, Richmond and so

7  on.  It was often referred to as a sausage machine in our

8  office because it had that same sort of process of plugged into

9  various things.

10      When Sue Edwards and Stan Webber toured myself and Kelly

11  Meikle and Constable Stephanie Williams through the Ballentyne

12  Pier and showed us around, he explained where the embarkation

13  would be, how it's set up and so on.  After seeing the

14  available sites and learning what was the norm there, it was

15  felt by management that this could be also utilized by our

16  accreditation team so that there could be an accommodation of

17  the embarkation of the people going on the ship and the

18  accreditation of our personnel sort of in a, I'm going to say a

19  cohesive, smooth, seamless kind of manner.

20      And prior to my leaving accreditation were working on using

21  and slipping that into the embarkation process.  And they

22  actually utilized it to my understanding -- that is hearsay,

23  Your Honor, I'm sorry -- but they did use, utilize it and they

24  also used it for personnel going to Whistler.

25          THE COURT:  Which area are we talking about?  You are

1  not talking about glass alley?

2          THE WITNESS:  No, Your Honor.  The Ballentyne Pier

3  facility has a huge building.

4          THE COURT:  Is it a warehouse?

5          THE WITNESS:  It might look like a warehouse but it's

6  set up so that when you arrive there to go on a cruise, you and

7  2,000 other people all come through, go through security and

8  all of these other little gateways.

9          THE COURT:  I see.  So it's a normal embarkation

10  disembarkation facility.

11          THE WITNESS:  Yes, it is.  Thank you.

12          THE COURT:  Thank you.

13  BY MS. LANE:

14  Q.   Was it the plan to have all security personnel enter the

15  ships on the same day?

16  A.   It would have been the ideal if that would have been

17  possible.  And to my knowledge originally that might have been

18  what was hoped or thought would be the case.  But

19  unfortunately, that all was dependent on the ramp up and the

20  number of people.

21      One of the issues where transportation was concerned is

22  people had to be amassed from a great distance away.  At the

23  time like in 2008 when these discussions were going on at CCCM

24  the transportation plan was in formulation because the

25  identification of where the bodies were coming from was yet to

1  be confirmed.  So it was difficult to determine when the people

2  from Nova Scotia would be arriving per se and what date they

3  would be necessitated versus the people from Alberta and so on

4  and so forth because the plan was to bring in people in mass

5  for convenience sake as much as possible.

6      And I don't mean to be evasive, but I don't recall

7  personally the discussions about whether it should be just one

8  day.  I know there was a request by my boss, Ben Roth, that we

9  look to have multiple embarkations.

10 Q.   Were the security needs for the olympics, were they

11 different during the time periods of the charters in terms of

12 the number of people that would need to be working on security

13 related issues?

14 A.   At that stage the numbers were under formulation still.

15 Security personnel had done, I'm going to call a ballpark

16 figure based on the shifting for the core games themselves from

17 February 12th through to the 28th.  They knew exactly within

18 reason how many people they needed for there.  Where they were

19 having issues was the ramp up stage to the games.  And when

20 facilities would be available.  Some events were starting to

21 get organized in advance and we were waiting for that

22 information to filter through.

23     When it came to the shifting they were trying to utilize

24 man hours and reduce burden of costs by bringing in people as

25 much as possible so they were trying to be more precise than

1   normal.  They could tell when they were going to have people

2   leave and how many they could let go at the end, but they

3   weren't so sure at the ramp up stage.

4   Q.    During those discussions was it ever indicated that the

5   security personnel would not be allowed to leave on their days

6   off?

7   A.    That was never a directive.  However, it is an unspoken

8   expectation, if you will.  Should or had an emergency occurred

9   that would have caused the risk assessment or threat assessment

10  for the games in any way, shape or form have occurred, they

11  would have easily just said there will be absolutely no time

12  off.

13      What they did do as they do with all major events across

14  Canada for RCMP personnel is they designated that there would

15  be no annual leave available for anyone in the British Columbia

16  whether they were at the games or not from the period of the

17  5th of January to the conclusion of the games, and that's a

18  standard protocol that they used for the Common Wealth games,

19  the Summit of the Americas and so on.

20          THE COURT:  So, sorry to interrupt again.

21      So that was from the 5th of January to the end of the

22  para olympics?

23          THE WITNESS:  Yes, Your Honor.

24          THE COURT:  Okay, thank you.

25          THE WITNESS:  Your Honor's welcome.

1  BY MS. LANE:

2  Q.   Were you involved in, after the contract was terminated,

3  were you involved in drafting the second RFP that was issued?

4  A.   I was involved in reviewing some of the drafts that were

5  being put forward, and I was asked to provide input or

6  commentary from a technical standpoint that of being the

7  technical advisor as it related to police operations in the

8  police personnel, yes.

9  Q.   From your perspective were there any differences in the

10 level of services that were being requested in the second RFP

11 from the first?

12 A.   No, there was not.

13 Q.   Did you ask for any differences in accommodations

14 provisions in the second RFP?

15 A.   None that I asked for that I'm aware of.  It was to be and

16 remain the standard service of a Holiday Inn Express.  No extra

17 frills, turn down service, anything like that, none of that was

18 an interest.

19 Q.   Going back to your example of the Holiday Inn Express did

20 you convey to Cruise Connections or Ms. Edwards the level of

21 service that you requested, that you saw these cruise ships

22 needing to be?

23 A.   Yes, I did.  I also indicated to her that we want to do a

24 good job and make our people comfortable.  But that we did want

25 nothing like you would have on a vacation cruise, let me put it

1    that way.

2              MS. LANE:  Your Honor, I have no further questions.

3              THE COURT:  All right.  You don't want to check with

4    your colleagues first?  It's always good to do.

5              MS. LANE:  Okay.

6              THE COURT:  They're waiting for you to sit down?

7              MS. LANE:  I looked over first.

8              THE COURT:  I was looking down.  I was writing down

9    comfortable but not vacation, is that about right?

10             THE WITNESS:  That's correct, Your Honor.

11             THE COURT:  Sorry, Ms. Lane.

12          Yes, Mr. Green.

13             MR. GREEN:  Thank you.

14                        CROSS EXAMINATION

15   BY MR. GREEN:

16   Q.   Good afternoon, Ms. Kaluza?

17   A.   Good afternoon, sir.

18   Q.   First of all, I just want to understand, you said -- go

19   back to your testimony regarding when you left the RCMP.  When

20   was that?

21   A.   I retired from the RCMP on March 8th, 2012.

22   Q.   Were you personally at the olympic games?

23   A.   No, I was not.

24   Q.   You ceased, I'm not going to get my terminology right

25   because I didn't write it down exactly right.  But did you stop

1  working for the ISU and on the project for providing

2  accommodations for the ISU you said some time in 2009?

3  A.    I'll clarify if you wish.

4  Q.    Thank you?

5  A.    In April of 2009 I was the accommodation director and went

6  off for personal surgery.  I was to return in that capacity

7  when I, eight weeks later was the plan.

8      While I was off I was approached by superintendent Kevin

9  deBruyckere if I would take on a different position which

10 related to member and staff wellness.  It was being created to

11 address some of the issues that I have spoken to about health

12 and wellness of our member, morale and that kind of thing.

13     I agreed to take that position and I was replaced as the

14 accommodation director by the person that had been my TWOIC,

15 my second in command, Staff Sergeant Keith Ramsdem,

16 R-A-M-S-D-E-M.

17 Q.    Mr. Ramsdem became the accommodations director for the

18 games themselves then?

19 A.    Yes, he did.

20        THE COURT:  And the wellness initiative you talked

21 about, was that across the RMCP or just for the people at the

22 games?

23        THE WITNESS:  We do have that across the RCMP or we

24 try to, Your Honor, but this position was within the

25 Intergrated Security Unit and it was to deal with that in-house

1   type issues.

2         THE COURT:  Okay.  But ultimately you didn't attend

3   the games?

4         THE WITNESS:  No, I didn't.  I took this position and

5   then other circumstances presented themself and I left in July

6   of 2009.  I left the ISU.

7         THE COURT:  Okay.  I'm sorry, I'm interrupting.

8         MR. GREEN:  I thought you were done.

9         THE COURT:  But you don't live in Vancouver?

10        THE WITNESS:  I live in Surrey which is a suburb of

11  Vancouver, Your Honor.  S-U-R-R-E-Y.

12        THE COURT:  Thank you.

13  BY MR. GREEN:

14  Q.   All right.  You gave some testimony, general testimony

15  about how long it would take ISU personnel to say navigate

16  traffic in the morning during the games.  How dirty the glass

17  walkway or the glass, what we're referring to is that glass

18  walkway would get during the games, those sorts of things.

19     Is it fair to say that you don't actually have personal

20  knowledge of that, that those occurrences or that time to drive

21  in the morning and how traffic was and those sorts of things,

22  is that fair?

23  A.   Yes, it's fair.  I wasn't there personally.  I didn't walk

24  those walkways later during that time period nor did I drive

25  those particular routes.

1   Q.   All right.  With regard to, you said you wanted your

2   accommodations to be at a Holiday Inn Express level.  I believe

3   you said like a three star level of service?

4   A.   Correct.

5   Q.   That's what you were discussing at the time with Tracey

6   Kelly and Sue Edwards; is that correct?

7   A.   I was discussing what was possible or I was there to

8   basically fact find.  Because I was not, I lacked expertise in

9   the cruise industry, what their levels were or what was

10  possible.  How things were done.

11      I was there on a fact finding and learning about what was

12  available.  So if I understand you, would I -- never mind, I'll

13  let you ask me a question.

14           THE WITNESS:  Sorry, Your Honor.

15           THE COURT:  That's okay.

16  BY MR. GREEN:

17  Q.   Well, what I was going to ask you as a part of that

18  Holiday Inn Express level of service, you certainly expected

19  the internet to be provided to the ISU personnel, correct?

20  A.   We inquired about the internet.  Not necessarily as it

21  would relate to the Holiday Inn Express level.  But it was

22  something that people utilized and something that is an

23  expectation of individuals.

24      It depends on which hotel you stay in.  Some places it's

25  free, some places it's not.  So the Holiday Inn Expression, if

1  you will, related more to the kind of services you would get

2  within the hotel itself as it related to the bed, the type of

3  room, in comparison to a Hilton or whatever where you might

4  have special duvets at the Hilton versus regular quilted

5  Holiday Inn, that kind of thing.

6  Q.   I don't want to get tied down too much to the Holiday Inn

7  Express expression, but just generally speaking you expected

8  there to be internet services provided to ISU personnel on the

9  ships, correct?

10 A.   We were hoping to be able to provide that service, yes.

11 Q.   You were also hoping to provide a laundry service as well,

12 correct?

13 A.   Yes.

14 Q.   You also when these folks were off, you said they had four

15 days off?

16 A.   Yes.

17 Q.   They could participate in shore excursions during those

18 four days, could they not?

19 A.   If shore excursions were in place, they certainly could

20 take advantage of if they wished.

21 Q.   During that time off they could also take advantage of

22 restaurants on the cruise ships if those restaurants were open,

23 correct?

24 A.   They could.  However, in our discussions and in my

25 understanding any, it was going to be our position and was what

1  we were seeing, once we learned or once I learned, let me put

2  it that way.  Once I learned that the shops and many of those

3  restaurants on the vessels are basically contracted personnel

4  or whatever who come in specifically for example, the gift

5  shops or that, there are people that come in from off shore,

6  those were things that we were not interested in.

7      And we had already decided that we wouldn't be pursuing

8  that.  We had already been given direction no frills, no

9  jewelry stores, none of this stuff.  So about the restaurants

10  that would be charging on the ships, we hadn't really gotten

11  into that in any great detail, but if you were on that ship and

12  chose to go there and it was open I guess you could certainly

13  do that and were free to do it.

14  Q.   I could certainly do it on my day off?

15  A.   If you wished, you could do it any time you want as long

16  as you were going to pay for it.

17  Q.   You said earlier and I was confused about your testimony.

18  Annual leave versus scheduled time off like the four days off

19  the schedule that was set up for the ISU personnel, those four

20  days that's not the same as annual leave, correct?

21  A.   Correct.

22          THE WITNESS:  May I clarify, Your Honor?

23          THE COURT:  Yes.  Are you willing, it's your

24  examination.

25          MR. GREEN:  I understand it.  Go ahead and clarify.

1          THE WITNESS:  When I made the statement that annual

2    leave was restricted, I did not clarify.  In the area outside

3    of the individuals within that whole police community, be it

4    Vancouver Police, be it the RCMP and Alarma, British Columbia

5    all police were told you cannot take annual leave which would

6    be your holiday time and leave your duty district which would

7    be your area you are living in during the period of 5, January,

8    2010 to the end of the para olympics.

9          When you are on your shift if you have an RTO day or a

10   regular time off day you could go about your business as well

11   but you would be, you would be restricted in leaving your duty

12   district.

13         For the purposes of the lower mainland, the duty

14   district for the ISU personnel would have included the City of

15   Vancouver, it would have included Richmond, and the Whistler

16   area where the venues were.

17         But the idea is you couldn't basically hop on a plane

18   and go to Washington D.C. for a trip because you had to be

19   available in the event of an emergency to be called up for

20   duty.

21   BY MR. GREEN:

22   Q.   I see, okay.

23      Thank you for that clarification.

24         THE COURT:  Can I ask another question that is

25   somewhat relevant to that?

1          You talked about the advantage of having overtime, but

2    if you are working and so therefore, if you are working four

3    days and 12 hour shifts --

4          THE WITNESS:  Yes, Your Honor.

5          THE COURT:  I'm asking in Canadian law is the same as

6    U.S. law.  Do you get overtime after 40 hours?

7          THE WITNESS:  Yes, you are right, you are to get

8    overtime.  However, the 12 hour shift schedule is when you

9    reach that eight hour period on the 12 hour shift schedule you

10   don't get overtime for that four hours.

11         THE COURT:  Okay.

12         THE WITNESS:  It's an accepted practice that is

13   enjoyed and appreciated by the members themselves because it

14   gives you the maximum, it reduces your commuting time.  It

15   reduces your BBC time.

16         THE COURT:  Oh, yes, I know, but it ends up being, if

17   you had ten hour shifts for four days, you would have 40 hours,

18   but you are ending up with 12 hour shifts for four days, and so

19   my only question is did a member of the ISU earn overtime for

20   the extra hours beyond 40 in a week?

21         THE WITNESS:  It's not quite that simple, but --

22         THE COURT:  Okay, well overtime is not --

23         THE WITNESS:  -- if you exceeded your shift's

24   schedule --

25         THE COURT:  I see.

1          THE WITNESS:  -- and took another shift or for

2    example, at the end of 12 hours and you work another four you

3    get overtime.  If you worked on a day off, you would get double

4    time.

5          THE COURT:  Now I got it.

6          THE WITNESS:  Thank you, Your Honor.

7          THE COURT:  Thank you.

8          THE WITNESS:  You're welcome.

9          THE COURT:  I am sorry to interrupt.  I was trying to

10   trace a comment.

11         MR. GREEN:  That's totally fine, Your Honor, feel

12   free.

13   BY MR. GREEN:

14   Q.  With regard to the restaurants and shops, Ms. Kaluza, do

15   you know whether or not those restaurants and shops on the

16   ship those were going to be staffed by cruise line employees,

17   were they not?

18   A.  I don't know.  I didn't explore that.  I would assume they

19   would have been personnel.  I do know now that that's how it

20   does work on the cruise ships.  It is the cruise personnel that

21   look after those restaurants.

22   Q.  Let me hand you an Exhibit, please.  I'm marking

23   Plaintiff's Exhibit 14.

24         MR. GREEN:  May I approach the witness, Your Honor?

25         THE COURT:  Yes.

1          MR. GREEN:  Thank you.

2          (Plaintiff's Exhibit Number 14 marked for identification

3    and received in evidence.)

4          THE WITNESS:  Thank you.

5    BY MR. GREEN:

6    Q.   Do you recognize Plaintiff's Exhibit 14, Ms. Kaluza?

7    A.   Yes, I do, Your Honor.  It's copies from my own

8    handwritten notes from my notebooks from June 11th, 2008.

9    Q.   I just want to go through some of the comments written

10   down in these notes briefly and make sure that we can read your

11   handwriting for one and know what the conversation was

12   referring to.

13       The meeting took place, it looks like you said Kelly, Sue

14   and Donna at the top?

15   A.   Yes, yes, Your Honor.

16   Q.   So that's Tracey Kelly?

17   A.   No, that is Kelly Meikle, the procurement officer from the

18   Intergrated Security Unit.  M-E-I-K-L-E.  Sue Edwards from

19   Cruise Connections and myself.

20   Q.   Is it fair to say that Kelly Meikle was your boss, your

21   supervisor?

22   A.   No, it's not fair.  Would you like me to clarify her role?

23   Q.   Yes, could you, please?

24   A.   Kelly Meikle was a member of the Public Service of Canada.

25   She was basically the procurement officer working on the

1   corporate side of the ISU in the role of procurement officer.

2       She prepared and oversaw the request for proposal that went

3   out for the cruise.  She also worked extensively on the

4   procurement of many of the accommodations.  She -- I did not

5   report to her.

6       In conjunction, the role was that I as the accommodation

7   director who would be, you could say the client, would indicate

8   to her I need ten water pitchers, she would get me ten water

9   pitchers.  Same as I need a cruise ship.

10  Q.   Okay?

11  A.   Get me a cruise ship.

12            THE COURT:  Or three.

13            THE WITNESS:  Or three.

14  BY MR. GREEN:

15  Q.   You see about midway down the page you've got ground shore

16  a star is beside it, ground shore-excursions/day four and then

17  you've got some items there, ski, Whistler tour, tour LMD and

18  tour is that Vancouver?

19  A.   Yes.

20  Q.   So at the meeting these are topics that were discussed.

21  These excursions?

22  A.   On June 11th, the second time that I had met Sue Edwards.

23  In those discussions with Kelly and Sue, the directions were

24  that I was not a, my role was not to be involved in any

25  negotiation.  As I said, I could inquire about what might be

1  available or what might be able to be considered and I was

2  allowed to ask those questions but I couldn't make any

3  commitments.

4      So yes, this does depict various things that I had

5  mentioned that I had talked about with Sue Edwards in regards

6  to excursions, possibilities, the evening pub crawl, the tour

7  of the lower mainland detachments, whistler tour and so on,

8  yes.

9  Q.   Okay and same for the musical rider then, Surrey?

10 A.   Yes.

11 Q.   Same for down at the bottom shopping runs in the metro?

12 A.   Yes.  Actually, the Heineken House and Chinatown trip were

13 things that Sue had specifically brought up.

14 Q.   And if you'll turn to page 2 of Exhibit 14.  Is that post,

15 is that what that says post?

16 A.   Yes, post the games.

17 Q.   Post the games.  Then you've got something trip.  Can you

18 tell me what that says?

19 A.   It says Victoria trip which would have meant Victoria

20 Vancouver Island trip.  The Empress is the Empress Hotel in

21 Victoria.  They are known for their English tea that they have

22 there, a special tea event, and then Family Friendly.

23     So that related to Sue mentioning that if there was

24 interest they could, they would be doing something about when

25 the ships, when the ships were to leave or disembark from

1   Vancouver.  They were exploring their options for repositioning

2   and she said, she indicated that they could do something for

3   the RCMP personnel.

4          THE COURT:  For all of the guys who came from Nova

5   Scotia who had never seen Victoria.

6          THE WITNESS:  Or for them and their families.

7          THE COURT:  Or for them and their families.

8   BY MR. GREEN:

9   Q.   Well, the Parliament building are located in Victoria,

10  correct?

11  A.   Yes, they are.

12         THE COURT:  But the Empress Hotel tea is the one to

13  remember, forget the Parliament.

14         THE WITNESS:  I agree with you, Your Honor.

15  BY MR. GREEN:

16  Q.   There is a meeting on June the 11th, 2008.  At some point

17  you were instructed by higher ups, for lack of a better term,

18  not to have discussions about the contract with Sue Edwards and

19  Mr. Kelly, correct?

20  A.   Let me clarify that.  From my arrival at the ISU and in

21  relationship to any and all contracts relating to

22  accommodations, my directions were that I was not to indicate

23  that we need this.  I couldn't negotiate.  I couldn't say you

24  as a contractor get me this because I didn't have the authority

25  to do that.

1   Q.   My question was a little bit different?

2   A.   I'm sorry.

3   Q.   I asked you whether or not at some point someone Normande

4   Morin or Kelly Meikle told you not to speak with Sue Edwards

5   about the contract; isn't that correct?

6   A.   Are you referring to a certain date and time, sir?

7   Q.   I don't have the date and time.  But when you were

8   deposed in this matter you indicated that at some point you

9   were told to politely say to Sue Edwards I can't discuss the

10  contract, it's now being handled by Otto.

11      Does that refresh your memory?

12  A.   Yes, it does.

13  Q.   So the answer to my question is yes?

14  A.   I can offer you more, but yes, it is.

15  Q.   From the point of say June 11th from the time that you

16  were told not to discuss the contract any further with Cruise

17  Connections, did you ever go back to Cruise Connections Sue

18  Edwards, or Tracey Kelly and tell them none of their ideas that

19  came up at the June 11th meeting, no, we're not going to do any

20  of these things?

21  A.   I was not told to, in my recollection, Your Honor, I was

22  told not to or to cease any communication with Sue Edwards and

23  anyone who related to CCCM in late September 2008.

24      Between the period of June 3rd and up until some time in

25  early September, I would have to check notes and I'm sorry, I

1   don't have them, there was back and forth contact.

2       All of those e-mail exchanges to my knowledge would have, I

3   was carbon copied on back and forth.  I didn't normally phone

4   Sue Edwards directly.  That just wasn't necessary, but I did

5   see her, speak with her.  At times, Kelly Meikle was present.

6   If she wrote me an e-mail, I responded accordingly.

7       But I don't recall, I don't recall this matter even coming

8   up because what was, what was occurring around those

9   conversations to do with the cruise ships was more with the,

10  was more along the lines of security aspects.

11      My focus shifted from this very naive approach I had at the

12  beginning about oh, okay, well this is what you do and this is

13  what you could do for us to okay, how does your security work.

14      Once these ships became a venue, I became the venue

15  commander so therefore, I had the issues of security and

16  conversations with Sue or contact dealt with the Dubai World,

17  the port, the things that related to the ship actually being in

18  place, not the details of the everyday operation of it.

19  Q.   Okay, I appreciate that explanation.  I want to make sure

20  that I get an answer to my question?

21  A.   I'm sorry.

22  Q.   Which is regarding the discussions had on June 11th

23  regarding these excursions the Whistler tour, the tour of the

24  LMD, the musical ride event, these amenities were off shore

25  excursions that would be provided or could be provided, did you

1  ever come back to anyone between this meeting and September and

2  say no, that's absolutely off the table?  That's not going to

3  happen?

4  A.   At no time did I ever tell Sue Edwards or anybody from

5  CCCM to proceed with this nor to take them off the table.

6  Q.   Okay.  With regard to the four day off schedule for the

7  ISU personnel, other than, if I understand this, other than

8  staying in the district, was there any other limitation on what

9  you could do on your day off?

10 A.   Not generally, no.

11 Q.   Okay.  So there was no, if you wanted to go skiing in

12 Whistler, you could go skiing in Whistler, correct?

13 A.   Yes, and people did.

14 Q.   And if I wanted to or if someone wanted to take a tour of

15 downtown Vancouver, they could do that, correct?

16 A.   Yes, they could.

17 Q.   And did you in fact end up doing tours for the LMD?

18 A.   I don't know sir because I was no longer there, so I can't

19 help you with that.

20 Q.   You mentioned that there was some, I believe the term you

21 used was optics with regard to some of the accommodations being

22 provided in the Whistler area.  For instance, ISU personnel

23 staying in multi-million dollar homes; is that correct?

24 A.   Yes.  And it also transposed over to the cruise ships and

25 other hotels as well.

1  Q.    Correct.  So you wanted something that was not going to

2  make that issue any more, bring out any more about that issue

3  when you were trying to get these cruise ships, correct?

4  A.    That's correct.  We were putting a lot of effort into

5  managing the expectations of our personnel and the public.

6  Q.    Okay.  And that's an accommodation issue, correct?  In

7  other words, it's where the people were staying versus what was

8  available off the ship?

9  A.    I'm not quite sure --

10 Q.    Okay.

11 A.    -- what you are meaning.

12 Q.    You talked a lot about the taxpayer dollar and what

13 taxpayers were going to have to spend and it created an optics

14 issue if the RCMP is paying high rent for multi-million dollar

15 homes.

16      Have I summarized that correctly; is that fair?

17 A.    Somewhat, yes.

18 Q.    Okay.  That's a very different issue than what ISU

19 personnel spent from their own pockets on their days off, is it

20 not?

21 A.    Yes, you could say that.

22 Q.    Okay.

23           THE COURT:  Is this a good place to stop to break?

24           MR. GREEN:  Yes, Your Honor, it is.

25           THE COURT:  Okay.  It looked like you were going on

1    to a different subject.

2            MR. GREEN:  I was, thank you.

3            THE COURT:  All right, let's take a break for lunch.

4    We'll be back at two.  Thank you very much.

5        Please don't talk about your testimony during the break,

6    okay.

7            THE WITNESS:  Absolutely.

8        Thank you, Your Honor.

9        (Witness excused.)

10       (Luncheon recess at 12:30 p.m.)

11                        -oOo-
                   AFTERNOON SESSION
12                     (2:05 p.m.)

13           THE COURT:  Please.

14       When you're ready, Mr. Green.

15           MR. GREEN:  Thank you, Your Honor.

16       (Witness resumes the stand.)

17                  CROSS EXAMINATION (Continued)

18   BY MR. GREEN:

19   Q.   Hi, Ms. Kaluza again?

20   A.   Hello.

21   Q.   I have a question that is more borne out of my curiosity

22   more than anything and I just can't bear not to ask you.

23       The cabins were obviously double berths so you've got two

24   people in each cabin, correct?

25   A.   That's correct.

1  Q.   Do you have any information how or whether the RCMP or

2  Canadian forces personnel were allowed to pick their roommate?

3  A.   No.  I can tell you that wouldn't have happened.  It was

4  all related to assignment of shift schedules and that's how the

5  room selections were done.

6      There may have been the odd request for perhaps

7  non-commission officers, Corporals, Sergeants, Staff Sergeants

8  who might be working on a shift as commander of those ships

9  where it might have been beneficial to have them housed

10  together just because it allowed some dialogue about their

11  team, and that would have been a special circumstance to do

12  with the duties.  Everything was duty based.

13  Q.   So there wasn't a, literally you could be paired with kind

14  of a stranger or someone you might just have made the

15  acquaintance?

16  A.   Generally a stranger.  The odd exception might be if there

17  were two spouses.  We have many that are couples and because

18  that makes it a lot more economical actually to put a husband

19  and wife together.

20  Q.   Did you review the testimony of Bud Mercer in this

21  litigation?

22  A.   No, I did not.

23  Q.   Are you aware that Mr. Mercer or in any other way aware

24  that Mr. Mercer indicated that keeping the morale high was a

25  priority at these games?

1  A.   I'm well aware of that.  I had the conversation with

2  Assistant Commissioner Mercer, Superintendent deBruyckere and

3  many others.

4  Q.   So it would be fair to say that the forces needed a

5  certain level of service to maintain that morale; is that fair?

6  A.   I would say it is how you describe and how you interpret

7  the word morale in this case, sir.

8      May I?

9  Q.   Sure, if you can explain that?

10  A.   For example, morale for our members for example, one of

11  the key goals was to have everything go safely, their own

12  safety included.  So ensuring proper equipment, proper

13  transportation there, that kind of thing, proper shifting.  All

14  pertains and builds morale or destroys morale and we'd had

15  those experiences in the past, so we were trying to prevent

16  that.

17  Q.   Okay.  How about is it important for the ISU members when

18  they are actually on their jobs to be alert, would you agree

19  with that?

20  A.   Yes, that's quite important.

21  Q.   Okay.  And would you agree that being well rested and

22  having time to unwind is a part of being able to be alert when

23  you're on the job?

24  A.   Yes, it would be.

25  Q.   Some of that would depend upon what the services that are

1  provided to those personnel on their off time as well as when

2  they're not actually on their 12 hour shift?

3  A.   That may certainly have a bearing.

4  Q.   Okay.  You testified that at some point the decision was

5  made to make Ballentyne Pier or the area where these cruise

6  ships were a venue site?

7  A.   That's correct.

8  Q.   As a result of that --

9           THE COURT:  It was actually a national security venue

10 was that the term?

11          THE WITNESS:  Yes, Your Honor, it basically

12 stipulates a level of security.

13          THE COURT:  Right.

14          THE WITNESS:  And also a level of funding that comes

15 with that federally.

16          THE COURT:  Right.

17 BY MR. GREEN:

18 Q.   Okay.  That level of funding that you're talking about,

19 those were charges that the RCMP was having to pay to increase

20 the security to the level that was required for a national

21 security venue site; isn't that correct?

22 A.   That would be correct, yes, the federal Government, not

23 necessarily the RCMP.

24          THE COURT:  You mean it would be money that would be

25 given to the ISU which was running the site?

1          THE WITNESS:  Yes, Your Honor, it would be accessible

2   to the ISU as part of the security doctrine.

3          THE COURT:  Right.  So it wouldn't be RCMP specific,

4   except the RCMP was the lead agent in agency was it not in the

5   ISU?

6          THE WITNESS:  Yes, it was, Your Honor, as the federal

7   force.

8          THE COURT:  Yes.  So it is and it isn't.  It's really

9   ISU.

10          MR. GREEN:  ISU or the Government.

11          THE COURT:  Right.

12   BY MR. GREEN:

13   Q.   But it's Government money, right?

14   A.   The Crown's.

15   Q.   Crown's, sorry.

16      That money would have covered things like the barricades?

17   A.   That money did cover barricades.  It included inspection

18   of the site on a regular basis and prior to the ship's arrival.

19   It will include underwater surveillance, it included underwater

20   meshing.  Once the ships were in place, special booming to

21   protect from sea bombs, you name it, that kind of security

22   level.

23   Q.   Would it also include fencing?

24   A.   It did or it should have and it did to my knowledge.

25   Q.   What about would it include any, these are physical things

1  like barriers and barricades, things like that.  Would it also

2  include funding for, for lack of a better term, but traffic

3  coordination?

4  A.   Within the ISU planning unit we had our own traffic

5  planning unit.  As such that unit coordinated all traffic.  Not

6  just, it certainly wasn't about giving tickets, it was about

7  the actual traffic as it related to the routes of the venues,

8  traffic in and around those areas and that type of thing.

9  Q.   Would it also, what I'm wondering about is whether or not

10  there was obviously a change in the traffic control or traffic

11  coordination that would I imagine would be required as an

12  access point to the road to get down to these ships as a result

13  of the site being a national security venue site?

14  A.   All right, I understand where you're going.

15     Without the benefit of you knowing that area or a picture,

16  this site in general terms to enter into the Ballentyne Pier

17  and that general container area, it has its own structure that

18  is in existence at all times.

19     You, any one of us unless you have special clearance cannot

20  just drive down there.  It is always in control.  That is part

21  of the port authority's responsibilities and that is for

22  security reasons stemming largely from the September 11th

23  disaster.

24  Q.   Sure?

25  A.   That is anywhere in Canada you have a similar type of set

1  up at major ports.

2     In this case, if you are leading towards the traffic area

3  that was spoken of yesterday by Mr. Webber am I reading you?

4  Q.   Yes, ma'am?

5  A.   That particular area, how can I describe it?  On the side

6  of the pier area where the large container cranes would be

7  which was an operational port during the olympics and is

8  always, then on say the left side of it for lack of a better

9  term you would have the pier, Ballentyne Pier proper where the

10  ships were docked.

11     Above the container ship area there was already in place

12  and always is a special barricade set up.  What Mr. Webber was

13  talking about yesterday was another road that comes in around

14  the left side for lack of, that came across.  In that area as

15  well there are multiple railway tracks because in the port

16  further up are the grain elevators that ship grain

17  internationally and there's a lot of traffic from the trains.

18     They always it's my understanding, and I might be wrong,

19  but they always have some sort of traffic control on this

20  roadway around there due to the rail car interaction because

21  it's a very busy port.  And they would normally operate that

22  port only I think it is 16 hours a day or something like that,

23  yeah two shifts basically he indicated.

24     That traffic control would have yes, probably been and I'm

25  just guessing, but if memory serves and I have a moment to

1    think about it, I'm sure that we were going to be supplementing

2    that traffic area there with our own people as part of the

3    security perimeter coordination.  But originally while I was

4    still there and we were exploring setting up the security at

5    the port in particular, we explored the use of people that were

6    already there and largely we explored that because of their

7    knowledge of the site.

8        Some of them do have security clearances to be able to

9    access the port area.  So I hope that's helpful.

10   Q.   No, it is.  I was wondering is whether or not you know if

11   any of the traffic coordination costs that have been provided

12   in some of the documentation from the RCMP, can you tell me

13   what portion, all or none or give any kind of testimony as to

14   whether or not some of those costs are costs incurred as a

15   result of this site being declared a national security venue

16   site?

17   A.   I can tell you that it is my understanding as having been

18   the venue commander there for that site originally that all

19   related security planning costs that would have been deemed

20   appropriate and planned for and research and procured to secure

21   that site to the level that was required would have borne, been

22   borne under this special destination for security funding.

23   Q.   Okay.  And the security funding would be a completely

24   separate appropriation from anything dealing with this ship

25   charter?

1  A.    Absolutely because the funding for accommodations whatever

2  they were, were under a separate bag of money and were

3  accommodations only and security was totally unrelated.

4  Q.    I understand.  Were you aware that Cruise Connections had

5  entered into a contract with the busing company to provide some

6  of the shuttle services that were going to be used during,

7  during the games?

8  A.    I was not aware of that.  But I was told by Sue Edwards

9  that she had access to 50 buses at some point.

10 Q.    Okay.  Let me ask you just a few questions about the end

11 of a shift and the beginning of the next shift because I want

12 to make sure I understand.  This shift is 12 hours long,

13 correct?

14 A.    Generally, yes.

15 Q.    And the personnel are assigned, if I understood the

16 testimony so far, the personnel is assigned to say an area?

17 A.    That's correct.

18 Q.    Okay.  Are they at that area for 12 hours?

19 A.    That's correct, unless they are given a break which there

20 would have been some breaks at some point during the day.

21 Q.    So the time that I am on the clock for the 12 hour shift

22 when does that begin?

23 A.    Your designated shift might be for example, let me start.

24 Your designated duty may be to be at that doorway at the back

25 of the courtroom and be there and guard that doorway period.

1    Your shift that you may have to do that duty may commence

2   at 0600 and not be completed until 1800.  However, if 1800

3   comes and no one relieves you, you stay there until such time

4   --

5           THE COURT:  Yeah, but let's do it simply.  You have

6   to be there at 6 A.M. which means you have to, it's going to

7   take an hour to get there, so you have to leave at 5 A.M.?

8           THE WITNESS:  Correct, Your Honor.

9           THE COURT:  Which means you have to muster out at

10  about 4:30 A.M?

11          THE WITNESS:  Yes.

12  BY MR. GREEN:

13  Q.   The reason I asked the question was I was unclear based

14  yesterday on Mr. Townsend's questions about whether or not the

15  shift would begin once you got your gear on and whether or not

16  travel time was a part of your 12 hour shift or not.

17  A.   No.  No, it is not.  You still have to be there for that

18  period but you are not paid for travel time.  Not in the OCP.

19  Q.   So I'm not confused, the 12 hours you were at an assigned

20  place for 12 hours?

21  A.   Correct.

22          THE COURT:  Let me see if I understand.  If you are

23  going to have to travel for an hour to get there, taking apart

24  the getting up and the mustering and all of that, you leave the

25  ship at 5.  You get to your work site before 6.  You are ready

1    to sign on at 6 so that the person you are relieving can leave

2    at 6.

3         We'll assume that person takes an hour to get back to

4    the ship.  That person gets back at 7.  When I got up before 6

5    the bed was, the room was empty and when he came back at 7 the

6    room was empty.

7         THE WITNESS:  Generally speaking, Your Honor, yes,

8    hopefully.

9         MR. GREEN:  Except during the times of day off, the

10   four days when you have time off, right?

11        THE COURT:  Right.

12        THE WITNESS:  Yes, you may find that some schedules

13   as Her Honor mentioned earlier you might stagger them so that

14   your days off might not necessarily be coinciding exactly.

15   BY MR. GREEN:

16   Q.   Okay.  The shuttles that came from the games where this

17   person has been standing or doing his job duty for 12 hours, do

18   these shuttles stop at any bars on the way back to the ship?

19   Do they make any stops at all that you know of?

20   A.   I would not wish to appear to be inappropriate, Your

21   Honor, so forgive me.

22        THE COURT:  Go right ahead.

23        THE WITNESS:  These are police officers in uniform.

24   They are wearing side arms.  They are armed.  It is absolutely

25   a non-starter, it is against our policies and against our

1  ethics to drink in uniform and enter a bar unless you are there

2  on duty, and in the Province of British Columbia liquor

3  establishments do not open before 11.  So I can tell you that

4  these vehicles with those people who were working were not

5  going to a bar before or on their way to shift.

6          THE COURT:  You don't serve liquor at lunch?

7          THE WITNESS:  Not prior to 11 A.M., Your Honor.

8  BY MR. GREEN:

9  Q.   I wouldn't think that.  I was not implying that the

10  shuttle buses should be stopping at bars.  I am just trying to

11  make sure that those shuttle buses are going back to the ship.

12  right?

13  A.   Yes.

14  Q.   And they can't go then hop on the shuttle to go down to

15  Vancouver because they're still in uniform, correct?  They've

16  got to go onto the ship and change?

17  A.   That is correct, that is correct.

18  Q.   And then to, to have a beer off the ship they would have

19  to walk back outside, jump on another shuttle which takes them

20  downtown to have that beer, correct?

21  A.   Yes, if you were in that desperate need for a beer, yes.

22  Q.   All right.  Or you could simply walk down the hallway to a

23  bar if it was open on the ship and have your beer before bed;

24  isn't that correct?

25  A.   Yes, sir.

1  Q.   You could.  I missed the name, I think who took over as

2  accommodations director for the olympics after you left, Keith

3  I think?

4  A.   Staff Sergeant Steve Ramsden.

5  Q.   Ramsden.  Does he still work for the RCMP?

6  A.   Staff Sergeant Ramsden was a member of the Delta Police

7  force.  He was part of the integration team.  To my knowledge

8  he is retired from Delta Police and works for the Provincial

9  Government BC I believe in the gambling area, sir.

10  Q.   It's fair to say that he would have more information than

11  you do about what actually occurred during the 2010 Vancouver

12  Olympics; isn't that fair?

13  A.   Yes, it would be very fair.

14  Q.   He would have more information about what accommodations

15  were needed during these games?

16  A.   He would speak for the actual implementation plans because

17  he was present and oversaw that at the time of the games.

18  Q.   And he would also have knowledge about how RCMP marketed

19  on board revenue streams or centers?

20  A.   Repeat that, please?

21  Q.   He would have information about how what was open on the

22  ships, what OBR opportunities were available on the ships more

23  so than you, correct?

24  A.   Oh, absolutely.

25  Q.   I don't think I have any further questions.  Thank you so

1    much?

2    A.   Thank you.

3              THE COURT:  All right, thank you.

4              MS. LANE:  No redirect, Your Honor.

5              THE COURT:  All right.  Thank you very much.

6              THE WITNESS:  My pleasure.

7         (Witness excused.)

8              THE COURT:  I hope it has not been too boring.

9              THE WITNESS:  It has not.

10             THE COURT:  The seat has certainly been hard enough.

11        All right, did you want to call your second witness?

12             MR. CHRISTENSEN:  Yes, Your Honor.

13        Your Honor, the Crown asks Normande Morin to take the

14   stand.

15             THE COURT:  Ms. Morin, please.

16           DEFENDANT WITNESS NORMANDE MORIN SWORN

17             THE COURT:  It's not everybody who gets to say the

18   Crown.

19        Whenever you're ready, sir.

20                      DIRECT EXAMINATION

21   BY MR. CHRISTENSEN:

22   Q.   Good afternoon, Ms. Morin.

23   A.   Good afternoon.

24   Q.   Could you please state your name for the record?

25   A.   Certainly.  My name is Normande Morin.  I work for the

1  RCMP in Ottawa.  I joined the RCMP in 2001.

2  Q.   Can you please tell us your, your job title?

3  A.   My current job title is director general of procurement

4  and contracting for the RCMP.

5  Q.   Did you have that same job title in 2008?

6  A.   No, not at the time.  At the time I was the director of

7  strategy procurement and contracting services for headquarters

8  of the RCMP.

9  Q.   Can you please tell us what your job responsibilities are,

10  just in summary?

11          THE COURT:  Today or then?

12  BY MR. CHRISTENSEN:

13  Q.   Starting with today?

14  A.   Today I'm responsible for the overall procurement

15  strategy, procurement planning and procurement delivery of the

16  RCMP portfolio to support operations.  This involve working at

17  headquarters on major procurement.

18     With my team, of course, I am leading the team.  And also

19  providing all of our regional people procurement office

20  personnel with functional direction at all time related to any

21  procurement strategy, any procurement activities.

22  Q.   Did your job responsibilities differ in 2008, did you have

23  a different job title?

24  A.   Yes.  My job in 2008 was focused on more of the larger

25  procurement pieces.  But I still did have overall the

1  responsibility for the headquarter procurement at the time as

2  the director.  And in addition, I also had the responsibility

3  of functional direction to all of the regional procurement

4  units in Canada.  And there were four regions so I had over the

5  four regions when the ISU was instituted, it became also my

6  responsibility to oversee and provide functional guidance to

7  them related to all procurement matters.

8          THE COURT:  Can I ask you a question?

9          THE WITNESS:  Certainly, Your Honor.

10          THE COURT:  Did you have hiring or discharge

11  authority for people in procurement in the regional offices?

12          THE WITNESS:  This is a good question.

13      I had the responsibility of hiring the director in the

14  procurement area there to take over some direct functional

15  responsibilities in the procurement there.  That did not take

16  away my overall functional role as a procurement director of

17  headquarters.

18          THE COURT:  No, I appreciate that.

19      Thank you, sir.

20  BY MR. CHRISTENSEN:

21  Q.   You mentioned I think you worked on larger procurement

22  projects.  Can you give an example of what sorts of large

23  procurement projects you worked on?

24  A.   Large procurement project there was some for the ISU like

25  the perimeter of securities system that had to be installed.

1   So that was also a fairly, a very large procurement.

2       Prior to that another Government department I worked at

3   Public Works Public Service Canada for 13 years.   In Public

4   Works I was responsible for large procurement in development

5   research and development for satellites.

6       In addition, I was also responsible for service contract

7   procurement for a period of time.   In addition, I did some

8   chartering of vessels for over five years at Public Works as

9   well.

10  Q.   What do you mean by chartering of vessels?

11  A.   The Canadian international development agency had a

12  program, a bilateral program to support third world country and

13  the program necessitated the transportation of some food, be it

14  some wheat bulk, butter, milk and flour to third world

15  countries mostly African countries.   This involved the

16  chartering a vessel to carry the food to those destination in

17  Africa.   Mainly in mainland Africa.

18  Q.   These are ships?

19  A.   Big ships.

20  Q.   Cargo ships?

21  A.   Ships with very deep holes to carry the, yes, the food.

22  Q.   How many, how many vessels had you chartered in your

23  career?

24  A.   On average we did a minimum of five charters per year

25  during that period of time.

1          THE COURT:  And you were there for how long?

2          THE WITNESS:  I was there for over five years.

3          THE COURT:  Thank you.

4  BY MR. CHRISTENSEN:

5  Q.   Do you have any experience with providing the large

6  procurements or providing support for RCMP personnel outside of

7  the ISU?

8  A.   Yes, certainly.

9      I have experience providing strategic procurement services

10 to all members for major acquisition of equipment.  I say IT

11 equipment would be one of them and also some other major

12 procurement requirement and in my career during my stay at the

13 ISMP, I arranged for consultation of a lot of the activities

14 that were on the strategic basis of the activities that were

15 being carried in the RCMP to maximize efficiency and to ensure

16 that dollar value was acquired.  We received a good fair market

17 value and dollar value for our procurement services.

18 Q.   Do you have any experience with procuring food services

19 for the RCMP?

20 A.   Yes, I do have experience procuring food service.  When I

21 initially came to the RCMP I came to the RCMP for the purpose

22 of looking at some of those larger pieces of requirement.  One

23 of them was food services for the cafeteria.  The cafeteria

24 were not privatized at the time.  They were ran and operated,

25 the one at headquarters, by the staff.

1     And it became a bit of an issue because budgets were

2  getting more limited and the meal were serving, delivered at a

3  very low cost to the actual members.  So what happened is a

4  survey was completed and it was decided that we would privatize

5  the cafeteria, that's when I came on board.

6     I will do that, I took over this portfolio and carry on the

7  contract with, to process with exterior companies that bid on

8  the process and established privatize the cafeteria.

9     The experience was a good experience but we had a lot of

10 push back at first.  The cafeteria offered a multitude of

11 different service counters and we had push back from the

12 members because the cost of an entree for example, pass from --

13 I don't want to divulge any secrets of the organization here --

14 but pass for 4.50 for a main entree to about 12.50 for a main

15 entree and there was a lot of the push back from the members.

16    Members seem to be very practical, very conservative and

17 they are very frugal in their approach to spending their

18 dollars.  And that I think that's an ideal Government overall.

19 So there was a lot of push back because they had to pay an

20 entree that was a lot more, three times the price almost to the

21 price they were paying before.

22    We had in the cafeteria started to have various food

23 stations where you could acquire different types of foods.  We

24 had one of the stations that was offering upper level type of

25 variety of food and that section didn't do very well.

1    So we did readjust the menu to make it a little bit less,

2  you know, variety was less, but the food was still good, but we

3  lower a bit the standard of this area.

4    So my experience with the ISMP in that particular contract

5  and some other events that I participated where the ISMP the

6  members tended to be conservative, very practical and very

7  frugal in what they do.  I think it's part of the culture with

8  them.

9  Q.   Did there come a time where you advised on an RFP to place

10 cruise ships in Vancouver Harbor to house ISU members?

11 A.   Yes, I did.  At the outset as part of the strategy

12 procurement approach, there was discussion, there were

13 discussion with the ISU members to determine what were the

14 actual solutions that we could bring forward to the limited

15 number of recommendations through hotels and so on that were in

16 the center core of Vancouver.

17   Given the water front there, that was put forward as a

18 possibility that cruise ship may be a solution that would help

19 relieve some of our issues with accommodation with our members.

20 We were looking also at hotels and we were looking at limited

21 availability because a lot of hotels were being reserved for

22 the actual outside people coming in for to participate at the

23 games.

24   So that's when it evolved from 2007 I say to becoming a

25 strategy that was contemplated, now it became something that we

1  were looking to really use to assist us as solution.

2  Q.   Can you describe your role in trying to devise that

3  solution?

4  A.   Yes.  My role was to participate, I participated in how

5  would we go doing this with an RFP.  I participated in the

6  development of the RFP with the team in the regional in the ISU

7  group.  I also participated to furthermore in providing

8  additional advice along the way as the process unfold.

9      So I was present very much in the first part of the RFP.

10 My presence became less a bit after, but I wasn't involved in

11 the day to day basis as I was on the front end.  But I remained

12 to be, I should say the functional adviser to any of their

13 questions that they may have had or direction they needed to

14 get related to the, the cruise ships, yes.

15 Q.   Once there was a, once a bid was accepted on that RFP did

16 you work on the contract itself that was entered into between

17 the RCMP and Cruise Connections?

18 A.   I practically did work on the contract.  As I said, not on

19 a day to day basis.  But I was kept informed of development of

20 the contract.  I was there as well for additional funding

21 whenever required and coordinated all of these activities with

22 our financial group for example.  And they did contact me

23 regularly.

24     In addition, I travel quite a bit BC.  I found I was able

25 to let's say nine times a year I travel to BC to provide

1  assistance given, you know, all of the portfolio related to

2  this contract and other matters for that matter, other

3  contracts that they had ongoing.  The department of security

4  was one of them.

5  Q.   After the termination of the contract with the Cruise

6  Connections did you have the opportunity to work on the second

7  RFP?

8  A.   Yes, I did have the opportunity to work on a second RFP.

9  It was under my direction in that particular case.  And I was

10 very much involved.

11     I had a senior officer that carried on the activities on

12 the RCMP, but I worked intensively with the ISU, the technical

13 side being the requestor looking at the need, looking again at

14 how we are going to roll this out as to serve the need of the

15 RCMP to acquire the cruise ship.  That was very important for

16 the RCMP to have the cruise ship to carry on that business

17 given the limited number of rooms available in the BC area.

18 Especially in center core where there are a large number of

19 venues.

20     And we had to have all of the services delivered, like all

21 police officers available to the venues for logistic reasons.

22 Q.   Having worked on the first RFP and the second RFP, can you

23 tell us whether or not the RCMP changed what services it was

24 expecting to procure?

25 A.   Yes, having worked on both.  I can tell you that both

1  requirement were basically in all aspect the same.  There may

2  have been some bit cosmetic changes here and there and those

3  cosmetics will have come about in the first RFP as well, right.

4      Not major changes that causes a lot of differences, but we

5  still had their rooms, the basic room requirement the same.  We

6  still have the food service 24/7 provision around the clock for

7  the members.  We had their lunch packages to be made available

8  for those that could use them.

9      We also had embarkation, disembarkation, the port fees, so

10  overall if I'm looking at the two pieces in considering I

11  didn't notice any major changes from the first.

12      We still needed the same type of requirement for the RCMP,

13  the basic fundamental need to accommodate our police force in

14  the closest vicinity to the venues.

15      So the answer to this, not much change.

16  Q.   Were the members of the RCMP who are being housed on the

17  cruise ships, were they to receive a per diem?

18  A.   The members, yes.  That was discussed at some of the

19  meetings I had with the ISU.  They were receiving the standard

20  Treasury Board allowance that was there at the time which was

21  around the $17 bracket and some cent, but I don't specifically

22  remember the cent but it was 48 or so cent.  Related to a per

23  diem rate too.  They were not entitled to meals, but they were

24  entitled to the per diem for incidentals.

25  Q.   Is $17 per day enough to sustain an individual member of

1  the RCMP?

2  A.   Well, this is the Treasury Board actual, you know, policy.

3  And that's the limit to what they could get for being out of

4  town, on duty and that's the compensation they would receive.

5  Okay.  It's the same as all other public servant or members on

6  travel status.

7     So I am not, you know, questioning whether it's enough or

8  not enough.  It depends on individuals what they do, but that

9  is what's allowed by policy and we follow policies.

10         THE COURT:  And if one were at home working full-time

11 you wouldn't get the $17?

12         THE WITNESS:  Definitely not.

13         THE COURT:  But you would still need to clean your

14 uniforms?

15         THE WITNESS:  Yes.

16         THE COURT:  Right.

17 BY MR. CHRISTENSEN:

18 Q.   As a result of the second RFP in the contract that was

19 entered into, did you receive invoices for the services that

20 were provided by third party contractors?

21 A.   Yes indeed I did.  I received the invoice directly and

22 that's the practice in the Federal Government demonstration of

23 contract when invoices do come in, the contracting body takes a

24 look at the invoice coming in to ascertain that these invoices

25 are in line with the contract.

1    And thereafter, when that is done so we verify the

2  invoices.  We look at all of the invoices.  It's part of an

3  oversight responsibility in my role to insure that we are

4  covering costs in the way that the contract is actually allowed

5  to permit.

6    So at this stage, at this point in the reviewing of

7  invoices should there be some discrepancy noted, not just

8  necessarily in the addition of cost, but let's say the services

9  and scope of services that's being billed versus what was let

10 under the contract, we would have to go back to the contractor

11 and clarify that.  So, if no clarifications was required and it

12 was a financial aspect or financial section took care of those

13 and this was the office in the ISU that processed all of these

14 invoices.

15 Q.  I had a question about one document and I don't know if

16 it's an invoice or not and I wanted to see whether you

17 recognized it.  And rather than pour through the piles, I was

18 going to put a copy up on the Elmo if that works.  This is

19 Plaintiff's Exhibit 26, just to show the bottom.

20    If you can see?

21 A.  Yes, I can see.

22    THE COURT:  I think that Mr. Townsend broke it.

23 BY MR. CHRISTENSEN:

24 Q.  I wanted to ask if you recognize this Plaintiff's Exhibit

25 26?

1    A.    Yes, I do.

2    Q.    Can you please tell me what it is?

3    A.    This exhibit relates to the second contract.  At some

4    point in the contract our financial office in the ISU had asked

5    for breakdowns and costs.

6        So these breakdown in cost were provided and I believe this

7    is the breakdown in cost.  I recognize the actual versus the

8    original estimations that were provided.  And how they were

9    itemized in accordance with the, accordance with the contracts.

10   So yes, I do.

11   Q.    I see a column for original in the middle, but I see a

12   column next to it as revised.  I don't see an actual column?

13   A.    So the original was the primary planning, and the revised

14   is what it was revised as an actual, but it was as an actual.

15   Q.    I see?

16           THE COURT:  So that --

17           THE WITNESS:  We were closer to the finalization of

18   this contract at that point and those were passed to me as a

19   piece of information for my file and it was a financial file.

20           THE COURT:  So the date of this document is before

21   any services were actually rendered.  This is still in the

22   anticipation stage of performance?

23           THE WITNESS:  This would have been much later.

24           THE COURT:  Okay.

25           THE WITNESS:  This was much later.  In my

1    recollection this was much later.  The service had already been

2    let in most cases and so on.

3         So that's why I'm saying it's a revised but to me it's

4    closer to an actual than a revised.

5         THE COURT:  So this is, I'm trying to -- I'm not in

6    procurement so let me see if I can make my question clear.

7         Does this, was this document, the revised column does

8    that represent costs after the olympics had completed?

9         THE WITNESS:  I believe so, yes.

10        THE COURT:  Okay, that's what I meant.

11        Thank you.

12   BY MR. CHRISTENSEN:

13   Q.   We've heard a bit about snow removal in this case.  And

14   the fact that there was no snow in Vancouver.  Why would the

15   Crown pay for snow removal when there wasn't any snow?

16   A.   That's the very question I asked when I was meeting with

17   the group in Vancouver.  When we were going over cost and of

18   course we were very careful.  We take on and lead because we

19   want the value for money at the end of the day.

20        But looking at that, I questioned why would there be a need

21   for this service in Vancouver.  And I was reassured by our

22   Vancouver office that this was really something that they had

23   to put in place in case there was a potential for snow.  They

24   had snow somewhere in Europe before, something around, a couple

25   of years before on the grounds sufficient enough to warrant

1  taking this precaution under the contract.

2      That was new to me because I always figured Vancouver would

3  never need snow removal at any given time.  We get an inch or

4  two.  But again, considering the fluctuation of weather all

5  over where we get different, this to me was a service that was

6  prudent to have and therefore, it was left, remained in the

7  contract to ensure that we would not be stranded at any given

8  time there.

9  Q.   Were there concerns overall about spending taxpayer money

10 on cruise ships?

11 A.   Taxpayer money is always a concern when we work for a

12 procurement unit in any Government office.  Value for money

13 needs to be acquired.  That's the very purpose of us

14 negotiating and going out for competitive processes and getting

15 the maximum requirement in this case being what it is.  It

16 wasn't a cruise ship that we were hiring as a cruise ship.  It

17 was more less a floating hotel of a certain level of quality

18 that would be fair to the members and that would not add, you

19 know, benefits that would bring any scrutiny from the media or

20 from the taxpayers as a matter of fact.

21     So this was very much present in all aspects.  So when I

22 left that project I would say from both sides from the

23 technical group being the people describing the needs, and from

24 the contracting side being the people that will negotiate and

25 put in place contracts for those needs.  So it was very much

1  present, yes.

2           MR. CHRISTENSEN:  I have no further questions, Your

3  Honor.

4           THE COURT:  All right.  Did you have any cross

5  examination?

6                       CROSS EXAMINATION

7  BY MR. STRAUCH:

8  Q.   Ms. Morin, I've got Plaintiff's Exhibit 26 back up there.

9  A.   Yes.

10 Q.   Did you tell us that you believed that this was something

11 that was prepared after the olympics?

12 A.   I believe I did, yes, I did.

13 Q.   You didn't prepare this did you?

14 A.   No, I didn't.

15 Q.   And do you know whether it was prepared after the

16 olympics?

17 A.   I believe it was prepared after the olympics.  What I saw

18 these figures, when I saw these figures very almost identical

19 document after the olympics when we asked for cost breakdown.

20 Q.   So do you know what this document actually is?

21 A.   This document is listing all of the port fees as it

22 itemized them.  It also lists those that were part an included

23 part and parcel of some of the rates of the ship, the cruise

24 ship as well as some of the ones that were pass through costs.

25 So it's an intermix of the two.

1   Q.   Do you know why this documents reflects $223,000 for snow

2   removal?

3   A.   This documents reflects $223,000 for snow removal as being

4   cost per ship for snow removal.

5          THE COURT:  Cost per ship?

6          THE WITNESS:  Costs overall I should say.

7          THE COURT:  Overall.  For the duration.

8          THE WITNESS:  For the duration of the period, yes.

9   BY MR. STRAUCH:

10  Q.   Do you know why the Government of Canada provided us one

11  single invoice for snow removal that reflects a $79,800 charge?

12  A.   The invoices provides for cost of insurance to provide the

13  service and that's what we paid because the service wasn't

14  utilized.  There was no need to utilize it.  It was more like

15  an insurance put in place for the service.

16  Q.   I see.  So that by the end of the olympics you knew there

17  was no snow, so you would just be paying something less?

18  A.   But I'm not convinced that this is the only invoice

19  either.

20  Q.   But what you're saying is that by the end of the olympics

21  there had been no snow, so your $223,000 snow removal insurance

22  policy was reduced to only $79,800?

23          THE COURT:  No, that's not -- is that what you said?

24          THE WITNESS:  I cannot certify that here because as I

25  mentioned to you, it could have been more than one invoice for

1   this service.

2   BY MR. STRAUCH:

3   Q.   I understand you say there could have been more than one

4   invoice.  You understand that this is the only one that the

5   Government of Canada, the Crown has given to us, right?

6   A.   It appears so, if you are saying so.

7   Q.   But were you saying that because there was no snow, you

8   got some money back?

9   A.   We didn't.

10  Q.   You did not?

11  A.   We don't get money back, sir.  We haven't paid anything.

12  We pay after service delivery in our contracts.  Service are

13  delivered, then we pay.  Unless there's provision for milestone

14  arrangement within the contract whereby when milestones are

15  actually achieved and delivered to the satisfaction of our

16  policy, okay, then we can proceed and pay for the service.

17           THE COURT:  Well, would that suggest that this

18  invoice for 79,800, 79,000 would not have needed to be paid

19  because there was no service or --

20           THE WITNESS:  That is not what I'm saying.  It's just

21  that in certain businesses you hire the service on account.

22           THE COURT:  No, no, I appreciate that.  What I'm just

23  trying to figure out is this one.

24       This appears to say fixed cost for snow removal what

25  amounts to $79,000.

1            THE WITNESS:  Yes.

2            THE COURT:  So that made me think the 223,000 was

3    somebody's estimate and 79,000 was the reality since you

4    contracted for it to be done and never did get done but you are

5    not going to get the money back; is that not right?

6            THE WITNESS:  We're not getting the money back, yes,

7    Your Honor.  We're not getting the money back on the 79, the 79

8    was a flat rate.

9            THE COURT:  But the 223,000 was never spent either

10   because it never snowed.

11           THE WITNESS:  That's correct.

12   BY MR. STRAUCH:

13   Q.   Do you have records at the Government of Canada about what

14   was actually spent on these olympics?

15   A.   That's a big question --

16           THE COURT:  You are asking.

17   BY MR. STRAUCH:

18   Q.   Let me break it down.  Do you have numbers at the

19   Government of Canada on the amount that was actually spent with

20   respect to these three cruise ships that were in port nearly

21   prior to, during and shortly after the olympics?

22   A.   There is certainly records that shows these figures as to

23   what all actual costs would have resulted in being.

24       Do I have them with me?  I'm sorry, I didn't bring, I

25   didn't bring anything with me to verify here.

1  Q.   One thing that we do have is this Plaintiff's Exhibit 26

2  that you say you think was prepared after the olympics, right?

3  A.   Yes, some time.

4  Q.   But you're not really sure of that, are you?

5  A.   I don't have a photographic memory, sorry, sir, for

6  specific numbers but the way this is laid out, the way this is

7  looking, I remember looking at that same type of document that

8  was provided to me and towards, after the olympics giving that

9  type of information and given this breakdown and when I look at

10 the figures, they are very very close to what I know or

11 remember was actual costs for fees and so on.  So I cannot,

12 like I say, I believe, I do believe that this is the same

13 thing.

14 Q.   Okay.  So you've got something listed on there called ship

15 based port fees.  Do you see that?

16 A.   Yes, I do.

17 Q.   I misspoke, I said you got it.  You didn't create this

18 document.  Whoever created this document has an entry for ship

19 based port fees, right?

20 A.   That's what it shows.

21 Q.   What are those?

22 A.   Technically this is something that could be more so

23 answered by a technical person that knows more in the field of

24 vessels, port fees and so on.  This level of service is, was

25 included in presenting the contract, but not necessarily

1  understood by me to be what level of service, port fees or

2  what's happening at the port with other basic cost, what other

3  basic fees that a ship can incur out at a cost -- at a port,

4  sorry.  That's all I can say.

5      I'm not an expert in let's say ports, arrival, departure

6  and so on but this is one of the quoted fee that would be

7  present as part of costs that could be, that would be acquired,

8  that would be present in the costing at port.

9  Q.  Are you saying that somebody quoted to the ISU that it was

10 going to cost $202,937 for ship based port fees or are you

11 saying that the ISU paid $202,937 total ship based port fees

12 for all three ships?

13 A.  I would like to give you a very clear answer on this, but

14 unfortunately given from what I see, I cannot confirm a hundred

15 percent that this is it.  To me it appears to be that what it

16 is.  But I have, I cannot be a hundred percent confirming that

17 not seeing the actuals of invoices per se that the accountants

18 would have capped.  It could vary somewhat.  So in front of a

19 Court I think I need to be as accurate as possible, sir.

20 Q.  Would you remind me again, please, of your title, I

21 apologize?

22 A.  Pardon?

23 Q.  Your title, please?

24 A.  My current title, sir?

25 Q.  Yes?

1  A.    I'm the director general of procurement and contracting

2  services for the RCMP at the national level.

3  Q.    As the director general for procurement and contracting

4  services can you tell us whether the $202,937 listed on

5  Plaintiff's Exhibit 26 under ship based port fees was a cost

6  actually incurred by the RCMP?

7  A.    Before I could answer that for sure, I would have to first

8  of all verify what the contract said.  If this was inclusive,

9  included cost to the charters or if it was included costs to

10 the RCMP and because like I say, there's a variance, there's

11 some of the two here.  So I can't for sure.

12     But I believe it may have been included, and I'm saying I'm

13 not a hundred percent certain in the actual base fee cost for

14 these ship like the overall cost for the ship and not

15 necessarily.

16            THE COURT:  Like the charter hire.

17            THE WITNESS:  And not the cost to the RCMP.  But

18 there again, I'm going by memory here.  If I was looking at my

19 contract where these items is itemized I would be in a better

20 position to give you a more complete answer.

21 BY MR. STRAUCH:

22 Q.    Do you think that there's another document that exists

23 that says what all of the ship based port fees were that RCMP

24 actually paid?

25 A.    I think I'm not making myself clear in the sense that

1   there are document that showed what the RCMP paid in various

2   services.  Okay, there was two packages of services under the

3   contract.  One being all inclusive in the overall charter rate,

4   okay.  And one parcel of services that was being passed through

5   costs to the RCMP.

6        Now when you ask me the question here today and I apologize

7   for this, I don't have a, a memory that carries me that

8   precisely in time in some of these detailed aspects, but I

9   would have to see my contract and that's probably for having

10  been in business for over 30 years, I hate to speak on

11  something, I'm sorry, with assurance, a hundred percent without

12  having my contract to look at to say yes, ship based port fees

13  were an actual part of either one of the two parcel.  Either

14  included in the base rate or either be part of the pass through

15  costs.  Unfortunately, sorry.

16            THE COURT:  Go ahead.

17  BY MR. STRAUCH:

18  Q.   Ma'am, let's talk about the contract between Cruise

19  Connections and the RCMP.  You remember that contract, of

20  course, right?

21            THE COURT:  The fact of that contract?

22            MR. STRAUCH:  The fact of that contract, yes.

23  BY MR. STRAUCH:

24  Q.   You read that contract eventually, right?

25  A.   I read that contract more than eventually.  I read that

1    contract as it was let.  I read that contract later on when I

2    got the file.

3    Q.   You know that the contract between the RCMP and Cruise

4    Connections made all gray water and black water charges a pass

5    through to the RCMP, correct?

6    A.   On your contract?

7    Q.   Yes?

8    A.   On the CCCM contract.  It was a pass through cost.

9    Q.   To the RCMP?

10   A.   To the RCMP.  If I remember correctly, that was a pass

11   through cost.

12   Q.   So to the extent that there are any gray water, black

13   water removal charges reflected on Plaintiff's Exhibit 26 that

14   is something that Cruise Connections never ever would have had

15   to pay, correct?

16   A.   Is it included?

17   Q.   Well, if you look on the third -- well, one, two, three,

18   four, five, six line down where it says all

19   garbage/sewage/gray/black water removal cost, do you see that?

20   A.   Yes, I do.

21   Q.   Under the revised column it says $763,000,417, do you see

22   that?

23   A.   Yes.

24   Q.   How much of that was gray water, black water removal?

25   A.   Being included with all garbage sewage, it's not for me

1  possible without information that I would have from the file be

2  able to provide you with a yes answer to that.

3  Q.   The easiest way to say it is I have no idea what gray

4  water and black water charges are included in that $763,417,

5  correct?

6          THE COURT:  It may be easier but she's being precise.

7  But in any event, the answer is the same.

8          MR. STRAUCH:  All right.

9  BY MR. STRAUCH:

10  Q.   Now ship based port fees is it your testimony that the

11  RCMP incurred $123,915 worth of ship based -- Strike that,

12  strike that, my apologies.

13     Let me start over?

14          THE COURT:  You mean passenger base.

15          MR. STRAUCH:  Yes.

16  BY MR. STRAUCH:

17  Q.   Is it your testimony that the RCMP incurred $123,915 of

18  ship based --

19          THE COURT:  Passenger.

20          MR. STRAUCH:  -- passenger based port fees -- thank

21  you, Your Honor.

22          THE WITNESS:  I don't see that on this sheet.  Nor do

23  I remember that amount being as specific to.  Right now unless

24  I have my file and I can verify my documentation and see

25  specifics with, within, I am sorry to not be able to be helpful

1  to you and giving you specific answer on this, sir.

2  BY MR. STRAUCH:

3  Q.   Bear with me for one second.  Because I have been wanting

4  to have a chance to do this the whole time, so right here, did

5  that work?  I got a yellow line on there.

6      You see what I have underlined the passenger based port

7  fees.

8  A.   Port fee.

9  Q.   At some point was it originally estimated to be three and

10 a half million dollars for those fees?

11 A.   That's what this says here.

12 Q.   Yes.  Do you know whether that is what it was originally

13 estimated to be?

14 A.   I'm very sorry if I'm not being helpful here.  Because I

15 am accustomed to having a file to verify matters to be

16 specifically related to numbers and dollars.  And I'm asked now

17 to testify that this is the, the real number per se, okay.

18     I have to go back to my file and verify that in order to be

19 able to be in a position to give you an accurate answer, sir.

20 So as you mentioned before, I am not able to answer this

21 question at this time.

22 Q.   Do you know why the Government of Canada has represented

23 to this Court both in writing and orally that Plaintiff's

24 Exhibit 26 is a mere estimate of costs?

25 A.   The word mirror.

```
1   Q.   I apologize.  I didn't understand?

2   A.   I'm sorry.  Could I hear the question one more time?

3   Q.   Yes, yes.

4       Do you know why the Government of Canada has represented to

5   this Court both in writing and orally that this document

6   Plaintiff's Exhibit 26 is merely an estimate of charges that

7   would be incurred?

8   A.   The reason I said I believe it is by the top numbers.

9   Q.   So you believe it is an estimate?

10  A.   I believe that the original is the estimate where the

11  column that says original, this is the estimate.

12  Q.   Do you know, do you know why the Government of Canada has

13  represented in writing that the charges shown under the revised

14  column are estimates?

15  A.   The charges are saying to be revised, okay, that's what

16  they're calling that.  To me they look more like when I look at

17  the top number closer to the actual and that's why when you

18  present the document here without unfortunately having the

19  possibility of going back to my document file and taking a look

20  at my document file, I'm saying yes, I believe this is actual,

21  the actual piece, the actuals or refined, much more refined as

22  we get to the end of this venture on the contract.

23  Q.   Let me try my question again, please.

24      Do you know why the Government of Canada has represented in

25  writing to this Court that the numbers in the revised column
```

1  particularly pertaining to stevedoring are mere estimates made

2  by the RCMP?

3  A.   When you talk about mere estimates, I would like to

4  understand a little better, sir, what your interpretation of

5  mere estimate might be.  I'm sorry, I want to be more helpful

6  to you, but I have some bit of difficulty hearing the

7  understanding maybe of your real question.

8  Q.   I am putting in front of you and using my convenient

9  yellow line on the Elmo a document --

10         THE COURT:  Move your page to the left, so you can

11  read the whole document.

12  BY MR. STRAUCH:

13  Q.   Let me do this.  Ma'am, this is a document that the

14  Government of Canada submitted to this Court in this case.  Let

15  me get you to look at this number that you see here CAN

16  0017074.

17  A.   Uh-huh.

18  Q.   That's the same number that's on Plaintiff's Exhibit

19  Number 26.  Do you see that?

20  A.   Yes.

21  Q.   Do you see, do you see do you not the Government of Canada

22  is referring to this Plaintiff's Exhibit 26 in this document

23  that is up there on the Elmo for us all to see, right?

24  A.   Yes.

25  Q.   You see where it indicates the defendant's estimate,

1  defendant's estimate for stevedoring in connection with the

2  lease of cruise ships that actually occurred in 2010 was

3  $1.660.221?

4  A.   So we're talking about estimates?

5  Q.   What I am asking you to look at is what the Government of

6  Canada represented to this Court about what these stevedoring

7  charges or stevedoring numbers shown on Plaintiff's Exhibit 26

8  are, and do you see that it is listed as an estimate?

9  A.   Yes, I do, I read that defendant estimate.

10 Q.   Do you see on Plaintiff's Exhibit 26 the stevedoring

11 numbers that are listed on that exhibit?

12       THE COURT:  In the yellow circle.

13 BY MR. STRAUCH:

14 Q.   In the yellow circle?

15 A.   There are three lines.

16       THE COURT:  I understand how serious this is.  I have

17 a different kind of question.  Since I'm the one that has to

18 ultimately figure this out, I'm going to interrupt to ask a

19 question.

20       The charter party agreement between the RCMP and

21 Carnival that was ultimately in place at the time has in it at

22 page 3 and 4 which is doc, Plaintiff's Exhibit 6 at number CAN

23 0002481.  Paragraph 7 that the charterer agrees to reimburse

24 the owner for the following items of expenses incurred by the

25 owner.

1          Then there's a list of fees which exactly meets except

2   for Canadian taxes, what's on this upper list pilotage, ship

3   base port fees, passenger base port fees, et cetera, including

4   any port security, lighting charges dock side, all garbage,

5   sewage, gray black water removal costs if applicable.

6          So, as I understand it charterer, that is the RCMP.

7              MR. STRAUCH:  Correct.

8              THE COURT:  Agrees to reimburse the owner, that is

9   Carnival, for costs incurred on the matters listed at the top

10  here.

11             MR. STRAUCH:  Correct.

12             THE COURT:  So that whatever these numbers are, they

13  were passed through fees.

14             MR. STRAUCH:  Correct.

15             THE COURT:  All of them.

16             MR. STRAUCH:  Correct.

17             THE COURT:  So that whether they were estimated to be

18  2.4 million dollars for ship base port fees and they turned out

19  to be somewhere around 202,000, but then Ceres down below spend

20  952,000 on stevedoring day baggage, that was all pass through.

21         Why are we arguing about this?

22             MR. STRAUCH:  Because the witness has stated --

23             THE COURT:  No, no, I understand that.

24             MR. STRAUCH:  But this is why we're arguing about

25  what's up top.

1          THE COURT:  Okay.

2          MR. STRAUCH:  Because what you are going to see is

3     that there's no way in the world that these numbers that I'm

4     pointing to on the Elmo.

5          THE COURT:  Right.

6          MR. STRAUCH:  For above the line charges.

7          THE COURT:  The revised list.

8          MR. STRAUCH:  Are actually incurred charges.  There's

9     no way.  And if those can't actually be incurred, then these

10    aren't actually incurred and are precisely what they were

11    represented to be and that is mere estimates.

12         THE COURT:  Well, okay.  Let's take, I mean,

13    Ms. Morin has been clear that she's not quite sure whether this

14    is a final, a midterm closer estimate or whatever.  So we'll

15    put that to the side.

16         The janitorial that is down below listed for $55,000 to

17    which Mr. Webber said oh, I'd have one person.  It wouldn't

18    cost me $55,000.  I would just have one person to clean it up.

19         I don't see how that would be billed to the cruise ship

20    in any event.  It's cleaning up the building that belongs to

21    the pier.  It's not in the contract.  Is it?

22         MR. STRAUCH:  I don't think it is either.

23         THE COURT:  No, okay.  I don't know about snow

24    removal.  Traffic, why would traffic be part of the contract?

25         MR. STRAUCH:  I don't think it is, Your Honor, but

1  they've put these invoices in their exhibits and my job is to

2  make sure that if you somehow find that I'm responsible for

3  traffic that I knock the number down to what it should be,

4  right?

5           THE COURT:  Okay.  Well then, I need to hear more

6  from counsel for defendant to explain to me why I should care

7  about these things.  Because I don't see, I mean, fenderring

8  doesn't have a number.  Fenderring is fenders around a ship.

9  The person who owns the ship or is driving the ship is going to

10 want to fender the ship so that it doesn't get banged around in

11 bad weather.  That might be his expense.

12          The rest of it is all stuff that is happening on land.

13 Why would that be part of a cruise line charter cost?

14          Now the pilotage, the port fees, the passenger port

15 fees, the docking fees, the water removal, that is perfectly

16 belonging to the ship except it's a pass through on this

17 contract, the one that you ended up with, so the comparison,

18 these numbers are all nonsense anyway.  They're nonsense in and

19 nonsense out.

20          MR. STRAUCH:  I agree.

21          THE COURT:  I'm sorry.  Mr. Christensen, I'm sure you

22 can explain what you're trying to argue here.  I'm sorry to

23 interrupt.  But, you know, we are not getting anywhere.

24          MR. STRAUCH:  If we can find out whether this is

25 actually an estimate or what the witness thought it was, it

1  could change things.

2        THE COURT:  It absolutely can't be the final, final

3  because the numbers aren't precise enough.  I mean, there's no

4  cents or anything, nothing would ever come out that way.

5      Mr. Christensen, tell me what I'm suppose to do with

6  this exhibit.

7        MR. CHRISTENSEN:  I was not trying to argue anything.

8  I know there was a question about it yesterday from Mr. Webber.

9        THE COURT:  Yes.

10        MR. CHRISTENSEN:  Who was a stranger to the document.

11        THE COURT:  Yes.

12        MR. CHRISTENSEN:  Ms. Morin is somebody who believes

13  she saw the document.

14        THE COURT:  Not entirely a stranger, but she didn't

15  write it.  She didn't create it.  She didn't file it.  It just

16  came out of somebody's file.

17        MR. CHRISTENSEN:  Somewhere between a close friend

18  and a stranger.

19        THE COURT:  Yes.

20        MR. CHRISTENSEN:  And could bring some context to it.

21        THE COURT:  I see.

22        MR. CHRISTENSEN:  We are not alleging that all of

23  these costs would have been borne by Cruise Connections under

24  their contract, none of them may be.  I was just trying to get

25  an answer to clarify one of the documents that was submitted to

1  the Court yesterday.

2        THE COURT:  Okay.  So you are not going to be arguing

3  in any final argument that Cruise Connections overestimated or

4  underestimated?  You are going to be arguing underestimated

5  costs and that they should have estimated $952,003 for

6  stevedoring day baggage.

7        MR. CHRISTENSEN:  Given what we have heard about this

8  document, it would be a challenge I think to base actuals on.

9        THE COURT:  Okay.

10       And you are going to find for me that stevedoring day

11  baggage is part of the cruise lines whether it's Cruise

12  Connections or the final contract direct between RCMP and the

13  cruise lines, that it's their responsibility anyway.

14       MR. CHRISTENSEN:  It will be, the terms of the

15  contract which I don't have in front of me and don't recall, it

16  will be spelled out.  It may be different than the ones we were

17  just looking at but I'm sure we will.

18       THE COURT:  We don't have to bother you any more with

19  this little issue then.

20       Did you get that, sir?

21       MR. STRAUCH:  I did.

22       THE COURT:  Are you satisfied?  I'm satisfied but if

23  you are not satisfied --

24       MR. STRAUCH:  If you'll let me do one other thing.

25       May I approach?

1          THE COURT:  One other thing, yes, one other thing and

2    then we're going to take a break.

3          MR. STRAUCH:  May I approach, please?

4          THE COURT:  Yes.

5    BY MR. STRAUCH:

6    Q.   Ms. Morin, I put in the front of you Plaintiff's Exhibit

7    23 and 24 that were offered yesterday.  Do you see that Exhibit

8    23 contains four invoices for the Carnival Elation that were

9    sent to ISU Government of Canada to pay?

10   A.   Yes, I see the four invoices.

11   Q.   You see on the first page of that something called the VPA

12   service and facilities fee?

13   A.   Now these invoices were part of, possibly attached to

14   Holland America.

15   Q.   Let me get you to look right here, VP services and

16   facilities fee which under the contract the Court just read

17   were the responsibility of the RCMP to pay, right?

18   A.   Yes.

19   Q.   You see on the first invoice in Exhibit 23 that that VPA

20   service and facilities fees is $11,466.40?

21   A.   Yes, I do see, sir.

22   Q.   You see that it's precisely the same 11,466.40 charge on

23   the second invoice?

24   A.   Yes, I see that, sir.

25   Q.   And the third?

```
 1  A.    Yes, I see that, sir.

 2  Q.    And the fourth?

 3             THE COURT:  Why don't you take off your yellowing

 4  stuff like that.

 5         Thank you.

 6             MR. STRAUCH:  Thank you.

 7             THE WITNESS:  Yes, I see that, sir.

 8  BY MR. STRAUCH:

 9  Q.    Do know that a VPA service and facilities fees is

10  calculated based on the length of the vessel?

11  A.    I don't know how the calculations are.

12  Q.    That would certainly explain why it is the same day after

13  day after day for this ship, right?

14  A.    Yes, sir.

15  Q.    Okay?

16             THE COURT:  If true.

17             THE WITNESS:  If that's the case.  I am not or claim

18  to be the highly knowledgeable person in how this is

19  calculated.

20             THE COURT:  Right.  It's okay.

21  BY MR. STRAUCH:

22  Q.    Now you know that the Carnival Elation was in port in

23  Vancouver Harbor under your second contract for 34 days, right?

24  A.    Something like that.

25  Q.    And 34 times 11,466 is $389,844 and some change, right?
```

1            THE COURT:  You must be kidding but okay.  Take his

2    word for it.  Say I'll take your word for it.  She'll take your

3    word for it.

4    BY MR. STRAUCH:

5    Q.   So on one ship you would have passenger -- I'm sorry --

6    ship based port fees that is nearly $200,000 higher than what

7    Plaintiff's Exhibit 26 shows to be the total for all three

8    ships, right?

9            THE COURT:  No.  This is just H-A-L port cost.  This

10   Exhibit -- excuse me one second.

11          This Exhibit says summary of H-A-L port cost.

12          MR. STRAUCH:  They're all billed Holland America.

13          THE COURT:  Sorry, my apologies.  They are.

14          MR. STRAUCH:  They are.

15          THE COURT:  Can you ask the question again, please?

16          MR. STRAUCH:  Sure, sure.

17   BY MR. STRAUCH:

18   Q.   If just on the Elation itself the VPA service and

19   facilities fees exceed the total of ship based port fees shown

20   on Plaintiff's Exhibit 26.  There's no way Plaintiff's Exhibit

21   26 is an actual accounting of what was paid on these ships, is

22   it?

23          THE COURT:  Let me see if I can make that more clear.

24          By the calculation of plaintiff's counsel it cost 300

25   and some odd thousand dollars for facilities, port fees, for

1    the Elation.  If that's true and there were three ships, three

2    ships could not have cost $202,000 all together.

3              THE WITNESS:  I see what you're saying.

4              THE COURT:  You agree that the 202,000 is less than

5    the 300,000?

6              THE WITNESS:  Yes.

7              THE COURT:  She agrees.

8              MR. STRAUCH:  I'll move off this document.

9              THE COURT:  Let's take a break because it is 3:30 and

10   we've made poor Ms. Pilgrim do it again today.

11             Thank you.

12             Thank you, ma'am.  Please don't talk about your

13   testimony during the break, okay.

14             (Witness excused.)

15             (Recess taken at 3:30 p.m.)

16             (Proceedings resumed at 3:45 p.m.)

17             (Witness resumed the stand.)

18             THE COURT:  Have we beaten that horse dead yet?

19             MR. STRAUCH:  It is laying in an alley, Your Honor.

20             THE COURT:  Now we will move to a different subject.

21             Go ahead.

22   BY MR. STRAUCH:

23   Q.   Ms. Morin, did you go stay on these ships during the

24   Olympic games?

25   A.   No, I didn't.

1    Q.    Did you go to the olympics?

2    A.    No, I didn't.

3    Q.    Were you in Vancouver between January 28, 2010 and March

4    4, 2010?

5    A.    No, I wasn't.

6    Q.    You told us earlier in your direct testimony that you

7    chartered approximately five cargo ships or more for about a

8    five year period, right?

9    A.    Can I hear the question again?

10   Q.    Sure.  Have you chartered cargo ships before?

11   A.    Cargo ships, yes, I did.

12   Q.    And you chartered a couple dozen of them, maybe more,

13   right?

14   A.    Oh, yes, more, yes.

15   Q.    Prior to the date that you became, you took over as the

16   contracting authority on the Cruise Connections RCMP contract,

17   how many cruise ships had you chartered?

18   A.    That was my first time, sir.  I did not charter those

19   ships either.  You are talking about a first contract.

20   Q.    I'm talking about is the charters that you entered with

21   the cruise lines after our contract was over, is that the very

22   first time you ever chartered a cruise line in your life?

23   A.    That is correct, sir.

24   Q.    Do you have any experience in promoting on board revenue

25   sales on cruise ships?

```
 1  A.    Personally?

 2  Q.    Yes, ma'am?

 3  A.    No, sir.

 4  Q.    Do you know whether anybody by the RCMP has particular

 5  experience or expertise in promoting on board revenue sales on

 6  cruise ships?

 7  A.    No, sir, I don't know.

 8        Can I explain?

 9  Q.    No, I don't think you need to.  I mean, it's true you

10  don't know whether anybody at the RCMP has any experience

11  promoting on board sales on cruise ships; is that right?

12  A.    That is right, sir.  I was wanting to explain and that is

13  why we hired specialist to take over this business from us to

14  carry on the venture and supply the need the service needs that

15  we needed.

16  Q.    That's why you hired Cruise Connections the first time

17  around, right?

18  A.    Correct.

19  Q.    While these ships, the ones that you contracted for after

20  my client's contract with you ended --

21            THE COURT:  We can call it the Carnival contracts.

22            MR. STRAUCH:  The new one is the Carnival contracts.

23            THE COURT:  The new ones are called the Carnival

24  contracts because Carnival owns Holland America so that the

25  actual contracts which performed the service during the
```

1   olympics are the Carnival contracts and this is the CCCM

2   contracts or Cruise Connections.

3           MR. STRAUCH:  I love it.

4           THE COURT:  Is that good distinction for you?

5           THE WITNESS:  I would see it more as the Holland

6   America contract.

7           THE COURT:  But one of the ships was Carnival and two

8   were Holland America, correct?

9           THE WITNESS:  Correct.

10          THE COURT:  And all of those companies are owned by

11  Carnival.  Holland America is owned by Carnival.

12          THE WITNESS:  Thank you for that.

13          THE COURT:  That's why I was calling them the

14  Carnival contracts.

15  BY MR. STRAUCH:

16  Q.   When there were forces on board the ships under the

17  Carnival contract, how many RCMP personnel were on board

18  promoting the sale of on board goods and services?

19  A.   The number of RCMP personnel on board the ships had a

20  specific reason of being on board and that was not that of

21  promoting these on board revenue services.

22       That was left entirely to the contractor to promote their

23  own on board revenue as this would be the responsibility in the

24  roles that were played.

25  Q.   There were zero, zero RCMP personnel on the ships under

1  the Carnival contract who were there to promote on board

2  revenue, correct?

3  A.    That is correct.  That wasn't their reason of being on a

4  ship.

5  Q.    Not being on those ships, not even being in Vancouver from

6  January 28th until March 4, 2010 you can offer us exactly

7  nothing by way of information about what the cruise lines did,

8  if anything, to promote on board revenue, correct?

9  A.    The cruise line had the responsibility to promote their

10  services to meet their requirements of our contract.

11  Q.    Right.  Ma'am, my question was whether or not you can tell

12  us anything about anyone at the cruise lines who did anything

13  to promote on board revenue sales when you actually put the

14  ships in the harbor?

15  A.    I mentioned Holland America and Carnival Cruise were fully

16  responsible under contract to satisfy the need of the RCMP

17  under the contract, including the promotion of their services

18  on board.

19  Q.    Okay.  Tell me what was done to fulfill the contract

20  obligation, to promote on board revenue on the ship?

21  A.    It was no obligation under the second contract like there

22  was no obligation under the first contract for that matter to

23  promote on board revenue.  There was no specifics related to

24  the contract that has to promote on board services in any of

25  the two cases.

```
1         What was required under both contracts was to make

2   available certain venues for the, I'm calling venues for

3   example, gym and some facilities for laundry and facilities for

4   hairdressing and so on for to provide for the members, the

5   people occupying on the ship, the sea, air force as well.

6   There was nothing in both contracts, both contracts, the first

7   round and the second round that natural fact was requiring this

8   promotion to what you may be referring to here and correct me

9   if I'm not understanding your question properly.

10            THE COURT:  No, I think you understand it.  And I

11  don't actually need you to pursue this either.

12            MR. STRAUCH:  I understand.

13            THE COURT:  The relationships are just entirely

14  different when there isn't a broker between them.

15            MR. STRAUCH:  I understand.

16        I have no further questions.  Thank you.

17            THE COURT:  Thank you.

18        Did you have any redirect?

19            MR. CHRISTENSEN:  No, Your Honor.

20            THE COURT:  All right.  I have a question, but I

21  can't now find it.  Hold on.

22            MR. STRAUCH:  Your Honor?

23            THE COURT:  Just a second.

24        Do you have a question?

25            MR. STRAUCH:  I do.
```

1          THE COURT:  You can ask one question, one.

2          MR. STRAUCH:  Can I ask one topic that's really

3   short?

4          THE COURT:  I don't know.  You can raise one question

5   about your topic and if I think it's interesting, I'll let you

6   ask it.

7   BY MR. STRAUCH:

8   Q.   Does the Government of Canada have records indicating what

9   ISU forces were actually on the ships and if so, do those

10  records contain the ages of the people who were actually on the

11  ships?

12  A.   That was part of the actual planning for delivery of the

13  security services in the ISU.  The ISU will have some record to

14  that effect.  I take it they would.

15       They did shift scheduling for all of the members on board

16  and they would have this information because the people on the

17  ship for the RCMP that is will have security clearances and

18  would all have a profile that belongs to individuals that were

19  present during that mission.  So that would be existing

20  somewhere within the RCMP.

21  Q.   If the Government of Canada had wanted to bring this to

22  the Court actual information about the ages of the people who

23  were on those ships, it could have done so, correct?

24  A.   I suppose so.

25  Q.   Thank you.

1          MR. STRAUCH:  That was two.

2          THE COURT:  Okay, it was two.

3      My question is really you didn't actually sit down and

4  negotiate the charters, the Carnival charters yourself, did

5  you?  You just put somebody else in charge of that?

6          THE WITNESS:  Yes, but I was very much present.

7          THE COURT:  Yes.

8          THE WITNESS:  Given the need to have a senior, a

9  senior more experienced in the contracting field present to

10 assist because in the federal Government we do hire specialists

11 to deliver our services overall, Your Honor, and these

12 specialists we count on the industry to assist us in fulfilling

13 our needs, okay.

14     And in all cases yes, I was in this particular contract

15 like for all major contracts that we did for the olympics, I

16 mentioned one being the perimeter security system.

17         THE COURT:  Right.

18         THE WITNESS:  I was very involved in those contracts.

19 Given that my work force and my team at the time was being

20 given and blocked and that I was probably one of the most

21 experienced individuals on site because I come from the actual

22 operation side of the contracting negotiations and everything

23 like that.

24     Having done this business over 30 years in all aspect of

25 various services in the federal Government, I was the person

1 that helped them and directed, if you may say, these

2 activities.  The activities of the RFP for the second contract.

3          THE COURT:  So were they actually negotiated in

4 Ottawa for the second contract?

5          THE WITNESS:  For the second contract yes, they were

6 negotiated in Ottawa.

7          THE COURT:  Thank you.  That is what I wanted to

8 know.

9      Does that raise any questions for anybody?

10          MR. CHRISTENSEN:  No.

11          THE COURT:  I think you are excused.  Thank you very

12 much.

13      (Witness excused.)

14          THE WITNESS:  Thank you, Your Honor.

15          THE COURT:  Thank you very much.

16      All right.  Did you have any other witnesses?  I have

17 depositions that you have provided that I will accept as part

18 of the record so that you don't have to send me one, two,

19 three, four, including the last two, the very last one I think

20 was Ms. Colleen.

21          MR. CHRISTENSEN:  Ladwick.

22          THE COURT:  The destinologist.  Yes, the

23 destinologist.  Is that a word you know?  Destinologist.  It's

24 not a word I knew either, it's okay.

25      And I have the last two from the two cruise lines.  So

1  is there anything else that you would like to present as part

2  of your case?

3          MR. CHRISTENSEN:  No, Your Honor, you just summarized

4  it very well.

5          THE COURT:  Okay, then I think I have all of that.

6       Do you have anything in rebuttal?

7          MR. STRAUCH:  No, thank you.

8          THE COURT:  So the record is complete.  It's now my

9  choice.  Okay.  Thank you everybody.

10      Would you like to make closing arguments or would you

11 like to submit briefs or both or neither?

12         MR. STRAUCH:  I think we've burdened the Court with

13 quite a bit of paper and I don't think briefing is necessary.

14      I'm happy to do a closing argument that can be quite

15 short.  And we can get this done and I've got a beautiful

16 daughter at home who misses her daddy, and it would be great if

17 we can do it tonight but if it's tomorrow.

18         THE COURT:  It's got to be tomorrow.  It's not that I

19 don't respect your family.

20         MR. STRAUCH:  I got a great son too.

21         THE COURT:  Well, I have a great son and I have a

22 grandson who is this close, but not here yet.

23         MR. CHRISTENSEN:  I would agree we've burdened the

24 Court with a lot of talking, a lot of numbers over the last

25 several days.

1      I think what would be most beneficial is to see, I don't

2  mean to add additional burden, but to see the transcript and

3  present Your Honor with something small in writing, something

4  quick and closing arguments would be benefited by seeing some

5  of those numbers so that we're not, everyone is working off the

6  same page literally.

7      What I would propose, Your Honor, is with whenever the

8  transcript can be readied, if plaintiffs had two weeks to

9  submit something in writing, we had two weeks to submit

10  something in writing, then Your Honor could decide on argument

11  at a convenient time after that, if necessary.

12      THE COURT:  Do the plaintiffs object to a --

13  Mr. Fontenot.

14      MR. FONTENOT:  Ma'am?

15      THE COURT:  Are you the one that is going to have to

16  do all of this work, right?

17      MR. FONTENOT:  That's really not true, but it's

18  completely up to you.

19      THE COURT:  Man is well trained isn't he?

20      Well, I would certainly enjoy hearing a closing argument

21  from you because it's so much fun to have good lawyers in my

22  courtroom.  But I think closing arguments now and then briefs

23  and then maybe in more closing argument is really overdoing it

24  and you want to go home.

25      So why don't we close up shop and say that, Ms. Pilgrim,

1    can you give us an estimate as to when you might have a

2    transcript?  That is putting you terribly on the spot.  This is

3    November, today is the 20th.

4         Ms. Pilgrim says she really needs a month to get this

5    right.  That would bring us to just before Christmas.  That

6    doesn't do anybody any good.  So why don't we turn to 2014.

7    You don't want to do a brief over Christmas, do you?  You are

8    devoted to your clients but really.

9              MR. STRAUCH:  I'm happy to do a brief over Christmas.

10   But I don't want to do briefs, I just want to be done.

11             THE COURT:  I know, I appreciate that.  But you're

12   going to go home to your daughter so you have to balance these

13   things out.

14        Why don't we say Ms. Pilgrim will get a transcript to

15   everybody by January 6th.  And that plaintiffs will file a

16   short brief and, you know, I actually do know the facts of this

17   case.  If you think that this record shows that any of the

18   facts that were in the incredibly lengthy opinion we issued are

19   wrong, point those facts out.  But you do not need to repeat

20   those facts.  Don't waste your time.

21        I mean, this is -- you should write an opinion like the

22   decisions out of Courts in British Columbia, I loved it.  Here

23   are the cases I looked at.  Here are the cases, and then

24   numbered paragraphs, that's what you should aim for, okay

25   because it's much easier.  It's just declarative.  See what I

1   mean?  Do it really quick and easy.

2       Because we all know what we're talking about.  And I'm

3   going to have to struggle with it so having briefs from you is

4   actually helpful.  But why don't we keep them short, 25 pages

5   no more, 20 pages, 20 numbered paragraphs is good by me.

6       Mr. Fontenot wants about five pages.  Now he didn't say

7   that, he just wants less.

8       All right, plaintiffs' brief on the 20th of January.

9   And defendants' brief on the 3rd of February which is one, two

10  weeks later; is that all right?

11          MR. CHRISTENSEN:  Yes, Your Honor.

12          THE COURT:  We'll take a look at briefs and since

13  we're doing briefs, I will be cautious about asking for oral

14  argument in addition.  Okay.  But if you choose you want oral

15  argument, why say so.

16          MR. STRAUCH:  Can we get at short reply?

17          THE COURT:  Yeah, you can get a short reply.

18          MR. STRAUCH:  Thanks.

19          THE COURT:  Yep.  Thank you very much for coming this

20  distance.  Nice to meet you.  Thank you everybody.

21          MR. STRAUCH:  Thank you, Your Honor.

22          MR. CHRISTENSEN:  Thank you, Your Honor.

23          THE COURT:  Have a happy holiday season.

24          (Proceedings concluded at 4 o'clock p.m.)

25                   -oOo-

```
 1                           I-N-D-E-X

 2                          Direct   Cross   Redirect   Recross

 3   On behalf of the Plaintiff:

 4       Adam Snitzer

 5         By Mr. Townsend              2                       40
           By Mr. Green                         28
 6

 7   On behalf of the Defense:

 8       Donna J. Kaluza-Genik

 9         By Ms. Lane         44
           By Mr. Green                 86
10

11       Normande Morin

12         By Mr. Christensen  116
           By Mr. Strauch              131
13

14                        E-X-H-I-B-I-T-S

15                                   Marked   Received

16   On behalf of the Plaintiff:

17   Plaintiff Exhibit No. 14            95        95

18   On behalf of the Defense:

19   Defense Exhibit No.   14            24        24

20

21

22

23

24

25
```

1                           CERTIFICATE

2       I certify that the foregoing is a true and correct

3  transcript, to the best of my ability, of the above pages, of

4  the stenographic notes provided to me by the United States

5  District Court, of the proceedings taken on the date and time

6  previously stated in the above matter.

7       I further certify that I am neither counsel for, related

8  to, nor employed by any of the parties to the action in which

9  this hearing was taken, and further that I am not financially

10 nor otherwise interested in the outcome of the action.

11

12 _____          _____

13 /s/Crystal M. Pilgrim, RPR        Date: January 5, 2014

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:08-cv-02054-RMC   Document 99-3   Filed 02/07/14   Page 168 of 202

**$**

$1,281,430 [1]   23/11
$1.660.221 [1]   144/3
$10 [2]   59/3 69/11
$10,000,000 [1]   51/16
$10.09 [2]   22/18 23/10
$10.76 [1]   10/24
$100 [1]   66/9
$11,466.40 [1]   150/20
$11.80 [1]   10/25
$117 [1]   19/22
$12 [1]   68/13
$123,915 [2]   140/11
 140/17
$13.45 [1]   25/15
$17 [7]   19/6 19/24 21/16
 66/8 125/21 125/25 126/11
$17.87 [1]   9/17
$199.71 [1]   32/21
$2 [1]   21/24
$2.86 [1]   10/9
$200,000 [1]   152/6
$202,000 [1]   153/2
$202,937 [3]   136/10
 136/11 137/4
$21.81 [1]   9/19
$223,000 [3]   132/1 132/3
 132/21
$3 [5]   17/5 17/10 18/5
 20/8 21/16
$3.75 [1]   18/17
$3.94 [1]   9/18
$389,844 [1]   151/25
$4 [2]   18/10 18/14
$41.33 [1]   24/20
$44 [1]   65/18
$49 [2]   38/3 38/16
$49.35 [1]   7/4
$5.14 [1]   10/8
$5.33 [1]   4/17
$55,000 [2]   146/16 146/18
$6.11 [1]   9/24
$676,603 [1]   4/14
$7 [4]   9/21 16/17 16/19
 16/21
$763,000,417 [1]   139/21
$763,417 [1]   140/4
$79,000 [1]   133/25
$79,800 [2]   132/11 132/22
$8 [2]   10/10 10/15
$81 [1]   66/7
$952,003 [1]   149/5
$98 [1]   66/8

**-**

----------------------------------
 1/8
**-oOo** [2]   103/11 165/25

**.**

.11 [2]   16/10 34/19
.24 [2]   15/25 34/18
.64 [1]   16/13
.86 [2]   10/24 25/18

**/**

/s/Crystal [1]   167/12

**0**

0002481 [1]   144/23
0017074 [1]   143/16

014798 [1]   3/8
0600 [1]   33/7
08-2054 [2]   1/4 2/2

**1**

1,281,430 [1]   23/21
10 [2]   36/15 40/25
1009 [2]   23/25 24/1
10:45 [1]   44/9
11 [5]   24/19 25/1 25/7
 114/3 114/7
11,000 [1]   73/20
11,466 [1]   151/25
11,466.40 [1]   150/22
116 [1]   166/12
118 [1]   1/15
11:05 [1]   44/10
11th [7]   95/8 96/22 98/16
 99/15 99/19 100/22 108/22
12 [16]   29/5 53/12 54/21
 93/3 93/8 93/9 93/18 94/2
 106/2 111/12 111/18
 111/21 112/16 112/19
 112/20 113/17
12.50 [1]   121/14
127,000 [2]   23/6 23/22
12:30 [1]   103/10
12th [1]   83/17
13 [7]   22/22 22/24 29/6
 29/7 29/8 43/14 119/3
131 [1]   166/12
14 [11]   24/8 24/11 28/11
 34/17 34/17 94/23 95/2
 95/6 97/14 166/17 166/19
14091 [1]   13/7
14097 [1]   4/4
14798 [1]   12/10
16 [5]   72/4 72/6 72/6
 72/12 109/22
17 [2]   11/15 20/1
1775 [1]   1/19
1800 [6]   55/1 55/5 55/6
 55/7 112/2 112/2
19 [1]   11/21
199 [1]   33/7
19946 [1]   33/4
19971 [3]   33/1 33/2 34/7

**2**

2,000 [1]   82/7
2.4 [1]   145/18
2.85 [1]   34/20
20 [4]   1/5 38/23 165/5
 165/5
20001 [1]   1/23
20006-2401 [1]   1/19
2001 [1]   117/1
2007 [1]   122/24
2008 [12]   46/16 59/19
 66/7 77/5 77/7 82/23 95/8
 98/16 99/23 117/5 117/22
 117/24
2009 [6]   49/11 77/4 77/5
 87/2 87/5 88/6
2010 [9]   45/15 46/22
 48/17 92/8 115/11 144/2
 154/3 154/4 157/6
2012 [3]   46/8 49/14 86/21
2013 [1]   1/5
2014 [2]   164/6 167/12
202,000 [2]   145/19 153/4

2054 [2]   1/4 2/2
20th [2]   164/3 165/8
21 [2]   11/4 12/4
2181 [1]   10/25
223,000 [2]   134/2 134/9
22nd [1]   46/15
23 [3]   150/7 150/8 150/19
24 [7]   54/8 72/4 72/13
 74/17 150/7 166/19 166/19
24/7 [4]   74/6 74/10 79/13
 125/6
2401 [1]   1/19
25 [4]   18/17 20/4 22/1
 165/4
250 [1]   22/2
26 [16]   41/19 127/19
 127/25 131/8 135/1 137/5
 139/13 141/24 142/6
 143/19 143/22 144/7
 144/10 152/7 152/20
 152/21
27101 [1]   1/15
28 [2]   154/3 166/5
285 [4]   15/8 15/9 15/19
 34/18
28th [3]   48/16 83/17
 157/6
2:05 [1]   103/12

**3**

30 [3]   38/24 138/10
 160/24
300 [1]   152/24
300,000 [1]   153/5
333 [1]   1/22
34 [2]   151/23 151/25
36 [2]   46/7 53/12
375 [1]   20/5
38,507 [2]   22/23 23/5
3:30 [2]   153/9 153/15
3:45 [1]   153/16
3rd [4]   59/19 60/21 99/24
 165/9

**4**

4.50 [1]   121/14
40 [4]   93/6 93/17 93/20
 166/5
421 [1]   24/7
44 [1]   166/9
45 [1]   56/10
48 [1]   125/22
4:30 [1]   112/10
41,000 [1]   24/20

**5**

5,000 [1]   50/6
50 [1]   111/9
535 [1]   5/15
5th [2]   84/17 84/21

**6**

6th [1]   164/15

**7**

7,000 [1]   50/2
79 [2]   134/7 134/7
79,000 [2]   133/18 134/3
79,800 [1]   133/18

**8**

86 [1]   166/9

**8**   Case 1:08-cv-02054-RMC

88,493 [2]   22/23 23/5
8th [1]   86/21

**9**

95 [2]   166/17 166/17
952,000 [1]   145/20
9:40 [1]   1/6

**A**

a.m [10]   1/6 44/9 44/10
 55/1 55/17 56/21 112/6
 112/7 112/10 114/7
ability [3]   37/22 53/17
 167/3
able [13]   28/8 35/15 54/7
 57/8 90/10 97/1 105/22
 110/8 123/24 140/2 140/25
 141/19 141/20
about [113]   22/18 28/14
 30/4 33/12 34/18 35/18
 35/20 36/9 36/11 38/9
 38/12 39/7 39/19 40/2
 41/11 41/17 42/3 42/3
 46/17 56/25 58/22 59/2
 59/16 60/6 60/15 61/7
 61/21 61/22 63/13 63/23
 63/25 64/6 66/6 66/8
 66/21 66/23 67/5 68/5
 69/2 69/3 70/8 70/25 72/4
 72/9 72/25 75/15 80/21
 81/25 82/1 83/7 86/9
 87/11 87/21 88/15 89/11
 89/20 91/9 91/17 92/10
 93/1 96/15 96/25 97/5
 97/24 98/18 99/5 100/12
 102/2 102/12 103/5 104/10
 105/17 106/18 107/25
 108/6 108/6 108/9 109/13
 110/1 111/10 112/10
 112/14 115/11 115/14
 115/18 115/21 121/14
 125/3 127/15 129/13 130/9
 134/13 138/18 143/3 144/4
 144/6 145/21 145/24
 146/23 147/7 148/8 149/7
 153/12 154/7 154/19
 154/20 157/7 157/12 159/5
 159/22 165/2 165/6 165/13
above [6]   10/20 12/13
 109/11 146/6 167/3 167/6
absolutely [12]   52/4
 52/23 68/16 69/3 69/23
 84/11 101/2 103/7 111/1
 113/24 115/24 148/2
absorbed [1]   75/10
accent [1]   66/12
accept [1]   161/17
acceptable [1]   22/5
accepted [3]   9/9 93/12
 123/15
access [12]   62/3 62/5
 62/6 68/9 69/18 72/19
 72/20 75/6 78/22 108/12
 110/9 111/9
accessible [1]   107/1
accommodate [2]   74/17
 125/13
accommodation [16]   50/22
 52/13 54/1 55/19 57/1

accompany [1]   66/12
accordance [2]   128/9
 128/9
according [1]   7/18
accordingly [1]   100/6
account [2]   37/25 133/21
accountants [1]   136/17
accounting [1]   152/21
accreditation [6]   80/25
 80/25 81/1 81/16 81/18
 81/20
accurate [2]   136/19
 141/19
accustomed [2]   54/10
 141/15
achieved [1]   133/15
acquaintance [1]   104/15
acquire [2]   121/23 124/15
acquired [3]   120/16
 130/13 136/7
acquisition [1]   120/10
across [7]   46/9 61/12
 70/11 84/13 87/21 87/23
 109/14
action [3]   2/2 167/8
 167/10
activities [7]   117/21
 120/13 120/14 123/21
 124/13 161/2 161/2
activity [1]   37/11
actual [40]   4/20 4/21
 4/24 12/8 15/2 28/4 29/10
 29/12 29/20 34/11 35/7
 35/7 35/25 36/6 40/13
 71/23 73/16 108/7 115/16
 121/3 122/14 122/22 126/2
 128/7 128/12 128/14
 128/14 129/4 134/23
 135/11 137/13 138/13
 142/17 142/20 142/21
 152/21 155/25 159/12
 159/22 160/21
actually [53]   5/16 8/21
 12/22 13/20 13/21 16/19
 18/10 26/21 27/24 28/17
 34/7 37/1 38/25 39/5
 42/23 44/15 47/23 50/15
 54/20 55/23 57/11 65/20
 70/20 81/22 88/19 97/12
 100/17 104/18 105/18
 106/2 106/9 115/11 127/4
 128/21 131/20 133/15
 134/14 134/19 137/6
 137/24 144/2 146/8 146/9
 146/10 147/25 157/13
 158/11 159/9 159/10 160/3
 161/3 164/16 165/4
actuals [3]   136/17 142/21
 149/8
ADAM [2]   2/22 166/4

add [11]   4/11 9/17 10/2
 10/8 10/24 15/5 22/14
 23/5 49/20 130/18 163/2
added [3]   6/4 18/10 33/9
adding [1]   22/24
addition [8]   5/16 22/17
 118/2 119/6 119/7 123/24
 127/8 165/14
additional [7]   6/2 17/11
 25/18 64/25 123/8 123/20
 163/2
address [2]   45/9 87/11
addressed [7]   30/4 30/5
 31/9 31/11 31/15 31/18
 31/22
adjacent [1]   78/23
admin [1]   79/2
administrative [1]   79/2
advance [2]   74/7 83/21
advanced [1]   7/3
advantage [3]   90/20 90/21
 93/1
advice [1]   123/8
advise [1]   45/21
advised [2]   58/5 122/9
advisement [1]   42/22
adviser [1]   123/12
advisor [1]   85/7
affidavit [1]   43/6
Africa [2]   119/17 119/17
African [1]   119/15
after [31]   34/14 41/8
 48/16 53/10 54/12 56/23
 59/20 60/4 73/14 78/17
 81/13 85/2 93/6 94/21
 115/2 123/10 124/5 129/8
 131/11 131/15 131/17
 131/19 133/12 134/21
 135/2 135/8 151/12 151/13
 154/21 155/19 163/11
afternoon [6]   57/2 86/16
 86/17 103/11 116/22
 116/23
again [15]   2/18 22/1
 23/12 32/25 60/13 84/20
 103/19 124/13 130/4
 136/20 137/18 142/23
 152/15 153/10 154/9
against [3]   21/10 113/25
 113/25
age [4]   11/14 11/20 12/5
 55/12
agencies [5]   47/1 47/16
 47/18 49/5 64/2
agency [4]   47/3 78/24
 107/4 119/11
agent [2]   75/11 107/4
ages [3]   11/23 159/10
 159/22
ago [7]   36/2 41/10 41/11
 41/13 42/17 46/2 70/17
agree [17]   4/23 4/25 5/10
 16/6 16/10 16/14 17/3
 17/6 17/21 23/6 23/10
 98/14 105/18 105/21
 147/20 153/4 162/23
agreed [2]   36/7 87/13
agreement [15]   16/24
 17/17 17/22 30/17 31/16
 31/19 33/4 33/7 33/13
 34/1 35/14 36/8 39/17

**A** Case 1:08-cv-02054-RMC

agreement... [2]   39/21
 144/20
agreements [10]   5/5 5/25
 5/25 6/6 6/22 31/12 31/14
 32/4 32/20 35/12
agrees [4]   22/7 144/23
 145/8 153/7
ahead [10]   6/10 9/4 27/1
 38/11 46/3 60/11 91/25
 113/22 138/16 153/21
aided [1]   1/25
aim [1]   164/24
air [3]   48/4 75/16 158/5
airports [1]   75/12
al [4]   1/3 1/7 2/3 2/4
Alarma [1]   92/4
ALBD [6]   32/6 32/10 32/13
 32/15 32/23 32/24
ALBDs [3]   28/15 29/1 32/6
Alberta [2]   52/11 83/3
alcohol [4]   9/18 10/19
 11/4 11/24
alcoholic [1]   25/19
alert [3]   74/21 105/18
 105/22
all [128]   6/4 6/17 8/2
 9/1 12/4 12/5 14/4 16/25
 17/25 26/1 27/17 27/22
 30/11 30/21 32/10 33/9
 33/13 33/14 34/23 35/16
 36/13 37/2 38/14 41/16
 41/22 42/2 43/4 44/7
 44/11 44/17 46/20 49/4
 50/2 51/16 55/11 55/13
 55/22 56/9 57/3 57/21
 58/19 58/22 66/6 70/3
 73/17 73/23 75/25 76/16
 78/19 80/25 81/1 82/7
 82/8 82/14 82/19 84/13
 86/3 86/18 88/14 89/1
 92/5 98/4 98/21 100/2
 103/3 104/4 105/13 108/5
 108/14 108/18 110/13
 110/18 112/24 113/19
 114/22 116/3 116/5 116/11
 117/19 117/20 118/3 118/7
 120/10 123/21 124/1
 124/20 124/20 125/1 126/5
 127/2 127/13 130/4 130/21
 131/4 131/21 134/23 136/4
 136/12 137/8 137/23 138/3
 139/4 139/18 139/25 140/8
 143/23 145/4 145/15
 145/20 147/12 147/18
 148/22 152/7 152/12 153/2
 156/10 158/20 159/15
 159/18 160/14 160/15
 160/24 161/16 162/5
 163/16 165/2 165/8 165/10
alleging [1]   148/22
alley [4]   69/17 78/23
 82/1 153/19
alleyways [3]   78/9 78/13
 78/14
allow [3]   15/13 40/9
 70/21
allowance [4]   11/23 27/10
 66/11 125/20
allowances [1]   59/4

allowed [9]   56/2 58/11
 69/25 84/5 97/7 104/2
 104/10 126/9 127/4
almost [3]   31/18 121/20
 131/18
along [5]   54/14 66/1
 72/21 100/10 123/8
ALPDs [1]   28/5
already [13]   39/16 43/6
 43/15 51/6 68/23 70/8
 71/9 77/24 91/7 91/8
 109/11 110/6 129/1
also [44]   3/20 4/6 11/6
 11/11 11/17 13/9 14/24
 16/20 19/14 20/10 35/20
 39/9 45/7 52/2 53/13
 53/18 61/22 63/9 66/21
 72/4 78/9 81/15 81/24
 85/23 90/11 90/14 90/21
 96/3 101/24 106/14 107/23
 108/1 108/9 115/18 117/18
 118/2 118/5 119/1 119/6
 120/11 122/20 123/7 125/9
 131/22
alternative [4]   10/4 10/9
 29/10 29/17
alternatives [2]   68/15
 68/17
always [16]   31/18 32/5
 32/12 52/6 53/1 54/13
 65/10 75/15 86/4 108/20
 109/8 109/12 109/18
 109/19 130/2 130/11
am [20]   11/5 11/10 17/2
 26/20 40/9 45/11 94/9
 109/3 111/21 114/10
 117/18 126/7 140/25
 141/15 141/20 143/8 144/5
 151/17 167/7 167/9
amalgamated [1]   65/9
amassed [1]   82/22
ameliorate [1]   70/23
amenities [1]   100/24
America [26]   3/16 4/12
 6/7 10/21 11/3 12/8 12/21
 12/25 15/10 16/24 16/24
 17/18 17/23 18/3 18/8
 25/25 41/5 41/14 47/24
 150/14 152/12 155/24
 156/6 156/8 156/11 157/15
Americas [1]   84/19
amount [23]   3/14 3/16
 4/20 5/7 5/14 6/1 6/2
 6/15 6/23 7/10 16/20
 17/13 51/6 52/17 65/7
 66/1 66/1 66/11 73/8
 73/18 134/19 140/23
amounts [3]   7/10 65/11
 133/25
analysis [4]   5/24 9/6
 32/16 38/15
annual [6]   7/12 84/15
 91/18 91/20 92/1 92/5
another [12]   10/2 28/5
 33/23 43/4 75/18 92/24
 94/1 94/2 109/13 114/19
 119/2 137/22
answer [15]   14/8 14/10
 71/18 99/13 100/20 125/15
 136/13 137/7 137/20 140/2
 140/7 141/1 141/19 141/20

148/25
answered [1]   135/23
anticipate [1]   76/2
anticipated [1]   34/1
anticipation [1]   128/22
any [79]   5/2 6/21 6/21
 8/11 26/6 27/18 31/9
 31/11 31/15 34/24 36/24
 39/18 40/1 40/2 52/6
 58/12 58/12 58/12 58/20
 59/25 61/18 63/11 66/13
 66/14 66/23 69/2 84/10
 85/9 85/13 90/25 91/11
 91/15 96/24 97/2 98/21
 99/16 99/19 99/22 101/8
 102/2 102/2 104/1 104/23
 107/25 108/19 110/11
 110/13 113/18 113/19
 115/25 117/20 117/21
 120/5 120/18 121/13
 123/12 125/11 128/21
 129/15 130/3 130/7 130/12
 130/19 131/4 139/12 140/7
 145/4 146/20 149/3 149/18
 154/24 155/10 157/24
 158/18 161/9 161/16 164/6
 164/17 167/8
anybody [5]   101/4 155/4
 155/10 161/9 164/6
anyone [7]   11/4 64/12
 81/2 84/15 99/23 101/1
 157/12
anything [17]   35/5 38/2
 51/25 61/5 63/13 85/17
 103/22 110/24 133/11
 134/25 148/4 148/7 157/8
 157/12 157/12 162/1 162/6
anyway [5]   8/8 14/11
 22/12 147/18 149/13
anywhere [3]   69/11 108/25
 147/23
apart [1]   112/23
apologies [3]   47/9 140/12
 152/13
apologize [5]   44/20 63/18
 136/21 138/6 142/1
Appeals [1]   13/24
appear [3]   31/11 35/12
 113/20
APPEARANCES [1]   1/12
appears [5]   9/6 13/3
 133/6 133/24 136/15
applicable [2]   39/3 145/5
applies [1]   11/6
appoint [1]   73/16
appreciate [4]   100/19
 118/18 133/22 164/11
appreciated [3]   43/2
 54/13 93/13
approach [7]   30/9 94/24
 100/11 121/17 122/12
 149/25 150/3
approached [2]   78/25 87/8
appropriate [4]   53/9
 53/10 58/5 110/20
appropriation [1]   110/24
approximately [6]   48/15
 50/2 50/6 57/6 66/9 154/7
April [1]   87/5
are [157]   2/15 5/13 5/20
 8/24 11/14 11/15 11/20

A   Case 1:08-cv-02054-RMC   Document 92   Filed 02/07/14

are... [150]   13/17 13/25
14/13 14/14 17/1 17/16
17/19 17/21 19/5 19/6
19/6 20/22 22/4 24/6
25/13 26/6 26/21 27/3
27/4 28/4 29/10 30/15
30/16 30/21 35/5 35/6
36/11 37/17 39/5 40/22
41/5 41/5 44/24 45/13
50/15 52/8 53/1 53/8
53/11 53/14 56/4 56/4
56/6 56/9 64/2 65/5 65/13
67/11 68/1 71/1 72/22
74/14 76/23 79/4 79/17
80/9 80/10 81/25 81/25
91/3 91/5 91/23 92/7 92/9
93/2 93/2 93/7 93/7 93/18
96/20 97/21 98/9 98/11
99/6 102/11 104/17 104/23
105/18 105/25 107/25
109/2 109/15 109/16
110/14 111/15 111/18
111/19 112/18 112/22
112/25 113/1 113/23
113/24 113/24 114/1
114/11 117/9 119/18
121/17 124/14 124/18
125/16 126/25 127/3 133/6
133/12 133/14 134/4
134/16 135/4 135/10
135/21 136/9 136/10 138/1
139/12 140/4 142/14
142/15 143/1 144/8 144/11
144/15 145/12 145/21
146/2 146/8 146/10 147/18
147/23 148/22 149/2 149/4
149/10 149/22 149/23
151/11 152/13 152/14
154/19 155/23 156/1
156/10 158/13 161/11
163/15 164/7 164/18
164/23 164/23
area [47]   49/6 50/9 50/10
51/7 61/8 61/9 62/25 63/1
68/22 68/24 69/18 70/6
70/12 72/20 73/9 74/1
74/4 74/7 76/2 76/5 77/9
77/11 78/23 78/24 79/3
79/3 81/25 92/2 92/7
92/16 101/22 106/5 108/15
108/17 109/2 109/5 109/6
109/11 109/14 110/2 110/9
111/16 111/18 115/9
118/14 122/3 124/17
areas [5]   35/9 72/12
74/11 78/1 108/8
aren't [3]   11/2 146/10
148/3
argue [4]   13/23 39/8
147/22 148/7
arguing [4]   145/21 145/24
149/2 149/4
argument [7]   149/3 162/14
163/10 163/20 163/23
165/14 165/15
arguments [3]   162/10
163/4 163/22
arithmetic [5]   4/19 17/3
22/8 22/16 32/16

armed [4]   11/12 18/11
48/5 113/24
arms [1]   113/24
around [19]   8/2 51/20
65/20 66/7 72/5 72/12
72/12 81/12 100/8 108/8
109/13 109/20 125/6
125/21 129/24 145/19
147/8 147/10 155/17
arrange [2]   8/12 58/1
arranged [2]   77/3 120/13
arrangement [1]   133/14
arrangements [1]   77/19
arrival [4]   49/24 98/20
107/18 136/5
arrive [1]   82/6
arrived [3]   18/21 51/5
77/7
arriving [2]   74/8 83/2
articulated [1]   6/17
as [158]   6/5 6/19 7/11
8/18 8/25 9/9 10/5 10/25
13/18 13/19 14/13 14/14
15/19 21/8 21/13 21/13
24/19 32/12 32/16 36/1
38/19 38/21 39/6 39/24
39/24 39/25 45/7 47/17
47/18 47/20 47/24 48/22
51/14 52/4 52/14 52/19
52/24 52/24 52/24 53/16
53/16 54/1 54/13 54/21
55/4 58/9 58/24 60/15
61/7 61/19 64/4 64/6
64/21 65/9 65/13 65/14
65/25 66/24 67/14 67/19
68/2 68/9 68/13 69/14
69/16 70/18 70/21 73/23
77/1 77/10 77/25 78/3
78/4 80/4 80/24 80/24
81/7 83/5 83/5 83/24
83/25 84/13 85/7 87/13
89/17 89/20 90/2 90/11
91/15 91/16 91/20 92/10
93/5 96/6 96/9 96/25
98/24 101/25 104/8 106/1
106/1 106/8 107/2 107/6
108/5 108/7 108/11 108/12
109/14 110/2 110/13
110/14 110/17 113/13
115/1 118/1 118/16 119/8
122/11 122/17 123/1 123/8
123/11 123/18 123/20
124/14 125/3 126/5 126/18
128/12 128/14 128/14
128/18 130/16 130/20
131/21 131/24 131/24
132/3 132/24 134/22 136/7
136/19 136/19 137/3 139/1
140/23 141/20 142/21
144/8 145/6 154/15 156/5
156/23 158/5 161/17 162/1
164/1
ascertain [1]   126/24
ask [28]   3/4 4/2 13/15
15/23 16/4 16/12 33/23
44/15 51/14 57/25 58/21
63/23 64/6 85/13 89/13
89/17 92/24 97/2 103/22
111/10 118/8 127/24 138/6
144/18 152/15 159/1 159/2
159/6

asked [21]   10/6 16/8
28/14 30/2 34/17 40/10
42/2 42/3 60/15 64/16
67/1 67/5 69/3 85/5 85/15
99/3 112/13 128/4 129/16
131/19 141/16
asking [4]   93/5 134/16
144/5 165/13
asks [1]   116/13
aspect [3]   125/1 127/12
160/24
aspects [3]   100/10 130/21
138/8
assessment [2]   84/9 84/9
assigned [4]   12/2 111/15
111/16 112/19
assignment [3]   12/1 19/17
104/4
assist [3]   123/1 160/10
160/12
assistance [1]   124/1
Assistant [1]   105/2
assume [5]   14/9 14/16
39/9 94/18 113/3
assumed [6]   12/5 16/16
22/1 22/3 27/12 40/4
assumes [1]   18/9
assumption [6]   6/25 7/1
11/25 18/12 40/2 50/1
assumptions [1]   39/19
assurance [1]   138/11
attached [2]   40/20 150/13
attempting [1]   71/20
attend [2]   66/15 88/2
attending [1]   61/11
attention [3]   3/13 8/12
12/10
ATTORNEY [2]   1/6 2/3
attributing [1]   80/2
authenticated [3]   42/5
42/9 42/10
authority [3]   98/24
118/11 154/16
authority's [1]   108/21
availability [3]   54/14
69/3 122/21
available [25]   4/1 27/23
34/10 51/8 51/9 54/4 61/6
68/3 68/8 69/5 70/19
73/24 79/13 81/14 83/20
84/15 89/12 92/19 97/1
102/8 115/22 124/17
124/21 125/7 158/2
Avenue [1]   1/22
average [13]   7/6 7/7 7/16
10/20 10/23 15/15 21/18
21/19 25/24 25/25 26/1
54/15 119/24
averages [1]   7/11
awarded [1]   59/20
aware [23]   11/2 11/5 11/8
11/11 11/13 11/14 11/16
11/19 11/20 11/22 16/23
17/16 17/21 19/5 20/22
21/10 21/12 85/15 104/23
104/23 105/1 111/4 111/8
away [3]   67/15 82/22
118/16

B

back [37]   6/16 6/21 9/16

**B**  Case 1:08-cv-02054-RMC

back... [34]   15/16 26/22
35/15 52/11 56/25 57/8
74/5 85/19 86/19 99/17
100/1 100/3 101/1 103/4
111/24 113/3 113/4 113/5
113/18 114/11 114/19
121/10 121/11 121/15
121/19 127/10 131/8 133/8
133/11 134/5 134/6 134/7
141/18 142/19
background [3]   46/5 49/9
80/16
bad [1]   147/11
bag [3]   58/7 58/8 111/2
baggage [3]   145/20 149/6
149/11
balance [3]   52/20 54/7
164/12
Ballentyne [10]   56/11
68/21 69/16 72/21 73/13
81/11 82/2 106/5 108/16
109/9
ballpark [1]   83/15
banged [1]   147/10
bar [23]   9/9 9/16 9/17
9/19 12/8 12/14 12/16
12/19 12/22 13/3 13/9
13/13 15/5 25/12 25/13
25/16 34/20 35/4 40/14
58/2 114/1 114/5 114/23
barricade [1]   109/12
barricades [3]   107/16
107/17 108/1
barriers [2]   73/25 108/1
bars [7]   37/14 37/14
40/17 40/18 40/19 113/18
114/10
base [7]   137/13 138/14
140/14 145/3 145/3 145/18
149/8
based [25]   5/24 18/20
25/25 29/17 34/8 64/3
70/3 83/16 104/12 112/13
135/15 135/19 136/10
136/11 137/5 137/23
138/12 140/10 140/11
140/18 140/20 141/6
151/10 152/6 152/19
basic [4]   125/5 125/13
136/2 136/3
basically [11]   54/7 71/24
74/1 76/17 89/8 91/3
92/17 95/25 106/11 109/23
125/1
basis [14]   33/19 40/4
42/14 47/24 52/15 54/8
64/7 65/3 72/3 79/17
107/18 120/14 123/11
123/19
Bates [1]   4/4
BBC [1]   93/15
BC [4]   115/9 123/24
123/25 124/17
be [263]
bear [4]   18/23 33/2
103/22 141/3
bearing [1]   106/3
beaten [1]   153/18
beautiful [1]   162/15

became [12]   53/24 74/25
78/21 99/9 87/10 100/14
100/14 118/5 121/1 122/25
123/10 154/15
because [84]   2/19 10/6
11/2 12/1 25/21 27/22
32/6 35/2 35/3 36/4 41/7
51/9 51/22 51/25 52/25
54/8 55/11 55/16 56/16
57/3 58/5 65/7 66/13
67/25 68/21 69/12 70/3
70/22 72/3 73/3 73/8
73/10 73/19 74/8 76/6
76/8 77/7 78/19 80/9 81/8
82/24 83/4 86/25 89/8
92/18 93/13 98/24 100/8
101/18 104/10 104/17
109/15 109/20 110/6 111/1
111/11 114/15 115/16
121/1 121/12 121/19
122/21 129/18 130/2
132/13 132/24 133/7
133/19 134/10 137/10
141/3 141/14 145/22 146/2
147/7 148/3 153/9 155/24
159/16 160/10 160/21
163/21 164/25 165/2
become [1]   73/22
becoming [1]   122/24
bed [6]   55/13 65/8 65/9
90/2 113/5 114/23
been [75]   5/7 6/24 8/17
10/6 12/2 12/4 12/21 14/9
18/8 18/12 19/5 19/17
19/22 20/4 26/8 26/10
26/13 26/15 26/22 31/21
33/25 35/2 36/4 36/5 36/7
38/21 39/16 43/2 51/6
51/6 54/2 56/8 59/20
59/21 62/24 63/22 66/11
67/1 70/6 72/5 74/6 74/7
75/3 75/5 75/10 77/5
82/16 82/16 82/17 87/14
91/8 94/19 104/6 104/9
104/11 109/24 110/11
110/17 110/19 110/21
111/20 113/17 116/8
116/10 125/2 128/23 129/1
132/21 132/25 133/3
137/12 138/10 141/3
146/13 148/23
beer [4]   114/18 114/20
114/21 114/23
before [26]   1/10 18/2
31/13 35/2 35/6 39/20
41/21 42/17 49/25 56/18
66/20 75/12 75/13 112/25
113/4 114/3 114/5 114/23
121/21 128/20 129/24
129/25 137/7 141/20
154/10 164/5
begin [7]   44/11 46/13
54/25 55/5 71/13 111/22
112/15
beginning [2]   100/12
111/11
behalf [4]   166/3 166/7
166/16 166/18
behind [6]   3/6 3/7 4/3
12/7 13/6 44/21
being [56]   30/4 39/5 51/9

51/13 51/13 52/14 53/16
53/23 54/9 57/22 63/20
64/16 65/3 65/7 66/13
67/15 70/9 74/12 75/12
79/19 79/23 85/9 85/6
85/10 87/10 93/16 99/10
100/17 101/21 105/21
105/22 108/13 110/15
120/15 122/21 124/13
125/16 126/3 127/9 130/15
130/23 130/24 132/3
134/23 138/3 138/4 139/25
140/6 140/23 141/14
156/20 157/3 157/5 157/5
160/16 160/19
believe [35]   3/22 4/19
16/7 16/11 16/15 19/22
20/20 28/21 36/24 38/8
38/17 39/6 42/3 43/6 60/3
66/6 69/17 72/18 72/23
73/6 73/11 89/2 101/20
115/9 128/6 129/9 131/12
131/17 135/12 135/12
137/12 142/8 142/9 142/10
142/20
believed [1]   131/10
believes [1]   148/12
belonging [1]   147/16
belongs [2]   146/20 159/18
below [2]   145/19 146/16
Ben [2]   59/24 83/8
bench [2]   1/10 13/17
bene [2]   43/9 43/13
beneficial [2]   104/9
163/1
benefit [4]   15/13 55/22
70/16 108/15
benefited [1]   163/4
benefits [1]   130/19
berthed [2]   21/3 21/5
berths [3]   22/21 27/23
103/23
beside [1]   96/16
besides [1]   59/22
best [4]   14/12 54/6 74/14
167/3
better [11]   5/2 7/15
15/15 21/8 43/12 53/23
98/17 108/2 109/8 137/19
143/4
between [29]   5/6 12/12
17/17 20/17 20/18 20/18
20/20 30/5 30/18 30/20
35/12 39/4 41/4 41/14
42/4 42/7 49/15 52/21
60/20 99/24 101/1 123/16
138/18 139/3 144/20
148/17 149/12 154/3
158/14
beverages [1]   25/19
beyond [3]   36/1 52/23
93/20
bid [2]   121/7 123/15
big [2]   119/19 134/15
biggest [1]   25/23
bilateral [1]   119/12
billed [3]   127/9 146/19
152/12
bit [12]   46/17 59/16 99/1
121/1 122/1 122/3 123/10
123/24 125/2 129/13 143/6

| | | |
|---|---|---|
| **B** | 134/24 134/25 148/29 199/1 199/5 199/6 | 32/8 32/9 32/10 34/6 34/14 40/25 45/21 45/2 |
| bit... [1]  162/13 | bringing [2]  68/20 83/24 | 45/3 45/19 46/5 46/13 |
| black [6]  139/4 139/12 | British [14]  45/8 45/10 | 46/17 51/16 59/16 64/22 |
| 139/19 139/24 140/4 145/5 | 45/11 45/14 47/2 47/7 | 65/17 67/2 67/22 70/20 |
| block [1]  54/22 | 50/10 50/15 61/12 62/24 | 71/3 77/4 78/5 78/12 |
| blocked [1]  160/20 | 84/15 92/4 114/2 164/22 | 80/10 80/16 92/24 95/10 |
| board [53]  3/16 4/7 4/13 | broke [1]  127/22 | 97/17 99/14 104/3 105/9 |
| 4/18 4/24 5/3 5/9 6/2 | broker [1]  158/14 | 109/5 110/12 110/17 113/1 |
| 6/16 6/21 6/23 6/24 7/4 | brought [2]  52/15 97/13 | 114/3 117/2 117/9 118/8 |
| 9/8 17/15 18/19 19/15 | bubbled [1]  61/19 | 118/22 123/2 124/22 |
| 25/13 33/8 35/16 36/3 | buckets [1]  57/22 | 124/25 127/20 127/21 |
| 37/8 37/16 37/16 38/20 | Bud [2]  64/17 104/20 | 128/2 129/6 133/16 136/3 |
| 40/3 40/5 66/1 70/13 | budget [3]  38/22 38/24 | 136/4 137/4 140/24 143/10 |
| 70/13 70/21 115/19 121/5 | 38/25 | 143/15 144/22 147/22 |
| 125/20 126/2 154/24 155/5 | budgets [1]  121/1 | 147/24 152/15 152/23 |
| 155/11 156/16 156/17 | buffets [1]  54/3 | 154/9 155/8 155/21 157/6 |
| 156/18 156/19 156/20 | building [6]  67/23 69/17 | 157/11 159/1 159/2 159/4 |
| 156/21 156/23 157/1 157/8 | 78/2 82/3 98/9 146/20 | 162/14 162/15 162/17 |
| 157/13 157/18 157/20 | buildings [1]  68/22 | 163/8 164/1 165/16 165/17 |
| 157/23 157/24 159/15 | builds [1]  105/14 | can't [11]  7/25 75/8 |
| boats [1]  79/16 | built [1]  33/20 | 77/15 99/9 101/18 103/22 |
| bodies [1]  82/25 | bulk [2]  59/5 119/14 | 114/14 137/11 146/9 148/2 |
| body [1]  126/23 | bunch [1]  62/19 | 158/21 |
| bombs [1]  107/21 | burden [2]  83/24 163/2 | CANADA [38]  1/6 2/4 14/7 |
| booked [1]  76/7 | burdened [2]  162/12 | 43/23 44/1 44/2 45/13 |
| booming [1]  107/20 | 162/23 | 45/22 46/1 46/10 47/2 |
| Border [3]  47/2 47/19 | bus [2]  56/11 62/17 | 47/18 48/5 50/25 55/20 |
| 78/24 | buses [7]  35/22 62/13 | 66/1 67/18 76/13 78/24 |
| boring [1]  116/8 | 62/22 79/5 111/9 114/10 | 84/14 95/24 108/25 118/4 |
| borne [4]  103/21 110/21 | 114/11 | 119/3 132/10 133/5 134/13 |
| 110/22 148/23 | business [10]  22/9 54/2 | 134/19 141/22 142/4 |
| boss [2]  83/8 95/20 | 58/19 67/21 70/15 92/10 | 142/12 142/24 143/14 |
| both [16]  16/4 16/19 49/5 | 124/16 138/10 155/13 | 143/21 144/6 150/9 159/8 |
| 59/18 60/21 73/18 76/1 | 160/24 | 159/21 |
| 124/25 124/25 130/22 | businesses [1]  133/21 | Canadian [17]  3/17 4/8 |
| 141/23 142/5 158/1 158/6 | busing [1]  111/5 | 11/11 11/14 11/17 11/21 |
| 158/6 162/11 | busy [1]  109/21 | 45/6 47/21 48/1 48/3 48/4 |
| bother [1]  149/18 | butter [1]  119/14 | 64/2 64/12 93/5 104/2 |
| bottom [6]  3/8 3/14 3/23 | | 119/11 145/2 |
| 13/12 97/11 127/19 | **C** | cannot [7]  56/5 92/5 |
| box [3]  10/4 10/5 10/9 | | 108/19 132/24 135/11 |
| boxes [1]  57/18 | CA [1]  1/4 | 136/14 136/16 |
| bracket [1]  125/21 | cabin [1]  103/24 | capable [1]  74/23 |
| brain [1]  61/1 | cabins [1]  103/23 | capacity [4]  33/11 34/11 |
| branch [1]  49/2 | cafeteria [6]  120/23 | 34/11 87/6 |
| brands [1]  26/1 | 120/23 121/5 121/8 121/10 | capped [1]  136/18 |
| break [14]  7/18 24/13 | 121/22 | car [1]  109/20 |
| 28/12 43/21 44/7 70/22 | calculated [2]  151/10 | carbon [1]  100/3 |
| 102/23 103/3 103/5 111/19 | 151/19 | care [2]  127/12 147/6 |
| 134/18 150/2 153/9 153/13 | calculation [2]  29/17 | career [3]  46/9 119/23 |
| breakdown [4]  128/6 128/7 | 152/24 | 120/12 |
| 131/19 135/9 | calculations [1]  151/11 | careful [1]  129/18 |
| breakdowns [1]  128/5 | calculator [1]  4/11 | cargo [4]  119/20 154/7 |
| breakfast [3]  54/11 56/23 | call [9]  24/8 26/6 56/14 | 154/10 154/11 |
| 65/25 | 64/4 66/2 79/12 83/15 | Caribbean [5]  7/12 7/15 |
| breakout [2]  6/14 33/15 | 116/11 155/21 | 10/21 25/24 32/9 |
| breaks [3]  52/8 53/9 | called [8]  28/4 45/12 | CARNEY [2]  1/18 2/8 |
| 111/20 | 66/2 80/24 92/19 135/14 | Carnival [33]  4/7 4/8 |
| brief [5]  164/7 164/9 | 150/11 155/23 | 4/12 6/7 7/11 7/15 11/8 |
| 164/16 165/8 165/9 | calling [3]  142/16 156/13 | 13/6 14/24 30/6 30/18 |
| briefing [1]  162/13 | 158/2 | 30/22 30/24 41/4 41/14 |
| briefings [1]  79/8 | came [16]  6/4 57/24 70/12 | 42/11 144/21 145/9 150/8 |
| briefly [3]  27/19 69/20 | 71/8 73/24 79/16 83/23 | 151/22 155/21 155/22 |
| 95/10 | 98/4 99/19 109/14 113/5 | 155/23 155/24 156/1 156/7 |
| briefs [6]  162/11 163/22 | 113/16 120/21 120/21 | 156/11 156/11 156/14 |
| 164/10 165/3 165/12 | 121/5 148/16 | 156/17 157/1 157/15 160/4 |
| 165/13 | can [94]  7/22 8/4 8/6 | carried [2]  120/15 124/11 |
| bright [1]  2/14 | 13/15 13/23 13/23 14/4 | carriers [1]  72/22 |
| bring [10]  58/7 83/4 | 14/5 14/22 16/2 17/3 | carries [1]  138/7 |
| 102/2 122/14 130/19 | 18/23 24/13 24/14 25/3 | carry [5]  119/16 119/21 |
| | 27/21 28/11 28/24 31/9 | |

C   Case 1:08-cv-02054-RMC

carry... [3]   121/6 124/16
   155/14
case [19]   14/1 31/13
   42/18 43/17 65/12 66/25
   67/15 73/13 82/18 105/7
   109/2 124/9 129/13 129/23
   130/15 143/14 151/17
   162/2 164/17
cases [5]   129/2 157/25
   160/14 164/23 164/23
cash [1]   66/6
casinos [1]   61/17
caused [1]   84/9
causes [1]   125/4
causing [1]   51/10
cautious [1]   165/13
CBSA [2]   47/19 78/23
CCCM [11]   3/8 13/20 57/24
   63/22 68/12 80/19 82/23
   99/23 101/5 139/8 156/1
cease [1]   99/22
ceased [1]   86/24
cell [6]   21/6 21/11 21/15
   69/25 70/3 70/5
cent [3]   125/21 125/22
   125/22
center [3]   65/16 122/16
   124/18
centers [1]   115/19
central [2]   48/7 48/9
cents [5]   4/17 10/24
   10/25 34/19 148/4
Ceres [1]   145/19
certain [14]   37/10 37/14
   38/15 42/11 51/3 72/4
   73/25 79/18 99/6 105/5
   130/17 133/21 137/13
   158/2
certainly [13]   89/18
   90/19 91/12 91/14 106/3
   108/6 116/10 116/25 118/9
   120/8 134/22 151/12
   163/20
CERTIFICATE [1]   167/1
certify [3]   132/24 167/2
   167/7
cetera [3]   79/7 80/4
   145/3
chain [2]   50/25 50/25
challenge [2]   23/18 149/8
chance [1]   141/4
change [8]   32/17 39/10
   75/8 108/10 114/16 125/15
   148/1 151/25
changed [3]   38/2 74/3
   124/23
changes [3]   125/2 125/4
   125/11
charge [8]   16/25 18/12
   21/14 64/18 80/3 132/11
   150/22 160/5
charged [4]   18/10 18/17
   20/4 22/2
charges [11]   106/19 139/4
   139/13 140/4 142/6 142/13
   142/15 144/7 145/4 146/6
   146/8
charging [1]   91/10
charter [33]   1/3 2/3 3/17

4/7 5/4 5/5 5/7 5/24 6/1
6/6 6/22 11/6 12/9 14/7 14/14
17/18 30/17 31/12 31/14
31/15 31/18 33/8 33/14
36/8 37/4 41/4 41/13
41/17 110/25 137/16 138/3
144/20 147/13 154/18
chartered [8]   11/6 39/14
   119/22 154/7 154/10
   154/12 154/17 154/22
charterer [3]   35/15
   144/23 145/6
chartering [3]   119/8
   119/10 119/16
charters [11]   4/21 5/4
   7/3 40/13 78/13 83/11
   119/24 137/9 154/20 160/4
   160/4
chat [1]   61/21
chatted [1]   61/22
check [3]   69/19 86/3
   99/25
Cherry [1]   1/15
chilly [1]   27/4
Chinatown [1]   97/12
choice [1]   162/9
choose [2]   55/13 165/14
chose [4]   62/10 62/11
   64/1 91/12
CHRISTENSEN [6]   1/16 2/7
   44/13 147/21 148/5 166/12
Christmas [3]   164/5 164/7
   164/9
circle [2]   144/12 144/14
circumstance [1]   104/11
circumstances [1]   88/5
city [4]   21/3 60/9 76/7
   92/14
civil [1]   2/2
civilian [1]   73/19
claim [2]   66/18 151/17
claims [2]   79/11 79/12
clarification [1]   92/23
clarifications [1]   127/11
clarify [9]   66/22 87/3
   91/22 91/25 92/2 95/22
   98/20 127/11 148/25
clarity [1]   8/15
clean [3]   76/16 126/13
   146/18
cleaner [1]   68/23
cleaning [7]   66/3 67/22
   67/25 68/5 68/14 78/12
   146/20
clear [7]   33/25 35/15
   129/6 136/13 137/25
   146/13 152/23
clearance [1]   108/19
clearances [2]   110/8
   159/17
clearly [1]   6/17
client [1]   96/7
client's [1]   155/20
clients [1]   164/8
clock [2]   111/21 125/6
close [5]   33/6 135/10
   148/17 162/22 163/25
closer [5]   50/16 128/17
   129/4 142/17 146/14
closes [1]   73/11
closest [1]   125/14

closing [6]   162/10 162/14
   163/4 163/20 163/22
   163/23
cocktail [1]   63/10
cohesive [1]   81/19
coincide [1]   75/16
coinciding [1]   113/14
colleague [1]   7/23
colleagues [1]   86/4
collect [1]   75/11
collecting [1]   12/22
Colleen [3]   43/6 43/13
   161/20
COLLYER [1]   1/10
Colombia [2]   45/8 61/13
COLUMBIA [14]   1/1 1/22
   45/10 45/11 45/14 47/2
   47/17 50/10 50/15 62/24
   84/15 92/4 114/2 164/22
column [13]   3/14 3/23 9/6
   13/3 29/9 128/11 128/12
   128/12 129/7 139/21
   142/11 142/14 142/25
combination [1]   33/8
Combining [1]   9/11
come [21]   43/11 44/19
   53/12 57/8 57/23 61/20
   62/18 65/6 66/15 67/17
   68/23 76/22 82/7 91/4
   91/5 101/1 122/9 125/3
   126/23 148/4 160/21
comes [9]   66/8 67/13
   67/22 69/14 72/20 72/21
   106/14 109/13 112/3
comfortable [2]   85/24
   86/9
coming [10]   26/18 42/9
   73/8 74/20 79/10 82/25
   100/7 122/22 126/24
   165/19
comings [1]   54/9
command [1]   87/15
commander [3]   100/15
   104/8 110/18
commence [1]   112/1
commenced [1]   56/21
comment [2]   75/8 94/10
commentary [1]   85/6
comments [1]   95/9
commercial [5]   62/13
   72/20 72/22 73/9 73/11
commission [1]   104/7
commissioned [2]   46/12
   79/6
Commissioner [2]   64/11
   105/2
commitment [1]   67/6
commitments [2]   64/15
   97/3
committee [2]   58/11 58/18
common [4]   32/3 64/3
   71/25 84/18
communicate [1]   37/11
communication [1]   99/22
communications [1]   21/1
community [1]   92/3
commuting [1]   93/14
companies [3]   68/2 121/7
   156/10
company [1]   111/5
comparable [3]   5/7 32/7

C   Case 1:08-cv-02054-RMC   Document 98-1 Filed 02/07/14   Page 175 of 202

39/14 41/23 53/19 60/18 66/23 69/10 95/11 considered [1] 57/1 109/1

comparable... [1]   32/15
compare [2]   32/8 32/9
compared [2]   13/20 33/4
compares [1]   33/2
comparison [2]   90/3
147/17
compensation [1]   126/4
competitive [1]   130/14
compilation [1]   46/25
complete [3]   77/16 137/20
162/8
completed [3]   112/2 121/4
129/8
completely [3]   18/21
110/23 163/18
component [2]   71/22 75/25
components [1]   33/10
computed [2]   10/20 10/23
computer [1]   1/25
computer-aided [1]   1/25
computers [2]   69/16 69/19
concern [4]   51/11 70/25
76/19 130/11
concerned [2]   52/2 82/21
concerns [2]   51/3 130/9
conclude [1]   5/15
concluded [2]   71/7 165/24
conclusion [5]   13/19 17/4
22/17 55/3 84/17
conditions [1]   52/19
conference [3]   41/20
41/21 65/13
confines [3]   64/23 65/14
67/23
confirm [4]   16/4 16/8
16/12 136/14
confirmed [1]   83/1
confirming [1]   136/16
confused [2]   91/17 112/19
congestion [1]   56/1
congregate [1]   79/7
conjunction [1]   96/6
connection [1]   144/1
CONNECTIONS [48]   1/3 2/3
5/25 6/14 6/16 7/3 7/14
9/8 15/13 16/17 16/21
16/23 16/25 17/17 17/22
18/2 18/5 18/9 18/16 19/5
20/17 20/18 20/19 20/20
21/24 29/21 33/25 37/22
59/13 60/1 68/4 75/3
85/20 95/19 99/17 99/17
111/4 123/17 124/6 138/19
139/4 139/14 148/23 149/3
149/12 154/16 155/16
156/2
Connections' [9]   18/14
32/13 33/4 33/7 35/14
36/8 39/21 39/22 42/19
conscience [1]   52/7
conscious [1]   52/14
consecutively [2]   55/2
55/8
conservative [2]   121/16
122/6
consider [1]   43/22
considerable [1]   51/6
considerably [1]   10/19
consideration [4]   25/24

considering [2]   125/10
130/4
consist [1]   54/25
Constable [1]   81/11
Constitution [1]   1/22
consultation [1]   120/13
contact [4]   60/3 100/1
100/16 123/22
contain [1]   159/10
container [3]   108/17
109/6 109/11
contains [1]   150/8
contemplated [1]   122/25
context [1]   148/20
continued [3]   2/25 77/14
103/17
contract [80]   6/17 32/13
32/14 32/14 33/20 57/24
59/21 73/14 75/9 76/13
77/25 85/2 98/18 99/5
99/10 99/16 111/5 119/6
121/7 122/4 123/16 123/18
123/20 124/2 124/5 126/18
126/23 126/25 127/4
127/10 128/3 128/4 128/18
130/1 130/7 133/14 135/25
137/8 137/19 138/3 138/9
138/12 138/18 138/19
138/21 138/22 138/24
138/25 139/1 139/1 139/3
139/6 139/8 142/22 146/21
146/24 147/17 148/24
149/12 149/15 150/16
151/23 154/16 154/19
154/21 155/20 156/6
156/17 157/1 157/10
157/16 157/17 157/19
157/21 157/22 157/24
160/14 161/2 161/4 161/5
contracted [6]   29/21
33/11 62/13 91/3 134/4
155/19
contracting [12]   60/22
67/21 77/8 117/4 117/7
126/23 130/24 137/1 137/3
154/16 160/9 160/22
contractor [3]   98/24
127/10 156/22
contractors [2]   81/3
126/20
contracts [22]   6/14 6/18
68/10 77/24 78/3 98/21
124/3 128/9 130/25 133/12
155/21 155/22 155/24
155/25 156/1 156/2 156/14
158/1 158/6 158/6 160/15
160/18
contrary [1]   70/12
control [6]   74/6 76/3
108/10 108/20 109/19
109/24
controlled [1]   35/22
controlling [1]   68/21
convenience [1]   83/5
convenient [3]   4/2 143/8
163/11
conveniently [1]   12/25
convention [1]   65/16
conversation [6]   60/8

conversations [7]   60/6
63/11 68/4 68/11 69/2
100/9 100/16
convey [1]   85/20
convinced [1]   132/18
coordinated [2]   108/5
123/21
coordination [4]   108/3
108/11 110/3 110/11
cope [1]   7/22
copied [1]   100/3
copies [5]   24/13 24/14
28/11 28/12 95/7
copy [4]   3/4 3/7 28/11
127/18
core [3]   83/16 122/16
124/18
CORINNE [2]   1/17 2/7
corner [1]   74/21
Corporals [2]   79/7 104/7
corporate [1]   96/1
Corporation [1]   7/11
correct [74]   4/19 7/17
9/12 9/13 9/15 9/20 10/1
10/12 12/23 16/7 26/24
29/18 29/19 29/22 35/10
41/7 41/15 42/13 73/6
75/1 75/2 86/10 89/4 89/6
89/19 90/9 90/12 90/23
91/20 91/21 98/10 98/19
99/5 101/12 101/15 101/23
102/1 102/3 102/4 102/6
103/24 103/25 106/7
106/21 106/22 111/13
111/17 111/19 112/8
112/21 114/15 114/17
114/17 114/20 114/24
115/23 134/11 139/5
139/15 140/5 145/7 145/11
145/14 145/16 154/23
155/18 156/8 156/9 157/2
157/3 157/8 158/8 159/23
167/2
correctly [4]   7/5 20/14
102/16 139/10
COS [1]   12/16
cosmetic [1]   125/2
cosmetics [1]   125/3
cost [42]   12/16 12/18
18/8 18/14 18/17 18/19
18/21 21/23 64/25 64/25
65/8 68/14 75/3 75/9
121/3 121/12 127/8 128/6
128/7 129/17 131/19 132/4
132/5 132/12 133/24 136/2
136/3 136/10 137/5 137/9
137/13 137/14 137/17
139/8 139/11 139/19
146/18 147/13 152/9
152/11 152/24 153/2
costing [1]   136/8
costs [24]   66/12 67/17
75/5 83/24 110/11 110/14
110/14 110/19 127/4 128/5
129/8 131/24 132/6 134/23
135/11 136/7 137/9 138/5
138/15 141/24 145/5 145/9
148/23 149/5
could [94]   2/17 3/4 3/6

| | | |
|---|---|---|
| **C** Case 1:08-cv-02054-RMC | **Crown [8]** 43/23 43/24 44/23 44/24 116/15 116/18 129/15 133/5 | 10/10 10/16 13/1 14/24 15/11 15/21 15/25 16/5 |

**could... [91]** 4/2 9/8
10/13 16/6 21/13 23/12
33/23 39/8 39/8 43/11
44/19 47/4 55/12 57/4
57/5 58/1 58/2 58/3 58/8
61/14 61/15 61/25 61/25
62/21 62/22 63/7 64/1
64/19 67/3 67/7 68/22
68/24 69/15 69/18 69/19
69/21 69/23 70/4 71/10
71/16 76/2 76/10 76/10
78/18 79/1 79/11 81/15
81/16 84/1 84/2 90/17
90/18 90/19 90/21 90/24
91/12 91/14 91/15 92/10
95/23 96/7 96/25 97/24
98/2 100/13 100/25 101/9
101/12 101/15 101/16
102/21 104/13 114/22
115/1 116/24 121/23
122/14 125/8 126/3 132/25
133/3 135/22 136/7 136/18
137/7 142/2 148/1 148/20
153/2 159/23 163/10
**couldn't [6]** 29/25 58/15
92/17 97/2 98/23 98/23
**counsel [4]** 74/5 147/6
152/24 167/7
**count [1]** 160/12
**counters [1]** 121/11
**countries [2]** 119/15
119/15
**country [2]** 61/12 119/12
**couple [4]** 25/23 46/1
129/24 154/12
**couples [1]** 104/17
**course [3]** 117/18 129/18
138/20
**court [24]** 1/1 1/20 1/21
1/21 13/24 28/24 30/4
36/2 42/16 43/15 45/2
45/21 136/19 141/23 142/5
142/25 143/14 144/6 149/1
150/16 159/22 162/12
162/24 167/5
**courtroom [2]** 111/25
163/22
**Courts [1]** 164/22
**cover [1]** 107/17
**covered [2]** 19/14 107/16
**covering [1]** 127/4
**covers [1]** 66/2
**CPA [2]** 20/15 20/16
**CPAs [15]** 5/5 5/13 5/15
30/5 30/19 30/20 30/25
31/5 31/10 31/11 31/22
34/6 34/14 42/4 42/15
**cranes [1]** 109/6
**crawl [2]** 61/22 97/6
**create [2]** 135/17 148/15
**created [3]** 87/10 102/13
135/18
**creating [1]** 35/17
**creation [1]** 73/13
**crew [1]** 6/3
**crippling [1]** 76/6
**cross [6]** 2/25 86/14
103/17 131/4 131/6 166/2
**crosses [1]** 72/22

**Crown's [3]** 44/8 107/14
107/15
**cruise [165]** 1/3 2/2 4/13
4/17 5/3 5/6 5/25 6/14
6/15 6/18 7/2 7/14 9/8
11/3 11/3 13/13 15/13
15/20 15/24 16/4 16/9
16/13 16/17 16/21 16/23
16/25 17/17 17/22 18/2
18/5 18/9 18/14 18/16
18/19 19/5 20/17 20/18
20/19 20/20 20/21 21/14
21/23 23/2 23/6 24/17
24/21 25/13 26/1 26/3
26/4 26/5 26/5 27/13
27/21 28/4 28/5 29/21
30/18 32/8 32/9 32/9
32/10 32/13 34/3 33/7
33/20 33/25 35/14 35/24
36/8 37/9 37/22 39/5
39/20 39/21 39/22 40/15
40/22 42/4 42/6 42/7
42/18 51/21 51/23 53/21
53/25 54/2 57/19 59/13
59/25 60/13 60/15 63/24
67/3 68/4 68/5 68/8 69/6
69/22 70/10 73/14 73/14
73/20 74/7 75/3 75/13
77/14 82/6 85/20 85/21
85/25 89/9 90/22 94/16
94/20 94/20 95/19 96/3
96/9 96/11 99/16 99/17
100/9 101/24 102/3 106/5
111/4 122/10 122/18
123/14 123/17 124/5
124/15 124/16 125/17
130/10 130/16 130/16
131/23 134/20 138/18
139/3 139/14 144/2 146/19
147/13 148/23 149/3
149/11 149/11 149/13
154/16 154/17 154/21
154/22 154/25 155/6
155/11 155/16 156/2 157/7
157/9 157/12 157/15
161/25
**cruises [3]** 25/25 35/3
**CRYSTAL [2]** 1/20 167/12
**CSIS [1]** 47/21
**culture [1]** 122/7
**curiosity [1]** 103/21
**current [2]** 117/3 136/24

**D**

**D.C [2]** 1/5 92/18
**daddy [1]** 162/16
**daily [3]** 65/3 67/12
79/16
**dancing [1]** 63/10
**dark [1]** 27/6
**date [10]** 34/2 77/15
77/16 83/2 99/6 99/7
128/20 154/15 167/5
167/12
**daughter [2]** 162/16
164/12
**day [95]** 1/6 2/19 4/18
5/16 7/4 9/2 9/21 9/24

16/9 16/10 16/13 16/17
16/21 17/5 17/11 18/6
18/10 18/17 19/6 19/18
20/5 20/8 21/17 21/24
22/2 22/19 24/21 25/15
25/18 26/3 26/4 32/8 32/8
34/20 34/21 37/10 37/14
38/3 39/1 55/3 55/6 55/9
55/10 55/11 55/13 55/15
55/17 57/2 58/15 59/23
68/13 69/11 71/1 71/6
71/9 71/13 71/13 71/20
72/13 73/10 78/16 80/4
80/21 82/15 83/8 91/14
92/9 92/10 94/3 96/16
101/6 101/9 109/22 111/20
113/9 123/11 123/11
123/19 123/19 125/25
129/19 145/20 149/6
149/10 151/12 151/13
151/13
**days [37]** 23/2 23/6 25/22
26/2 26/8 26/10 27/21
27/25 28/1 38/23 38/24
38/25 41/11 41/13 48/17
54/22 54/25 55/2 55/10
55/14 62/25 71/14 71/16
80/11 84/5 90/15 90/18
91/18 91/20 93/3 93/17
93/18 102/19 113/10
113/14 151/23 162/25
**daytime [1]** 73/3
**DC [2]** 1/19 1/23
**de [2]** 43/9 43/13
**dead [1]** 153/18
**deadline [1]** 42/17
**deal [7]** 42/7 42/14 42/16
42/19 53/13 76/24 87/25
**dealing [3]** 19/6 64/16
110/24
**dealt [3]** 56/20 75/10
100/16
**debate [1]** 59/2
**deBruyckere [4]** 36/20
43/15 87/9 105/2
**decide [1]** 163/10
**decided [4]** 76/2 78/16
91/7 121/4
**deciding [1]** 22/4
**decision [5]** 73/16 75/21
76/25 77/3 106/4
**decisions [2]** 77/13
164/22
**declarative [1]** 164/25
**declared [1]** 110/15
**deemed [1]** 110/19
**deep [1]** 119/21
**defendant [4]** 44/22
116/16 144/9 147/6
**defendant's [5]** 24/8
24/11 34/16 143/25 144/1
**Defendants [2]** 1/7 1/16
**defendants' [1]** 165/9
**defense [6]** 2/7 24/3
27/22 166/7 166/18 166/19
**Definitely [1]** 126/12
**degree [2]** 38/6 74/1
**deliver [1]** 160/11
**delivered [4]** 121/2

D   Case 1:08-cv-02054-RMC

delivered... [3]   124/20
  133/13 133/15
delivering [1]   39/24
delivery [3]   117/15
  133/12 159/12
Delta [2]   115/6 115/8
demand [1]   76/8
demonstration [1]   126/22
department [7]   45/12
  47/17 47/18 47/19 56/14
  119/2 124/3
departure [2]   56/11 136/5
depend [2]   20/25 105/25
dependent [2]   55/22 82/19
depending [3]   50/9 55/12
  55/17
depends [2]   89/24 126/8
depict [1]   97/4
deployed [1]   70/4
deployment [1]   70/4
deposed [1]   99/8
deposition [9]   3/5 4/3
  12/8 13/7 35/8 43/7 43/10
  43/14 43/16
depositions [3]   28/7
  36/18 161/17
Derby [4]   4/2 28/3 35/9
  40/20
Derby's [1]   13/7
describe [4]   78/12 105/6
  109/5 123/2
describing [1]   130/23
designated [5]   54/17
  73/23 84/14 111/23 111/24
designations [1]   43/17
desire [1]   35/20
desk [1]   3/5
desperate [1]   114/21
destination [2]   110/22
  119/16
destinologist [3]   161/22
  161/23 161/23
destroys [1]   105/14
detachment [2]   61/9 68/3
detachments [6]   67/18
  67/19 67/20 68/1 68/21
  97/7
detail [5]   51/12 57/15
  67/10 67/12 91/11
detailed [1]   138/8
details [2]   49/8 100/18
determine [3]   67/7 83/1
  122/13
develop [1]   46/19
developed [1]   42/24
development [5]   119/4
  119/5 119/11 123/6 123/19
devise [1]   123/2
devoted [1]   164/8
dialogue [2]   61/20 104/10
did [113]   7/15 11/1 11/24
  17/9 18/25 19/8 20/13
  24/21 24/23 27/11 27/18
  31/5 31/8 32/16 35/11
  36/11 37/22 38/1 39/13
  39/18 40/1 41/24 45/17
  46/13 48/3 49/9 49/13
  49/15 49/22 52/25 55/19
  57/25 59/25 60/2 60/2

60/8 61/2 61/5 61/6 61/18
61/20 61/21 62/4 63/11 14
63/23 63/23 64/5 68/11
68/19 69/3 81/23 84/13
85/13 85/19 85/23 85/24
86/25 87/19 88/24 92/2
93/19 96/4 99/17 100/4
100/25 101/4 101/13
101/17 104/20 104/22
107/17 107/24 107/24
116/11 117/5 117/22
117/22 117/25 118/10
118/15 119/7 119/24 122/1
122/9 122/11 123/15
123/18 123/22 124/6 124/8
126/19 126/21 131/4
131/10 131/12 131/12
131/13 133/10 134/4 141/4
149/20 149/21 153/23
154/1 154/11 154/18 157/7
157/12 158/18 159/15
160/4 160/15 161/16
didn't [27]   19/24 23/17
  39/10 59/6 86/25 88/2
  88/4 88/23 94/18 98/24
  100/3 121/25 125/11
  131/13 131/14 133/9
  134/24 134/25 135/17
  142/1 148/14 148/15
  148/15 153/25 154/2 160/3
  165/6
diem [13]   19/6 19/21 59/4
  65/7 65/17 65/22 65/24
  65/25 66/7 66/10 125/17
  125/23 125/24
differ [1]   117/22
difference [4]   26/25 37/4
  37/7 77/23
differences [4]   14/13
  85/9 85/13 125/4
different [26]   5/24 7/19
  17/8 18/21 19/20 32/4
  32/4 32/4 35/12 36/7
  37/12 52/9 78/21 83/11
  87/9 99/1 102/18 103/1
  117/23 121/11 121/23
  130/5 144/17 149/16
  153/20 158/14
difficult [1]   83/1
difficulty [1]   143/6
dignataries [2]   64/10
  66/22
dinner [10]   63/10 63/20
  63/25 64/4 64/5 64/8 65/4
  65/18 65/25 80/13
dinners [10]   54/4 63/10
  63/14 63/17 63/24 64/24
  65/19 66/21 66/25 66/25
direct [8]   28/24 44/25
  49/3 116/20 118/14 149/12
  154/6 166/2
directed [4]   58/10 60/19
  67/7 161/1
direction [5]   91/8 117/20
  118/3 123/13 124/9
directions [3]   80/1 96/23
  98/22
directive [1]   84/7
directly [4]   6/18 35/23
  100/4 126/21
director [14]   48/23 49/3

87/5 87/14 87/17 96/7
119/2 117/5 117/6 118/2
118/13 118/16 137/1 137/3
dirty [2]   79/16 88/16
disagree [2]   15/25 22/17
disaster [1]   108/23
discharge [1]   118/10
disclosure [1]   41/18
discrepancy [1]   127/7
discuss [3]   63/21 99/9
  99/16
discussed [5]   65/2 76/21
  78/9 96/20 125/18
discussing [3]   60/25 89/5
  89/7
discussion [5]   6/20 60/19
  80/20 122/12 122/13
discussions [10]   51/20
  57/20 75/15 82/23 83/7
  84/4 90/24 96/23 98/18
  100/22
disembark [2]   80/17 97/25
disembarkation [3]   34/2
  82/10 125/9
dispensation [1]   70/21
disruption [1]   71/2
distance [2]   82/22 165/20
distinct [1]   6/1
distinction [1]   156/4
district [11]   1/1 1/11
  1/11 1/21 1/22 61/8 92/6
  92/12 92/14 101/8 167/5
divide [2]   4/16 32/6
divided [1]   33/11
dividing [1]   34/10
division [1]   15/16
divulge [1]   121/13
do [172]
doable [1]   64/22
doc [1]   144/22
dock [1]   145/4
docked [1]   109/10
Docket [1]   1/4
docking [1]   147/15
doctrine [1]   107/2
document [23]   127/15
  128/20 129/7 131/19
  131/20 131/21 135/7
  135/18 135/18 137/22
  138/1 142/5 142/18 142/19
  142/20 143/9 143/11
  143/13 143/22 148/10
  148/13 149/8 153/8
documentation [2]   110/12
  140/24
documents [13]   32/17
  35/17 35/25 36/13 41/1
  41/7 41/9 41/10 42/5 42/8
  132/1 132/3 148/25
does [20]   14/6 31/11
  31/21 37/4 37/5 43/22
  53/13 67/9 76/6 94/20
  97/4 99/1 99/12 100/13
  115/22 115/5 129/7 129/7
  159/8 161/9
doesn't [6]   26/6 76/15
  76/16 147/8 147/10 164/6
doing [13]   40/1 43/18
  48/24 61/10 64/8 74/23
  77/11 81/4 97/24 101/17
  113/17 123/5 165/13

D   Case 1:08-cv-02054-RMC

dollar [7]   51/8 65/10
 101/23 102/12 102/14
 120/16 120/17
dollars [12]   16/5 33/16
 33/17 34/20 52/25 53/2
 73/21 121/18 141/10
 141/16 145/18 152/25
don't [78]   3/15 6/9 11/7
 12/9 13/21 14/8 14/20
 15/12 20/6 22/9 25/5
 26/25 36/12 36/24 45/9
 47/7 56/9 57/14 61/19
 63/12 63/20 63/21 65/1
 69/9 72/18 76/22 77/1
 83/6 83/6 86/3 88/9 88/19
 90/6 93/10 94/18 99/7
 100/1 100/7 100/7 101/18
 103/5 114/6 115/25 121/13
 125/21 127/15 128/12
 133/11 135/5 138/7 140/22
 146/19 146/22 146/23
 146/25 147/7 149/15
 149/15 149/18 151/3
 151/11 153/12 155/7 155/9
 155/10 158/11 159/4
 161/18 162/13 162/19
 163/1 163/25 164/6 164/7
 164/10 164/14 164/20
 165/4
done [21]   7/15 20/6 51/6
 51/7 61/23 61/25 68/15
 70/9 77/22 83/15 88/8
 89/10 104/5 127/1 134/4
 134/4 157/19 159/23
 160/24 162/15 164/10
Donna [6]   36/19 44/18
 44/22 45/4 95/14 166/8
door [2]   76/13 78/22
doorway [2]   111/24 111/25
double [4]   12/13 12/14
 94/3 103/23
doubt [1]   15/14
down [27]   7/18 23/15 28/1
 38/14 54/4 62/18 63/25
 79/5 85/17 86/6 86/8 86/8
 86/25 90/6 95/10 96/15
 97/11 108/12 108/20
 114/14 114/22 134/18
 139/18 145/19 146/16
 147/3 160/3
downtown [3]   61/17 101/15
 114/20
dozen [1]   154/12
drafting [1]   85/3
drafts [1]   85/4
draw [3]   3/13 8/12 12/10
drink [1]   114/1
drinking [1]   12/5
drive [4]   62/19 88/20
 88/24 108/20
drivers [1]   62/19
driving [2]   39/23 147/9
drop [3]   62/21 67/23
 68/24
dropped [1]   67/24
dry [6]   66/2 67/22 67/25
 68/5 68/13 68/23
Dubai [1]   100/16
duck [1]   8/6

due [7]   51/7 53/16 54/19
 70/18 73/18 76/19 109/20
duration [3]   38/20 132/7
 132/8
during [39]   28/12 28/17
 46/21 48/10 51/12 55/23
 55/24 57/2 62/4 62/9
 62/11 73/3 76/8 78/13
 78/14 78/25 83/11 84/4
 88/16 88/18 88/24 90/17
 90/21 92/7 103/5 109/7
 111/6 111/7 111/20 113/9
 115/11 115/15 119/25
 120/12 134/21 153/13
 153/23 155/25 159/19
duties [5]   48/22 49/18
 50/9 70/15 104/12
duty [12]   56/5 58/24 92/6
 92/11 92/13 92/20 104/12
 111/24 112/1 113/17 114/2
 126/4
duvets [1]   90/4

E

e-mail [3]   69/19 100/2
 100/6
E-X-H-I-B-I-T-S [1]
 166/14
each [2]   4/17 103/24
earlier [5]   66/24 67/1
 91/17 113/13 154/6
early [5]   26/23 27/6
 55/23 76/9 99/25
earn [4]   6/16 6/21 35/15
 93/19
earned [2]   5/3 7/3
earnings [1]   13/19
easier [2]   140/6 164/25
easiest [1]   140/3
easily [2]   32/7 84/11
easy [2]   80/11 165/1
eat [1]   54/11
economical [1]   104/18
Edwards [23]   58/1 59/18
 60/2 60/8 60/20 61/2 69/2
 78/15 80/20 81/10 85/20
 89/6 95/18 96/22 97/5
 98/18 99/4 99/9 99/18
 99/22 100/4 101/4 111/8
effect [4]   38/15 53/4
 76/6 159/14
effected [1]   53/7
efficiency [1]   120/15
effort [2]   40/5 102/4
egress [1]   78/20
eight [3]   26/2 87/7 93/9
either [19]   7/11 7/15
 13/23 15/24 16/9 16/13
 27/3 29/2 67/21 71/9
 132/19 134/9 138/13
 138/13 138/14 146/22
 154/19 158/11 161/24
Elation [5]   4/8 150/8
 151/22 152/18 153/1
elevators [1]   109/16
eleven [1]   44/7
Elmo [4]   127/18 143/9
 143/23 146/4
else [7]   47/15 63/22
 64/12 65/14 71/10 160/5
 162/1

embark [1]   80/17
embarkation [7]   34/1
 80/22 81/12 81/17 81/21
 82/9 125/9
embarkations [1]   83/9
embarking [1]   75/13
embarrassing [1]   78/5
embellish [1]   19/13
emergency [6]   52/19 53/15
 76/20 76/23 84/8 92/19
employed [1]   167/8
employees [4]   67/10 68/12
 70/14 94/16
Empress [3]   97/20 97/20
 98/12
empty [2]   113/5 113/6
end [20]   4/4 26/18 39/10
 48/12 55/4 55/8 57/2 59/7
 72/2 84/2 84/21 92/8 94/2
 101/17 111/10 123/11
 129/19 132/16 132/20
 142/22
ended [3]   48/16 147/17
 155/20
ending [1]   93/18
ends [2]   56/5 93/16
English [1]   97/21
enjoy [1]   163/20
enjoyed [1]   93/13
enlisted [1]   11/14
enlistment [1]   11/20
enough [7]   76/10 116/10
 125/25 126/7 126/8 129/25
 148/3
ensure [4]   52/16 54/6
 120/15 130/7
ensuring [1]   105/12
enter [3]   82/14 108/16
 114/1
entered [4]   111/5 123/16
 126/19 154/20
entire [1]   70/11
entirely [3]   148/14
 156/22 158/13
entitled [3]   66/18 125/23
 125/24
entree [4]   121/12 121/14
 121/15 121/20
entry [3]   12/14 78/21
 135/18
environment [2]   35/22
 67/16
equal [1]   6/23
equipment [3]   105/12
 120/10 120/11
especially [2]   64/17
 124/18
Esquire [7]   1/13 1/13
 1/14 1/16 1/17 1/17 1/18
esse [2]   43/9 43/14
essential [1]   70/6
essentially [9]   6/5 6/19
 12/4 29/20 32/20 33/16
 33/20 34/3 34/4
establish [1]   74/9
established [2]   78/20
 121/8
establishments [1]   114/3
estimate [15]   7/18 134/3
 141/24 142/6 142/9 142/10
 142/11 143/5 143/25 144/1

E    Case 1:08-cv-02054-RMC    Document 170-17    Filed 03/07/14    Page 1 of 202

estimate... [5]   144/8 144/9 146/14 147/25 164/1

estimated [4]   141/9 141/13 145/17 149/5

estimates [6]   72/5 142/14 143/1 143/3 144/4 146/11

estimations [1]   128/8

et [7]   1/3 1/7 2/3 2/4 79/7 80/4 145/3

ethics [1]   114/1

Europe [1]   129/24

European [1]   32/9

evasive [1]   83/6

even [9]   36/4 38/12 39/4 52/7 53/17 58/15 76/13 100/7 157/5

evening [4]   55/4 63/24 73/10 97/6

event [14]   53/7 53/17 56/6 56/17 61/22 63/25 66/14 74/18 76/20 92/19 97/22 100/24 140/7 146/20

events [7]   52/10 61/23 63/3 64/9 83/20 84/13 122/5

eventuality [1]   68/19

eventually [2]   138/24 138/25

ever [12]   8/20 34/19 34/23 35/5 39/19 84/4 99/17 101/1 101/4 139/14 148/4 154/22

every [4]   5/16 26/4 28/2 63/25

everybody [9]   8/20 24/13 54/10 54/11 56/14 116/17 162/9 164/15 165/20

everyday [1]   100/18

everyone [2]   2/9 163/5

everything [4]   71/5 104/12 105/11 160/22

evidence [4]   24/9 24/12 44/12 95/3

evolved [1]   122/24

exactly [13]   9/1 19/3 31/2 34/12 36/12 36/16 51/18 59/5 83/17 86/25 113/14 145/1 157/6

examination [10]   2/25 28/19 40/11 44/25 86/14 91/24 103/17 116/20 131/5 131/6

example [24]   37/13 53/8 56/11 56/22 57/7 58/1 58/8 64/11 66/16 67/12 71/8 78/1 79/14 80/10 85/19 91/4 94/2 105/10 105/10 111/23 118/22 121/12 123/22 158/3

exceed [1]   152/19

exceeded [2]   18/14 93/23

except [5]   58/22 107/4 113/9 145/1 147/16

exception [2]   26/5 104/16

excessive [2]   69/12 71/3

exchanges [1]   100/2

excursion [5]   26/6 26/7 35/23 61/2 61/6

excursions [14]   9/25 16/6

35/2 35/4 60/7 60/15 60/24 90/17 90/19 96/16 96/21 97/6 100/23 100/25

excuse [5]   27/25 38/9 48/13 72/9 152/10

excused [6]   43/3 103/9 116/7 153/14 161/11 161/13

executive [3]   73/15

exhibit [70]   7/18 8/9 8/16 8/16 8/18 8/22 8/24 8/25 22/15 22/22 22/22 22/24 24/2 24/8 24/11 24/14 24/18 24/19 24/24 25/1 25/7 27/21 27/22 28/11 28/11 28/22 28/25 29/4 29/5 29/6 30/10 30/13 30/21 34/16 36/13 36/15 41/1 41/5 41/8 94/22 94/23 95/2 95/6 97/14 127/19 127/24 128/3 131/8 135/1 137/5 139/13 141/24 142/6 143/18 143/22 144/7 144/10 144/11 144/22 148/6 150/6 150/7 150/19 152/7 152/10 152/11 152/20 152/20 166/17 166/19

exhibits [6]   27/22 28/3 28/6 36/1 40/25 147/1

existence [2]   80/8 108/18

existing [2]   65/3 159/19

exists [1]   137/22

expect [2]   34/18 59/2

expectation [4]   34/8 35/15 84/8 89/23

expectations [2]   53/8 102/5

expected [10]   5/8 5/9 9/19 10/10 21/16 52/13 72/6 75/8 89/18 90/7

expecting [1]   124/24

expense [2]   79/12 147/11

expenses [1]   144/24

expensive [1]   22/10

experience [22]   12/3 31/12 31/21 32/1 34/19 37/5 38/21 39/25 40/2 53/4 61/24 61/24 120/5 120/9 120/18 120/20 121/9 121/9 122/4 154/24 155/5 155/10

experienced [4]   28/17 39/23 160/9 160/21

experiences [1]   105/15

experiencing [1]   63/2

experiment [1]   7/21

expert [5]   8/16 36/14 41/2 42/17 136/5

expertise [2]   89/8 155/5

explain [7]   61/2 105/9 147/6 147/22 151/12 155/8 155/12

explained [1]   81/12

explanation [1]   100/19

explanations [1]   14/20

exploration [1]   53/25

exploratory [1]   64/14

explore [2]   69/15 94/18

explored [2]   110/5 110/6

exploring [4]   53/24 63/2

98/1 110/4

exposed [2]   78/14 78/17

exposure [2]   60/2 60/13

Express [7]   50/25 85/16 85/19 89/2 89/18 89/21 90/7

expressed [1]   7/2

expression [2]   89/25 90/7

extended [1]   42/11

extensively [1]   96/3

extent [4]   32/17 38/15 42/11 139/12

exterior [1]   121/7

external [1]   66/3

extra [3]   45/25 85/16 93/20

extravagant [2]   51/4 54/4

extremely [2]   65/5 71/24

F

facilities [10]   68/10 83/20 150/12 150/16 150/20 151/9 152/19 152/25 158/3 158/3

facility [4]   51/24 79/18 82/3 82/10

fact [14]   13/9 25/15 33/16 38/9 38/12 67/6 89/8 89/11 101/17 129/14 130/20 138/21 138/22 158/7

factors [2]   25/23 53/4

facts [6]   6/9 57/12 164/16 164/18 164/19 164/20

fair [15]   31/19 52/20 88/19 88/22 88/23 95/20 95/22 102/16 105/4 105/5 115/10 115/12 115/13 120/16 130/18

fairly [2]   15/20 119/1

families [3]   21/13 98/6 98/7

family [2]   97/22 162/19

fancier [1]   63/9

far [4]   15/22 53/16 80/24 111/16

February [7]   26/11 26/12 26/13 26/19 48/17 83/17 165/9

fed [1]   53/22

federal [7]   47/18 70/14 106/22 107/6 126/22 160/10 160/25

federally [1]   106/15

fee [9]   69/4 69/5 69/7 69/7 136/6 137/13 141/8 150/12 150/16

feel [2]   61/25 94/11

fees [31]   125/9 131/21 135/11 135/15 135/19 135/24 136/1 136/3 136/10 136/11 137/5 137/23 138/12 140/10 140/20 141/7 141/10 145/1 145/3 145/3 145/13 145/18 147/14 147/15 147/15 150/20 151/9 152/6 152/19 152/19 152/25

fell [1]   48/15

felt [4]   52/18 68/22 76/2

**F**

felt... [1]   81/15
fencing [2]   74/9 107/23
fender [1]   147/10
fenderring [2]   147/7
 147/8
fenders [1]   147/8
few [4]   36/2 41/10 69/16
 111/10
fewer [1]   38/25
field [3]   38/7 135/23
 160/9
figure [1]   12/21 13/1
 14/25 15/14 15/24 16/9
 17/8 33/15 83/16 133/23
 144/18
figured [1]   130/2
figures [6]   15/6 17/7
 131/18 131/18 134/22
 135/10
file [12]   128/19 128/19
 139/2 140/1 140/24 141/15
 141/18 142/19 142/20
 148/15 148/16 164/15
fill [1]   29/20
filter [1]   83/22
final [5]   146/14 148/2
 148/2 149/3 149/12
finalization [1]   128/17
finance [1]   66/17
financial [5]   123/22
 127/12 127/12 128/4
 128/19
financially [1]   167/9
find [14]   3/7 12/12 13/9
 18/25 27/20 28/8 29/25
 50/24 89/8 113/12 147/2
 147/24 149/10 158/21
finding [2]   67/6 89/11
fine [4]   14/11 36/22
 45/10 94/11
finish [1]   49/9
first [40]   3/6 3/14 9/9
 9/12 9/17 13/7 17/4 32/12
 42/2 42/3 44/8 44/14
 44/18 47/10 47/11 55/8
 55/10 57/24 57/25 59/18
 80/19 80/19 85/11 86/4
 86/7 86/18 121/10 123/9
 124/22 125/3 125/11 137/7
 150/11 150/19 154/18
 154/19 154/22 155/16
 157/22 158/6
Fitzgerald [1]   1/14
five [8]   36/4 119/8
 119/24 120/2 139/18 154/7
 154/8 165/6
fixed [1]   133/24
flat [1]   134/8
floated [1]   57/22
floating [1]   130/17
flour [1]   119/24
fluctuation [1]   130/4
flux [1]   49/25
focus [1]   100/11
focused [1]   117/24
folks [1]   90/14
follow [2]   48/11 126/9
followed [2]   54/22 58/21
following [3]   48/18 55/6

144/24   1/14 2/6
163/13 165/6
food [34]   10/2 10/3 10/11
 10/16 15/25 19/14 19/15
 19/18 19/24 35/4 53/9
 53/21 53/21 54/6 54/14
 58/7 58/12 58/13 58/15
 58/15 65/2 65/8 65/9
 66/11 119/13 119/16
 119/21 120/18 120/20
 120/23 121/22 121/25
 122/2 125/6
foods [1]   121/23
force [7]   45/7 48/4 107/7
 115/7 125/13 158/5 160/19
forces [16]   11/12 11/15
 12/3 16/18 18/11 21/11
 36/11 48/2 48/3 48/5 64/2
 64/12 104/2 105/4 156/16
 159/9
foregoing [1]   167/2
foreign [1]   66/22
forget [1]   98/13
forgive [4]   45/25 63/16
 80/2 113/21
form [1]   84/10
formal [4]   63/10 63/13
 63/17 64/6
formality [1]   54/5
formally [1]   43/17
format [1]   66/6
formation [1]   47/22
forming [1]   31/7
formula [2]   18/22 76/5
formulation [2]   82/24
 83/14
forth [5]   64/19 65/20
 83/4 100/1 100/3
forty [1]   55/25
forward [4]   44/19 85/5
 122/14 122/17
fought [1]   70/16
found [2]   56/18 123/24
Foundation [1]   31/23
four [34]   9/7 25/22 26/3
 26/8 26/10 46/7 54/10
 54/21 54/21 54/22 54/22
 54/24 55/10 55/14 56/23
 76/15 90/14 90/18 91/18
 91/19 93/2 93/10 93/17
 93/18 94/2 96/16 101/6
 113/10 118/4 118/5 139/18
 150/8 150/10 161/19
fourth [1]   151/2
free [5]   35/21 62/10
 89/25 91/13 94/12
friend [1]   148/17
Friendly [1]   97/22
friends [2]   63/1 80/11
frills [2]   85/17 91/8
front [15]   3/6 4/1 12/7
 15/23 16/1 23/13 72/21
 76/14 78/22 122/17 123/11
 136/18 143/8 149/15 150/6
frugal [2]   121/17 122/7
fulfill [1]   157/19
fulfilling [1]   160/12
full [6]   28/2 34/3 34/4
 34/9 54/13 126/10
full-time [1]   126/10

fully [1]   157/15
fun [1]   165/21
function [1]   64/1
functional [6]   117/20
 118/3 118/6 118/14 118/16
 123/12
functions [1]   79/23
fundamental [1]   125/13
funding [8]   61/6 106/14
 106/18 108/2 110/22
 110/23 111/1 123/20
funds [3]   52/24 65/7
 73/24
further [12]   27/15 36/24
 40/6 51/13 86/2 99/16
 109/16 115/25 131/2
 158/16 167/7 167/9
furthermore [1]   123/7

**G**

G-E-N-I-K [1]   45/5
gambling [1]   115/9
game [1]   62/12
games [30]   46/21 48/16
 49/4 49/20 49/25 55/24
 62/12 72/1 72/3 83/16
 83/19 84/10 84/16 84/17
 84/18 86/22 87/18 87/22
 88/3 88/16 88/18 97/16
 97/17 104/25 111/7 113/16
 115/15 115/17 122/23
 153/24
gangways [3]   72/14 72/15
 72/18
garbage [3]   139/19 139/25
 145/4
garbage/sewage/gray/black [1]
 139/19
gateways [1]   82/8
gather [1]   56/12
gave [3]   41/9 69/9 88/14
GCDs [1]   15/3
gear [1]   112/15
general [14]   1/6 2/4 53/6
 53/6 53/7 62/11 65/2 65/6
 88/14 108/16 108/17 117/3
 137/1 137/3
generally [7]   54/20 56/2
 90/7 101/10 104/16 111/14
 113/7
generate [1]   20/8
generation [1]   37/16
GENIK [3]   44/22 45/5
 166/8
get [67]   4/13 4/17 8/13
 10/10 14/19 15/8 15/9
 17/7 22/18 23/5 23/6
 23/11 28/11 28/12 32/6
 43/12 49/8 51/5 55/19
 56/2 56/22 56/23 56/25
 58/8 61/25 62/19 66/6
 76/20 83/21 86/24 88/18
 90/1 90/6 93/6 93/7 93/10
 94/3 94/3 96/8 96/11
 98/24 100/20 102/3 108/12
 112/7 112/23 112/25 113/3
 123/14 126/3 126/11 130/3
 130/5 133/11 134/4 134/5
 142/22 143/15 147/10
 148/24 149/20 150/15
 162/15 164/4 164/14

**G** Case 1:08-cv-02054-RMC

get... [2] 165/16 165/17
gets [4] 27/6 76/14 113/4
116/17
getting [10] 54/10 62/5
63/16 79/5 112/24 121/2
130/14 134/6 134/7 147/23
gift [2] 38/19 91/4
give [15] 15/13 17/4
22/16 28/10 35/19 45/9
46/5 79/8 80/16 110/13
118/22 136/13 137/20
141/19 164/1
given [20] 41/7 41/10
52/16 58/24 70/15 91/8
106/25 111/19 122/17
124/1 124/17 130/3 130/7
133/5 135/9 136/14 149/7
160/8 160/19 160/20
gives [1] 93/14
giving [5] 80/1 80/3
108/6 135/8 141/1
glass [7] 69/16 78/9
78/23 82/1 88/16 88/17
88/17
go [62] 3/6 6/10 9/4 9/16
12/24 13/6 13/7 13/22
14/20 15/16 17/6 23/16
24/5 27/1 37/22 38/11
38/22 46/3 53/12 55/1
55/13 56/23 57/15 58/2
60/11 62/10 62/11 62/21
63/7 65/16 74/5 76/9 79/5
79/11 80/10 80/13 82/6
82/7 84/2 86/18 91/12
91/25 92/10 92/18 95/9
99/17 101/11 101/12
105/11 113/22 114/14
114/14 114/16 123/5
127/10 138/16 141/18
153/21 153/23 154/1
163/24 164/12
goals [1] 105/11
goes [1] 72/21
going [78] 2/18 7/21
11/11 11/17 13/24 16/16
18/5 20/22 20/25 21/3
21/5 21/23 22/12 26/19
26/22 34/16 35/4 39/15
40/9 53/22 60/22 62/25
65/5 70/10 72/2 74/2
74/22 77/16 78/13 78/15
79/9 80/4 80/8 80/17 81/4
81/6 81/17 81/18 81/24
82/23 83/15 84/1 85/19
86/24 89/17 90/25 91/16
94/16 99/19 101/2 102/1
102/13 102/25 108/14
110/1 111/6 112/6 112/23
114/5 114/11 124/14
127/19 127/19 130/14
134/5 136/10 137/18
142/19 144/18 146/2 147/9
149/2 149/4 149/10 150/2
163/15 164/12 165/3
goings [1] 54/9
gone [2] 67/21 71/9
good [25] 2/9 2/10 2/11
2/12 2/13 2/14 3/2 3/3
45/4 66/9 85/24 86/4

86/16 86/17 102/23 116/22
116/23 118/12 120/16
121/9 122/2 156/4 163/21
164/6 165/5
goods [1] 156/18
got [22] 16/1 19/24 24/2
31/2 76/15 94/5 96/15
96/17 97/17 103/23 112/15
113/4 114/16 131/8 133/8
135/14 135/17 139/2 141/5
162/15 162/18 162/20
gotten [2] 65/1 91/10
Government [24] 106/22
107/10 107/13 115/9 119/2
121/18 126/22 130/12
132/10 133/5 134/13
134/19 141/22 142/4
142/12 142/24 143/14
143/21 144/5 150/9 159/8
159/21 160/10 160/25
grain [2] 109/16 109/16
grandson [1] 162/22
grant [1] 22/11
gratuities [3] 6/3 33/9
33/16
gravel [1] 79/15
gray [6] 139/4 139/12
139/19 139/24 140/3 145/5
great [8] 38/19 53/20
59/2 82/22 91/11 162/16
162/20 162/21
Green [8] 1/13 1/14 2/5
41/24 86/12 103/14 166/5
166/9
gross [2] 12/14 15/2
ground [2] 96/15 96/16
grounds [1] 129/25
group [11] 47/11 47/14
56/19 57/24 75/15 75/16
80/24 123/7 123/22 129/17
130/23
guarantee [2] 6/21 33/8
guaranteed [5] 5/14 6/2
6/3 33/9 35/16
guard [1] 111/25
guess [4] 39/18 42/17
57/25 91/12
guessing [1] 109/25
guests [1] 64/10
guidance [1] 118/6
guys [2] 27/25 98/4
gym [1] 158/3

**H**

H-A-L [2] 152/9 152/11
had [108] 5/8 7/3 10/6
16/23 18/16 19/5 19/20
20/4 20/6 29/21 36/4 36/5
36/7 36/13 39/16 39/19
41/10 41/18 46/9 47/2
51/6 51/6 52/10 52/11
52/17 54/2 54/6 54/17
55/22 56/8 57/3 59/8
59/20 59/21 60/9 62/12
62/13 67/1 67/20 68/7
68/7 68/9 70/2 72/3 74/19
75/14 77/12 77/24 78/1
78/19 78/24 80/24 81/8
82/22 83/15 84/8 87/14
90/14 91/7 91/8 92/18
93/17 96/22 97/4 97/5

97/13 98/5 100/11 100/15
100/22 105/1 105/14 108/4
111/4 111/9 118/2 118/4
118/13 118/25 119/11
119/22 121/9 121/11
121/19 121/22 121/24
123/13 124/3 124/11
124/20 125/5 125/7 125/9
125/19 127/15 128/4 129/1
129/8 129/22 129/24
132/21 139/14 154/17
156/19 157/9 159/21 163/8
163/9
hadn't [2] 65/1 91/10
hairdressing [1] 158/4
half [6] 26/2 26/11 55/25
56/7 56/10 141/10
hallway [1] 114/22
HANA [2] 1/18 2/8
hand [3] 29/5 30/10 94/22
handled [1] 99/10
handwriting [1] 95/11
handwritten [1] 95/8
hanging [1] 39/13
happen [3] 78/6 80/5
101/3
happened [4] 36/1 56/7
104/3 121/3
happening [5] 74/11 80/6
80/7 136/2 147/12
happy [6] 4/11 24/15
37/13 162/14 164/9 165/23
harbor [5] 50/5 50/13
122/10 151/23 157/14
hard [2] 70/17 116/10
has [35] 11/3 11/8 14/24
31/21 32/1 33/25 37/4
38/2 40/2 41/20 42/2 43/2
43/15 44/4 67/21 77/4
82/3 108/17 113/17 116/8
116/9 116/10 133/5 135/18
141/22 142/4 142/12
142/22 144/17 144/21
145/22 146/13 155/4
155/10 157/24
hate [2] 76/1 138/10
have [309]
haven't [1] 133/11
having [24] 21/11 59/13
60/6 61/20 64/6 66/23
69/1 70/24 70/25 72/12
75/11 83/19 93/1 105/22
106/19 110/17 124/22
124/25 138/9 138/12
141/15 142/18 160/24
165/3
he [23] 13/18 19/12 41/18
41/19 41/20 41/21 42/16
81/12 87/19 109/23 113/5
115/5 115/7 115/8 115/10
115/14 115/16 115/17
115/18 115/21 163/19
165/6 165/7
head [3] 64/11 64/18 67/2
headed [1] 15/2
headquarter [1] 118/1
headquarters [4] 117/7
117/17 118/17 120/25
health [4] 53/16 58/6
58/6 87/11
hear [4] 44/8 142/2 147/5

| H Case 1:08-cv-02054-RMC | | |
|---|---|---|

**hear...** [1] 154/9
**heard** [9] 14/10 61/16
63/9 66/21 70/7 70/8 72/4
129/13 149/7
**hearing** [3] 143/6 163/20
167/9
**hearsay** [1] 81/22
**heavy** [2] 55/24 57/3
**Heineken** [1] 97/12
**held** [4] 19/5 46/11 49/2
59/19
**Hello** [1] 103/20
**help** [2] 101/19 122/18
**helped** [1] 161/1
**helpful** [6] 9/3 110/9
140/25 141/14 143/5 165/4
**her** [16] 43/25 44/2 60/9
60/12 60/15 61/7 61/24
63/23 85/23 95/22 96/5
96/8 100/5 100/5 113/13
162/16
**here** [31] 14/13 21/8
22/15 22/22 25/3 32/15
41/12 43/8 45/13 65/17
66/15 80/7 121/13 125/2
132/24 134/25 137/11
137/18 138/6 141/4 141/11
141/14 142/18 143/15
145/10 147/22 150/15
158/8 162/22 164/22
164/23
**Here's** [1] 25/7
**herself** [1] 60/3
**Hi** [1] 103/19
**high** [4] 12/1 25/21
102/14 104/24
**higher** [9] 7/10 15/10
15/14 15/19 24/18 39/10
64/9 98/17 152/6
**highest** [3] 15/24 16/9
16/12
**highlighting** [2] 25/4
25/6
**highly** [1] 151/18
**Hilton** [2] 90/3 90/4
**him** [2] 42/18 60/4
**hire** [8] 5/7 6/1 6/6 33/8
33/15 133/21 137/16
160/10
**hired** [3] 75/7 155/13
155/16
**hiring** [3] 118/10 118/13
130/16
**his** [8] 13/20 14/20 32/1
41/18 73/2 113/17 147/11
152/1
**hit** [1] 55/10
**hmm** [3] 18/4 18/7 26/14
**Hold** [1] 158/21
**holes** [1] 119/21
**holiday** [11] 50/24 85/16
85/19 89/2 89/18 89/21
89/25 90/5 90/6 92/6
165/23
**Holland** [30] 3/16 4/12
6/6 10/21 11/3 12/8 12/21
12/25 15/10 16/24 16/24
17/18 17/23 18/3 18/8
25/25 30/6 30/21 30/22

30/23 30/24 41/5 41/14
156/14 157/12 159/24
156/5 156/8 156/11 157/15
**home** [14] 51/16 53/12
56/3 62/25 66/2 66/5
67/16 68/9 69/19 79/12
126/10 162/16 163/24
164/12
**homes** [3] 51/9 101/23
102/15
**honest** [1] 11/5
**Honor** [118] 2/10 2/11
2/12 2/13 2/16 2/21 2/24
5/18 7/7 8/1 8/4 8/17
8/19 9/3 10/15 13/16 14/2
14/15 14/17 14/22 19/3
19/10 21/19 22/6 23/2
23/13 23/19 23/23 24/4
24/9 24/15 24/25 25/3
25/8 26/21 27/16 27/19
27/24 28/9 28/13 28/14
29/3 29/10 30/9 31/2
31/23 34/5 36/22 38/17
40/8 41/16 41/25 43/1
43/5 43/19 44/5 45/4
48/25 50/14 50/17 51/19
52/7 54/24 59/1 72/16
73/7 75/23 77/6 77/21
79/24 81/23 82/2 84/23
86/2 86/10 87/24 88/11
89/14 91/22 93/4 94/6
94/11 94/24 95/7 95/15
98/14 99/21 102/24 103/8
103/15 106/11 107/1 107/6
112/8 113/7 113/13 113/21
114/7 116/4 116/12 116/13
118/9 131/3 134/7 140/21
146/25 153/19 158/19
158/22 160/11 161/14
162/3 163/3 163/7 163/10
165/11 165/21 165/22
**Honor's** [1] 84/25
**HONORABLE** [1] 1/10
**hop** [2] 92/17 114/14
**hope** [2] 110/9 116/8
**hoped** [1] 82/18
**hopefully** [2] 56/24 113/8
**hoping** [3] 61/11 90/10
90/11
**horse** [1] 153/18
**hospitality** [1] 18/20
**hotel** [9] 37/19 37/20
50/25 51/2 89/24 90/2
97/20 98/12 130/17
**hotels** [8] 39/5 50/8
65/20 75/12 101/25 122/15
122/20 122/21
**hour** [23] 37/14 53/12
54/8 54/21 55/25 56/2
56/7 56/10 57/5 57/6
74/17 93/3 93/8 93/9 93/9
93/17 93/18 106/2 111/21
112/7 112/16 112/23 113/3
**hours** [21] 53/12 55/1
55/23 72/4 72/4 72/6 72/6
72/13 79/9 83/24 93/6
93/10 93/17 93/20 94/2
109/22 111/12 111/18
112/19 112/20 113/17
**house** [3] 87/25 97/12
122/10

**housed** [4] 50/4 70/10
104/9 125/16
**housing** [3] 49/5 51/7
70/14
**how** [67] 7/21 7/23 7/25
17/9 29/23 30/5 35/6
37/10 42/23 43/22 49/22
50/4 51/11 53/1 53/21
54/2 54/15 55/12 55/19
56/25 60/12 60/14 60/14
60/15 60/16 60/22 61/25
62/2 63/25 71/12 72/2
75/16 78/12 78/18 80/16
80/22 81/5 81/13 83/18
84/2 88/15 88/16 88/21
89/10 94/19 100/13 104/1
104/4 105/6 105/6 105/17
109/5 115/18 115/21
119/22 119/22 120/1 123/4
124/14 128/8 139/24
144/16 146/19 151/11
151/18 154/17 156/17
**however** [9] 58/10 65/6
66/10 67/17 69/10 84/7
90/24 93/8 112/2
**Hubbard** [1] 1/18
**huge** [3] 52/11 61/10 82/3
**Hughes** [1] 1/18
**huh** [1] 143/17
**hundred** [6] 23/14 65/18
136/14 136/16 137/13
138/11
**hung** [1] 56/18
**husband** [1] 104/18
**hyphenated** [1] 45/17

| I | | |
|---|---|---|

**I'd** [1] 146/17
**I'll** [11] 9/16 22/11
41/22 42/22 66/13 80/12
87/3 89/12 152/2 153/8
159/5
**I'm** [104] 4/11 4/23 5/12
6/13 8/6 10/13 11/13
11/16 11/19 11/22 12/13
13/8 14/18 15/12 22/6
22/9 23/5 23/14 24/18
24/20 27/20 27/20 32/25
34/10 34/16 39/18 43/17
43/18 44/16 45/6 47/4
47/6 47/6 51/24 59/5 63/6
63/16 63/18 66/9 66/18
67/12 71/13 74/2 77/15
79/19 79/20 80/2 81/18
81/23 83/15 85/15 86/24
88/7 88/7 93/5 94/22 99/2
99/25 100/21 102/9 105/1
108/9 109/24 110/1 112/19
117/14 125/10 129/3 129/5
129/5 132/18 133/20
133/22 134/24 136/5 137/1
137/12 137/12 137/18
137/25 138/11 141/14
141/14 141/16 142/2
142/20 143/5 144/17
144/18 146/3 147/2 147/21
147/21 147/22 148/5
149/17 149/22 152/5
154/20 158/2 158/9 162/14
164/9 165/2
**I've** [4] 34/22 35/5 131/8

I've... [1]   162/15
I-N-D-E-X [1]   166/1
idea [4]   61/1 66/24 92/17
  140/3
ideal [2]   82/16 121/18
ideas [3]   57/21 61/18
  99/18
identical [1]   131/18
identification [3]   81/1
  82/25 95/2
identified [1]   9/7
illness [1]   56/16
imagine [1]   108/11
immediate [1]   59/23
immediately [4]   48/16
  48/17 49/25 56/17
impact [1]   38/18
impenetrable [1]   74/2
implement [1]   46/20
implementation [2]   48/9
  115/16
implying [1]   114/9
important [6]   25/13 42/18
  79/17 105/17 105/20
  124/15
impression [1]   64/24
in-house [1]   87/25
inappropriate [1]   113/20
inception [1]   72/1
inch [1]   130/3
incident [1]   51/20
incidental [1]   67/17
incidentals [4]   66/2
  66/20 67/9 125/24
incidents [1]   53/11
inclement [1]   79/15
include [7]   14/7 26/6
  64/13 107/19 107/23
  107/25 108/2
included [21]   5/6 5/8
  5/25 6/23 16/19 48/4 65/8
  92/14 92/15 105/12 107/17
  107/19 131/22 135/25
  137/9 137/9 137/12 138/14
  139/16 139/25 140/4
including [5]   21/20 21/22
  145/3 157/17 161/19
inclusive [2]   137/8 138/3
income [1]   53/18
inconvenience [1]   70/23
increase [1]   106/19
incredibly [1]   164/16
incur [1]   136/3
incurred [10]   110/14
  137/6 140/11 140/17 142/7
  144/24 145/9 146/8 146/9
  146/10
indeed [1]   126/21
indicate [2]   96/7 98/22
indicated [9]   61/5 68/7
  69/4 84/4 85/23 98/2 99/8
  104/24 109/23
indicates [1]   143/25
indicating [1]   159/8
individual [2]   67/14
  125/25
individuals [6]   70/9
  89/23 92/3 126/8 159/18
  160/21

industry [3]   60/14 88/9
  160/12
information [15]   5/2
  20/13 42/12 42/13 83/22
  104/1 115/10 115/14
  115/21 128/19 135/9 140/1
  157/7 159/16 159/22
informed [1]   123/19
initial [3]   60/5 60/21
  69/9
initially [1]   120/21
initiated [1]   73/15
initiative [2]   61/10
  87/20
Inn [9]   50/24 85/16 85/19
  89/2 89/18 89/21 89/25
  90/5 90/6
input [1]   85/5
inquire [1]   96/25
inquired [1]   89/20
inspected [1]   56/13
inspection [1]   107/17
Inspector [1]   46/12
inspire [1]   61/11
installed [1]   118/25
instance [2]   79/25 101/22
instead [1]   22/15
instituted [1]   118/5
instructed [1]   98/17
instructions [1]   80/3
insurance [6]   75/19 76/17
  77/1 132/12 132/15 132/21
insure [2]   50/22 127/3
integrated [11]   45/15
  46/13 46/15 46/25 47/12
  48/7 49/1 49/10 49/11
  52/3 71/22
integration [1]   115/7
intelligence [2]   47/21
  47/24
intended [1]   54/20
intensively [1]   124/12
intent [3]   25/6 50/22
  71/4
intention [1]   39/22
interaction [1]   109/20
interest [3]   73/22 85/18
  97/24
interested [3]   61/4 91/6
  167/10
interesting [1]   159/5
Intergrated [5]   46/11
  46/17 59/19 87/25 95/18
intermix [1]   131/25
international [1]   119/11
internationally [1]
  109/17
internet [13]   20/7 21/17
  21/23 22/2 69/1 69/2 69/5
  69/14 69/18 79/13 89/19
  89/20 90/8
interpret [1]   105/6
interpretation [1]   143/4
interrupt [4]   84/20 94/9
  144/18 147/23
interrupting [3]   63/18
  79/20 88/7
intrinsic [1]   48/5
introduce [1]   45/2
invite [1]   64/10
invoice [10]   126/21

126/24 127/16 132/11
135/18 132/23 133/4
133/18 150/19 150/23
invoices [13]   126/19
  126/23 126/24 127/2 127/2
  127/7 127/14 132/12
  136/17 147/1 150/8 150/10
  150/13
involve [1]   117/16
involved [11]   33/16 53/24
  68/4 85/2 85/3 85/4 96/24
  119/15 123/10 124/10
  160/18
involvement [1]   53/25
IP [1]   64/18
irrefutable [1]   13/18
is [311]
Island [2]   60/9 97/20
ISM [1]   79/2
ISMP [3]   120/13 122/4
  122/5
isn't [9]   13/24 43/23
  99/5 106/21 107/8 114/24
  115/12 158/14 163/19
issue [11]   51/11 52/6
  75/18 77/9 102/2 102/2
  102/6 102/14 102/18 121/1
  149/19
issued [2]   85/3 164/18
issues [9]   53/20 70/7
  82/21 83/13 83/19 87/11
  88/1 100/15 122/19
ISU [60]   9/7 20/10 46/19
  46/24 49/15 49/24 54/17
  57/21 58/13 58/23 59/14
  63/6 64/16 67/21 69/24
  70/9 70/20 73/15 75/1
  75/7 77/18 79/22 80/24
  87/1 87/2 88/6 88/15
  89/19 90/8 91/19 92/14
  93/19 96/1 98/20 101/7
  101/22 102/18 105/17
  106/25 107/2 107/5 107/9
  107/10 108/4 118/5 118/24
  120/7 122/10 122/13 123/6
  124/12 125/19 127/13
  128/4 136/9 136/11 150/9
  159/9 159/13 159/13
it [406]
it's [83]   2/19 3/17 8/17
  9/2 9/3 14/1 14/19 18/21
  19/1 23/13 23/14 27/8
  28/6 30/24 30/25 33/5
  38/21 42/11 42/13 43/8
  43/25 51/23 53/14 55/22
  67/24 68/3 76/5 76/17
  76/21 76/23 76/23 77/1
  80/8 81/13 82/5 82/9 86/4
  88/23 89/24 89/25 91/23
  93/12 93/21 95/7 95/22
  99/10 102/7 107/8 107/13
  109/18 109/21 112/6
  115/10 116/17 122/7 126/5
  126/7 127/2 127/16 129/3
  129/3 131/25 133/20
  139/25 146/20 146/21
  147/16 149/11 149/13
  150/22 151/20 155/9 159/5
  161/23 161/24 162/8
  162/17 162/18 162/18
  163/17 163/21 164/25

Document 99   Filed 02/07/14

| I   Case 1:08-cv-02054-RMC |
| --- |

it's... [1]  164/25
item [1]  10/6
itemized [3]  128/9 131/22
 137/19
items [3]  96/17 137/19
 144/24
its [8]  4/7 12/1 18/8
 18/17 34/1 67/10 75/12
 108/17
itself [3]  90/2 123/16
 152/18

**J**

JACK [2]  1/13 2/5
janitorial [2]  78/12
 146/16
January [13]  26/12 26/15
 26/18 27/3 46/15 84/17
 84/21 92/7 154/3 157/6
 164/15 165/8 167/12
Jason [1]  3/5
Jean [1]  45/4
JESSIE [2]  1/14 2/5
jewelry [1]  91/9
job [11]  85/24 105/23
 113/17 117/2 117/3 117/5
 117/9 117/22 117/23
 117/24 147/1
jobs [1]  105/18
JOHN [2]  1/17 2/7
joined [2]  46/15 117/1
JR [1]  1/14
JUDGE [1]  1/11
July [1]  88/5
jump [1]  114/19
June [10]  49/11 59/19
 60/21 95/8 96/22 98/16
 99/15 99/19 99/24 100/22
jury [1]  13/22
just [71]  2/19 3/15 5/13
 8/15 8/20 12/13 13/25
 19/13 22/6 28/14 29/25
 30/19 30/22 33/3 33/14
 37/9 40/22 41/10 41/20
 42/5 42/10 42/22 43/11
 43/17 49/9 51/9 53/20
 61/19 63/2 64/14 66/21
 66/22 69/19 77/14 77/24
 83/7 84/11 86/18 87/21
 90/7 95/9 100/4 103/22
 104/10 104/14 108/6
 108/20 109/25 111/10
 114/10 117/10 127/7
 127/19 132/17 133/20
 133/22 146/18 148/15
 148/24 149/17 150/16
 152/9 152/18 158/13
 158/23 160/5 162/3 164/5
 164/10 164/25 165/7
Justice [2]  45/12 47/19

**K**

K-A-L-U-Z-A [1]  45/5
K-A-U-L-U-Z-A [1]  45/22
Kaluza [14]  43/16 44/18
 44/22 45/2 45/4 45/19
 45/20 45/21 46/5 86/16
 94/14 95/6 103/19 166/8
KALUZA-GENIK [2]  44/22

166/8
Kananaskis [1]  92/11
keep [6]  22/12 36/9 53/19
 62/23 79/17 165/4
keeping [2]  4/1 104/24
Keith [2]  87/15 115/2
Kelly [19]  59/19 59/22
 60/3 60/20 68/7 80/20
 80/21 81/10 89/6 95/13
 95/16 95/17 95/20 95/24
 96/23 98/19 99/4 99/18
 100/5
kept [2]  40/15 123/19
Kevin [2]  36/20 87/8
key [6]  53/4 54/14 71/22
 75/25 77/9 105/11
kidding [1]  152/1
kind [19]  32/10 39/13
 51/21 53/7 54/5 61/22
 67/16 68/24 69/4 72/9
 81/19 87/12 90/1 90/5
 104/13 105/13 107/21
 110/13 144/17
kinds [2]  57/21 57/23
knew [10]  6/8 19/10 19/12
 19/13 44/21 47/13 54/2
 83/17 132/16 161/24
knock [1]  147/3
know [71]  6/9 8/2 8/21
 11/6 11/7 14/8 19/8 19/9
 19/16 22/9 26/25 28/1
 34/3 35/19 35/21 36/17
 38/23 39/8 39/23 57/11
 59/5 60/16 63/21 63/22
 64/4 67/2 68/11 78/5 83/8
 93/16 94/15 94/18 94/19
 95/11 101/18 110/10
 113/19 122/2 124/1 126/2
 126/7 127/15 130/19
 131/15 131/20 132/1
 132/10 135/10 139/3
 141/12 141/22 142/4
 142/12 142/12 142/24
 146/23 147/23 148/8 151/9
 151/11 151/22 155/4 155/7
 155/10 159/4 161/8 161/23
 164/11 164/16 164/16
 165/2
knowing [1]  108/15
knowledge [11]  54/1 74/13
 75/14 77/10 82/17 88/20
 100/2 107/24 110/7 115/7
 115/18
knowledgeable [2]  74/15
 151/18
known [2]  66/7 97/21
knows [2]  7/23 135/23

**L**

lack [5]  53/22 98/17
 108/2 109/8 109/14
lacked [1]  89/8
Ladwick [1]  161/21
laid [1]  135/6
land [2]  75/16 147/12
LANE [7]  1/17 2/7 44/15
 44/16 44/22 86/11 166/9
large [11]  25/11 62/13
 72/22 74/20 109/6 118/22
 118/24 119/1 119/4 120/5
 124/18

largely [3]  73/18 108/22
 110/6
larger [4]  67/20 117/24
 118/21 120/22
last [12]  3/7 3/12 20/14
 42/6 45/17 55/8 55/15
 55/15 161/19 161/19
 161/25 162/24
late [2]  56/7 99/23
later [13]  41/20 46/20
 47/22 53/12 58/10 69/10
 87/7 88/24 128/23 128/25
 129/1 139/1 165/10
laundry [23]  9/14 9/21
 16/16 16/18 16/25 17/12
 17/13 17/14 17/23 17/25
 18/6 18/13 20/2 38/19
 67/10 67/13 67/16 67/23
 68/9 68/14 68/25 90/11
 158/3
lavish [1]  51/4
law [2]  93/5 93/6
lawyers [1]  163/21
lay [1]  72/2
laying [1]  153/19
lead [2]  107/4 129/18
leading [2]  109/2 117/18
learned [4]  32/19 91/1
 91/1 91/2
learning [2]  81/14 89/11
lease [1]  144/2
leased [1]  51/9
least [2]  32/1 56/2
leave [16]  26/19 49/10
 49/13 56/5 84/2 84/5
 84/15 91/18 91/20 92/2
 92/5 92/6 97/25 112/7
 112/24 113/1
leaving [3]  49/15 81/20
 92/11
left [16]  39/13 40/22
 49/11 58/24 59/8 77/4
 86/19 88/5 88/6 109/8
 109/14 115/2 130/6 130/22
 143/10 156/22
legal [1]  45/18
length [3]  26/1 26/1
 151/10
lengthy [1]  164/18
less [14]  5/18 5/21 5/22
 5/23 6/20 22/10 57/5
 122/1 122/2 123/10 130/17
 132/17 153/4 165/7
lesser [1]  50/24
let [26]  15/23 17/3 58/21
 59/21 84/2 85/25 89/13
 91/1 94/22 98/20 111/10
 111/23 112/22 127/9 129/2
 129/6 134/18 139/1 140/13
 142/23 143/13 143/14
 149/24 150/15 152/23
 159/5
let's [10]  39/24 44/7
 103/3 112/5 123/25 127/8
 136/5 138/18 146/12 153/9
level [21]  50/21 50/22
 79/18 85/10 85/20 89/2
 89/3 89/18 89/21 105/5
 106/12 106/14 106/18
 106/20 107/22 110/21
 121/24 130/17 135/24

level... [2]   136/1 137/2
levels [1]   89/9
life [2]   8/25 154/22
lighting [1]   145/4
like [47]   3/25 5/18 18/15
  19/22 26/2 30/9 35/24
  51/25 53/18 56/16 56/19
  60/16 61/14 64/17 73/5
  82/5 82/23 85/17 85/25
  89/3 91/18 95/13 95/22
  102/25 107/16 108/1 108/1
  109/22 118/24 124/20
  132/14 135/12 136/13
  137/10 137/14 137/16
  142/16 143/3 151/4 151/24
  157/21 160/15 160/23
  162/1 162/10 162/11
  164/21
likely [1]   9/7
limit [1]   126/3
limitation [1]   101/8
limited [8]   54/1 60/4
  70/22 80/9 121/2 122/14
  122/20 124/17
line [26]   4/17 10/6 11/3
  12/16 13/3 13/9 13/12
  13/14 15/2 15/24 16/10
  16/13 20/18 21/14 22/16
  25/13 28/4 94/16 126/25
  139/18 141/5 143/9 146/6
  147/13 154/22 157/9
lines [34]   4/13 5/3 5/6
  6/18 9/12 9/17 10/2 10/3
  10/16 11/8 12/13 12/14
  13/10 15/20 16/4 20/21
  28/5 30/18 33/21 40/15
  40/22 42/4 42/6 42/8 68/5
  70/5 100/10 144/15 149/11
  149/13 154/21 157/7
  157/12 161/25
linked [1]   69/18
liquor [2]   114/2 114/6
list [4]   41/1 145/1 145/2
  146/7
listed [8]   41/5 41/12
  135/14 137/4 144/8 144/11
  145/9 146/16
listing [1]   131/21
lists [1]   131/22
literally [3]   67/6 104/13
  163/6
litigation [1]   104/21
little [10]   42/15 46/17
  47/4 59/16 80/16 82/8
  99/1 122/1 143/4 149/19
live [4]   45/7 52/18 88/9
  88/10
lived [1]   46/1
living [4]   51/12 66/5
  70/25 92/7
LMD [4]   61/7 96/17 100/24
  101/17
loaded [1]   75/12
loading [1]   73/4
local [2]   67/21 74/13
locally [1]   69/15
located [1]   98/9
locations [1]   77/11
lodged [1]   69/14

logistic [1]   124/21
logistics [2]   49/2
long [10]   41/8 46/2 54/15
  55/19 56/25 70/17 88/15
  91/15 111/12 120/1
longer [4]   26/4 39/2 57/4
  101/18
look [26]   3/4 4/2 4/3 4/3
  28/25 29/6 32/12 42/16
  64/7 64/8 68/19 82/5 83/9
  94/21 126/24 127/2 135/9
  138/12 139/17 142/16
  142/16 142/19 143/15
  144/5 150/15 165/12
looked [8]   33/5 33/10
  36/1 39/7 80/25 86/7
  102/25 164/23
looking [24]   2/14 8/21
  8/24 32/3 35/4 36/6 37/17
  50/20 54/5 68/19 78/17
  86/8 120/22 122/20 122/20
  123/1 124/13 124/13
  125/10 129/20 135/7 135/7
  137/18 149/17
looks [2]   3/25 95/13
lot [21]   14/3 15/16 28/8
  35/24 42/13 57/4 57/11
  79/16 102/4 102/12 104/18
  109/17 120/13 121/9
  121/15 121/19 121/20
  122/21 125/4 162/24
  162/24
lots [1]   54/7
louder [1]   47/5
lounges [1]   9/11
love [1]   156/3
loved [2]   46/1 164/22
low [3]   34/22 35/6 121/3
lower [8]   17/14 38/12
  38/16 39/9 61/8 92/13
  97/7 122/3
LP [2]   1/3 2/3
lucky [1]   8/6
Ludwig [1]   43/13
Ludwig's [1]   43/6
lunch [7]   57/9 57/18
  57/22 58/25 65/25 66/16
  103/3 114/6 125/7
Luncheon [1]   103/10
lunches [3]   10/4 10/5
  10/10
luxurious [2]   52/21 54/3

M

M-E-I-K-L-E [2]   59/23
  95/18
ma'am [13]   44/19 44/23
  45/16 46/3 47/8 63/18
  109/4 138/18 143/13
  153/12 155/2 157/11
  163/14
machine [2]   1/24 81/7
made [27]   5/13 11/23
  21/14 27/10 28/12 37/13
  37/15 40/4 58/3 58/8
  64/15 67/6 73/15 77/18
  77/1 77/3 77/13 77/18
  78/3 92/1 104/14 106/5
  125/7 134/2 139/4 143/1
  153/10
magical [1]   32/10

magnitude [1]   65/5
mail [3]   69/19 100/2
  100/6
main [5]   60/18 60/18
  62/20 121/14 121/14
  92/13 97/7 119/17
Mainly [1]   119/17
maintain [8]   35/18 36/10
  52/21 53/3 73/3 74/10
  79/18 105/5
Majesty [2]   43/25 44/2
major [8]   84/13 109/1
  117/17 120/10 120/11
  125/4 125/11 160/15
majority [1]   50/9
Majors [2]   56/13 79/5
make [35]   24/2 24/13 32/7
  32/15 37/4 39/18 40/1
  42/8 47/6 52/23 53/13
  53/18 56/13 56/15 71/5
  74/22 75/8 76/3 77/12
  79/12 85/24 95/10 97/2
  100/19 102/2 106/5 111/12
  113/19 114/11 122/1 129/6
  147/2 152/23 158/1 162/10
makes [2]   26/25 104/18
making [3]   39/24 52/8
  137/25
man [2]   83/24 163/19
manage [5]   37/23 39/15
  40/5 49/3 81/5
managed [2]   37/17 39/16
management [1]   1/3 2/3
  51/11 52/5 64/12 67/1
  67/8 81/15
manager [1]   52/4
managers [1]   64/17
managing [1]   102/5
manner [1]   81/19
many [26]   18/19 31/14
  36/2 43/22 49/22 50/4
  51/8 62/23 64/2 65/20
  70/2 70/17 76/7 76/8
  77/23 79/14 83/18 84/2
  91/2 96/4 104/17 105/3
  119/22 119/22 154/17
  156/17
March [9]   26/17 26/18
  26/19 26/23 27/3 49/14
  86/21 154/3 157/6
margin [1]   22/5
mark [6]   18/16 18/20 20/4
  22/1 22/3 22/7
marked [8]   8/18 24/11
  24/19 95/2 166/15
market [4]   18/23 22/1
  37/23 120/16
marketed [2]   39/19 115/18
marketing [1]   40/3
marking [1]   94/22
marks [1]   24/3
mass [2]   74/19 83/4
Master [1]   80/1
match [2]   71/20 74/17
materials [2]   35/7 38/18
math [1]   66/9
matter [9]   37/5 66/14
  76/15 99/8 100/7 124/2
  130/20 157/22 167/6
matters [4]   118/7 124/2

M   Case 1:08-cv-02054-RMC

**matters... [2]**   141/15
 145/9
**maximize [3]**   37/8 37/17
 120/15
**maximum [3]**   55/25 93/14
 130/15
**may [35]**   3/12 12/10 24/4
 37/13 37/15 42/23 45/7
 51/17 51/18 55/24 57/4
 62/24 67/1 72/16 74/20
 91/22 94/24 104/6 105/8
 106/3 111/24 112/1 112/1
 113/12 122/18 123/13
 125/1 137/12 140/6 148/24
 149/16 149/25 150/3 158/8
 161/1
**maybe [6]**   5/15 64/7 79/12
 143/7 154/12 163/23
**me [94]**   3/15 3/25 5/10
 8/2 10/13 14/13 15/23
 16/1 16/3 17/3 22/17
 23/10 23/12 23/19 27/21
 27/25 29/3 31/9 33/3
 35/24 36/3 38/9 41/9
 41/10 45/25 48/13 58/5
 58/21 61/2 61/24 63/16
 66/16 66/17 67/1 67/14
 69/4 69/9 69/10 72/9 80/2
 85/25 89/13 91/1 94/22
 95/22 96/8 96/11 97/18
 98/20 98/24 100/6 110/12
 111/10 111/23 112/22
 113/21 123/22 128/2
 128/18 129/3 129/6 130/2
 130/5 134/2 134/18 134/24
 134/25 135/8 136/1 136/15
 136/20 138/6 138/7 139/25
 140/13 141/3 142/16
 142/23 143/13 143/15
 146/18 147/6 148/5 149/10
 149/15 149/24 150/15
 152/10 152/23 157/19
 158/8 161/18 165/5 167/4
**meal [3]**   54/13 66/17
 121/2
**meals [6]**   19/18 60/16
 66/4 66/8 66/13 125/23
**mean [27]**   13/25 14/19
 19/15 28/1 31/21 34/3
 35/1 35/1 35/13 42/11
 42/15 71/14 72/10 72/14
 77/4 79/25 83/6 106/24
 119/10 140/14 146/12
 147/7 148/3 155/9 163/2
 164/21 165/1
**meaning [1]**   102/11
**means [3]**   56/7 112/6
 112/9
**meant [5]**   17/12 17/13
 45/22 97/19 129/10
**mechanism [1]**   72/22
**media [1]**   130/19
**meet [5]**   79/6 80/11 80/12
 157/10 165/20
**meeting [16]**   58/1 59/18
 59/22 60/5 60/8 60/20
 60/21 60/21 65/15 66/15
 95/13 96/20 98/16 99/19
 101/1 129/16

**meetings [5]**   59/13 59/17
 59/25 60/8 125/19
**meets [1]**   145/1
**Meikle [10]**   59/22 60/20
 68/7 80/21 81/11 95/17
 95/20 95/24 99/4 100/5
**member [11]**   11/21 45/6
 45/14 49/19 58/23 87/10
 87/12 93/19 95/24 115/6
 125/25
**members [32]**   21/11 47/2
 51/12 52/2 52/3 52/22
 54/10 59/3 64/9 68/24
 69/19 71/24 79/8 93/13
 105/10 105/17 120/10
 121/3 121/12 121/15
 121/16 122/6 122/10
 122/13 122/19 125/7
 125/16 125/18 126/5
 130/18 158/4 159/15
**membership [2]**   52/12
 52/15
**memory [5]**   99/11 109/25
 135/5 137/18 138/7
**mention [2]**   48/3 68/11
**mentioned [15]**   47/11 48/1
 53/21 66/21 66/24 75/18
 78/4 97/5 101/20 113/13
 118/21 132/25 141/20
 157/15 160/16
**mentioning [1]**   97/23
**menu [1]**   122/1
**menus [1]**   54/4
**Mercer [6]**   43/16 64/17
 104/20 104/23 104/24
 105/2
**mere [5]**   141/24 143/1
 143/3 143/5 146/11
**merely [1]**   142/6
**meshing [1]**   107/20
**mess [1]**   64/4
**met [4]**   57/25 59/18 80/19
 96/22
**metro [3]**   61/8 68/1 97/11
**mic [2]**   43/11 43/12
**Michael [1]**   59/23
**middle [4]**   21/3 26/11
 74/18 128/11
**midnight [2]**   54/3 73/11
**midterm [1]**   146/14
**midway [1]**   96/15
**might [35]**   6/9 38/16
 38/19 39/9 49/20 53/11
 54/25 55/13 56/3 61/6
 63/22 64/4 64/6 64/12
 65/6 66/3 73/21 74/21
 80/11 82/5 82/17 90/3
 96/25 97/1 104/8 104/9
 104/14 104/16 109/18
 111/23 113/13 113/14
 143/5 147/11 164/1
**Mike [1]**   80/21
**milestone [1]**   133/13
**milestones [1]**   133/14
**military [2]**   48/4 64/3
**milk [1]**   119/14
**million [6]**   23/14 51/8
 101/23 102/14 141/10
 145/18
**millions [1]**   73/21
**mind [3]**   48/14 62/23

**89/12**
**minimum [3]**   11/14 11/20
 119/24
**minute [1]**   43/22
**minutes [4]**   36/2 41/10
 55/25 56/10
**mirror [1]**   141/25
**miss [1]**   55/23
**missed [1]**   115/1
**misses [1]**   162/16
**mission [2]**   67/6 159/19
**misspoke [1]**   135/17
**mitigate [1]**   71/5
**modified [1]**   72/3
**moment [1]**   109/25
**money [20]**   33/14 40/23
 61/15 64/25 66/18 80/9
 106/24 107/13 107/16
 107/17 111/2 129/19 130/9
 130/11 130/12 133/8
 133/11 134/5 134/6 134/7
**month [1]**   164/4
**months [1]**   46/7
**mooring [1]**   73/25
**morale [16]**   35/18 36/10
 52/2 52/5 52/7 52/22 53/3
 53/4 53/19 87/12 104/24
 105/5 105/7 105/10 105/14
 105/14
**more [56]**   5/18 5/21 5/22
 5/23 6/8 6/20 13/25 19/8
 22/10 26/3 32/7 37/1 39/1
 42/12 51/1 60/19 61/1
 66/20 83/25 90/1 99/14
 100/9 100/10 102/2 102/2
 103/21 103/22 104/18
 115/10 115/14 115/22
 117/24 121/2 121/20
 130/17 132/14 132/25
 133/3 135/22 135/23
 137/20 138/25 142/2
 142/16 142/21 143/5 147/5
 149/18 152/23 154/7
 154/12 154/14 156/5 160/9
 163/23 165/5
**Morin [12]**   99/4 116/13
 116/15 116/16 116/22
 116/25 131/8 146/13
 148/12 150/6 153/23
 166/11
**morning [17]**   2/9 2/10
 2/11 2/12 2/13 2/18 3/2
 3/3 44/9 45/4 54/11 54/12
 55/9 55/23 76/16 88/16
 88/21
**most [5]**   67/17 74/14
 129/2 160/20 163/1
**mostly [2]**   60/2 119/15
**mountains [1]**   50/15
**Mounted [5]**   3/17 4/8
 11/17 11/21 45/6
**move [4]**   41/16 143/10
 153/8 153/20
**moved [1]**   77/10
**moving [1]**   62/14
**Mr [15]**   12/7 16/16 20/13
 28/10 30/10 35/9 72/23
 86/12 127/21 165/6 166/5
 166/5 166/9 166/12 166/12
**Mr. [53]**   2/20 2/23 3/2
 3/4 3/13 4/12 7/21 8/8

**M**

Mr.... [45]  8/25 10/3
 11/24 12/25 14/24 17/16
 20/7 22/7 22/14 23/8
 24/17 25/12 27/11 27/14
 28/21 34/18 35/8 36/24
 37/4 40/9 40/13 40/25
 41/6 41/17 41/24 42/2
 42/15 44/13 44/13 69/17
 72/19 78/15 87/17 98/19
 103/14 104/23 104/24
 109/3 109/12 112/14
 146/17 147/21 148/5 148/8
 163/13
Mr. Christensen [3]  44/13
 147/21 148/5
Mr. Fontenot [1]  163/13
Mr. Green [2]  41/24
 103/14
Mr. Kelly [1]  98/19
Mr. Mercer [2]  104/23
 104/24
Mr. Ramsdem [1]  87/17
Mr. Snitzer [25]  3/2 3/4
 3/13 4/12 7/21 8/8 10/3
 11/24 12/25 14/24 17/16
 20/7 22/7 22/14 23/8
 24/17 25/12 27/11 27/14
 28/21 36/24 37/4 40/13
 40/25 41/6
Mr. Snitzer's [3]  8/25
 41/17 42/15
Mr. Stan [1]  69/17
Mr. Townsend [7]  2/20
 2/23 34/18 35/8 40/9 42/2
 44/13
Mr. Townsend's [1]  112/14
Mr. Webber [6]  72/19
 78/15 109/3 109/12 146/17
 148/8
Ms [3]  46/5 164/4 166/9
Ms. [25]  13/7 35/9 44/15
 44/16 44/24 45/2 45/21
 69/2 85/20 86/11 86/16
 94/14 95/6 103/19 116/15
 116/22 131/8 146/13
 148/12 150/6 153/10
 153/23 161/20 163/25
 164/14
Ms. Colleen [1]  161/20
Ms. Derby [1]  35/9
Ms. Derby's [1]  13/7
Ms. Edwards [2]  69/2
 85/20
Ms. Kaluza [6]  45/2 45/21
 86/16 94/14 95/6 103/19
Ms. Lane [4]  44/15 44/16
 44/24 86/11
Ms. Morin [7]  116/15
 116/22 131/8 146/13
 148/12 150/6 153/23
Ms. Pilgrim [3]  153/10
 163/25 164/14
much [32]  7/25 23/18
 27/17 42/12 42/25 43/2
 43/12 43/20 55/12 71/17
 83/5 83/25 90/6 103/4
 116/1 116/5 123/9 124/10
 125/15 128/23 128/25
 129/1 130/21 130/25
 139/24 143/21 160/6
 161/14 165/15 163/21
 164/25 165/19
multi [3]  51/8 101/23
 102/14
multi-million [3]  51/8
 101/23 102/14
multiple [3]  73/21 83/9
 109/15
multiply [3]  22/21 23/7
 23/10
multiplying [2]  23/22
 23/24
multitude [1]  121/10
musical [2]  97/9 100/24
must [1]  152/1
muster [3]  56/12 79/4
 112/9
mustering [2]  79/25
 112/24
my [119]  3/7 5/5 5/24
 6/22 7/1 8/12 11/25 16/19
 17/3 17/12 17/16 18/12
 22/7 22/14 22/16 25/4
 25/25 31/17 32/3 32/12
 32/16 32/17 35/17 36/14
 37/24 38/21 42/24 44/21
 45/4 45/18 46/10 49/1
 49/3 49/24 54/1 59/23
 60/3 60/13 64/15 64/21
 65/1 65/8 67/12 67/13
 67/13 67/15 68/11 69/12
 71/7 71/8 71/8 75/14
 80/19 81/20 81/22 82/17
 83/8 86/24 87/14 87/15
 90/24 91/14 93/19 95/7
 95/8 96/24 98/20 98/22
 99/1 99/13 99/21 100/2
 100/11 100/20 103/21
 107/24 109/18 110/17
 115/7 116/6 116/25 117/3
 117/18 117/24 118/5
 118/16 120/12 120/12
 122/4 123/4 123/10 124/9
 127/3 128/19 128/25 129/6
 136/24 137/18 138/9
 138/12 140/12 140/24
 140/24 141/18 142/19
 142/20 142/23 143/8 147/1
 152/13 154/18 155/20
 157/11 160/3 160/19
 160/19 162/8 163/21 167/3
myself [8]  34/14 51/22
 52/4 56/22 59/22 81/10
 95/19 137/25

**N**

naive [1]  100/11
name [8]  45/4 45/17 45/17
 45/18 107/21 115/1 116/24
 116/25
national [5]  106/9 106/20
 108/13 110/15 137/2
natural [1]  158/7
navigate [1]  88/15
Navy [1]  48/4
NC [1]  1/15
nearly [2]  134/20 152/6
necessarily [7]  34/3
 89/20 106/23 113/14 127/8
 135/25 137/15
necessary [13]  51/15
 51/16 51/18 52/18 58/13
 60/16 64/23 70/18 76/9
 76/17 100/4 162/13 163/11
necessitated [3]  42/6
 83/3 119/13
necessity [2]  68/8 70/11
need [32]  13/21 14/20
 17/6 37/9 38/19 65/18
 66/3 74/20 74/21 77/1
 77/2 79/12 83/12 96/8
 96/9 98/23 114/21 124/13
 124/14 125/13 126/13
 129/20 130/3 132/14
 136/19 147/5 155/9 155/14
 157/16 158/11 160/8
 164/19
needed [15]  28/7 49/21
 54/6 64/20 73/3 76/3
 76/20 77/3 83/18 105/4
 115/15 123/13 125/12
 133/18 155/15
needing [1]  85/22
needs [7]  83/10 130/13
 130/23 130/25 155/14
 160/13 164/4
negotiate [3]  98/23
 130/24 160/4
negotiated [4]  17/17
 68/10 161/3 161/6
negotiating [2]  80/22
 130/14
negotiation [1]  96/25
negotiations [2]  77/15
 160/22
neighborhood [1]  73/20
neither [2]  162/11 167/7
net [2]  12/19 13/3
network [1]  69/21
never [11]  34/22 35/1
 48/14 84/7 89/12 98/5
 130/3 134/4 134/9 134/10
 139/14
new [8]  2/19 9/2 32/17
 47/17 63/1 130/2 155/22
 155/23
newly [1]  42/8
next [4]  55/5 55/17
 111/11 128/12
nice [2]  43/24 165/20
night [12]  55/6 55/11
 55/16 56/18 58/16 63/25
 64/7 71/3 71/7 71/7 71/21
 74/18
nights [1]  55/7
nine [1]  123/25
no [110]  1/4 6/20 11/23
 13/22 20/20 21/10 21/14
 22/6 24/25 26/6 26/7
 27/10 27/15 29/1 33/15
 34/22 35/3 40/5 40/6
 41/18 41/20 44/17 46/25
 50/14 50/24 51/1 52/9
 57/10 57/11 57/20 60/19
 63/5 63/8 63/19 64/14
 66/14 67/5 71/16 72/8
 75/4 75/14 78/21 79/21
 79/21 82/2 84/11 84/15
 85/12 85/16 86/2 86/23
 88/4 91/8 91/8 95/17
 95/22 99/19 101/2 101/4

**N** Case 1:08-cv-02054-RMC

no... [51] 101/10 101/11
101/18 104/3 104/22
110/10 112/3 112/17
112/17 116/4 117/6 118/18
127/11 129/14 131/2
131/14 132/14 132/17
132/21 132/23 133/7
133/19 133/22 133/22
140/3 145/23 145/23 146/3
146/9 146/23 148/3 152/9
152/20 153/25 154/2 154/5
155/3 155/7 155/9 157/21
157/22 157/23 158/10
158/16 158/19 161/10
162/3 162/7 165/5 166/17
166/19
non [4] 52/21 79/6 104/7
113/25
non-commission [1] 104/7
non-commissioned [1] 79/6
non-luxurious [1] 52/21
non-starter [1] 113/25
none [6] 85/15 85/17 91/9
99/18 110/13 148/24
nonsense [3] 147/18
147/18 147/19
norm [1] 81/14
normal [5] 35/24 61/2
76/12 82/9 84/1
normally [6] 51/24 61/3
61/23 69/13 100/3 109/21
Normande [5] 99/3 116/13
116/16 116/25 166/11
North [1] 27/3
not [214]
notebooks [1] 95/8
noted [1] 127/7
notes [5] 42/24 95/8
95/10 99/25 167/4
nothing [5] 74/22 85/25
148/4 157/7 158/6
notice [1] 125/11
noticed [2] 35/11 36/2
Nova [2] 83/2 98/4
November [3] 1/5 43/14
164/3
now [28] 9/6 10/19 11/2
14/9 16/23 18/16 19/9
21/23 29/25 44/11 54/24
67/9 94/5 94/19 99/10
122/25 138/6 140/10
140/23 141/16 147/14
150/13 151/22 153/20
158/21 162/8 163/22 165/6
number [57] 3/8 3/15 3/19
3/23 4/6 4/12 4/12 4/16
4/16 6/4 6/5 6/19 6/19
15/10 19/22 22/21 22/25
23/1 23/2 23/7 23/12 24/6
24/11 28/15 29/20 30/10
30/13 32/11 32/21 32/25
33/5 33/17 34/17 36/15
39/10 42/5 49/21 52/25
54/19 54/20 67/25 69/9
82/20 83/12 95/2 122/15
124/17 124/18 141/17
142/17 143/15 143/18
143/19 144/22 147/3 147/8
156/19

numbered [2] 164/24 165/5
numbers [50] 6/4 13/19 14
22/14 22/15 22/18 22/23
29/12 34/22 34/23 34/24
34/24 35/5 35/8 38/13
49/24 70/20 83/14 134/18
135/6 141/16 142/8 142/25
144/7 144/11 145/12 146/3
147/18 148/3 162/24 163/5
nutritious [1] 54/7
NW [1] 1/22

**O**

o'clock [3] 44/7 54/11
165/24
object [1] 163/12
Objection [1] 31/23
obligation [3] 157/20
157/21 157/22
OBR [16] 3/24 14/7 24/21
30/4 31/9 31/11 31/15
33/15 33/19 34/19 35/10
37/5 37/23 39/15 39/19
115/22
obtain [2] 20/13 58/14
obvious [1] 14/13
obviously [3] 42/9 103/23
108/10
occupation [1] 79/1
occupying [1] 158/5
occur [2] 53/11 53/13
occurred [7] 36/7 51/20
74/3 84/8 84/10 115/11
144/2
occurrences [1] 88/20
occurring [2] 57/21 100/8
OCP [1] 112/18
odd [3] 104/6 104/16
152/25
off [59] 49/9 49/17 54/21
54/23 55/9 55/10 55/14
55/15 58/3 58/7 60/7
60/24 62/4 62/10 62/11
62/21 62/25 67/24 68/24
71/1 71/9 71/9 71/13
71/14 71/16 74/21 79/3
79/9 79/9 80/8 80/11 84/6
84/12 87/6 87/8 90/14
90/15 90/21 91/5 91/14
91/18 91/18 92/10 94/3
100/24 101/2 101/5 101/6
101/9 102/8 102/19 106/1
113/9 113/10 113/14
114/18 151/3 153/8 163/5
offer [6] 24/9 43/9 43/14
43/17 99/14 157/6
offered [3] 17/14 121/10
150/7
offering [1] 121/24
office [9] 52/6 60/10
78/24 81/8 117/19 127/13
128/4 129/22 130/12
officer [5] 46/12 95/17
95/25 96/1 124/11
officers [9] 52/12 70/2
70/24 70/25 79/6 80/21
104/7 113/23 124/21
offices [2] 67/18 118/11
official [1] 1/21
offset [1] 6/16
offsetting [1] 39/8

often [5] 21/13 64/5
65/23 68/9 81/7
oh [11] 23/15 29/1 31/25
44/16 44/16 59/6 93/16
100/12 115/24 146/17
154/14
okay [91] 4/5 5/22 8/14
12/19 13/8 15/12 15/12
17/9 19/11 20/4 23/20
25/9 28/7 28/12 29/24
30/2 30/19 30/19 32/21
33/5 33/19 34/13 36/9
39/11 40/1 42/1 42/20
46/1 57/13 57/16 59/10
63/16 71/18 71/18 75/24
84/24 86/5 88/2 88/7
89/15 92/22 93/11 93/22
96/10 97/9 100/12 100/13
100/19 101/6 101/11 102/6
102/10 102/18 102/22
102/25 103/6 105/17
105/21 106/4 106/18
110/23 111/10 111/16
113/16 126/5 128/24
129/10 133/16 135/14
138/2 138/4 141/17 142/15
146/1 146/12 146/23 147/5
149/2 149/9 151/15 151/20
152/1 153/13 157/19 160/2
160/13 161/24 162/5 162/9
164/24 165/14
old [1] 63/16
older [1] 12/4
olympic [6] 46/21 63/2
70/12 78/25 86/22 153/24
olympics [34] 3/18 4/9
4/14 28/18 31/1 40/14
46/22 48/10 48/11 48/14
49/12 50/23 52/17 76/9
83/10 84/22 92/8 109/7
115/2 115/12 129/8 131/11
131/16 131/17 131/19
132/16 132/20 134/14
134/21 135/2 135/8 154/1
156/1 160/15
once [12] 74/3 74/6 74/25
77/12 91/1 91/1 91/2
100/14 107/20 112/15
123/15 123/15
one [73] 4/3 6/13 6/19
10/4 10/4 17/21 20/14
22/10 28/4 37/1 37/15
39/13 42/3 42/4 48/1
52/11 53/20 54/2 56/13
61/6 62/19 64/6 71/6 81/4
82/21 83/7 95/11 98/12
105/10 108/19 112/3
120/11 120/22 120/25
121/24 124/4 126/10
127/15 132/10 132/25
133/3 133/4 133/23 135/1
136/6 138/3 138/4 138/13
139/17 141/3 142/2 144/17
146/17 146/18 147/17
148/25 149/24 150/1 150/1
152/5 152/10 155/22 156/7
159/1 159/1 159/2 159/4
160/16 160/20 161/18
161/19 163/15 165/9
ones [4] 131/24 149/16
155/19 155/23

**O**  Case 1:08-cv-02054-RMC

ongoing [1]   124/3
only [13]   3/20 21/23
   46/23 60/4 71/17 72/12
   77/22 93/19 109/22 111/3
   132/18 132/22 133/4
onslaught [1]   81/5
ooo [2]   103/11 165/25
Oosterdam [1]   3/21
open [11]   12/7 16/1 40/17
   40/18 40/19 57/4 90/22
   91/12 114/3 114/23 115/21
operate [1]   109/21
operated [3]   34/7 60/13
   120/24
operation [6]   9/7 35/24
   49/17 74/13 100/18 160/22
operational [3]   65/15
   70/15 109/7
operations [2]   85/7
   117/16
opinion [10]   6/22 7/2
   31/24 32/18 33/19 35/18
   36/14 38/4 164/18 164/21
opinions [2]   31/7 38/2
opportunities [1]   115/22
opportunity [5]   6/15
   35/19 53/17 124/6 124/8
optics [4]   51/11 51/22
   101/21 102/13
options [2]   50/20 98/1
oral [2]   165/13 165/14
orally [3]   13/23 141/23
   142/5
order [1]   141/18
organization [7]   46/23
   47/21 48/6 58/13 65/13
   71/25 121/13
organizations [1]   48/1
organize [1]   79/8
organized [1]   83/21
organizing [2]   58/11
   58/18
original [5]   128/8 128/11
   128/13 142/10 142/11
originally [11]   40/25
   49/17 57/20 59/1 62/24
   80/7 82/17 110/3 110/18
   141/9 141/12
other [44]   6/20 22/11
   34/24 47/10 47/11 47/16
   47/22 49/18 52/3 52/10
   60/12 66/20 67/9 68/15
   68/17 70/7 71/2 71/6
   72/11 73/12 73/17 76/23
   77/19 78/1 82/7 82/8 88/5
   101/7 101/7 101/8 101/25
   102/7 104/23 120/11 122/5
   124/2 124/2 126/5 136/2
   136/2 149/24 150/1 150/1
   161/16
others [1]   105/3
otherwise [2]   80/4 167/10
Ottawa [3]   117/1 161/4
   161/6
Otto [1]   99/10
our [60]   2/17 14/12 43/16
   45/14 50/22 51/13 51/11
   53/14 54/4 54/9 60/10
   62/12 65/13 65/17 67/17
   67/18 68/9 69/19 71/25
   74/5 74/8 74/15 74/17
   75/14 75/16 76/1 76/7
   76/19 76/20 78/3 79/1
   79/1 79/14 81/7 81/15
   81/18 85/24 87/12 90/24
   90/25 102/5 105/10 108/4
   110/2 113/25 113/25
   117/19 120/17 122/19
   122/19 123/22 125/13
   128/4 129/21 133/12
   133/15 154/21 157/10
   160/11 160/13
out [37]   17/10 19/14
   21/16 51/10 51/24 56/19
   59/3 62/20 65/19 67/13
   67/17 69/10 72/2 74/19
   76/9 76/21 78/4 96/3
   102/2 103/21 112/9 124/14
   126/3 130/14 133/23 135/6
   136/3 144/18 145/18
   147/19 147/24 148/4
   148/16 149/16 164/13
   164/19 164/22
outcome [1]   167/10
outset [1]   122/11
outside [7]   35/5 79/14
   80/7 92/2 114/19 120/6
   122/22
oval [3]   55/20 57/5 57/8
over [30]   4/2 36/1 42/17
   42/17 52/10 56/18 58/2
   72/21 78/1 78/2 78/25
   86/7 101/24 115/1 118/4
   118/14 119/8 120/2 121/6
   129/17 130/5 138/10
   140/13 154/15 154/21
   155/13 160/24 162/24
   164/7 164/9
overall [11]   117/14
   117/25 118/16 121/18
   125/10 130/9 132/6 132/7
   137/14 138/3 160/11
overdoing [1]   163/23
overestimated [1]   149/3
overlap [1]   71/14
overlook [1]   25/4
oversaw [2]   96/2 115/17
oversee [2]   49/3 118/6
oversight [1]   127/3
overtime [8]   53/18 93/1
   93/6 93/8 93/10 93/19
   93/22 94/3
overwhelmingly [1]   12/2
owe [1]   18/3
own [14]   19/15 19/18
   21/11 62/12 74/17 75/14
   78/3 95/7 102/19 105/11
   108/4 108/17 110/2 156/23
owned [2]   156/10 156/11
owner [3]   144/24 144/25
   145/8
owners [1]   77/24
owns [2]   147/9 155/24

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
   2/1
P.C [1]   1/14
p.m [8]   55/1 55/6 56/25
   103/10 103/12 153/15
Pacific [1]   27/3
packages [2]   125/7 138/2
page [17]   3/7 3/8 3/10
   4/1 4/3 12/10 12/12 12/24
   13/7 13/8 13/12 96/15
   97/14 143/10 144/22
   150/11 163/6
pages [5]   20/14 165/4
   165/5 165/6 167/3
paid [13]   16/18 32/19
   51/13 51/13 65/3 112/18
   132/13 133/11 133/18
   136/11 137/24 138/1
   152/21
paired [1]   104/13
paper [1]   162/13
papers [1]   15/23
para [5]   48/10 48/14 64/3
   84/22 92/8
Paragraph [1]   144/23
paragraphs [2]   164/24
   165/5
parcel [3]   131/23 138/4
   138/13
Pardon [1]   136/22
Parliament [2]   98/9 98/13
part [31]   25/11 32/16
   46/23 48/5 54/19 62/17
   64/21 77/25 89/17 105/22
   107/2 108/20 110/2 112/16
   115/7 122/7 122/11 123/9
   127/2 131/22 131/23 136/7
   138/13 138/14 146/24
   147/13 149/11 150/13
   159/12 161/17 162/1
participate [3]   90/17
   122/22 123/4
participated [4]   122/5
   123/4 123/5 123/7
particular [10]   11/25
   32/5 60/20 88/25 109/5
   110/5 122/4 124/9 155/4
   160/14
particularly [1]   143/1
parties [5]   41/4 41/14
   41/17 63/10 167/8
partner [1]   71/8
parts [1]   55/5
party [7]   30/17 31/12
   31/14 31/15 31/18 126/20
   144/20
pass [10]   23/1 121/12
   121/14 131/24 138/14
   139/4 139/8 139/10 145/20
   147/16
passed [3]   128/18 138/4
   145/13
passenger [15]   4/17 5/16
   7/4 17/5 23/2 23/6 27/21
   38/3 140/14 140/19 140/20
   141/6 145/3 147/14 152/5
passengers [3]   17/1 17/25
   22/25
past [1]   105/15
pay [16]   16/20 17/23 18/5
   21/16 67/24 76/14 91/16
   106/19 121/19 129/15
   133/12 133/13 133/16
   139/15 150/9 150/17
paying [4]   19/15 102/14

P    Case 1:08-cv-02054-RMC

paying... [2]    121/21
 132/17
PCDs [6]    4/16 28/4 28/4
 28/15 29/10 29/11
peaceful [1]    71/10
people [79]    5/20 8/2 12/1
 12/2 19/6 25/21 26/3
 35/20 36/4 37/9 37/17
 38/20 38/21 39/1 49/21
 49/22 50/2 50/6 51/10
 54/12 56/4 56/7 56/15
 58/2 61/11 62/14 62/15
 62/18 62/19 62/23 62/25
 64/17 64/18 71/20 71/24
 72/12 72/14 73/20 74/12
 74/14 74/20 74/22 75/7
 76/20 76/22 79/4 79/14
 80/10 80/16 81/17 82/7
 82/20 82/22 83/1 83/3
 83/4 83/12 83/18 83/24
 84/1 85/24 87/21 89/22
 91/5 101/13 102/7 103/24
 110/2 110/5 114/4 117/19
 118/11 122/22 130/23
 130/24 158/5 159/10
 159/16 159/22
people's [1]    19/14
per [86]    4/17 4/18 7/4
 7/4 9/21 9/21 9/24 9/24
 10/10 10/10 10/15 10/15
 13/1 13/1 14/24 14/24
 15/11 15/11 15/14 15/14
 15/25 15/25 16/5 16/5
 16/9 16/9 16/10 16/17
 16/21 17/5 17/5 17/10
 17/11 18/5 18/5 18/10
 18/10 19/6 19/6 19/20
 20/8 20/8 21/16 22/18
 22/18 24/20 24/21 25/15
 25/15 25/18 25/18 26/3
 26/4 32/6 32/13 32/15
 32/23 32/24 34/20 34/20
 34/20 34/21 38/3 38/3
 39/1 59/3 65/7 65/17
 65/22 65/24 65/25 66/7
 66/10 68/13 68/13 69/11
 83/2 119/24 125/17 125/22
 125/24 125/25 132/4 132/5
 136/17 141/17
percent [7]    18/17 20/5
 22/1 136/15 136/16 137/13
 138/11
perfectly [1]    147/15
performance [1]    128/22
performed [1]    155/25
perhaps [5]    55/4 56/10
 60/4 65/6 104/6
perimeter [3]    110/3
 118/25 160/16
perimeters [2]    73/25 74/9
period [16]    12/9 48/10
 48/17 57/6 79/1 84/16
 88/24 92/7 93/9 99/24
 111/25 112/18 119/7
 119/25 132/8 154/8
periods [1]    83/11
permit [1]    127/5
person [40]    9/21 9/24
 10/10 10/15 13/1 14/24

Document... [5]    17/14
 16/9 17/10 18/5 18/10
20/8 22/18 24/20 25/15
 25/18 26/3 34/20 34/21
 57/7 65/18 66/9 68/13
 71/2 71/6 71/6 87/14
 113/1 113/3 113/4 113/17
 135/23 146/17 146/18
 147/9 151/18 160/25
personal [6]    49/18 54/1
 60/13 69/25 87/6 88/19
personally [4]    83/7 86/22
 88/23 155/1
personnel [61]    11/12
 38/13 49/4 50/4 50/23
 51/15 52/5 53/6 53/14
 53/22 54/16 54/19 57/21
 58/19 58/19 62/3 62/4
 62/9 63/6 64/25 65/3
 65/22 65/24 68/6 69/25
 70/19 73/18 73/19 75/12
 81/2 81/2 81/5 81/18
 81/24 82/14 83/15 84/5
 84/14 85/8 88/15 89/19
 90/8 91/3 91/19 92/14
 94/19 94/20 98/3 101/7
 101/22 102/5 102/19 104/2
 106/1 111/15 111/16
 117/20 120/6 156/17
 156/19 156/25
persons [2]    39/4 80/3
perspective [1]    85/9
pertaining [1]    143/1
pertains [1]    105/14
phase [1]    77/8
phone [3]    66/2 70/5 100/3
phones [5]    21/6 21/11
 21/15 69/25 70/3
photographic [1]    135/5
phrase [2]    63/20 64/22
physical [1]    107/25
physically [1]    56/6
pick [2]    75/16 104/2
picked [1]    67/24
picture [1]    108/15
piece [2]    128/19 142/21
pieces [3]    117/25 120/22
 125/10
pier [16]    68/21 72/5
 72/12 72/21 73/13 74/7
 76/19 77/13 81/12 82/2
 106/5 108/16 109/6 109/9
 109/9 146/21
piles [1]    127/17
PILGRIM [6]    1/20 153/10
 163/25 164/4 164/14
 167/12
pilotage [2]    145/2 147/14
pitchers [2]    96/8 96/9
place [21]    51/23 54/9
 75/9 76/4 77/25 78/3
 78/19 80/12 80/23 90/19
 95/13 100/18 102/23
 107/20 109/11 112/20
 122/9 129/23 130/25
 132/15 144/21
places [3]    46/9 89/24
 89/25
PLAINTIFF [4]    2/22 166/3
 166/16 166/17
plaintiff's [33]    8/18

8/21 8/24 22/22 24/19
 24/23 29/1 29/6 30/10
 30/13 36/15 40/25 94/23
 95/2 95/6 127/19 127/24
 131/8 135/1 137/5 139/13
 141/23 142/6 143/18
 143/22 144/7 144/10
 144/22 150/6 152/7 152/20
 152/20 152/24
plaintiffs [6]    1/4 1/13
 2/5 163/8 163/12 164/15
plaintiffs' [1]    165/8
plan [6]    48/10 52/17
 82/14 82/24 83/4 87/7
plane [1]    92/17
planned [5]    16/20 52/10
 74/12 76/7 110/20
planning [16]    46/19 48/9
 54/19 65/14 65/16 71/22
 73/24 75/11 76/1 80/24
 108/4 108/5 110/19 117/15
 128/13 159/12
plans [4]    46/20 62/12
 71/4 115/16
play [1]    57/24
played [1]    156/24
please [24]    2/17 3/4 3/15
 13/16 24/9 44/19 45/18
 77/25 94/22 95/23 103/5
 103/13 115/20 116/15
 116/24 117/2 117/9 128/2
 136/20 136/23 142/23
 150/3 152/15 153/12
pleasure [1]    116/6
plugged [1]    81/8
plus [4]    33/8 33/9 57/5
 66/8
pockets [1]    102/19
point [27]    14/20 14/21
 14/21 27/1 56/5 58/22
 64/7 65/1 65/12 73/22
 74/5 76/25 77/2 80/12
 98/16 99/3 99/8 99/15
 106/4 108/12 111/9 111/20
 127/6 128/4 128/18 141/9
 164/19
pointed [1]    69/10
pointing [2]    19/14 146/4
police [28]    3/18 4/8
 11/17 11/21 18/11 45/6
 47/1 47/16 47/17 47/18
 52/12 52/19 60/10 61/9
 64/2 67/18 70/3 80/3 85/7
 85/8 92/3 92/4 92/5
 113/23 115/6 115/8 124/21
 125/13
policeman [1]    76/22
policies [2]    113/25 126/9
policy [7]    11/3 11/5 11/9
 126/2 126/9 132/22 133/16
politely [1]    99/9
poor [1]    153/10
port [42]    73/9 74/13
 75/11 100/17 108/21 109/7
 109/15 109/21 109/22
 110/5 110/9 125/9 131/21
 134/20 135/15 135/19
 135/24 136/1 136/2 136/3
 136/8 136/10 136/11 137/5
 137/23 138/12 140/10
 140/20 141/6 141/8 145/3

P  Case 1:08-cv-02054-RMC  Document 99  Filed 02/07/14

**P**

port... [11]  145/3 145/4
  145/18 147/14 147/14
  151/22 152/6 152/9 152/11
  152/19 152/25
portfolio [3]  117/16
  121/6 124/1
portion [5]  8/8 8/11 14/7
  35/16 110/13
ports [3]  26/6 109/1
  136/5
posed [3]  60/12 64/15
  68/13
position [8]  49/2 87/9
  87/13 87/24 88/4 90/25
  137/20 141/19
possibilities [1]  97/6
possibility [2]  122/18
  142/19
possible [12]  39/25 52/25
  61/1 61/5 64/19 82/17
  83/5 83/25 89/7 89/10
  136/19 140/1
possibly [1]  150/13
post [4]  97/14 97/15
  97/16 97/17
potential [1]  129/23
pour [1]  127/17
practical [2]  121/16
  122/6
practically [1]  123/18
practice [4]  32/3 71/25
  93/12 126/22
practices [1]  70/13
precaution [1]  130/1
precise [3]  83/25 140/6
  148/3
precisely [3]  138/8
  146/10 150/22
predicted [1]  24/20
predicting [3]  25/11
  25/15 25/21
preparation [4]  35/17
  36/13 54/18 55/16
prepare [3]  41/2 74/8
  131/13
prepared [6]  41/8 96/2
  131/11 131/15 131/17
  135/2
presence [1]  123/10
present [16]  43/23 59/22
  68/11 100/5 115/17 123/9
  130/21 131/1 136/7 136/8
  142/18 159/19 160/6 160/9
  162/1 163/3
presented [1]  88/5
presenting [1]  135/25
presently [2]  45/8 45/12
pretrial [2]  41/20 41/21
pretty [2]  27/4 27/8
prevent [1]  105/15
previous [1]  56/8
previously [2]  41/11
  167/6
price [17]  6/6 6/12 6/13
  14/7 17/14 18/21 32/6
  32/13 32/13 32/14 32/15
  32/19 32/19 33/3 33/10
  121/20 121/21
prices [1]  32/4

pricing [1]  32/5
primary [1]  128/13
prior [9]  48/11 49/11
  56/10 81/20 107/18 114/7
  119/2 134/21 154/15
priority [1]  104/25
privatize [2]  121/4 121/8
privatized [1]  120/24
probability [1]  38/6
probably [8]  19/20 26/2
  49/25 56/22 56/22 109/24
  138/9 160/20
proceed [3]  77/13 101/5
  133/16
proceedings [5]  1/24
  44/10 153/16 165/24 167/5
process [11]  54/19 56/24
  67/22 73/10 76/12 80/22
  81/8 81/21 121/7 121/8
  123/8
processed [1]  127/13
processes [1]  130/14
procure [1]  124/24
procured [2]  76/10 110/20
procurement [37]  77/22
  80/21 95/17 95/25 96/1
  96/4 117/3 117/7 117/14
  117/15 117/15 117/17
  117/19 117/21 117/21
  117/25 118/1 118/3 118/7
  118/11 118/14 118/15
  118/16 118/21 118/23
  118/24 119/1 119/4 119/7
  120/9 120/12 120/17
  122/12 129/6 130/12 137/1
  137/3
procurements [1]  120/6
procuring [2]  120/18
  120/20
produced [1]  1/24
profession [1]  53/11
profile [2]  12/1 159/18
profiles [2]  46/20 74/18
profit [3]  19/1 22/4
  37/17
program [3]  119/12 119/12
  119/13
project [3]  87/1 118/24
  130/22
projected [11]  7/10 9/16
  9/17 9/21 9/24 10/8 10/9
  10/25 20/1 20/7 24/17
projecting [1]  11/23
projection [4]  7/14 10/19
  18/9 27/10
projections [1]  13/20
projects [3]  49/20 118/22
  118/23
promote [8]  156/22 157/1
  157/8 157/9 157/13 157/20
  157/23 157/24
promoting [6]  37/5 154/24
  155/5 155/11 156/18
  156/21
promotion [2]  157/17
  158/8
promotional [1]  37/11
proper [8]  49/6 52/8
  52/16 53/9 105/12 105/12
  105/13 109/9
properly [1]  158/9

properties [1]  77/23
proposal [1]  96/2
propose [1]  163/7
protect [1]  107/21
protective [1]  73/25
protocol [1]  84/18
protocols [1]  66/17
provide [15]  4/11 17/25
  36/10 50/2 54/8 67/10
  85/5 90/10 90/11 111/5
  118/6 123/25 132/12 140/2
  158/4
provided [22]  17/18 53/9
  57/18 60/14 66/13 66/16
  66/17 74/25 89/19 90/8
  100/25 100/25 101/22
  106/1 110/11 126/20 128/6
  128/8 132/10 135/8 161/17
  167/4
provides [1]  132/12
providing [9]  58/13 68/5
  69/1 87/1 117/19 120/5
  120/6 120/9 123/7
Province [2]  47/16 114/2
Provincial [1]  115/8
provision [3]  17/22 125/6
  133/13
provisions [1]  85/14
prudent [1]  130/6
pub [2]  61/22 97/6
public [10]  51/13 52/24
  53/2 95/24 102/5 119/3
  119/3 119/3 119/8 126/5
purchase [5]  19/24 38/18
  58/14 58/23 75/18
purchased [1]  59/4
purchasing [1]  19/17
purpose [5]  48/7 48/9
  51/25 120/21 130/13
purposes [5]  54/5 73/12
  79/2 79/2 92/13
purse [1]  51/14
pursuant [1]  34/1
pursue [2]  67/7 158/11
pursued [1]  69/20
pursuing [1]  91/7
push [5]  52/11 121/10
  121/11 121/15 121/19
pushed [1]  39/19
put [26]  10/5 15/19 25/3
  43/16 54/9 58/8 62/18
  65/4 73/24 75/9 77/25
  79/11 85/5 85/25 91/1
  104/18 122/17 127/18
  129/23 130/25 132/15
  146/15 147/1 150/6 157/13
  160/5
putting [3]  102/4 143/8
  164/2

**Q**

qualify [1]  54/24
quality [3]  54/6 54/14
  130/17
quarter [1]  56/22
Queen [3]  43/22 43/25
  44/2
Queen's [1]  44/12
question [44]  13/15 14/6
  14/9 17/16 19/9 28/14
  30/4 33/23 37/1 51/15

| Q Case 1:08-cv-02054-RMC |
|---|

**Q**

question... [34]  53/23
 58/21 64/14 89/13 92/24
 93/19 99/1 99/13 100/20
 103/21 112/13 118/8
 118/12 127/15 129/6
 129/16 134/15 138/6
 141/21 142/2 142/23 143/7
 144/17 144/19 148/8
 152/15 154/9 157/11 158/9
 158/20 158/24 159/1 159/4
 160/3
questioned [1]  129/20
questioning [1]  126/7
questions [16]  27/15
 34/17 36/24 40/6 40/10
 60/12 64/15 86/2 97/2
 111/10 112/14 115/25
 123/13 131/2 158/16 161/9
quick [2]  163/4 165/1
quilted [1]  90/4
quite [17]  5/12 33/5 35/5
 35/12 38/19 39/22 41/7
 60/3 70/4 71/3 93/21
 102/9 105/20 123/24
 146/13 162/13 162/14
quoted [3]  7/5 136/6
 136/9

**R**

R-A-M-S-D-E-M [1]  87/16
R-O-T-H [1]  59/24
rail [1]  109/20
railway [3]  72/23 74/21
 109/15
rain [1]  79/15
raise [3]  61/18 159/4
 161/9
raised [3]  14/9 61/19
 66/24
ramp [6]  28/1 28/1 48/11
 82/19 83/19 84/3
ramped [2]  38/13 38/14
Ramsdem [2]  87/15 87/17
Ramsden [3]  115/4 115/5
 115/6
ran [2]  54/2 120/24
rank [1]  46/12
rate [7]  17/4 68/2 68/13
 125/23 134/8 138/3 138/14
rates [1]  131/23
rather [2]  72/11 127/17
rating [1]  51/1
RCMP [123]  5/6 6/6 6/18
 10/7 16/18 17/19 20/17
 20/19 30/6 30/20 30/22
 30/22 30/24 32/20 34/6
 39/14 39/19 40/1 40/2
 40/4 41/4 41/14 42/4 42/7
 45/7 45/12 45/14 46/6
 46/23 47/10 47/15 49/13
 49/16 49/19 51/4 52/3
 52/4 52/10 53/5 61/9
 62/18 63/5 64/2 64/10
 64/11 66/14 66/14 67/9
 67/19 69/18 69/21 69/24
 70/20 72/6 73/15 75/10
 75/11 75/18 75/20 76/10
 78/2 79/2 84/14 86/19
 86/21 87/23 92/4 98/3

 102/14 104/61 106/19
 106/23 106/3 106/24 107/14
 115/5 115/18 117/1 117/1
 117/4 117/8 117/16 120/6
 120/15 120/19 120/21
 120/21 123/17 124/12
 124/15 124/16 124/23
 125/12 125/16 126/1 137/2
 137/6 137/10 137/17
 137/23 138/1 138/5 138/19
 139/3 139/5 139/9 139/10
 140/11 140/17 143/2
 144/20 145/6 149/12
 150/17 154/16 155/4
 155/10 156/17 156/19
 156/25 157/16 159/17
 159/20
RCMP's [1]  33/20
reach [1]  93/9
reached [1]  16/23
read [20]  3/15 13/23
 13/24 34/14 35/17 35/18
 35/20 36/9 36/11 36/13
 36/21 43/15 95/10 138/24
 138/25 138/25 139/1
 143/11 144/9 150/16
readied [1]  163/8
reading [1]  109/3
readjust [1]  122/1
reads [1]  8/20
ready [9]  2/15 2/23 44/11
 44/24 56/23 79/5 103/14
 112/25 116/19
real [4]  27/25 28/1
 141/17 143/7
reality [2]  78/4 134/3
realize [1]  16/17
realized [1]  15/19
really [17]  13/21 14/6
 19/8 44/21 74/2 91/10
 107/8 123/1 129/22 135/4
 159/2 160/3 163/17 163/23
 164/4 164/8 165/1
reason [7]  18/24 64/15
 83/18 112/13 142/8 156/20
 157/3
reasonable [6]  22/7 22/10
 38/6 57/6 68/2 71/10
reasoning [2]  6/12 6/13
reasons [4]  39/8 76/7
 108/22 124/21
reassured [1]  129/21
rebuttal [1]  162/6
recall [13]  59/13 59/15
 60/4 66/25 61/19 63/11
 63/12 63/20 69/9 83/6
 100/7 100/7 149/15
receive [5]  16/21 66/18
 125/17 126/4 126/19
received [5]  24/11 95/3
 120/16 126/21 166/15
receiving [2]  65/23
 125/19
recess [3]  44/9 103/10
 153/15
recharge [1]  35/19
recognize [4]  30/13 95/6
 127/24 128/7
recognized [1]  127/17
recollection [3]  31/17
 99/21 129/1

recommendations [1]
 128/15
record [9]  8/15 8/21
 15/21 45/19 116/24 159/13
 161/18 162/8 164/17
recorded [1]  1/24
records [4]  134/13 134/22
 159/8 159/10
recover [1]  53/17
recovering [1]  49/18
recovery [2]  53/10 55/11
recross [4]  40/8 40/10
 40/11 166/2
recruiting [1]  61/10
red [1]  22/15
redirect [5]  27/18 28/19
 116/4 158/18 166/2
reduce [1]  83/24
reduced [1]  132/22
reduces [2]  93/14 93/15
refer [5]  45/7 54/21 55/3
 61/7 70/20
reference [1]  5/13
referred [6]  17/16 64/6
 65/14 69/16 72/19 81/7
referring [6]  72/24 88/17
 95/12 99/6 143/22 158/8
refers [1]  67/19
refined [2]  142/21 142/21
reflected [1]  139/13
reflects [3]  132/1 132/3
 132/11
refresh [1]  99/11
regard [5]  38/2 89/1
 94/14 101/6 101/21
regarding [8]  51/11 52/12
 61/16 63/9 81/6 86/19
 100/22 100/23
regards [1]  97/5
regimental [3]  64/5 64/8
 66/25
regional [4]  117/19 118/3
 118/11 123/6
regions [2]  118/4 118/5
regular [8]  52/15 64/17
 67/16 72/3 74/16 90/4
 92/10 107/18
regularly [1]  123/23
reimburse [2]  144/23
 145/8
relate [1]  89/21
related [21]  60/12 75/5
 83/13 85/7 87/10 90/1
 90/2 97/23 99/23 100/17
 104/4 108/7 110/19 117/20
 118/7 123/14 124/1 125/22
 141/16 157/23 167/7
relates [1]  128/3
relating [3]  47/1 60/22
 98/21
relationship [1]  98/21
relationships [1]  158/13
relaxation [2]  35/20
 36/10
relevant [2]  19/9 92/25
relieve [1]  122/19
relieved [2]  56/6 56/9
relieves [1]  112/3
relieving [1]  113/1
rely [2]  7/25 8/2
remain [1]  85/16

**R**  Case 1:08-cv-02054-RMC

remained [5]   49/19 49/24
 56/8 123/11 130/6
remember [18]   20/14 29/23
 30/7 36/12 59/16 59/17
 60/25 66/23 69/1 69/8
 77/4 98/13 125/22 135/7
 135/11 138/19 139/10
 140/23
remind [1]   136/20
removal [24]   75/19 75/23
 75/25 76/4 76/13 76/19
 77/3 77/20 77/24 129/13
 129/15 130/3 132/2 132/3
 132/4 132/11 132/21
 133/24 139/13 139/19
 139/24 145/5 146/24
 147/15
rendered [1]   128/21
rendering [1]   36/14
rent [2]   51/10 102/14
rented [2]   79/19 79/22
renting [1]   79/17
repair [1]   79/18
repeat [2]   115/20 164/19
replaced [2]   56/17 87/13
replacing [1]   56/4
reply [2]   165/16 165/17
report [11]   5/10 7/2 8/16
 8/25 13/6 24/18 41/1 41/2
 41/18 41/20 96/5
reported [15]   3/16 3/24
 4/7 4/13 4/16 4/20 4/24
 7/11 12/8 12/22 15/11
 15/24 16/5 16/9 16/13
Reporter [4]   1/20 1/21
 45/21 47/7
reports [6]   4/22 4/25
 7/12 16/1 40/19 40/20
repositioning [7]   24/17
 24/21 26/5 26/13 26/16
 35/2 98/1
represent [3]   15/20 43/24
 129/8
representatives [2]   47/23
 52/16
represented [8]   45/13
 47/19 141/22 142/4 142/13
 142/24 144/6 146/11
represents [1]   4/6
reproduction [1]   8/8
request [3]   83/8 96/2
 104/6
requested [3]   61/15 85/10
 85/21
requestor [1]   124/13
require [4]   10/24 22/23
 57/22 57/22
required [13]   41/19 42/16
 56/12 58/23 62/1 64/23
 70/4 106/20 108/11 110/21
 123/21 127/11 158/1
requirement [8]   58/19
 74/6 120/12 120/22 125/1
 125/5 125/12 130/15
requirements [3]   53/21
 58/6 157/10
requires [3]   10/2 15/16
 70/14
requiring [1]   158/7

research [3]   110/20 119/5
reserved [1]   129/21
residences [1]   77/22
residents [1]   62/24
respect [2]   134/20 162/19
respected [1]   50/25
respond [1]   41/24
responded [1]   100/6
responsibilities [6]
 47/23 48/22 108/21 117/9
 117/22 118/15
responsibility [11]   64/21
 67/14 118/1 118/2 118/6
 118/13 127/3 149/13
 150/17 156/23 157/9
responsible [7]   19/17
 67/13 117/14 119/4 119/6
 147/2 157/16
responsibly [1]   52/24
rest [8]   35/19 36/10
 43/19 50/7 50/8 53/10
 53/16 147/12
restaurants [12]   9/11
 9/18 10/4 10/9 25/19
 90/22 90/22 91/3 91/9
 94/14 94/15 94/21
rested [1]   105/21
restricted [3]   52/25 92/2
 92/11
restrictions [1]   63/5
result [11]   52/14 61/20
 65/10 68/2 70/18 73/23
 77/10 106/8 108/12 110/15
 126/18
resulted [1]   134/23
resumed [3]   44/10 153/16
 153/17
resumes [1]   103/16
retired [4]   45/6 46/7
 86/21 115/8
retirement [1]   46/10
return [2]   2/17 87/6
returning [1]   26/13
reveal [1]   25/6
revenue [47]   3/16 4/7
 4/13 4/18 4/24 5/3 5/9
 6/2 6/16 6/21 6/23 6/24
 7/4 7/19 9/7 9/8 9/22
 10/10 13/13 15/5 15/6
 16/5 16/8 16/13 16/17
 24/18 24/21 25/14 26/7
 26/7 33/8 34/20 35/16
 37/8 37/16 40/3 40/5
 115/19 154/24 155/5
 156/21 156/23 157/2 157/8
 157/13 157/20 157/23
revenues [1]   40/14
review [4]   31/5 35/7 42/6
 104/20
reviewed [3]   41/2 41/18
 41/21
reviewing [2]   85/4 127/6
revised [13]   22/22 28/21
 128/12 128/13 128/14
 129/3 129/4 129/7 139/21
 142/13 142/15 142/25
 146/7
RFP [17]   59/21 77/13 85/3
 85/10 85/14 122/9 123/5
 123/6 123/9 123/15 124/7
 124/8 124/22 124/22 125/3

126/18 161/2
Rich [1]   3/2
Richmond [16]   50/8 55/20
 57/5 57/8 81/6 92/15
ride [1]   100/24
rider [1]   97/9
right [129]   3/21 3/22
 4/14 4/23 7/12 7/13 7/20
 9/9 9/10 9/19 9/23 10/5
 10/11 10/17 11/4 12/6
 13/4 15/17 16/2 16/3
 16/18 17/24 18/1 18/11
 19/21 19/25 20/8 20/11
 20/12 20/24 21/2 21/5
 21/7 21/25 23/3 23/3 23/7
 25/3 26/9 26/12 26/17
 26/22 27/17 27/23 28/6
 29/9 30/11 31/2 34/5
 34/12 37/2 38/10 40/21
 40/24 41/2 41/22 43/4
 43/8 43/22 44/2 44/7
 44/11 45/23 47/13 49/25
 56/19 56/20 59/6 68/3
 72/2 80/14 80/14 86/3
 86/9 86/24 86/25 88/14
 89/1 93/7 103/3 106/13
 106/16 107/3 107/11
 107/13 108/14 113/10
 113/11 113/22 114/12
 114/22 116/3 116/5 116/11
 125/3 126/16 131/4 133/5
 134/5 135/2 135/19 138/20
 138/24 140/8 140/23 141/4
 143/23 146/5 147/4 150/15
 150/17 151/13 151/20
 151/23 151/25 152/8 154/8
 154/13 155/11 155/12
 155/17 157/11 158/20
 160/17 161/16 163/16
 164/5 165/8 165/10
risk [1]   84/9
RMCP [2]   46/7 87/21
road [5]   62/20 72/19
 72/20 108/12 109/13
roads [1]   75/6
roadway [3]   72/23 74/21
 109/20
robust [1]   39/24
role [13]   49/1 49/3 64/16
 76/21 76/23 95/22 96/1
 96/6 96/24 118/16 123/2
 123/4 127/3
roles [2]   46/10 156/24
roll [3]   56/14 74/19
 124/14
rolled [2]   33/14 66/12
room [10]   68/23 70/10
 70/16 70/24 71/8 90/3
 104/5 113/5 113/6 125/5
rooming [1]   70/24
roommate [1]   104/2
rooms [3]   70/19 124/17
 125/5
ROSEMARY [1]   1/10
Ross [4]   3/5 28/3 35/9
 40/20
Ross' [1]   12/8
rotation [1]   55/18
Roth [2]   59/24 83/8
roughly [1]   10/24
round [2]   158/7 158/7
routes [2]   88/25 108/7

194

R   Case 1:08-cv-02054-RMC

**routines [1]**  74/16
**Royal [9]**   3/17 4/8 7/11
 7/15 10/20 11/17 11/21
 25/24 45/6
**RPR [2]**   1/20 167/12
**RTO [1]**   92/9
**rule [3]**   21/8 21/10 41/19
**rules [4]**   66/17 70/13
 70/14 70/22
**run [4]**   37/13 37/15 42/23
 42/24
**running [2]**   55/7 106/25
**runs [1]**   97/11

**S**

**S-U-R-R-E-Y [1]**   88/11
**safely [1]**   105/11
**safety [1]**   105/12
**said [26]**   9/1 15/24 20/10
 33/5 34/23 38/21 45/22
 61/14 61/14 63/13 84/11
 86/18 87/2 89/1 89/3
 90/14 91/17 95/13 96/25
 98/2 123/18 132/23 135/17
 137/8 142/8 146/17
**sake [1]**   83/5
**sale [2]**   57/18 156/18
**Salem [1]**   1/15
**sales [25]**   9/9 9/11 9/16
 9/17 9/18 9/19 10/11
 10/19 11/24 12/9 12/18
 12/22 15/2 15/25 16/16
 25/12 25/13 25/16 25/18
 25/21 37/11 154/25 155/5
 155/11 157/13
**same [32]**   3/10 6/5 6/19
 15/23 22/16 32/20 33/5
 33/12 33/17 34/8 65/10
 71/1 71/15 81/8 82/15
 91/20 93/5 96/9 97/9
 97/11 117/5 125/1 125/5
 125/12 126/5 135/7 135/12
 140/7 143/18 150/22
 151/12 163/6
**sandwich [4]**   57/23 58/2
 58/3 58/8
**satellite [2]**   20/25 69/13
**satellites [1]**   119/5
**satisfaction [1]**   133/15
**satisfied [3]**   149/22
 149/22 149/23
**satisfy [1]**   157/16
**sausage [1]**   81/7
**save [2]**   17/3 80/9
**saw [9]**   35/9 35/25 36/12
 40/4 41/13 85/21 131/17
 131/18 148/13
**say [63]**   18/16 20/4 21/9
 23/12 36/9 39/6 39/24
 41/1 43/23 44/14 45/17
 52/20 55/20 62/5 65/17
 65/18 68/13 70/16 74/2
 75/9 76/1 76/12 77/1
 77/25 80/12 81/18 88/15
 88/19 95/20 96/7 98/23
 99/9 99/15 101/2 102/21
 105/4 105/6 109/8 111/16
 115/10 116/17 120/10
 122/24 123/12 123/25

127/8 130/22 132/6 133/3
 133/24 135/2 136/12 136/4
 136/5 137/10 138/12 140/3
 152/2 161/1 163/25 164/14
 165/6 165/15
**saying [15]**   5/17 19/2
 39/18 40/22 129/3 132/20
 133/6 133/7 133/20 136/9
 136/11 137/12 142/15
 142/20 153/3
**says [12]**   13/12 29/10
 97/15 97/18 97/19 137/23
 139/18 139/21 141/11
 142/11 152/11 164/4
**scenario [3]**   32/5 36/6
 39/15
**scenarios [2]**   32/5 35/11
**schedule [9]**   25/25 71/4
 72/1 74/17 91/19 93/8
 93/9 93/24 101/6
**scheduled [1]**   91/18
**schedules [2]**   104/4
 113/12
**scheduling [5]**   53/8 54/18
 70/8 71/23 159/15
**school [1]**   78/2
**scope [1]**   127/9
**Scotia [2]**   83/2 98/5
**SCOTT [2]**   1/16 2/7
**screen [2]**   8/5 8/11
**scrutiny [2]**   53/1 130/19
**se [3]**   83/2 136/17 141/17
**sea [9]**   20/23 25/22 26/8
 26/10 27/10 27/12 49/6
 107/21 158/5
**seamless [1]**   81/19
**searches [1]**   74/1
**season [1]**   165/23
**seat [1]**   110/16
**SEC [1]**   7/12
**second [31]**   6/1 9/14
 12/13 12/14 13/3 26/11
 33/3 49/9 55/3 58/1 85/3
 85/10 85/14 87/15 96/22
 116/11 124/6 124/8 124/22
 126/18 128/3 141/3 150/23
 151/23 152/10 157/21
 158/7 158/23 161/2 161/4
 161/5
**secretariate [1]**   70/14
**secrets [1]**   121/13
**section [2]**   121/25 127/12
**sector [1]**   19/1
**secure [5]**   49/22 49/23
 50/21 74/1 110/20
**secured [1]**   73/12
**securing [1]**   51/3
**securities [1]**   118/25
**security [78]**   36/10 45/15
 46/11 46/14 46/15 46/18
 46/20 46/21 47/21 48/7
 48/10 49/1 49/9 49/10
 49/11 51/12 51/15 52/3
 53/22 54/15 59/20 62/2
 62/4 62/9 63/6 64/18
 64/25 65/22 65/24 68/6
 69/24 70/12 70/19 71/23
 72/5 72/10 72/11 73/16
 73/19 73/24 74/5 74/8
 74/17 74/25 81/1 81/2
 82/7 82/14 83/10 83/12

83/15 84/5 87/25 95/18
 100/10 100/13 100/15
 106/9 106/12 106/20
 106/21 107/2 107/21
 108/13 108/22 110/3 110/4
 110/8 110/15 110/19
 110/22 110/23 111/3 124/3
 145/4 159/13 159/17
 160/16
**see [78]**   2/14 3/9 3/13
 3/15 3/19 4/5 4/6 4/10
 7/21 8/4 8/8 12/11 12/15
 12/20 13/5 13/14 14/4
 14/22 15/4 15/20 23/17
 32/16 33/13 42/23 44/20
 64/22 65/13 65/19 82/9
 92/22 93/25 96/15 100/5
 112/22 127/16 127/20
 127/21 128/11 128/11
 128/12 128/15 129/6
 132/16 135/15 136/14
 138/9 139/19 139/21
 140/22 140/24 141/6
 143/15 143/19 143/21
 143/21 143/23 143/25
 144/8 144/10 146/2 146/19
 147/7 148/21 150/7 150/10
 150/11 150/19 150/21
 150/22 150/24 151/1 151/7
 152/23 153/3 156/5 163/1
 163/2 164/25
**seeing [5]**   60/4 81/13
 91/1 136/17 163/4
**seek [1]**   51/24
**seem [1]**   121/16
**seen [12]**   31/12 31/14
 31/15 34/19 34/22 34/23
 35/1 35/1 35/6 41/11 52/7
 98/5
**selections [1]**   104/5
**sell [1]**   11/3
**send [1]**   161/18
**senior [9]**   52/5 64/12
 67/1 67/8 71/24 73/15
 124/11 160/8 160/9
**sense [4]**   37/13 37/15
 42/8 137/25
**sent [1]**   150/9
**separate [5]**   10/5 10/6
 33/15 110/24 111/2
**separately [1]**   56/20
**September [4]**   99/23 99/25
 101/1 108/22
**Sergeant [5]**   56/13 79/5
 87/15 115/4 115/6
**Sergeants [5]**   79/7 80/1
 80/1 104/7 104/7
**serious [2]**   14/6 144/16
**servant [1]**   126/5
**serve [3]**   69/22 114/6
 124/14
**served [1]**   61/9
**serves [1]**   109/25
**service [49]**   12/17 16/25
 17/23 21/17 21/23 22/2
 47/22 50/21 62/17 67/16
 69/2 70/5 72/6 72/7 78/24
 85/16 85/17 85/21 89/3
 89/18 90/10 90/11 95/24
 105/5 119/3 119/6 120/20
 121/11 125/6 129/1 129/21

S   Case 1:08-cv-02054-RMC

service... [18]   130/5
 132/13 132/13 132/15
 133/1 133/12 133/12
 133/16 133/19 133/21
 135/24 136/1 150/12
 150/20 151/9 152/18
 155/14 155/25
services [38]   17/14 18/13
 18/19 18/20 47/2 47/19
 67/10 68/5 85/10 90/1
 90/8 105/25 111/6 117/7
 120/9 120/17 120/18
 120/23 124/20 124/23
 126/19 127/8 127/9 128/21
 137/2 137/4 138/2 138/2
 138/4 150/15 156/18
 156/21 157/10 157/17
 157/24 159/13 160/11
 160/25
serving [3]   45/14 46/9
 121/2
SESSION [1]   103/11
set [16]   6/13 12/13 12/14
 65/25 66/1 68/20 68/22
 68/24 69/15 69/18 69/21
 81/13 82/6 91/19 108/25
 109/12
sets [1]   67/22
setting [1]   110/4
settled [1]   18/16
seven [1]   48/17
several [3]   13/9 162/25
sewage [3]   139/19 139/25
 145/5
shall [1]   70/16
shape [1]   84/10
shared [1]   51/22
sharing [1]   61/24
she [23]   45/22 45/22 58/5
 61/5 61/14 61/24 69/4
 69/9 95/25 96/2 96/3 96/4
 96/8 98/2 98/2 100/6
 111/9 148/13 148/14
 148/15 148/15 153/7 164/4
She'll [1]   152/2
she's [2]   140/6 146/13
sheet [2]   23/13 140/22
shift [54]   53/7 53/12
 54/8 54/13 54/18 54/20
 54/21 54/22 54/25 55/4
 55/4 55/5 55/6 55/8 55/15
 55/17 56/5 56/8 56/21
 57/2 57/2 58/16 58/16
 70/8 71/2 71/3 71/4 71/6
 71/7 71/8 71/9 71/13
 71/21 71/21 71/23 72/1
 73/10 92/9 93/8 93/9 94/1
 104/4 104/8 106/2 111/11
 111/11 111/12 111/21
 111/23 112/1 112/15
 112/16 114/5 159/15
shift's [1]   93/23
shifted [1]   100/11
shifting [4]   71/25 83/16
 83/23 105/13
shifts [10]   53/10 54/15
 62/15 67/12 79/4 79/14
 93/3 93/17 93/18 109/23
ship [88]   17/18 18/19
 19/16 26/22 26/22 28/2
 29/10 35/21 35/25 37/5
 37/10 37/19 37/14
 37/16 37/22 39/20 39/24
 40/5 51/21 51/23 58/3
 60/13 62/11 63/24 64/1
 64/20 64/23 65/25 66/10
 67/3 68/9 69/6 69/14 79/4
 79/9 80/8 81/17 91/11
 94/16 96/9 96/11 100/17
 102/8 109/11 109/16
 110/24 112/25 113/4
 113/18 114/11 114/16
 114/18 114/23 122/18
 124/15 124/16 130/16
 130/16 131/23 131/24
 132/4 132/5 135/14 135/18
 136/3 136/10 136/11 137/5
 137/14 137/14 137/23
 138/12 140/10 140/11
 140/18 145/2 145/18
 146/19 147/8 147/9 147/9
 147/10 147/16 151/13
 152/5 152/6 152/19 157/4
 157/20 158/5 159/17
ship's [1]   107/18
shipping [1]   78/5
ships [83]   3/24 11/12
 11/18 13/19 13/21 17/1
 17/15 20/22 26/17 29/20
 34/2 34/8 38/13 39/5
 40/13 53/21 53/25 57/19
 62/14 69/22 70/10 73/4
 73/14 73/14 73/20 74/7
 75/13 77/14 78/20 78/21
 82/15 85/21 90/9 90/22
 91/10 94/20 97/25 97/25
 100/9 100/14 101/24 102/3
 104/8 106/6 107/20 108/12
 109/10 115/22 115/22
 119/18 119/19 119/20
 119/21 122/10 123/14
 125/17 130/10 134/20
 136/12 144/2 152/8 152/21
 153/1 153/2 153/23 154/7
 154/10 154/11 154/17
 154/19 154/25 155/6
 155/11 155/19 156/7
 156/16 156/19 156/25
 157/5 157/14 159/9 159/11
 159/23
shop [2]   38/19 163/25
shopping [2]   61/17 97/11
shops [8]   16/8 16/10 35/4
 60/15 91/2 91/5 94/14
 94/15
shore [15]   9/24 16/6 26/6
 26/7 35/3 35/3 35/23 60/7
 60/24 90/17 90/19 91/5
 96/15 96/16 100/24
shore-excursions/day [1]
 96/16
short [7]   43/21 159/3
 162/15 164/16 165/4
 165/16 165/17
shortages [1]   70/18
shorter [2]   26/4 38/20
shorthand [1]   1/24
shortly [2]   59/20 134/21
should [17]   3/5 3/7 43/23
 44/13 44/15 83/7 84/8
 107/24 114/10 123/12
127/7 132/6 147/3 147/6
 149/5 164/21 164/24
shovel [2]   76/22 76/22
show [6]   4/25 29/3 34/16
 56/9 77/2 127/19
showed [3]   40/14 81/12
 138/1
shown [5]   28/21 36/5
 142/13 144/7 152/19
shows [5]   5/10 134/22
 135/20 152/7 164/17
shut [1]   36/4
shuttle [6]   62/17 111/6
 114/10 114/11 114/14
 114/19
shuttles [2]   113/16
 113/18
sickness [2]   27/11 27/12
side [11]   73/11 96/1
 109/5 109/8 109/14 113/24
 124/13 130/24 145/4
 146/15 160/22
sides [1]   130/22
sign [1]   113/1
signed [3]   5/6 6/23 34/7
significant [1]   54/18
signing [1]   39/16
silent [1]   14/7
similar [6]   11/8 51/20
 61/23 67/20 68/20 108/25
Similarly [1]   20/7
simple [1]   93/21
simply [3]   23/23 112/5
 114/22
since [5]   13/17 40/10
 134/3 144/17 165/12
single [4]   34/1 34/2
 70/15 132/11
sir [48]   2/18 3/3 3/9
 3/25 4/19 5/1 5/11 7/8
 9/4 9/13 9/20 10/12 16/19
 17/8 18/24 20/3 21/9
 24/23 25/20 33/22 40/24
 42/25 86/17 99/6 101/18
 105/7 114/25 115/9 116/19
 118/19 133/11 135/5
 136/19 136/24 141/1
 141/19 143/4 149/20
 150/21 150/24 151/1 151/7
 151/14 154/14 154/23
 155/3 155/7 155/12
sit [4]   54/4 63/25 86/6
 160/3
site [18]   56/3 56/4 56/4
 73/23 106/6 106/21 106/25
 107/18 108/13 108/13
 108/16 110/7 110/15
 110/16 110/18 110/21
 112/25 160/21
sites [3]   58/12 58/20
 81/14
sitting [1]   62/16
situation [3]   39/4 53/15
 69/13
situations [1]   11/7
six [3]   38/14 56/24
 139/18
skating [1]   55/20
ski [1]   96/17
skiing [3]   61/17 101/11
 101/12

S    Case 1:08-cv-02054-RMC    Document 95-6 Filed 06/16/07/14

skilled [2]   37/5 74/15
sky [3]   49/6 62/20 62/22
sleep [3]   55/12 71/3
 71/11
slightly [1]   17/8
slipping [1]   81/21
small [1]   163/3
smooth [1]   81/19
SNITZER [30]   2/22 3/2 3/4
 3/13 4/12 7/21 8/8 10/3
 11/24 12/25 14/24 16/16
 17/16 20/7 20/13 22/7
 22/14 23/8 24/17 25/12
 27/11 27/14 28/21 30/10
 36/24 37/4 40/13 40/25
 41/6 166/4
Snitzer's [3]   8/25 41/17
 42/15
snow [29]   75/19 75/23
 75/25 76/4 76/6 76/12
 76/16 76/19 77/3 77/19
 77/24 78/5 129/13 129/14
 129/15 129/15 129/23
 129/24 130/3 132/1 132/3
 132/4 132/11 132/17
 132/21 132/21 133/7
 133/24 146/23
snowed [1]   134/10
snows [1]   76/17
so [249]
so-to-speak [1]   59/9
sold [1]   58/17
solution [3]   122/18 123/1
 123/3
solutions [1]   122/14
some [96]   5/20 12/3 34/17
 36/5 37/14 40/8 40/10
 40/18 40/19 46/5 49/8
 49/18 49/19 50/8 50/16
 51/5 54/12 55/23 56/23
 57/14 60/24 61/2 61/11
 61/16 61/23 62/25 63/1
 63/1 63/2 63/9 64/7 65/4
 66/20 70/7 72/5 74/3
 74/11 74/16 75/7 75/8
 79/11 83/20 85/4 87/2
 87/11 88/14 89/24 89/25
 95/9 96/17 98/16 99/3
 99/8 99/24 101/20 101/21
 104/10 105/25 106/4
 109/19 110/8 110/12
 110/14 111/5 111/9 111/20
 111/20 113/12 118/14
 118/24 119/7 119/13
 119/14 120/11 120/22
 122/5 122/19 125/2 125/18
 125/21 127/7 128/3 131/23
 131/24 133/8 135/3 137/11
 138/8 141/9 143/6 148/20
 151/25 152/25 158/3
 159/13 163/4
somebody [4]   73/3 136/9
 148/12 160/5
somebody's [2]   134/3
 148/16
somehow [1]   147/2
someone [5]   56/16 56/18
 99/3 101/14 104/14
something [41]   5/18 10/25

14/4 18/15 19/22 19/23
 20/2 38/6 56/18 56/19
 61/14 65/5 65/14 65/19
 67/4 67/20 73/4 74/19
 80/2 89/22 89/22 97/17
 97/24 98/2 102/1 109/22
 122/25 129/22 129/24
 131/10 132/17 135/14
 135/22 138/11 139/14
 150/11 151/24 163/3 163/3
 163/9 163/10
sometimes [2]   80/6 80/7
somewhat [3]   92/25 102/17
 136/18
somewhere [5]   80/5 129/24
 145/19 148/17 159/20
somewheres [1]   71/10
son [2]   162/20 162/21
sorry [43]   10/13 12/13
 15/12 23/5 23/14 24/18
 24/20 27/20 32/25 37/1
 43/13 44/16 47/4 47/6
 59/5 63/6 63/17 69/24
 77/15 79/19 81/23 84/20
 86/11 88/7 89/14 94/9
 99/2 99/25 100/21 107/15
 134/24 135/5 136/4 138/11
 138/15 140/25 141/14
 142/2 143/5 147/21 147/22
 152/5 152/13
sort [5]   38/22 53/3 81/8
 81/18 109/19
sorts [3]   88/18 88/21
 118/22
sought [1]   70/20
sounded [1]   35/24
sounds [2]   16/2 16/3
source [1]   5/2
sources [3]   7/19 9/8 30/1
South [1]   1/15
spa [2]   16/12 35/5
space [3]   70/19 78/25
 80/9
spare [1]   22/16
speak [8]   45/13 47/7 59/9
 61/6 99/4 100/5 115/16
 138/10
speaking [3]   62/11 90/7
 113/7
special [13]   37/15 53/17
 65/6 66/25 70/21 73/25
 90/4 97/22 104/11 107/20
 108/19 109/12 110/22
specialist [1]   155/13
specialists [2]   160/10
 160/12
specific [6]   60/24 107/3
 135/6 140/23 141/1 156/20
specifically [4]   91/4
 97/13 125/21 141/16
specifics [2]   140/25
 157/23
speed [4]   14/5 14/22 16/2
 55/20
spelled [1]   149/16
spend [13]   26/3 34/20
 35/9 35/21 38/3 38/23
 38/24 38/24 39/1 40/3
 53/1 102/13 145/19
spending [5]   35/25 36/5
 39/9 121/17 130/9

spent [6]   20/1 36/3
 102/19 134/9 134/14
 134/19
spoke [1]   72/19
spoken [2]   87/11 109/3
spot [1]   164/2
spouses [1]   104/17
Sqamish [4]   50/10 50/11
 50/12 50/14
staff [16]   17/14 35/19
 37/19 37/20 39/23 52/8
 54/17 56/13 75/17 79/8
 87/10 87/15 104/7 115/4
 115/6 120/25
staffed [3]   57/7 72/12
 94/16
stage [5]   83/14 83/19
 84/3 127/6 128/22
stages [1]   65/16
stagger [1]   113/13
stamp [1]   4/4
stamped [2]   3/8 12/10
Stan [3]   2/5 69/17 81/10
stand [3]   103/16 116/14
 153/17
standard [10]   50/24 52/13
 52/18 69/5 69/7 76/5
 84/18 85/16 122/3 125/19
standards [1]   58/6
standing [1]   113/17
standpoint [1]   85/6
STANLEY [1]   1/13
star [3]   51/1 89/3 96/16
start [3]   58/17 111/23
 140/13
started [6]   8/24 53/24
 59/1 69/15 78/17 121/22
starter [1]   113/25
starting [3]   55/16 83/20
 117/13
state [2]   63/13 116/24
stated [2]   145/22 167/6
statement [1]   92/1
Statendam [2]   3/17 3/20
STATES [5]   1/1 1/11 1/21
 47/24 167/4
station [1]   62/20
stationed [1]   46/11
stations [2]   121/23
 121/24
status [3]   67/11 67/15
 126/6
stay [12]   26/18 38/10
 51/15 51/24 52/13 55/13
 59/6 66/10 89/24 112/3
 120/12 153/23
staying [5]   50/23 65/24
 101/8 101/23 102/7
steak [4]   63/10 63/15
 63/17 63/20
stemming [1]   108/22
stenographic [1]   167/4
step [1]   32/12
Stephanie [1]   81/11
steps [1]   70/23
Steve [1]   115/4
stevedoring [10]   72/11
 75/5 143/1 144/1 144/6
 144/7 144/10 145/20 149/6
 149/10
stevedors [1]   74/11

S   Case 1:08-cv-02054-RMC   Summit [1]   84/19
sundry [1]   38/16
Document 99-18 Filed 02/07/14   109/13 144/4 154/19
154/20 162/24 165/2

still [17]   12/24 17/11
 21/16 38/3 38/6 83/14
 110/4 112/17 114/15 115/5
 117/25 122/2 125/5 125/6
 125/12 126/13 128/21
stimulate [1]   37/11
stipulates [1]   106/12
stop [4]   74/20 86/25
 102/23 113/18
stopping [1]   114/10
stops [1]   113/19
stores [1]   91/9
storming [1]   61/1
stormy [1]   27/8
stranded [1]   130/7
stranger [5]   104/14
 104/16 148/10 148/14
 148/18
strategic [2]   120/9
 120/14
strategy [5]   117/7 117/15
 117/21 122/11 122/25
STRAUCH [4]   1/13 1/14 2/5
 166/12
streams [1]   115/19
Street [2]   1/15 1/19
strike [5]   41/16 45/10
 52/20 140/11 140/12
structure [2]   69/4 108/17
struggle [1]   165/3
stuff [3]   91/9 147/12
 151/4
style [1]   64/8
sub [2]   52/13 52/18
sub-standard [2]   52/13
 52/18
subject [2]   103/1 153/20
subjected [1]   53/14
submit [3]   162/11 163/9
 163/9
submitted [2]   143/14
 148/25
subsequent [1]   59/25
subsidize [2]   17/12 17/13
subsidized [1]   20/10
subsidy [5]   16/20 17/10
 18/2 21/20 21/22
suburb [1]   88/10
such [10]   25/21 47/17
 47/18 60/15 67/2 67/2
 80/12 80/12 108/5 112/3
Sue [28]   58/1 59/18 60/2
 60/8 60/20 61/2 63/21
 63/21 78/15 80/20 81/10
 89/6 95/13 95/18 96/22
 96/23 97/5 97/13 97/23
 98/18 99/4 99/9 99/17
 99/22 100/4 100/16 101/4
 111/8
Sue's [1]   61/24
sufficient [1]   129/25
sufficiently [1]   31/25
suggest [1]   133/17
suggesting [3]   5/13 6/9
 22/6
summarized [2]   102/16
 162/3
summary [3]   17/6 117/10
 152/11

superintendent [2]   87/8
 105/2
supervisor [2]   59/23
 95/21
supplement [1]   53/18
supplemented [1]   41/19
supplementing [1]   110/1
supply [1]   155/14
support [3]   117/16 119/12
 120/6
suppose [5]   26/17 39/13
 43/17 148/5 159/24
sure [34]   4/23 5/12 14/18
 33/24 39/24 47/6 52/8
 52/23 53/14 56/13 56/15
 71/5 74/22 76/3 77/12
 84/3 95/10 100/19 102/9
 105/9 108/24 110/1 111/12
 114/11 135/4 137/7 137/11
 146/13 147/2 147/21
 149/17 152/16 152/16
 154/10
surely [1]   8/6
surgery [1]   87/6
Surrey [2]   88/10 97/9
surrounding [1]   71/4
surveillance [1]   107/19
survey [1]   121/4
sustain [1]   125/25
swear [1]   2/18
swiftly [2]   47/7 70/4
swing [1]   55/4
SWORN [3]   2/22 44/22
 116/16
system [2]   118/25 160/16

T

tab [7]   3/6 3/6 3/7 4/3
 12/7 12/10 13/7
table [3]   40/23 101/2
 101/5
take [46]   15/14 32/5
 39/13 41/22 42/22 43/21
 44/7 55/19 55/24 56/10
 56/25 57/4 57/5 57/5 58/3
 58/12 58/15 59/3 62/22
 67/3 78/25 80/23 87/9
 87/13 88/15 90/20 90/21
 92/5 101/5 101/14 103/3
 112/7 116/13 118/14
 118/15 129/18 146/12
 150/2 151/3 152/1 152/2
 152/2 153/9 155/13 159/14
 165/12
taken [9]   43/10 43/14
 56/19 66/11 78/1 78/2
 153/15 167/5 167/9
takes [5]   113/3 114/19
 126/23
taking [11]   14/3 15/15
 22/23 44/12 57/7 58/6
 62/15 70/23 112/23 130/1
 142/19
talk [5]   47/4 103/5
 138/18 143/3 153/12
talked [6]   21/13 63/25
 87/20 93/1 97/5 102/12
talking [12]   36/11 72/9
 72/25 81/25 82/1 106/18

tanker [1]   74/20
targets [1]   73/22
tasked [1]   71/20
taxes [1]   145/2
taxpayer [6]   51/14 51/14
 66/19 102/12 130/9 130/11
taxpayer's [1]   53/2
taxpayers [2]   102/13
 130/20
tea [3]   97/21 97/22 98/12
team [9]   71/23 80/25
 81/16 104/11 115/7 117/18
 117/18 123/6 160/19
technical [5]   85/6 85/7
 124/12 130/23 135/23
technically [4]   46/19
 55/11 66/16 135/22
Technological [1]   23/18
technology [2]   7/22 8/12
tell [29]   3/15 7/25 10/13
 22/17 27/21 31/9 34/6
 40/19 46/17 59/16 77/15
 84/1 97/18 99/18 101/4
 104/3 110/12 110/17 114/3
 117/2 117/9 124/23 124/25
 128/2 131/10 137/4 148/5
 157/11 157/19
tells [1]   36/3
ten [6]   32/8 41/11 41/13
 93/17 96/8 96/8
tend [3]   26/3 37/9 38/22
tended [1]   122/6
tendency [1]   39/1
tenders [1]   76/9
tends [1]   32/7
tenor [1]   74/3
term [5]   98/17 101/20
 106/10 108/2 109/9
terminal [2]   56/11 72/20
terminated [1]   85/2
termination [1]   124/5
terminology [1]   86/24
terms [15]   4/22 5/9 17/21
 35/6 39/21 49/21 62/2
 63/5 63/6 65/7 69/1 78/9
 83/11 108/16 149/14
terribly [1]   164/2
testified [2]   41/21 106/4
testify [1]   141/17
testimony [22]   13/18
 41/17 42/15 43/2 43/16
 61/16 63/9 66/21 70/8
 73/2 86/19 88/14 88/14
 91/17 103/5 104/20 110/13
 111/16 140/10 140/17
 153/13 154/6
than [30]   7/10 7/15 13/25
 15/10 15/15 21/8 22/10
 26/4 36/7 39/1 41/20
 47/10 50/24 51/1 78/21
 83/25 101/7 101/7 102/18
 103/22 115/10 115/23
 127/17 129/4 132/25 133/3
 138/25 149/16 152/6 153/4
thank [81]   2/21 2/24 7/7
 8/19 14/2 14/15 21/19
 23/17 24/10 24/15 25/2
 25/5 27/14 27/17 28/7
 28/7 28/9 28/13 29/15

thank... [62]   30/1 32/2
34/13 34/14 36/22 40/6
40/7 42/21 42/25 43/1
43/20 44/6 44/23 45/11
45/16 47/8 48/19 50/18
59/10 62/8 63/19 82/11
82/12 84/24 86/13 87/4
88/12 92/23 94/6 94/7
95/1 95/4 103/2 103/4
103/8 103/15 115/25 116/2
116/3 116/5 118/19 120/3
129/11 140/20 151/5 151/6
153/11 153/12 156/12
158/16 158/17 159/25
161/7 161/11 161/14
161/15 162/7 162/9 165/19
165/20 165/21 165/22
Thanks [2]   28/8 165/18
that [956]
that's [134]   3/20 3/22
3/25 4/1 4/3 4/22 4/25
6/25 7/1 7/17 7/20 8/17
9/10 9/11 9/13 9/15 9/20
9/23 10/1 10/5 10/12 12/6
12/16 12/23 13/21 14/9
14/9 14/11 14/11 15/2
15/10 15/15 16/6 16/7
17/24 18/1 18/8 19/25
20/12 20/24 21/2 21/5
21/7 21/15 21/25 22/5
22/25 23/1 23/20 23/22
23/23 24/25 26/17 26/24
27/21 27/22 28/7 29/17
29/19 29/22 31/2 33/5
33/19 34/5 34/12 36/15
36/22 37/20 38/6 40/21
40/24 41/7 41/15 42/19
44/21 47/8 51/16 51/25
59/6 67/13 71/18 73/4
74/2 75/2 84/17 86/10
89/5 89/15 91/20 94/11
94/19 95/16 101/2 101/2
102/4 102/6 102/18 103/25
104/4 105/20 106/7 110/9
111/17 111/19 121/5
121/18 122/24 126/3 126/4
126/22 127/9 129/3 129/10
129/16 130/13 132/13
132/23 134/11 134/15
135/20 136/4 138/9 141/11
142/15 142/17 143/18
143/18 151/17 153/1
155/16 156/13 159/2
163/17 164/24
their [65]   7/12 15/5 15/5
19/15 19/18 21/11 21/13
21/15 21/16 35/21 42/16
49/5 50/9 51/25 53/8
53/10 53/16 53/18 53/19
56/5 59/3 62/3 62/3 62/4
62/4 62/9 62/25 63/23
68/25 69/25 71/2 73/9
76/23 79/4 79/14 84/5
89/9 97/21 98/1 98/6 98/7
99/18 102/19 102/19 104/2
104/10 105/11 105/18
106/1 106/2 110/6 114/5
121/17 121/17 123/12
125/5 125/7 147/1 148/24

149/13 156/22 157/3 157/19
157/10 157/17
them [52]   10/23 15/15
21/16 22/24 32/15 41/18
41/21 45/7 48/3 51/8
51/10 57/25 58/4 58/24
61/21 62/20 62/21 64/5
65/13 65/16 67/3 67/19
69/25 70/3 70/21 75/8
78/25 79/6 98/6 98/7
99/18 100/1 101/5 104/9
110/8 113/13 114/19 118/7
120/11 120/23 122/8 124/4
125/8 131/22 134/24
145/15 148/24 154/12
156/13 158/14 161/1 165/4
themself [1]   88/5
themselves [6]   62/21 63/3
79/8 83/16 87/18 93/13
then [42]   3/14 6/2 12/19
12/24 13/6 19/8 19/10
19/12 19/20 38/21 44/8
55/5 55/7 55/8 55/13
55/15 71/14 75/21 77/18
87/18 88/5 96/16 97/9
97/17 97/22 109/8 114/14
114/18 117/11 133/13
133/16 145/1 145/19 146/9
147/5 149/19 150/2 162/5
163/10 163/22 163/23
164/23
there [197]
there's [18]   8/11 12/16
13/12 13/22 26/5 34/17
41/17 63/24 109/17 133/13
137/10 137/10 137/22
145/1 146/3 146/8 148/3
152/20
thereafter [1]   127/1
therefore [7]   5/15 12/3
34/2 76/3 93/2 100/15
130/6
these [88]   4/22 4/25 5/3
11/12 11/18 13/17 20/22
22/14 22/18 26/1 31/11
31/22 32/17 32/20 34/18
34/23 34/24 38/22 41/9
55/14 57/11 57/23 58/14
58/14 58/17 60/14 60/18
62/23 63/11 64/9 64/15
64/24 65/22 66/25 68/1
74/12 74/22 75/7 77/23
82/8 82/23 85/21 90/14
95/10 96/20 96/21 99/20
100/14 100/23 100/24
102/3 104/20 106/5 107/25
108/12 113/18 113/23
114/4 115/15 119/18
123/21 126/24 127/13
128/6 131/18 131/18
134/14 134/20 134/22
137/14 137/19 138/8 144/6
145/12 146/3 146/9 147/1
147/7 147/18 148/23
150/13 152/21 153/23
155/19 156/21 160/11
161/1 164/12
they [201]
they'll [3]   38/23 38/23
38/24
they're [15]   30/19 30/20

38/23 38/24 38/25 42/10
42/11 56/9 76/15 86/6
106/2 114/15 142/16
147/18 152/12
they've [2]   114/15 147/1
thing [11]   39/13 42/23
87/12 90/5 105/13 108/8
135/1 135/13 149/24 150/1
150/1
things [25]   16/2 32/7
32/10 38/22 57/23 60/14
60/15 61/3 76/24 81/4
81/9 88/18 88/21 89/10
91/6 97/4 97/13 99/20
100/17 107/16 107/25
108/1 147/7 148/1 164/13
think [46]   4/22 14/20
19/9 20/6 26/12 26/21
31/25 36/6 37/6 39/3
39/16 40/24 53/4 61/16
65/1 72/19 78/9 109/22
110/1 114/9 115/1 115/3
115/25 118/21 121/18
122/7 127/22 134/2 135/2
136/19 137/22 137/25
146/22 146/25 149/8 155/9
158/10 159/5 161/11
161/19 162/5 162/12
162/13 163/1 163/22
164/17
thinks [1]   13/18
third [6]   29/9 119/12
119/14 126/20 139/17
150/25
this [191]
those [86]   5/4 6/4 7/3
9/18 11/23 15/23 28/6
29/10 30/15 30/16 31/5
33/10 33/14 35/5 36/3
36/21 37/18 41/7 41/17
42/3 42/3 42/8 42/8 50/4
51/21 60/6 61/18 61/22
65/4 65/10 70/2 74/16
76/9 77/14 77/22 78/3
78/12 78/14 78/15 79/1
84/4 88/18 88/20 88/21
88/24 88/25 90/17 90/22
91/2 91/6 91/19 94/15
94/16 94/21 96/23 97/2
100/2 100/8 104/8 105/15
106/1 106/19 108/8 110/14
114/4 114/11 119/16
120/22 125/2 125/8 127/12
128/18 130/25 131/22
135/21 141/10 146/9
154/18 156/10 157/5 159/9
159/23 160/18 163/5
164/19 164/20
though [3]   4/23 33/7
74/25
thought [8]   26/16 26/17
34/12 39/7 39/7 82/18
88/8 147/25
thousand [1]   152/25
threat [1]   84/9
three [22]   1/6 19/18
30/21 30/25 32/8 33/9
51/1 66/8 73/20 89/3
96/12 96/13 121/20 134/20
136/12 139/17 141/9
144/15 152/7 153/1 153/1

T   Case 1:08-cv-02054-RMC

**three... [1]**  161/19
**through [30]**  13/22 17/6
  35/4 35/8 42/15 42/23
  42/24 52/15 56/23 67/21
  75/10 78/14 79/10 81/11
  82/7 82/7 83/17 83/22
  95/9 122/15 127/17 131/24
  138/4 138/14 139/5 139/8
  139/11 145/13 145/20
  147/16
**throughout [1]**  47/1
**tickets [1]**  108/6
**tied [1]**  90/6
**time [87]**  3/12 8/3 14/3
  17/3 27/8 29/13 34/4
  35/21 41/8 45/13 46/2
  46/5 46/10 49/4 49/15
  51/22 52/17 53/10 54/23
  55/16 55/24 57/6 57/25
  59/24 61/10 62/4 62/10
  63/22 71/1 76/25 77/2
  77/7 78/19 82/23 83/11
  84/11 87/2 88/20 88/24
  89/5 90/21 91/15 91/18
  92/6 92/10 93/14 93/15
  94/4 96/22 99/6 99/7
  99/15 99/24 101/4 105/22
  106/1 111/21 112/3 112/16
  112/18 113/10 115/17
  117/6 117/6 117/20 118/1
  119/7 119/25 120/24 122/9
  125/20 126/10 130/3 130/8
  135/3 138/8 141/4 141/21
  142/2 144/21 154/18
  154/22 155/16 160/19
  163/11 164/20 167/5
**times [11]**  37/10 37/14
  60/4 70/3 74/13 100/5
  108/18 113/9 121/20
  123/25 151/25
**title [8]**  80/2 117/2
  117/3 117/5 117/23 136/20
  136/23 136/24
**today [7]**  45/13 117/11
  117/13 117/14 138/6
  153/10 164/3
**together [12]**  10/3 10/8
  15/5 22/24 33/10 60/23
  62/19 65/4 80/13 104/10
  104/19 153/2
**told [9]**  36/21 92/5 99/4
  99/9 99/16 99/21 99/22
  111/8 154/6
**tomorrow [2]**  162/17
  162/18
**tone [1]**  74/3
**tonight [1]**  162/17
**too [10]**  3/25 23/18 40/10
  47/7 47/8 51/4 90/6 116/8
  125/23 162/20
**took [11]**  35/8 37/25 74/6
  77/10 88/4 94/1 95/13
  115/1 121/6 127/12 154/15
**toothpaste [1]**  66/3
**top [7]**  9/7 12/12 95/14
  142/8 142/17 145/9 145/25
**topic [2]**  159/2 159/5
**topics [2]**  60/18 96/20
**total [20]**  3/14 3/16 3/20

3/23 4/6 6/13 4/17 6/12
6/13 6/15 8/20 9/19 10/14
  10/25 24/20 32/13 33/10
  136/11 152/7 152/19
**totally [3]**  34/3 94/11
  111/3
**tour [9]**  61/7 96/17 96/17
  96/18 97/6 97/7 100/23
  100/23 101/14
**toured [1]**  81/10
**tours [2]**  35/22 101/17
**toward [1]**  12/12
**towards [2]**  109/2 135/8
**town [2]**  51/25 126/4
**TOWNSEND [12]**  1/17 2/8
  2/20 2/23 28/10 34/18
  35/8 40/9 42/2 44/13
  127/22 166/5
**Townsend's [1]**  112/14
**trace [1]**  94/10
**Tracey [6]**  59/18 60/3
  80/20 89/5 95/16 99/18
**tracks [2]**  72/23 109/15
**trade [1]**  51/2
**traditions [1]**  64/3
**traffic [24]**  55/22 55/24
  55/25 57/3 72/25 73/3
  88/16 88/21 108/2 108/4
  108/5 108/7 108/8 108/10
  108/10 109/2 109/17
  109/19 109/24 110/2
  110/11 146/24 146/24
  147/3
**train [2]**  62/20 62/22
**trained [1]**  163/19
**trains [1]**  109/17
**transcript [9]**  1/10 1/24
  13/25 42/23 163/2 163/8
  164/2 164/14 167/3
**transcription [1]**  1/25
**transfer [1]**  61/12
**transit [1]**  62/15
**translate [2]**  17/4 20/5
**translates [1]**  12/25
**transport [1]**  73/8
**transportation [8]**  62/2
  62/12 75/14 75/15 82/21
  82/24 105/13 119/13
**transposed [1]**  101/24
**travel [8]**  67/11 67/15
  112/16 112/18 112/23
  123/24 123/25 126/6
**Treasury [6]**  66/1 70/13
  70/13 70/21 120/20 126/2
**treatment [1]**  53/6
**trial [3]**  1/10 8/18 13/17
**trip [5]**  92/18 97/12
  97/17 97/19 97/20
**trips [2]**  61/16 61/17
**troops [2]**  52/22 80/3
**trucks [2]**  73/8 74/20
**true [11]**  8/17 16/6 21/15
  45/9 47/8 74/2 151/16
  153/1 155/9 163/17 167/2
**try [7]**  7/21 8/12 53/13
  56/23 65/10 87/24 142/23
**trying [21]**  15/15 27/20
  47/6 50/21 52/20 52/23
  53/3 71/5 80/9 83/23
  83/25 94/9 102/3 105/15
  114/10 123/2 129/5 133/23

147/22 148/7 148/24
**turn [4]**  86/20 85/17
  97/14 164/6
**turned [4]**  68/15 68/17
  78/4 145/18
**turning [3]**  53/20 67/9
  70/7
**two [50]**  3/24 4/13 5/3
  9/12 9/17 9/18 10/2 10/3
  10/16 15/20 22/23 30/1
  35/12 37/15 42/5 44/4
  44/6 54/25 55/2 55/5 55/7
  60/4 70/10 70/24 70/25
  71/12 71/13 71/13 103/4
  103/23 104/17 109/23
  125/10 130/4 131/25
  137/11 138/2 138/13
  139/17 156/7 157/25 160/1
  160/2 161/18 161/19
  161/25 161/25 163/8 163/9
  165/9
**TWOIC [1]**  87/14
**type [14]**  51/7 52/12
  52/21 58/12 61/2 64/3
  88/1 90/2 108/8 108/25
  121/24 125/12 135/7 135/9
**types [6]**  39/18 51/3 63/9
  64/24 68/17 121/23
**typical [1]**  27/13
**typically [3]**  37/16 37/20
  67/9

U

**U.S [1]**  93/6
**Uh [4]**  18/4 18/7 26/14
  143/17
**Uh-hmm [3]**  18/4 18/7
  26/14
**Uh-huh [1]**  143/17
**ultimately [3]**  88/2
  144/18 144/21
**unclear [1]**  112/13
**under [33]**  5/14 9/6 11/4
  12/16 12/19 15/2 34/7
  41/19 41/22 42/22 49/1
  53/1 66/16 83/14 110/22
  111/2 124/9 127/10 130/1
  137/5 138/2 139/21 142/13
  148/23 150/16 151/23
  156/16 156/25 157/16
  157/17 157/21 157/22
  158/1
**underestimated [2]**  149/4
  149/4
**underlined [1]**  141/6
**understand [24]**  5/12 6/8
  17/9 37/9 43/15 57/14
  86/18 89/12 91/25 101/7
  108/14 111/4 111/12
  112/22 133/3 133/4 142/1
  143/4 144/16 145/6 145/23
  158/10 158/12 158/15
**understanding [12]**  5/14
  17/12 37/24 42/14 65/9
  80/19 81/22 90/25 109/18
  110/17 143/7 158/9
**understood [5]**  17/8 17/10
  39/21 111/15 136/1
**underwater [2]**  107/19
  107/19
**underway [1]**  77/6

**U**

unfettered [1]   62/10
unfold [1]   123/8
unfortunately [4]   82/19
  136/14 138/15 142/18
uniform [4]   56/14 113/23
  114/1 114/15
uniforms [1]   126/14
unit [21]   45/15 46/11
  46/14 46/15 46/18 46/19
  47/1 48/8 49/1 49/10
  49/11 52/3 59/20 62/13
  71/23 87/25 95/18 108/4
  108/5 108/5 130/12
UNITED [5]   1/1 1/11 1/21
  47/24 167/4
units [1]   118/4
unless [7]   53/14 76/23
  108/19 111/19 114/1
  133/13 140/23
unlike [1]   73/17
unrelated [2]   49/20 111/3
unsavory [1]   73/22
unspoken [1]   84/7
until [12]   26/18 44/7
  49/25 55/1 56/5 56/6 56/9
  72/2 99/24 112/2 112/3
  157/6
unwind [1]   105/22
up [73]   6/4 8/13 14/5
  14/22 16/2 18/16 18/20
  20/4 22/1 22/3 22/7 22/14
  24/6 26/15 28/1 33/14
  36/5 38/13 40/14 48/11
  49/25 52/15 53/19 54/10
  55/13 56/9 56/22 58/3
  61/19 61/20 65/6 65/25
  67/22 67/24 68/20 68/22
  68/24 69/15 69/18 69/21
  71/20 75/16 76/14 77/2
  81/13 82/6 82/19 83/19
  84/3 91/19 92/19 93/16
  93/18 97/13 99/19 99/24
  100/8 101/17 109/1 109/12
  109/16 110/4 112/24 113/4
  127/18 131/8 143/23
  145/25 146/18 146/20
  147/17 163/18 163/25
upgrading [1]   74/16
uploading [1]   73/4
upon [1]   105/25
upper [2]   121/24 145/2
ups [1]   98/17
us [33]   10/2 10/24 15/16
  28/10 45/9 46/5 46/17
  59/16 64/4 65/17 68/8
  78/16 80/16 81/12 100/13
  108/19 117/2 117/9 123/1
  124/23 130/13 131/10
  132/10 133/5 137/4 143/23
  154/6 155/13 157/6 157/12
  160/12 164/1 164/5
use [19]   11/2 22/14 29/20
  45/19 53/1 58/14 62/15
  64/22 66/13 74/14 78/18
  79/1 79/11 79/13 80/8
  81/23 110/5 123/1 125/8
used [16]   27/23 27/25
  52/24 62/14 64/1 64/1
  74/12 74/12 76/14 78/13
using [5]   51/21 75/11
  79/12 81/20 143/8
usual [2]   73/9 76/12
usually [3]   51/1 67/11
  67/23
utilization [1]   63/23
utilize [4]   65/15 81/23
  83/23 132/14
utilized [8]   34/11 53/25
  62/16 63/20 81/15 81/22
  89/22 132/14

**V**

vacation [4]   39/4 51/23
  85/25 86/9
valuable [2]   13/21 14/19
value [6]   16/12 120/16
  120/17 120/17 129/19
  130/12
Vancouver [47]   3/18 4/9
  4/14 13/20 21/4 21/5
  29/14 30/25 45/15 46/22
  47/17 49/5 50/5 50/8 57/4
  58/11 58/18 60/9 60/9
  61/3 61/8 62/3 62/5 68/1
  76/1 76/6 77/11 88/9
  88/11 92/4 92/15 96/18
  97/20 98/1 101/15 114/15
  115/11 122/10 122/16
  129/14 129/17 129/21
  129/22 130/2 151/23 154/3
  157/5
Vanoff [1]   58/10
variance [1]   137/10
varied [1]   46/9
variety [4]   47/1 79/23
  121/25 122/2
various [11]   35/9 46/9
  46/10 47/18 47/22 49/19
  81/9 97/4 121/22 138/1
  160/25
vary [1]   136/18
vehicles [1]   114/4
venture [2]   142/22 155/14
venue [18]   26/4 35/23
  58/12 58/20 67/22 73/14
  73/16 73/16 73/23 74/25
  100/14 100/14 106/6 106/9
  106/21 108/13 110/15
  110/18
venues [19]   18/20 36/2
  36/4 37/12 37/18 46/21
  50/3 50/16 54/20 57/3
  76/8 77/19 92/16 108/7
  124/19 124/21 125/14
  158/2 158/2
verify [6]   127/1 134/25
  137/8 140/24 141/15
  141/18
versa [1]   71/11
versus [9]   2/3 72/4 72/13
  83/3 90/4 91/18 102/7
  127/9 128/7
very [53]   9/3 25/13 27/17
  27/19 35/14 36/7 42/15
  42/25 43/20 52/14 54/3
  60/21 63/24 64/3 68/2
  68/2 78/16 100/11 102/18
  103/4 109/21 115/13 116/5
119/1 119/21 121/3 121/16
  129/16 129/17 121/25
122/6 122/6 123/9 124/10
  124/15 129/16 129/18
  130/13 130/21 130/25
  131/18 135/10 135/10
  136/13 141/14 154/21
  160/6 160/18 161/11
  161/15 161/19 162/4
  165/19
vessel [3]   56/3 119/16
  151/10
vessels [16]   39/14 50/5
  51/21 54/1 55/19 57/1
  57/9 65/4 70/1 80/17
  80/18 91/3 119/8 119/10
  119/22 135/24
vice [1]   71/11
vice-versa [1]   71/11
vicinity [2]   62/21 125/14
Victoria [6]   60/10 97/19
  97/19 97/21 98/5 98/9
view [5]   5/5 44/20 51/22
  65/1 69/12
visible [1]   8/11
visiting [1]   63/1
vital [1]   52/6
volume [2]   49/21 67/25
volunteers [1]   58/20
voucher [2]   58/25 59/3
vouchers [5]   58/14 58/14
  58/17 58/22 58/23
vp [1]   150/15
VPA [4]   150/11 150/19
  151/9 152/18

**W**

wages [1]   67/13
wagon [1]   57/23
wait [1]   36/25
waiting [3]   62/16 83/21
  86/6
walk [4]   78/14 88/23
  114/19 114/22
walkway [2]   88/17 88/18
walkways [3]   78/15 78/19
  88/24
want [26]   13/25 28/10
  37/9 37/10 38/10 43/21
  85/23 85/23 85/24 86/3
  86/18 90/6 91/15 95/9
  100/19 111/11 116/11
  121/13 129/19 143/5
  147/10 163/24 164/7
  164/10 164/10 165/14
wanted [15]   8/20 58/7
  58/9 64/19 66/22 67/2
  89/1 101/11 101/14 101/14
  102/1 127/16 127/24
  159/21 161/7
wanting [5]   35/18 35/18
  36/9 141/3 155/12
wants [3]   54/11 165/6
  165/7
warehouse [2]   82/4 82/5
warrant [1]   129/25
was [489]
Washington [5]   1/5 1/19
  1/23 66/15 92/18
wasn't [14]   21/24 61/3
  70/12 78/16 88/23 100/4

**W**    Case 1:08-cv-02054-RMC

wasn't... [8]   104/13
108/6 123/10 129/15
130/16 132/13 154/5 157/3
waste [1]   164/20
water [14]   96/8 96/8
122/17 139/4 139/4 139/12
139/13 139/19 139/24
139/24 140/4 140/4 145/5
147/15
way [21]   13/22 13/25
26/15 27/3 74/14 84/10
86/1 91/2 104/23 113/18
114/5 123/8 127/4 135/6
135/6 140/3 146/3 146/9
148/4 152/20 157/7
we [257]
we'd [2]   45/9 105/14
we'll [9]   8/12 28/11 49/8
76/21 80/12 103/4 113/3
146/14 165/12
we're [20]   2/18 7/21 8/21
12/24 14/3 15/15 36/6
44/11 72/9 72/25 88/17
99/19 134/6 134/7 144/4
145/24 150/2 163/5 165/2
165/13
we've [6]   63/9 72/4
129/13 153/10 162/12
162/23
wealth [1]   84/18
wearing [1]   113/24
weather [4]   76/3 79/15
130/4 147/11
Webber [9]   69/17 72/19
72/23 78/15 81/10 109/3
109/12 146/17 148/8
Wednesday [1]   1/5
week [4]   41/11 41/13 42/6
93/20
weeks [5]   38/14 87/7
163/8 163/9 165/10
weight [1]   32/1
weighted [2]   10/20 10/23
welcome [5]   14/1 48/20
59/11 84/25 94/8
well [46]   7/22 7/23 14/8
17/8 25/5 25/23 42/10
42/13 47/20 47/24 52/24
53/16 54/13 55/22 61/14
68/19 76/16 76/22 77/7
89/17 90/11 92/10 93/22
98/9 100/12 101/25 105/1
105/21 106/1 109/15 119/9
121/25 123/20 125/3 126/2
131/24 133/17 139/17
139/17 146/12 147/5 158/5
162/4 162/21 163/19
163/20
wellness [4]   53/16 87/10
87/12 87/20
went [6]   35/23 36/1 49/17
49/18 87/5 96/2
were [298]
weren't [5]   38/14 40/17
69/13 71/16 84/3
West [1]   47/18
what [192]
what's [7]   4/22 37/7 80/4
126/9 136/2 145/2 145/25

whatever [10]   32/1 36/19
66/5 68/25 79/16 90/3
91/4 111/1 145/12 146/14
whatsoever [1]   40/5
wheat [1]   119/14
when [83]   32/3 35/25
39/14 40/1 41/13 45/13
46/10 46/13 48/14 49/9
49/13 50/20 51/5 51/20
53/24 53/24 55/10 56/21
57/20 57/24 59/1 59/13
62/14 70/12 71/7 73/4
73/23 75/21 76/17 77/6
79/4 80/19 80/19 81/10
82/6 82/23 83/1 83/19
83/23 84/1 86/19 86/19
87/7 90/14 92/1 92/9 93/8
97/24 97/25 99/7 102/3
103/14 105/17 105/22
106/1 111/22 113/4 113/5
113/10 118/5 120/20 121/5
122/24 126/23 127/1
129/15 129/16 129/17
130/11 130/21 131/18
131/19 133/14 135/9 138/6
139/1 142/16 142/17 143/3
156/16 157/13 158/14
164/1
whenever [6]   2/23 44/24
65/12 116/19 123/21 163/7
where [55]   18/25 20/13
21/6 23/15 35/3 35/22
36/3 36/9 36/11 36/11
36/12 36/17 39/4 50/7
52/11 53/11 54/25 55/4
55/20 58/2 61/5 63/6 65/2
69/12 69/13 72/21 73/10
74/11 74/19 77/11 78/1
78/23 80/10 81/12 82/21
82/25 83/18 90/3 92/16
102/7 104/9 106/5 108/14
109/6 109/9 113/16 121/23
122/5 122/9 124/18 130/5
137/19 139/18 142/10
143/25
whereas [1]   42/16
whereby [1]   133/14
wherever [4]   56/3 62/10
67/3 80/13
whether [35]   30/5 31/9
39/19 40/2 53/8 59/2 59/4
67/7 69/15 75/8 76/14
81/6 83/7 84/16 94/15
99/3 104/1 108/9 110/10
110/14 112/14 112/15
124/23 126/7 127/16
131/15 137/4 141/12
145/17 146/13 147/24
149/11 155/4 155/10
157/11
which [58]   8/24 9/6 13/6
15/16 22/10 22/22 24/19
28/4 32/21 34/7 35/24
36/3 37/19 40/25 41/10
42/14 48/4 48/11 48/16
50/25 51/1 53/19 55/17
59/3 59/19 61/8 61/15
62/13 65/8 66/2 67/18
69/11 69/13 74/7 78/5
81/25 87/9 88/10 89/24
92/5 92/6 97/19 100/22

106/25 109/7 111/19 112/6
112/9 114/19 125/20
144/22 145/1 146/17
149/15 150/16 155/25
165/9 167/8
while [8]   12/24 49/17
51/12 51/24 68/8 87/8
110/3 155/19
whistler [25]   46/22 49/6
50/10 50/11 50/12 50/14
51/7 61/17 66/5 76/1 76/5
77/8 77/9 77/19 77/22
77/23 81/6 81/24 92/15
96/17 97/7 100/23 101/12
101/12 101/22
who [35]   7/23 8/20 12/1
37/17 39/14 44/14 45/13
47/15 57/7 58/17 59/16
63/13 63/22 64/10 64/16
64/18 91/4 96/7 98/4 98/5
99/23 104/8 114/4 115/1
116/17 125/16 147/9
148/10 148/12 157/1
157/12 159/10 159/22
162/16 162/17
whoever [1]   135/18
whole [5]   34/4 79/23 92/3
141/4 143/11
whom [1]   44/13
whose [1]   19/6
why [30]   13/18 37/7 39/8
39/9 75/20 129/3 129/14
129/20 132/1 132/10
141/22 142/4 142/12
142/17 142/24 145/21
145/24 146/24 147/6
147/13 151/3 151/12
155/13 155/16 156/13
163/25 164/6 164/14 165/4
165/15
wife [1]   104/19
will [27]   14/12 22/16
24/2 25/4 43/11 44/8
44/14 53/9 65/20 80/10
84/8 84/11 90/1 107/19
121/6 125/3 130/24 149/14
149/16 149/17 153/20
159/13 159/17 161/17
164/14 164/15 165/13
Williams [1]   81/11
willing [3]   51/10 61/12
91/23
wine [2]   9/11 15/6
Winston [1]   1/15
Winston-Salem [1]   1/15
winter [2]   46/21 76/16
wireless [1]   69/21
wish [4]   41/24 64/13 87/3
113/20
wished [3]   21/14 90/20
91/15
within [16]   5/6 18/24
57/21 64/22 65/10 65/17
67/23 80/24 83/17 87/24
90/2 92/3 108/4 133/14
140/25 159/20
without [5]   42/14 108/15
138/11 140/1 142/18
witness [25]   2/17 2/22
13/18 14/10 14/16 14/18
42/7 43/3 43/4 43/5 44/8

witness... [14]   44/14
 44/18 44/22 94/24 103/9
 103/16 116/7 116/11
 116/16 145/22 147/25
 153/14 153/17 161/13
witness' [2]   8/16 27/22
witnesses [4]   43/22 44/4
 44/6 161/16
won't [1]   29/1
wondering [2]   108/9
 110/10
word [8]   62/6 105/7
 141/25 152/2 152/2 152/3
 161/23 161/24
words [2]   34/24 102/7
work [35]   11/2 21/6 29/2
 51/5 51/6 53/12 54/8
 54/12 54/22 55/7 56/4
 56/24 60/16 60/22 65/10
 65/19 65/20 66/14 71/12
 74/14 75/7 94/2 94/20
 100/13 112/25 115/5
 116/25 123/16 123/18
 124/6 124/8 130/11 141/5
 160/19 163/16
workable [1]   65/19
workdays [1]   54/22
worked [15]   17/10 45/14
 55/11 60/14 60/16 68/23
 72/1 94/3 96/3 118/21
 118/23 119/2 124/12
 124/22 124/25
working [24]   46/13 49/19
 50/1 50/23 54/16 58/20
 65/15 67/12 67/15 68/8
 70/25 81/2 81/5 81/20
 83/12 87/1 93/2 93/2
 95/25 104/8 114/4 117/16
 126/10 163/5
works [7]   29/23 59/8
 115/8 119/3 119/4 119/8
 127/18
world [4]   100/16 119/12
 119/14 146/3
worries [1]   63/19
worth [2]   73/21 140/11
would [329]
wouldn't [9]   18/18 20/5
 38/15 91/7 104/3 107/3
 114/9 126/11 146/17
wrapped [1]   58/3
write [3]   86/25 148/15
 164/21
writing [9]   13/24 86/8
 141/23 142/5 142/13
 142/25 163/3 163/9 163/10
written [2]   34/25 95/9
wrong [4]   26/20 80/2
 109/18 164/19
wrote [2]   34/18 100/6

Y

yard [1]   76/14
yeah [5]   16/15 27/5
 109/23 112/5 165/17
year [5]   27/8 42/17
 119/24 123/25 154/8
years [11]   11/21 46/1
 46/7 52/11 70/17 119/3

119/8 120/3 129/25 138/10
 160/24
yellow [4]   141/5 143/9
 144/12 144/14
yellowing [1]   151/3
Yep [1]   165/19
yes [208]
yesterday [12]   9/1 24/19
 36/12 41/9 69/17 78/4
 109/3 109/13 112/14 148/8
 149/1 150/7
yet [3]   82/25 153/18
 162/22
you [763]
you'll [3]   14/10 97/14
 149/24
you're [24]   2/23 5/17 6/9
 6/12 11/2 11/8 11/11 19/1
 21/10 44/20 48/20 59/11
 73/6 94/8 103/14 105/23
 106/18 108/14 116/19
 132/20 135/4 147/22 153/3
 164/11
you've [9]   14/10 16/1
 55/11 76/15 96/15 96/17
 97/17 103/23 135/14
your [268]
yours [1]   22/15
yourself [4]   45/2 66/5
 67/24 160/4

Z

zero [5]   16/5 35/1 36/3
 156/25 156/25
zeros [1]   35/3
zid [1]   45/22
ziploc [1]   58/7