# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-7117**  **September Term, 2014**

1:08-cv-02054-RMC

Filed On: January 12, 2015 [1531443]

Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc.,

    Appellees

    v.

Attorney General of Canada, representing the Royal Canadian Mounted Police, et al.,

    Appellants

------------------------------

Consolidated with 14-7123

### ORDER

Upon consideration of the stipulation for dismissal of these appeals, it is

**ORDERED** that the Clerk note on the docket that these cases are dismissed. No mandate will issue.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                    BY:   /s/
                               Mark A. Butler
                               Deputy Clerk